UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

James Fletcher, Jr.
                    Plaintiff,

v.
                    Case No.: 1:20−cv−04768
                    Honorable Andrea R. Wood

Jerome Bogucki, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 9, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/9/2022. Written order to issue on defendants' motion to compel [81]. Production of IDOC recordings screened for privilege (along with a privilege log) shall be produced by Plaintiff's counsel by 11/15/2022. The parties' joint oral motion to extend the discovery schedule is granted subject as follows. The fact discovery deadline is provisionally extended to 3/31/2023 subject to the parties 9; filing a joint status report regarding discovery setting forth a list of the witnesses to be deposed, including a short (1 or 2−sentence) description of the witness's role in the case, which party is seeking the deposition, and whether the witness may be deposed prior to completion of the review of the IDOC recordings. The joint status report shall also include a description of all other fact discovery remaining to be completed within the extended deadline. The joint status report shall be filed by 11/29/2022. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.