# EXHIBIT 4

LOUISVILLE    LEXINGTON    LONDON    FLORENCE    CINCINNATI    INDIANAPOLIS    ORLANDO    JACKSONVILLE    TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

# CASE NO. 20-CV-04768

# JAMES FLETCHER JR.

# V.

# JEROME BOGUCKI, ET AL.

## DEPONENT:

## JAMES GILGER

## DATE:

## March 14, 2023



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3    EASTERN DIVISION

4    JUDGE ANDREA WOOD

5    MAGISTRATE JUDGE MARIA VALDEZ

6    CASE NO. 20-CV-04768

7

8    JAMES FLETCHER JR.,

9    Plaintiff

10

11    V.

12

13    JEROME BOGUCKI, ANTHONY

14    NORADIN, RAYMOND SCHALK,

15    ANTHONY WOJCIK, UNKNOWN CITY

16    OF CHICAGO POLICE OFFICERS, AND THE

17    CITY OF CHICAGO,

18    Defendants.

19

20

21

22

23    DEPONENT: JAMES GILGER

24    DATE:     MARCH 14, 2023

25    REPORTER: KORTNEY CHASE



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                         APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, JAMES FLETCHER JR.:

 4   Mariah Garcia, Esquire

 5   Loevy & Loevy

 6   311 North Aberdeen Street

 7   3rd Floor

 8   Chicago, Illinois 60607

 9   Telephone No.: (312) 243-5900

10   E-mail: mariah@loevy.com

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE DEPONENT, JAMES GILGER:

14   Steve Borkan, Esquire

15   Borkan & Scahill

16   20 South Clark Street

17   Suite 1700

18   Chicago, Illinois 60603

19   Telephone No.: (312) 580-1030

20   E-mail: sborkan@borkanscahill.com

21   (Appeared via videoconference)

22

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES (CONTINUED)

 2

 3    ON BEHALF OF THE DEFENDANTS, ANTHONY WOJCIK, ANTHONY

 4    NORADIN, RAYMOND SCHALK, AND JEROME BOGUCK:

 5    Allyson West, Esquire

 6    Hale & Monico

 7    53 West Jackson Boulevard

 8    Suite 337

 9    Chicago, Illinois 60604

10    Telephone No.: (312) 598-2353

11    E-mail: awest@HaleMonico.com

12    (Appeared via videoconference)

13

14    ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:

15    Dhaviella N. Harris, Esquire

16    Reiter Burns

17    311 South Wacker Drive

18    Suite 5200

19    Chicago, Illinois 60606

20    Telephone No.: (312) 982-0090

21    E-mail: dharris@reiterburns.com

22    (Appeared via videoconference)

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                      INDEX

 2                                          Page

 3  PROCEEDINGS                              6

 4  DIRECT EXAMINATION BY MS. GARCIA         7

 5  CROSS-EXAMINATION BY MS. WEST            42

 6

 7                     EXHIBITS

 8  Exhibit                                 Page

 9  PLAINTIFF'S EXHIBITS

10  1 - Supplementary Report from December 21, 1990

11        - CITY- JF-000203-000207          15

12  2 - Supplementary Report from December 22, 1990

13        - CITY- JF-000208-000209          21

14  3 - General Progress Report from March 19, 1995

15        - CITY- JF-000052                 22

16  4 - Evidence Report - CITY-JF-0000 63   26

17  5 - James Gilger's Report - CITY-JF-000064-000065   27

18  6 - Line Up Photos - IND DEF 000936     34

19  7 - Line Up Progress Report - Fletcher 007074   38

20

21  DEFENDANT'S EXHIBITS

22  1 - Defendant's Exhibit 1 - Original Case Report -

23  1410-1411                               43

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          STIPULATION

 2

 3   The VIDEO deposition of JAMES GILGER was taken at

 4   KENTUCKIANA COURT REPORTERS, 110 NORTH WACKER DRIVE,

 5   SUITE 2500, CHICAGO, ILLINOIS 60606, via videoconference

 6   in which all participants attended remotely, on TUESDAY,

 7   the 14TH day of MARCH 2023 at 12:00 p.m. (CT); said

 8   VIDEO deposition was taken pursuant to the FEDERAL Rules

 9   of Civil Procedure.  The oath in this matter was sworn

10   remotely pursuant to FRCP 30.

11

12   It is agreed that KORTNEY CHASE, being a Notary Public

13   and Court Reporter for the State of ILLINOIS, may swear

14   the witness.

15

16

17

18

19

20

21

22

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              PROCEEDINGS
2         THE REPORTER:  We are now on the record.  My
3    name is Kortney Chase.  I'm the online video
4    technician and court reporter today representing
5    Kentuckiana Court Reporters, located at 110 North
6    Wacker Drive, Chicago, Illinois 60606.  Today is the
7    14th day of March 2023, and the time is 12:01 p.m.
8    Central Time.  We are convened by video conference
9    to take the deposition of James Gilger in the matter
10   of James Fletcher Jr. v. Jerome Bogucki, et al.
11   pending in the United States District Court for the
12   Northern District of Illinois Eastern Division, case
13   number 20-CV-
14        04768.
15        Will everyone but the witness please state your
16   appearance, how you are attending and location you
17   are attending from, starting with Plaintiff's
18   Counsel?
19        MS. GARCIA:  This is Mariah Garcia for the
20   plaintiff.  I'm attending remotely.  I'm in the
21   Loevy offices in downtown Chicago.
22        MS. WEST:  Allyson West on behalf of the
23   individual defendant detectives and attending
24   remotely in a suburb of Chicago.
25        MR. BORKAN:  Dhaviella?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MS. HARRIS:  Dhaviella -- oh, sorry. Dhaviella
 2       Harris on behalf of the city, attending remotely
 3       from Chicago.
 4            MR. BORKAN:  And Steve Borkan, attending
 5       remotely from downtown Chicago.
 6            THE REPORTER:  Mr. Gilger, will you please
 7       state your full name for the record?
 8            THE WITNESS:  James Gilger.
 9            THE REPORTER:  And do you -- all parties agree
10       that the witness is, in fact, James Gilger?
11            MS. GARCIA:  Yeah.  Plaintiff stipulates.
12            THE REPORTER:  Okay.
13            MS. WEST:  Agreed.
14            THE REPORTER:  All right.  Mr. Gilger, will you
15       please raise your right hand?  Do you solemnly swear
16       or affirm that the testimony you're about to give
17       will be the truth, the whole truth, and nothing but
18       the truth?
19            THE WITNESS:  I do.
20            THE REPORTER:  Thank you.  You may begin.
21                 DIRECT EXAMINATION
22  BY MS. GARCIA:
23       Q.   Hi, Mr. Gilger.  And is that who you'd like to
24  be referred to as?  Mr. Gilger or James?
25       A.   Mr. Gilger's fine.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  My name is Mariah, and I'm an attorney

2   for the Plaintiff, James Fletcher.  Mr.  Gilger, have

3   you ever been deposed before?

4      A.   Yes.

5      Q.   How many times?

6      A.   I think twice.

7      Q.   Okay.  And for those times you were deposed,

8   were you a party to the matter you're being deposed on

9   or were you a witness?

10      A.   I was a witness both times.

11      Q.   Okay.  And did those depositions have to do

12   with police-related conduct or any -- something else?

13      A.   Police related.

14      Q.   Okay.  And do you recall the outcomes of

15   either of the cases you were deposed on?  You know,

16   whether that would be a settlement, or going to trial,

17   or anything like that?

18      A.   It's been a while since it's been a -- my

19   deposition, so I -- I'm guessing here, but it could --

20   they could've been settled.

21      Q.   Okay.  Well, since it's been a while, I'm just

22   going to go over some ground rules, especially since

23   we're over Zoom.  Because we're over Zoom and we have a

24   court reporter taking everything down, please be sure to

25   keep your answers verbal and audible.  And by that, I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    mean saying, "yes" or "no," or giving a full answer, not

2    just like shaking or nodding your head, okay?

3         A.   I understand.

4         Q.   If there's a question you don't understand,

5    please let me know and I'll rephrase it.  Otherwise, I'm

6    going to assume that you understand what I'm asking you,

7    okay?

8         A.   Okay.

9         Q.   I will let you give a full answer to whatever

10   question I have, but on the flip side, please also let

11   me finish whatever question that I am giving, okay?

12        A.   Okay.

13        Q.   Your attorney and the other attorneys on the

14   call may object, but after those objections are read

15   under the record, you can continue to answer unless your

16   attorney instructs you not to, okay?

17        A.   I understand.

18        Q.   All right.  And I don't imagine this is going

19   to be a long deposition, but if there's any reason you

20   need to take a break, whether that's to go to the

21   bathroom or get some water, let me know.  And as soon as

22   I'm done with a line of questioning, I will let you take

23   a break, okay?

24        A.   Thank you.

25        Q.   All right.  So Mr. Gilger, are you currently

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   employed with the Chicago Police Department?

2       A.   I am not.

3       Q.   Okay.  Were you employed with the Chicago

4   Police Department?

5       A.   Yes.

6       Q.   Okay.  And -- sorry, my pen just went out.

7   When was the last time you were employed with the

8   Chicago Police Department?

9       A.   I retired on February 1, 2016.

10      Q.   Okay.  And when did you start working at the

11  Chicago Police Department?

12      A.   The 25th of January 1988.

13      Q.   Okay.  And with the understanding that you

14  probably held a lot of hats during that time period,

15  could you give me a brief overview of the positions or

16  roles you held within Chicago Police Department prior to

17  your retirement?

18      A.   I was a patrolman in the 23rd District for six

19  months until December of 1988.  And then I was

20  transferred to the Austin District where I spent the

21  next eight years until I was promoted to detective in

22  November of 1996.

23      Q.   And as a detective -- actually, strike that.

24  As a patrolman, what were your roles and

25  responsibilities?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I should go back and say that for two years I
 2   was a plain clothes officer in the Austin District, but
 3   still a patrolman.
 4        Q.   Okay.  And is there a difference between a
 5   plain clothes officer and a non-plain clothes officer as
 6   a patrolman?
 7        A.   Yeah.  You were in a -- as a -- as a police
 8   officer in a patrol car, you're in uniform.
 9        Q.   Okay.
10        A.   If you're an off-duty -- I mean, not --
11   civilian dress officer, you drive around in an unmarked
12   car.
13        Q.   Okay.
14        A.   Police car.
15        Q.   Okay.  So there was three years within that
16   eight year span in Austin where you were plain clothes,
17   and then five years when you weren't, give or take?
18        A.   Give or take.  Yes.
19        Q.   Okay.  And then in '96, you said that you were
20   -- became a detective.  Was that a promotion or was that
21   something you sought out and applied to?
22        A.   It's a -- it's a promotion.
23        Q.   Okay.  And what's the process for being
24   promoted from a patrolman to a detective?
25        A.   Well, you have to take a test for the -- for
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the detective's exam, and I -- which I did, but I was

2  promoted on merit in November of 1996.

3       Q.  Okay.  And as a detective, were there -- did

4  you stay in -- actually, strike that.  Were you within a

5  specific division as a detective or did you move from

6  division to division?

7       A.  I was assigned to Area Five at Grand Central.

8       Q.  And did you stay from -- at Area Five from, I

9  think you said '96 until 2016?

10      A.  No, in -- in -- I think in March of 2012, they

11 closed Area Five and they transferred everybody to the

12 remaining detective divisions in the city.  I was sent

13 to Area Three at Belmont and Western.

14      Q.  And when you retired in 2016, how many areas

15 were there for detectives?

16      A.  I -- I think there was just three.

17      Q.  Okay.  And do you recall what the geographic

18 location Area Five was located in, both in terms of

19 like, if there was a headquarters, and also your -- the

20 area you would've been assigned to do investigations in?

21      A.  Well, the headquarters were at Grand Central

22 on the second floor above the 25th District Police

23 Station.

24      Q.  Okay.

25      A.  The geographic boundaries were Roosevelt Road

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

**502.589.2273** Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  to the south, Austin Boulevard and Cumberland to the

2  west, and I think it was the Chicago River to the east.

3      Q.  Okay.  And as a detective, were there certain

4  areas that you specialized in?

5      A.  No, I worked in the violent crime side.

6      Q.  Okay.  And what were the roles and

7  responsibilities you had as a violent crimes detective?

8      A.  Investigate shootings, robberies, murder

9  investigations.

10      Q.  Okay.  When you're retired -- actually, strike

11  that.  Since your retirement, have you held any other

12  employment?

13      A.  No.

14      Q.  Okay.  Switch gears just a little bit.  I know

15  that you're represented today by Mr. Borkan, and without

16  going into the substance of any conversations you had

17  with him, can you please tell me everything you did to

18  prepare for today's deposition?

19      A.  I spoke to Steve Borkan on two separate

20  occasions, and he supplied me with a copy of the general

21  offense case report that I generated, and a partial

22  detective sup that was generated by some detective from

23  Area Five.

24      Q.  Okay.  So you spoke to him twice.  Again,

25  without going into the substance of those conversations,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    were those conversations in person or over the phone?

2        A.   One was a -- a -- a Zoom call, like we're

3    doing today, and one was a phone call.

4        Q.   And do you recall when that Zoom call

5    occurred?

6        A.   I'm guessing about ten -- ten days ago, maybe

7    two weeks ago.

8        Q.   Okay.  And how long was that conversation?

9        A.   I don't recall.  Probably about an hour.

10       Q.   Okay.  And same question for the phone call.

11   When did that phone call occur?

12       A.   Yesterday.

13       Q.   And approximately how long was that phone

14   call?

15       A.   Possibly 30 minutes.

16       Q.   Okay.  And then you said you received a copy

17   of a general offense case report and a detective

18   supplemental report, correct?

19       A.   Well, it -- it's a general offense case report

20   generated by me, but there's only like one page of a

21   detective sup.

22       Q.   Okay.  Okay.  That makes sense.  And other

23   than that general offense case report and the

24   supplemental report, were there any of other documents

25   that you reviewed?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    No.

2      Q.    Okay.  And approximately how long did you

3 spend reviewing these documents?

4      A.    Since I received them?

5      Q.    Yes.

6      A.    I read it -- read over them numerous times.  I

7 couldn't even tell you how many times.

8      Q.    Okay.  And could you approximate, if possible,

9 the length of time you spent reviewing them?  Like one

10 hour, two hours?  Less than that?

11      A.    If you add up all the time, I reviewed them a

12 couple hours probably.

13      Q.    Okay.  We're here today about the conviction

14 of James Fletcher in the Willie Sorrell [sic] matter. So

15 my first question to that effect is, do you have an

16 independent recollection that is without, you know,

17 thinking towards the documents that you reviewed, of the

18 investigation into Willie Sorrell's death that occurred

19 on December 21, 1990?

20      A.    I don't.

21      Q.    Okay.  And did your review of the documents

22 refresh your recollection at all as to specifically that

23 evening, December 21, 1990?

24      A.    No, they didn't.

25      Q.    Okay.  Let me pull up what we'll name Exhibit

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-4 Filed: 05/06/25 Page 18 of 57 PageID #:4708
The Deposition of JAMES GILGER, taken on March 18, 2021

16

1.  Mr. Gilger, can you see this on your screen?

2              (EXHIBIT 1 MARKED FOR IDENTIFICATION)

3     A.   Yes.

4          MS. GARCIA:  Okay.  For the record, this is a

5     supplemental report that is Bates stamped City-JF-

6     000203 to City-JF-000207.

7  BY MS. GARCIA:

8     Q.   And Mr. Gilger, is this one of the documents

9  that you reviewed?

10     A.   The -- the first page here where it says,

11  "Permanent Retention File," I've never seen that before.

12     Q.   Okay.  Have you seen the second page?  And

13  I'll give you a moment to read over it.

14     A.   No, the -- to help speed things up, I only saw

15  Page 3.

16     Q.   Okay.  So is this the page that you referred

17  to earlier as the page of the sup report that you had

18  reviewed?

19     A.   That's correct.

20     Q.   Okay.  And was your testimony correct that you

21  -- after reviewing this and your other document, your

22  recollection was not refreshed as to the instances that

23  occurred on December 21, 1990?

24     A.   It wasn't --

25          MR. BORKAN:  Objection to form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MS. GARCIA:

    Q.   Sorry.  Did you say yes, Mr. Gilger?

    A.   I think my attorney just objected.

    Q.   Sure.

       MR. BORKAN:  Right.  I said objection to form.
You can answer the question, Mr. Gilger.

       THE WITNESS:  Yeah, this is the only report
that I saw.

BY MS. GARCIA:

    Q.   Okay.

       MR. BORKAN:  That wasn't the questions.

BY MS. GARCIA:

    Q.   That's all right.  So with the understanding
that you don't have a independent recollection, and this
does not refresh your recollection, I just wanted to ask
you a few questions about this document itself. So in
the middle of Page 3 where it says, "Personnel
assigned," do you see that?

    A.   Yeah.

    Q.   Okay.

    A.   Yes, I do.

    Q.   Okay.  And one of the -- above your name, I
assume P.O. Gilger is referring to you, patrol officer
at that time?

    A.   That's correct.



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q.   Okay.  Above your name it says, "Sergeant

2   Kero," rather.  Prior to December 21, 1990, had you

3   worked with Sergeant Kero?

4       A.   Sergeant Kero was the -- one of the supervisor

5   on -- on our watch, yes.

6       Q.   Okay.  And as your supervisor, what sort of

7   instruction or supervision would he give you?

8            MR. BORKAN:  Objection to form.

9            THE WITNESS:  In this case, or in general?

10  BY MS. GARCIA:

11      Q.   In general.

12      A.   We're just assigned patrol duties, answer

13  calls that come within our -- our beat, and whenever

14  there are -- the radio dispatcher would inform us that

15  there's a call for us.  So he's just a supervisor.

16      Q.   Okay.  And would he have any say as to who was

17  dispatched to investigate scenes, generally?

18      A.   No.  It's just a dispatcher would send a --

19  the car.

20      Q.   Okay.  And do you recall one way or another if

21  he was present when you were on the scene on December

22  21, 1990?

23      A.   I don't remember anything about this case.

24      Q.   Okay.

25      A.   But his -- his name's listed there.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-4 Filed: 05/06/25 Page 21 of 57 PageID #:4711
The Deposition of JAMES GILGER, taken on 04/23/2021

19

```
 1        Q.   Okay.  When Sergeant Kero was assigned to
 2   supervise a crime scene such as this, what instruction,
 3   if any, would he give you as a patrol officer?
 4        A.   Well, he -- he would probably be assisting me.
 5   And if there's any evidence at the scene, he's basically
 6   just, maybe organizing crowd control.  But basically
 7   it's my investigation, the preliminary investigation
 8   anyway.
 9        Q.   Okay.  And below your name where it says,
10   "Personnel assigned," there's a "Det. Michael Fleming."
11   Do you see that?
12        A.   I do.
13        Q.   Prior to December 21, 1990, had you worked
14   with Detective Fleming?
15        A.   I don't know a Detective Fleming.
16        Q.   Okay.  So it's fair to say you don't recall
17   working -- before or after?
18        A.   No.  I -- I never worked with him.  No.
19        Q.   Okay.  The reason I'm asking is because in the
20   summary where -- of the history of the investigation, it
21   says three lines down, "R/Det spoke with P.O. Gilger the
22   paper car who gave the following information."  So would
23   it be fair to say that, assuming Detective Fleming was
24   the reporting detective, you don't recall speaking with
25   him?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    I don't.

 2        Q.    Okay.  And in this context, what does, "The

 3   paper car" mean?

 4        A.    It's the assigned patrol car.

 5        Q.    Okay.  And in an investigation such as this

 6   where there may have been eyewitnesses, as a patrol

 7   officer, would it have been part of your

 8   responsibilities to talk with those witnesses?

 9        A.    Yeah.  If they were on the scene, yes.

10        Q.    Okay.  And throughout the rest of this file,

11   there's a number of witnesses.  I'm just going to go

12   through them and see if you can recall talking to them

13   at all.  On December 21, 1990, do you recall speaking

14   with Edward Cooper?

15        A.    No.

16        Q.    Okay.  On December 21, 1990, do you recall

17   speaking with Sheenee Friend?

18        A.    No.

19        Q.    On December 21, 1990, do you recall speaking

20   to Emmett Wade?

21        A.    No.

22        Q.    Okay.  On December 21, 1990, do you recall

23   speaking to Terry Rogers?

24        A.    No.

25        Q.    Okay.  On December 21, 1990, do you recall
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-4 Filed: 05/06/25 Page 23 of 57 PageID #:4713
The Deposition of DAVID GILGER, taken on 04/06/2022

21

```
 1   speaking to any eyewitnesses?

 2        A.   I don't remember this case at all -- at all.

 3        Q.   Okay.  I'm going to move on to Exhibit 2,

 4   which is Bates City-JF-000208 to the Bates City-JF-

 5   000209.  Give me one moment to share my screen.  Okay.

 6   Mr. Gilger, I don't believe you reviewed this, but I

 7   wanted to give you a moment to just read over it, if you

 8   haven't.

 9             (EXHIBIT 2 MARKED FOR IDENTIFICATION)

10        A.   Can you scroll all the way to the top, please?

11   BY MS. GARCIA:

12        Q.   Yes.

13        A.   You can start scrolling down now.

14        Q.   Okay.

15        A.   I've never seen this report before.

16        Q.   Okay.  And then there's a little bit more of

17   this report on Page 2.  So if you could just review that

18   for me and let me know when you're done.

19        A.   Could you scroll back up to the previous page?

20        Q.   Yes.

21        A.   Okay.  You can scroll back down again.

22        Q.   Okay.

23        A.   Okay.  Never seen this report before.

24        Q.   Okay.  And that answered my first question,

25   but my second question would be: Does this refresh your
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   recollection at all as to the arrest of Edward Cooper on
 2   December 22, 1990?
 3        A.   I don't know who Edward Cooper is.
 4        Q.   Okay.  And that presupposes my next question
 5   is, which -- do you recall whether or not you assisted
 6   Detective Fleming in arresting Mr. Cooper?
 7        A.   Like I said, I don't know who Edward Cooper
 8   is, so I guess the answer is no.
 9        Q.   Okay.  And let's move on to Exhibit 3.
10   Actually going back a bit, you said you don't recall
11   this investigation at all.  Would it be fair to --
12   actually, strike that.  That's a bad question.  Do you
13   recall investigating or assisting at all in the
14   investigation of Willie Sorrell, or the prosecution of
15   James Fletcher?
16        A.   No.
17        Q.   Okay.  I'm going to share what we'll call
18   Exhibit 3.  And this is City-JF-00052.  Mr. Gilger, can
19   you see that?
20             (EXHIBIT 3 MARKED FOR IDENTIFICATION)
21        A.   Yes, I can.
22   BY MS. GARCIA:
23        Q.   All right.  I'm going to give you a moment to
24   review this, and please let me know when you are done.
25        A.   Okay.  Another report I've never seen before.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  And similarly, did Detective Bogucki or

 2   Schalk reach out to you in March of 1990 regarding

 3   either Edward Cooper, Mr. Fletcher, or the investigation

 4   of the Sorrell murder?

 5        A.   No.

 6        Q.   Okay.  And do you personally know Detective

 7   Bogucki or Detective Schalk?

 8        A.   Both of them, are you asking?

 9        Q.   Yes.

10        A.   Yes.  I know who they are, yes.

11        Q.   Okay.  And in what capacity do you know, let's

12   first say Detective Bogucki?

13        A.   Yes.  I know Jerry Bogucki.  He's a detective

14   in my office.

15        Q.   Okay.  And did you -- actually, going back a

16   moment, within Area Five, did the detectives have

17   partners?

18        A.   Most often, yes.

19        Q.   Okay.  And what was the process for partners

20   being either selected or assigned in Area Five?

21        A.    It's usually just people who know each other

22   from earlier in their careers, and they make detectives,

23   and they're friends or whatever.

24        Q.   Okay.  And did you have a partner that you

25   paired up with from '96 to 2012?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I've had several partners, yes.

 2        Q.   Okay.  And in and around 2002, did you have a

 3   partner?

 4        A.   When exactly in 2002?

 5        Q.   Let's say April and May in 2002?

 6        A.   In April of 2002, I was working midnights.

 7        Q.   Okay.

 8        A.   I really didn't have a partner at that point.

 9   We just kind of -- we had a skeleton crew of detectives.

10        Q.   Okay.  Was Detective Bogucki ever your

11   partner?

12        A.   No.

13        Q.   Okay.  And was Detective Schalk ever your

14   partner?

15        A.   No.

16        Q.   Okay.  And similarly with Detective Bogucki,

17   did you know Detective Schalk?

18        A.   Yes.

19        Q.   And in what capacity did you know Detective

20   Schalk?

21        A.   Fellow detective from my office.

22        Q.   Okay.  When was the last time you spoke with

23   Detective Bogucki?

24        A.   I haven't seen either one of those in over ten

25   years.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  Do you recall the last time you saw
2  Detective Bogucki?
3    A.   I don't.
4    Q.   Okay.  And do you recall the last time that
5  you saw Detective Schalk?
6    A.   Same thing for -- for Ray Schalk.  I haven't
7  seen either one of those guys in ten years.
8    Q.   Okay.  And what was your opinion of Detective
9  Bogucki as a detective?
10         MR. BORKAN:  Objection.  Foundation. Objection
11     to form.  My apologies.
12         MS. GARCIA:  No worries.
13  BY MS. GARCIA:
14    Q.   If you have an opinion.
15    A.   He was a good detective.
16    Q.   Okay.  And what is your basis for that
17  opinion?
18    A.   Just the amount of cases that they solved over
19  their careers.
20    Q.   And outside of the number of cases they
21  solved, do you have any other basis for feeling that
22  Detective Bogucki was a good detective?
23    A.   No.
24    Q.   Okay.  And similarly with Detective Schalk, do
25  you have an opinion as to whether Detective Schalk was a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   good detective?

 2         MS. WEST:  Objection to form.

 3   BY MS. GARCIA:

 4       Q.   You can answer, Mr. Gilger.

 5       A.   He was a good detective.

 6       Q.   Okay.  And what is your basis for that belief?

 7       A.   Based on the amount of cases they solved.

 8       Q.   Okay.  And is there any other basis, other

 9   than the amount of cases that Detective Shalk solved,

10   for your opinion that he was a good detective?

11       A.   No.

12       Q.   Okay.  I'm going to pull up what we'll call

13   Exhibit 4, I believe.  And this is City-JF-00063.

14   Detective Gilger, have you seen this before?

15             (EXHIBIT 4 MARKED FOR IDENTIFICATION)

16       A.   I have not.

17   BY MS. GARCIA:

18       Q.   Okay.  I'm going to give you a moment to

19   review.

20       A.   Yeah.  This is an evidence report submitted by

21   the crime lab guys.

22       Q.   Okay.  And is, "J. Gilger" at the bottom of

23   the page at where it says, "Beat Officer's Name"?  Is

24   that referring to you, Mr. Gilger?

25       A.   It is.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  And you would say that this -- you

2  believe this was generated by the technicians -- the

3  evidence technicians, correct?

4      A.   Well, their name's on the bottom of it.

5      Q.   Okay.  And when an evidence technician was

6  submitting a report and you were, you know, named as the

7  beat officer, would you have to review the report that

8  they put together at all?

9      A.   I have no idea where they made this report.

10     Q.   Okay.  So you haven't seen this report before?

11     A.   No.

12     Q.   Okay.  One moment.  I'm going to pull up what

13 I believe is the report that you reviewed.  Okay.

14        MS. GARCIA:  Is this Exhibit 5?  I'm losing my

15 --

16        THE REPORTER:  Yes.

17        MS. GARCIA:  Thank you.  So we'll call this

18    Exhibit 5.  This is Bates City-JF-00064 to 00065.

19        (EXHIBIT 5 MARKED FOR IDENTIFICATION)

20 BY MS. GARCIA:

21     Q.   Detective Gilger, is this the police report

22 that you referred to earlier as one of the two documents

23 you reviewed?

24     A.   That's correct.

25     Q.   Okay.  And just for the record, at the bottom,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   it says, "J." -- of the first page, it says, "J. Gilger"

2   with a "Star Number 12462."  Mr. Gilger, is that your

3   star number?

4       A.   It was in -- in 1990.  Yes.

5       Q.   Okay.  Thank you for that clarification.  And

6   next to the star number, there's a signature.  Is that

7   your signature?

8       A.   It is.

9       Q.   Okay.  Is this a report that you authored?

10      A.   That's correct.

11      Q.   Okay.  And after reviewing this report

12  previously, was your recollection refreshed at all as to

13  the investigative work you did on December 21, 1990 with

14  regards to the Sorrell murder?

15      A.   It didn't refresh my memory, no.

16      Q.   Okay.  Is there anything -- actually, strike

17  that.  Do you have any reason to disbelieve any of the

18  information that's contained in this report?

19      A.   That's what I was told.

20      Q.   Okay.  But what -- my question's just a little

21  bit different.  So you authored this report, correct?

22      A.   That's correct.

23      Q.   Okay.  And what was your process for authoring

24  reports?  Reports such as this, rather?

25      A.   Could you repeat the question?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    Sure.  What was your process for authoring a
 2   police report such as this?
 3        A.    Well, I -- I would just find out the person's
 4   name who got killed, and the names of witnesses, and I'd
 5   write them down in the report.  And if there was a
 6   description of the offenders, or a name of the offender,
 7   I would list that also.
 8        Q.    Okay.  And when talking to witnesses prior to
 9   generating a report like this, would you -- did you take
10   notes contemporaneously?
11        A.    No.
12        Q.    Okay.  So would it be fair to say that this
13   contains a fair summation of the investigative work that
14   you did on December 21, 1990?
15        A.    That's correct.
16        Q.    Okay.  And along that line, after reviewing
17   this, do you have any reason to believe it's anything
18   other than truthful and accurate, as to the
19   investigative work you did on that date?
20        A.    What I listed in the report is what I was
21   told, so I this is an accurate report.
22        Q.    Okay.  And so you when you say it's what you
23   were told, are you referring to what you were told from
24   the witnesses?
25        A.    Yes.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  And when you were reviewing that, there

2  was nothing that you read that struck you as inaccurate?

3    A.   Well, you're asking me -- I don't even

4  remember this case and you're asking me specific

5  questions about the -- what the witnesses, you know,

6  said or -- so I don't remember this case.  So I'm just

7  going on what I'm reading in this report that I

8  generated.

9    Q.   Okay.  So you're not sure one way or another

10  if there's inaccurate information in this?

11         MR. BORKAN:  Objection to form.

12         THE WITNESS:  Everything I put in there is what

13    I thought was accurate.

14  BY MS. GARCIA:

15    Q.   Okay.  Let's move on to Exhibit -- actually,

16  strike that.  Mr. Gilger, as a patrol officer, did you

17  ever participate in a lineup of potential suspects?

18    A.   As a -- as a filler in a lineup?

19    Q.   No.  As someone who helped conduct a lineup of

20  potential suspects.

21    A.   In my -- in my detective career?

22    Q.   Either in your detective career, or your

23  career as a patrol officer?

24    A.   Yeah, I -- I worked on several lineups.

25    Q.   Okay.  And can you describe what a lineup is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   in terms of, you know, within the context of Chicago
2   Police Department?
3           A.   Well, it's usually a minimum of four people
4   who meet the same demographics, and -- and they're
5   viewed by witnesses to a potential crime.  Which -- and
6   one of the -- the -- the -- one of the fillers in the
7   lineup will -- will possibly be the suspect.
8           Q.   Okay.  And do you recall the process for
9   selecting people who would be fillers for a lineup?
10          A.   Yes.
11          Q.   And can you expand on that process for me?
12          A.   Well, I think I just said that we get people
13  with the same demographics and race, height, sex.
14          Q.   Okay.  And more specifically, where would
15  those people come from?  For example, was there some
16  sort of database you're utilizing?  Was it based on some
17  sort of -- actually, strike that.  Going back, when
18  you're picking out people who would be fillers, where
19  were you pulling those fillers from?
20              MS. WEST:  Objection to form.  You can answer.
21              THE WITNESS:  Okay.  Generally, sometimes in
22          the 25th District lockup, there would be people in
23          the lockup who might be -- meet the same
24          demographics as the -- the suspect.  So we -- we
25          would -- we would use them.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MS. GARCIA:

Q.   Okay.  And so other than folks who were in lockup, was there other places that you would pull fillers from?

A.   That's usually, you know, 95, 99 percent of the time.

Q.   And that 1 percent of the time where you didn't, was there some sort of database or some other source that you would pull fillers from?

A.   Might use -- you know, we used like other officers, you know, but they would be -- they wouldn't be in uniform.  They would be in plain clothes.  So we would use possible, you know, police officers.

Q.   Okay.

A.   Who might -- who might meet that demographic.

Q.   Okay.  And within Area Five, was there a specific place that lineups were held?

A.   Yes.

Q.   And where was that?

A.   There was a lineup room which had a -- a one-way mirror in -- in the room.

Q.   And then I would assume you would have the suspects on one side and then the witnesses and the officers on the other side?

A.   Well the -- you mean the -- the fillers, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    mean?

2        Q.   Yes.

3        A.   Of the -- so the witnesses on one side and the

4    fillers and line up on the other side.  Yes.

5        Q.   Okay.  And once you had the fillers on one

6    side and then the witnesses and the other, what was the

7    process for having the witnesses review it to see if any

8    of the fillers were someone that they recognized?

9            MS. WEST:  Objection to form.

10           MR. BORKAN:  Objection to form.

11           THE WITNESS:  We would have them either

12       standing or seated, dressed -- dressed alike if --

13       if possible.

14   BY MS. GARCIA:

15       Q.   Okay.  And so when you would start the lineup

16   process, would there be someone who would be giving

17   instructions to the fillers and to the witnesses?

18       A.   There was -- most often there would be a

19   detective in the lineup room who would be giving the --

20   the fillers instructions as to stand up, and then they

21   would step over towards the mirror.  And there would be

22   a light on in the room, and one by one, the -- all the

23   fillers would stand and do the same thing.

24       Q.   Okay.  And was it a process that would be

25   repeated generally one time, or multiple times per

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    lineup?

 2        A.    Per witness, it would be once.

 3        Q.    Okay.  And when there was multiple witnesses

 4    who were viewing a lineup, would those witnesses be in

 5    the room together?

 6        A.    No, they --

 7        MR. BORKAN:  Objection to form.

 8    BY MS. GARCIA:

 9        Q.    Sorry.  You can answer.

10        A.    They would be -- they would be separate.

11        THE REPORTER:  And what was that objection

12    really quick?

13        MR. BORKAN:  Objection to form.

14        THE REPORTER:  Thank you.

15        MS. GARCIA:  Okay.  I'm going to share what

16    we'll call Exhibit 6, and this is going to be

17        Bates IND DEF 0000936 to 0000940.  This is a

18    batch exhibit with a number of photographs.  So I'm just

19    going to scroll through this for you, Mr. Gilger, and

20    then ask a few questions.  Okay.  My first question is:

21    Do you recognize any of the people in these photographs?

22        (EXHIBIT 6 MARKED FOR IDENTIFICATION)

23        A.    No, I don't.

24    BY MS. GARCIA:

25        Q.    Okay.  And do you recognize which person, if
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   any of these folks, is James Fletcher?

 2        A.   I don't know who James Fletcher is.  No.

 3        Q.   Okay.  And do you recall the setting in which

 4   this photo was taken?

 5             MS. WEST:  Objection to foundation.

 6             MR. BORKAN:  Objection to form.

 7             THE WITNESS:  This is a picture taken by

 8        someone from the crime lab after a lineup is

 9        conducted.

10   BY MS. GARCIA:

11        Q.   Okay.  And is this picture -- is the place

12   this picture was taken located in Area Five?

13        A.   It is.

14        Q.   Okay.  Where in Area five was this located?

15        A.   Right adjacent to the lineup room.

16        Q.   And you said this would be a picture that

17   someone from the crime lab would take after a lineup was

18   conducted?

19        A.   Or -- or an evidence technician.  Probably it

20   was an evidence technician, I'm guessing.

21        Q.   Okay.  And what was the purpose for taking the

22   photograph in this room after the lineup was conducted?

23        A.   It was just for records of what -- what was

24   viewed in the lineup, of what the witnesses possibly

25   viewed in the lineup.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Okay.  And was this -- during your time in
2  Area Five, was this the room that these post lineup
3  photos would generally be taken in?
4    A.    Are you asking me if I was there or...
5    Q.    Not for this one.  I'm just speaking, you
6  know, as a detective who had experience within Area
7  Five.  I'm asking more broadly.  After lineups were
8  conducted and photographs were taken for evidentiary
9  purposes, was this the room in which these photos were
10  generally taken?
11    A.    You know, 99 percent of the time, yes.
12    Q.    Okay.  And if they weren't taken in this room,
13  was there other rooms, and that 1 percent of the time
14  that photograph would be taken?
15    A.    It -- you know, maybe because there might be
16  people out on -- on -- you know, witnesses on the floor,
17  on other cases.  So they might have taken a picture
18  inside the lineup room.
19    Q.    Okay.  And you said that this is adjacent to
20  the lineup room, correct?
21    A.    That's correct.
22    Q.    Would it -- and if -- it might be hard to see,
23  but in the background of the picture, there's a door.  Do
24  you see that?  I can zoom in on it.
25    A.    Yeah, I can see it.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  And if you can recall, was this the

2    door through which you would get to the lineup room?

3    A.   No.

4    Q.   Okay.  Where in this photo, you know, in terms

5    of directions left, right, forward, back was the lineup

6    room located?

7    A.   Well, looking at the picture, the subject on

8    the far right, if he were -- if -- if someone were to

9    walk from his direction -- from his direction, towards

10   the left, he would come around to a door, and that's

11   where the lineup -- that's where the witnesses would

12   view the lineup.

13   Q.   Okay.  So if we're looking at the picture, it

14   would be somewhere off to the right, but if we're

15   looking from the perspective of the witness on the far -

16   - the filler on the far right, it'd be to his left,

17   correct?

18   A.   Yeah.  The -- the actual lineup room is right

19   behind where these subjects are standing.

20   Q.   Okay, great.  So then -- and I apologize, I'm

21   going to sound like a broken record, but do you recall

22   attending any lineups related to the Sorrell

23   investigation?

24   A.   No.

25   Q.   Okay.  And specifically, do you recall

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   attending a lineup on April 20, 2002 related to the

2   Sorell investigation?

3        A.   No.

4        A.   Okay.  I'm going to introduce what should be

5   our last exhibit, which we'll call Exhibit 7.  And this

6   is Bates Fletcher 007074 to 007079.  And I'm not going

7   to make you review this entire thing, but I'll represent

8   to you that this is the lineup report of the lineup

9   taken on April 20, 2002.  And my question is

10  specifically about Page 4 of this report.  Under,

11  "Personnel Assigned," there is a line that says,

12  "Reporting Officer."  And under that it says, "James G

13  Gilger, 21151, Beat 1513."  Do you see that?

14            (EXHIBIT 7 MARKED FOR IDENTIFICATION)

15       A.   I do.

16  BY MS. GARCIA:

17       Q.   Okay.  I'm not going to ask you again if you

18  recall this lineup, because you said you haven't, but

19  within the context of a lineup report and you being

20  named as the reporting officer, is that indicative of

21  you being present, or is that indicative of you being an

22  officer who had worked on the case prior?

23       A.   Well, it's got my star number, but it's got my

24  beat number as 1513.  And that's the beat I had when I

25  was -- when this murder happened.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.   Okay.  So and I'll go down to the last page.

2  Actually, the second to the last page where it says,

3  "Lineup Taken," and under it says, "Detective Shalk and

4  persons conducting lineup, Det. J. Bogucki and Det. R.

5  Shalk."  Have you filled out a lineup report similar to

6  this as a detective?

7     A.   Sure.

8     Q.   Okay.  And when listing, you know, who was

9  present, if there was a detective present who may not

10  have been the person, you know, asking the suspects to

11  step forward or the fillers to step forward, would you

12  have put their name down in this area of the narrative?

13     A.   If they took an active role in conducting the

14  lineup, yes.  I would've put their name down.

15     Q.   Okay.  And so I guess my question is: Is it

16  possible that you were present, but your name wasn't put

17  down in this narrative?

18     A.   Well, anything's possible.  I was a detective

19  in 2002, but I was working midnights at the time.

20     Q.   Okay.

21     A.   This -- this lineup was done at 11:35 in the

22  morning.  I was off duty.

23     Q.   Okay.  But regardless of whether or not you

24  were present, you don't recall being -- you don't recall

25  witnessing this lineup, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    I wasn't there.  I don't recall.

2    Q.    Okay.  And outside of the Sorrell

3 investigation, and obviously the deposition today, does

4 the name James Fletcher indicate anything to you?

5    A.    Like I said before, I don't know who James

6 Fletcher is.

7    Q.    Okay.  Do you know someone named David Wilson?

8    A.    No.

9    Q.    Do you know someone named Henry Cox?

10    A.    No.

11    Q.    Do you know someone named John Smith?

12    A.    No.

13    Q.    Do you know someone named Dwayne Simmons?

14    A.    No.

15    Q.    Do you know someone named Arnold Dixon?

16    A.    No.

17    Q.    Okay.  And outside of the December 21, 1990

18 date, do you recall having any interaction with Sheenee

19 Friend?

20    A.    Outside of the day of the murder?

21    Q.    Yes.

22    A.    No.

23    Q.    Do you recall having any interaction with

24 Edward Cooper outside of the day of the murder?

25    A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Do you recall having any interaction with

 2   Terry Rogers outside the day of the murder?

 3        A.   No.

 4        Q.   And do you recall having any interaction with

 5   Emmett Wade outside the day of the murder?

 6        A.   No.

 7        Q.   Okay.  And have you spoken to either Defendant

 8   Bogucki or Schalk regarding this case at all since --

 9   actually, strike that.  Do you recall speaking with

10   Defendant Bogucki about either the Sorrell investigation

11   or the prosecution of James Fletcher?

12        A.   No.

13        Q.   Do you recall speaking with Detective Schalk

14   about either the Sorrell investigation or the James

15   Fletcher prosecution?

16        A.   No.

17        Q.   Do you recall speaking with Anthony Wojcik

18   about either the Sorrell investigation or the Fletcher

19   prosecution?

20        A.   No.

21        Q.   Okay.  And do you recall speaking to Detective

22   Anthony Noraden about the -- either the Sorel

23   investigation or the Fletcher prosecution?

24        A.   No.

25        Q.   Okay.  And outside of the report that you
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    generated, do you recall any other information regarding
 2    either the Sorrell investigation or the prosecution of
 3    James Fletcher?
 4         A.   No.
 5              MS. GARCIA:  Okay.  I don't have any other
 6         questions.  Thank you.
 7                        CROSS-EXAMINATION
 8    BY MS. WEST:
 9         Q.   Sir.  I have a couple questions, but first,
10    would you like to take a break?
11         A.   No, I'm fine.
12         Q.   Okay.
13         A.   You can continue.
14         Q.   Okay.  I just have a few questions and follow
15    up.  Like I said before, my name's Allyson West.  I
16    represent the individual defendant officers in this
17    lawsuit.
18         A.   Yes.
19         Q.   Counsel previously showed you a document which
20    you said you reviewed prior to your deposition.  It was
21    the original case report, which -- let me show you one
22    that I have, and we'll mark it as Individual Defendants'
23    Exhibit 1, just because I have different Bates range
24    than what Counsel for Plaintiff had.  Bear with me.  All
25    right.  And for the record, the document that I have is
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   IND DEF 001410 through 001411.  Sir, as you previously
 2   testified, your name and signature is on the bottom of
 3   this first page, 001410; is that right?
 4                 (DEFENDANT'S EXHIBIT 1 MARKED FOR
 5                     IDENTIFICATION)
 6       A.   That's correct.
 7   BY MS. WEST:
 8       Q.   Okay.  In December of 1990, did you have a
 9   partner that you regularly worked with?
10       A.   You know, I -- I -- I did, but since we were
11   working the day shift, they -- they put most of us in
12   one-man cars.
13       Q.   Okay.
14       A.   But I was by myself that morning based on the
15   -- the reading the report.
16       Q.   Okay.  And based on the reading of this
17   report, and please tell him if you'd like me to scroll
18   down, can you identify the witnesses that you spoke with
19   on December 21, 1990?
20       A.   Well, based on what I wrote here, you know,
21   that's who I spoke to, yes.
22       Q.   Okay.  So you spoke with Sheenee Friend, or
23   Sheenee Friend?
24       A.   Well, I -- I got it -- her name spelled
25   differently, but I -- you know, it could have been my
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   mistake.
2       Q.   Okay.  And -- but you do have that individual
3   listed -- an individual with the last name Friend listed
4   as a witness you spoke to on the scene; is that correct?
5       A.   That's correct.  That's correct.
6       Q.   And another individual that you have listed
7   that you spoke with on the scene was Emmett Wade.  Do
8   you see that?
9       A.   I do.
10      Q.   Okay.  And the body of your text in the
11  narrative section, is that your handwriting?
12      A.   Oh, yes.
13      Q.   Okay.  Both on the first page and the second
14  page, sir?
15      A.   That is correct.
16      Q.   Okay.  Typically, when would you have filled
17  out a report like this?
18      A.   As -- as soon -- upon arrival at the scene.
19      Q.   While you were still at the scene, typically,
20  would you have been directed to a detective that was
21  handling a homicide investigation such as this while
22  you're still on the scene?
23      A.   Well, I probably wasn't looking for him.  He
24  was probably more looking for me.  I'd get my name and
25  my information for his -- for his report.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Mr. Gilger, can you tell, based on the
 2   documents that you reviewed in preparation for your
 3   deposition today, if you had any other involvement in
 4   the Sorrell investigation, other than what was
 5   documented in this original case report?
 6        A.   If I was involved in any other part of the
 7   case, I definitely would be listed as like an assisting
 8   detective, or assisting arresting officer, or possibly -
 9   - you know, those are the two scenarios I could foresee.
10        Q.   Okay.  And again, and I know Counsel's asked
11   you this repeatedly, you have no independent
12   recollection of the Sorrell investigation, sir; is that
13   correct?
14        A.   I don't.  I don't.
15             MS. WEST:  Okay.  Those are all the questions I
16        have for you.  Thank you.
17             THE WITNESS:  Thank you.
18             MS. HARRIS:  I don't have any questions here.
19             MS. GARCIA:  I don't have any follow up unless
20        you do, Mr. Borkan.
21             MR. BORKAN:  No.  No questions for me, thank
22        you.
23             THE REPORTER:  Okay.  Thank you.  Are we
24        reserving or waiving signature today?
25             MR. BORKAN:  I will -- I think we can waive
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   signature.  I don't believe that there's any
 2   necessity here.
 3        THE REPORTER:  Okay.
 4        MR. BORKAN:  With respect to names, or other
 5   questions that didn't come out clearly where, you
 6   know, there might be an issue of numbers, 5-0 versus
 7   1-5 and that sort of thing, so --
 8        THE REPORTER:  Okay.
 9        MR. BORKAN:  -- no, I don't it's necessary to
10   reserve signature.
11        THE REPORTER:  Thank you.  And Mariah, would
12   you like a copy of the transcript today?
13        MS. GARCIA:  No, I'm okay.
14        THE REPORTER:  Okay.
15        MS. GARCIA:  Courtney, just remind me what your
16   e-mail is so I can send you the exhibits.
17        THE REPORTER:  Okay.  Give me one second.  Let
18   me finish going through the orders really quick, and
19   I'll give it to you.
20        MS. GARCIA:  Oh, sorry.  Sorry.
21        THE REPORTER:  Steve, would you like a copy of
22   the transcript today?
23        MR. BORKAN:  No.  Thank you.
24        THE REPORTER:  Allyson, would you like a copy?
25        MS. WEST:  No.  Thank you.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       THE REPORTER:  And Dhaviella, would you like a
2    copy?
3       MS. HARRIS:  No.  Thank you.
4       THE REPORTER:  Okay.  We are off the record at
5    1:00 p.m. Central Time.
6         (DEPOSITION CONCLUDED AT 1:00 P.M. CT)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              CERTIFICATE OF REPORTER

 2                  STATE OF ILLINOIS

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Title page hereof, by me after

 7   first being duly sworn to testify the truth, the whole

 8   truth, and nothing but the truth; and that the said

 9   matter was recorded digitally by me and then reduced to

10   typewritten form under my direction, and constitutes a

11   true record of the transcript as taken, all to the best

12   of my skill and ability. I certify that I am not a

13   relative or employee of either counsel and that I am in

14   no way interested financially, directly or indirectly,

15   in this action.

16

17
```



```
22   KORTNEY CHASE,

23   COURT REPORTER/NOTARY

24   MY COMMISSION EXPIRES: 09/24/2025

25   SUBMITTED ON:  01/11/2024
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

Defense Exhibit 1_Gilger 42:23 43:4

Exhibit 1_ Gilger 16:2

Exhibit 2_ Gilger 21:9

Exhibit 3_ Gilger 22:20 26:13,15

Exhibit 4_ Gilger 26:15

Exhibit 5_ Gilger 27:19

Exhibit 6_ Gilger 34:22

Exhibit 7_ Gilger 38:14

_____

0

0000936 34:17
0000940 34:17
000203 16:6
000209 21:5
00065 27:18
001410 43:1,3
001411 43:1
007074 38:6
007079 38:6
04768 6:14

_____

1

1 10:9 16:1,2 32:7 36:13 42:23 43:4
1-5 46:7
110 6:5
11:35 39:21

12462 28:2
12:01 6:7
14th 6:7
1513 38:13,24
1988 10:12,19
1990 15:19,23 16:23 18:2,22 19:13 20:13,16, 19,22,25 22:2 23:2 28:4,13 29:14 40:17 43:8,19
1996 10:22 12:2
1:00 47:5,6

_____

2

2 21:3,9,17
20 38:1,9
20-CV- 6:13
2002 24:2,4,5,6 38:1,9 39:19
2012 12:10 23:25
2016 10:9 12:9, 14
2023 6:7
21 15:19,23 16:23 18:2,22 19:13 20:13,16, 19,22,25 28:13 29:14 40:17 43:19
21151 38:13
22 22:2
23rd 10:18
25th 10:12 12:22 31:22

_____

3

3 16:15 17:17 22:9,18,20

30 14:15

_____

4

4 26:13,15 38:10

_____

5

5 27:14,18,19
5-0 46:6

_____

6

6 34:16,22
60606 6:6

_____

7

7 38:5,14

_____

9

95 32:5
96 11:19 12:9 23:25
99 32:5 36:11

_____

A

accurate 29:18,21 30:13
active 39:13
actual 37:18
add 15:11
adjacent 35:15 36:19
affirm 7:16
agree 7:9
Agreed 7:13
alike 33:12
Allyson 6:22 42:15 46:24

amount 25:18 26:7,9
answers 8:25
Anthony 41:17,22
anything's 39:18
apologies 25:11
apologize 37:20
appearance 6:16
applied 11:21
approximate 15:8
approximately 14:13 15:2
April 24:5,6 38:1,9
area 12:7,8,11, 13,18,20 13:23 23:16,20 32:16 35:12,14 36:2,6 39:12
areas 12:14 13:4
Arnold 40:15
arrest 22:1
arresting 22:6 45:8
arrival 44:18
assigned 12:7, 20 17:18 18:12 19:1,10 20:4 23:20 38:11
assisted 22:5
assisting 19:4 22:13 45:7,8
assume 9:6 17:23 32:22
assuming 19:23
attending

6:16,17,20,23 7:2,4 37:22 38:1
attorney 8:1 9:13,16 17:3
attorneys 9:13
audible 8:25
Austin 10:20 11:2,16 13:1
authored 28:9, 21
authoring 28:23 29:1

_____

B

back 11:1 21:19,21 22:10 23:15 31:17 37:5
background 36:23
bad 22:12
based 26:7 31:16 43:14,16, 20 45:1
basically 19:5, 6
basis 25:16,21 26:6,8
batch 34:18
Bates 16:5 21:4 27:18 34:17 38:6 42:23
bathroom 9:21
Bear 42:24
beat 18:13 26:23 27:7 38:13,24
begin 7:20
behalf 6:22 7:2
belief 26:6
Belmont 12:13



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-4 Filed: 05/06/25 Page 52 of 57 PageID #:4742
The Deposition of JAMES GILGER, taken on March 31, 2023

50

bit 13:14 21:16 22:10 28:21

body 44:10

Bogucki 6:10 23:1,7,12,13 24:10,16,23 25:2,9,22 39:4 41:8,10

Borkan 6:25 7:4 13:15,19 16:25 17:5,11 18:8 25:10 30:11 33:10 34:7,13 35:6 45:20,21,25 46:4,9,23

bottom 26:22 27:4,25 43:2

Boulevard 13:1

boundaries 12:25

break 9:20,23 42:10

broadly 36:7

broken 37:21

————————

C

————————

call 9:14 14:2, 3,4,10,11,14 18:15 22:17 26:12 27:17 34:16 38:5

calls 18:13

capacity 23:11 24:19

car 11:8,12,14 18:19 19:22 20:3,4

career 30:21, 22,23

careers 23:22 25:19

cars 43:12

case 6:12 13:21 14:17,19,

23 18:9,23 21:2 30:4,6 38:22 41:8 42:21 45:5,7

cases 8:15 25:18,20 26:7,9 36:17

Central 6:8 12:7,21 47:5

Chase 6:3

Chicago 6:6, 21,24 7:3,5 10:1,3,8,11,16 13:2 31:1

city 7:2 12:12

City-jf- 16:5 21:4

City-jf-000207 16:6

City-jf-000208 21:4

City-jf-00052 22:18

City-jf-00063 26:13

City-jf-00064 27:18

civilian 11:11

clarification 28:5

closed 12:11

clothes 11:2,5, 16 32:12

CONCLUDED 47:6

conduct 8:12 30:19

conducted 35:9,18,22 36:8

conducting 39:4,13

conference 6:8

contained 28:18

contemporane ously 29:10

context 20:2 31:1 38:19

continue 9:15 42:13

control 19:6

convened 6:8

conversation 14:8

conversations 13:16,25 14:1

conviction 15:13

Cooper 20:14 22:1,3,6,7 23:3 40:24

copy 13:20 14:16 46:12,21, 24 47:2

correct 14:18 16:19,20 17:25 27:3,24 28:10, 21,22 29:15 36:20,21 37:17 39:25 43:6 44:4,5,15 45:13

could've 8:20

Counsel 6:18 42:19,24

Counsel's 45:10

couple 15:12 42:9

court 6:4,5,11 8:24

Courtney 46:15

Cox 40:9

crew 24:9

crime 13:5 19:2 26:21 31:5 35:8,17

crimes 13:7

CROSS-EXAMINATIO N 42:7

crowd 19:6

CT 47:6

Cumberland 13:1

————————

D

————————

database 31:16 32:8

date 29:19 40:18

David 40:7

day 6:7 40:20, 24 41:2,5 43:11

days 14:6

death 15:18

December 10:19 15:19,23 16:23 18:2,21 19:13 20:13,16, 19,22,25 22:2 28:13 29:14 40:17 43:8,19

DEF 34:17 43:1

defendant 6:23 41:7,10 42:16

DEFENDANT'S 43:4

Defendants' 42:22

demographic 32:15

demographics 31:4,13,24

Department 10:1,4,8,11,16 31:2

deposed 8:3,7, 8,15

deposition 6:9 8:19 9:19 13:18

40:3 42:20 45:3 47:6

depositions 8:11

describe 30:25

description 29:6

Det 19:10 39:4

detective 10:21,23 11:20, 24 12:3,5,12 13:3,7,22 14:17,21 19:14, 15,23,24 22:6 23:1,6,7,12,13 24:10,13,16,17, 19,21,23 25:2, 5,8,9,15,22,24, 25 26:1,5,9,10, 14 27:21 30:21, 22 33:19 36:6 39:3,6,9,18 41:13,21 44:20 45:8

detective's 12:1

detectives 6:23 12:15 23:16,22 24:9

Dhaviella 6:25 7:1 47:1

difference 11:4

differently 43:25

DIRECT 7:21

directed 44:20

direction 37:9

directions 37:5

disbelieve 28:17

dispatched 18:17

dispatcher 18:14,18



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

District 6:11, 12 10:18,20 11:2 12:22 31:22

division 6:12 12:5,6

divisions 12:12

Dixon 40:15

document 16:21 17:16 42:19,25

documented 45:5

documents 14:24 15:3,17, 21 16:8 27:22 45:2

door 36:23 37:2,10

downtown 6:21 7:5

dress 11:11

dressed 33:12

drive 6:6 11:11

duties 18:12

duty 39:22

Dwayne 40:13

——————

E

e-mail 46:16

earlier 16:17 23:22 27:22

east 13:2

Eastern 6:12

Edward 20:14 22:1,3,7 23:3 40:24

effect 15:15

Emmett 20:20 41:5 44:7

employed 10:1,3,7

employment 13:12

entire 38:7

et al 6:10

evening 15:23

evidence 19:5 26:20 27:3,5 35:19,20

evidentiary 36:8

exam 12:1

EXAMINATIO N 7:21

exhibit 15:25 16:2 21:3,9 22:9,18,20 26:13,15 27:14, 18,19 30:15 34:16,18,22 38:5,14 42:23 43:4

exhibits 46:16

expand 31:11

experience 36:6

eyewitnesses 20:6 21:1

——————

F

fact 7:10

fair 19:16,23 22:11 29:12,13

February 10:9

feeling 25:21

Fellow 24:21

file 16:11 20:10

filled 39:5 44:16

filler 30:18 37:16

fillers 31:6,9, 18,19 32:4,9,25 33:4,5,8,17,20,

23 39:11

find 29:3

fine 7:25 42:11

finish 9:11 46:18

Fleming 19:10, 14,15,23 22:6

Fletcher 6:10 8:2 15:14 22:15 23:3 35:1,2 38:6 40:4,6 41:11,15,18,23 42:3

flip 9:10

floor 12:22 36:16

folks 32:2 35:1

follow 42:14 45:19

foresee 45:9

form 16:25 17:5 18:8 25:11 26:2 30:11 31:20 33:9,10 34:7,13 35:6

forward 37:5 39:11

foundation 25:10 35:5

Friend 20:17 40:19 43:22,23 44:3

friends 23:23

full 7:7 9:1,9

——————

G

Garcia 6:19 7:11,22 16:4,7 17:1,9,12 18:10 21:11 22:22 25:12,13 26:3, 17 27:14,17,20 30:14 32:1 33:14 34:8,15, 24 35:10 38:16 42:5 45:19

46:13,15,20

gave 19:22

gears 13:14

general 13:20 14:17,19,23 18:9,11

generally 18:17 31:21 33:25 36:3,10

generated 13:21,22 14:20 27:2 30:8 42:1

generating 29:9

geographic 12:17,25

Gilger 6:9 7:6, 8,10,14,23,24 8:2 9:25 16:1,8 17:2,6,23 19:21 21:6 22:18 26:4,14,22,24 27:21 28:1,2 30:16 34:19 38:13 45:1

Gilger's 7:25

give 7:16 9:9 10:15 11:17,18 16:13 18:7 19:3 21:5,7 22:23 26:18 46:17,19

giving 9:1,11 33:16,19

good 25:15,22 26:1,5,10

Grand 12:7,21

great 37:20

ground 8:22

guess 22:8 39:15

guessing 8:19 14:6 35:20

guys 25:7 26:21

——————

H

hand 7:15

handling 44:21

handwriting 44:11

happened 38:25

hard 36:22

Harris 7:1,2 45:18 47:3

hats 10:14

head 9:2

headquarters 12:19,21

height 31:13

held 10:14,16 13:11 32:17

helped 30:19

Henry 40:9

history 19:20

homicide 44:21

hour 14:9 15:10

hours 15:10,12

——————

I

idea 27:9

IDENTIFICATI ON 16:2 21:9 22:20 26:15 27:19 34:22 38:14 43:5

identify 43:18

Illinois 6:6,12

imagine 9:18

inaccurate 30:2,10

IND 34:17 43:1

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

independent 15:16 17:14 45:11

indicative 38:20,21

individual 6:23 42:16,22 44:2, 3,6

inform 18:14

information 19:22 28:18 30:10 42:1 44:25

inside 36:18

instances 16:22

instruction 18:7 19:2

instructions 33:17,20

instructs 9:16

interaction 40:18,23 41:1,4

introduce 38:4

investigate 13:8 18:17

investigating 22:13

investigation 15:18 19:7,20 20:5 22:11,14 23:3 37:23 38:2 40:3 41:10,14, 18,23 42:2 44:21 45:4,12

investigations 12:20 13:9

investigative 28:13 29:13,19

involved 45:6

involvement 45:3

issue 46:6

—————— J ——————

James 6:9,10 7:8,10,24 8:2 15:14 22:15 35:1,2 38:12 40:4,5 41:11,14 42:3

January 10:12

Jerome 6:10

Jerry 23:13

John 40:11

Jr 6:10

—————— K ——————

Kentuckiana 6:5

Kero 18:2,3,4 19:1

killed 29:4

kind 24:9

Kortney 6:3

—————— L ——————

lab 26:21 35:8, 17

lawsuit 42:17

left 37:5,10,16

length 15:9

light 33:22

lines 19:21

lineup 30:17, 18,19,25 31:7,9 32:20 33:15,19 34:1,4 35:8,15, 17,22,24,25 36:2,18,20 37:2,5,11,12,18 38:1,8,18,19 39:3,4,5,14,21, 25

lineups 30:24 32:17 36:7

37:22

list 29:7

listed 18:25 29:20 44:3,6 45:7

listing 39:8

located 6:5 12:18 35:12,14 37:6

location 6:16 12:18

lockup 31:22, 23 32:3

Loevy 6:21

long 9:19 14:8, 13 15:2

losing 27:14

lot 10:14

—————— M ——————

made 27:9

make 23:22 38:7

makes 14:22

March 6:7 12:10 23:2

Mariah 6:19 8:1 46:11

mark 42:22

MARKED 16:2 21:9 22:20 26:15 27:19 34:22 38:14 43:4

matter 6:9 8:8 15:14

meet 31:4,23 32:15

memory 28:15

merit 12:2

Michael 19:10

middle 17:17

midnights 24:6 39:19

minimum 31:3

minutes 14:15

mirror 32:21 33:21

mistake 44:1

moment 16:13 21:5,7 22:23 23:16 26:18 27:12

months 10:19

morning 39:22 43:14

move 12:5 21:3 22:9 30:15

multiple 33:25 34:3

murder 13:8 23:4 28:14 38:25 40:20,24 41:2,5

—————— N ——————

name's 18:25 27:4 42:15

named 27:6 38:20 40:7,9, 11,13,15

names 29:4 46:4

narrative 39:12,17 44:11

necessity 46:2

nodding 9:2

non-plain 11:5

Noraden 41:22

North 6:5

Northern 6:12

notes 29:10

November 10:22 12:2

number 6:13 20:11 25:20 28:2,3,6 34:18 38:23,24

numbers 46:6

numerous 15:6

—————— O ——————

object 9:14

objected 17:3

objection 16:25 17:5 18:8 25:10 26:2 30:11 31:20 33:9,10 34:7, 11,13 35:5,6

objections 9:14

occasions 13:20

occur 14:11

occurred 14:5 15:18 16:23

off-duty 11:10

offender 29:6

offenders 29:6

offense 13:21 14:17,19,23

office 23:14 24:21

officer 11:2,5, 8,11 17:23 19:3 20:7 27:7 30:16,23 38:12, 20,22 45:8

Officer's 26:23

officers 32:11, 13,24 42:16

offices 6:21

one- 32:20

one-man 43:12

online 6:3

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

opinion 25:8, 14,17,25 26:10

orders 46:18

organizing 19:6

original 42:21 45:5

outcomes 8:14

overview 10:15

**P**

p.m. 6:7 47:5,6

P.O. 17:23 19:21

paired 23:25

paper 19:22 20:3

part 20:7 45:6

partial 13:21

participate 30:17

parties 7:9

partner 23:24 24:3,8,11,14 43:9

partners 23:17,19 24:1

party 8:8

patrol 11:8 17:23 18:12 19:3 20:4,6 30:16,23

patrolman 10:18,24 11:3, 6,24

pen 10:6

pending 6:11

people 23:21 31:3,9,12,15, 18,22 34:21 36:16

percent 32:5,7 36:11,13

period 10:14

Permanent 16:11

person 14:1 34:25 39:10

person's 29:3

personally 23:6

Personnel 17:17 19:10 38:11

persons 39:4

perspective 37:15

phone 14:1,3, 10,11,13

photo 35:4 37:4

photograph 35:22 36:14

photographs 34:18,21 36:8

photos 36:3,9

picking 31:18

picture 35:7, 11,12,16 36:17, 23 37:7,13

place 32:17 35:11

places 32:3

plain 11:2,5,16 32:12

plaintiff 6:20 7:11 8:2 42:24

Plaintiff's 6:17

point 24:8

police 8:13 10:1,4,8,11,16 11:7,14 12:22 27:21 29:2 31:2 32:13

police-related 8:12

positions 10:15

possibly 14:15 31:7 35:24 45:8

post 36:2

potential 30:17,20 31:5

preliminary 19:7

preparation 45:2

prepare 13:18

present 18:21 38:21 39:9,16, 24

presupposes 22:4

previous 21:19

previously 28:12 42:19 43:1

prior 10:16 18:2 19:13 29:8 38:22 42:20

PROCEEDINGS 6:1

process 11:23 23:19 28:23 29:1 31:8,11 33:7,16,24

promoted 10:21 11:24 12:2

promotion 11:20,22

prosecution 22:14 41:11,15, 19,23 42:2

pull 15:25 26:12 27:12 32:3,9

pulling 31:19

purpose 35:21

purposes 36:9

put 27:8 30:12 39:12,14,16 43:11

**Q**

question 9:4, 10,11 14:10 15:15 17:6 21:24,25 22:4, 12 28:25 34:20 38:9 39:15

question's 28:20

questioning 9:22

questions 17:11,16 30:5 34:20 42:6,9,14 45:15,18,21 46:5

quick 34:12 46:18

**R**

R/det 19:21

race 31:13

radio 18:14

raise 7:15

range 42:23

Ray 25:6

reach 23:2

read 9:14 15:6 16:13 21:7 30:2

reading 30:7 43:15,16

reason 9:19 19:19 28:17 29:17

recall 8:14 12:17 14:4,9 18:20 19:16,24 20:12,13,16,19,

22,25 22:5,10, 13 25:1,4 31:8 35:3 37:1,21,25 38:18 39:24 40:1,18,23 41:1,4,9,13,17, 21 42:1

received 14:16 15:4

recognize 34:21,25

recognized 33:8

recollection 15:16,22 16:22 17:14,15 22:1 28:12 45:12

record 6:2 7:7 9:15 16:4 27:25 37:21 42:25 47:4

records 35:23

referred 7:24 16:16 27:22

referring 17:23 26:24 29:23

refresh 15:22 17:15 21:25 28:15

refreshed 16:22 28:12

regularly 43:9

related 8:13 37:22 38:1

remaining 12:12

remember 18:23 21:2 30:4,6

remind 46:15

remotely 6:20, 24 7:2,5

repeat 28:25

repeated 33:25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

repeatedly 45:11

rephrase 9:5

report 13:21 14:17,18,19,23, 24 16:5,17 17:7 21:15,17,23 22:25 26:20 27:6,7,9,10,13, 21 28:9,11,18, 21 29:2,5,9,20, 21 30:7 38:8, 10,19 39:5 41:25 42:21 43:15,17 44:17, 25 45:5

reporter 6:2,4 7:6,9,12,14,20 8:24 27:16 34:11,14 45:23 46:3,8,11,14, 17,21,24 47:1,4

Reporters 6:5

reporting 19:24 38:12,20

reports 28:24

represent 38:7 42:16

represented 13:15

representing 6:4

reserve 46:10

reserving 45:24

respect 46:4

responsibilitie s 10:25 13:7 20:8

rest 20:10

Retention 16:11

retired 10:9 12:14 13:10

retirement 10:17 13:11

review 15:21 21:17 22:24 26:19 27:7 33:7 38:7

reviewed 14:25 15:11,17 16:9,18 21:6 27:13,23 42:20 45:2

reviewing 15:3,9 16:21 28:11 29:16 30:1

River 13:2

Road 12:25

robberies 13:8

Rogers 20:23 41:2

role 39:13

roles 10:16,24 13:6

room 32:20,21 33:19,22 34:5 35:15,22 36:2, 9,12,18,20 37:2,6,18

rooms 36:13

Roosevelt 12:25

rules 8:22

——————

S

scenarios 45:9

scene 18:21 19:2,5 20:9 44:4,7,18,19,22

scenes 18:17

Schalk 23:2,7 24:13,17,20 25:5,6,24,25 41:8,13

screen 16:1 21:5

scroll 21:10,

19,21 34:19 43:17

scrolling 21:13

seated 33:12

section 44:11

selected 23:20

selecting 31:9

send 18:18 46:16

sense 14:22

separate 13:19 34:10

Sergeant 18:1, 3,4 19:1

setting 35:3

settled 8:20

settlement 8:16

sex 31:13

shaking 9:2

Shalk 26:9 39:3,5

share 21:5 22:17 34:15

Sheenee 20:17 40:18 43:22,23

shift 43:11

shootings 13:8

show 42:21

showed 42:19

sic 15:14

side 9:10 13:5 32:23,24 33:3, 4,6

signature 28:6,7 43:2 45:24 46:1,10

similar 39:5

similarly 23:1 24:16 25:24

Simmons 40:13

sir 42:9 43:1 44:14 45:12

skeleton 24:9

Smith 40:11

solemnly 7:15

solved 25:18, 21 26:7,9

Sorel 41:22

Sorell 38:2

Sorrell 15:14 22:14 23:4 28:14 37:22 40:2 41:10,14, 18 42:2 45:4,12

Sorrell's 15:18

sort 18:6 31:16, 17 32:8 46:7

sought 11:21

sound 37:21

source 32:9

south 13:1

span 11:16

speaking 19:24 20:13,17, 19,23 21:1 36:5 41:9,13,17,21

specialized 13:4

specific 12:5 30:4 32:17

specifically 15:22 31:14 37:25 38:10

speed 16:14

spelled 43:24

spend 15:3

spent 10:20 15:9

spoke 13:19,24 19:21 24:22 43:18,21,22

44:4,7

spoken 41:7

stamped 16:5

stand 33:20,23

standing 33:12 37:19

star 28:2,3,6 38:23

start 10:10 21:13 33:15

starting 6:17

state 6:15 7:7

States 6:11

Station 12:23

stay 12:4,8

step 33:21 39:11

Steve 7:4 13:19 46:21

stipulates 7:11

strike 10:23 12:4 13:10 22:12 28:16 30:16 31:17 41:9

struck 30:2

subject 37:7

subjects 37:19

submitted 26:20

submitting 27:6

substance 13:16,25

suburb 6:24

summary 19:20

summation 29:13

supervise 19:2

supervision



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

18:7

supervisor 18:4,6,15

supplemental 14:18,24 16:5

supplied 13:20

suspect 31:7, 24

suspects 30:17,20 32:23 39:10

swear 7:15

Switch 13:14

_____

T

taking 8:24 35:21

talk 20:8

talking 20:12 29:8

technician 6:4 27:5 35:19,20

technicians 27:2,3

ten 14:6 24:24 25:7

terms 12:18 31:1 37:4

Terry 20:23 41:2

test 11:25

testified 43:2

testimony 7:16 16:20

text 44:10

thing 25:6 33:23 38:7 46:7

things 16:14

thinking 15:17

thought 30:13

time 6:7,8 10:7, 14 15:9,11

17:24 24:22 25:1,4 32:6,7 33:25 36:1,11, 13 39:19 47:5

times 8:5,7,10 15:6,7 33:25

today 6:4,6 13:15 14:3 15:13 40:3 45:3,24 46:12, 22

today's 13:18

told 28:19 29:21,23

top 21:10

transcript 46:12,22

transferred 10:20 12:11

trial 8:16

truth 7:17,18

truthful 29:18

typically 44:16,19

_____

U

understand 9:3,4,6,17

understanding 10:13 17:13

uniform 11:8 32:12

United 6:11

unmarked 11:11

utilizing 31:16

_____

V

verbal 8:25

versus 46:6

video 6:3,8

view 37:12

viewed 31:5 35:24,25

viewing 34:4

violent 13:5,7

_____

W

Wacker 6:6

Wade 20:20 41:5 44:7

waive 45:25

waiving 45:24

walk 37:9

wanted 17:15 21:7

watch 18:5

water 9:21

weeks 14:7

west 6:22 7:13 13:2 26:2 31:20 33:9 35:5 42:8, 15 43:7 45:15 46:25

Western 12:13

Willie 15:14,18 22:14

Wilson 40:7

witnesses 20:8,11 29:4,8, 24 30:5 31:5 32:23 33:3,6,7, 17 34:3,4 35:24 36:16 37:11 43:18

witnessing 39:25

Wojcik 41:17

work 28:13 29:13,19

worked 13:5 18:3 19:13,18 30:24 38:22 43:9

working 10:10

19:17 24:6 39:19 43:11

worries 25:12

would've 12:20 39:14

write 29:5

wrote 43:20

_____

Y

year 11:16

years 10:21 11:1,15,17 24:25 25:7

Yesterday 14:12

_____

Z

zoom 8:23 14:2,4 36:24



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com