# EXHIBIT 5

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 21 MO. Dec YR. 90 1325

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT:** HOMICIDE/MURDER
**I-UCR OFF CODE:** 0110
**2. ADDRESS OF ORIG. INCIDENT/OFFENSE:** 5615 W. Madison
**3. BEAT OF OCCUR.:** 1513
**5. VICTIM'S NAME AS SHOWN ON CASE REPORT:** SORRELL Willie Jr.
**6. FIRE RELATED:** No
**7. BEAT ASSIGNED:** 5529
**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED:** Street
**LOCATION CODE:** 304
**9. NO. OF VICTIMS:** 1
**10. NO. OF OFFENDERS:** 2

**VICTIMS:**
1. COOPER Edward — 031a — 1435 N. Luna — M/1/38 — 622-7659 — 376-7700 — INJURED: X — 27. VICTIM REL. CODE: 24

**PERMANENT RETENTION FILE**

**52. METHOD ASSIGNED:** FIELD XX
**UNIT NO:** 652
**53. STATUS:** IN PROGRESS XX

**60. NARRATIVE:**

VICTIM: SORRELL Willie Jr. M/B age 65 DOB. 25 Jan 25

415 S. Lotus 261-2491, 5'7, 175Lbs.

Brown eyes, Black Hair. DLNS640-8802-5025

IR#374 271 WEARING Dark Gray fedora, Gray

leather jacket, blue plaid shirt, Gray pants

Gray shoes.

ADDITIONAL VICTIM: (ARMED ROBBERY) COOPER Edward M/B, age 38, DOB. 6 Apr 52

1435 N. Luna IR#243 908 5'8, 145Lbs.

**91. DATE THIS REPORT SUBMITTED:** 21 Dec 90
**TIME:** 2355
**92. SUPERVISOR APPROVING:** [signature] 890
**93. REPORTING OFFICER:** Michael Fleming — STAR NO. 14609
**95. DATE APPROVED:** 22 DEC 1990

```
HOMICIDE/FIRST DEGREE MURDER       PAGE 2                    21 Dec 1990
SORRELL Willie  Jr.                                          N 6 0 3 9 3 7
```

**PERMANENT RETENTION FILE**

| | | |
|---|---|---|
| ADDITIONAL VICTIM CONT; | | Driver of Holsum bread truck Illinois license plate B5100DP. Double parked at 5611 W. Madison |
| WANTED: | #1. | Unknown M/B, 20s, 5'8 - 5'11, Slim Build Dark comp. Collar lenth curls, Wearing a Dark starter coat (3/4), Blue jeans, Black baseball cap. armed with unknown black handgun. NFD |
| | #2. | Unknown M/B, 20s, 5'8 - 5'11, Slim build Dark comp. black hair (pony tail), Wearing Dark starter jacket, (3/4), Blue jeans, Dark cap. Armed with unknown handgun. NFD |
| INJURIES: | | GSW Lodged, entering head at rear of left ear center. |
| TAKEN TO: | | Mt. Sinai Hospital by CFD ambulance #23 |
| PRONOUNCED BY: | | Dr. De Urrita at 1409Hrs. |
| WEAPON: | | Unknown handgun |
| LOCATION: | | 5615 W. Madison |
| DATE AND TIME: | | 21 Dec 90, 1325Hrs. |
| WEATHER AND LIGHTING: | | Rain, 30s, natural and artificial lighting |
| MANNER/MOTIVE: | | During a Armed Robbery of bread truck driver and shoot out between robbery victim and offenders, this victim was shot as he walked past. |
| IDENTIFIED BY: | | Personal identification on body, printed and photos by Crime lab at Mt. Sinai Hospital. |
| VEHICLES: | #1. | 1977 Chevrolet Step van bearing Illinois plates 5100DP registered owner New Process division Metz baking Co. (holsum bread) 2883 S Hillock Chicago Il. |
| | #2. | 1989 Dodge Van, maroon, bearing illinois licens plate PM5667 registered owner CARLISLE Leon 2028 S. 3rd Ave. Maywood Illinois |
| | #3. | 1985 Dodge van, white, bearing Illinois Plates 2090FR, WADE Emmett, 829 S. 18th St. Maywood I 708-344-3742 (witness-eye) |



Cont page 3

//

| | | |
|---|---|---|
| HOMICIDE/FIRST DEGREE MURDER | PAGE 3 | 21 Dec 1990 |
| SORRELL Willie Jr. | | N 6 0 3 9 3 7 |

**PERMANENT RETENTION FILE**

PROPERTY TAKEN: 330.00 USC from COOPER Edward

EVIDENCE: Photos of Vehs #1 and #2.
Photos of scene.
Photos and prints of deceased
GSR test of COOPER Edward at area 5 V/Cs
Tecs. Gurtowski 13319 & Mc Keough 7668  MB9603

Photos of Veh #3. at area 5
ET Balicki 7970  MB2509

PERSONNEL ASSIGNED: Sgt. Kero 1958  MB1520
P.O. Gilger 12462  MB1513
Det. Michael Fleming  14609  MB5529
Tecs. Gurtowski 13319 & Mc Keough 7668  MB9603
ET. Balicki 7970  MB2509
Det. Karen Salvi 16443  MB5515

WITNESSES: FRIEND Sheene F/B age 17, DOB. 31 Mar 73
333 N. Pine  Apt 3B  626-8757 (oral-Eye)

WADE Emmett M/B age 26 DOB.  25 Nov 64
829 18th St. Maywood Il. 708-344-3742 (oral-eye

ROGERS Terry M/B, age 28  DOB. 12 Sep 62
5238 W. Washington  921-0093 (oral-eye)

HISTORY OF INVESTIGATION: The R/Det. was assigned to this investigation
by Sgt. Kuhn of this command and responded to
the scene at 5615 W. Madison St.
R/Det spoke with P.O. Gilger the paper car who gave the following information.
The Holsum bread truck VEH#1 was observed double parked at 5611 W. Madison St.facing
eastbound. Parked next to Veh #1. at the curb was Veh #2. the drivers side middle
window was shattered with glass in the street next to Veh #2. Veh#3 was then observed
parked at the curb at approx. 5625 W. Madison  Veh#3s windshield was observed with
an apparent gun-shot to the center midline. Examination of the winshield indicated
that the bullet did not penetrate and appeared to deflect up from the windshield.
No bullet was found near Veh#3. Photos of Veh#3 were taken.
   At 5615 W. Madison a pool of blood was observed
on the sidewalk about midway between the curb and the Discount Liquors Store. The
victim was removed by CFD Ambulance #23 and transported to Mt. Sinai, and pronounced
Dead at 1409 Hrs.
   The driver of the bread truck COOPER Edward
was located at 5657 W. Washington Blvd. in the company of the 15th Dist tactical team.
COOPER had directed them to this abandoned building saying he followed the offenders
who had robbed him to this location. MB4936 P.O. Balzano 10528 & Leavy 17294 canine
unit searched this building with neg. results. COOPER was advised of his rights via
a preprinted card by Det. Fleming and stated after hearing each of his rights stated
he understood his rights and agreed to be interviewed. The following is a summary
but not verbatim the statement of COOPER Edward.



Cont page 4

CITY-JF-000205

```
HOMICIDE/FIRST DEGREE MURDER        PAGE 4              21 Dec 1990
SORRELL Willie Jr.                                      N 6 0 3 9 3 7
```

## PERMANENT RETENTION FILE

COOPER Edward	Stated that he had just made a dilevery at Uncle Remis's restaurant at 5611 W. Madison St and had double parked his holsum bread truck at this location. While standing in his step van he was approched by a friend of his FRIEND Sheene who stepped in to the van to talk. At this time he was approched by the offenders who displayed handguns and told him "GIVE ME YOUR MONEY, ITS NOT YOURS IT BELONGS TO THE COMPANY, YOU DONT WANT TO GET KILLED FOR THE COMPANY MONEY" At this time he gave them approx $30.00 from his left pants pocket. Offender #1 then searched him and took approx. $300.00 from his right pants pocket. He stated that FRIEND then ran from the truck and the offenders also ran. He stated that he then ran after the offenders who were shooting at him. While chasing the offenders he met a cousin ROGERS Terry who told him to be careful as he knows them and they will shoot him. He goes on to say that ROGERS told him that he will help COOPER find the offenders later. COOPER and ROGERS observed the offenders enter the building at 5657 W. Washington Blvd. they then returned to the scene and directed the police back to 5657 W. Washington Blvd COOPER denied having a gun and agreed to a GSR test at area 5 V/Cs. The test samples were obtained by Crime Lab personnel.

FRIEND Sheene	Stated in summary but not verbatim that she was washing her cloths in the laundromat at 5640 W. Madison and observed COOPER in his bread truck. She needed 3 dollars to purchase bleach and was talking to COOPER just inside his step van. She gave the same account of the offenders entering the van and robbing COOPER. She stated she heard approx. 6 shots and felt that it was CROSS FIRE between the offenders and COOPER. She stated that she observed COOPER and ROGERS running after the robbery offenders and heard shots but did not see COOPER with a gun. She states she can identify the offenders if she sees them again and agreed to view photos in area 5 V/Cs.

HISTORY OF INVESTIGATION CONT;	Det. Salvi of this command proceeded to Mt. Sinai Hospital and observed the above listed GSW Wound clothing description of SORRELL Dr. De Urrita stated the victim was pronounced at 1409Hrs. The residence of SORRELL was visited by Dets. Lipsey and Jack of this command but they were unable to locate next of kin as of this report.

COOPER Edward Cont;	Upon further questioning and after being advise of his rights again by Det. Fleming stated that he was on probation for possession of Cocaine and was worried about losing his job, but now wanted to tell the truth. He stated in summary but not verbatim that he did have a 38 cal revolver crome in color which he carried in his bread truck for protection. After the robbery he exited his truck with his gun and ong of the offenders fired at him. He fired at the offenders while standin next to his truck. He then went to the rear of his truck and fired 2 more shots at the offender who was running westbound in the middle of Madison St.

Cont page 5



CITY-JF-000206

```
HOMICIDE/FIRST DEGREE MURDER        PAGE 5              21 Dec 1990
SORRELL Willie  Jr.                                     N 6 0 3 9 3 7
```

## PERMANENT RETENTION FILE

COOPER Edward Cont;    He then ran after the offenders Northbound on
                       Parkside and fired 1 or 2 more shots at the
                       offenders on Parkside Just North of Madison St.
He is not sure but feels that he did not hit the offenders with any of his shots.  He
was not aware that he hit VEH#3s windshield.  He stated that he last saw the offenders
near the building at Washington and Parkside and felt that they ran into the building
at 5657 W. Washington.  On his way back he put his gun under a bag between two dumpster
in the alley at approx. 5680 W. Madison and told a M/B approx age 50 known to him as
WILLIE who is a employee of GOLD STAR FOODS at 5680 W. Madison St. to get the gun and
hold it for him.  he stated that WILLIE told him he would get the gun and hold it for
him at the store.  He stated that he does not know anything more about WILLIE but
will accompany the R/Det. on 22 Dec 90 and locate WILLIE at GOLD STAR FOODS and attempt
to recover his handgun.


WADE Emmett            Stated in summary but not verbatim that he
                       was seated in his white van (VEH#3) and observe
                       the bread truck driver involved in a shoot-out
with two unknown M/Bs.  He stated that approx 6 or 7 shots were fired and he maybe able
to identify the two unkown m/Bs if seen again.  He stated that he was seated in his van
and a bullet fired by the bread truck driver (COOPER) hit his windshield.  He also
identified FRIEND Sheene as being present during part of the shooting.  He was not sure
if the two men being chased by COOPER were both armed but at least one had a gun.

ROGERS Terry           Stated he was standing in a door-way at 5611
                       W. Madison and observed his Cousin COOPER
                       exiting uncle Remis's restaurant at 5611 W.
Madison.  He exchanged a few words with COOPER and then COOPER returned to his truck.
He then looked away and a few minutes later he saw the two offenders exit COOPERS
truck in a"hurry".  He then heard shots and knew that shomething had went down in
COOPER'S truck.  He then ran behind COOPER who was running after the two offenders.
He feels that COOPER fired about 4 shots at the tow men.  He stated that he got a look
at one of the men and remembers seeing him in the area of Parkside and Madison off and
on for the past month.  He stated that the man is a narcotic user.  While they were
running he heard one of the men call the other to hurry up and he called him by the
name FLETCHER.  ROGERS viewed photos in area 5 V/Cs with Neg results.  He stated that
COOPER had a crome handgun but when they got to Parkside and Washington he did not
go back to the scene with COOPER and therfore does not know what COOPER did with his gu
He stated that he can identify at least one of the offenders if seen again.


This investigation continues...........................................

Det. Michael Fleming    14609  unit 652

