# EXHIBIT 10





CITY-JF-000193







CITY-JF-000194





CITY-JF-000195

ALI ELLIS

CITY-JF-000196





CITY-JF-000197

Anthony Lackey

CITY-JF-000198