# EXHIBIT 12

# CHICAGO POLICE GENERAL OFFENSE CASE REPORT

| Field | Value |
|---|---|
| 1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION | CRIMINAL TRESPASS |
| I.U.C.R. OFF. CODE | 1330 |
| 2. SECONDARY CLASSIFICATION | TO RESIDENCE |
| 3. R.D. NO. | HH-181965 |
| 4. ADDRESS OF OCCURRENCE | 227 S. CENTRAL |
| 6. DATE OF OCCURRENCE—TIME | 11 FEB 02 2335 |
| 7. BEAT OF OCCUR. | 1522 |
| 8. BEAT/UNIT ASSIGN. | 1522 |
| 9. TYPE OF LOCATION | APARTMENT |
| 10. LOCATION CODE | 292 |
| 11. DATE R.O. ARRIVED—TIME | 11 FEB 02 2335 |

## VICTIM

| No. | Name | Home Address | Sex-Race-Age | Home Phone | Business Phone | Time Avail. | Occupation | Injured | V/R Code |
|---|---|---|---|---|---|---|---|---|---|
| 01 | ARMSTEAD, David (N.M.I.) | 227 S. CENTRAL #1208 | M 1 52 | (773) 626-0203 | (773) 826-1361 | ANY | TAVERN OWNER | X | 02 |

31. ☑1 DISCOVERED — VICTIM

## OFFENDER

| No. | Name | Home Address | Sex-Race-Age | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, etc. | C.U.I.R. No. | Rel. Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | ROGERS, Terry W. | 5238 W. WASHINGTON | M 1 39 | 5'4 | 150 | BRO | BLK | MED | $ RIGHT HAND "NANCY" LFT HND | 553789 | 024 |

## NARRATIVE

EVENT # 18947 In summ, B/O's responded to a call of a citizen holding an OFFENDER. Upon arrival, B/O's encountered the VICTIM who related that the above listed OFF. had somehow gained enterance to the building and had been wandering up and down the stairs and was asked to leave, but refused. OFF does not reside at the above listed location and could provide no plausible explanation for his being in the building. VICTIM related additionally that the building had been

81. EXTRA COPIES REQ: ☑ NORMAL
CONT'D OTHER SIDE ☑
92. OFFICER NOTIFYING FOLLOW. INVESTIG. UNIT: M. FITZGERALD
UNIT NOTIFIED: A/S V/C
PERSON NOTIFIED: DOLAN
DATE: 12 FEB 02

81. SOBRIETY OF VICTIM: ☑ 1 SOBER
82. FLASH MESSAGE SENT: ☑ 2 NO

95. REPORTING OFFICER'S NAME (PRINT): M. FITZGERALD — STAR NO. 5084
96. REPORTING OFFICER'S NAME (PRINT): J. HYSLIWIEC — STAR NO. 16447
DATE INVEST. COMPLETED—TIME: 12 FEB 02 0130
97. SUPERVISOR APPROVING (PRINT NAME): G. Johnson — STAR NO. 977
DATE APPROVED: 11 FEB 02 1630

FEB 18 2002

PD-11.380 (Rev. 8/96)

**CONTINUATION OF NARRATIVE**

the scene of an arson earlier this month and that A/5 detectives informed them to contact police if they noticed any suspicious persons in the building. VICTIM stated he wished to have the OFF. arrested. OFF. taken into custody read rights per miranda and transported to 015TH DIST. for processing. Subsequent name check revealed Investigative Alert # 95376 in reference to a homicide which occurred at 15 W. MADISON under RD# N.603937. R/O's contacted SGT. DOLAN A/5 V/C DETECTIVE DIVISION WHO RELATED THAT THE ALERT WAS STILL ACTIVE AND INFORMED R/O's that he would secure hold papers for the subject. Additionally, name check further revealed subject to have an outstanding warrant (leads hit) under # W00045728 for dangerous drugs. R/O's contacted DONALD #3064 at leads who confirmed the hit and gave R/O's a hold # of H-05144 hold for Cook County sheriffs. Dept. Furthermore, Bomb and ARSON was contacted and detectives were dispatched to scene. Subsequent custodial search revealed subject to be in possession of rags, paper towels and (6) six books of matches, all of which were not inventoried at the direction of Bomb and Arson. VICTIM given V/I and provided court info. being advised to attend.

COURT: 27 MAR 02 - 0900 HRS   23-2   5555 W. GRAND
CHARGES: CRIM. TRESPASS TO REAL PROPERTY

I HAVE REVIEWED THIS REPORT SUPERVISOR'S SIGNATURE AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. [signature] Sgt. B. Dolan    DATE: 12 Feb 02

Fletcher 000433
HH-181765