# EXHIBIT 13

# CASE SUPPLEMENTARY REPORT

**90N603937**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case Id : 2077921
Sup Id : 1414247  CASR339

| CLEARED OPEN (ARREST AND PROSECUTION) | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|
| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | 0110 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested |
|---|---|---|---|---|
| 5615 W MADISON ST | 1513 | 1 | 2 | 1 |

| Location Type | Location Code | Secondary Location | | |
|---|---|---|---|---|
| Street | 304 | | | |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related |
|---|---|---|---|---|---|
| 21-DEC-1990 13:25 | 1513 | 21-DEC-1990 13:30 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| SCHALK, Raymond | | WOJCIK, Anthony | 1832 | BOGUCKI, Jerome | 20668 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 21-MAY-2002 16:51 | | 24-MAY-2002 01:16 | | FIELD | |

**THIS IS A FIELD INVESTIGATION CLEARED OPEN (ARREST AND PROSECUTION) REPORT**

**VICTIM(S):**

**SORRELL, Willie Jr**
Male / Black / 77 Years
DOB:  25-JAN-1925
RES:  415 S Lotus
        Chicago IL

**OFFENDER(S):**

**FLETCHER, James**      -- In Custody--
Male / Black / 39 Years
DOB:  30-MAR-1963
DESCRIPTION:  5'10, 189, Black Hair, Long Hair StyleBrown Eyes, Dark Complexion
SSN:  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
IDENTIFIED BY: Photo
IR#: 966425    CB #: 15095059
SID#: 22321850
WARRANT #: CH004544
RELATIONSHIP TO VICTIM:
        SORRELL, Willie Jr    No Relationship

**UNKNOWN, Unknown**
Male / Black / 30 Years
DESCRIPTION:  6'00, 170, Black Hair, Pony Tail Hair StyleBrown Eyes, Dark Complexion

90N60393

Printed on  24-MAY-2002 01:17      Page  1 of 9      Printed By: WOJCIK, Anthony ( PC0N459 )

CITY-JF-015245

9UN603937
ECTIVE SUP. APPROVAL COMPLETE

**WEARING:** Red Hat, Red "Pistons" Starter Jacket, Blue Pants
**RELATIONSHIP TO VICTIM:**
SORRELL, Willie Jr   No Relationship

**VICTIM INJURIES:** SORRELL, Willie Jr
Shot, Shot In Head

**TRANSPORTED TO:** SORRELL, Willie Jr   (Victim)
Transported To Mt. Sinai

**WEAPON(S):**
INV#: 841363
Used   Displayed
Johnson Arms--Us--, 38, Revolver
SERIAL#:   J12473

OWNER:   Edward Cooper
VALUED AT:

**LOCATION OF INCIDENT:**
5615 W Madison St
Chicago IL
304 - Street

**DATE & TIME OF INCIDENT:** 21-DEC-1990 13:25

**DEATH INFORMATION:** SORRELL, Willie Jr   (Victim)
DATE OF DEATH   21-DEC-1990 14:04
PRONOUNCED BY: Dr. Deurrutia
on 21-DEC-1990 14:04

**AUTOPSY INFORMATION:**
AUTOPSY DATE   22-DEC-1990
PERFORMED BY   Dr. Stein
CAUSE OF DEATH:   Gsw To Head
MEDICAL EXAMINER #:   440 DEC 1990

**FLETCHER, James**

CITY-JF-015246

9UN603937
D ECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **HOMICIDE (SUSPECT) INFORMATION:** | Identified Through Investigation<br>TAKEN INTO CUSTODY BY: Beat 5511<br>MOTIVE: Robbery |
| **WEATHER AND LIGHTING:** | WEATHER: Rain<br>TEMPERATURE: 30'S<br>LIGHTING: Daylight |
| **METHOD CODE(S):** | Person(S) Shot |
| **CAU CODE(S):** | Delivery Truck Driver |
| **FIREARM(S) RECOVERED:** | INV #: 841363<br>Johnson Arms--Us--, 38, Revolver<br>SERIAL#: J12473<br>OWNER: Edward Cooper |
| **OTHER PROPERTY RECOVERED:** | INV #: 853516<br>Bullet Fragment<br>Not Suitable For Comparison |
| **OTHER PROPERTY DAMAGED:** | INV #: 853516<br>Bullet Fragment<br>Not Suitable For Comparison<br>SERIAL:<br>OWNER:<br>VALUE AT: |
| **PERSONNEL ASSIGNED:** | <u>Assisting Detective/Youth Inv.</u><br>NORADIN, Anthony F  # 21252  BEAT: 5511<br>SCHALK, Raymond C  # 20718  BEAT: 5511<br><br><u>Detective/Youth Investigator</u><br>BOGUCKI, Jerome J  # 20668  BEAT: 5511<br><br><u>Reporting Officer</u> |

Printed on 24-MAY-2002 01:17 . age 3 of 9 Printed By: WOJCIK, Anthony ( PC0N459 )

CITY-JF-015247

9UN603937

D　ECTIVE SUP. APPROVAL COMPLETE

GILGER, James G　　　# 21151　　BEAT: 1513

**WITNESS(S):**

### COOPER, Edward
**Male / Black / 38 Years**

- **DOB:** 06-APR-1952
- **RES:** 1435 N Luna Ave 1st
  Chicago IL
  773-622-6306

**EMPLOYMENT** Truck Driver
**OTHER COMMUNICATIONS:**
　　Beeper:　773-461-3453

### FRIEND, Sheenee
**Female / Black / 17 Years**

- **DOB:** 31-MAR-1973
- **RES:** 1528 N Lockwood
  Chicago IL
  773-237-3805
- **SSN:** 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

### ROGERS, Terry W
**Male / Black / 28 Years**

- **DOB:** 12-SEP-1962
- **RES:** 5238 W Washington Blvd
  Chicago IL
- **SSN:** 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

### WADE, Emmett
**Male / Black / 26 Years**

- **DOB:** 25-NOV-1964
- **RES:** 320 Frederick
  Bellwood IL
  708-410-0255
- **SSN:** 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

**CRIME CODE SUMMARY:**　　0110 - Homicide - First Degree Murder

Printed on 24-MAY-2002 01:17　　. age 4 of 9　　Printed By: WOJCIK, Anthony ( PC0N459 )

CITY-JF-015248

| | |
|---|---|
| IUCR ASSOCIATIONS: | 0110 - Homicide - First Degree Murder |
| | SORRELL, Willie, Jr ( Victim ) |
| | FLETCHER, James ( Suspect ) |
| ASSOCIATED ARRESTS: | 15095059 |
| REPORT DISTRIBUTIONS: | No Distribution |

INVESTIGATION:

CLEARED OPEN (ARREST AND PROSECUTION) SUPPLEMENT CASE REPORT

On 11 Feb 02, Terry ROGERS was arrested for criminal trespass to residence by 15th District officers. A name check revealed that he was also wanted for a Cook County Sheriff dangerous drug warrant. The computer check showed that there was an investigative alert on Terry ROGERS in regards to the Willie SORRELL homicide which occurred on 21 Dec 90. ROGERS was a witness to that homicide and the R/Dets. had submitted that investigative alert in order to interview him.

On 12 Feb 02 at 1930 hrs., the R/Dets. transported ROGERS from the 15th District to Area 5. He was then interviewed regarding the SORRELL homicide and related the following, in summary:

Terry ROGERS:

He stated that shortly before the shooting, he was standing at the southwest corner of Madison and Parkside selling dope. At that time, a M/B who ROGERS knew as Jimmie FLETCHER, came up to him and asked if he had any "work". ROGERS knew this to mean that he was asking if he had any dope. ROGERS told FLETCHER that he did have some dope, and FLETCHER then walked away. About 15-20 minutes later, a bread truck driver, who ROGERS knew as Edward COOPER, pulled up in front of the Uncle Remus restaurant on Madison. ROGERS heard gunshots and observed FLETCHER and another M/B running from the bread truck. He saw FLETCHER shooting at the bread truck driver. The bread truck driver also had a gun and was shooting back. ROGERS stated that FLETCHER and the other M/B ran westbound on Madison with COOPER chasing after them.

ROGERS stated that he knew Jimmie FLETCHER from when they lived in the area of Fulton and Latrobe. He stated that he had spent time with FLETCHER in Cook County jail and Joliet prison. The R/Dets. asked ROGERS about the discrepancies between what he was telling the R/Dets. and what he had told detectives on the day of the murder. ROGERS stated that he did not remember what he had said in 1990.

The R/Dets. checked ICAM arrest records for anyone with the name of Jimmie FLETCHER. It was learned that James FLETCHER (aka: Jimmie FLETCHER, Eugene BROWN, Arnold DIXON) IR# 966425 had several arrests including murder and armed robbery. It was learned that FLETCHER was

currently incarcerated at the Graham Correctional Center under the name Arnold DIXON. He is serving at 25 year sentence for armed robbery.

The R/Dets. obtained a photo of James FLETCHER (aka: Arnold DIXON) from the Illinois Department of Corrections web site. That photo was placed in an array with six other IDOC photos of M/Bs with the last name of DIXON. Terry ROGERS was shown the photo array and positively identified FLETCHER (aka: Arnold DIXON) as one of the offenders who was shooting at the bread truck driver in 1990.

The R/Dets. then located the bread truck driver, Edward COOPER, at his residence. He was interviewed at 2200 hrs. and related essentially the same account as he had on the day of the shooting. COOPER viewed the same photo array that had been shown to ROGERS. At that time, COOPER picked out the photo of James FLETCHER and stated that he looked similar to one of the offenders. He could not be positive of his identification.

Efforts to locate the other witnesses to the shooting, Sheenee FRIEND and Emmett WADE, met with negative results. Investigate alerts were placed on both subjects.

On 13 Feb 02 at approximately 2000 hrs., Terry ROGERS was interviewed by ASA Jennifer WALKER at Area 5. He related essentially the same account as he had to the R/Dets. ROGERS was then returned to the 15th District and sent to court.

On 21 Feb 02, the R/Dets., along with ASA Jennifer WALKER, went to the Graham Correctional Center where James FLETCHER (aka: Arnold DIXON) was incarcerated. At 1420 hrs., FLETCHER was brought into an office at the Correctional Center by prison personnel. FLETCHER was advised of his rights by Det. SCHALK, in the presence of Det. BOGUCKI and ASA WALKER. He was then interviewed and related the following, in summary:

James FLETCHER:

He stated that his real name is James FLETCHER, but he is currently incarcerated under the name of Arnold DIXON. He denied any knowledge or participation in the murder of Willie SORRELL. He did not know what he was doing on December 21st 1990, but knew that he was not in the area of Madison and Central. He stated that in December of 1990 he was selling dope at the Cabrini-Green housing project. He stated that his dope business was doing very well and he did not have to do armed robberies to get money. FLETCHER knew Terry ROGERS, but did not know why he would say that he was involved in this murder.

On 7 Mar 02 at 1840 hrs., Sheenee FRIEND was arrested on a parole violation warrant. She was subsequently interviewed by the R/Dets. on 8 Mar 02 at 1645 hrs. She then related the following, in summary:

Sheenee FRIEND:

She stated that on December 21, 1990, she was washing clothes in the laundromat at Central and Madison. She left the laundromat in order to buy some soap. At that time she saw Edward COOPER at his bread truck, parked in front of the Uncle Remus restaurant on Madison. Sheenee knew COOPER for about a year and had met him at a Jewel Food Store where she was formerly employed. She got into the bread truck and talked to COOPER for about 20 minutes. COOPER borrowed her some money and she then got out of the passenger door of the truck. At that time, two M/Bs approached the truck and both were carrying handguns. One of the M/Bs grabbed her jacket by the arm and tried to push her into the truck. Sheenee was able to pull away from him and ran to the Church's Chicken restaurant which was located on the corner of Madison and Central. She then saw the two M/Bs get into the bread truck. She could see them talking to COOPER and pointing guns at him. One of the M/Bs was patting down COOPER while the other had a gun pointed at him. They then got out of the truck and one of them now had a wad of money in his hand. The M/Bs then ran across Madison, in a southwest direction. Sheenee saw COOPER jump out of the bread truck with a gun in his hand. The two M/Bs turned around and fired gunshots at COOPER. She then saw COOPER return fire with his handgun. The two M/Bs ran across Madison to Parkside, and then turned north on Parkside. COOPER continued chasing after them on Parkside. Sheenee then returned to the laundromat. She saw a group of people standing in front of the liquor store which is located next to the Uncle Remus restaurant. She walked to the liquor store and saw an older man lying on the sidewalk, bleeding from the mouth. She further stated the two M/Bs were firing in direction of where the victim was standing. COOPER was firing in the opposite direction. FRIEND stated that she had previously seen the one of the offenders several times in the neighborhood.

Sheenee FRIEND was shown the photo array which included a photo of James FLETCHER (aka: Arnold DIXON). FRIEND positively identified FLETCHER as one of the offenders who had robbed Edward COOPER, and who had shot at COOPER while making his escape. This was the offender who she had previously seen in the neighborhood. That photo array was subsequently inventoried at Area 5.

On 9 Mar 02, Sheenee FRIEND was interviewed at Area 5 by ASA Jennifer WALKER. She then related essentially the same account as she had to the R/Dets. A handwritten statement was prepared and signed by Sheenee FRIEND at 1350 hrs.

The R/Dets. contacted the Fugitive Apprehension Unit and requested their assistance in locating the other witness to this homicide, Emmett WADE. On 12 Mar 02, Sgt. J. Manos provided the R/Dets. with the address of 320 Frederick, Bellwood, Ill. where WADE may be located.

On 12 Mar 02 at 2100 hrs., the R/Dets. interviewed Emmett WADE at that address in Bellwood, Ill. He then related the following, in summary:

Emmett WADE:

He stated that on December 21, 1990, he had parked his van on the south side of Madison St. There was one car parked between his van and the bread truck. He was waiting for his wife, who had gone to a shoe store, and for his uncle who had gone to a chiropractor's office. WADE was reading a

newspaper when he noticed three M/Bs running in the street near his van. At least two of those subjects were carrying handguns. The bread truck driver came out of the truck and fired a handgun at the M/Bs. The bullet hit the windshield of his van. The M/Bs were shooting their handguns at the bread truck driver. WADE believed that the bread truck driver had fired first, but he was not certain. WADE saw the victim, who had just come out of the liquor store, fall to the ground. The M/Bs continued running westbound on Madison, followed by the driver. WADE did not see where they went. WADE ran up to the victim and could see that he had been shot. He told the victim not to move. WADE stated that he did not see the faces of the offenders. He further stated that the bread truck driver was not shooting in the direction of the victim. He stated that the victim had to have been shot by the offenders.

On 16 Mar 92 at 1900 hrs., the R/Dets. returned to Emmett WADE'S residence along with ASA Jennifer WALKER. At that time, WADE was interviewed by ASA WALKER and related essentially the same account as he had to the R/Dets.

ASA WALKER then approved a 1st Degree Murder warrant on James FLETCHER. That warrant was subsequently signed by Judge Kevin SHEEHAN on 21 Mar 02.

On 18 Apr 02, James FLETCHER was writ into Br. 66 at 2650 S. California. The R/Dets. took custody of FLETCHER from Cook County Jail on 19 Apr 02. Line-ups were then conducted at Area 5 on 20 Apr 02 at 1130 hrs. Present for those line-ups was a Attorney J. Cunyon GORDON, who represented James FLETCHER. At that time, Sheenee FRIEND and Edward COOPER both positively identified James FLETCHER as one of the offenders who had shot Willie SORRELL. ASA WALKER arrived at Area 5 and interviewed Edward COOPER and Sheenee FRIEND. They related essentially the same accounts as they had previously. Efforts to locate Terry ROGERS were unsuccessful. James FLETCHER was subsequently returned to Cook County Jail.

On 7 May 02, the R/Dets. learned that Terry ROGERS had been arrested and was being held in Cook County Jail. The R/Dets. took custody of ROGERS on 8 May 02 and transported him into Area 5. He was then re-interviewed by ASA Jennifer WALKER. A handwritten statement was then prepared and signed by Terry ROGERS. ROGERS was taken to the Grand Jury on 9 May 02. He was then returned to the custody of the Cook County Jail.

A charge of 1st Degree Murder was subsequently approved by ASA WALKER on James FLETCHER. In light of the above, the R/Dets. request that this case be considered cleared by arrest & open, pending the apprehension of the second offender.

REPORT OF:

Det. R. Schalk #20718
Det. J. Bogucki #20668
Det. A. Noradin #21252

90N603937
ECTIVE SUP. APPROVAL COMPLETE

CITY-JF-015253