# EXHIBIT 15

CASE# 0241064 0 01

**966425**

**CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street**
**IDENTIFICATION SECTION  Chicago, Illinois 60605**

| | | |
|---|---|---|
| CRIMINAL HISTORY OF | FLETCHER, James | M/B |
| DATE | 4 May 91 | |
| DATE OF BIRTH | 30 Mar 63 | **966425** |

| I.R. NO. | FBI NO. | S.I.O. NO. |
|---|---|---|
| 966425 | | 22321850 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DISTRICT | CHARGE / DISPOSITION |
|---|---|---|
| James FLETCHER<br>828 N Laramie<br>30 Mar 63 | 8818702<br><br>cc | – 30 Apr 91, off. Capparelli, Dist. 018., U U W<br>8 Aug 91 UUW (38-24-1A10), PG/FG 1 Yr Sup, No Foid Card<br>(38-83-2) SOL Judge Mark Doc#91273613 GRAY jmh |
| Jimmy FLETCHER<br>828 N. Larmie<br>30 Mar. 63, | 8921405<br>cd | -28 Aug. 91, Off. Taylor, 18th Dist. Theft<br>7 Oct 91, Theft (38-16-2), BF/SOL, Judge Bartkowicz,<br>DOC 91368886, GRAY T.H. |
| James FLETCHER<br>836 N. Mohawk<br>30 Mar 63 | 8972009<br><br>ls | -28 Oct 91, Off. Conway, PHU-N, (18), Tres Veh<br>21 Nov 91 CTTV (38-21-2) BF/SOL Judge Bartkowicz Doc#911459<br>GRAY Jmh |
| Jimmie FLETCHER<br>836 N. Mohawk<br>30 Mar 63 | 8972307<br>mh | -28 Oct 91, Off. Ward, PHU/S, (018)Dist., CTTL<br>13 Nov 91, Trespass to land (38-21-5a) Dis Cond (MCC)BF/S<br>Judge Bartkowicz, Doc# 91146064, GRAY YP |
| James L. FLETCHER<br>828 N. Laramie<br>836 N. Mohawk<br>30 Mar 63 | 8974977<br>mh | -01 Nov 91, Off. Packert, ISP, (002)Dist., Armed Robbery<br>26 Nov 91, GJ Ind# 91CR-26861, Armed Robb 3cts |
| Eugene BROWN<br>301 N. Latrobe<br>21 Jun 63 | 8980663<br><br>ce | -09 Nov 91, Off. Woods, Dist. 015., Theft<br>20 Nov 91,Thft.,938-16-1a3),BF/SOL,Judge Kowalski,<br>Doc#91358341,GRAY tb |
| Arnold DIXON<br>836 N. Mohawk<br>08 Apr  72 | 8996590<br>cd | -1 Dec. 91, Off. Felke, PHU-N (18th) Dist. Poss. Stln. Veh.<br>23 Dec 91, INFO# 91CR-29634, PSMV |
| James FLETCHER | *<br><br>iuu/eac | -24 Oct 79, Off. Flood, (011) Dist., Murder, Att. Armed/Rob<br>28 Oct 80, Murder, Att. Armed Robbery (79C-8441),<br>Murder, PG/FG, 22 Yrs IDOC, Att.Armed Robbery 10 Yrs IDOC,<br>Judge Pompey |

PAROLED - 7-25-90

CHICAGO POLICE DEPARTMENT
IDENTIFICATION SECTION
THIS CRIMINAL HISTORY CONTAINS
ALL ARREST INFORMATION
AS OF THE INDICATED DATE

**FEB 1 2 2002**
DATE: _____  PROCESSED BY: _____

CPD-31 003 (REV /88)

CONFIDENTIAL - Further dissemination of information contained in this record is forbidden.
When this record has served the purpose for which it was issued, it must be destroyed (U.S.