# EXHIBIT 16

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results  Page 1 of 3



# ILLINOIS department of CORRECTIONS
serving justice
serving illinois

George H. Ryan, Governor        Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq



IDOC Homepage

**Press for Printer Friendly Version (no graphics)**

CHECK TO INCLUDE PHOTO ☑



## N03796 - DIXON, ARNOLD

| | |
|---|---|
| Parent Institution: | Graham Correctional Center |
| Inmate Status: | IN CUSTODY |
| Location: | GRAHAM |
| Discharge Reason: | |

### VITALS

| | |
|---|---|
| Date of Birth: | 03-30-1963 |
| Weight: | 189 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 5 ft. 10 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS

### ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| Custody Date: | 10/31/1980 |
| Projected Parole Date: | 12/02/2007 |

http://www.idoc.state.il.us/asp/inms.asp

2/12/02

<5589>



E.C.
S.F.   J.B.
       J.B.

<5589>Fletcher Evidence Inspection 000049</5589>

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results

Page 1 of 4



# ILLINOIS department of CORRECTIONS
serving justice
serving illinois

George H. Ryan, Governor     Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq


IDOC Homepage

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐



## N24110 - DIXON, OTIS

| | |
|---|---|
| Parent Institution: | Pontiac Correctional Center |
| Inmate Status: | IN CUSTODY |
| Location: | PONTIAC MEDIUM SECURITY |
| Discharge Reason: | |

### VITALS
| | |
|---|---|
| Date of Birth: | 06-19-1964 |
| Weight: | 210 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 5 ft. 10 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS
TATTOO, ARM, LEFT - OTIS 6 PT STAR
TATTOO, ARM, RIGHT - BUTTERFLY
TATTOO, CHEST - PITCHFORKS, 6 PT. STAR SIMONEIMO
SCAR, FOREARM, RIGHT -
SCAR, NOSE -

http://www.idoc.state.il.us/asp/inms.asp

2/12/02

Fletcher Evidence Inspection 000050

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results

Page 1 of 3



# ILLINOIS department of CORRECTIONS
serving justice
serving illinois

George H. Ryan, Governor    Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq


IDOC Homepage

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐



## B57227 - DIXON, DARNELL

| | |
|---|---|
| Parent Institution: | Stateville Correctional Center |
| Inmate Status: | IN CUSTODY |
| Location: | STATEVILLE |
| Discharge Reason: | |

### VITALS

| | |
|---|---|
| Date of Birth: | 07-21-1971 |
| Weight: | 157 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 6 ft. 01 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS

TATTOO, ARM, RIGHT- MARISHKA
TATTOO, ARM, LEFT- D,CANE

### ADMISSION / RELEASE / DISCHARGE INFO

http://www.idoc.state.il.us/asp/inms.asp

2/12/02

Fletcher Evidence Inspection 000051

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results

Page 1 of 2



# ILLINOIS department of CORRECTIONS

serving justice

serving illinois

George H. Ryan, Governor        Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq

IDOC Homepage

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

 

## R09846 - DIXON, JARONE

**Parent Institution:** Vandalia Correctional Center
**Inmate Status:** IN CUSTODY
**Location:** VANDALIA
**Discharge Reason:**

### VITALS

**Date of Birth:** 11-28-1982
**Weight:** 172 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 08 in.
**Race:** Black
**Eyes:** Brown

### MARKS, SCARS, & TATTOOS

TATTOO, FOREARM, RIGHT - CROSS
SCAR, ARM, LEFT UPPER -

### ADMISSION / RELEASE / DISCHARGE INFO

http://www.idoc.state.il.us/asp/inms.asp

2/12/02

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results          Page 1 of 3



# ILLINOIS department of CORRECTIONS
serving justice | serving illinois

George H. Ryan, Governor    Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq

IDOC Homepage

**Press for Printer Friendly Version (no graphics)**

CHECK TO INCLUDE PHOTO ☐

 

## B67855 - DIXON, ARTHUR W.

**Parent Institution:** Stateville Correctional Center
**Inmate Status:** PAROLE
**Location:** PAROLE DISTRICT 1
**Discharge Reason:**

### VITALS

**Date of Birth:** 05-04-1972
**Weight:** 180 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 08 in.
**Race:** Black
**Eyes:** Brown

### MARKS, SCARS, & TATTOOS

TATTOO, ARM, RIGHT UPPER -ISLAND MAP,"R. TILLER"
TATTOO, FOREARM, RIGHT- "LOVE MOM"
TATTOO, LEG, LEFT -"MD"

http://www.idoc.state.il.us/asp/inms.asp                    2/12/02

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results                     Page 1 of 2



# ILLINOIS department of CORRECTIONS
serving justice
serving illinois

George H. Ryan, Governor        Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq


IDOC Homepage

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

 

## K72941 - DIXON, DEVON

| | |
|---|---|
| Parent Institution: | Logan Correctional Center |
| Inmate Status: | IN CUSTODY |
| Location: | LOGAN |
| Discharge Reason: | |

### VITALS

| | |
|---|---|
| Date of Birth: | 11-27-1974 |
| Weight: | 150 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 5 ft. 05 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS

SCAR, ABDOMEN - ON L HIP

### ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| Custody Date: | 04/12/1999 |

http://www.idoc.state.il.us/asp/inms.asp                                    2/12/02

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results

Page 1 of 3



# ILLINOIS department of CORRECTIONS

serving justice
serving illinois

George H. Ryan, Governor       Donald N. Snyder, Jr., Director

- director
- administration
- inmate search
- facilities
- visitation rules
- IDOC news
- reports & stats
- jobs @ IDOC
- industries
- victim services
- contacting us
- faq

IDOC Homepage

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

 

## B15633 - DIXON, FREDERICK

**Parent Institution:** Stateville Correctional Center
**Inmate Status:** PAROLE
**Location:** PAROLE DISTRICT 1
**Discharge Reason:**

### VITALS

**Date of Birth:** 11-16-1972
**Weight:** 270 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 07 in.
**Race:** Black
**Eyes:** Brown

### MARKS, SCARS, & TATTOOS

TATTOO, CHEST - 5PT STAR/"CVL"/"BIG G/CHAMARY"
TATTOO, SHOULDER, LEFT - "VLN"/TOP HAT & CANE
TATTOO, SHOULDER, RIGHT - "CHAKY"
TATTOO, FOREARM, RIGHT - "LORD EVIL"/1 CANE

http://www.idoc.state.il.us/asp/inms.asp

2/12/02