# EXHIBIT 20



Transcript of the Deposition of
**James Fletcher, Jr.**

**Case:** James Fletcher Jr. v. Jerome Bogucki; et al.
**Taken On:** November 17, 2023

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES FLETCHER JR.,                    )
                                       )
                Plaintiff,             )
        v.                             ) No. 20 CV 4768
                                       )
JEROME BOGUCKI, ANTHONY                )
NORADIN, RAYMOND SCHALK,               )
ANTHONY WOJCIK, UNKNOWN                )
CITY OF CHICAGO POLICE                 )
OFFICERS, and the CITY OF              )
CHICAGO,                               )
                                       )
                Defendants.            )


        The videotaped deposition of JAMES FLETCHER, JR.,

called by the Defendants for examination, taken

pursuant to notice and pursuant to the Federal Rules of

Civil Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Enza Tenerelli, Certified Shorthand Reporter and

Registered Professional Reporter, at 53 West Jackson

Boulevard, Suite 301, Chicago, Illinois, commencing at

10:23 a.m. on November 17th, 2023.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                        Page 2
 1    APPEARANCES:

 2         LOEVY & LOEVY
           MR. SEAN STARR
 3         311 North Aberdeen Street
           3rd Floor
 4         Chicago, Illinois 60607
           Phone:  312.243.5900
 5         E-mail:  sean@loevy.com

 6              and

 7         LAW OFFICE OF JENNIFER BLAGG
           MS. JENNIFER L. BLAGG (via videoconference)
 8         1509 West Berwyn Avenue
           Suite 201E
 9         Chicago, Illinois 60640
           Phone:  773.859.0081
10         E-mail:  jennifer@blagglaw.net

11              On behalf of the Plaintiff;

12         HALE & MONICO, LLC
           MS. ALLYSON L. WEST
13         MS. JENNIFER BITOY (via videoconference)
           53 West Jackson Boulevard
14         Suite 334
           Chicago, Illinois 60604
15         Phone:  312.341.9646
           E-mails: awest@halemonico.com
16                  jbitoy@halemonico.com

17              On behalf of the Individual Defendants;

18         REITER BURNS
           MS. KATHERINE C. MORRISON
19         311 South Wacker Drive
           Suite 5200
20         Chicago, Illinois 60606
           Phone:  312.982.0090
21         E-mail:  kmorrison@reiterburns.com

22              On behalf of the Defendant City of Chicago.

23         ALSO PRESENT: Ms. Barbara Patel, videographer
                        Ms. Lo Ramanujam, Hale & Monico, LLC
24                   *    *    *    *    *    *
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 3

1                        I N D E X

2      WITNESS                                    PAGE

3      JAMES FLETCHER, JR.

4          Examination by Ms. West...................  5

5          Examination by Mr. Starr................. 222

6

7                      E X H I B I T S

8      FLETCHER DEPOSITION EXHIBIT                  PAGE

9          No. 1......................................  47

10         No. 2......................................  53

11         No. 3......................................  61

12         No. 4......................................  78

13         No. 5...................................... 108

14         No. 6...................................... 121

15         No. 7...................................... 162

16         No. 8...................................... 162

17         No. 9...................................... 162

18         No. 10..................................... 162

19         No. 11..................................... 162

20         No. 12..................................... 195

21         No. 13..................................... 206

22

23     (Exhibit Nos. 7 through 11 were phone call recordings

24                    retained by counsel.)

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 4

1      THE VIDEOGRAPHER:  Good morning.  We are now on

2  video record at 10:23 a.m. on November 17th, 2023.

3  Please note that the microphones are sensitive and may

4  pick up whispering, private conversations, and cellular

5  interference.  Please turn off your cell phones and

6  place them away from the microphones as they can

7  interfere with the deposition audio.  Audio and video

8  recording will continue to take place unless all parties

9  agree to go off record.

10          This is Media Unit -- Media Unit No. 1 of the

11  video-recorded deposition of James Fletcher, Jr., taken

12  by the counsel for the defendant in the matter of

13  James Fletcher, Jr., versus City of Chicago, et al.,

14  filed in the United States district court for the

15  Northern District of Illinois, Eastern Division,

16  Case No. 20 CV 4768.  This deposition is being held at

17  Hale & Monico, LLC, located at 53 West Jackson in

18  Chicago, Illinois.

19          My name is Barbara Patel in association with

20  Royal Reporting, and I am the videographer.  I am not

21  related to any party in this action, nor am I

22  financially interested in the outcome.

23          Will counsel please state their appearances

24  and affiliations for the record, starting with the

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 5

1   taking attorney first?

2       MS. WEST:  Allyson West on behalf of the individual

3   defendant officers.

4       MS. MORRISON:  Katherine Morrison for the City of

5   Chicago.

6       MR. STARR:  Sean Starr on behalf of the plaintiff,

7   James Fletcher.

8       MS. BLAGG:  Jennifer Blagg on behalf of plaintiff,

9   James Fletcher.

10      MS. BITOY:  Jennifer Bitoy on behalf of the

11  individual defendant officers.

12      MS. WEST:  That's it.

13      THE VIDEOGRAPHER:  Okay.  Will the reporter please

14  swear in the witness?

15                  (Witness sworn.)

16  WHEREUPON:

17                  JAMES FLETCHER, JR.,

18  called as a witness herein, having been first duly

19  sworn, was examined and testified as follows:

20                  EXAMINATION

21  BY MS. WEST:

22      **Q.   Good morning, Mr. Fletcher.**

23      A.   Good morning.

24      **Q.   As I mentioned before, my name is**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 6

 1   Allyson West.  I represent the individual defendant

 2   officers in your lawsuit.  What's going to happen today

 3   is I'm going to ask you a series of questions.  Some of

 4   the other attorneys may ask you questions as well.  If

 5   at any point you need to take a break, let me know;

 6   we'll take the break.  All I ask is that you finish

 7   answering the question that's pending before we take

 8   that break.  Do you understand?

 9       A.   Yes.

10       Q.   Okay.  And then if you could, for the court

11   reporter and the videographer, keep your voice nice -- I

12   mean, you don't have to, like, yell or anything like

13   that, but just nice and loud so that they can take down

14   everything that you're saying.  Okay?

15       A.   Okay.

16       Q.   Okay.  And then I will try to do the same, if

17   you will do the same for me too.  We're going to have

18   kind of like a conversation-type communication here

19   today.  But if you could wait until I'm finished

20   answering my question -- asking my question before you

21   answer and I'll do the same for you.  Do you understand?

22       A.   Yes.

23       Q.   Okay.  Are you currently under the influence

24   of any prescription medication that would impair your

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 7

```
1    ability to testify truthfully today?
2        A.   No.
3        Q.   If you could state your full name for the
4    record, please.
5        A.   Jimmie, J-I-M-M-I-E, Lewis Fletcher, Jr.
6        Q.   And, sir, have you ever gone by any nickname?
7        A.   Jimalee, The Gov.  That's about it.  That's
8    all I remember.
9        Q.   Okay.  And have you ever gone by an alias?
10       A.   Yes.
11       Q.   Okay.  What alias have you gone by?
12       A.   Arnold Dixon.
13       Q.   And is Arnold Dixon a real person that you
14   know, sir?
15       A.   Yes.
16       Q.   And who is that?
17       A.   My nephew.
18       Q.   When did you start using the alias
19   Arnold Dixon?
20       MR. STARR:  Objection:  form, foundation.
21   BY THE WITNESS:
22       A.   I want to say in '91, I think.
23       Q.   And why did you use the alias Arnold Dixon?
24       A.   I had a -- I think I was being arrested for an
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 8

1   auto theft, I think.  I'm not sure.

2          THE COURT REPORTER:  Sir, just try to keep your

3   voice up.

4          THE WITNESS:  Okay.

5          MS. WEST:  Thank you.

6   BY THE WITNESS:

7          A.   I think I was being arrested for auto theft.

8          Q.   **Okay.  And that was your reasoning for**

9   **using -- giving the name Arnold Dixon?**

10         A.   Yes.

11         Q.   **Have you ever used the alias Eugene Brown?**

12         A.   No.

13         Q.   **Any other aliases that you've used in the**

14  **past?**

15         A.   Not that I remember.

16         Q.   **Is your date of birth March 30th, 1963?**

17         A.   Yes.

18         Q.   **What did you do to prepare for your deposition**

19  **today, sir?**

20         A.   Pray.

21         Q.   **Did you meet with your counsel?**

22         A.   As I came in, yes.

23         Q.   **Okay.  Prior to today, did you meet with your**

24  **counsel in preparation for the deposition today?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 9

```
 1        A.   Yes.
 2        Q.   Okay.  When was -- When did you meet with your
 3   counsel?
 4        A.   Yesterday.
 5        Q.   Okay.  Was that the first time you met with
 6   your counsel in preparation for your deposition?
 7        A.   Yes.
 8        Q.   Where did you meet?
 9        A.   Their office.
10        Q.   How long was the meeting that you had with
11   your counsel?
12        A.   Two, three hours.  I'm not sure.
13        Q.   And who was present for the meeting?
14        A.   My counsel; Jennifer Blagg; and Anand, my
15   other attorney.
16        Q.   I'm sorry.  Say the last name.
17        A.   Anand.
18        MR. STARR:  And that's not his -- That's his first
19   name.
20        MS. WEST:  Yes.
21        MR. STARR:  You'll probably meet him.
22        MS. WEST:  Yes.  Thank you.
23        MR. STARR:  Okay.
24
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 10

1    BY MS. WEST:

2        Q.   During that two- to three-hour meeting

3    yesterday, did you review any documents?

4        A.   No.  What you mean "documents"?

5        Q.   So did you look at any pieces of paper?

6        A.   No.

7        Q.   Okay.  Did you review any photographs?

8        A.   No.

9        Q.   Did you review any police reports?

10       A.   No.

11       Q.   Did you review any affidavits that you

12   authored?

13       A.   No.

14       Q.   Did you review any written correspondence that

15   you've authored in the past?

16       A.   They were there, but I didn't see 'em

17   personally.

18       Q.   Okay.  So let me just make sure if I

19   understand.  So were there documents there while you

20   were meeting with your attorneys yesterday?

21       A.   Yes.

22       Q.   Okay.  But you specifically didn't look at any

23   of that documentation?

24       A.   No.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 11

1   Q.   Okay.  Did you review any audio phone calls?
2   A.   Yes.
3   Q.   Okay.  What audio phone calls did you review
4   yesterday?
5   A.   One with me and Deborah Sanders.
6   Q.   Do you recall the date of that phone call with
7   Deborah Sanders that you reviewed yesterday?
8   A.   No.
9   Q.   Okay.  What was the content of the
10  communication that you listened to?
11  MR. STARR:  And I'm just going to instruct you, you
12  should answer her question but do not reveal any
13  conversations that you and I or you and any of your
14  other attorneys had.  Okay?
15  THE WITNESS:  Okay.
16  MR. STARR:  Those are privileged, and you're not
17  allowed to testify to those.  Okay?  Thanks.
18  BY THE WITNESS:
19  A.   Yes, I was talking to her about just regular
20  stuff and about a movie I had seen.
21  Q.   Do you know how long the phone call was that
22  you listened to?
23  A.   No.
24  Q.   Did you listen to the phone call in its

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 12

1    entirety?

2         A.   I don't think so.

3         Q.   Okay.  Any other phone calls that you listened

4    to yesterday?

5         A.   No.

6         Q.   Did you review any video footage yesterday?

7         A.   No.

8         Q.   Other than the meeting yesterday with your

9    counsel and this morning with Mr. Starr, any other

10   meetings with your attorney in preparation for the

11   deposition today?

12        A.   No.

13        Q.   Any telephone calls with your counsel in

14   preparation for your deposition today?

15        A.   What you mean "like" "in preparation"?  Could

16   you ...

17        Q.   Sure.  So any phone calls that you would have

18   had with your attorney talking about the substance of

19   this case or your deposition prior to today.

20        A.   They would call and ask me questions about

21   certain stuff.  I don't know if that was preparing for

22   the deposition or not.

23        Q.   Fair enough.  And I don't want to know about

24   any communications specifically that you had with them.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 13

1    I'm just trying to see if you had any phone calls other

2    than talking about scheduling or where you need to go or

3    when you need to appear.

4         A.   No.

5         Q.   Okay.  Have you spoken with anyone in your

6    family about being deposed today?

7         A.   Well, they all knew.

8         Q.   Did you speak with any of your family members

9    about the specifics of your deposition today?

10        A.   What you mean "the specifics"?

11        Q.   Did you have any conversations with your

12   family about being deposed today?

13        A.   I mean, I told them I was being deposed.  My

14   sister.

15        Q.   Okay.  What's your sister's name?

16        A.   Delois.

17        Q.   What's Deloris's [sic] last name?

18        A.   Swain.

19        Q.   And what'd you tell her about you being

20   deposed today?

21        A.   She had to take my dad to the doctor because

22   I'm being deposed.

23        Q.   Anything else?

24        A.   Not that I remember.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 14

1      Q.   Okay.  Did you speak with Deborah Sanders

2  about being deposed today?

3      A.   Not today, but I might have told her earlier

4  in the week, a couple days before.

5      Q.   The conversation that you had with Ms. Sanders

6  about your deposition, was it over the phone or in

7  person?

8      A.   It had to be over the phone.

9      Q.   And what did you speak with Ms. Sanders about

10  regarding your deposition?

11     A.   I'm being deposed.

12     Q.   Did you speak with Ms. Sanders about the fact

13  that she's been deposed in this litigation?

14     A.   No.

15     Q.   At any point, not just this week, have you

16  spoken with Ms. Sanders about the fact that she's been

17  deposed in this litigation?

18     MR. STARR:  Objection:  asked and answered.

19  BY MS. WEST:

20     Q.   You can answer.

21     A.   When she got deposed.

22     Q.   You spoke with her about it?

23     A.   Yeah.

24     Q.   Okay.  We'll come back to that here in a

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                    Page 15

1    little bit.

2              What's your highest level -- Strike that.

3              Any other family members that you spoke with

4    about being deposed?

5        A.   Not that I remember.

6        Q.   Did you talk with any of your children about

7    being deposed?

8        MR. STARR:  Asked and answered.

9    BY THE WITNESS:

10       A.   I might have told my daughter.  I'm not sure.

11       Q.   Did you speak with any friends about being

12   deposed today?

13       A.   Not that I remember.

14       Q.   All right.  What's your highest level of

15   education, sir?

16       A.   GED.

17       Q.   When did you obtain your GED?

18       A.   1987.

19       Q.   Where did -- Did you attend high school?

20       A.   Yes.

21       Q.   Where did you attend high school?

22       A.   Wells.

23       Q.   Is that in Chicago?

24       A.   Yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 16
 1        Q.    What grade did you go in high school at
 2   William Wells?
 3        A.    I think to junior.
 4        Q.    Do you hold any other certificates or degrees?
 5        A.    I think a culinary art.  Might be a welding.
 6   I'm not sure.
 7        Q.    Okay.  And those two certificates, where did
 8   you obtain them?
 9        A.    The welding was at Stateville, and the
10   culinary arts was either Danville or Dixon.
11        Q.    Okay.  What city do you currently live in?
12        A.    Chicago.
13        Q.    And who do you currently live with?
14        A.    My dad.
15        Q.    Anyone else other than your father that lives
16   in the home?
17        A.    In the apartment?  No.
18        Q.    And how long have you been living with your
19   father?
20        A.    2020.
21        Q.    When you were released from incarceration, did
22   you go to live with your father?
23        A.    Yes, 2020.
24        Q.    And are you still living in the same location
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 17

1   that you --

2        A.   Yes.

3        Q.   Let me -- Sorry.  Let me try that again just

4   so I can get it all out.

5             When you were released from incarceration,

6   where did -- what's the address that you went to live

7   at?

8        A.   828 North Laramie.

9        Q.   Okay.  And are you still living there today?

10       A.   Yes.

11       Q.   Okay.  821 North Laramie is that what you

12  said?

13       A.   828.

14       Q.   828.  Thank you.

15            Have you lived at 828 North Laramie prior to

16  2020?

17       A.   Yes.

18       Q.   What I'm getting at is, did you grow up at

19  that address?

20       A.   I moved there in 1972, I think, or '71.

21       Q.   And I'm really bad at math.  How old were you?

22  Were you ...

23       A.   '71.  '63.  About 8, 9.

24       Q.   Okay.  When you first moved there when you

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 18

1   were about 8 or 9 years old, who lived in the home with

2   you?

3       A.   At first, me, Mom, Dad.

4       Q.   Did other individuals come to live at that

5   home with you?

6       A.   Throughout the course of the years, yes.

7       Q.   Okay.  Who else lived at the home?

8       A.   Oh, my God.  My grandmother, cousin, the

9   cousin's daughter, I think his -- his girlfriend.

10      Q.   Whose girlfriend?

11      A.   My cousin's girlfriend.  It was a long time

12  ago.

13      Q.   Sure.

14      A.   I don't really remember.

15      Q.   Fair enough.  And all -- I'm asking what you

16  recall.  Okay?

17      A.   Okay.

18      Q.   In 1990, who lived in the home at

19  828 North Laramie?

20      A.   My mom and dad, and I would stay there on

21  occasions.

22      Q.   Do you have other family that lives -- that

23  lived near you when you were growing up at

24  828 North Laramie?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 19

1      A.   Yes.  I had an auntie that lived kind of down

2   the street.

3      Q.   **Any other family that lived close by?**

4      A.   I don't think so.  Not that I recall, no.

5      Q.   **When you were a kid, did you roller-skate?**

6      A.   Yeah.

7      Q.   **Where did you roller-skate?**

8      A.   Some area, the West Side, the South Side.

9      Q.   **And when you roller-skated, was it, like, a**

10  **specific rink you would go to?**

11     A.   I went to a lot of different rinks.

12     Q.   **What ages did you roller-skate?  When did you**

13  **first start?**

14     A.   I don't recall, but I know I started over in

15  Cabrini-Green, so 12, 11.  I don't know.

16     Q.   **Were you still roller-skating occasionally**

17  **when you were 16?**

18     A.   Yes.

19     Q.   **Are you currently married?**

20     A.   No.

21     Q.   **Have you ever been married?**

22     A.   Yes.

23     Q.   **Who have you been married to?**

24     A.   Deborah Sanders.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 20

1      Q.    And when were you married to Ms. Sanders?

2      A.    1987.

3      Q.    When did you first meet Ms. Sanders?

4      A.    I think in -- In '87, I think.

5      Q.    And in 1987, were you incarcerated, sir?

6      A.    Yes.

7      Q.    So how did you come to meet Ms. Sanders while

8  you were incarcerated?

9      A.    A friend of mine had her call me out on a

10  visit.

11      Q.    And do you recall the day or month that you

12  were married in 1987?

13      A.    December.

14      Q.    Are you divorced from Ms. Sanders?

15      A.    Yes.

16      Q.    When were you divorced from Ms. Sanders?

17      A.    '90- -- I think '93.

18      Q.    Have you ever been married to anyone else,

19  sir?

20      A.    No.

21      Q.    Do you currently have a partner?

22      A.    I don't know.  No, I'll say -- No.

23      Q.    Okay.  So you're not currently in a romantic

24  relationship?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                      Page 21
 1        MR. STARR:  Objection:  form, foundation.
 2   BY THE WITNESS:
 3        A.   No --
 4        Q.   Okay.
 5        A.   -- I don't think so.
 6        Q.   Do you have any children?
 7        A.   Yes.
 8        Q.   How many children do you have?
 9        A.   Biologically, two.
10        Q.   Okay.  And we'll start there.  Biologically,
11   what are your children's names?
12        A.   Natasha Ewing and Dawon Gardner.
13        Q.   And who is Natasha's mother?
14        A.   Yvette Loggins.
15        Q.   And how about your son Dawon?  Who is his
16   mother?
17        A.   Sharon Gardner.
18        Q.   How old is Natasha?
19        A.   She is 43, I guess.
20        Q.   And how about Dawon?  How old is he?
21        A.   31.
22        Q.   Do you have a relationship with Natasha?
23        A.   Yes.
24        Q.   Do you see her often?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 22

1      A.   No.  She lives in another state, Indiana.

2      **Q.   Do you speak with her on the telephone?**

3      A.   Yes.

4      **Q.   How often?**

5      A.   Maybe once a week, sometimes once every other

6   week.

7      **Q.   How often do you get to see her?**

8      A.   Once every other month, I would guess.

9      **Q.   Does she come visit you, or do you go visit**

10  **her?**

11     A.   She comes to visit me mostly, but I have been

12  to visit her.

13     **Q.   Where in Indiana does she live?**

14     A.   Lafayette.

15     **Q.   And Dawon, do you have a relationship with**

16  **Dawon?**

17     A.   Not really.

18     **Q.   Have you ever had a relationship with Dawon?**

19     A.   Yeah, kind of when I was incarcerated, I would

20  guess, and when I first came home.

21     **Q.   When -- Can you pinpoint for me when during**

22  **your incarceration that you had a relationship with**

23  **Dawon?**

24     A.   As he was growing up.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 23

1      Q.   Would you speak with him over the telephone?

2      A.   Yes.

3      Q.   Would he come visit you in prison?

4      A.   Yes.

5      Q.   How often would he come visit you?

6      A.   Not often, you know, maybe Father's Day,

7  Christmas, something like that.

8      Q.   And how often would you speak with him on the

9  phone when you were incarcerated?

10     MR. STARR:  Objection --

11  BY THE WITNESS:

12     A.   I'm not sure, yeah.

13     MR. STARR:  -- to form.

14          Go ahead.  Sorry.

15  BY THE WITNESS:

16     A.   I'm not -- I'm not sure.

17     Q.   Okay.  How about now?  Do you speak with --

18  I'm sorry.  Strike that.

19          You said you had somewhat of a relationship

20  with him when you were released from incarceration; is

21  that right?

22     A.   Yes.

23     Q.   Okay.  Can you describe that relationship for

24  me?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 24

1      A.   I mean, father/son, you know.

2      Q.   **How often would you see him?**

3      A.   I'm not sure.  Once a week, I would guess.

4      Q.   **And where does he live?**

5      A.   Down the street from me.

6      Q.   **Okay.  When was the last time you saw him?**

7      A.   Maybe a month, month and a half ago.

8      Q.   **Do you speak with him on the telephone?**

9      A.   No.

10     Q.   **When you saw him about a month, month and a**

11  **half ago, did you visit him or did he visit you?**

12     A.   He came to my house to visit my dad.

13     Q.   **Did you speak with him when he came to visit?**

14     A.   No.

15     Q.   **When was the last time you had a one-on-one**

16  **interaction with your son?**

17     A.   I don't recall.  It's been a while.

18     Q.   **Would you say it's been more than a year?**

19     A.   No.

20     Q.   **Less than a year?**

21     A.   Yes.

22     Q.   **All right.  And you mentioned -- You said you**

23  **had two biological children.  Do you have other -- other**

24  **children?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 25

```
 1         A.   Yes, I have two other daughters.

 2         Q.   Okay.  Are they legally your daughters?

 3         A.   No.

 4         Q.   Okay.  But you consider them to be your

 5    family?

 6         A.   Yes.

 7         Q.   Okay.  And what are their names?

 8         A.   Veronica Bryant and Chancheta Pratt.

 9         Q.   And Veronica Bryant, who is her mother?

10         A.   Deborah.

11         Q.   Do you have a relationship with Veronica?

12         A.   Yes.

13         Q.   When was the last time you spoke with her?

14         A.   It's been a month or so ago.  She sent me a

15    video of something.

16         Q.   When was the last time you saw her, Veronica?

17         A.   That's been a while.  I don't remember.  It's

18    been a while, though.

19         Q.   Does -- Where does Veronica live?

20         A.   I want to say Glenwood, like on 170 something.

21         Q.   Okay.  How would you describe your

22    relationship with Veronica?

23         A.   Father/daughter.

24         Q.   Would you say that you have a good
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 26

1    relationship with Veronica?

2         A.   Yes.

3         Q.   And how about Chancheta?  Do you have a

4    relationship with her?

5         A.   Not really.

6         Q.   Okay.  When was the last time you spoke to

7    her?

8         A.   I think I sent her a text for her birthday.

9         Q.   And when was that?

10        A.   January 27.

11        Q.   And that was the last communication you had

12   with her?

13        A.   Yes.

14        Q.   Who is Chancheta's mother?

15        A.   Valerie Pratt.

16        Q.   You mentioned your father earlier.  How old is

17   your father?

18        A.   '31.  He's 92.

19        Q.   And what did your father do for a living?

20        A.   He's retired.  He's 92.

21        Q.   What did he do for a living?

22        A.   Oh.  He was a manager at a -- a company that I

23   think made machine parts for, you know, the hospital

24   operating tables, stuff like that.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 27
 1        Q.    Okay.  Throughout your father's life, did he
 2   ever work as a paralegal?
 3        A.    Yeah, I would say he was a paralegal, yeah.
 4        Q.    And when was that?
 5        A.    Maybe around 2014, '15.  I'm not sure.
 6        Q.    Did he work for a specific -- I'm sorry.  I
 7   didn't mean to cut you off, by the way, if I did.  Did I
 8   cut you off?
 9        A.    No.
10        Q.    Okay.  Did he work for a specific law firm?
11        A.    He worked for Frederick Cohn.
12        Q.    Any other law firms you recall him working
13   for?
14        A.    No.
15        Q.    When did your father retire, if you know?
16        A.    I don't know.
17        Q.    How's your father's health today?
18        A.    He has Alzheimer's.
19        Q.    I'm sorry.
20              He still lives in the home with you?
21        A.    I live with him.  It's his home.  Yeah.
22        Q.    Okay.  Fair enough.
23              Who cares for your father?
24        A.    Me.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 28

  1         Q.    Are you the sole caregiver for your father?

  2         A.    Yes.

  3         Q.    And how long have you been doing that?

  4         A.    Since my mom passed.

  5         Q.    When did your mother pass?

  6         A.    April 23rd, 2020.

  7         Q.    Did your mother pass following your release

  8    from incarceration?

  9         A.    Yes.

 10         Q.    Okay.  Do you have any siblings, sir?

 11         A.    Yes, I have three sisters living.

 12         Q.    What are your sisters' names?

 13         A.    Delois Swain, Jacqueline Gordon, and

 14    Denise Winkler (phonetic).

 15         Q.    Deloris [sic], does Deloris live close by?

 16         A.    Yeah, she lives in the building.

 17         Q.    Okay.  The same building that you live in?

 18         A.    Yes.

 19         Q.    Okay.  Do you have a relationship with

 20    Deloris?

 21         A.    Yes.

 22         Q.    Okay.  And then you said Jacqueline?

 23         A.    Yes.

 24         Q.    Where does Jacqueline live?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 29

1      A.   On the North Side.

2      Q.   **Do you have a relationship with Jacqueline?**

3      A.   Yes.

4      Q.   **And Denise, where does she live?**

5      A.   I think, like, Oakland, California, somewhere

6    around that area.

7      Q.   **Do you have a relationship with her?**

8      A.   Yes, we talk.  I mean, I haven't seen her in

9    years, but we talk on the phone.

10     Q.   **Are you -- In order of age, are you oldest,**

11   **youngest, or somewhere --**

12     A.   Baby.

13     Q.   **You're the baby?  It's good to be the baby.**

14          **Who is the -- the oldest sister of the three?**

15     A.   Delois.

16     Q.   **And then who is next?**

17     A.   I think -- I think Jacqueline.  I'm not sure.

18     Q.   **Okay.  Does Deloris help you care for your**

19   **father at all?**

20     A.   I live in the house with him, so I take care

21   of him.  But from time to time, she will cook us a meal,

22   you know, once or twice a week.

23     Q.   **Okay.  How about Jacqueline?  Does she**

24   **participate in the caregiving for your father?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 30

1      A.   She went to doctors' appointments with me.

2   She would call and check on him, and she comes over,

3   yeah.

4      Q.   Okay.  All right.  Let's switch gears here a

5   little bit.

6           All right.  Mr. Fletcher, you were arrested

7   for the murder of Willie Sorrell, correct?

8      A.   Yes.

9      Q.   Okay.  And you were eventually convicted of

10  that murder, right?

11     A.   Yes.

12     Q.   And do you understand that that murder took

13  place on December 21st, 1990?

14     A.   Yes.

15     Q.   Do you understand that part of the incident

16  leading up to Mr. Sorrell's death was the armed robbery

17  of Mr. Edward Cooper?

18     A.   Yes.

19     Q.   Do you have an understanding that the

20  offenders took Mr. Cooper's money during the course of

21  the robbery?

22     A.   Yes.

23     Q.   And you understand that the robbery and murder

24  occurred at 5615 West Madison?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 31

1      A.   Yes.

2      Q.   Okay.  And December -- On December 21st of

3  1990, you were living at 301 North Latrobe?

4      A.   No.

5      Q.   Where were you living at the time?

6      A.   Kind of, like, everywhere.

7      Q.   Okay.

8      A.   Different women.

9      Q.   Have you ever lived at 301 North Latrobe?

10     A.   No.

11     Q.   That address doesn't ring a bell for any

12  family member either?

13     A.   A friend.

14     Q.   It is a friend?

15     A.   Yeah.

16     Q.   What friend?

17     A.   Eugene Brown.

18     Q.   Okay.  Did you ever stay with Eugene Brown in

19  December of 1990?

20     A.   No.

21     Q.   When you say you would stay around, would you

22  stay around in the city of Chicago or any other city or

23  town?

24     A.   Chicago.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 32

```
 1        Q.   During December of 1990, did you live or stay
 2   with your parents?
 3        A.   Yes.
 4        Q.   Okay.  And that's at the same address that you
 5   currently live?
 6        A.   Yes.
 7        Q.   How close is the address where you currently
 8   reside, 828 North Laramie, to Central and Madison or the
 9   area where the -- the robbery/murder took place in 1990?
10        MR. STARR:  Objection:  form, foundation.  You're
11   asking him for distance?
12   BY MS. WEST:
13        Q.   Yeah, if you know.
14        A.   I'm not sure.  Maybe 10 to 12 blocks.
15        Q.   Are you familiar with the area of Central and
16   Madison?
17        A.   Yes.
18        Q.   Okay.  In December of 1990, was Ms. Sanders
19   living at your parents' address at 828 North Laramie?
20        A.   No.
21        Q.   Okay.  Months prior to that, had Ms. Sanders
22   been living in the home with your parents?
23        A.   Yes.
24        MR. STARR:  Objection:  form.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 33

1   BY MS. WEST:

2       Q.   Okay.  If you recall, when was Deborah living

3   in the home with your -- your mom and dad on Laramie?

4       A.   '88, '89, and some parts of '90.

5       Q.   Do you recall specifically when Ms. Sanders

6   stopped living with your -- your mom and dad in 1990?

7       A.   Around August.  Not August.  Maybe September.

8       Q.   Okay.  And -- And where did Ms. Sanders go

9   when she stopped living with your parents?

10      A.   Indianola, Mississippi.

11      Q.   Okay.  Were you living in the home with your

12  mom and dad and Ms. Sanders up until September of 1990?

13      A.   Yes.

14      Q.   And then after September of 1990, is that when

15  you began to stay at various, different places?

16      A.   Yes.

17      Q.   Okay.  Why did Ms. Sanders stop living with

18  you?

19      A.   She said I was cheating on her.

20      Q.   How long -- Strike that.

21           When in 1990 were you released from custody?

22      A.   July 25th.

23      Q.   So from July until September, you lived with

24  your parents and Ms. Sanders at -- on the Laramie

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 34

1    address; is that right?

2        A.   Yes.

3        Q.   Did anyone else live with you during that --

4    that -- that period of time?

5        A.   Natasha and Veronica.

6        Q.   After Ms. Sanders left in roughly September of

7    1990, did Natasha remain in the home with your parents?

8        A.   Yes, sometimes.

9        Q.   Where else would she stay?

10       A.   Her grandmother's.

11       Q.   When you were released from custody in July of

12   1990, were you paroled to your parents' address?

13       A.   Yes.

14       Q.   If you recall, how long was your parole?

15       A.   Three years.

16       Q.   And you said Ms. Sanders had -- had been

17   living with your parents while you were still in

18   custody; is that right?

19       A.   Yes.

20       Q.   Okay.  Did Ms. Sanders move in with your

21   parents after you were married?

22       A.   Yes.

23       Q.   Did she continue to live there until -- up

24   until September of 1990?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 35

1      A.   In '90, off and on, but yes.

2      Q.   Okay.  When you were released from custody in

3  July of 1990, as a part of your parole, were you

4  required to look for a job?

5      A.   Yes.

6      Q.   Okay.  Did you?

7      A.   Yes.

8      Q.   Were you employed following your release from

9  incarceration in July of 1990?

10      A.   No.

11      Q.   And, Mr. Fletcher, how long did you remain out

12  of custody before you went back in?

13      A.   December of '91.

14      Q.   So from July of 1990 to December of '91, you

15  were out of custody?

16      A.   Yes.

17      Q.   Okay.

18      A.   I had, I think, a few arrests within that

19  time, but I went back to prison in '91.

20      Q.   Okay.  During that time period, did -- were

21  you ever employed?

22      A.   No.

23      Q.   Did you look for employment during that time

24  period?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                        Page 36
 1        A.   Yes.

 2        MR. STARR:  Asked and answered.

 3   BY MS. WEST:

 4        Q.   What were you doing to financially support

 5   yourself from July of 1990 to December of '91?

 6        A.   Hustling.

 7        Q.   And what does that mean?

 8        A.   Selling drugs.

 9        Q.   And where did you sell drugs?

10        A.   Cabrini-Green.

11        Q.   What type of drugs did you sell?

12        A.   Cocaine, heroin.

13        Q.   Excuse me.  Did you sell for anyone, a

14   specific person?

15        A.   No.

16        Q.   You just sold independently for -- for

17   yourself?

18        A.   Yes.

19        Q.   Okay.  Where did you get the -- the drugs that

20   you sold?

21        A.   What you mean where'd I get them?

22        Q.   Did you have a supplier that you used to get

23   the drugs to sell?

24        A.   Yes.
```

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 37

1      Q.   Do you remember the name of your supplier?

2      A.   No.

3      Q.   Did you sell with anyone else?

4      MR. STARR:  Objection:  form.

5  BY THE WITNESS:

6      A.   No.

7      Q.   Were you making a lot of money?

8      A.   I guess.  I -- I thought it was.

9      Q.   Did you make enough money to financially

10  support yourself?

11     A.   Yes.

12     Q.   How much money were you making?

13     A.   Between 10-, 15,000 a month.

14     Q.   Prior to July of 1990, had you ever sold drugs

15  before?

16     A.   No.  I was in prison.

17     Q.   Prior to your first incarceration, did you

18  sell drugs?

19     A.   No.

20     Q.   Okay.  So in 1990, that was the first time you

21  had ever sold drugs, sir?

22     A.   Yes.

23     Q.   Mr. Fletcher, do you know an individual by the

24  name of Terry Rogers?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 38

1      A.   Yes.

2      Q.   **Prior to December of 1990, did you know**

3  **Terry Rogers?**

4      A.   Yes.

5      Q.   **When did you first meet Mr. Rogers?**

6      A.   I'm not sure.  Maybe late '70s.

7      Q.   **How did you come to -- to know Mr. Rogers?**

8      A.   Skating rink.

9      Q.   **Did Mr. Rogers live in your area in 1990?**

10     MR. STARR:  Objection:  form, foundation.

11 BY THE WITNESS:

12     A.   Yes.

13     Q.   **Do you recall where he lived?**

14     A.   I'm not sure.  I think Washington and Pine.

15 I'm not sure.

16     Q.   **In 1990, did you consider Mr. Rogers a friend**

17 **of yours?**

18     A.   No.

19     Q.   **Okay.  At any point in time in your life since**

20 **the 1970s after meeting him, did you consider**

21 **Terry Rogers a friend?**

22     A.   No.

23     Q.   **Did you skate with Terry Rogers?**

24     MR. STARR:  Objection to form of the question.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 39

1    BY THE WITNESS:

2        A.    Not with him, against him, yes.

3        Q.    **What does that mean, "against him"?**

4        A.    We had a skate group.  They had a skate group.

5        Q.    **Okay.  Who is "we"?  Who is your skate group?**

6        A.    The Magnificent Seven.

7        Q.    **How many people made up The Magnificent Seven?**

8    **Seven?**

9        A.    Yes.

10       Q.    **When was The Magnificent Seven formed?**

11       A.    '77 I'm gonna say.

12       Q.    **Were they friends of yours that you skated**

13   **with, The Magnificent Seven, the other people?**

14       A.    Yes.

15       Q.    **And then was Terry Rogers a part of a**

16   **different group?**

17       A.    Yes.

18       Q.    **And did that group have a name?**

19       A.    What were they?  The Disco Wheelers.

20       Q.    **You say Willas (phonetic)?**

21       A.    Wheelers, yes.

22       Q.    **Wheelers?**

23       A.    Yes.

24       Q.    **Did you know any of the other people on the**

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 40

1   skating group that Mr. Rogers was on?

2       A.   Yes, back then, yeah.

3       Q.   Were all of these individuals, if you know,

4   people from the neighborhood or the area?

5       MR. STARR:  Objection:  foundation.

6   BY THE WITNESS:

7       A.   Yes.

8       Q.   Do you know if Mr. Rogers was ever in a gang?

9       A.   Yes.

10      Q.   Okay.  What gang was he a member of?

11      A.   Four Corner Hustlers.

12      Q.   Was somehow the skate group tied to that

13  particular gang?

14      MR. STARR:  Form, foundation, calls for

15  speculation.

16  BY THE WITNESS:

17      A.   I'm not sure of that.

18      Q.   Okay.  Were you ever in a gang?

19      A.   Yes.

20      Q.   What gang?

21      A.   Gangster Disciples.

22      Q.   When did you become a member of the Gangster

23  Disciples?

24      A.   '78, '77.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 41

1      Q.   The Magnificent Seven, any relation or

2   affiliation with Gangster Disciples?

3      A.   No.

4      MR. STARR:  Belated form objection.

5   BY MS. WEST:

6      Q.   How long were you a member of the Gangster

7   Disciples?

8      A.   Let me see.  I'm not sure when I -- I'll say

9   2020.  I'm not sure.

10     Q.   Okay.  So you remained a member until 20- --

11     A.   Not --

12     Q.   I'm sorry.

13     A.   2000- -- Right before I went to the county

14   jail in '02, so just say like 2001, yeah '20.

15     Q.   Sorry.  2001 or 2020?

16     A.   It's like -- No, not '20.  I mean 2001, right.

17     Q.   Okay.  Thank you.

18     A.   2000.  I got it wrong.  Yeah.

19     Q.   Thank you.

20          Do you have any -- hold any rank in the -- in

21   the gang?

22     A.   Then or now?

23     Q.   Then.

24     A.   Yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 42

1      Q.    What was your rank?

2      A.    In prison?  I -- I had the cell house.

3      Q.    I'm sorry.  Say that again.  The cell house?

4  Is that --

5      A.    Yeah.

6      Q.    -- what you said?

7      A.    Yes.

8      Q.    That's a rank?

9      A.    Yes.

10      Q.    How about out of prison?

11      A.    Yes.

12      Q.    What was your rank while you were -- prior to

13  going into custody?

14      A.    They used to call me "The Gov."

15      Q.    Is that because your rank was governor?

16      A.    Yes.

17      Q.    What does that mean to be a governor rank in

18  the Gangster Disciples?

19      MR. STARR:  Objection:  form, foundation.

20  BY THE WITNESS:

21      A.    In charge.

22      Q.    Are you in charge of other individuals that

23  are members of the gang?

24      A.    In my building, yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 43

1    Q.   And what building are you referring to when
2    you say in your building?
3    A.   939 North Hudson.
4    Q.   What's at 939 North Hudson?
5    A.   It was a project building.
6    Q.   And what were you in charge of specifically
7    within that building?
8    A.   Giving the guys my drugs to sell.
9    Q.   Okay.  So you were in charge of drug sales out
10   of 939 North Hudson?
11   A.   Yes, and I was also selling.
12   Q.   Okay.  What was the time period that you were
13   in charge of 939 North Hudson?
14   A.   From like '90 August to maybe February or
15   January.
16   Q.   Of '91?
17   A.   Yes.
18   Q.   How many people worked under you?
19   A.   Out of the building, maybe four or five.
20   Q.   Would you pay those four or five individuals
21   out of the profit that you made or the building made?
22   A.   Yes.
23   Q.   How much would you pay those people?
24   MR. STARR:  Objection:  foundation.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 44

1    BY THE WITNESS:

2        A.   If they sold, say, a thousand dollars worth,

3    I'd give them 300.

4        **Q.   Did you ever sell drugs with Terry Rogers?**

5        A.   No.

6        **Q.   Did -- Do you know if Terry Rogers ever sold**

7    **drugs himself?**

8        MR. STARR:  Foundation.

9    BY THE WITNESS:

10       A.   I don't know.

11       **Q.   During that time period from August of 1990**

12   **until you went back into custody in '91, were you using**

13   **drugs?**

14       A.   Yes.

15       **Q.   What drugs were you using?**

16       A.   Heroin, cocaine.

17       **Q.   How often?**

18       A.   Every day.

19       **Q.   How much?**

20       A.   I'd say a couple grams a day, I would guess.

21       **Q.   And did you continue to use drugs up until you**

22   **were reincarcerated in 1991?**

23       A.   Yes.

24       **Q.   When was the last time you used an illegal**

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 45

1  substance?

2      A.   Probably last year.

3      Q.   And what did you use last year?

4      A.   Cocaine.

5      Q.   Were you -- Strike that.

6           Following your release in 2020, did -- at any

7  point in time until now, have you had any regular use of

8  an illegal substance?

9      A.   No.

10      Q.   In 19- -- Following your release in 1990, as a

11  part of your parole, were you required to undergo drug

12  testing?

13      A.   Yes.

14      Q.   How did you do the drug testing if you were

15  using on a daily basis?

16      MR. STARR:  Objection to form.

17  BY THE WITNESS:

18      A.   It was so crowded back then they didn't really

19  test you.

20      Q.   So there was never -- never a time that --

21  when you went for a drug test and you tested positive --

22      A.   No.

23      Q.   -- as a part of your parole?

24      A.   No.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 46

1      Q.   So prior to 1990, you had never sold drugs as

2   a part of the Gangster Disciples?

3      A.   No.

4      Q.   Any family members also members of the

5   Gangster Disciples while you were?

6      A.   You mean now or back then?

7      Q.   Back then.

8      A.   Yes, he's dead, though.

9      Q.   Okay.  Are you currently still a member of the

10  Gangster Disciples?

11     MR. STARR:  Asked and answered.

12  BY THE WITNESS:

13     A.   No.

14     Q.   You said while you were incarcerated, your

15  rank was cell house?

16     A.   Yeah.

17     Q.   What does that mean?

18     MR. STARR:  Objection:  foundation.

19  BY THE WITNESS:

20     A.   I ran the cell house.

21     Q.   Do you have any, like, responsibilities or

22  duties as the cell house while you were incarcerated?

23     MR. STARR:  Objection to form.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 47

 1   BY THE WITNESS:

 2        A.   Just try to keep the peace.

 3        Q.   **All right.  I'm going to show you what we'll**

 4   **mark as Exhibit 1.**

 5                      **(Fletcher Deposition Exhibit No. 1**

 6                       **marked as requested.)**

 7   BY MS. WEST:

 8        Q.   **All right.  Mr. Fletcher, have you seen this**

 9   **document that's in front of you before?  And I'll give**

10   **you a second if you'd like to look through it in its**

11   **entirety.**

12        MR. STARR:  Do you want him to read it?

13        MS. WEST:  He doesn't have to read it.  I just want

14   to see if he has recognized it.

15        MR. STARR:  Okay.

16   BY THE WITNESS:

17        A.   I may have seen it.  I'm not for sure.

18        Q.   **Okay.  So do you see at the top where it says**

19   **"Statement of Terry Rogers taken May 8th, 2002"?**

20        A.   Okay.

21        Q.   **Do you see that?**

22        A.   Yes.

23        Q.   **Okay.  And do you see under where it says**

24   **"Present"?  It's like four lines down from Terry Rogers.**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 48

1      A.    Okay.  Yes.

2      Q.    Do you see?

3            And it says "ASA Jennifer Walker."  Do you see

4   that?

5      A.    Yes.

6      Q.    Okay.  Do you know who ASA Jennifer Walker is?

7      A.    Yes.

8      Q.    Who is that?

9      A.    Assistant State's Attorney.

10     Q.    Okay.  Did you ever have any interaction with

11  Ms. Walker?

12     A.    I've seen her before.

13     Q.    Where -- Where have you seen her before?

14     A.    In Graham Correctional Center.

15     Q.    Do you have any conversation with her at the

16  time at Graham Correctional?

17     A.    No.

18     Q.    Okay.  Do you have an understanding that

19  Ms. Walker took the handwritten statement of

20  Mr. Terry Rogers?

21     MR. STARR:  Objection:  form, foundation, calls for

22  speculation.

23  BY THE WITNESS:

24     A.    I wasn't there.  I don't know.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 49

1      Q.   Okay.  Sir, you are aware that Mr. Rogers gave

2  a statement against you back in 2002, right?

3      A.   Yes.

4      Q.   Okay.  And what is your understanding of

5  Mr. Rogers's prior statement against you?

6      MR. STARR:  Objection:  form, foundation.

7  BY THE WITNESS:

8      A.   He lied on me.

9      Q.   And what did he say in his statement?

10     A.   That I committed a murder that I didn't.

11     Q.   If you could flip to the last page of

12  Exhibit 1 -- Oh, I'm sorry.  For the record, this is

13  CITY-JF-161 through 164.

14          Do you see the last page there, sir?

15     A.   Yeah.

16     Q.   Okay.  Is that a photograph from the Illinois

17  Department of Corrections of you?

18     A.   Yes.

19     Q.   Okay.  And it's under the name Arnold Dixon,

20  right?

21     A.   Yes.

22     Q.   Okay.  And that's the alias you used at the

23  time, right?

24     A.   I don't know what date this was.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 50

1          Oh, 2/12/02.  Yes.

2     **Q.   Okay.  If you could take a second and look**

3  **through and read the substance of this and then I'm**

4  **going to ask you a couple questions.  Okay?**

5     MR. STARR:  And then when we're done with this

6  exhibit, if we can use another five-minute break.

7     MS. WEST:  Yeah.

8     MR. STARR:  I'd appreciate it.

9     MS. WEST:  Totally fine.  I know we're probably

10 close anyway.

11    THE VIDEOGRAPHER:  Yeah.

12    MS. WEST:  Okay.

13              (Brief pause.)

14 BY THE WITNESS:

15    A.   Okay.

16    MR. STARR:  She wants you to read the entire thing.

17 Did you read the entire thing?

18    THE WITNESS:  Yeah.

19    MR. STARR:  Well, don't just skim it.  I mean,

20 she's going to ask you questions so I want you to

21 actually have read it.

22    MS. WEST:  Yeah, take your time.

23    MR. STARR:  Because that's -- That was pretty fast

24 if you read the whole thing.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 51

```
 1              (Brief pause.)
 2    BY THE WITNESS:
 3         A.   Yeah.  Okay.
 4         Q.   Okay.  Have you had a chance to review what we
 5    marked as Exhibit 1, the document in front of you?
 6         A.   Yes.  Okay.
 7         Q.   Okay.  Does -- After reviewing this document,
 8    does it refresh your memory of whether or not you've
 9    ever seen this before?
10         A.   Yes, I've seen it.
11         Q.   Okay.  Before today's date, have you ever seen
12    this document that you just reviewed?
13         A.   Yes.
14         Q.   Okay.  Do you recall the first time you ever
15    saw this document?
16         A.   No.
17         Q.   Okay.  But you have seen it before today,
18    right?
19         A.   Yes.
20         Q.   Okay.  In the statement on the first page, do
21    you see at the bottom where it says, "Terry states
22    Exhibit A is a picture of the guy he knows as," and it
23    continues on the next page to say "Fletcher."
24              Do you see that?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 52

1      A.   Yes.

2      Q.   Okay.  And as we previously discussed, the

3  picture on the last page, that is a photograph of you,

4  correct, sir?

5      A.   Yes.

6      MR. STARR:  Asked and answered.

7  BY MS. WEST:

8      Q.   And within this statement, Mr. Rogers

9  identifies you as being one of the offenders that robbed

10 Mr. Cooper on the date in question, correct?

11     A.   That's what he says, yes.

12     Q.   Okay.

13     MS. WEST:  You guys want to take a break?

14     MR. STARR:  Sure.  Are you done with it?

15     MS. WEST:  Yep.

16     MR. STARR:  Okay.

17     THE VIDEOGRAPHER:  Okay.  We are going off the

18 video record at 11:21 a.m., and this is the end of Video

19 Media 1.

20               (A short break was had.)

21     THE VIDEOGRAPHER:  We are back on video record at

22 11:28 a.m.  This is the beginning of Video Media 2.

23 BY MS. WEST:

24     Q.   Mr. Fletcher, I'm going to show you what we'll

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 53

1   mark as Exhibit 2.

2                   (Fletcher Deposition Exhibit No. 2

3                    marked as requested.)

4   BY MS. WEST:

5       Q.   All right.  And, Mr. Fletcher -- Oh, sorry.

6   For the record, this is CITY-JF-40 through 46.

7            Have you seen this document that's in front of

8   you before?

9       A.   Yes.

10      Q.   Okay.  And you understand this is the

11  handwritten statement of Sheenee Friend?

12      A.   It's the handwritten statement of her?  Okay.

13      Q.   Have you seen this specific document before

14  today, sir?

15      A.   I just answered yes.

16      Q.   Yes?  Okay.

17           And you see that ASA Jennifer Walker's name is

18  at the top of this statement as well?  Do you see that?

19      A.   Yes.

20      Q.   Okay.  And as a part of this exhibit, the last

21  page, is that a photograph of you, sir?

22      A.   Yes.

23      Q.   Okay.  And in -- In this statement of

24  Ms. Friend, she identifies you as one of the offenders

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 54

1   that was involved in the homicide of Willie Sorrell,

2   correct?

3        MR. STARR:  Objection:  foundation.  Do you -- Do

4   you want him to read this one as well?

5        MS. WEST:  Sure.  We'll --

6   BY MS. WEST:

7        Q.   So here, would you like to take a look at it?

8   I know you said you mentioned [sic] it before; but if

9   you'd like to read through it for substance --

10       A.   Okay.

11       Q.   -- feel free.

12                  (Brief pause.)

13   BY THE WITNESS:

14       A.   Okay.

15       Q.   Okay.  Mr. Fletcher, have you had an

16   opportunity to look through the statement that's in

17   front of you?

18       A.   Yes.

19       Q.   Okay.  And in the statement of Ms. Friend, she

20   identifies you as being one of the offenders involved in

21   the homicide of Willie Sorrell, correct?

22       A.   Yeah.

23       Q.   Okay.  Did you know Ms. Friend prior to March

24   of '02?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 55

1      A.   No.

2      Q.   Do you know if -- Strike that.

3           Following your arrest in 2002 related to the

4   Willie Sorrell homicide, did you have any communications

5   with Ms. Friend?

6      A.   No.

7      Q.   Do you know whether any of your family members

8   knew Ms. Friend prior to March of 2002?

9      A.   No, they didn't.

10     Q.   Since your release from custody in 2000- --

11  I'm sorry -- 2020, have you spoken to Ms. Friend?

12     A.   No.

13     Q.   After you were convicted in 2005, did you

14  speak with Ms. Friend on the phone?

15     A.   No.

16     Q.   Did you write her any letters while you were

17  incarcerated following your conviction in 2005?

18     A.   No.

19     Q.   Did you correspond with her via e-mail

20  following your conviction in 2005?

21     A.   No.

22     Q.   Between the time you were arrested in 2002

23  until you were convicted in 2005, did you have any

24  communication with Ms. Friend?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 56

1      A.   No.

2      Q.   **From 2002 to 2005, did you direct any family**

3   **members to pay Ms. Friend money in exchange for her not**

4   **to come to court?**

5      MR. STARR:  Objection:  form, foundation.

6   BY THE WITNESS:

7      A.   No.

8      Q.   **And now I can't recall if I included this in**

9   **my last question, so I apologize if I'm asking this**

10  **again.**

11          **Did you direct any friends to send Ms. Friend**

12  **money in exchange for not coming to court?**

13     A.   No.

14     MR. STARR:  Objection to form and foundation.

15  BY MS. WEST:

16     Q.   **Did any of your family members ever tell you**

17  **that they gave Ms. Friend money so that she wouldn't**

18  **come to court and testify against you?**

19     A.   No.

20     Q.   **Did any friend of yours tell you that they**

21  **gave Ms. Friend money so that she wouldn't come to court**

22  **and testify against you?**

23     A.   No.

24     Q.   **To your knowledge, has -- Strike that.**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 57

1           You can put that aside.

2           Prior to December of 1990, did you know

3  Edward Cooper?

4      A.   No.

5      Q.   Have you ever spoken to Mr. Cooper?

6      A.   No.

7      Q.   Have you ever sent Mr. Cooper any

8  correspondence either in the form of a letter or through

9  an e-mail?

10     A.   Not that I remember, no.

11     Q.   Therefore, safe to say you haven't had any

12 communication directly with Mr. Cooper since your

13 conviction in 2005?

14     A.   None.

15     Q.   And, again, safe to say you haven't had any

16 communications with Mr. Fletcher [sic] since your

17 release from incarceration in 2020?

18     A.   I'm Mr. Fletcher.

19     Q.   I'm sorry.  Mr. Cooper.  Thank you.

20     A.   No.

21     MR. STARR:  Belated objection to form and

22 foundation on the last question.

23 BY MS. WEST:

24     Q.   Are you aware that Mr. Cooper has given

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 58

1  testimony in your civil case?

2      A.   That he's been deposed?

3      Q.   Correct.

4      A.   Yes.

5      Q.   Okay.  And you didn't speak with him about his

6  testimony, correct?

7      A.   No.

8      Q.   To your knowledge, did any family members

9  speak with Mr. Cooper prior to your trial in 2005?

10     MR. STARR:  Objection:  foundation.

11  BY THE WITNESS:

12     A.   Speak to him prior to my trial?

13  Investigators?  You say family members?

14     Q.   Yes, sir.

15     A.   Maybe my dad.

16     Q.   Do you have a recollection of your father

17  speaking with Mr. Cooper prior to the 2005 trial?

18     MR. STARR:  Objection:  form, foundation, asked and

19  answered.

20  BY THE WITNESS:

21     A.   Maybe my dad.

22     Q.   Okay.  Do you recall having a conversation

23  with your father about a meeting he might have had with

24  Mr. Cooper?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 59

1        MR. STARR:  Form, foundation.

2    BY THE WITNESS:

3        A.   No.

4        **Q.   How is it then that you know that your father**

5    **might have had a meeting with Mr. Cooper?**

6        MR. STARR:  Objection:  form, foundation,

7    mischaracterizes his prior testimony.

8    BY THE WITNESS:

9        A.   My dad was working for Frederick Cohn, and

10   Frederick Cohn wanted to send him out there to talk to

11   Cooper.

12       **Q.   And did he go see Mr. Cooper?**

13       MR. STARR:  Form, foundation.

14   BY THE WITNESS:

15       A.   He tried.

16       **Q.   Was he successful?**

17       A.   I don't know.

18       MR. STARR:  Foundation.

19   BY MS. WEST:

20       **Q.   Do you know if your father ever spoke with**

21   **Mr. Cooper after your 2005 trial?**

22       MR. STARR:  Foundation.

23   BY THE WITNESS:

24       A.   I don't think so.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

---

Page 60

1      **Q.   Did your father ever have a conversation with**
2    **you about using a private investigator to locate**
3    **Mr. Cooper following your 2005 trial?**
4         MR. STARR:  Foundation.
5    BY THE WITNESS:
6         A.   Yes, probably.
7         **Q.   What do you recall about that conversation?**
8         A.   I don't remember, but I remember telling him,
9    I need an investigator.
10        **Q.   And did your dad get you an investigator?**
11        MR. STARR:  Objection:  foundation.
12   BY THE WITNESS:
13        A.   I think so, yeah.
14        **Q.   Do you recall when this was?  What year?**
15        A.   Maybe '12.  I'm not sure.
16        **Q.   Did a private investigator ever make contact**
17   **with Mr. Cooper following your 2005 trial?**
18        MR. STARR:  Form, foundation, speculation.  And I
19   would instruct the client not to testify about anything
20   that he may have learned from his attorney regarding
21   that question.
22             But if you know otherwise -- any of your
23   attorneys, including myself --
24        THE WITNESS:  All right.

---

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                              Page 61
 1       MR. STARR:  -- if you know otherwise, you can --
 2   you can answer.
 3   BY THE WITNESS:
 4       A.   I don't know.
 5       Q.   All right.  I'm going to show you what we'll
 6   mark as Exhibit 3.
 7                    (Fletcher Deposition Exhibit No. 3
 8                     marked as requested.)
 9   BY MS. WEST:
10       Q.   Okay.  Mr. Fletcher, have you -- Or actually,
11   let me have you just flip through this document and take
12   a second --
13       A.   Okay.
14       Q.   -- to look at it.  And when you've had a
15   chance just to generally look through it, let me know.
16       MR. STARR:  So you want -- You don't want him to
17   read the whole thing, just take a look at it?
18       MS. WEST:  Nodding.
19       MR. STARR:  Okay.
20                    (Brief pause.)
21   BY THE WITNESS:
22       A.   Okay.
23       Q.   Have you ever seen this document before?
24       A.   Yes, I think so.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 62

```
 1       Q.   Okay.  For the record, this is Bates-stamped
 2   Fletcher 10 through 12.
 3            This is an affidavit of your father; is that
 4   right?
 5       A.   Yes.
 6       Q.   Okay.  And from the last page, it looks like
 7   it was dated 10/31/2012.  Do you see that?
 8       A.   Yes.
 9       Q.   Okay.  Do you know if this affidavit was ever
10   attached to any of your petitions for post-con- -- your
11   post-conviction petitions?
12       MR. STARR:  Form, foundation.
13   BY THE WITNESS:
14       A.   It should have been, yeah.
15       Q.   I just want to direct you to a couple things.
16   On this first page, do you see towards the bottom where
17   it says Edward Cooper's name?
18       A.   Yes.
19       Q.   Okay.  Do you see Paragraph 10 where it says,
20   "I hired Johnny Outlaw to talk to him"?  Do you see
21   that?
22       A.   Yes.
23       Q.   Do you know who Johnny Outlaw is?
24       A.   Yes.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 63

1    Q.   Who is that?

2    A.   A friend of mine.  He's deceased now.

3    Q.   Did your friend Mr. Outlaw work in the

4    capacity as a private investigator?

5    A.   Yeah.

6    MR. STARR:  Foundation.

7    BY THE WITNESS:

8    A.   Yes.

9    Q.   Yes?

10   Did Mr. Outlaw at the time work for any

11   specific company as a private investigator?

12   MR. STARR:  Foundation.

13   BY THE WITNESS:

14   A.   He did some work for Frederick Cohn and other

15   attorneys.

16   Q.   And earlier when I asked you if your father

17   ever hired a private investigator to speak with

18   Mr. Cooper, is this an individual that rings a bell that

19   would have been a private investigator that your father

20   hired?

21   A.   Well --

22   MR. STARR:  Objection:  form and foundation.

23   BY THE WITNESS:

24   A.   Now, yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 64

1      Q.   Okay.  Do you recall your father hiring
2  Johnny Outlaw to speak with Mr. Cooper?
3      A.   Nah.  It was so long ago, but if it's here.
4      Q.   Did you specifically ask your father to help
5  locate Mr. Cooper following your 2005 trial?
6      MR. STARR:  Objection:  form, foundation, asked and
7  answered.
8  BY THE WITNESS:
9      A.   The investigator, yes.
10     Q.   Okay.  Okay.  And then do you see on the next
11 page, Page 2, Paragraph 12, "After several meetings,
12 Cooper agreed to talk to Johnny and gave him an
13 affidavit in 2011"?  Do you see that?
14     A.   Yes.
15     Q.   What is your knowledge of the affidavit that
16 Mr. Cooper gave in 2011?
17     MR. STARR:  Form, foundation, and speculation.
18 BY THE WITNESS:
19     A.   I mean, to tell you the truth, I had forgot,
20 but it's here, yeah.
21     Q.   Have you ever seen an affidavit that
22 Mr. Cooper signed that's dated from 2011?
23     MR. STARR:  Form, foundation, speculation.
24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 65

1   BY THE WITNESS:

2       A.   This one?

3       **Q.   No.   So --**

4       MR. STARR:  Just make sure you listen to what she's

5   asking you.  I don't want you to be confused.  Just --

6       THE WITNESS:  Yeah, I'm confused.

7       MR. STARR:  -- just -- Just answer the question

8   she's asking.

9   BY MS. WEST:

10      **Q.   Fair enough.  Let me try this again.**

11          **So have you ever seen an affidavit authored by**

12  **Mr. Cooper following your conviction in 2005?**

13      MR. STARR:  Form, foundation, speculation.

14          You can answer.

15  BY THE WITNESS:

16      A.   I don't really understand it.  This one?

17      **Q.   No.  So this is an affidavit of your father,**

18  **correct?**

19      A.   Okay.

20      **Q.   Have you ever seen a different affidavit**

21  **authored by Mr. Cooper?**

22      MR. STARR:  Same objections.

23  BY THE WITNESS:

24      A.   I don't know because I don't really understand

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 66

1    what you're saying.

2        Q.   Sure.  Are you aware that Mr. Cooper gave a

3    statement or an affidavit in 2011 regarding your

4    involvement in the Willie Sorrell homicide?

5        MR. STARR:  Asked and answered.

6    BY THE WITNESS:

7        A.   This one.  I'm not understanding what you

8    mean.

9        Q.   Sure.  So, Mr. Fletcher, you filed several

10   petitions related to the post-conviction, correct?

11       A.   Yes.

12       Q.   Okay.  And among those petitions, are you

13   aware that an affidavit or a statement by Mr. Cooper was

14   attached to one of those post-conviction petitions?

15       MR. STARR:  Objection to form.

16   BY THE WITNESS:

17       A.   I don't know.  Probably.  I was trying to get

18   out of prison for a crime I didn't commit.

19       Q.   Are you aware that Mr. Cooper has since given

20   a different -- a statement different from what he

21   testified to at trial in 2005?

22       MR. STARR:  Objection:  form, foundation.

23           And, again, just as far as anything you may

24   have learned from me or another attorney, you're --

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 67

1   that's privileged information.  I'm going to instruct

2   you not to answer.  But if you know that because you've

3   seen it or any other reason, you can -- you can testify.

4   BY THE WITNESS:

5        A.  (Unintelligible.)

6        THE COURT REPORTER:  I'm sorry, sir?

7   BY THE WITNESS:

8        A.  No, I don't know.

9        **Q.  So you're not aware one way or the other if**

10  **Mr. Cooper ever gave a subsequent statement changing or**

11  **recanting his testimony from 2005?**

12       MR. STARR:  Same objection.

13            Same instruction.  If you're generally aware,

14  you can -- you can answer it.

15  BY THE WITNESS:

16       A.  No.  Like this?

17       **Q.  Yeah, so let's -- You can set that aside.**

18       A.  Okay.

19       **Q.  We won't talk about if that's part of the**

20  **confusion here.**

21            **So let me try this again.**

22            **Are you aware if Mr. Cooper ever gave a**

23  **statement that was different from the way he testified**

24  **in 2005 at your trial?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 68

1      A.   This.  I'm not -- This one, when he recanted
2  what he told.
3      MR. STARR:  Do -- Do you need -- Do you need a
4  break?
5      THE WITNESS:  No.  I don't understand what she's
6  saying.
7      MR. STARR:  Okay.
8      THE WITNESS:  I mean, this statement.
9      MR. STARR:  Right.  I don't want to ...
10     MS. WEST:  Yeah.
11     MR. STARR:  I don't want a speaking objection, but
12 I just want to make sure he's not confused.
13     MS. WEST:  That's fine.
14 BY THE WITNESS:
15     A.   I'm definitely confused.
16     **Q.   All right.  We'll try to clear it up then.**
17          **So putting this aside and not considering this**
18 **affidavit --**
19     A.   Yes.
20     **Q.   -- are you aware if -- are you aware that**
21 **Mr. Cooper gave a statement following your 2005 trial**
22 **that was different from the way he testified during your**
23 **2005 trial?**
24     MR. STARR:  Objection to form.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 69

1    BY THE WITNESS:

2        A.   I'm steady going back to the affidavit.

3        Q.   Okay.  And this affidavit is an affidavit of

4    your father, Exhibit 3, correct?

5        A.   Yes.

6        Q.   Okay.  This isn't an affidavit of

7    Mr. Edward Cooper, right?

8        A.   Oh, okay.

9        Q.   Do you understand that?

10       A.   Oh, okay.

11       Q.   Okay.  It talks about Mr. Cooper within the

12   affidavit, but it's -- it's not an affidavit of

13   Mr. Cooper.

14       A.   Okay.

15       Q.   Okay?

16       A.   Well, I don't remember if he gave

17   Johnny Outlaw an affidavit.

18       Q.   Okay.  So based on -- And we will go back to

19   this.

20       A.   Okay.

21       Q.   You can take a look at that again.  Based on

22   Paragraph 12 on Page 2, do you agree that, based on this

23   affidavit, Cooper agreed to talk to Johnny and gave him

24   an affidavit?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 70
 1        MR. STARR:  Form.
 2   BY MS. WEST:
 3        Q.   Do you see that?
 4        MR. STARR:  Form.
 5   BY THE WITNESS:
 6        A.   I see what it says.
 7        Q.   Okay.  Have you ever seen an affidavit of
 8   Edward Cooper from 2011?
 9        A.   I don't -- I don't remember.
10        Q.   Okay.  Fair enough.
11             Prior to December 1990, did you know
12   Emmett Wade?
13        A.   No.
14        Q.   Do you know who that individual is?
15        A.   Yes.
16        Q.   Prior to your trial in 2005, did you
17   communicate in any way with Mr. Wade?
18        A.   No.
19        Q.   Prior to 2005, to your knowledge, did any
20   family member of yours communicate with Mr. Wade?
21        MR. STARR:  Form, foundation, speculation.
22   BY THE WITNESS:
23        A.   Probably my dad.
24        Q.   And why do you say that?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 71

1      A.   Because he was working for Frederick Cohn.

2      MR. STARR:  Can we take a break?

3      MS. WEST:  Sure.

4      MR. STARR:  I just want to make sure that the

5   record is clear, and I don't want him to be confused.

6      THE VIDEOGRAPHER:  Okay.  We are going off the

7   video record at 11:50 a.m.

8                    (A short break was had.)

9      THE VIDEOGRAPHER:  We are back on video record at

10   11:55 a.m.

11   BY MS. WEST:

12      **Q.   All right.  Mr. Fletcher, I will have you take**

13   **a look at Exhibit 3 again, please.**

14      A.   Okay.

15      **Q.   If you could look at Paragraph 4 on the first**

16   **page -- I'm sorry.  Take a look at Paragraph 3 and 4,**

17   **and tell me when you've had an opportunity to read**

18   **through those.**

19                    **(Brief pause.)**

20   BY THE WITNESS:

21      A.   Okay.

22      **Q.   Based on the affidavit and what you just read,**

23   **it appears that your father talked to Mr. Wade on the**

24   **day of your trial.  Do you agree?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 72
 1        MR. STARR:  Objection to form, foundation.
 2   BY THE WITNESS:
 3        A.   If that's what it says, yeah.
 4        Q.   Okay.  Did you ever have a conversation with
 5   your father about the conversation he had with Mr. Wade
 6   on the day of your trial?
 7        A.   No.
 8        Q.   Mr. Wade testified at your criminal trial,
 9   correct?
10        A.   Yes.
11        Q.   And you heard him testify, sir?
12        A.   Yes.
13        Q.   Okay.  And Mr. Wade testified that he was
14   unable to make an identification of an offender that was
15   involved in the Sorrell homicide, correct?
16        MR. STARR:  Form, foundation.
17   BY THE WITNESS:
18        A.   I think he did, yes.
19        Q.   If you could take a look on Page 2 of
20   Exhibit 3, Paragraph 14 through 17, if you could just
21   read that and let me know when you're finished, please.
22                    (Brief pause.)
23   BY THE WITNESS:
24        A.   Okay.  I'm finished.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                       Page 73
 1        MR. STARR:  Read the whole thing.  Did you read the
 2   whole thing?
 3        THE WITNESS:  Paragraph 14?
 4        MR. STARR:  14 through 17.
 5        MS. WEST:  Oh, 14 through 17.
 6        THE WITNESS:  Oh.
 7        MS. WEST:  All of them, please.
 8                    (Brief pause.)
 9   BY THE WITNESS:
10        A.   Okay.
11        Q.   Okay.  Based on what is contained in your
12   father's affidavit here, your father attempted to locate
13   Mr. Wade following the trial, correct?
14        MR. STARR:  Form, foundation.
15   BY THE WITNESS:
16        A.   Yes.
17        Q.   Was that at your direction?
18        A.   Through me and Frederick Cohn, yes.
19        Q.   Okay.  Meaning, aside from the paper, do you
20   have an independent recollection of asking your dad to
21   locate Mr. Wade following your trial?
22        A.   Me and Frederick Cohn, yes.
23        Q.   Okay.  Did you communicate with your father
24   about his attempts to locate Mr. Wade following your
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 74

1    trial?

2         A.   I don't remember.

3         Q.   Do you recall having any conversation with

4    your father following your 2005 conviction about his

5    attempts to locate Mr. Wade?

6         A.   I probably did, but I don't remember.

7         Q.   Why did you want your father to locate

8    Mr. Wade?

9         A.   Because I was trying to get out of a prison

10   for a crime I didn't commit.

11        Q.   And why did you think Mr. Wade would help and

12   facilitate that goal?

13        A.   When I talked to Frederick Cohn, he didn't

14   just say Wade --

15        MR. STARR:  Hold on a second.  Don't talk about

16   what you conversed with your attorney about.  Okay?

17        THE WITNESS:  Okay.

18        MR. STARR:  So you can answer her question.  She's

19   asking what you thought, but don't talk about your

20   conversations with your attorneys, whether it was me,

21   Mr. Cohn, Ms. Blagg, any other attorneys.  Okay?  That's

22   privileged.

23   BY THE WITNESS:

24        A.   Could you rephrase -- Could you ask me it

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 75

1    again?

2         Q.   Sure.

3         MS. WEST:  Do you mind to read it back, please?

4    Thank you.

5                    (Record read as requested.)

6    BY THE WITNESS:

7         A.   He was a witness.

8         Q.   And you heard him testify at trial, correct?

9         A.   Yes.

10        Q.   And by the way -- I apologize if -- because I

11   don't know this.  Did -- Was there a point in time when

12   Mr. Cohn represented you?

13        A.   Yes.

14        Q.   Okay.  When did Mr. Cohn represent you?

15        A.   On my direct appeal.

16        Q.   Okay.  Did you have a public defender at one

17   point in time for your direct appeal?

18        A.   I don't think so.

19        Q.   Okay.  Did your father obtain an affidavit

20   from Mr. Wade?

21        A.   I don't know.

22        Q.   Based on what you just read here,

23   Paragraphs 14 through 17 in the affidavit of your

24   father, Page -- or Paragraph 17 specifically, the last

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 76

1    sentence, do you see where it says, "He gave us an

2    affidavit at that time"?

3        MR. STARR:  Objection:  form.  The document speaks

4    for itself.

5    BY THE WITNESS:

6        A.   It says "us."  I don't know who "us" is.

7        Q.   Okay.  Do you have an independent recollection

8    of your father telling you that he obtained an affidavit

9    from Mr. Wade?

10       A.   No.

11       Q.   Have you ever seen an affidavit that Mr. Wade

12   provided?

13       A.   Probably.  I think on my successive post, I

14   think.

15       Q.   Was it attached to that successive

16   post-conviction petition?

17       A.   Yes, probably, yes.

18       Q.   Do you have a recollection of what the

19   affidavit of Mr. Wade said?

20       A.   (Shaking head.)

21       Q.   Is that a no?

22       A.   No, I don't remember.

23       Q.   Okay.  And have you ever spoken to Emmett Wade

24   since your conviction in 2005?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 77

1    A.   No, I have never spoken to Emmett Wade.

2    **Q.   Are you aware that Mr. Wade was deposed in**

3    **this current litigation, this incident litigation?**

4    MR. STARR:  Again, just -- not to beat a dead horse

5    here, but I'm going to instruct you, you can testify

6    generally but don't testify about anything that I may

7    have told you.  Okay?

8    BY THE WITNESS:

9    A.   Yes.

10   **Q.   Other than your father speaking with Mr. Wade,**

11   **are you aware if any other family member spoke with**

12   **Mr. Wade following your 2005 conviction?**

13   MR. STARR:  Form, foundation, speculation.

14   BY THE WITNESS:

15   A.   No.

16   **Q.   Are you aware if any family members have**

17   **spoken to Mr. Wade since your release from incarceration**

18   **in 2020?**

19   MR. STARR:  Same objections.

20   BY THE WITNESS:

21   A.   No.

22   **Q.   All right.  You can put that aside.  I'm going**

23   **to show you what we'll mark as Exhibit 4.**

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 78

1           (Fletcher Deposition Exhibit No. 4

2                marked as requested.)

3      MS. WEST:  All right.  For the record, this is

4 CITY-JF-140 through 148.

5 BY MS. WEST:

6      **Q.   Mr. Fletcher, have you ever seen the document**

7 **that's in front of you?**

8      A.   Yes.

9      **Q.   Okay.  What is this document?**

10     A.   I guess the police report or the autopsy

11 report or something.

12     **Q.   Do you recall your first interview with the**

13 **police related to the investigation into the**

14 **Willie Sorrell homicide?**

15     MR. STARR:  Could you ask that again?  I'm sorry.

16     MS. WEST:  Sure.

17 BY MS. WEST:

18     **Q.   Do you recall your first interview regarding**

19 **the investigation into the homicide of Willie Sorrell?**

20     A.   Yes.

21     **Q.   Okay.  During that first interview -- Strike**

22 **that.**

23          **Where did that first interview take place?**

24     A.   Graham Correctional Center.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 79

1      Q.    Okay.  And who interviewed you?

2      A.    Two detectives from Area 5.

3      Q.    Do you recall their names?

4      A.    I don't know how to pronounce it but Botucki

5   [sic], Boducki [sic], and Schalke [sic].

6      Q.    Okay.  During that -- Strike that.

7            Was anyone else present other than the two

8   detectives and yourself?

9      A.    Assistant State's Attorney Walker.

10     Q.    Okay.  During that initial interview with the

11  two detectives and ASA Walker, you denied participation

12  in the homicide of Willie Sorrell, correct?

13     A.    Yes.

14     Q.    Okay.  And during that interaction -- the

15  first interaction with the two detectives and

16  ASA Walker, you denied knowledge of the Willie Sorrell

17  homicide that took place in December of 1990, correct?

18     A.    Yes.

19     MR. STARR:  Objection to form, foundation.

20  BY MS. WEST:

21     Q.    If you can take a look at Page -- So it's

22  Page 6 of the document.  The Bates stamp is CITY-JF-145.

23     A.    Page 6?

24     Q.    Yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 80

1      A.   Okay.

2      Q.   Okay.  Towards the bottom of this page, do you

3  see your name, James Fletcher?

4      A.   Yes.

5      Q.   Okay.  If you could take a second to read that

6  paragraph under your name, please, and let me know when

7  you're finished.

8                    (Brief pause.)

9  BY THE WITNESS:

10     A.   Okay.

11     Q.   Okay.  And based on what you just read, it's

12  document -- documented that you, in fact, denied any

13  knowledge or participation in the murder of

14  Willie Sorrell, correct?

15     MR. STARR:  Asked and answered.

16  BY THE WITNESS:

17     A.   Yes.

18     Q.   Okay.  You stated that you didn't know what

19  you were doing on December 21st of 1990 but that you

20  were not on Madison and Central, correct?

21     A.   Yes.

22     MR. STARR:  Objection:  form, foundation.

23  BY MS. WEST:

24     Q.   I'm sorry.  I didn't get your answer.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 81

1       A.    Yes.

2       Q.    **Instead, you stated that you were selling dope**

3  **at Cabrini-Green in December of 1990, correct?**

4       MR. STARR:  Objection:  form, foundation.  Are

5  you -- I'm sorry.  Are you asking if this is what the

6  document says or that's what he told the police?

7       MS. WEST:  We can do it both ways.

8       MR. STARR:  Okay.

9  BY MS. WEST:

10      Q.    **Do you have an independent recollection of**

11 **telling the police during that first initial interview**

12 **at Graham Correctional that in December of 1990 you were**

13 **selling dope at Cabrini-Green?**

14      A.    Yes, I told him this as I was walking out the

15 door.

16      Q.    **Okay.  And that is also what is documented**

17 **here in the police report that you just reviewed,**

18 **correct?**

19      A.    Yes.

20      Q.    **Okay.  Do you have an independent recollection**

21 **of telling the police during that interview that your**

22 **dope business was doing very well and you didn't have to**

23 **do any armed robberies to get money?**

24      A.    I probably did.  I was pissed off, yeah.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 82

1      Q.   Okay.  And that is also documented in the

2    police report that you just read, correct?

3      A.   Yes.

4      Q.   During that first interview with the

5    detectives and ASA Walker, did you tell the police that

6    you knew who Terry Rogers was?

7      A.   Not at first.  They first showed me a picture

8    of him.  I didn't know who he was.

9      Q.   During the course of that interview, at some

10   point in time, did you tell them that you knew who

11   Terry Rogers was?

12     A.   Yes.

13     Q.   Okay.  And that's also documented here in the

14   police report, that "Fletcher knew Terry Rogers,"

15   correct?

16     A.   Yes.

17     Q.   Okay.  And do you also see where it says --

18   I'm going to finish that sentence -- Fletcher knew

19   Terry Rogers, but did not know why he would say that he

20   was involved in the [sic] murder?  Do you see where it

21   says that?

22     A.   Yes, I see that.

23     Q.   Okay.  Did you say that to the detectives

24   during the interview?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                        Page 83

1      A.   I don't remember that, but I probably did.

2      Q.   **Okay.  In 2002, when the detectives came to**

3  **speak with you at Graham Correctional, did you know that**

4  **Terry Rogers had implicated you in the Willie Sorrell**

5  **homicide?**

6      A.   No.

7      MR. STARR:  Objection:  form, foundation.

8  BY MS. WEST:

9      Q.   **During that initial interview at Graham**

10 **Correctional with the two detectives and ASA Walker, did**

11 **either of the detectives threaten you in any way?**

12     A.   Yes.

13     Q.   **What was said?**

14     A.   The threatening part --

15     Q.   **Correct.**

16     A.   -- or the whole con- -- Well, he said if I

17 don't sit back down -- It took him four and a half hours

18 to drive down to Graham Correctional Center -- this

19 Botucki [sic] or Boducki [sic], whatever his name is --

20 if I don't sit back down and talk to him, I would have a

21 body.

22     Q.   **Say that last part again.**

23     A.   If I don't sit down and talk to him by the

24 time he makes it home four and a half hours, I would

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 84

1    have a body.

2        Q.   And did he say this in front of the other

3    detective and ASA Walker?

4        A.   Yes.

5        Q.   Was anyone else present while

6    Detective Bogucki said that to you?

7        A.   No.

8        Q.   Did Detective Schalk say anything during --

9    during that statement?

10       A.   No.

11       Q.   Did ASA Walker respond to Detective Bogucki's

12   comment?

13       A.   No.

14       Q.   Was there a prison official present in the

15   room as well?

16       A.   I don't know if he was in the room or they

17   made him sit outside the door.  I'm not sure.

18       Q.   What did you say in response to

19   Detective Bogucki's statement?

20       A.   "Fuck you.  Do your job."

21       Q.   And what did he say in response to that?

22       A.   "Okay."

23       Q.   Did -- During the course of that interview

24   with Detective Bogucki, Schalk, and ASA Walker, did

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 85

1   Detective Bogucki make any other statements that you
2   interpreted as threatening?
3       A.   Well, when he first came in when I first sat
4   down, he told me who he was; he told me who the other
5   detective was; and he started asking me did I know this
6   guy, a guy named "Meat Man," which at that time I
7   hadn't, and I told him no.  So then he goes on to say,
8   Well, did you know a guy named Anthony Powell.  He
9   called him Tony Powell.  And I told him yeah.  So he
10  says, How would you like to be a confidential informant
11  for me?  And I told him, You got me fucked up.  I'm not
12  gonna be no rat.  I don't do that.
13      Q.   And what did he say in response?
14      A.   That's when he threw the picture down, the
15  picture of the guy he was at the time -- It was a
16  picture of -- one picture of a guy.  He was bald headed,
17  and he said, Do you know him?
18      Q.   Did you know that individual?
19      A.   No, not when he first threw the picture down.
20      Q.   At some point in time during that interaction,
21  did you realize or --
22      A.   Yeah.
23      Q.   -- identify that individual?
24      A.   After he threw the picture down, I asked him,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 86

1    like, Who the hell is that?  And he said, That's

2    Terry Rogers.  So I'm like, Wow, he didn't age bad.

3         Q.    What else did Detective Bogucki say to you

4    during that interaction that you recall?

5         A.    Terry Rogers told him that I was -- did this

6    murder over there on Central and Madison.

7         Q.    Did Detective Schalk say anything during this

8    interaction?

9         A.    No.

10        Q.    Didn't say anything at all to you?

11        A.    No.

12        Q.    Did ASA Walker say anything during the

13   interaction?

14        A.    No.

15        Q.    Did either one of the detectives physically

16   harm you in any way?

17        A.    That day, no.

18        Q.    Okay.  Detective Schalk didn't make any

19   threatening comments to you, correct?

20        A.    Not that day, no.

21        Q.    How long was the meeting?

22   MR. STARR:  Foundation.

23   BY THE WITNESS:

24        A.    I'm not sure.  It was fast.  No more than

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 87

1    15 minutes.

2        Q.   How did -- If you recall, how did the -- the

3    meeting end or the interview conclude?

4        A.   When he told me that he accused me of this

5    murder in 1990 and I told him no.  There's a

6    button you've got to hit to buzz out.  I hit the button

7    and was trying to get out.

8        Q.   Okay.  So you yourself ended the interview?

9        A.   Yes.

10       Q.   Okay.  All right.  You can set that aside,

11   sir.

12            Let me ask you this:  Tony Powell, who is

13   Tony Powell?

14       A.   A friend of mine that died in prison, in

15   Graham.

16       Q.   And how is it that -- that the detective was

17   asking you to be involved, if you understood, as a --

18   Let me start over.  Strike that.

19            How was Tony Powell connected to you being an

20   informant for the detectives?

21       MR. STARR:  Form, foundation, calls for

22   speculation --

23   BY THE WITNESS:

24       A.   I don't know.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 88

1      MR. STARR:  -- mischaracterizes prior testimony.

2  BY THE WITNESS:

3      A.  He just asked me to be a snitch for him.

4      **Q.  And did he want you to snitch on Tony Powell?**

5      MR. STARR:  Form, foundation, speculation.

6  BY THE WITNESS:

7      A.  I don't know.  He just told me them two names,

8  and I just told him I don't do that.

9      **Q.  Were you friends with Tony Powell in December**

10 **of 1990?**

11     A.  No.  I mean, I knew Tony Powell from the

12 neighborhood in the '70s.

13     **Q.  Was Tony Powell incarcerated with you at**

14 **Graham Correctional during the same time period?**

15     MR. STARR:  Form, foundation -- form, foundation.

16 BY THE WITNESS:

17     A.  Yes.

18     **Q.  Okay.  Did you interact with Mr. Powell while**

19 **you were incarcerated at Graham?**

20     A.  After the interview, yes.

21     **Q.  Was that the first time you interacted with**

22 **him at Graham, following the interview?**

23     A.  Yes.

24     **Q.  Okay.  What'd you say to Mr. Powell?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 89

1    A.   Well, I went -- After the interview, I went --
2  My detail was to clean the showers and the four back
3  units, like 21, 22, 23, 24, so I had my disinfect -- I'm
4  cleaning the shower, and I saw Tony Powell come out, and
5  he spoke, and I spoke, and I was telling him that these
6  detectives from Area 5 just came and was asking me about
7  him and about a murder, and he's like, yeah.  So we just
8  talking, talking.  I tell him Terry Rogers, and he's
9  like, What?  That's the rat that told on me.  And he
10 went to his cell, and he came back with a -- a statement
11 from Terry Rogers.

12    **Q.   Did you read the statement he gave you?**
13    A.   No, but I saw his name on it.
14    **Q.   Okay.  Did he tell you anything else about the**
15 **statement that Terry Rogers gave against him?**
16    A.   No.  He just said Terry Rogers and a girl
17 named Penny, which I knew from the skating rink, used to
18 be, like, an old girlfriend of mine, testified on him
19 and got him locked up for a murder he didn't commit.
20    **Q.   So Mr. Powell was incarcerated for a murder?**
21    A.   Yes.
22    **Q.   Did he tell you specifically what Terry Rogers**
23 **said about him relative to the murder he was serving**
24 **time for?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 90

1      MR. STARR:  Asked and answered.

2  BY THE WITNESS:

3      A.   Just said he got him locked up for a murder he

4  didn't commit.

5      **Q.   Did Mr. Powell tell you anything about a**

6  **detective or a police officer that was involved in the**

7  **investigation of his murder conviction?**

8      A.   Yes.

9      **Q.   What'd he tell you?**

10     A.   He think that's the same ones that had him

11 locked up.

12     **Q.   Did he specifically tell you the name Bogucki**

13 **or Schalk?**

14     A.   I told him the name, and he said he think them

15 the ones that had him locked up.  I didn't know the

16 name, pronouncing them right.  I didn't take a card or

17 none of that.

18     **Q.   Do you recall independently telling Mr. Powell**

19 **the names of the two detectives during this conversation**

20 **you had with him?**

21     MR. STARR:  Objection:  asked and answered.

22 BY THE WITNESS:

23     A.   Yes.

24     **Q.   Okay.  And that's when he said he thought they**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 91

1    were involved?

2        MR. STARR:  Objection:  asked and answered.

3    BY THE WITNESS:

4        A.   Yes.

5        Q.   Okay.  You said Mr. Powell passed in prison?

6        A.   Yes.

7        Q.   Do you know when he passed?

8        A.   No.  Probably '04 or something like that.

9    Yeah, 2003, 2004.  I'm not sure.

10       Q.   Do you know if Mr. Powell had made any claims

11   against the Chicago Police Department relative to his

12   murder investigation?

13       MR. STARR:  Form, foundation, calls for

14   speculation.

15   BY THE WITNESS:

16       A.   No --

17       Q.   What's --

18       A.   -- I don't know.

19       Q.   I'm just going to take a step back for a

20   second.  I know we touched on this briefly earlier that

21   you had a supplier that you used for the drugs that you

22   sold during 1990 and 1991, right?

23       MR. STARR:  Asked and answered.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 92

1    BY THE WITNESS:

2        A.   You said did I have a supplier?

3        Q.   **Yeah.  Did you have someone who gave you the**

4    **drugs that you and the other members of your gang sold?**

5        MR. STARR:  Asked and answered.

6    BY THE WITNESS:

7        A.   I would buy them from whoever I could get them

8    cheapest from.

9        Q.   **Okay.  You don't recall specifically who that**

10   **was?**

11       MR. STARR:  Asked and answered.

12   BY THE WITNESS:

13       A.   Mm-mm.

14       Q.   **Did you ever use more than one person?**

15       A.   To buy from?

16       Q.   **Correct.**

17       A.   Yes.

18       Q.   **Okay.  In April of 2002, you were placed in a**

19   **lineup, correct?**

20       A.   Yes.

21       Q.   **Okay.  And you were represented by counsel**

22   **during that lineup, right?**

23       A.   Yes.

24       Q.   **And who was your counsel?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 93

1    A.    Jacqueline Gordon.

2    **Q.    Okay.  And how is she related to you?**

3    A.    Half-sister.

4    **Q.    Do you share a mother or a father?**

5    A.    Father.

6    **Q.    How did she come to represent you?**

7    A.    When I went to the county and they told her I

8    was going to be in a lineup, I told my dad to ask her to

9    come and represent me.

10   **Q.    And she did?**

11   A.    Yes.

12   **Q.    Had she represented you in the past on any of**

13   **your other arrests or criminal charges?**

14   A.    No.

15   **Q.    Prior to being placed in the lineup, were you**

16   **being held at Cook County Jail or were you in Illinois**

17   **Department of Corrections?**

18   A.    Well, by the time Botucki [sic] made it back

19   to Chicago, they put out a murder warrant.  I was placed

20   in seg in Graham for three weeks.  I was transferred

21   from Graham after three weeks to Stateville, which is

22   the maximum security, and I stayed there maybe two or

23   three days before I went in front of a judge and he

24   remanded me to the county.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 94

1      Q.   How long were you in county before you were
2   placed in the lineup?
3      A.   The same day -- The same day I went to court.
4           No, I went to court on, I think, a Friday.
5   They -- They wanted to do the lineup over the weekend,
6   something like that.  So they did the lineup maybe the
7   next day, I think.
8      Q.   Okay.  So you were transported from Cook
9   County Jail --
10     A.   To --
11     Q.   -- to the police station for the lineup?
12     A.   Yes.  Friday night they came to pick me up,
13  took me to the police station.  I stayed there
14  overnight, and Saturday morning they did the lineup.
15     Q.   Prior to the lineup happening, did you have
16  any interaction with Detective Bogucki?
17     MR. STARR:  Objection --
18  BY MS. WEST:
19     Q.   This is before.
20     MS. WEST:  Sorry.  Go ahead.
21     MR. STARR:  Objection to form.
22  BY THE WITNESS:
23     A.   When he came down at Graham and when he
24  fingerprinted me at court.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 95

1      Q.   Okay.  So before the lineup, you had a second

2   interaction with Detective Bogucki; is that right?

3      MR. STARR:  Objection to form.

4   BY THE WITNESS:

5      A.   After Graham?

6      Q.   Correct.

7      A.   Yes.

8      Q.   Okay.  And that was when you were

9   fingerprinted; is that right?

10     A.   Yes.  When I went in front of the judge, the

11  judge was saying that the case was flimsy; they didn't

12  have anything, and he told the judge he wanted to put me

13  in a lineup.  They got a continuance.  When they got a

14  continuance, they fingerprinted me.  When they brought

15  me back in front of the judge, they said they wanted to

16  put me in a lineup, and I informed the judge that I had

17  an attorney.

18     Q.   Okay.

19     A.   The judge said make sure my attorney is there.

20     Q.   And when you were fingerprinted, you were

21  fingerprinted specifically by Detective Bogucki?

22     A.   I think so.  I know he came in with that

23  machine.  I don't know if it was him specifically, but I

24  know he was there.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 96

1      Q.   Okay.  Did he say anything to you specifically
2  during this interaction?
3      A.   No.
4      Q.   Did he make any threatening moves or behavior
5  towards you during this interaction?
6      A.   No.
7      MR. STARR:  Objection to form.
8  BY MS. WEST:
9      Q.   Prior to being placed in the lineup, did you
10  have any interaction with Detective Schalk?
11     A.   No.  He was just there with him.
12     Q.   Did he say anything to you?
13     A.   No.
14     Q.   Did he say anything to the Court?
15     A.   Being placed in the lineup? Before the lineup?
16     Q.   Before the lineup.
17     A.   No.
18     Q.   Okay.  Was Detective Schalk present during
19  this court hearing that you had with regard to the
20  lineup?
21     A.   Yes.
22     Q.   Okay.  Did he speak during the court hearing?
23     A.   I don't remember.
24     Q.   Okay.  You specifically -- Strike that.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 97

1          **Do you have a specific memory of the judge**
2    **telling you to have your attorney present for the**
3    **lineup?**
4          A.   He told the State to have my attorney present
5    for the lineup.
6          **Q.   Okay.  Were Detective Bogucki and Schalk**
7    **present for that comment by the judge?**
8          A.   Yes.
9          **Q.   Okay.  All right.  So you go for the lineup,**
10   **correct?**
11         A.   Yes.
12         **Q.   Okay.  And where was your attorney during the**
13   **lineup?**
14         MR. STARR:  Objection to form, foundation.
15   BY THE WITNESS:
16         A.   When she first came in, they was outside the
17   door.  I was in the room with the other participants,
18   and they was talking to her.  And you could hear them
19   having a conversation about which side of the partition
20   she was supposed to be on.  And during this
21   conversation, I guess they went to talk to someone else,
22   and Botucki [sic] stuck his head in and was saying
23   something like, You think you're a smart ass, or how did
24   you get that attorney here?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 98

1      Q.   Okay.   Prior to this interaction between the

2   detectives and your attorney, did you have an

3   opportunity to speak with your attorney?

4      A.   No.

5      Q.   Okay.   Detective Bogucki stuck his head in and

6   made that comment to you?

7      A.   Yes.

8      Q.   Was anyone else present when he made that

9   comment?

10     A.   Yes, like maybe two other participants.   They

11  didn't even have all the participants there yet because

12  it's like they just went and picked up people off the

13  street.

14     Q.   Was your attorney present for the comment?

15     A.   No.

16     Q.   Was Detective Schalk present for the comment?

17     A.   No.

18     Q.   Did you say anything in response?

19     A.   No.

20     Q.   All right.   Did you know any of the

21  individuals that were also placed in the lineup with

22  you?

23     A.   No.

24     Q.   Okay.   Following the lineup, did you have the

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 99

1   **opportunity to speak with your counsel?**

2       A.   I had a chance to speak with her before the

3   lineup.

4       **Q.   Okay.  When did you speak with her before the**

5   **lineup?**

6       A.   When they came and told her she had to come in

7   the room with me.  She couldn't view the lineup from

8   their side.  They don't do that at Area 5.

9       **Q.   Okay.  So she comes in on your side of the**

10  **lineup, right?**

11      A.   Mm-hmm.

12      **Q.   And you have a conversation with her, just the**

13  **two of you?**

14      A.   Well, the other -- Two other guys was in

15  there.  Then they end up bringing two more.  Like they

16  went and picked them up off the street or something.

17      **Q.   Okay.  So there were other people present for**

18  **the conversation that you had with your attorney?**

19      A.   Yes.

20      **Q.   Okay.  And did your attorney stay on that side**

21  **of the partition during the lineup?**

22      A.   Yes.

23      **Q.   Okay.  Following the lineup, did -- did you**

24  **have an opportunity to speak with your attorney again?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 100

1      MR. STARR:  And I'm just going to, for the record,

2  state that I'm going to let him testify to this without

3  waiving any other attorney-client privilege.

4      MS. WEST:  Okay.  Let me just make sure I

5  understand what you're saying.

6      MR. STARR:  Yeah.

7      MS. WEST:  Because I'm -- Right now I'm just asking

8  him about did he have a conversation with her.

9      MR. STARR:  Okay.  Okay.

10      MS. WEST:  But you're saying you're going to allow

11  him to testify to the substance of it?

12      MR. STARR:  Well, he testified that he talked to

13  her in front of two people.

14      MS. WEST:  Yeah.

15      MR. STARR:  So, like, I let him --

16      MS. WEST:  Fair enough.

17      MR. STARR:  -- testify to that.  I just don't want

18  to use that --

19      MS. WEST:  Yep.

20      MR. STARR:  -- as a waiver of all attorney pri- --

21  pri- --

22      MS. WEST:  Sounds good.

23      MR. STARR:  -- attorney-client privilege.

24      MS. WEST:  Understood.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 101

1    BY THE WITNESS:

2         A.   Well, I had a conversation with her when she

3    came in.  She was still upset that they wouldn't let her

4    view it from that side.  So the door was open, and she

5    was still having a conversation with Botucki [sic] and

6    Schalke [sic] saying she's claustrophobic; this is not

7    right; this is not the law; you can't do this; you can't

8    do that.  So after that conversation, the door closed.

9    Now I'm pissed.  It's like a -- It's like a blind spot

10   in there, and I went and stood over there.  So she's by

11   the door because she was trying to -- still wanted to

12   get out, knocking on the door.  And I stood in the blind

13   spot, and I was telling her, I'm not finna do the

14   lineup; they trying to frame me.  And she's like, I

15   know.  Wait a minute.  Let me talk to them.  She kept

16   knocking.  They wouldn't come to the door no more.

17        Q.   **Whenever your attorney was telling the**

18   **detectives that this wasn't right, did they say anything**

19   **in response to her that you heard?**

20        A.   They don't do this at Area 5.

21        Q.   **That's what they said?**

22        A.   That was their response, yes.

23        Q.   **Who specifically said that, Detective Bogucki**

24   **or Detective Schalk?**

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 102

1      A.   That was Boducki [sic].

2      Q.   Okay.  Prior to the lineup taking place, did

3   you have any other conversations other than what you

4   just told me about?

5      A.   Well, yes, when I was standing in the blind

6   spot and I was telling her I wasn't gonna do the lineup

7   because they're finna frame me, she told me -- after she

8   calmed down, because she was, like, having a panic

9   attack, because she stood by the door.  And I was

10  letting her know, like, these guys ain't gonna do

11  nothing to you.  You know, you okay.  And she was, like,

12  hyperventilating.  But she told me like, Look, do the

13  lineup.  That's wrong.  They can't do that.  That's

14  against the law.  So go ahead.  Don't do that, don't

15  cause a scene.  I did the lineup.

16     Q.   Okay.  So your attorney told you to go ahead

17  and do the lineup?

18     A.   Yes.

19     Q.   Okay.  By the way, did you have a relationship

20  with Ms. Gordon prior to the lineup taking place in

21  2002?

22     A.   She's my half-sister.

23     Q.   Right.  Meaning did you speak with her while

24  you were incarcerated prior to 2002?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 103

1      MR. STARR:  Objection:  form, foundation.

2  BY THE WITNESS:

3      A.   Yeah, I spoke to her.

4      **Q.   Okay.  Did she ever come visit you while you**

5  **were incarcerated?**

6      A.   No.

7      **Q.   Following -- Okay.  Let me back up.  Following**

8  **the -- the lineup being conducted -- and you may have**

9  **already told me this, and I apologize -- did you speak**

10  **with Ms. Gordon again?**

11      A.   After the lineup?

12      **Q.   Correct.**

13      A.   I'm not sure.  She was trying to get up out of

14  there.  She was -- She was trying to get up out that

15  little, small room.

16      **Q.   Okay.  Following the lineup, did you have**

17  **further interaction with Detectives Bogucki or Schalk?**

18      A.   Yes.  They came after the lineup and took me

19  back down to the basement.  I stayed there maybe -- put

20  me back in the holding cell, maybe 10 to 15 minutes, and

21  Schalk -- Schalke [sic], whatever his name is, came and

22  brought me back up and told me they need to measure my

23  height.

24      **Q.   Where did he take you back up to?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 104

1      A.    Back up to, like -- It's a -- Like right
2    before you walk into the -- the room to do the lineup.
3    It's like a big, open area, and -- Like right there
4    there's a thing that catch your height standing right
5    there, tall, white thing.
6      **Q.    Okay.  Was Detective Bogucki present for this**
7    **too?**
8      A.    Was he there?  Yes, he was there, and
9    Assistant Walker was there.
10     **Q.    Okay.  Is anyone else brought up to be**
11   **measured?**
12     A.    No.
13     **Q.    Did you see if the other participants were**
14   **taken down where you were also held after the lineup?**
15     A.    They wasn't.  I was down there with -- just by
16   myself.
17     **Q.    Okay.  So what happened when you got back up**
18   **to be measured?**
19     A.    I told him I wasn't gonna do it.  He should
20   have did it while my attorney was there.
21     **Q.    And what did they say to you?  Strike that.**
22     **Did specifically one detective respond to you?**
23     A.    Schalke [sic] told me, You gonna do it, so I
24   told him, Get my attorney back here.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 105

1      Q.   And what did he say in response?

2      A.   I ain't got to get your attorney here.  You

3   gonna do it, and he pushed me.

4      Q.   This is Schalk you're referring to?

5      A.   Yes.

6      Q.   Was Detective Bogucki present for this?

7      A.   Yes.

8      Q.   Was ASA Walker present for this?

9      A.   She was there, but I don't know if she was

10  paying attention.  It's like she was sitting there

11  writing something.  But she was there.  She was in that

12  room.  There were other detectives there too.  It's like

13  a big -- When you're walking up in the police station,

14  it's like a big, open space with tables there.

15     Q.   How many other people would you say were

16  present in the area when Detective Schalk pushed you?

17     MR. STARR:  Form, foundation, calls for

18  speculation.

19  BY THE WITNESS:

20     A.   The closest was Botucki [sic].

21     Q.   Okay.  And ASA Walker was also in the same

22  area, correct?

23     MR. STARR:  Form, foundation, mischaracterizes

24  testimony.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 106

1          Go ahead.

2   BY THE WITNESS:

3       A.   She was sitting at a table, and other

4   detectives, like, was walking by.

5       Q.   **How far was the table that Detective -- I'm**

6   **sorry.  How far was the table that ASA Walker was**

7   **sitting at from where you were when Detective Schalk**

8   **pushed you?**

9       MR. STARR:  Form, foundation, calls for

10  speculation.

11  BY THE WITNESS:

12      A.   Maybe to that wall.

13      Q.   **From where you're sitting?**

14      A.   Yes.

15      Q.   **Not that I'm great with measurements, but the**

16  **length of a car?**

17      MR. STARR:  Form, foundation, speculation.

18  BY THE WITNESS:

19      A.   More like a bus.  It was kind of long, yeah.

20      Q.   **Okay.  What happened after Detective Schalk**

21  **pushed you?**

22      A.   I pushed him back.

23      Q.   **What happened after that?**

24      A.   He kind of, like, reached for his gun, and

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 107

 1    Botucki [sic] grabbed him.

 2         Q.   Did Bogucki say anything?

 3         A.   He just grabbed him and told him forget about

 4    it, and another detective came and took me back

 5    downstairs.

 6         Q.   At any point during this interaction, were you

 7    actually measured?

 8         A.   No.

 9         Q.   Okay.  You refused to be measured?

10         A.   Yes.

11         Q.   Did Detective Schalk say anything else to you

12    during this interaction after Detective Bogucki told him

13    to forget about it?

14         A.   No.  He was just talking to him after that.

15         Q.   Did ASA Walker interact with you prior to you

16    being taken back downstairs?

17         A.   No.  I don't even think she turned around.

18         Q.   Was she facing you during this interaction

19    that you had where Detective Schalk pushed you?

20         MR. STARR:  Objection:  asked and answered.

21    BY THE WITNESS:

22         A.   No.  She had her back turned writing.

23         Q.   Did any other detectives that were walking

24    around in the area get involved in the conversation that

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 108

1    you were having with Detectives Bogucki and Schalk at

2    the time?

3         A.   No.

4         Q.   You submitted a claim to the Torture Inquiry

5    Relief Commission, correct, or TIRC is what it's

6    referred to?

7         A.   I don't remember.  I probably did.

8         Q.   Okay.  Are you aware or have you heard of

9    TIRC?

10        A.   Yes.

11        Q.   Okay.

12        MS. WEST:  Let's see.  Let's mark this as -- What

13   are we at?  5.

14        THE COURT REPORTER:  Yes.

15        MS. WEST:  Okay.  Thank you.

16                    (Fletcher Deposition Exhibit No. 5

17                    marked as requested.)

18        MS. WEST:  For the record, this is TIRC-FLETCHER 80

19   through 83.

20   BY MS. WEST:

21        Q.   Mr. Fletcher, have you ever seen this document

22   before?

23        A.   Yes.

24        Q.   Okay.  What is this?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 109

1    A.   It's a letter that I wrote to the torture
2  commission, I would guess.
3    **Q.   Okay.  This letter here, is it in your**
4  **handwriting?**
5    A.   Yes.
6    **Q.   Okay.  And on the last page, sir, there's a**
7  **signature of Arnold Dixon.  Do you see that?**
8    A.   Yes.
9    **Q.   Is that also in your handwriting?**
10   A.   Yes.
11   **Q.   And the number next to it, is that an Illinois**
12 **Department of Corrections number?**
13   A.   Yes.
14   **Q.   And was that your Illinois Department of**
15 **Corrections number, sir?**
16   A.   Yes.
17   **Q.   Okay.  Do you have an independent recollection**
18 **of writing this letter, sir?**
19   A.   No.  But I know back then I wrote several
20 letters to everybody, so yeah.
21   **Q.   Okay.  Do you know what happened to your claim**
22 **to TIRC?**
23   A.   No.
24   **Q.   If you could go to -- It's the third page of**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 110

1    the document; or at the bottom, it's TIRC-FLETCHER 82.

2        A.   You said on the third page.  What part?

3        Q.   Yes, sir.  If you could look at -- It's like

4    the first -- Well, it starts with "After my attorney

5    left."  It's, like, that first paragraph there -- the

6    first full --

7        A.   Yeah.

8        MR. STARR:  Do you want him to read that paragraph?

9        MS. WEST:  Yes, please.

10   BY MS. WEST:

11       Q.   If you could take a second to read that

12   paragraph and let me know when you're finished.

13                   (Brief pause.)

14   BY THE WITNESS:

15       A.   Okay.

16       Q.   In this paragraph that you just read, you

17   allege that Detective Bogucki, instead of

18   Detective Schalk, was the individual that pushed you.

19   Do you see that?

20       A.   Yes.

21       Q.   Do you know specifically who the detective was

22   that you claim pushed you?

23       A.   I thought it was -- I thought it was Schalke

24   [sic], so I'm not sure.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 111

1    Q.   Okay.  And then do you see in this paragraph
2  where it says -- It's like the middle of the paragraph.
3  It starts -- Let's see.  It says, "I pushed him back,
4  then he pulled his weapon and told me to stand under
5  there before he kills me."  Do you see that?
6    A.   Yes.
7    Q.   Did one of the detectives say words to that
8  effect?
9    A.   I kind of think he did.  I had just forgot
10 about it, yes.
11   Q.   Okay.  And which detective was it?
12   A.   I honestly thought it was Schalke [sic], but I
13 don't remember now.
14   Q.   Do you see on the first page of this document
15 the date that you wrote it?
16   A.   Yes, 9/27.
17   Q.   Okay.  Is this the first time that you had
18 ever brought up to an outside agency that one of the
19 detectives had pushed you?
20   MR. STARR:  Form, foundation, speculation.
21 BY THE WITNESS:
22   A.   I don't think so, no.
23   Q.   Prior to going to trial in 2005, did you
24 through your counsel bring up the fact that one of the

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 112

1    **detectives pushed you?**

2        A.   Yeah.

3        MR. STARR:  Form, foundation.  And if -- I don't

4    think you're asking for attorney-client communications.

5        MS. WEST:  No.

6        MR. STARR:  But just so you're clear, don't reveal

7    any of those.  Okay?

8        THE WITNESS:  Okay.

9    BY MS. WEST:

10       **Q.   Were any pretrial motions filed relative to**

11   **one of the detectives pushing you and making a**

12   **threatening statement?**

13       MR. STARR:  Form, foundation, speculation, calls

14   for a legal conclusion.

15   BY THE WITNESS:

16       A.   I don't -- I don't recall.

17       **Q.   This interaction with the detectives did not**

18   **come up at your 2005 trial, correct?**

19       A.   My trial?  I don't think so.

20       **Q.   Okay.  You could set this aside for now.**

21   **We'll come back to it here in a minute.**

22       A.   Okay.

23       **Q.   Following the lineup, were you arrested?**

24       A.   Where was I arrested?  No, I was arrested

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 113

1    following the fingerprints.

2         **Q.   Okay.  Let's -- Let's do it this way:   So**

3    **after you were taken back into holding after the lineup,**

4    **where did you go?**

5         A.   I stayed down in the holding cell till Monday

6    morning.  Monday morning three detectives came to take

7    me back to the county Botucki [sic], Schalk, and one

8    more detective.  Two sat in the back; one was driving.

9    And they came down -- What street was that?  I think it

10   was Grand, made a right turn down Laramie Avenue, and

11   they pulled right in front of my house.

12        **Q.   Okay.  Who was the third detective?**

13        A.   I'm not sure.

14        **Q.   Had you ever seen that detective before that?**

15        A.   Yes, he brought me there.

16        **Q.   Okay.  Was he a detective?  Do you know?**

17        A.   Yes.

18        **Q.   Okay.  Can you describe what he looked like?**

19        A.   He was a white guy.  I don't remember how he

20   looked.

21        **Q.   And I keep saying "he."  It was a man?**

22        A.   Yes.

23        **Q.   Did that detective say anything to you while**

24   **you were driving?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 114

1    A.   While they was driving, no.

2    **Q.   Okay.  When you say -- Is this the same**

3    **detective that brought you --**

4    A.   Yes, it was -- three brought me; three took me

5    back.

6    **Q.   Okay.**

7    A.   The same three.

8    **Q.   And this was from Cook -- Cook County?**

9    A.   Yes, they brought me from Cook County to

10   Area 5.

11   **Q.   Whenever the detectives took you from Cook**

12   **County to Area 5 prior to the lineup, did they say**

13   **anything to you in the car?**

14   A.   No, not on the way there, no.

15   **Q.   Okay.  So on the way back, you say these**

16   **detectives stop in front of your house, correct?**

17   A.   Yes.  Well, we own the house, and we own the

18   vacant lot.  They stopped in front of the vacant lot.

19   **Q.   Okay.  And what happened after they stopped?**

20   A.   Well, we're just sitting there for a minute.

21   I saw my family.  I saw my mom.  I saw my nephew coming

22   out.  He was looking to see what it was.  And he told me

23   to take a good look at that house because I won't see it

24   for a long time.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 115
  1        Q.    Which detective told you that?

  2        A.    Botucki [sic].

  3        Q.    Was your family coming out of the building at

  4   the time?

  5        A.    I think my mom was doing something in the

  6   yard, and my nephew was standing on the porch.  But once

  7   he saw the car sitting there, he started walking down

  8   towards the gate.

  9        Q.    This was your nephew?

 10        A.    Yes.

 11        Q.    What was your nephew's -- Or what is your

 12   nephew's name?

 13        A.    Arnold Dixon.

 14        Q.    How old was he at the time, if you know?

 15        A.    20 some- -- 20 something.  I don't know.

 16        Q.    Did he make it to the car?

 17        A.    No.  They started pulling off right before he

 18   got there.

 19        Q.    Did you say anything in response to

 20   Detective Bogucki's comment?

 21        A.    No.

 22        Q.    Did any other detective say anything while you

 23   were sitting outside of -- of your building?

 24        A.    No.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 116

1      Q.   At that point in time, as you're being

2   transported back to Cook County Jail you're aware that

3   you were under arrest for the homicide of

4   Willie Sorrell, correct?

5      A.   Yes.

6      Q.   Where were you incarcerated while you awaited

7   trial?

8      A.   Cook County Jail.

9      Q.   The entire time at Cook County Jail?

10     A.   No.   Right before trial, I think Tom Dart

11  kicked all the guys from Cook County out.   They had to

12  go back to Stateville.

13     Q.   And when you say "all the guys," like, was

14  there a specific --

15     A.   Well, anybody that was from prison.

16     Q.   Okay.

17     A.   Yes.

18     Q.   Do you recall when that was, that you were

19  moved from Cook County Jail back to the Illinois

20  Department of Corrections --

21     A.   I want to say --

22     Q.   -- while you were awaiting trial?

23     A.   -- November of 2004, I think.

24     Q.   Okay.   So for, like, roughly two years you

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 117

1    were in Cook County Jail prior to being moved back to

2    the Illinois Department of Corrections?

3        A.   Yes.

4        Q.   Okay.  And you said Stateville -- you were

5    transferred back to Stateville?

6        A.   Yes.

7        Q.   Were you held at Stateville from November of

8    '04 until you went to trial?

9        A.   Yes.

10       Q.   Was there a period of time leading up to the

11   trial that you were transferred back to Cook County

12   Jail?

13       A.   Every court date.

14       Q.   What I'm getting at is, was there a period of

15   weeks that you were staying at Cook County Jail leading

16   up to the trial?

17       A.   Not after November.  I would only go for court

18   dates.

19       Q.   Okay.

20       MS. WEST:  Break?

21       MR. STARR:  Sure.

22       THE VIDEOGRAPHER:  We are going off the video

23   record at 12:48 p.m., and this is the end of Video

24   Media 2.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                Page 118

1              (A short break was had.)

2         THE VIDEOGRAPHER:  We are back on video record at

3    1:01 p.m., and this is the beginning of Video Media 3.

4    BY MS. WEST:

5         **Q.   Mr. Fletcher, while you were awaiting trial,**

6    **were you assigned a public defender?**

7         A.   Yes.

8         **Q.   At some point in time, did attorneys from**

9    **Jenner & Block come to represent you before your trial**

10   **in 2005?**

11        A.   Yes.

12        **Q.   Do you recall when?**

13        A.   Let me see.  Maybe 2003.  I'm not sure.

14        **Q.   Do you recall the names of the attorneys that**

15   **represented you from Jenner & Block?**

16        A.   Joseph Saltiel, Reginald Hill.  I don't know

17   the third person.

18        **Q.   There was a third attorney?**

19        A.   At trial, yes.

20        **Q.   Okay.  A man or a woman?**

21        A.   Female.

22        **Q.   You don't recall her name?**

23        A.   No.

24        **Q.   How did Jenner & Block -- or Mr. Hill and**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 119

1      **Mr. -- How do you pronounce -- Mr. Saltiel?  Is that**

2      **his -- how you pronounce it?**

3          A.   Yeah, Saltiel.

4          **Q.   How did they come to represent you?**

5          MR. STARR:  Foundation.

6      BY THE WITNESS:

7          A.   I wrote a letter, and I sent it out and had, I

8      think, a friend copy it and send it back to me with like

9      20 copies, and I mailed it to all attorneys around

10     asking for help.

11         **Q.   Okay.  And in response to that letter, did**

12     **Jenner & Block represent you?**

13         A.   Yes, they reached out, yes.

14         **Q.   Okay.  Once Mr. Hill and Mr. Saltiel took over**

15     **the representation, did they file a motion to suppress**

16     **the photo array and the lineup identification, if you**

17     **know?**

18         MR. STARR:  Form, foundation, speculation, legal

19     conclusion.

20     BY THE WITNESS:

21         A.   I'm not sure.

22         **Q.   Okay.  Prior to your trial, did you ever alert**

23     **the Court about the interaction with either of the**

24     **detectives where one of them pushed you?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 120

1          MR. STARR:  Form, foundation.

2    BY THE WITNESS:

3          A.   I don't remember.

4          Q.   **Do you recall your criminal trial that took**

5    **place in 2005?**

6          A.   Yes.

7          Q.   **Do you recall specifically who the State**

8    **called to testify?**

9          A.   Yes.

10         Q.   **Okay.  Who do you recall that they called to**

11   **the stand?**

12         A.   Sheenee Friend, Edward Cooper, Emmett Wade,

13   and I think Botucki [sic].  I'm not sure.

14         Q.   **Okay.  And you heard all four of those**

15   **individuals testify throughout the course of your trial,**

16   **correct?**

17         A.   Yes.

18         Q.   **Meaning you were present during all of their**

19   **testimony, right?**

20         A.   Yes.

21         Q.   **Okay.  And Ms. Friend, during your trial, she**

22   **identified you as one of the offenders involved in the**

23   **murder, correct?**

24         A.   Yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 121

1     Q.   And during the trial, Mr. Cooper also

2    identified you as one of the offenders involved in the

3    Willie Sorrell homicide, correct?

4     A.   Yes.

5     Q.   I believe I may have asked you this already.

6    I'm not positive.  Mr. Wade, during your trial, he

7    testified that he couldn't identify an offender,

8    correct?

9     MR. STARR:  Asked and answered.

10   BY THE WITNESS:

11    A.   Yes.

12    Q.   Okay.  I'm going to show you what we'll mark

13   as --

14    MS. WEST:  6?

15   THE COURT REPORTER:  Yes.

16    MS. WEST:  Thank you.  Let's make this one a group

17   exhibit.

18                    (Fletcher Deposition Group Exhibit

19                     No. 6 marked as requested.)

20   BY MS. WEST:

21    Q.   All right.  For the record what we've marked

22   as Group Exhibit 6 is Bates-stamped Fletcher 7541

23   through 7542 and Fletcher 7523 through -24.

24            Mr. Fletcher, there -- this exhibit includes

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 122

1    some photographs.  This first photograph that's on 7541

2    that's in front of you right now, do you have a

3    recollection of whether or not this photograph was

4    introduced at your criminal trial?

5        MR. STARR:  I'm just going to, for the record, note

6    the quality of the photograph --

7        MS. WEST:  I know.

8        MR. STARR:  -- makes it difficult to really see

9    what's going on.

10            But you can --

11   BY THE WITNESS:

12       A.   It probably was, yeah.

13       Q.   Okay.  Do you recognize the individuals in

14   this first photograph, which is 7541?

15       A.   Yes.

16       Q.   Okay.  Who are the individuals, starting --

17   Can we go from left to right?

18       A.   I can't think of her name.  She stayed in my

19   building, 939, the one on my left.  And me in the

20   middle.  And the one on the right is Sharon Gardner.

21       Q.   I'm sorry.  Say the last name.

22       A.   Sharon Gardner, my son's mother.

23       Q.   Gardner.  Okay.

24            Do you have a recollection of where this

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 123

1    photograph was taken?

2        A.   Yes.

3        Q.   Where?

4        A.   On Farwell and Pratt.

5        Q.   Whose -- Whose place?

6        A.   A friend's mom.  She's deceased now.

7        Q.   Do you recall the year the picture was taken?

8        A.   And the date, October 16th, 1990.

9        Q.   And why do you recall that specific of a date?

10       A.   A friend's birthday.

11       Q.   Whose birthday?

12       A.   Named Albert Witler (phonetic).

13       Q.   And were you guys at a gathering for that

14   individual's birthday?

15       A.   Yes.

16       Q.   Okay.  And when you say the building you

17   stayed in, you're referring to the building where you

18   sold drugs?

19       A.   Yes, 939.

20       Q.   Did you stay there from time to time?

21       A.   Yes.

22       Q.   Who would you stay with when you stayed there?

23       A.   Aunties, girls.

24       Q.   Okay.  When you say "aunties," was that anyone

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 124

1    that was blood relative to you?

2        A.    Yes.

3        Q.    Who?

4        A.    My father's brother's wife.

5        Q.    Okay.   What was her name?

6        A.    Gladys Gilbert.

7        Q.    Can you turn just to the next page, which is

8    7542?  This looks like a duplicate to me, but I just

9    wanted to make sure that these are --

10       A.    Yeah, the same picture.

11       Q.    Thank you.

12             All right.   Then let's look at 7523.  Do you

13   recognize the individuals in this photograph?  And,

14   again, I know the quality is poor.

15       A.    Yes.   That's me and Valerie Pratt.

16       Q.    Who is Valerie Pratt?

17       A.    Old girlfriend.

18       Q.    Do you recall when this photograph was taken?

19       A.    I'm going to say '91 or '90.  No.  Maybe --

20   Was it a birthday?  Maybe '90.  I think it was in '90.

21       Q.    Do you know where the photograph was taken?

22       A.    Yes, at a nightclub called Chic Rick's

23   downtown.

24       Q.    The background behind you, is it, like, a

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 125

1    mural at the nightclub?

2        A.    Everybody take pictures in front of.

3        Q.    Okay.  And then if you could look at the next

4    photograph, 7524, do you recognize the individuals in

5    that photograph?

6        A.    Yes, that's me and Deborah Sanders.

7        Q.    Do you recall when this photograph was taken?

8        A.    Yes, in, I think, August -- August of '90.

9        Q.    Where was this photograph taken?

10       A.    At a nightclub, West Side of Chicago.

11       Q.    And how is it that you can recall

12   specifically, like, the month and the year that these

13   photographs were taken?

14       A.    I stayed out there a little while, I think.

15       Q.    Okay.  Fair enough.

16             Do you know if -- Do you have an independent

17   recollection if either of these two second photographs,

18   7523 or 7524, were introduced at your criminal trial?

19       A.    I -- I think they all were to show my

20   hairstyle.

21       Q.    Okay.  That was my next question.  Do you know

22   why they were introduced at trial?

23       A.    Yes.

24       Q.    Why?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 126

1      A.   To show my hairstyle.

2      Q.   Okay.  Thank you.

3           All right.  You can put those aside.

4           Mr. Fletcher, you didn't testify at your

5      criminal trial, correct?

6      A.   No.

7      Q.   Do you have an independent recollection of who

8      testified on behalf of the defense?

9      A.   I know Deborah.  Maybe Deborah and my father.

10     I'm not sure.

11     Q.   Okay.  Do you have an independent recollection

12     of Deborah testifying at your trial?

13     A.   I just know she testified.

14     Q.   Okay.  Did you speak with Ms. Sanders prior to

15     her testifying at your criminal trial about the fact

16     that she was going to testify?

17     A.   I don't remember.

18     Q.   Were you in communication with Ms. Sanders

19     while you were incarcerated awaiting trial?

20     A.   Yes.

21     Q.   Are you still in communication with

22     Ms. Sanders today?

23     A.   Yes.

24     Q.   Okay.  At any point in time since you first

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 127

1   met Ms. Sanders -- and I believe you said it was 1987 --

2       A.   Yes.

3       Q.   -- to now, has there been any point in time

4   where you've not had regular communication with

5   Ms. Sanders?

6       MR. STARR:  Objection:  form, foundation.

7   BY THE WITNESS:

8       A.   Yes, periods of time, yes.

9       Q.   Can you recall specifically periods of time

10  where you didn't speak with her?

11      MR. STARR:  Form, foundation.

12  BY THE WITNESS:

13      A.   She first moved to Arkansas, I guess.  Yeah,

14  when she first moved to Arkansas.  I don't remember when

15  that was.

16      Q.   From the time that you were arrested for the

17  Sorrell homicide until now, have you had any breaks in

18  communication with Ms. Sanders?

19      MR. STARR:  Objection to form, foundation, calls

20  for speculation, vague as to "breaks."

21  BY THE WITNESS:

22      A.   Yeah, when she moved to Arkansas.

23      Q.   Okay.  When was that?

24      A.   I'm not sure.  I'm not sure.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 128

1      Q.   How long of a period of time did you not
2  communicate with Ms. Sanders when she moved to Arkansas?
3      A.   I'm not sure.
4      Q.   Fair enough.
5           Would you speak with Ms. Sanders on the phone
6  while you were incarcerated from 2002 to 2005?
7      A.   On the phone, yes.
8      Q.   Okay.  How often would you speak with her from
9  2002 to 2005?
10     MR. STARR:  Speculation.
11  BY THE WITNESS:
12     A.   Yeah, I don't remember.
13     Q.   Once a week?
14     A.   Probably.
15     Q.   More than once a week?
16     MR. STARR:  Speculation.
17  BY THE WITNESS:
18     A.   I'm not sure.
19     Q.   Did Ms. Sanders visit you while you were
20  incarcerated from 2002 to 2005?
21     A.   Yes.
22     Q.   How often would she visit you?
23     A.   Maybe once every other week.
24     Q.   I know you were incarcerated -- You told me

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 129

1    you were incarcerated in Cook County Jail for

2    approximately two years and then you were moved --

3        A.    Stateville.

4        Q.    -- to Stateville.  Would Ms. Sanders come

5    to -- Did she come visit you both at Cook County Jail

6    and at Stateville?

7        A.    Yes, to bring my daughter.

8        Q.    Okay.  And when you say your daughter, are you

9    speaking about --

10       A.    Veronica.

11       Q.    Thank you.

12             Was Ms. Sanders serving as an alibi witness at

13   trial?

14       MR. STARR:  Form, foundation, speculation, calls

15   for a legal conclusion.

16   BY THE WITNESS:

17       A.    Yes.

18       Q.    Meaning was Ms. Sanders's testimony going to

19   be that you were together during the time period in

20   which the murder took place?

21       MR. STARR:  Same objections.

22   BY THE WITNESS:

23       A.    We didn't know.  She just testified to what I

24   did.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 130

1      Q.   Are you claiming that you were with

2   Ms. Sanders on the date -- specific date of the murder?

3      MR. STARR:  Form, foundation.

4   BY THE WITNESS:

5      A.   I'm not sure where I was, the specific date.

6   I just know I took my daughter's bike down to

7   Mississippi for Christmas.

8      Q.   And do you recall that Ms. Sanders testified

9   that she couldn't recall the exact date that you were

10  together?

11     A.   Probably, yes.

12     Q.   Now, in December of 1990, do you have an

13  independent recollection of going to visit and take that

14  bike to your daughter?

15     A.   Yes.

16     Q.   Did you travel to see your daughter more than

17  once in the month of December of 1990?

18     A.   Probably, yes.

19     Q.   Where specifically did you go to see her in

20  the month of December 1990?

21     A.   Indianola, Mississippi.

22     Q.   Was there any point in time that you met with

23  Ms. Sanders in Tennessee during December of 1990?

24     MR. STARR:  Form, foundation, speculation.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                    Page 131

1    BY THE WITNESS:

2        A.   Yes, probably did.

3        Q.   **Okay.  Can you say in total how many times you**

4    **visited Ms. Sanders and your daughter during December of**

5    **1990?**

6        MR. STARR:  Speculation.

7    BY THE WITNESS:

8        A.   Twice, that I remember, I think.

9        Q.   **Can you tell me about the first time you**

10   **recall?**

11       A.   No, I don't remember.

12       Q.   **Was -- I'm sorry.  Go ahead.**

13       A.   Yeah, I don't remember.  I just know I went

14   down there to see her.

15       Q.   **Okay.  And you don't recall the specific date**

16   **of these visits, correct?**

17       MR. STARR:  Asked and answered.

18   BY THE WITNESS:

19       A.   No.

20       Q.   **Do you recall if you took the bike for your**

21   **daughter on the first visit or the second visit?**

22       A.   Second.

23       MR. STARR:  Form, speculation.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 132

1    BY MS. WEST:

2        Q.    The second visit?

3        A.    Yes.

4        Q.    When did you first inform Ms. Sanders that you

5    had been arrested for the Willie Sorrell homicide?

6        A.    I don't remember.

7        Q.    Do you recall if you ever informed her?

8        A.    I had to at some time, yeah.

9        Q.    And would that have been over the telephone or

10   in person?

11       MR. STARR:  Speculation.

12   BY THE WITNESS:

13       A.    It had to be over the telephone.  I was locked

14   up.

15       Q.    I didn't know if she maybe came and visited

16   you and that's when you told her.

17       A.    No, I was at Graham.  I don't think she came

18   to visit me in Graham.

19       Q.    Okay.  When you were -- When you went back

20   into prison in 1991, were you in communication with

21   Ms. Sanders?

22       A.    Did -- Was I talking to her in '91?  Yes.

23       Q.    Did she visit you while you were incarcerated

24   for the armed robbery in 1991?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 133

```
 1        MR. STARR:  Form, speculation.
 2   BY THE WITNESS:
 3        A.   Not when I was at the county, no.
 4        Q.   Once --
 5        A.   She was in Mississippi.
 6        Q.   Once you were moved to the Illinois Department
 7   of Corrections, did she come visit you?
 8        MR. STARR:  Same objection.
 9   BY THE WITNESS:
10        A.   Yes.
11        Q.   Your father also testified at trial, correct?
12        A.   Yes.
13        Q.   Okay.  And you heard your father testify at
14   trial, correct?
15        A.   Yes.
16        Q.   Did you speak with your father about the fact
17   that he was going to testify at trial before he
18   testified?
19        A.   No.
20        Q.   Were you in regular communication with your
21   father leading up to your trial, so from 2002 to 2005?
22        A.   Yes.
23        Q.   And how -- How would you communicate with your
24   father during those years?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 134

```
 1        A.    Over the phone, visit.

 2        Q.    He would come visit you?

 3        A.    Yes.

 4        Q.    Okay.  How often would you speak with your

 5   father from 2002 to 2005 while you were incarcerated?

 6        MR. STARR:  Speculation.

 7   BY THE WITNESS:

 8        A.    Every other day or so.

 9        Q.    Did you specifically -- Strike that.

10            Do you specifically have a recollection of

11   having a conversation with your father about what he

12   would be called to testify about?

13        MR. STARR:  Asked and answered.

14   BY THE WITNESS:

15        A.    No.

16        Q.    Did Ms. Gordon testify at your criminal trial?

17        A.    Yes.

18        Q.    Okay.  Do you recall what she testified about?

19        A.    I'm assuming the lineup.

20        Q.    Do you have a memory of that?

21        A.    No.

22        Q.    And the outcome of the jury trial was that you

23   were convicted, correct?

24        A.    Yes, wrongfully convicted.
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 135

1     Q.   And you were later sentenced; is that right?

2     A.   Yes.

3     Q.   And what were you sentenced to?

4     A.   Natural life.

5     Q.   Did the State seek the death penalty at some

6  point in time?

7     A.   They might have started off like that, but I

8  think they might have dropped it.  I'm not sure.

9     Q.   Did your attorneys file a motion for a new

10  trial following the criminal trial?

11     A.   Yes.

12     Q.   Okay.  And it was denied?

13     A.   Yes.

14     Q.   Now, I know we talked about this a little bit.

15  You appealed the conviction, correct?

16     A.   Yes.

17     Q.   Okay.  And the appeal was dismissed, right?

18     A.   Yes, denied, yes.

19     Q.   And Mr. Cohn was your counsel for the direct

20  appeal?

21     A.   Yes.

22     Q.   Okay.  And we also talked about this a little

23  bit earlier.  You filed and what you said, I believe,

24  was multiple post-conviction petitions; is that right?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 136

1      A.   I think I filed one pro se, and then I filed

2   another one.

3      Q.   **Okay.  That was my next question.  So you**

4   **filed one pro se?**

5      A.   Yes.

6      Q.   **Is that right?**

7      A.   Yes.

8      Q.   **Okay.  Do you recall when you filed that?**

9      A.   It had to be right after the direct appeal.

10  There's a time limit.

11     Q.   **And what did you allege in your pro se**

12  **post-conviction petition?**

13     MR. STARR:  Form, foundation, speculation.

14  BY THE WITNESS:

15     A.   That I was wrongfully convicted.

16     Q.   **Did you draft the pro se petition?**

17     A.   Well, I basically used Frederick Cohn's

18  arguments and went to the law library, researched cases,

19  add new cases, and submit it.

20     Q.   **Did anyone else help you with the petition?**

21     A.   Yes.

22     Q.   **I'm sorry?**

23     A.   Yes.

24     Q.   **Who else helped you?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 137

1      A.    All the guys that was in the law library that

2   was studying law helped me, you know, looking up cases

3   and stuff like that.

4      **Q.    Was there one specific person that you recall**

5   **the name that helped you with the petition?**

6      A.    Yes.  Anthony Thomas.

7      **Q.    How did you know Anthony Thomas?**

8      A.    The law library.  Being in the law library.

9      **Q.    And what happened to the pro se petition?**

10     A.    It was denied.

11     **Q.    Okay.  And then you said there's a second**

12  **petition that was filed following that through counsel?**

13     A.    Yes.

14     **Q.    Okay.  Who was the attorney?**

15     A.    Jennifer Blagg.

16     **Q.    Okay.  When did Ms. Blagg come to represent**

17  **you?**

18     A.    I'm not sure.  Like '13 or -- No, it might

19  have been 2011 or '12, somewhere around there.

20     **Q.    And what happened with your -- the second**

21  **post-conviction petition?**

22     A.    Also --

23     MR. STARR:  Form.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                        Page 138

1    BY THE WITNESS:

2        A.  -- denied.

3        Q.  **In the second post-conviction petition, were**

4    **the affidavits of Ms. Friend, Mr. Cooper, and Mr. Wade**

5    **attached to that petition, to your knowledge?**

6        A.  I think so, yes.

7        Q.  **So prior to the filing of that second petition**

8    **for post-conviction, those affidavits had been obtained**

9    **from those three individuals; is that right?**

10       MR. STARR:  Form, foundation, speculation.

11   BY THE WITNESS:

12       A.  Yes.

13       Q.  **And that -- that petition was denied?**

14       A.  Yes.

15       Q.  **Okay.  You also filed a habeas?**

16       A.  Yes.

17       Q.  **Do you recall the year?**

18       A.  No.  Within the time period.

19       Q.  **Okay.  And was the habeas also filed through**

20   **your counsel, Ms. Blagg?**

21       A.  Yes.

22       Q.  **Okay.  And the habeas, did it also attach the**

23   **three affidavits of Friend, Wade, and Cooper as**

24   **supporting evidence?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 139

1        A.   I think so, yes.

2        **Q.   And what happened with the habeas?**

3        A.   I won.

4        **Q.   And what year was that?**

5        A.   I guess in 2020.

6        **Q.   I want to take a step back just real quick.**

7   **Can you take a look at Exhibit 5?  It's the -- the TIRC**

8   **letter.**

9        A.   Okay.

10       **Q.   All right.  In that first paragraph, you**

11  **reference Area 5 detectives Raymond Schalk and**

12  **Jerome Bogucki.  Do you see their names?**

13       A.   Yes.

14       **Q.   Okay.  And if you need to take a look through**

15  **the document in its entirety, let me know.**

16            **But nowhere in this document do you reference**

17  **Sergeant Wojcik or a Detective Noradin, correct?**

18       MR. STARR:  Do you want to take a look at the whole

19  thing?

20       THE WITNESS:  If she said I didn't reference them,

21  I didn't reference them.

22  BY MS. WEST:

23       **Q.   Well --**

24       MR. STARR:  That's fair.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 140

1      MS. WEST:  Okay.

2      THE WITNESS:  Okay.

3  BY MS. WEST:

4      **Q.   Do you know who Sergeant Wojcik is?**

5      A.   Do I know who he is?  Yes.

6      **Q.   Who is that?**

7      A.   He's a sergeant at Area 5.

8      **Q.   And did you have any interactions with him**

9  **during your time at Area 5 regarding the investigation**

10  **of the Sorrell homicide?**

11      A.   No, not directly.

12      **Q.   Okay.  And how about Detective Norton?  Did**

13  **you have any interaction with him during your time at**

14  **Area 5 during the investigation into the Sorrell**

15  **homicide?**

16      MR. STARR:  Objection:  foundation.

17  BY THE WITNESS:

18      A.   I'm not sure.  I'm thinking he's the third

19  police that took me to the lineup.  I'm not sure.

20      **Q.   Okay.  Are you aware that you have sued both**

21  **of those individuals, Detective Norton and**

22  **Sergeant Wojcik, in this current lawsuit?**

23      A.   I am now.  I wasn't.

24      **Q.   Okay.**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 141

```
 1                    (Brief pause.)
 2    BY MS. WEST:
 3         Q.   Okay.  If you can go down on the first page --
 4    that's TIRC-FLETCHER 80 -- that last paragraph there
 5    that starts with "Now," you write, "Now, on July 25th,
 6    1990, I was released from prison after serving 10 yrs
 7    and 9 mos for the exact same crime, felony murder."
 8              Do you see that?
 9         A.   Yes.
10         Q.   Okay.  And I know we talked about this a
11    little bit ago.  But following the release for the --
12    the prior felony murder, you were paroled to your
13    parents' house, correct?
14         A.   Yes.
15         Q.   Okay.  So on the second page there, at the
16    top -- Well, let's start back on the -- I'm sorry -- on
17    the first page where it says, "I paroled to my parents'
18    house which is 5 minutes away from where this crime
19    occurred."  Do you see that?
20         A.   Yes.
21         Q.   Okay.  Earlier I think I asked you, like, how
22    close that your -- parents' home was from where the
23    murder took place, and you said 10 to 12 blocks; is that
24    right?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 142

1    A.   Right.

2    Q.   Okay.  So when you say five minutes, are you

3  talking about, like, in a car?

4    A.   Yes.

5    Q.   Okay.  The next sentence, "I had to go visit

6  my parole officer's office once a" -- and then what's

7  the next word?

8    A.   "I had to go visit my parole officer's" --

9  Where is that at?  Oh, "once a month."

10   Q.   Okay.  "Which is located on the same street

11  where the crime occurred, 3 minutes away."

12   A.   Yes.

13   Q.   Okay.  Where was -- Where was the office?

14   A.   Right down the street on Madison -- Central

15  and Madison.

16   Q.   Okay.  So it was still within the block of

17  Central and Madison?

18   A.   No.  The crime occurred on Central and

19  Madison.  The parole office was -- What is that?

20  Madison and -- What is that street?  It slipped my mind.

21  It's right down the street on Madison.

22   Q.   Okay.

23   A.   Yeah.

24   Q.   Do you know how many blocks away it was from

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 143

1    **where the crime occurred?**

2         A.    Driving it's like three minutes.  It's right

3    there.  I'm trying to think.  What is that?  It's not

4    Pulaski.  It might be -- Oh, I think it's Cicero.

5         Q.    **Okay.**

6         A.    Yeah, Cicero.

7         Q.    **Next sentence there -- Actually, the next two**

8    **sentences.  So you're writing that your photo wasn't**

9    **picked out of a lineup in 1990 and that you were**

10   **eliminated as a suspect?**

11        A.    No --

12        Q.    **Do you see that?**

13        A.    No, I wrote, "So we both know I was their

14   number one suspect in 1990."

15        Q.    **Correct.  And then if you go down where it**

16   **says -- Hang on.  Let's see.  We'll do the whole thing**

17   **here.  So we know I was their number one suspect in**

18   **1990.  "I know after my photo was not picked out of the**

19   **photo array in 1990, that's why I was not even picked up**

20   **or questioned about this crime in 1990 and I was**

21   **eliminated as a suspect in 1990."**

22        A.    Yes.

23        Q.    **Did I read that correctly?**

24        A.    Yes.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 144

1      MR. STARR:  You missed the word "both."

2      MS. WEST:  Thank you.

3      THE WITNESS:  Yes.

4      MR. STARR:  It changes the narrative structure.

5      MS. WEST:  Let's get it right, though.

6      MR. STARR:  I think you read "So we" -- "we know"

7  instead of "So we both know."

8      MS. WEST:  Ah.  Thank you.

9      MR. STARR:  Just for the record.

10      MS. WEST:  All right.  Let's do it again just for

11  the record.

12  BY MS. WEST:

13      Q.   "So we both know I was their number one

14  suspect in 1990.  I know after my photo was not picked

15  out of the photo array in 1990, that's why I was not

16  even picked up or questioned about this crime in 1990

17  and I was eliminated as a suspect in 1990."

18      A.   Yes.

19      Q.   Okay.  What's your basis to state that your

20  photo was a part of that 1990 --

21      MR. STARR:  And before you --

22  BY MS. WEST:

23      Q.   -- lineup?

24      MR. STARR:  -- answer, I want you to -- feel free

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 145

1    to answer based on your own knowledge.  Don't answer and

2    reveal any attorney-client conversations you've had.

3    Okay?

4         THE WITNESS:  Okay.

5         MR. STARR:  If you're able to do it without doing

6    that, go ahead.

7    BY THE WITNESS:

8         A.   Well, Terry Rogers stated in a police report

9    that he heard one of the robbers call the other one by

10   the name Fletcher, correct, which is my last name.  I

11   had just came home from prison in 1990 for the exact

12   same crime, so any detective that's worth his -- you

13   know?  Who's going to be their number one suspect?  I

14   live five minutes away driving, and I'm on parole for

15   the exact same crime, Jimmy Fletcher.  It says in the

16   police report that they showed a photo array to the

17   witnesses, if I'm not mistaken, December 22nd of 1990.

18        **Q.   And you have never seen the photo array that**

19   **was shown, correct?**

20        A.   No.

21        **Q.   Okay.**

22        A.   It's missing.

23        **Q.   And so when you say that -- Strike that.**

24             **Is it your testimony that your photograph was**

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 146

1   likely included in that 1990 photo array?

2       A.   I'm saying that I was their number one, main

3   suspect, yes.

4       Q.   All right.  So are you saying that your

5   photograph would have been included in that photo array

6   in 1990?

7       MR. STARR:  Form, foundation, speculation.

8            Go ahead.

9   BY THE WITNESS:

10      A.   Yes.

11      Q.   Okay.  And other than what you've already told

12  me, do you have any additional basis to think that your

13  photo was included in that array?

14      A.   Besides --

15      MR. STARR:  Again, without revealing any

16  attorney-client privilege.

17  BY THE WITNESS:

18      A.   I'm not sure if Friend mentioned it in her

19  affidavit, but, I mean, I believe that I was.

20      Q.   Okay.  And, again, you've never seen the photo

21  array from 1990, right?

22      A.   It's missing.

23      MR. STARR:  Asked and answered.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 147

1   BY THE WITNESS:

2       A.    We've been trying to get it, yes.

3       Q.    **And have you ever spoken with anyone who**

4   **viewed that 1990 lineup?**

5       MR. STARR:  Form, foundation, speculation.

6   BY MS. WEST:

7       Q.    **I'm sorry.  Photo array, by the way.  Let me**

8   **strike that and start over.**

9            **Have you ever spoken with anybody that said**

10  **they viewed the 1990 photo array?**

11      MR. STARR:  Speculation, foundation.

12  BY THE WITNESS:

13      A.    No.

14      Q.    **So safe to say since you've never seen the**

15  **photo array and you've never had a conversation with**

16  **somebody who did see it, you're speculating to say that**

17  **you were among the photographs, correct?**

18      A.    You can say that.

19      Q.    **If you could go to the third page on that**

20  **document, which is TIRC-FLETCHER 82.**

21      A.    Okay.

22      Q.    **The second to last paragraph, the middle of**

23  **that -- that paragraph there where it says "Terry Rogers**

24  **was really the mastermind."  Do you see that?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 148

```
 1        A.   Yes.

 2        Q.   Okay.

 3        MR. STARR:  I'm sorry.  Could you just tell me

 4   where that is again?

 5        MS. WEST:  Sure.

 6        MR. STARR:  I don't see it.

 7        MS. WEST:  So, like, if you're in the second to

 8   last paragraph --

 9        MR. STARR:  On 82?

10        MS. WEST:  -- the middle on 82 --

11        MR. STARR:  Got it.

12        MS. WEST:  -- over to the right.  Okay.

13        MR. STARR:  Thanks.

14        MS. WEST:  Yeah.

15   BY MS. WEST:

16        Q.   So it says, "Terry Rogers was really the

17   mastermind of the robbery and he was the lookout man for

18   the robbery."  Do you see that?

19        A.   Yes.

20        Q.   Okay.  How do you know that?

21        A.   I was my own private investigator when I was

22   in prison, when I was in the county jail, and through

23   reading the police reports.  I think Cooper kind of

24   asserted that in one of his police reports, that he
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 149

1   think Terry Rogers set him up.

2       Q.   **Other than looking at the police reports while**

3   **you were incarcerated, did anything else form -- inform**

4   **your opinion that Terry Rogers was the mastermind behind**

5   **the robbery?**

6       A.   Yes, the people that I was asking to help me.

7       Q.   **What people?**

8       MR. STARR:  Again, don't -- don't reveal any

9   attorney-client conversations, please.

10  BY THE WITNESS:

11      A.   No, it wasn't through my attorney.  Any --

12  Anybody that came to jail that was from that area.

13      Q.   **Did you have conversations with people in**

14  **prison about Terry Rogers specifically?**

15      A.   Yes.

16      Q.   **Other than the name of the individual that you**

17  **told me earlier who also said Terry Rogers set him up,**

18  **who else did you speak with about Terry Rogers while you**

19  **were incarcerated?**

20      A.   Any and everybody that could help me.

21      Q.   **Did anybody that you spoke with ever tell you**

22  **specifically that Terry Rogers was directly involved**

23  **with the robbery of Edward Cooper?**

24      A.   Specifically?  No.  They just said he was on

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 150

1   drugs, and he was doing robberies.

2       Q.   Okay.  Do you recall the names of those

3   individuals that told you that?

4       A.   No.  That was -- No.  That was a long time

5   ago.

6       Q.   And you've never spoken with Terry Rogers

7   about his involvement?

8       A.   No.

9       MR. STARR:  Asked and answered.

10  BY MS. WEST:

11      Q.   If you keep going on that same paragraph that

12  we just read, same sentence, "But after the innocent

13  bystander was killed, he claimed to be a witness to save

14  himself from being charged.  Plus, his partner and best

15  friend back in 1990 was Fletcher Clinton, the actual

16  killer."

17      A.   Yes.

18      Q.   Okay.  First of all, who is Fletcher Clinton?

19      A.   The name that's in the police report who they

20  interviewed, I think, in '95, something like that.

21      Q.   Do you know that individual?

22      A.   No.

23      Q.   Why do you say he's the real killer?

24      A.   I mean, because he was in the police report.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 151

1   He was known from that area.  He had all kinds of

2   arrests.  Him and Terry was friends through my

3   invest- -- investigation I found out back then.

4       **Q.  How did you know that him and Terry were**

5   **friends?**

6       A.  People from the neighborhood that would come

7   to the county.  I was asking, inquiring about it.  I

8   was -- I was trying to get out of prison.

9       **Q.  Who specifically did you ask that told you**

10  **that Fletcher Clinton and Terry Rogers were friends?**

11      MR. STARR:  Again, no -- no attorney --

12  BY THE WITNESS:

13      A.  Any and everybody from the neighborhood.

14      MR. STARR:  -- conversations.

15  BY MS. WEST:

16      **Q.  And when you say "his partner," what do you**

17  **mean by "his partner"?**

18      A.  Like partner in crime.  They used to rob

19  people together.

20      **Q.  Yeah.  Other than your own personal**

21  **investigation into Terry Rogers's involvement in the**

22  **crime -- and, again, I don't want to know anything about**

23  **conversations from your attorney -- is there anything**

24  **else that supports your position that Mr. Rogers was**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                    Page 152

1    **involved?**

2         A.   Well, no, my attorneys didn't tell me that

3    they was involved, if that's what you mean.

4         MR. STARR:  No, no, no.

5    BY MS. WEST:

6         Q.   **No, no, no.**

7         MR. STARR:  That's not what she's --

8         MS. WEST:  Yeah.

9              Do you mind reading it back, please?

10                   (Record read as requested.)

11   BY THE WITNESS:

12        A.   Edward Cooper.

13        Q.   **Okay.  And what specifically about Mr. Cooper**

14   **supports your position that Mr. Rogers was involved?**

15        A.   He tells you in the police report in '95 he

16   think Terry Rogers set him up.

17        Q.   **Okay.  Anything other than Mr. Cooper's**

18   **statement that Terry Rogers set him up?**

19        A.   My own investigation.  That's it.

20        Q.   **Okay.  What happened to your TIRC claim?**

21        MR. STARR:  Asked and answered.

22   BY THE WITNESS:

23        A.   I don't know.

24        Q.   **All right.  You can put that aside.  Thank**

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 153

1    you.

2            While you were incarcerated awaiting trial,

3    did either Cook County Jail or the Illinois Department

4    of Corrections have e-mail capabilities back in 2002 to

5    2005?

6        MR. STARR:  Form, foundation --

7    BY THE WITNESS:

8        A.   No.

9        MR. STARR:  -- speculation.

10   BY MS. WEST:

11       Q.   When did the Illinois Department of

12   Corrections start with e-mail communication

13   capabilities?

14       MR. STARR:  Same objections.

15   BY THE WITNESS:

16       A.   2018.

17       Q.   Okay.  Did you utilize the -- the ability to

18   e-mail with family members or friends through the

19   Illinois Department of Corrections?

20       MR. STARR:  Objection to form.

21   BY THE WITNESS:

22       A.   Yes.

23       Q.   How did that -- that work?  Were you given

24   access to a computer?  How could you access an e-mail?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 154

1     A.   Yes, you had to go to commissary and buy,

2  likes, a little tablet, and you could e-mail back and

3  forth.

4     **Q.   Once you bought that tablet, was it something**

5  **that you could have in your possession at all times?**

6     A.   Yes.

7     **Q.   Did you buy a tablet?**

8     A.   Yes.

9     **Q.   Who would you correspond with over e-mail?**

10    MR. STARR:  Form, foundation, speculation.

11 BY THE WITNESS:

12    A.   Girls.  Let's see.  Just girls, I guess.

13 Family members.

14    **Q.   What family members?**

15    A.   I don't remember.  Anybody that would text me

16 back.  I was -- Basically, like, anybody that would text

17 me back.

18    **Q.   When you say "text," is it like an --**

19    A.   Like e-mail me.  I'm saying text.

20    **Q.   Okay.**

21    A.   E-mail.

22    **Q.   Did you e-mail with your father?**

23    A.   No, I don't think so.

24    **Q.   Did you e-mail with your mother?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 155

1      A.   No, I don't think so.

2      **Q.   You e-mail with any of your siblings?**

3      A.   No, I don't think so, not that --

4      **Q.   Did you e-mail with Ms. Sanders?**

5      A.   I don't recall.  Probably, though.

6      **Q.   Did you e-mail with your children?**

7      A.   I don't remember.  I don't remember.

8      **Q.   Did you -- When you would e-mail with family**

9   **members or friends, did you speak about your case via**

10  **e-mail?**

11      MR. STARR:  Objection:  form, foundation.

12  BY THE WITNESS:

13      A.   Probably.

14      **Q.   Who would you e-mail about your case?**

15      A.   Like I said, I was -- I remember e-mailing

16  girls.  That's all I remember.

17      **Q.   When you would e-mail those girls, would you**

18  **talk about your case?**

19      MR. STARR:  Objection:  form, foundation, calls for

20  speculation.

21  BY THE WITNESS:

22      A.   Probably.

23      **Q.   Okay.  When you would e-mail with Ms. Sanders,**

24  **do you recall specifically referencing your case?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 156

1      MR. STARR:  Form, foundation, speculation.

2  BY THE WITNESS:

3      A.   I don't even remember if I was e-mailing with

4  her because I used to call her.

5      **Q.   I know we talked about this a little bit**

6  **earlier.  I just want to make sure I've got the timeline**

7  **correct.  So prior to retaining Ms. Blagg as counsel,**

8  **had you, either through a private investigator or your**

9  **father, been attempting to obtain affidavits from**

10 **Ms. Friend, Mr. Cooper, and Mr. Wade?**

11     MR. STARR:  Form, foundation, asked and answered.

12 BY THE WITNESS:

13     A.   Yes.

14     **Q.   Okay.  Let me go back to Exhibit 3 real quick.**

15 **It is the affidavit of your father.**

16     A.   Okay.

17     **Q.   This one (indicating).  Okay.**

18     MR. STARR:  Before you -- Could I just hear the

19 last question again?

20     MS. WEST:  Sure.

21                    (Record read as requested.)

22     MR. STARR:  Thank you.  Appreciate it.

23 BY MS. WEST:

24     **Q.   Okay.  So on Exhibit 3, the first page,**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 157

1   **Paragraph 6, do you see the name Joe Mahr?**

2       A.   Paragraph -- Yeah.

3       **Q.   Okay.  Do you know who that individual is?**

4       A.   I think that was one of Mr. Cohn's

5   investigators.

6       **Q.   Okay.  Do you see Paragraph 7 here?  "After**

7   **Jim's post-conviction was filed, I kept trying to find**

8   **all three witnesses," period.**

9           **Did you direct your father to specifically**

10  **attempt to locate all three witnesses following your**

11  **conviction in 2005?**

12      MR. STARR:  Form, foundation, and I believe that

13  was asked and answered.

14  BY THE WITNESS:

15      A.   No.

16      **Q.   Did you have a conversation about your**

17  **father's efforts following 2005 to locate these**

18  **individuals?**

19      MR. STARR:  Same -- Same objections.

20  BY THE WITNESS:

21      A.   No.

22      **Q.   Never -- You never had any conversation with**

23  **your father from 2005 until 2020 about him trying to**

24  **locate Ms. Friend?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 158

1      MR. STARR:  Form, foundation, calls for

2   speculation.

3   BY THE WITNESS:

4      A.   Through Frederick Cohn, yes.  What you -- When

5   he was working for Frederick Cohn, yes.

6      **Q.   Okay.**

7      A.   Frederick Cohn was sending him to try to find

8   her.

9      **Q.   And you specifically talked to your father**

10  **about that?**

11     A.   I don't remember.  I probably did.

12     **Q.   Okay.  Do you recall having conversations with**

13  **your father specifically about locating Mr. Cooper?**

14     MR. STARR:  Same objections.

15  BY THE WITNESS:

16     A.   I don't remember, but I probably did.

17     **Q.   Do you know if it took your father multiple**

18  **attempts to locate each one of these witnesses?**

19     MR. STARR:  Form, foundation.

20  BY THE WITNESS:

21     A.   I don't know.

22     **Q.   Who's Susan Swanson?**

23     A.   Private investigator.

24     **Q.   Do you independently recall her involvement in**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 159

1    **your investigation following your conviction?**

2         A.   Yeah.

3         **Q.   What did she do?**

4         A.   She went to look for the witnesses.

5         **Q.   Specifically, what witnesses?**

6         MR. STARR:  Form, foundation, speculation.

7    BY THE WITNESS:

8         A.   I'm guessing all of them.  I don't remember.

9         **Q.   Are you aware if Ms. Swanson ever made contact**

10   **with any of the witnesses?**

11        A.   Yes, she did.

12        **Q.   Which witness?**

13        A.   I think Sheenee Friend.

14        **Q.   And who did you learn that information from?**

15        MR. STARR:  If you learned it from an attorney or

16   from an investigator working for an attorney in an

17   attorney's presence, don't -- instruct you not to

18   answer.

19        THE WITNESS:  Yeah.

20   BY THE WITNESS:

21        A.   I don't know.

22        **Q.   Okay.  Who is Dana Holland?**

23        A.   A private invest- -- private investigator that

24   worked for Susan Swanson.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 160

1      Q.    And do you have an understanding as to
2    Ms. Holland's involvement?
3      A.    It's a he.  Yes.
4      Q.    Thank you.
5            Okay.  What's your understanding?
6      A.    He's an investigator that worked for
7    Susan Swanson.
8      Q.    And specifically, what did he do?
9      MR. STARR:  Speculation.
10   BY THE WITNESS:
11     A.    Locate witnesses.
12     Q.    Do you know if he located any of the witnesses
13   in this case?
14     MR. STARR:  Speculation.
15   BY THE WITNESS:
16     A.    Sheenee Friend.
17     Q.    Was that at your direction or your father's
18   direction?
19     MR. STARR:  Speculation.
20   BY THE WITNESS:
21     A.    I think an attorney.
22     Q.    But you were aware that your father was
23   actively trying, either himself or through an
24   investigator, to locate Ms. Friend, Mr. Cooper, and

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 161

1  **Mr. Wade, right?**

2       MR. STARR:  Asked and answered.

3  BY THE WITNESS:

4       A.    Through Frederick Cohn, yes.

5       **Q.    Okay.  All right.  Bear with me because I'm**

6  **going to try to pull up some audio recordings.**

7       MS. WEST:  Are we good on time?

8       THE VIDEOGRAPHER:  Yeah.  We still have about

9  40 minutes -- 30 minutes.

10      MS. WEST:  Okay.  Do you guys need a break before I

11 do this?  Because it'll take me a second.

12      MR. STARR:  Sure.  Let's take a five-minute break.

13      MS. WEST:  Okay.

14      THE VIDEOGRAPHER:  Okay.  Then I'll just switch.

15          Okay.  We are going off the video record at

16 1:51 p.m., and this is the end of Video Media 3.

17                     (A short break was had.)

18      THE VIDEOGRAPHER:  We are back on video record at

19 2:03 p.m., and this is the beginning of Video Media 4.

20      MS. WEST:  All right.  Do we want to mark these as

21 an exhibit even though it's an audio?

22      MR. STARR:  (Nodding.)

23      MS. WEST:  Okay.  Then let's mark this first audio

24 call -- It's from May 6th, 2018, and we'll mark it

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                              Page 162
 1   Exhibit 7.
 2        MR. STARR:  Counsel, before you --
 3        MS. WEST:  Sure.
 4        MR. STARR:  -- play this, are you going to identify
 5   all the calls?  Are you playing more than one call
 6   today.
 7        MS. WEST:  Mm-hmm.  I will.
 8        MR. STARR:  Okay.  Are you going to identify all of
 9   them?
10        MS. WEST:  Yeah, I will ahead of time.  But if you
11   want me to tell you them now, I can.
12        MR. STARR:  Yeah, could you?
13        MS. WEST:  Sure.  All right.  So the May 6th one is
14   the first one.
15             The second one is going to be March 15th,
16   2019.  That will be 8 -- Exhibit 8.
17        MR. STARR:  Exhibit 8.  Okay.
18        MS. WEST:  Exhibit 9 is going to be March 15th,
19   2019.
20             10 -- Hang on.  What did I just tell you?
21        MR. STARR:  March 15th, 2019.
22        MS. WEST:  Okay.  Then 10 is going to be May 16th,
23   2018.
24             And the last one will be 11, which is
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 163

1  October 12th, 2018.

2           And I'll try to time them out, like tell you

3  where I am on the call.

4      MR. STARR:  Yeah, that was -- My next question is,

5  are you intending to play the entirety of the call?

6      MS. WEST:  I'm not.

7      MR. STARR:  Okay.  I am going to submit to the

8  record that we have an outstanding interrogatory request

9  for you to identify what calls you're going to use in

10  litigation.  That has gone unanswered for, I think, six

11  months.

12      MS. WEST:  Okay.

13      MR. STARR:  And I'm -- I'm not going to let him

14  answer questions about these calls because we haven't --

15  they haven't been identified, and we haven't had an

16  opportunity to review them in preparation for today.

17      MS. WEST:  So I am definitely willing -- If you

18  want to stop, we'll take a break, and I'll let you

19  listen to the -- Because I'm talking like 15 seconds

20  here, 10 seconds here, 20 seconds here.  If you'd like

21  to listen to them all with him ahead of time and then we

22  go back on the record and ask the questions about them.

23      MR. STARR:  I can -- I can -- Where are we going to

24  do this?  I mean, I just -- I --

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 164

1      MS. WEST:  Yeah.  If you guys want to go in the

2  room next door, if you want me to set you up in an

3  office across the hall.

4      MR. STARR:  I mean, I'm not trying to, like, call

5  you out.  I just -- I feel like it's somewhat of a

6  sandbagging moment to have an outstanding interrogatory

7  that hasn't been answered.  And -- and I understand that

8  I wasn't actually -- I didn't have an appearance in the

9  case when these calls were litigated, but it's my

10  understanding that -- that part of the litigation had to

11  do with the burden.  Part of the Court's consideration

12  and part of defendants' limitation on what calls they

13  were seeking was because of the burden involved in

14  listening to, hiring people to listen to, and log all

15  the calls, which, you know, obviously you guys as a firm

16  know what that costs, and we know what it costs.  And

17  that's why the interrogatories were issued, and they

18  just have gone unanswered.  And so to now be -- you

19  know, have to take a break from the deposition on a

20  Friday afternoon and prep my client and talk to my

21  client about what's on the calls and, you know, have one

22  opportunity to review them, I don't know -- I don't

23  think that's fair.

24      MS. WEST:  Okay.  Well, in response, they're his

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 165

1   calls.  Like, he's on all of them, so he should know

2   what he said when he said it.  And, second of all, I'm

3   not trying to sandbag.  That's why I'm giving you the

4   opportunity to listen to, probably in total, less than

5   five minutes of calls --

6          MR. STARR:  Okay.

7          MS. WEST:  -- ahead of time.

8          MR. STARR:  In regards to your first point there, I

9   mean, I -- I think that's it's preposterous to think

10  that people remember all the calls that they have, so --

11  I mean, I don't remember all the calls that I have this

12  week, so ...

13         MS. MORRISON:  Well, sure, but these have been

14  produced in litigation, so you can't act surprised that

15  he's going to be questioned about his IDOC calls at his

16  deposition.

17         MR. STARR:  Except when there's an outstanding

18  interrogatory that's yet to be answered.  You can act

19  surprised because if you guys had served an

20  interrogatory on us asking us to identify what calls we

21  were going to use and if I was planning on using them, I

22  would have identified it in advance.

23         MS. MORRISON:  What is the date of the outstanding

24  request?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 166

1      MR. STARR:  It's right here.  I'll show it to you.

2      MS. WEST:  And then you -- Just for the record, you

3   guys --

4      MR. STARR:  And -- and we propounded on the City

5   and individual defendants.  The date of the request --

6   The date of the answer -- There doesn't appear to be a

7   date on it.  But it's -- it's Defendant Officers'

8   Answers to Plaintiff's Second Set of Interrogatories,

9   and there's two different interrogatories.  The first

10  one is in response to our request to admit asking us if

11  you are using any audio recording that supports your

12  denial beyond -- If you answered it with anything beyond

13  unequivocal admit, please identify each audio recording

14  that supports your denial.  And then it asks for each

15  recording.  Please identify the recording by time, date,

16  and file name.  Identify each speaker on the recording,

17  describe the substance of the recorded conversation, and

18  identify any documents related to the recording.  And

19  the answer is essentially -- and I'm summarize -- we

20  haven't listened to them yet.  Fair enough.  But this

21  was propounded months ago.

22          The second interrogatory is a request much

23  more broadly by -- that asks for, Please identify any

24  and all audio recordings of any telephone call which you

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 167

1  intend to rely on in this litigation or that you contend

2  supports or rebuts any party's claimed defense in this

3  case.  For each such audio recording, then we ask for

4  the same list of things.  And we say, Please be advised

5  that plaintiff intends to move to bar in later

6  litigation and at trial any reference to recordings that

7  are not identified in the response to these

8  interrogatories.

9          So in response to the City's contention, I

10 am -- I am surprised because they -- these were never

11 answered and we assumed that you were not going to use

12 any.

13     MS. WEST:  Well, I think that's, like, disingenuous

14 to say that because you had him review an IDOC call

15 before today's dep.

16     MR. STARR:  I had him review a IDOC call that --

17 that your co-counsel identified in an e-mail.  That's

18 the one that I had him review.

19     MS. WEST:  That he was going to be questioned about

20 today?

21     MR. STARR:  No.  I had him -- Because of what your

22 co-counsel said the -- this phone call -- what was on

23 the phone call.  The representation that your co-counsel

24 made in the e-mail was -- was incorrect, and I -- and

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 168

1    I -- I listened to it, and I wasn't sure, and I asked

2    him to listen to it and make sure that he understood the

3    same way that I did.  So that was in reference to one

4    call that was identified.

5          MS. WEST:  Okay.

6          MR. STARR:  So -- So one call that was identified

7    was falsely represented, and I wasn't going to get into

8    that, but that's in response to the earlier question.  I

9    think it's fair why you asked that.  That's what that

10   was.

11         MS. WEST:  Okay.  I -- I -- I know nothing about

12   that communication, I'm assuming, with Brian.

13         MR. STARR:  Yeah.  So in an e-mail, he identified a

14   phone call where he -- he said certain things were said

15   on -- on the --

16         MS. WEST:  Okay.

17         MR. STARR:  -- phone call, and those were not said

18   on the phone call.

19         MS. WEST:  Okay.

20         MR. STARR:  So --

21         MS. WEST:  Fair enough.  So let me just make sure I

22   understand your position correctly, because I thought

23   initially you said that the interrogatory asked for us

24   to identify specifically what calls were going to be

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 169

1    used with what witness.

2        MR. STARR:  They ask what calls you may use in the

3    litigation.

4        MS. WEST:  Okay.  So not with each witness?

5        MR. STARR:  I can -- I can show -- I can show you

6    what your responses were.

7        MS. WEST:  No, no, I -- I -- I believe you.  I take

8    your word --

9        MR. STARR:  Okay.

10       MS. WEST:  -- for -- on it.

11       MR. STARR:  Okay.

12       MS. WEST:  I'm just trying to understand exactly --

13       MR. STARR:  Sure.

14       MS. WEST:  -- what you meant.  Like ahead of each

15   deposition we were required based on your interrogatory

16   to tell you what calls we wanted to use?

17       MR. STARR:  I mean, I think that -- that the

18   interrogatory asks for you to identify which calls you

19   want to use in the litigation, and the only -- the only

20   calls that have been identified, as far as I understand

21   it, in this litigation are in that e-mail from Brian,

22   and they were not an e-mail -- And I don't mean --

23       MS. WEST:  Yeah.

24       MR. STARR:  -- to dive into the e-mail, but they

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 170

1    were -- they were in an e-mail conferral that we were

2    having about a different set of phone calls.

3         MS. WEST:  Okay.

4         MR. STARR:  And they were in reference to a call

5    that Mr. Fletcher made.  And the representation, in my

6    opinion, is incorrect.  So the one call that I think was

7    identified was falsely -- falsely represented.

8         MS. WEST:  Okay.

9         MR. STARR:  I'm not -- I'm not saying he did it on

10   purpose.

11        MS. WEST:  Yeah.

12        MR. STARR:  You know, these are --

13        MS. WEST:  That's fine.

14        MR. STARR:  -- these are other people's phone

15   calls, and we're diving into other people's phone calls,

16   and obviously, there's some -- some degree of

17   interpretation that occurs when that happens.  So I'm

18   just pointing that out, the one call that I think that's

19   actually been identified in advance is a call that was

20   identified to say one thing that it doesn't even say.

21        MS. WEST:  Okay.  A couple things.  I don't think

22   just because there's an outstanding answer or a need to

23   supplement an answer --

24        MS. MORRISON:  Well, it sounds like there was an

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 171

1    answer.

2         MS. WEST:  Right.

3         MS. MORRISON:  It just sounds like you weren't

4    satisfied with the answer.

5         MS. WEST:  It doesn't mean --

6         MS. MORRISON:  It's not like we didn't answer the

7    interrogatory.

8         MR. STARR:  I mean, you didn't answer the

9    interrogatory.  You answered that you haven't basically

10   read -- you haven't reviewed the -- the phone calls.  I

11   mean, I can read the answer to the --

12        MS. MORRISON:  I'm just trying to say for the

13   record --

14        MS. WEST:  Yeah.

15        MS. MORRISON:  -- it's not that there was

16   outstanding interrogatories that were never responded

17   to.

18        MR. STARR:  No, they were responded to, but they

19   weren't -- they weren't answered.

20        MS. WEST:  You mean they weren't --

21        MR. STARR:  The questions --

22        MS. WEST:  Well, they were answered.

23        MS. MORRISON:  They were answered.

24        MR. STARR:  The interrogatory that was propounded

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 172

1    asked you to identify recordings, and the answer is --

2        MS. MORRISON:  Well, I think there's objections to

3    the interrogatories is an initial point, so ...

4        MR. STARR:  Of course there's objections.

5        MS. MORRISON:  I'm just saying, if this is an issue

6    that has not -- Has there been meet and confers on this?

7    I mean, I don't actually know.  So I'm just asking, have

8    there been meet and confers as to the -- in such a

9    response by the defendants?

10       MR. STARR:  I have not been part of a meet and

11   confer, but that doesn't change the fact that there's --

12   there's an outstanding request --

13       MS. WEST:  Yeah.

14       MR. STARR:  -- that hasn't been answered, and then

15   we're sitting here today and the calls are now being

16   presented.

17       MS. WEST:  Right.

18       MS. MORRISON:  Well, that's not true.  They've been

19   answered.  They were objected to.  You haven't followed

20   up as to a meet and confer on it.

21       MR. STARR:  You said that on the record a couple

22   times.  I think that's clear.

23       MS. WEST:  Yeah, so her -- her point is basically,

24   like, we don't think that you can instruct him not to

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 173

1    answer, not allow us to question on it if we haven't had

2    a meet and confer over the issue when we did answer the

3    interrogatory.  Right?

4        MS. MORRISON:  Yeah.

5        MS. WEST:  That's your point?

6        MS. MORRISON:  That's my point.

7        MR. STARR:  And I -- Like I said, I don't know for

8    sure whether or not there has been -- because I think

9    this was propounded before -- I believe before I had an

10   appearance in the case.

11       MS. WEST:  Okay.

12       MR. STARR:  I don't know whether or not there has

13   actually been a meet and confer.  That's what I said for

14   the record.

15       MS. WEST:  Fair enough.

16       MR. STARR:  Maybe there has been.  I'm not sure.

17       MS. WEST:  Not the one that I've been a part of.

18   But I do know the one I deposed with Sanders, we used

19   the phone calls, and there was no objection made.  And I

20   can check the dates for you on whether this was in

21   existence at the time or not.

22       MR. STARR:  Okay.

23       MS. WEST:  And not to mention -- Sorry.  One more

24   point --

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 174

1      MR. STARR:  Sure.

2      MS. WEST:  -- just for the record.  There were

3  others that I was planning on calling -- or playing that

4  I didn't, but some of the ones that I'm playing are

5  directly related to some of the comments that he said,

6  like, today, that he has said today, in rebuttal and/or

7  furtherance of his testimony here today.  So I don't --

8  I don't think that there are going to be a ton of

9  surprises in what I'm playing.  And, again, if you want

10  to take the opportunity to review them, I think that

11  eliminates the sandbagging, if you think I'm sandbagging

12  right now.  Not to mention the fact that I don't think

13  we're at issue on this and that you can tell us we can't

14  play them.

15      MR. STARR:  Well, I can instruct him not to answer

16  and then we can call the judge.  I mean, I can do that,

17  and I might do that.

18      MS. WEST:  Okay.

19      MR. STARR:  I'm -- I'm happy to take a break and

20  confer with my client.

21      MS. WEST:  Yeah, that's fine.

22      MR. STARR:  I don't -- I don't -- I don't know if I

23  have enough time to properly listen to the calls, digest

24  them, and -- and confer with my client.  I don't -- I

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 175

1    don't know if I do or not, but I'm happy to take a break

2    and talk to my client about that.

3          MS. WEST:  Sounds good.

4          MR. STARR:  Okay?

5          MS. WEST:  Okay.  We'll go off.

6          THE VIDEOGRAPHER:  All right.  We are going off the

7    video record at 2:14 p.m.

8                        (A short break was had.)

9          THE VIDEOGRAPHER:  We are back on video record at

10   2:30 p.m.

11         MR. STARR:  So plaintiff's -- Plaintiff has

12   considered your offer, and we have a counterproposal;

13   and as -- We -- We mentioned this off the record but

14   we're going to put it on the record now.  Plaintiff's

15   counterproposal is this:  We have a outstanding

16   interrogatory request for defendants to identify the

17   calls they intend to use in litigation.  It's our

18   position that that has not been answered.  Defendants'

19   counsel has represented there has not been a meet and

20   confer on the issue.

21               We still -- It's plaintiff's position that we

22   still have that discovery request out there, and that it

23   has not been answered; and therefore, we're not going to

24   answer questions about phone calls in advance -- in

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 176

1    advance of those phone calls being identified.  That's

2    why we served the interrogatory in the first place.

3            Our counterproposal is if defendants identify

4    the time signatures for the -- the five dates that --

5    phone calls that they already identified on the record,

6    we will have -- I will have my co-counsel review those

7    separate from this deposition; and while those are being

8    reviewed by my co-counsel, you can continue to ask

9    whatever other questions you have that are not

10   specifically about the calls so that we don't waste

11   anyone else's time on a Friday afternoon.  And then

12   we'll take a break, and I'll confer with my co-counsel

13   about the calls.

14           I won't -- I'm not making any assurances that

15   we'll be able to answer questions about those today

16   because I don't know what the call -- what is on the

17   calls.  You know, part of the issue when these calls

18   were litigated was that they were -- they were overly

19   burdensome and that reviewing the calls takes money and

20   time.  That was front and center of the litigation,

21   and -- and I think that's still at issue here today, and

22   that's -- that's why we have not reviewed the calls.

23   And so we issued the interrogatory asking to identify

24   them so that we could review them in advance of a

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 177

1    deposition.  That hasn't happened, and so we are -- find

2    ourselves at this juncture today.

3            That's our counterproposal.  I understand that

4    you're -- you're not going to accept it, but I'm happy

5    to let you put that on the record.

6       MS. WEST:  Thank you.  Yeah, just for the record,

7    counsel and I conferred.  We've all conferred about it.

8    But yeah, it's our position that we did answer the

9    interrogatory.  There's been no objection to our answer

10   and request for a meet and confer over how we answered

11   the interrogatory; therefore, we're not at issue with

12   the interrogatory.  The calls have been disclosed for --

13   and produced for -- I mean, I don't know if it's been

14   years, but it's definitely been over a year, if not

15   longer, so I don't think the objection is properly

16   lodged.

17           And then with regard to the counterproposal, I

18   think that we're not willing to accept the

19   counterproposal because we don't know that you're

20   actually going to still let us ask questions about it,

21   so what's the point of having the review?  Obviously,

22   the review would be to prevent any sandbagging that you

23   think is happening.  But if we're still not allowed to

24   question about the calls, I don't really understand the

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 178

1    point or what the objection would be.  So we're not

2    willing to consider the counterproposal.  And we think

3    that any objection to instruct the witness not to answer

4    based on the content of the phone calls or the questions

5    about the phone calls would be improper unless it's some

6    sort of an attorney-client-communication privilege that

7    you're asserting and telling him not to answer.

8         MR. STARR:  Yeah, and I don't even know if that's

9    the case or not --

10        MS. WEST:  It's not.

11        MR. STARR:  -- because I know there were some calls

12   that were between the attorneys.  So, you know, our

13   position, again, is that we've -- you know, we --

14   we propounded that interrogatory upon defendants.  You

15   refused to answer it.  And the whole point of that was

16   to eliminate, you know, being sandbagged.  And I know

17   it's a term we're throwing around today.  I don't -- I

18   don't mean to overuse it.  But, you know, without having

19   those calls being identified in advance, it's very

20   difficult for me to know whether or not I'll have --

21   I'll have the time to properly digest them.

22            My suggestion in having my colleague do it off

23   the record was a time-saving, efficiency suggestion

24   based on the fact that it's a Friday afternoon, and I'm

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 179

1  sure you have other questions that don't relate to the

2  calls.  But, you know, I understand that you're not

3  accepting that.  So our intention is to not answer

4  calls -- or not -- not answer questions specifically in

5  reference to the phone calls.  And if you think we need

6  to call the Court, then we can call the Court and see

7  what the judge has to say on that.

8      MS. WEST:  Yes, I do think we should call the

9  Court.

10          One further thing:  No, I did not intend on --

11  There was only one call that was produced with counsel,

12  with Ms. Blagg, and I am not asking about that call.  So

13  this was strictly communication with family members or

14  friends, so ...

15     MR. STARR:  Thanks for that clarification.

16     MS. WEST:  Yeah.  Okay.  Do we want to call her on

17  the record?

18     MR. STARR:  I think so.

19     MS. WEST:  Catherine, do you have anything else to

20  add before we --

21     MS. MORRISON:  No.  Just that I join obviously

22  Ms. West in the objections and that -- Just to clarify,

23  it wasn't that we refused to answer.  They've been

24  answered.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 180

1      MS. WEST:  Okay.

2      MR. STARR:  Oh, and I just -- For the purpose of

3   the record, you're -- you were -- you asked earlier what

4   the -- the date.  There was a date that --

5      MS. WEST:  Oh, thanks.

6      MR. STARR:  -- you guys answered that.

7      MS. WEST:  Yeah.

8      MR. STARR:  It was December 29th of 2022.

9      MS. WEST:  December 29th, '22.  Thank you.

10          All right.  Let's see who we can get today,

11   guys.

12      MR. STARR:  It's not like there's a holiday next

13   week or anything.

14      MS. WEST:  Let's see.  Should we do -- Well, I

15   guess that's our only option -- the courtroom deputy?

16          Okay.  Right?  Any other suggestions?  That's

17   all that they've got a number for.  Yeah.

18      MR. STARR:  I -- I think that's probably our best

19   bet.

20      MS. WEST:  Okay.

21              (WHEREUPON, a call to the Court was

22              made.)

23      MS. WEST:  Hi.  My name is Allyson West.  I'm

24   calling regarding the James Fletcher case,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 181

1   James Fletcher versus City of Chicago.  It's 20 C 4768.

2   I am here with counsel for the plaintiff, Mr. Starr;

3   counsel for the City; and a court reporter; and

4   Mr. Fletcher himself.  We are doing his deposition, and

5   we have a dispute that we would like to bring to the

6   Court's attention for some assistance.  I will also send

7   you a e-mail with this information.  If you could give

8   me a call, my cell phone number is the best way to reach

9   me, which is (812) 595-0425.

10              Anything else to add?

11     MR. STARR:  No.  That's -- Plaintiff -- You know,

12  again, we're waiting to hear from the judge, and I think

13  we'll proceed with the deposition as best we can without

14  an answer on the issue.

15     MS. WEST:  Okay.  Thank you.

16              Okay.  All right.  Let me shoot her a quick

17  e-mail.

18              Do you want to go off the record for this

19  part?

20     THE VIDEOGRAPHER:  Okay.  We are going off the

21  video record at 2:38 p.m.

22                    (A short break was had.)

23     THE VIDEOGRAPHER:  We are back on video record at

24  2:42 p.m.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 182

1      MR. STARR:  Do you -- Do you want to say anything

2   about --

3      MS. WEST:  Oh, sure.  So we just -- Well, we were

4   on the record when we called and left a voicemail.  I

5   also sent an e-mail correspondence to the courtroom

6   deputy cc'ing all counsel kind of articulating that we

7   needed the Court's assistance, that we've reached a -- a

8   dispute.

9      MR. STARR:  Okay.  Thank you, Allyson.

10      MS. WEST:  And we'll continue with the deposition

11   as far as we can get and see what they do.

12      MR. STARR:  Appreciate it.

13      MS. WEST:  Okay.  Mr. Fletcher, thank you for your

14   patience.

15   BY MS. WEST:

16      **Q.   All right.  So I know we've -- we've touched**

17   **on this briefly.  But when were you arrested relative to**

18   **the felony murder that took place in 1979?**

19      A.   When was I arrested?

20      **Q.   Yes, if you recall.**

21      A.   October '79.  I'm not sure.

22      **Q.   Okay.  And how old were you at the time?**

23      A.   16.

24      **Q.   And the -- the -- the facts of the underlying**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 183

1    crime relate to a robbery and subsequent murder of a gas

2    station attendant or a convenient store attendant; is

3    that right?

4         A.   Yes.

5         Q.   Did you plead to that offense, sir?

6         A.   Yes.

7         Q.   Since you were 16 at the time, were -- if you

8    had moved forward to trial, was it your understanding

9    you would be --

10        A.   Tried as an adult.

11        Q.   -- tried as an adult?

12        A.   Yes.

13        Q.   Sorry.  Is that a yes?

14        A.   Yes.

15        Q.   Okay.  Did you have private counsel for

16   that -- that criminal case?

17        A.   I think I did, yeah.

18        Q.   Do you recall who your private counsel was?

19        A.   No.

20        Q.   What did you plead to?

21        A.   I think first-degree murder.

22        Q.   Did you also plead to a separate count for

23   robbery?

24        A.   Probably.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 184

1      MR. STARR:  Objection:  form, foundation.

2  BY THE WITNESS:

3      A.   I don't know.  Probably.

4      Q.   Okay.  What --

5      A.   Attempted robbery.

6      Q.   Okay.  What were you -- What time were you

7  sentenced to?

8      A.   22 years.

9      Q.   And how much of that 22 years did you serve?

10     A.   Ten years, nine months.

11     Q.   And you told me this before.  You were

12  released on July 25th, 1990, correct?

13     A.   Yes.

14     Q.   And that was just months before the

15  Willie Sorrell murder, correct?

16     A.   Yes.

17     Q.   Were you arrested in May of '91 for an

18  unlawful possession of a weapon?

19     A.   '91?  Yes, I think so.

20     Q.   Okay.  What happened to that -- that arrest?

21     A.   I think I took supervision.

22     Q.   Do you recall how long the supervision was

23  for?

24     A.   I think a year.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 185

1      Q.   Okay.  And then you were arrested again in
2   November of 1991 for an armed robbery; is that correct?
3      A.   I think December -- December 1st, if I'm not
4   mistaken.
5      Q.   Did the case go to trial?
6      A.   Yes.
7      Q.   Was it a jury trial or a bench trial?
8      A.   Bench.
9      Q.   And the judge found you guilty?
10     A.   Yes.
11     Q.   Did you testify?
12     A.   No.
13     Q.   Did you have a private attorney?
14     A.   Yes.
15     Q.   Do you recall who the private attorney was?
16     A.   Richard Kloak.
17     Q.   Did you have a gun during the underlying
18   robbery of that incident?
19     A.   No.
20     Q.   Okay.  Was anyone relative to the -- the
21   robbery armed at the time?
22     A.   No.
23     Q.   Okay.  But, yet, you were charged with armed
24   robbery?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 186

1      A.   Yes.

2      Q.   How much time were you sentenced to?

3      A.   25 years.

4      Q.   Do you -- You were still serving time for the

5   armed robbery from 1991 when you were arrested for the

6   homicide of Willie Sorrell, correct?

7      A.   Yes.

8      Q.   Okay.  So you roughly served ten years -- a

9   little over ten years?

10     A.   Yes.

11     Q.   December '90- -- Okay.

12     A.   '91, 2000, yes.

13     Q.   And how much longer -- At the time that you

14  were arrested for the Willie Sorrell homicide, how much

15  longer did you anticipate serving on the armed robbery,

16  if you know?

17     A.   Up until 12 and a half.  Of 25, you do half,

18  so 12 and a half.

19     Q.   Okay.  So did you have a scheduled parole date

20  at the time you were arrested for the Sorrell homicide?

21     A.   Yes.

22     Q.   Do you know when it was?

23     A.   No, no.

24     Q.   So I guess based off that math, you at least

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 187

1      had, what, a couple more years to serve --

2          A.   Yes.

3          Q.   -- before you would be paroled relative to the

4      armed robbery?

5          A.   Yes.

6          Q.   Okay.  1991 -- December of '91 were you also

7      arrested for possession of a stolen vehicle?

8                       (Telephone interruption.)

9          MS. WEST:  Sorry.  Let me stop you really quick.

10         MR. STARR:  Do you want to go off the record?

11         MS. WEST:  Yeah, let's go off -- Or -- Yeah, let's

12     go off the record.  Sorry.

13         THE VIDEOGRAPHER:  We are going off the video

14     record at 2:48 p.m.

15                  (A short break was had.)

16         THE VIDEOGRAPHER:  We are back on video record at

17     2:50 p.m.

18         MS. WEST:  Okay.  For the record, we are on a phone

19     call with Judge Wood's courtroom deputy, and we have

20     articulated a little bit about what our dispute is and

21     the fact that we're in the middle of plaintiff's

22     deposition.

23              Do you want me to rehash everything, Sean, for

24     the record?  I mean, we've rehashed it.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 188

1          MR. STARR:  Maybe we should.

2          MS. WEST:  Okay.  All right.  So -- So far, just

3     for the record, I've indicated that we are at issue

4     because I intended to ask questions related to Illinois

5     Department of Corrections phone calls, and counsel is

6     objecting to us asking him questions about the phone

7     calls because they are saying that our answer to the

8     interrogatory that they lodged asking us to identify any

9     and all IDOC phone calls that we planned on relying on

10    throughout the course of the litigation is deficient.

11    We have had communications back and forth about how we

12    want to deal with this.  I offered for them to -- to

13    listen to the phone calls right here and there and --

14    prior to asking questions about them and then we go back

15    on the record and we ask questions about them.

16              There's been no meet and confer over the

17    interrogatory.  I don't think we're at issue on the

18    interrogatory.  Nobody has ever raised that with defense

19    counsel, but it's a deficient answer.  Plaintiff's

20    counsel gave a counterproposal that somebody at his

21    office would listen to the phone calls that we've

22    identified.  There's five of them.  And there's only,

23    like, I'd say, like, anywhere from like 15 seconds to a

24    minute on each call that I was planning on playing, that

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 189

1    somebody from plaintiff's office would listen to the

2    call and then they would make a determination as to

3    whether or not they thought we were -- should be allowed

4    to ask questions about the calls.

5            We are not in agreement with that counter

6    dispute -- or counterproposal because we don't really

7    understand what the basis of the objection would be.

8    And plaintiff's counsel said he would instruct his

9    client not to answer anything with regard to the IDOC

10   phone calls at this point in time because of the -- the

11   interrogatory and the lack of the review of the calls

12   ahead of time.

13           And then I'll let Sean say anything else.

14       MR. STARR:  Yeah, I think that's -- This is

15   plaintiff's counsel, Sean Starr.  I think that's largely

16   correct.  I -- I want to address a couple points.  One

17   is that there's actually two outstanding

18   interrogatories, not -- not a single interrogatory.  Two

19   is that the interrogatories request that they identify

20   the calls they intend to rely on in this litigation.

21   And furthermore, one of the interrogatories states that

22   if they don't identify them, we intend to -- to -- to

23   bar them.

24           And their answer is -- is that it's premature.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 190

1  Their answer is that because these were tendered shortly

2  after the calls were -- were produced in discovery,

3  their answer is that it's premature to assume that

4  they've listened to them, and they never answered the

5  interrogatory beyond saying that they're -- that they

6  object and that they're pre- -- it's too premature.

7          So our position is that this is -- this is --

8  we're being sandbagged.  We, you know, are happy to

9  answer questions about the calls generally or about

10 his -- his case generally, and he's been answering these

11 questions all day.  But we feel as though given the

12 outstanding interrogatory, we -- We expected an actual

13 answer to the interrogatory before we have to respond to

14 any questions about it in a deposition or at trial or

15 any other point.

16         The other point I would make is that our

17 counterproposal was fairly characterized by Ms. West.

18 The point of it was, is that since it's Friday

19 afternoon -- now it's almost 3:00 o'clock -- my proposal

20 was that we continue with the deposition while -- if

21 they identify for us the parts of the calls that they

22 were going to play, I would have my co-counsel review

23 them separate from the deposition; then I would confer

24 with my client, and we can determine whether or not we

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 191

1    needed additional time or if we could just answer them

2    today.  I thought that was a solution that was both

3    addressing their concerns about wanting to ask questions

4    about the calls and about the -- the timeliness and the

5    fact that it's a Friday afternoon.  And so that's where

6    we find ourselves.

7            And we called the judge because I don't -- I

8    think that -- I don't think my client has to answer

9    questions about these calls because they've refused to

10   answer the interrogatory.

11       MS. WEST:  And I think that the urgency here today

12   was mainly for the fact that Mr. Fletcher is here, and

13   he's been here for some time, and we would like to not

14   have to bring him back a second day to be mindful of his

15   time and --

16       MS. MORRISON:  And Catherine Morrison for the City.

17   We join in Ms. West's statements but also to note that

18   beyond Mr. Starr's representation that the interrogatory

19   response was just that it was premature, the defendants

20   also objected that the interrogatories, the two, were

21   improper as it sought the defendants' work product and

22   that it improperly seeks the defendants to identify how

23   they may use recordings to rebut in- -- to rebut

24   evidence that may be introduced at trial.  So just for

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 192

1   the record, that was the -- also the other bases for the

2   objection.

3       MR. STARR:  Yeah, and I -- and I will say for the

4   record that in other cases we've tendered these same

5   interrogatories and got actual responses, so that's what

6   we -- we assumed we were going to get in this case, and

7   we haven't got that.

8       THE DEPUTY:  Okay.  So I've written down that

9   information.  I am going to forward that over to the

10  judge and then give you guys a quick call back to see

11  how she would like to proceed.  Okay?

12      MS. WEST:  Thank you very much.

13      MS. MORRISON:  Thank you.

14      THE DEPUTY:  Sure.  Thank you.

15      MS. WEST:  Okay.  We're still on, right?

16      THE VIDEOGRAPHER:  Mm-hmm.

17      MS. WEST:  Okay.  Do you want to just stay on and

18  we'll keep plowing through?

19      MR. STARR:  Works for plaintiff.

20      MS. WEST:  All right.

21      MS. MORRISON:  Let's do it.

22      MS. WEST:  All right.  Mr. Fletcher, sorry.  Let's

23  keep going here.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 193

1    BY MS. WEST:

2        Q.    All right.  I think that the last question

3    that I had for you was, were you arrested for possession

4    of a stolen vehicle in December of 1991?

5        A.    I'm not sure if it says in the record.  Yes, I

6    guess.

7        Q.    Do you recall being arrested for possession of

8    a stolen vehicle at any point in your life?

9        A.    Yeah.

10       Q.    Okay.  Is this prior to being picked up for

11   the armed robbery in 1991?

12       A.    I don't remember.

13       Q.    Okay.  Do you know what happened to that

14   criminal charge?

15       A.    I don't think it was a stolen motor vehicle

16   because it was my buddy's car.

17       Q.    Do you know if you were -- if the State

18   pursued prosecution on the case or if it was dismissed?

19       A.    I don't remember.  I don't remember.

20       Q.    Okay.  Okay.  So you were out of custody

21   roughly from July -- well, from July 25th until, you

22   think, December 1st --

23       A.    Of 1991.

24       Q.    -- of 1991.  So a little less than a year and

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 194

1    a half?

2        A.   Yes.

3        Q.   Okay.

4        THE COURT REPORTER:  Sir, just try to keep your

5    answers verb- -- louder.  Thank you.

6    BY MS. WEST:

7        Q.   And then when were you released from custody

8    in 2020?

9        A.   January 28th, I think.

10       Q.   And your conviction, what year was your

11   conviction relative to the Willie Sorrell homicide

12   vacated?

13       MR. STARR:  Objection:  form.

14   BY THE WITNESS:

15       A.   2020, I think.

16       Q.   Are you aware that your attorneys filed a

17   petition for certificate of innocence?

18       A.   Yes.

19       Q.   Okay.  I'm going to show you what we'll mark

20   as --

21       MR. STARR:  7.

22       MS. WEST:  I know, I put --

23       MR. STARR:  Oh.

24       MS. WEST:  -- the calls on the -- So technically,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 195

1    this would be 12, I think.

2        THE COURT REPORTER:  This would be 11.

3        MS. WEST:  11.

4        THE COURT REPORTER:  You didn't identify ...

5        MS. WEST:  11.

6        THE COURT REPORTER:  Yeah.

7        MS. WEST:  Okay.

8        MR. STARR:  Do you want to identify those calls all

9    the way through?  I think ...

10       MS. WEST:  Oh, I did.  Like the ones I gave you, we

11   went ahead and, like --

12       MS. MORRISON:  I think I have --

13       MR. STARR:  Through 11?

14       MS. MORRISON:  I have through 11.

15       MR. STARR:  So do I, yeah.

16       MS. WEST:  I do too.

17       THE COURT REPORTER:  Oh, I apologize.

18       MS. WEST:  Oh, no worries.  So then let's make this

19   12.

20       THE COURT REPORTER:  Okay.

21       MR. STARR:  That's the only reason I was asking.

22       MS. WEST:  Yeah.  Thanks.

23                     (Fletcher Deposition Exhibit No. 12

24                      marked as requested.)

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 196

```
 1    BY MS. WEST:
 2         Q.   All right.  Mr. Fletcher, we are showing you
 3    what we've marked as Exhibit 12.  Have you seen this
 4    document before?
 5         A.   Yes.
 6         Q.   Okay.  Did you review this document prior to
 7    your attorney filing it?
 8         A.   Yes.
 9         Q.   Okay.  And if you go to -- Oh, for the record,
10    this is Fletcher 13632 through 653.  If you go to the
11    last two pages, sir, which for the record is
12    Fletcher 13652 through 653.
13         A.   Okay.
14         Q.   Do you see that, sir?
15         A.   Yes.
16         Q.   Okay.  There's a declaration attached to the
17    certificate -- or I'm sorry -- to the petition to the
18    certificate of COI, right?
19         A.   Mm-hmm.
20         Q.   Okay.  If you go to that last page, did you
21    sign off on the declaration?
22         A.   Yes.
23         Q.   And in the declaration on the second page,
24    Paragraph 7, you state that you've maintained your
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 197

```
 1    innocence and that that innocence is supported, and you
 2    list things that it's supported by.  Among those things,
 3    you list the Cook County State's Attorney's Office's
 4    motion to dismiss your conviction.  Do you see that --
 5         A.   Okay.
 6         Q.   -- there at Paragraph 7?
 7         A.   It says ...
 8         MR. STARR:  It's -- I think he's looking at the
 9    wrong page.
10         THE WITNESS:  Yeah.
11    BY MS. WEST:
12         Q.   Oh, I'm sorry.  The very last page of the
13    document itself.
14         A.   Oh.
15         Q.   Sorry about that.
16         A.   Okay.
17         Q.   Okay.  Where you say, I am innocent of the
18    crime that I was convicted for on February 25th, 2005.
19    I have maintained my innocence, and that innocence is
20    supported by my post-conviction filings in this case,
21    the order granting the writ of habeas corpus in the
22    federal -- in federal court, and the Cook County State's
23    Attorney's motion to dismiss my conviction.
24              Do you see that?
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 198

1     A.   Yes.

2     **Q.   Okay.  Your reference to -- Strike that.**

3          **Why do you think that the Cook County State's**

4  **Attorney's Office's motion to dismiss supports your**

5  **innocence?**

6     MR. STARR:  Objection:  form, foundation, calls for

7  a legal conclusion.

8          You can answer if you can answer separate and

9  apart from any conversations you had with your attorneys

10  regarding this filing.

11  BY THE WITNESS:

12     A.   I don't really -- Could you clarify?  I don't

13  understand.

14     **Q.   Okay.  Have you ever seen the State's**

15  **Attorney's motion to dismiss your conviction?**

16     A.   To dismiss my conviction?  That my attorneys

17  filed?  Yes.

18                    (Telephone interruption.)

19     MS. WEST:  Sorry, guys.  She's calling back.

20     MR. STARR:  Okay.  I guess --

21     MS. WEST:  Yeah, we'll stop.

22          Do you want to stay on?

23     MS. MORRISON:  Yeah.

24     MR. STARR:  Sure.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 199

1      MS. WEST:  Hello?

2      THE DEPUTY:  Hi.  Ms. West?

3      MS. WEST:  Yes.

4      THE DEPUTY:  Hi.  So I did speak with the judge and

5  provide -- provided her with all the information.  She

6  did say that given the timing right now, the judge is

7  just not available for a -- discovery hearing disputes.

8  So she did state that she will be issuing an order that

9  will be setting an in-person discovery conference

10  hearing, and she will be addressing all of the pending

11  motions and issues during that hearing.  That hearing

12  will most likely be in the first week of Oc- --

13  December.  I'm sorry.  And the parties should await the

14  order.

15      MS. WEST:  Okay.  Thank you so much.

16      THE DEPUTY:  Okay.  Sure.  No problem.

17      MS. WEST:  All right.  Let's go off the record for

18  a second.

19      THE VIDEOGRAPHER:  We are going off the video

20  record at 3:03 p.m.

21                    (A short break was had.)

22      THE VIDEOGRAPHER:  We are back on video record at

23  3:04 p.m.

24      MS. WEST:  If you don't mind.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 200

1      THE COURT REPORTER:  Yeah.

2                    (Record read as requested.)

3    BY MS. WEST:

4        **Q.  Okay.  So you have seen the State's**

5    **Attorney's -- Oh, wait.  Hang on.  Let me strike that.**

6            **So have you seen something that the State**

7    **filed, not your -- your own counsel, to dismiss your --**

8    **your conviction or vacate your conviction?**

9        MR. STARR:  Objection to form, foundation.

10   BY THE WITNESS:

11       A.   I seen my attor- -- My attorney's motion?

12       **Q.  No.  I just want to make sure we're talking**

13   **about the same thing.**

14           **So have you seen a motion that was styled --**

15   **that was filed by the State's Attorney's Office to**

16   **dismiss your conviction?**

17       MR. STARR:  Objection to form, foundation, calls

18   for speculation.

19   BY THE WITNESS:

20       A.   I guess.  I don't -- Yeah.

21       **Q.  Okay.  Because in your declaration, you say**

22   **that your innocence is supported by the Cook County**

23   **State's Attorney's motion to dismiss.**

24       A.   Okay.

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 201

1      Q.   Okay.  Can you tell me whether or not you've

2   seen that motion?

3      MR. STARR:  Asked -- Asked and answered.  I don't

4   think he ...

5   BY THE WITNESS:

6      A.   Yes, I had to see it, yeah.

7      Q.   Okay.  Do you recall what the motion said?

8      A.   No.

9      Q.   Sorry.  You've got to talk --

10     A.   No.

11     Q.   -- just a little bit louder for her.

12     A.   No.

13     Q.   Okay.  Thank you.

14          Did you attend a court proceeding or hearing

15   for the petition for the certificate of innocence?

16     A.   Oh, yes.

17     Q.   Okay.  Who was present at the hearing?

18     A.   Me and my attorneys.

19     Q.   And at the hearing, the Court granted your

20   petition, right?

21     A.   Yes.

22     Q.   And at that hearing, the State's Attorney's

23   Office indicated that they were choosing not to

24   intervene in your petition for certificate of innocence,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                    Page 202

 1   correct?

 2        A.   Yes.

 3        Q.   Okay.  The Court didn't hold an evidentiary

 4   hearing relative to your petition for a COI, right?

 5        MR. STARR:  Form.

 6   BY THE WITNESS:

 7        A.   An evidentiary hearing?  No.

 8        MR. STARR:  Okay.  Go ahead.

 9   BY MS. WEST:

10        Q.   Meaning you didn't give testimony, did you,

11   sir?

12        A.   No.

13        Q.   Okay.  Nobody from the police department gave

14   testimony, correct?

15        A.   No.

16        Q.   Okay.  Detective Bogucki didn't testify in

17   court on your petition for a COI, right?

18        A.   No.

19        Q.   And Detective Schalk didn't testify in front

20   of the Court for your petition for a COI, right?

21        A.   No.

22        Q.   Okay.  Following your petition for a COI being

23   granted, have you petitioned the Court of Claims for a

24   sum of money?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

```
                                                    Page 203
 1        A.   Yes.

 2        Q.   Okay.  When did that happen?

 3        A.   When did we file it?  A couple years ago, I

 4   guess.

 5        Q.   Okay.  And have you received money?

 6        A.   Yes.

 7        Q.   How much money did you receive?

 8        A.   I'm not sure exact amount.

 9        Q.   Was it more than $50,000?

10        A.   Yes.

11        Q.   Was it more than $100,000?

12        A.   Yes.

13        Q.   More than $150,000?

14        A.   Yes.

15        Q.   More than $200,000?

16        A.   Yes.

17        Q.   More than $250,000?

18        A.   That, I'm not sure.

19        Q.   Okay.  When did you receive the money?

20        A.   Maybe a month -- couple months ago, I guess, a

21   few months ago.

22        Q.   So you've only been in receipt of the funds

23   for a couple months; is that right?

24        A.   I haven't been in receipt of it.  I --
```

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 204

1  Financial planner.

2      **Q.   Okay.   Thank you.**

3      MR. STARR:  Just -- And belated asked and answered

4  to that last question.

5  BY MS. WEST:

6      **Q.   What, if anything, have you done with the sum**

7  **of money that you've received?**

8      MR. STARR:  Form.

9  BY THE WITNESS:

10     A.   Financial planner.  Nothing.

11     **Q.   Mr. Fletcher, are you claiming any physical**

12 **injuries as a result of your conviction and subsequent**

13 **incarceration relative to the Willie Sorrell murder?**

14     MR. STARR:  Objection:  form, foundation, calls for

15 a legal conclusion.

16          You can answer outside of any conversation

17 you've had with your attorneys about your case.

18 BY THE WITNESS:

19     A.   You mean like bodily, mentally?

20     **Q.   So let's start with physical.  So I'm asking**

21 **specifically if you have suffered any physical injuries**

22 **from the time that you were arrested in 2002 until you**

23 **were released in 2020 that you're claiming as a result**

24 **of the arrest and subsequent conviction?**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 205

1      MR. STARR:  Just same objection and same

2  instruction.

3  BY THE WITNESS:

4      A.   Well, I found out that I had -- Well, I was

5  complaining in prison about my knees, and for years they

6  wouldn't send me out; and when they finally sent me to

7  the U of I Hospital, I found out that I had bone on bone

8  and that I needed two knee -- two knee replacements.

9  But I ended up getting released before I end up getting

10  those.  I also had -- used to complain about my neck

11  problem and my back problem, and I was advised to see a

12  specialist when I got out, and I ended up seeing a

13  specialist.  One was saying I needed an operation, and I

14  didn't want to do that, so I referred to another one,

15  and they were saying it was kind of okay, you know.  And

16  just a little back problems.  That's about all I can

17  remember now.

18      **Q.   Let me ask you this:  Were you involved in any**

19  **physical altercations while you were in custody from**

20  **2002 to 2020 that resulted in any injury to you?**

21      A.   Yes, I was stabbed in the county jail.  I

22  think that was '02, '03.  I'm not sure.

23      **Q.   Where were you stabbed?**

24      A.   In the chest.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 206

1      Q.    Were you treated for the injury?

2      A.    Yes.

3      Q.    Do you have any permanent injury as a result

4   of being stabbed?

5      MR. STARR:  Form, foundation --

6   BY THE WITNESS:

7      A.    A scar.

8      Q.    Okay.

9      MR. STARR:  -- calls for speculation.

10  BY MS. WEST:

11     Q.    Who were you stabbed by?

12     A.    Oppo- -- Opposite gang, I would call it, yeah.

13     Q.    Any other physical altercations that led to an

14  injury from 2002 to 2020 while you were incarcerated?

15     A.    That's the only thing that I remember -- that

16  I remember offhand.

17     Q.    Okay.

18     MS. WEST:  Did I not -- I didn't give you this, did

19  I?  No.

20          Okay.  One last exhibit.  So this is 13?

21     THE COURT REPORTER:  Yes.

22                  (Fletcher Deposition Exhibit No. 13

23                   marked as requested.)

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 207

1   BY MS. WEST:

2       Q.   Okay.  All right.  Mr. Fletcher, there is what

3   we've marked as Exhibit 13 in front of you, which is

4   Plaintiff's Response to Defendant Schalk's First Set of

5   Interrogatories.

6            Do you have a recollection of reviewing these

7   interrogatories or questions that were posed to you?

8       A.   No.  I don't think I saw this, no.

9       Q.   Okay.  If you could look at -- It's Page 10 of

10  the document.  It's Question No. 11.

11      A.   You said Page 10, Question 11?  Okay.

12      Q.   Yes.

13           All right.  So Question 11 is, Please state

14  with specificity all damages you are seeking against the

15  individual defendants and factual basis for your claims.

16      A.   Okay.

17      Q.   There's a response that's given, and I wanted

18  to ask you a couple questions about the response.  So if

19  you could look at the very last sentence on Page 10, it

20  says, "More specifically, as a result of Plain-" --

21  Plain- -- "Plaintiff's wrongful conviction, he was moved

22  from a medium-security prison into a maximum-security

23  prison," and goes on.  "And kept imprisoned for many

24  years longer than he would have been if not for

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 208

1    **Defendants' actions."**

2           **My question to you is, you were in medium**

3    **secur- -- security at the time you were arrested for the**

4    **murder, correct?**

5        A.   Yes.

6        **Q.   Okay.  And when were you moved to maximum**

7    **security?**

8        A.   After Detective Schalke [sic] left me alone,

9    three weeks after that.

10       **Q.   Okay.  But then I thought you told me that**

11   **from 2002 to 2004, you were kept at Cook County Jail?**

12       A.   I went back to Stateville first.  Then I

13   stayed at the county till November, like, of '04.  Then

14   they moved back to Stateville.

15       **Q.   Okay.  And when you went back to Stateville in**

16   **2004, were you in maximum?**

17       A.   Stateville is maximum.

18       **Q.   Okay.**

19       A.   Graham is medium.

20       **Q.   Okay.  Thank you.**

21           **How were the conditions in the medium**

22   **different than the maximum?**

23       MR. STARR:  Objection to form.

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 209

1    BY MS. WEST:

2        Q.   If at all.

3        A.   The medium is, like, Country Club Hills

4    compared to Stateville.  Stateville is literally hell on

5    earth, worst place to ever be at.

6        Q.   You told me about the time that you were

7    stabbed in Cook County Jail.

8        A.   Mm-hmm.

9        Q.   If you go to the last sentence in that -- it's

10   not the full paragraph on Page 11, it says, "Plaintiff

11   was robbed of opportunities to gain an education, to

12   engage in meaningful labor, to develop a career, and

13   pursue his interests and passions."

14           Do you see that?

15       A.   Yes.

16       Q.   Okay.  What type of education did you want to

17   get, sir, that you didn't?

18       MR. STARR:  Objection:  form, foundation,

19   speculation.

20   BY THE WITNESS:

21       A.   I couldn't even tell you.  They don't have

22   school -- In medium prison, you can go to school, some

23   classes.  In maximum, Stateville, I think they only

24   serve is -- I think they have just pre GED.  If you got

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 210

1    your GED, there's no college class; there's no nothing.

2        Q.  **So when you were in Graham, were you pursuing**

3    **any type of degree while you were still in the medium**

4    **security?**

5        A.  Yes.  When I was at Graham, I was working, and

6    I was going to school.

7        Q.  **What were you going to school for?**

8        A.  Business management.

9        Q.  **And how does that work as far as -- Do you**

10   **have, like, pending credits through a university?**

11       A.  Yes.

12       MR. STARR:  Objection:  foundation.

13   BY THE WITNESS:

14       A.  Yes.

15       Q.  **Okay.  What's the -- the university?**

16       A.  Oh, I don't remember now.  I didn't get a

17   chance to finish.  They came and moved me.

18       Q.  **How many credits did you have?**

19       A.  I don't recall.  I don't recall.

20       Q.  **What -- You note "to develop a career."  What**

21   **type of career did you want, sir?**

22       MR. STARR:  Foundation, speculation.

23   BY THE WITNESS:

24       A.  I mean, when this came about, it just -- it

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

                                                    Page 211

1    ruined me.  It threw my whole -- everything off.  And

2    once I left prison, I didn't know that I would have to

3    come in, be deposed, so I just, like, kind of was trying

4    to wipe all of that prison stuff out of my mind.  Worst

5    time of my life.

6         **Q.   Prior to being released in 2020, have you ever**

7    **been gainfully employed in your life?**

8         A.   You mean once I was released from prison?

9         **Q.   Prior to being released in 2020.  So we're**

10   **talking from --**

11        A.   No.

12        **Q.   Okay.  So you've never been gainfully employed**

13   **in your life?**

14        A.   After I was released --

15        **Q.   In --**

16        A.   -- in 2020.

17        **Q.   Okay.**

18        A.   Right.

19        **Q.   Prior to 2020 --**

20        A.   No.

21        **Q.   -- did you ever hold a job?**

22        MR. STARR:  Asked and answered.

23   BY THE WITNESS:

24        A.   I said no.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 212

1     Q.    Okay.  Were you ever stabbed in the arm while

2   you were in Stateville?

3     A.    Yes, twice.

4     Q.    When -- What year was that?

5     A.    I don't know.  I don't know.  I got stabbed in

6   this arm (indicating) twice, and I think once in my

7   side.

8     Q.    Was it following your conviction in 2005?

9     A.    I think one of them was, yeah.  I think --

10    Q.    Do you recall about the other two?

11    A.    I think that might have been the first bit.

12          THE COURT REPORTER:  The first?

13  BY THE WITNESS:

14    A.    The first time I went to prison.

15    Q.    Relative to the felony murder in 1979?

16    A.    Yes.

17    Q.    Okay.  Are you claiming that you suffer from

18  any emotional damages or emotional injuries as a result

19  of being charged and convicted of the Willie Sorrell

20  murder?

21          MR. STARR:  Objection:  form, foundation, calls for

22  a legal conclusion.

23          Beyond any attorney-client conversations, you

24  can testify.  You can answer.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 213

1    BY THE WITNESS:

2         A.   I mean, yes.  When I was in Stateville, my

3    biggest fear was losing one of my parents when I was

4    locked up, so -- I had seen many people win, like, new

5    trials and, you know, came back and lost everything.

6    And I used to tell people if I won a new trial, I would

7    take a plea deal.  I'm copping out.  I'm going home.

8    Because my mom, she had been sick for a while, and she

9    refused to take dialysis, so I knew that her time was

10   numbered, and I just wanted to be there before, you

11   know, God called her home.  So that was, like, a very

12   traumatic experience to be worrying about if you're

13   going to die in prison for something that you didn't do

14   and you won't get a chance to see your mom, you know,

15   being called home.  So yes, it messed with my mind.

16        Q.   **Have you been formally diagnosed with any type**

17   **of mental illness following your release in 2020?**

18        MR. STARR:  Objection:  foundation, speculation.

19   BY THE WITNESS:

20        A.   No, not formally diagnosed, no.

21        Q.   **Did you seek mental health treatment while you**

22   **were incarcerated following your conviction in 2005?**

23        A.   Yes.

24        Q.   **Were you ever diagnosed while you were**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 214

1    incarcerated of a mental illness?

2        A.   No.

3        Q.   Are you claiming that you suffer from

4    depression?

5        A.   Yes.

6        Q.   Are you claiming that you suffer from anxiety?

7        A.   Yes.

8        Q.   Have you treated for -- for either of those

9    problems?

10       A.   Well, I've been seeing a therapist, and I

11   basically, like -- I just stay to myself now, you know,

12   just kind of ...

13       Q.   When did you start --

14       MR. STARR:  I think he was still answering.

15   BY MS. WEST:

16       Q.   Oh, I'm sorry.  I didn't mean to cut you off.

17       A.   Yes, it's kind of like why I don't have a

18   relationship with -- you was asking me earlier about

19   with my kids and everything, because I kind of just like

20   being to myself.  That's kind of what I'm used to.  Like

21   so when they have parties and events, they get mad when

22   I don't want to come, you know, and I'm trying to tell

23   them I don't like being around crowds of people like

24   that.  I'm used to, you know, I guess, paranoia,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 215

1    watching my back.  So they get mad at me for that.  If

2    it's a grandkid's birthday party, I would buy a gift,

3    but I just don't like being around a lot of people like

4    that, you know, so ...

5         Q.   You mentioned you are treating -- or seeing a

6    therapist?

7         A.   Yes.

8         Q.   When did you start seeing a therapist?

9         A.   2020.  Then she went into private practice, so

10   I stopped for a while.  Then I started back in -- last

11   year seeing a therapist.

12        Q.   What kind of -- What kind of doctor, or is --

13   Or what kind of license does the therapist hold, if you

14   know?

15        A.   She's a therapist.

16        MS. WEST:  Was that disclosed?

17        MR. STARR:  I'm not certain.  I assume it was, but

18   I don't know.

19        MS. WEST:  Okay.

20        MR. STARR:  I can check; and if not, we'll disclose

21   it.

22        MS. WEST:  Thank you.

23   BY MS. WEST:

24        Q.   Have you been formally diagnosed with anything

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 216

1   by the therapist?

2       A.   No.

3       Q.   Okay.  Are you treating with any other type of

4   psychologist or therapist as a result of what you're

5   saying is depression or anxiety?

6       A.   No.

7       Q.   Your -- When you were previously incarcerated

8   starting in 1979, when you were released in 1990, did

9   you suffer from the same type of anxiety or depression?

10      MR. STARR:  Objection --

11  BY THE WITNESS:

12      A.   No.

13      MR. STARR:  -- foundation, speculation.

14  BY MS. WEST:

15      Q.   How about while you were incarcerated from

16  1991 to 2002 before you were arrested for the homicide

17  of Willie Sorrell?  Did you suffer from any type of

18  anxiety or depression?

19      A.   No.

20      Q.   Are you employed currently?

21      A.   Yes.

22      Q.   Where do you work?

23      A.   Great American Driver -- Delivery Service.

24      Q.   What do you do for them?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 217

1      A.   I drive.

2      Q.   **Do you drive a truck? a car?  What kind of**

3   **vehicle?**

4      A.   I drive my vehicle.

5      Q.   **And what -- what are your duties and**

6   **responsibilities?**

7      A.   Basically, to deliver medicine to people.

8   Just like if they tell me they have a job going to

9   Arkansas, they pay you, like, a dollar a mile, and I

10  would drive from here to Arkansas.  Or if they got

11  medicine that needs to be delivered today to Ohio, I

12  would drive from here to Ohio.

13     Q.   **And how long have you been employed by them?**

14     A.   Three years now.

15     Q.   **Is it full-time employment?**

16     A.   It was, but now my dad has dementia, so I have

17  to stay there with him, take care of him.

18     Q.   **So are you still working for -- for the**

19  **company?**

20     A.   Yes.

21     Q.   **So how does that work if you're your father's**

22  **caregiver but, yet, you still are working for them?**

23     A.   My sister lives in the building.  It's a

24  family building, so I would tell somebody, like if they

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 218

1   have a job, Could you watch Dad for me?  I'm finna, you

2   know, try to go to work.  If he's asleep, I can sneak

3   out; but if he's woke, Where you going, Jim?  I want to

4   go with you.

5       Q.   When did that start, that you kind of -- you

6   scaled back on your work because of your father?

7       A.   Really, like a year ago, he got -- he got real

8   bad.

9       Q.   Before -- Before then, how -- Was it full --

10  It was full time?

11      A.   Yes.

12      Q.   40 hours a week?

13      A.   Hm?

14      Q.   How many hours a week?

15      A.   It wouldn't be 40, but -- It all depends on,

16  like, the job, you know, because, like, if they paying

17  you a dollar a mile, so sometimes you can go from here

18  to Arkansas in one day, come back the next day; that's a

19  grand, so ...

20      Q.   And is your payment based solely on the

21  mileage?

22      A.   Yes.

23      Q.   Okay.  How often would you say that you're --

24  you're performing a --

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 219

1      A.   Now?

2      Q.   -- a drive currently?  Yeah.

3      A.   Oh.

4      Q.   How many hours a week?

5      A.   Let's see.  Five, six, seven.  Maybe three or

6  four now.  I try to do it early in the morning while

7  he's asleep because my sister also works; so if I do it

8  while he sleeps before he gets up, I'm okay.  And I have

9  a ring on my phone and on the door so I can see if he

10 would get out or try to leave out the house or something

11 like that, and I could call my sister like, Hey, Dad's

12 trying to leave and ...

13     Q.   Okay.  Since your release in 2020, have you

14 been arrested?

15     A.   No.

16     Q.   I think I am -- I had two random questions for

17 you here out of order.

18          You mentioned earlier that you spoke with

19 Ms. Sanders about being deposed in this current

20 litigation; is that right?

21     A.   Yes.

22     Q.   Okay.  When you spoke with her about her being

23 deposed, did you speak about the specific questions that

24 were asked of her during that deposition?

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 220

1    A.   When she was deposed?

2    **Q.   Correct.**

3    A.   No.

4    **Q.   Okay.  What -- What did you talk to her about**

5    **with regard to her deposition?**

6    A.   We didn't talk about -- I thought you was

7    talking about my deposition.

8    **Q.   No.  I'm sorry.  Did you speak with**

9    **Ms. Sanders about her deposition?**

10   A.   No.

11   **Q.   Okay.**

12   A.   I mean, we talked about it, but I just asked

13   her, Did they depose you today?  She's like, Yeah.

14   **Q.   Okay.**

15   A.   And my attorney had told me.

16   **Q.   And then with regard to the roller-skating --**

17   A.   Yes.

18   **Q.   -- you said that you would compete against --**

19   A.   Yes.

20   **Q.   -- other people.  What does that mean?  Can**

21   **you tell me, like, what type of competition?**

22   A.   You would get to the skating rink, and they

23   would play music, and they would say one of your best

24   got to take their best guy, and you two would get on the

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 221

1   skate, and the people in the skating rink would judge
2   who was the winner.  And just by being seven of us, if
3   we won the four out of seven, we would win the trophy.
4   If they won the majority, they would win the trophy.
5       **Q.   Okay.  Thank you.**
6       MS. WEST:  Give me -- Actually, let's take a quick
7   five-minute break.  I think I'm done.  I'm just going to
8   look through my stuff.  Okay?
9       THE VIDEOGRAPHER:  Okay.  We are going off the
10  video record at 3:29 p.m., and this is the end of Video
11  Media 4.
12                      (A short break was had.)
13      THE VIDEOGRAPHER:  We are back on video record at
14  3:38 p.m., and this is the beginning of Video Media 5.
15      MS. WEST:  I was just going to say, let's not
16  forget to put on the record at the end of this that
17  we're going to reconvene based on either us working
18  something out or a Court's ruling.  I guess we can do
19  that right now.
20          I -- I have no further questions.  But just
21  for the record, that we're going to reserve the right to
22  reconvene the deposition of Mr. Fletcher based on either
23  you and I working out something, Sean, or a Court's
24  ruling based on something.  If she denies it, obviously,

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 222

1   we won't reconvene, but if she allows.

2       MR. STARR:  Yeah, and I think our position is that

3   we're always willing to confer on any issue.  I'm not

4   going at this point agree to bring him back; but

5   certainly, if -- if the Court rules on that, we -- we

6   would definitely do that.  And if we're able to confer

7   and reach some sort of agreement, then -- then so be it.

8       MS. WEST:  Okay.

9       MS. MORRISON:  And I do not have any questions for

10  you today, sir.  Just join in the standing that we would

11  reserve our right to redepose based -- or do a Part 2

12  deposition based on the IDOC ruling.

13      MR. STARR:  I just have a few follow-up questions.

14                      EXAMINATION

15  BY MR. STARR:

16      Q.   Mr. Fletcher, you were asked about an attorney

17  by the name of Fred or Frederick Cohn.  Do you remember

18  that line of questions?

19      A.   Yes.

20      Q.   And Mr. Cohn represented you during one of

21  your appeals, correct?

22      A.   Yes, my direct appeal.

23      Q.   Did Mr. Cohn have any -- Strike that.

24           Did Mr. Cohn represent you at any point during

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 223

1    the pendency of your criminal proceedings prior to your
2    conviction?
3        A.    No.  He represented me after I was convicted.
4        Q.    Okay.  And I think you testified that you
5    thought that your -- your father, James Fletcher, Sr.,
6    may have worked at some point in time for -- for
7    Mr. Cohn?
8        A.    After my conviction, yes.
9        Q.    Okay.  So as far as you know, did your father
10   work for Mr. Cohn at any point prior to you being
11   convicted in 2005?
12       A.    No, he did not.
13       Q.    Okay.  And then you were asked about -- a lot
14   of different questions about when your father may have
15   spoken to witnesses or what witnesses he may have spoken
16   to.  Do you remember essentially those questions being
17   asked?
18       A.    Yes.
19       Q.    Okay.  Do you know any of the dates on which
20   your father actually spoke to any of the witnesses?
21       A.    Every- -- No, I don't know the specific dates,
22   but everything occurred after my conviction.  After I
23   was convicted in '05, we hired Frederick Cohn.  So
24   before then, no.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 224

1      Q.   Okay.  And then you were also asked some
2  questions about communications you had with people while
3  you were incarcerated.  Do you generally remember being
4  asked about that?
5      A.   Yes.
6      Q.   And I think you said that you -- for some of
7  those communications, you may have talked about your
8  case?
9      A.   Yes.
10     Q.   What did you -- What -- To what extent did you
11 talk about your case with anyone that you communicated
12 with during your time in -- in -- in prison?
13     A.   I would tell everybody that I was wrongfully
14 convicted, and I needed help to get out.
15     Q.   Okay.  Anything beyond that?
16     A.   No.
17     Q.   Okay.  Nothing you can recall, correct?
18     A.   No.
19     Q.   Okay.  And then you were -- you -- During
20 Ms. West's questions, you were asked about -- I believe
21 it was your -- the exhibit that was your -- your TIRC
22 letter, but I may be wrong.  One of the exhibits you
23 were asked about a point where you said that you -- you
24 thought you would have been their number one suspect.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 225

1   Do you remember being asked generally about that and
2   giving that answer?
3       A.   Yes.
4       Q.   And what did you mean by -- What did you mean
5   by you thought that you may be the detectives' number
6   one suspect?
7       A.   Well, they said they had a name Fletcher from
8   a witness for this armed robbery.  I went to prison, did
9   ten years and nine months, under the name Jimmy Fletcher
10  for an armed robbery.  I live five minutes proximity to
11  the crime.  So I was figuring any detective that was,
12  you know, trying to solve the case, I should have been
13  the first one that they came and talked to.  You look on
14  the record; hey, this guy, I should have been.  You
15  know?
16      Q.   And is that why you thought in 1990 your photo
17  would have been included in any photo array that was
18  shown to any witness?
19      A.   That's why I was assuming by them never coming
20  to talk to me that I wasn't picked out; I wasn't
21  identified, so -- you know?
22      Q.   Sir, did you have anything whatsoever to do
23  with the 1990 shooting of Willie Sorrell?
24      A.   No, I did not.

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 226

1      MR. STARR:  Okay.  I have no further questions.

2      MS. WEST:  I have nothing based on that.

3      MS. MORRISON:  Nothing.

4      THE VIDEOGRAPHER:  Okay.

5      MS. WEST:  Thank you very much.

6      THE VIDEOGRAPHER:  This concludes today's

7  deposition.  The time is now 3:43 p.m., and we are going

8  off the video record at the end of Video Media 5.

9                 (Deposition concluded at 3:43 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 227

```
1   UNITED STATES OF AMERICA          )
    NORTHERN DISTRICT OF ILLINOIS    )
2   EASTERN DIVISION                 ) SS.
    STATE OF ILLINOIS                 )
3   COUNTY OF COOK                    )

4

5            I, Enza Tenerelli, Certified Shorthand

6   Reporter, Registered Professional Reporter, do hereby

7   certify that JAMES FLETCHER, JR., was first duly sworn

8   by me to testify to the whole truth and that the above

9   videotaped deposition was reported stenographically by

10  me and reduced to typewriting under my personal

11  direction.

12           I further certify that the said deposition was

13  taken at the time and place specified and that the

14  taking of said deposition commenced on November 17th,

15  2023, at 10:23 a.m.

16           I further certify that I am not a relative or

17  employee or attorney or counsel of any of the parties,

18  nor a relative or employee of such attorney or counsel,

19  nor financially interested directly or indirectly in

20  this action.

21

22

23

24
```

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 228

1           In witness whereof, I have hereunto set my

2     hand and affixed my seal of office at Chicago, Illinois,

3     this December 18th, 2023.

4

5

6

7

8                    _Enza Tenerelli_
                     Enza Tenerelli, CSR, RPR

9                    161 North Clark Street
                     Suite 3050

10                   Chicago, Illinois 60601
                     Phone: 312.361.8851

11

12    CSR No. 084-004873

13

14

15

16

17

18

19

20

21

22

23

24

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 229

**A**

**a.m** 1:19 4:2
52:18,22 71:7
71:10 227:15
**Aberdeen** 2:3
**ability** 7:1
153:17
**able** 145:5
176:15 222:6
**accept** 177:4,18
**accepting** 179:3
**access** 153:24,24
**accused** 87:4
**act** 165:14,18
**action** 4:21
227:20
**actions** 208:1
**actively** 160:23
**actual** 150:15
190:12 192:5
**add** 136:19
179:20 181:10
**additional**
146:12 191:1
**address** 17:6,19
31:11 32:4,7
32:19 34:1,12
189:16
**addressing**
191:3 199:10
**admit** 166:10,13
**adult** 183:10,11
**advance** 165:22
170:19 175:24
176:1,24
178:19
**advised** 167:4
205:11
**affidavit** 62:3,9
64:13,15,21
65:11,17,20
66:3,13 68:18
69:2,3,3,6,12
69:12,17,23,24

70:7 71:22
73:12 75:19,23
76:2,8,11,19
146:19 156:15
**affidavits** 10:11
138:4,8,23
156:9
**affiliation** 41:2
**affiliations** 4:24
**affixed** 228:2
**afternoon**
164:20 176:11
178:24 190:19
191:5
**age** 29:10 86:2
**agency** 111:18
**ages** 19:12
**ago** 18:12 24:7
24:11 25:14
64:3 141:11
150:5 166:21
203:3,20,21
218:7
**agree** 4:9 69:22
71:24 222:4
**agreed** 64:12
69:23
**agreement**
189:5 222:7
**Ah** 144:8
**ahead** 23:14
94:20 102:14
102:16 106:1
131:12 145:6
146:8 162:10
163:21 165:7
169:14 189:12
195:11 202:8
**ain't** 102:10
105:2
**al** 4:13
**Albert** 123:12
**alert** 119:22
**alias** 7:9,11,18
7:23 8:11

49:22
**aliases** 8:13
**alibi** 129:12
**allege** 110:17
136:11
**allow** 100:10
173:1
**allowed** 11:17
177:23 189:3
**allows** 222:1
**Allyson** 2:12 5:2
6:1 180:23
182:9
**altercations**
205:19 206:13
**Alzheimer's**
27:18
**AMERICA**
227:1
**American**
216:23
**amount** 203:8
**Anand** 9:14,17
**and/or** 174:6
**answer** 6:21
11:12 14:20
61:2 65:7,14
67:2,14 74:18
80:24 144:24
145:1,1 159:18
163:14 166:6
166:19 170:22
170:23 171:1,4
171:6,8,11
172:1 173:1,2
174:15 175:24
176:15 177:8,9
178:3,7,15
179:3,4,23
181:14 188:7
188:19 189:9
189:24 190:1,3
190:9,13 191:1
191:8,10 198:8
198:8 204:16

212:24 225:2
**answered** 14:18
15:8 36:2
46:11 52:6
53:15 58:19
64:7 66:5
80:15 90:1,21
91:2,23 92:5
92:11 107:20
121:9 131:17
134:13 146:23
150:9 152:21
156:11 157:13
161:2 164:7
165:18 166:12
167:11 171:9
171:19,22,23
172:14,19
175:18,23
177:10 179:24
180:6 190:4
201:3 204:3
211:22
**answering** 6:7
6:20 190:10
214:14
**answers** 166:8
194:5
**Anthony** 1:6,7
85:8 137:6,7
**anticipate**
186:15
**anxiety** 214:6
216:5,9,18
**anybody** 116:15
147:9 149:12
149:21 154:15
154:16
**anyway** 50:10
**apart** 198:9
**apartment**
16:17
**apologize** 56:9
75:10 103:9
195:17

**appeal** 75:15,17
135:17,20
136:9 222:22
**appealed** 135:15
**appeals** 222:21
**appear** 13:3
166:6
**appearance**
164:8 173:10
**appearances** 2:1
4:23
**appears** 71:23
**appointments**
30:1
**appreciate** 50:8
156:22 182:12
**approximately**
129:2
**April** 28:6 92:18
**area** 19:8 29:6
32:9,15 38:9
40:4 79:2 89:6
99:8 101:20
104:3 105:16
105:22 107:24
114:10,12
139:11 140:7,9
140:14 149:12
151:1
**arguments**
136:18
**Arkansas**
127:13,14,22
128:2 217:9,10
218:18
**arm** 212:1,6
**armed** 30:16
81:23 132:24
185:2,21,23
186:5,15 187:4
193:11 225:8
225:10
**Arnold** 7:12,13
7:19,23 8:9
49:19 109:7

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 230

| | | | | |
|---|---|---|---|---|
| 115:13 | 88:3 90:1,21 | **assumed** 167:11 | **attorney's** | 57:24 66:2,13 |
| **array** 119:16 | 91:2,23 92:5 | 192:6 | 159:17 197:3 | 66:19 67:9,13 |
| 143:19 144:15 | 92:11 107:20 | **assuming** | 197:23 198:4 | 67:22 68:20,20 |
| 145:16,18 | 121:5,9 131:17 | 134:19 168:12 | 198:15 200:5 | 77:2,11,16 |
| 146:1,5,13,21 | 134:13 141:21 | 225:19 | 200:11,15,23 | 108:8 116:2 |
| 147:7,10,15 | 146:23 150:9 | **assurances** | 201:22 | 140:20 159:9 |
| 225:17 | 152:21 156:11 | 176:14 | **attorney-client** | 160:22 194:16 |
| **arrest** 55:3 | 157:13 161:2 | **attach** 138:22 | 100:3,23 112:4 | **awest@halem...** |
| 116:3 184:20 | 168:1,9,23 | **attached** 62:10 | 145:2 146:16 | 2:15 |
| 204:24 | 172:1 180:3 | 66:14 76:15 | 149:9 212:23 | |
| **arrested** 7:24 | 201:3,3 204:3 | 138:5 196:16 | **attorney-clien...** | **B** |
| 8:7 30:6 55:22 | 211:22 219:24 | **attack** 102:9 | 178:6 | **B** 3:7 |
| 112:23,24,24 | 220:12 222:16 | **attempt** 157:10 | **attorneys** 6:4 | **baby** 29:12,13 |
| 127:16 132:5 | 223:13,17 | **attempted** 73:12 | 10:20 11:14 | 29:13 |
| 182:17,19 | 224:1,4,20,23 | 184:5 | 60:23 63:15 | **back** 14:24 |
| 184:17 185:1 | 225:1 | **attempting** | 74:20,21 118:8 | 35:12,19 40:2 |
| 186:5,14,20 | **asking** 6:20 | 156:9 | 118:14 119:9 | 44:12 45:18 |
| 187:7 193:3,7 | 18:15 32:11 | **attempts** 73:24 | 135:9 152:2 | 46:6,7 49:2 |
| 204:22 208:3 | 56:9 65:5,8 | 74:5 158:18 | 178:12 194:16 | 52:21 69:2,18 |
| 216:16 219:14 | 73:20 74:19 | **attend** 15:19,21 | 198:9,16 | 71:9 75:3 |
| **arrests** 35:18 | 81:5 85:5 | 201:14 | 201:18 204:17 | 83:17,20 89:2 |
| 93:13 151:2 | 87:17 89:6 | **attendant** 183:2 | **audio** 4:7,7 11:1 | 89:10 91:19 |
| **art** 16:5 | 100:7 112:4 | 183:2 | 11:3 161:6,21 | 93:18 95:15 |
| **articulated** | 119:10 149:6 | **attention** 105:10 | 161:23 166:11 | 103:7,19,20,22 |
| 187:20 | 151:7 165:20 | 181:6 | 166:13,24 | 103:24 104:1 |
| **articulating** | 166:10 172:7 | **attor-** 200:11 | 167:3 | 104:17,24 |
| 182:6 | 176:23 179:12 | **attorney** 5:1 | **August** 33:7,7 | 106:22 107:4 |
| **arts** 16:10 | 188:6,8,14 | 9:15 12:10,18 | 43:14 44:11 | 107:16,22 |
| **ASA** 48:3,6 | 195:21 204:20 | 48:9 60:20 | 125:8,8 | 109:19 111:3 |
| 53:17 79:11,16 | 214:18 | 66:24 74:16 | **auntie** 19:1 | 112:21 113:3,7 |
| 82:5 83:10 | **asks** 166:14,23 | 79:9 95:17,19 | **aunties** 123:23 | 113:8 114:5,15 |
| 84:3,11,24 | 169:18 | 97:2,4,12,24 | 123:24 | 116:2,12,19 |
| 86:12 105:8,21 | **asleep** 218:2 | 98:2,3,14 | **authored** 10:12 | 117:1,5,11 |
| 106:6 107:15 | 219:7 | 99:18,20,24 | 10:15 65:11,21 | 118:2 119:8 |
| **aside** 57:1 67:17 | **ass** 97:23 | 100:20 101:17 | **auto** 8:1,7 | 132:19 139:6 |
| 68:17 73:19 | **asserted** 148:24 | 102:16 104:20 | **autopsy** 78:10 | 141:16 150:15 |
| 77:22 87:10 | **asserting** 178:7 | 104:24 105:2 | **available** 199:7 | 151:3 152:9 |
| 112:20 126:3 | **assigned** 118:6 | 110:4 118:18 | **Avenue** 2:8 | 153:4 154:2,16 |
| 152:24 | **assistance** 181:6 | 137:14 149:11 | 113:10 | 154:17 156:14 |
| **asked** 14:18 | 182:7 | 151:11,23 | **await** 199:13 | 161:18 163:22 |
| 15:8 36:2 | **Assistant** 48:9 | 159:15,16 | **awaited** 116:6 | 175:9 181:23 |
| 46:11 52:6 | 79:9 104:9 | 160:21 185:13 | **awaiting** 116:22 | 187:16 188:11 |
| 58:18 63:16 | **association** 4:19 | 185:15 196:7 | 118:5 126:19 | 188:14 191:14 |
| 64:6 66:5 | **assume** 190:3 | 220:15 222:16 | 153:2 | 192:10 198:19 |
| 80:15 85:24 | 215:17 | 227:17,18 | **aware** 49:1 | 199:22 205:11 |

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 231

205:16 208:12
208:14,15
213:5 215:1,10
218:6,18
221:13 222:4
**background**
124:24
**bad** 17:21 86:2
218:8
**bald** 85:16
**bar** 167:5
189:23
**Barbara** 2:23
4:19
**based** 69:18,21
69:22 71:22
73:11 75:22
80:11 145:1
169:15 178:4
178:24 186:24
218:20 221:17
221:22,24
222:11,12
226:2
**basement**
103:19
**bases** 192:1
**basically** 136:17
154:16 171:9
172:23 214:11
217:7
**basis** 45:15
144:19 146:12
189:7 207:15
**Bates** 79:22
**Bates-stamped**
62:1 121:22
**Bear** 161:5
**beat** 77:4
**began** 33:15
**beginning** 52:22
118:3 161:19
221:14
**behalf** 2:11,17
2:22 5:2,6,8,10

126:8
**behavior** 96:4
**belated** 41:4
57:21 204:3
**believe** 121:5
127:1 135:23
146:19 157:12
169:7 173:9
224:20
**bell** 31:11 63:18
**bench** 185:7,8
**Berwyn** 2:8
**best** 150:14
180:18 181:8
181:13 220:23
220:24
**bet** 180:19
**beyond** 166:12
166:12 190:5
191:18 212:23
224:15
**big** 104:3 105:13
105:14
**biggest** 213:3
**bike** 130:6,14
131:20
**biological** 24:23
**Biologically**
21:9,10
**birth** 8:16
**birthday** 26:8
123:10,11,14
124:20 215:2
**bit** 15:1 30:5
135:14,23
141:11 156:5
187:20 201:11
212:11
**Bitoy** 2:13 5:10
5:10
**Blagg** 2:7,7 5:8
5:8 9:14 74:21
137:15,16
138:20 156:7
179:12

**blind** 101:9,12
102:5
**block** 118:9,15
118:24 119:12
142:16
**blocks** 32:14
141:23 142:24
**blood** 124:1
**bodily** 204:19
**Boducki** 79:5
83:19 102:1
**body** 83:21 84:1
**Bogucki** 1:6
84:6,24 85:1
86:3 90:12
94:16 95:2,21
97:6 98:5
101:23 103:17
104:6 105:6
107:2,12 108:1
110:17 139:12
202:16
**Bogucki's** 84:11
84:19 115:20
**bone** 205:7,7
**bottom** 51:21
62:16 80:2
110:1
**Botucki** 79:4
83:19 93:18
97:22 101:5
105:20 107:1
113:7 115:2
120:13
**bought** 154:4
**Boulevard** 1:18
2:13
**break** 6:5,6,8
50:6 52:13,20
68:4 71:2,8
117:20 118:1
161:10,12,17
163:18 164:19
174:19 175:1,8
176:12 181:22

187:15 199:21
221:7,12
**breaks** 127:17
127:20
**Brian** 168:12
169:21
**Brief** 50:13 51:1
54:12 61:20
71:19 72:22
73:8 80:8
110:13 141:1
**briefly** 91:20
182:17
**bring** 111:24
129:7 181:5
191:14 222:4
**bringing** 99:15
**broadly** 166:23
**brother's** 124:4
**brought** 95:14
103:22 104:10
111:18 113:15
114:3,4,9
**Brown** 8:11
31:17,18
**Bryant** 25:8,9
**buddy's** 193:16
**building** 28:16
28:17 42:24
43:1,2,5,7,19
43:21 115:3,23
122:19 123:16
123:17 217:23
217:24
**burden** 164:11
164:13
**burdensome**
176:19
**BURNS** 2:18
**bus** 106:19
**business** 81:22
210:8
**button** 87:6,6
**buy** 92:7,15
154:1,7 215:2

**buzz** 87:6
**bystander**
150:13

---

**C**

**C** 2:18 181:1
**Cabrini-Green**
19:15 36:10
81:3,13
**California** 29:5
**call** 3:23 11:6,21
11:24 12:20
20:9 30:2
42:14 145:9
156:4 161:24
162:5 163:3,5
164:4 166:24
167:14,16,22
167:23 168:4,6
168:14,17,18
170:4,6,18,19
174:16 176:16
179:6,6,8,11
179:12,16
180:21 181:8
187:19 188:24
189:2 192:10
206:12 219:11
**called** 1:12 5:18
85:9 120:8,10
124:22 134:12
182:4 191:7
213:11,15
**calling** 174:3
180:24 198:19
**calls** 11:1,3 12:3
12:13,17 13:1
40:14 48:21
87:21 91:13
105:17 106:9
112:13 127:19
129:14 155:19
158:1 162:5
163:9,14 164:9
164:12,15,21

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 232

```
165:1,5,10,11            178:9 180:24         changes 144:4        civil 1:14 58:1      71:1 73:18,22
165:15,20                183:16 185:5         changing 67:10       claim 108:4          74:13,21 75:12
168:24 169:2             190:10 192:6         characterized          109:21 110:22      75:14 135:19
169:16,18,20             193:18 197:20          190:17               152:20             158:4,5,7
170:2,15,15              204:17 224:8         charge 42:21,22       claimed 150:13      161:4 222:17
171:10 172:15            224:11 225:12          43:6,9,13           167:2               222:20,23,24
173:19 174:23          cases 136:18,19          193:14            claiming 130:1       223:7,10,23
175:17,24                137:2 192:4          charged 150:14        204:11,23         Cohn's 136:17
176:1,5,10,13          catch 104:4              185:23 212:19       212:17 214:3,6      157:4
176:17,17,19           Catherine             charges 93:13         claims 91:10      COI 196:18
176:22 177:12            179:19 191:16        cheapest 92:8         202:23 207:15       202:4,17,20,22
177:24 178:4,5         cause 102:15          cheating 33:19       clarification        colleague
178:11,19              cc'ing 182:6          check 30:2             179:15              178:22
179:2,4,5              cell 4:5 42:2,3           173:20 215:20    clarify 179:22       college 210:1
188:5,7,9,13             46:15,20,22         chest 205:24           198:12            come 14:24 18:4
188:21 189:4             89:10 103:20        Chic 124:22          Clark 228:9           20:7 22:9 23:3
189:10,11,20             113:5 181:8         Chicago 1:7,8        class 210:1           23:5 38:7 56:4
190:2,9,21             cellular 4:4             1:18 2:4,9,14     classes 209:23        56:18,21 89:4
191:4,9 194:24         center 48:14             2:20,22 4:13     claustrophobic        93:6,9 99:6
195:8 198:6              78:24 83:18             4:18 5:5 15:23     101:6               101:16 103:4
200:17 204:14            176:20                 16:12 31:22,24   clean 89:2            112:18,21
206:9 212:21          Central 32:8,15           91:11 93:19      cleaning 89:4        118:9 119:4
calmed 102:8             80:20 86:6             125:10 181:1     clear 68:16 71:5      129:4,5 133:7
capabilities             142:14,17,18           228:2,10          112:6 172:22        134:2 137:16
  153:4,13             certain 12:21         children 15:6       client 60:19         151:6 211:3
capacity 63:4            168:14 215:17          21:6,8 24:23       164:20,21          214:22 218:18
car 106:16             certainly 222:5          24:24 155:6       174:20,24          comes 22:11
  114:13 115:7         certificate           children's 21:11     175:2 189:9          30:2 99:9
  115:16 142:3           194:17 196:17       choosing 201:23      190:24 191:8        coming 56:12
  193:16 217:2           196:18 201:15       Christmas 23:7      Clinton 150:15         114:21 115:3
card 90:16               201:24                 130:7             150:18 151:10        225:19
care 29:18,20          certificates 16:4     Cicero 143:4,6      close 19:3 28:15     commenced
  217:17                 16:7                city 1:7,8 2:22       32:7 50:10          227:14
career 209:12          Certified 1:16           4:13 5:4 16:11     141:22             commencing
  210:20,21              227:5                  31:22,22 166:4   closed 101:8          1:18
caregiver 28:1         certify 227:7,12         181:1,3 191:16   closest 105:20       comment 84:12
  217:22                 227:16              City's 167:9        Club 209:3             97:7 98:6,9,14
caregiving            chance 51:4            CITY-JF-140         co-counsel            98:16 115:20
  29:24                 61:15 99:2              78:4               167:17,22,23       comments 86:19
cares 27:23             210:17 213:14        CITY-JF-145          176:6,8,12          174:5
case 4:16 12:19        Chancheta 25:8           79:22             190:22             commissary
  58:1 95:11             26:3                 CITY-JF-161        cocaine 36:12         154:1
  155:9,14,18,24       Chancheta's              49:13             44:16 45:4         commission
  160:13 164:9           26:14               CITY-JF-40         Cohn 27:11 59:9        108:5 109:2
  167:3 173:10         change 172:11            53:6             59:10 63:14         commit 66:18
```

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 233

74:10 89:19
90:4
**committed**
49:10
**communicate**
70:17,20 73:23
128:2 133:23
**communicated**
224:11
**communication**
6:18 11:10
26:11 55:24
57:12 126:18
126:21 127:4
127:17 128:20
133:20 153:12
168:12 179:13
**communicatio...**
12:24 55:4
57:16 112:4
188:11 224:2,7
**company** 26:22
63:11 217:19
**compared** 209:4
**compete** 220:18
**competition**
220:21
**complain**
205:10
**complaining**
205:5
**computer**
153:24
**con-** 83:16
**concerns** 191:3
**conclude** 87:3
**concluded** 226:9
**concludes** 226:6
**conclusion**
112:14 119:19
129:15 198:7
204:15 212:22
**conditions**
208:21
**conducted** 103:8

**confer** 172:11
172:20 173:2
173:13 174:20
174:24 175:20
176:12 177:10
188:16 190:23
222:3,6
**conference**
199:9
**conferral** 170:1
**conferred** 177:7
177:7
**confers** 172:6,8
**confidential**
85:10
**confused** 65:5,6
68:12,15 71:5
**confusion** 67:20
**connected** 87:19
**consider** 25:4
38:16,20 178:2
**consideration**
164:11
**considered**
175:12
**considering**
68:17
**contact** 60:16
159:9
**contained** 73:11
**contend** 167:1
**content** 11:9
178:4
**contention**
167:9
**continuance**
95:13,14
**continue** 4:8
34:23 44:21
176:8 182:10
190:20
**continues** 51:23
**convenient**
183:2
**conversation**

14:5 48:15
58:22 60:1,7
72:4,5 74:3
90:19 97:19,21
99:12,18 100:8
101:2,5,8
107:24 134:11
147:15 157:16
157:22 166:17
204:16
**conversation-t...**
6:18
**conversations**
4:4 11:13
13:11 74:20
102:3 145:2
149:9,13
151:14,23
158:12 198:9
212:23
**conversed** 74:16
**convicted** 30:9
55:13,23
134:23,24
136:15 197:18
212:19 223:3
223:11,23
224:14
**conviction** 55:17
55:20 57:13
65:12 74:4
76:24 77:12
90:7 135:15
157:11 159:1
194:10,11
197:4,23
198:15,16
200:8,8,16
204:12,24
207:21 212:8
213:22 223:2,8
223:22
**cook** 29:21
93:16 94:8
114:8,8,9,11

116:2,8,9,11
116:19 117:1
117:11,15
129:1,5 153:3
197:3,22 198:3
200:22 208:11
209:7 227:3
**Cooper** 30:17
52:10 57:3,5,7
57:12,19,24
58:9,17,24
59:5,11,12,21
60:3,17 63:18
64:2,5,12,16
64:22 65:12,21
66:2,13,19
67:10,22 68:21
69:7,11,13,23
70:8 120:12
121:1 138:4,23
148:23 149:23
152:12,13
156:10 158:13
160:24
**Cooper's** 30:20
62:17 152:17
**copies** 119:9
**copping** 213:7
**copy** 119:8
**Corner** 40:11
**corpus** 197:21
**correct** 30:7
52:4,10 54:2
54:21 58:3,6
65:18 66:10
69:4 72:9,15
73:13 75:8
79:12,17 80:14
80:20 81:3,18
82:2,15 83:15
86:19 92:16,19
95:6 97:10
103:12 105:22
108:5 112:18
114:16 116:4

120:16,23
121:3,8 126:5
131:16 133:11
133:14 134:23
135:15 139:17
141:13 143:15
145:10,19
147:17 156:7
184:12,15
185:2 186:6
189:16 202:1
202:14 208:4
220:2 222:21
224:17
**Correctional**
48:14,16 78:24
81:12 83:3,10
83:18 88:14
**Corrections**
49:17 93:17
109:12,15
116:20 117:2
133:7 153:4,12
153:19 188:5
**correctly** 143:23
168:22
**correspond**
55:19 154:9
**correspondence**
10:14 57:8
182:5
**costs** 164:16,16
**counsel** 3:24
4:12,23 8:21
8:24 9:3,6,11
9:14 12:9,13
92:21,24 99:1
111:24 135:19
137:12 138:20
156:7 162:2
175:19 177:7
179:11 181:2,3
182:6 183:15
183:18 188:5
188:19,20

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 234

189:8,15 200:7
227:17,18
count 183:22
counter 189:5
counterpropo...
175:12,15
176:3 177:3,17
177:19 178:2
188:20 189:6
190:17
Country 209:3
county 41:13
93:7,16,24
94:1,9 113:7
114:8,9,12
116:2,8,9,11
116:19 117:1
117:11,15
129:1,5 133:3
148:22 151:7
153:3 197:3,22
198:3 200:22
205:21 208:11
208:13 209:7
227:3
couple 14:4
44:20 50:4
62:15 170:21
172:21 187:1
189:16 203:3
203:20,23
207:18
course 18:6
30:20 82:9
84:23 120:15
172:4 188:10
court 1:1 4:14
6:10 8:2 56:4
56:12,18,21
67:6 94:3,4,24
96:14,19,22
108:14 117:13
117:17 119:23
121:15 179:6,6
179:9 180:21

181:3 194:4
195:2,4,6,17
195:20 197:22
200:1 201:14
201:19 202:3
202:17,20,23
206:21 212:12
222:5
Court's 164:11
181:6 182:7
221:18,23
courtroom
180:15 182:5
187:19
Courts 1:14
cousin 18:8
cousin's 18:9,11
credits 210:10
210:18
crime 66:18
74:10 141:7,18
142:11,18
143:1,20
144:16 145:12
145:15 151:18
151:22 183:1
197:18 225:11
criminal 72:8
93:13 120:4
122:4 125:18
126:5,15
134:16 135:10
183:16 193:14
223:1
crowded 45:18
crowds 214:23
CSR 228:8,12
culinary 16:5,10
current 77:3
140:22 219:19
currently 6:23
16:11,13 19:19
20:21,23 32:5
32:7 46:9
216:20 219:2

custody 33:21
34:11,18 35:2
35:12,15 42:13
44:12 55:10
193:20 194:7
205:19
cut 27:7,8
214:16
CV 1:5 4:16
─────────
D
D 3:1
dad 13:21 16:14
18:3,20 24:12
33:3,6,12
58:15,21 59:9
60:10 70:23
73:20 93:8
217:16 218:1
Dad's 219:11
daily 45:15
damages 207:14
212:18
Dana 159:22
Danville 16:10
Dart 116:10
date 8:16 11:6
49:24 51:11
52:10 111:15
117:13 123:8,9
130:2,2,5,9
131:15 165:23
166:5,6,7,15
180:4,4 186:19
dated 62:7 64:22
dates 117:18
173:20 176:4
223:19,21
daughter 15:10
18:9 129:7,8
130:14,16
131:4,21
daughter's
130:6
daughters 25:1

25:2
Dawon 21:12,15
21:20 22:15,16
22:18,23
day 20:11 23:6
44:18,20 71:24
72:6 86:17,20
94:3,3,7 134:8
190:11 191:14
218:18,18
days 14:4 93:23
dead 46:8 77:4
deal 188:12
213:7
death 30:16
135:5
Deborah 11:5,7
14:1 19:24
25:10 33:2
125:6 126:9,9
126:12
deceased 63:2
123:6
December 20:13
30:13 31:2,2
31:19 32:1,18
35:13,14 36:5
38:2 57:2
70:11 79:17
80:19 81:3,12
88:9 130:12,17
130:20,23
131:4 145:17
180:8,9 185:3
185:3 186:11
187:6 193:4,22
199:13 228:3
declaration
196:16,21,23
200:21
defendant 2:22
4:12 5:3,11 6:1
166:7 207:4
defendants 1:9
1:12 2:17

166:5 172:9
175:16 176:3
178:14 191:19
191:22 207:15
defendants'
164:12 175:18
191:21 208:1
defender 75:16
118:6
defense 126:8
167:2 188:18
deficient 188:10
188:19
definitely 68:15
163:17 177:14
222:6
degree 170:16
210:3
degrees 16:4
deliver 217:7
delivered
217:11
Delivery 216:23
Delois 13:16
28:13 29:15
Deloris 28:15,15
28:20 29:18
Deloris's 13:17
dementia
217:16
denial 166:12,14
denied 79:11,16
80:12 135:12
135:18 137:10
138:2,13
denies 221:24
Denise 28:14
29:4
dep 167:15
department
49:17 91:11
93:17 109:12
109:14 116:20
117:2 133:6
153:3,11,19

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 235

188:5 202:13
**depends** 218:15
**depose** 220:13
**deposed** 13:6,12
  13:13,20,22
  14:2,11,13,17
  14:21 15:4,7
  15:12 58:2
  77:2 173:18
  211:3 219:19
  219:23 220:1
**deposition** 1:11
  3:8 4:7,11,16
  8:18,24 9:6
  12:11,14,19,22
  13:9 14:6,10
  47:5 53:2 61:7
  78:1 108:16
  121:18 164:19
  165:16 169:15
  176:7 177:1
  181:4,13
  182:10 187:22
  190:14,20,23
  195:23 206:22
  219:24 220:5,7
  220:9 221:22
  222:12 226:7,9
  227:9,12,14
**depositions** 1:15
**depression**
  214:4 216:5,9
  216:18
**deputy** 180:15
  182:6 187:19
  192:8,14 199:2
  199:4,16
**describe** 23:23
  25:21 113:18
  166:17
**detail** 89:2
**detective** 84:3,6
  84:8,11,19,24
  85:1,5 86:3,7
  86:18 87:16

90:6 94:16
95:2,21 96:10
96:18 97:6
98:5,16 101:23
101:24 104:6
104:22 105:6
105:16 106:5,7
106:20 107:4
107:11,12,19
110:17,18,21
111:11 113:8
113:12,14,16
113:23 114:3
115:1,20,22
139:17 140:12
140:21 145:12
202:16,19
208:8 225:11
**detectives** 79:2,8
  79:11,15 82:5
  82:23 83:2,10
  83:11 86:15
  87:20 89:6
  90:19 98:2
  101:18 103:17
  105:12 106:4
  107:23 108:1
  111:7,19 112:1
  112:11,17
  113:6 114:11
  114:16 119:24
  139:11
**detectives'**
  225:5
**determination**
  189:2
**determine**
  190:24
**develop** 209:12
  210:20
**diagnosed**
  213:16,20,24
  215:24
**dialysis** 213:9
**die** 213:13

**died** 87:14
**different** 19:11
  31:8 33:15
  39:16 65:20
  66:20,20 67:23
  68:22 166:9
  170:2 208:22
  223:14
**difficult** 122:8
  178:20
**digest** 174:23
  178:21
**direct** 56:2,11
  62:15 75:15,17
  135:19 136:9
  157:9 222:22
**direction** 73:17
  160:17,18
  227:11
**directly** 57:12
  140:11 149:22
  174:5 227:19
**Disciples** 40:21
  40:23 41:2,7
  42:18 46:2,5
  46:10
**disclose** 215:20
**disclosed** 177:12
  215:16
**Disco** 39:19
**discovery**
  175:22 190:2
  199:7,9
**discussed** 52:2
**disinfect** 89:3
**disingenuous**
  167:13
**dismiss** 197:4,23
  198:4,15,16
  200:7,16,23
**dismissed**
  135:17 193:18
**dispute** 181:5
  182:8 187:20
  189:6

**disputes** 199:7
**distance** 32:11
**district** 1:1,1,14
  4:14,15 227:1
**dive** 169:24
**diving** 170:15
**Division** 1:2
  4:15 227:2
**divorced** 20:14
  20:16
**Dixon** 7:12,13
  7:19,23 8:9
  16:10 49:19
  109:7 115:13
**doctor** 13:21
  215:12
**doctors'** 30:1
**document** 47:9
  51:5,7,12,15
  53:7,13 61:11
  61:23 76:3
  78:6,9 79:22
  80:12 81:6
  108:21 110:1
  111:14 139:15
  139:16 147:20
  196:4,6 197:13
  207:10
**documentation**
  10:23
**documented**
  80:12 81:16
  82:1,13
**documents** 10:3
  10:4,19 166:18
**doing** 28:3 36:4
  80:19 81:22
  115:5 145:5
  150:1 181:4
**dollar** 217:9
  218:17
**dollars** 44:2
**door** 81:15
  84:17 97:17
  101:4,8,11,12

101:16 102:9
164:2 219:9
**dope** 81:2,13,22
**downstairs**
  107:5,16
**downtown**
  124:23
**draft** 136:16
**drive** 2:19 83:18
  217:1,2,4,10
  217:12 219:2
**Driver** 216:23
**driving** 113:8,24
  114:1 143:2
  145:14
**dropped** 135:8
**drug** 43:9 45:11
  45:14,21
**drugs** 36:8,9,11
  36:19,23 37:14
  37:18,21 43:8
  44:4,7,13,15
  44:21 46:1
  91:21 92:4
  123:18 150:1
**duly** 5:18 227:7
**duplicate** 124:8
**duties** 46:22
  217:5

---

**E**

**E** 3:1,7
**e-mail** 2:5,10,21
  55:19 57:9
  153:4,12,18,24
  154:2,9,19,21
  154:22,24
  155:2,4,6,8,10
  155:14,17,23
  167:17,24
  168:13 169:21
  169:22,24
  170:1 181:7,17
  182:5
**e-mailing**

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 236

155:15 156:3
E-mails 2:15
earlier 14:3
  26:16 63:16
  91:20 135:23
  141:21 149:17
  156:6 168:8
  180:3 214:18
  219:18
early 219:6
earth 209:5
Eastern 1:2 4:15
  227:2
education 15:15
  209:11,16
Edward 30:17
  57:3 62:17
  69:7 70:8
  120:12 149:23
  152:12
effect 111:8
efficiency
  178:23
efforts 157:17
either 16:10
  31:12 57:8
  83:11 86:15
  119:23 125:17
  153:3 156:8
  160:23 214:8
  221:17,22
eliminate
  178:16
eliminated
  143:10,21
  144:17
eliminates
  174:11
else's 176:11
em 10:16
Emmett 70:12
  76:23 77:1
  120:12
emotional
  212:18,18

employed 35:8
  35:21 211:7,12
  216:20 217:13
employee
  227:17,18
employment
  35:23 217:15
ended 87:8
  205:9,12
engage 209:12
entire 50:16,17
  116:9
entirety 12:1
  47:11 139:15
  163:5
Enza 1:16 227:5
  228:8
essentially
  166:19 223:16
et 4:13
Eugene 8:11
  31:17,18
events 214:21
eventually 30:9
Every- 223:21
everybody
  109:20 125:2
  149:20 151:13
  224:13
evidence 138:24
  191:24
evidentiary
  202:3,7
Ewing 21:12
exact 130:9
  141:7 145:11
  145:15 203:8
exactly 169:12
examination
  1:12 3:4,5 5:20
  222:14
examined 5:19
exchange 56:3
  56:12
Excuse 36:13

exhibit 3:8,23
  47:4,5 49:12
  50:6 51:5,22
  53:1,2,20 61:6
  61:7 69:4
  71:13 72:20
  77:23 78:1
  108:16 121:17
  121:18,22,24
  139:7 156:14
  156:24 161:21
  162:1,16,17,18
  195:23 196:3
  206:20,22
  207:3 224:21
exhibits 224:22
existence 173:21
expected 190:12
experience
  213:12
extent 224:10

——————
F
facilitate 74:12
facing 107:18
fact 14:12,16
  80:12 111:24
  126:15 133:16
  172:11 174:12
  178:24 187:21
  191:5,12
facts 182:24
factual 207:15
fair 12:23 18:15
  27:22 65:10
  70:10 100:16
  125:15 128:4
  139:24 164:23
  166:20 168:9
  168:21 173:15
fairly 190:17
falsely 168:7
  170:7,7
familiar 32:15
family 13:6,8,12

15:3 18:22
  19:3 25:5
  31:12 46:4
  55:7 56:2,16
  58:8,13 70:20
  77:11,16
  114:21 115:3
  153:18 154:13
  154:14 155:8
  179:13 217:24
far 66:23 106:5
  106:6 169:20
  182:11 188:2
  210:9 223:9
Farwell 123:4
fast 50:23 86:24
father 16:15,19
  16:22 26:16,17
  26:19 27:15,23
  28:1 29:19,24
  58:16,23 59:4
  59:20 60:1
  62:3 63:16,19
  64:1,4 65:17
  69:4 71:23
  72:5 73:12,23
  74:4,7 75:19
  75:24 76:8
  77:10 93:4,5
  126:9 133:11
  133:13,16,21
  133:24 134:5
  134:11 154:22
  156:9,15 157:9
  157:23 158:9
  158:13,17
  160:22 218:6
  223:5,9,14,20
father's 23:6
  27:1,17 73:12
  124:4 157:17
  160:17 217:21
Father/daugh...
  25:23
father/son 24:1

fear 213:3
February 43:14
  197:18
federal 1:13
  197:22,22
feel 54:11
  144:24 164:5
  190:11
felony 141:7,12
  182:18 212:15
Female 118:21
figuring 225:11
file 119:15 135:9
  166:16 203:3
filed 4:14 66:9
  112:10 135:23
  136:1,1,4,8
  137:12 138:15
  138:19 157:7
  194:16 198:17
  200:7,15
filing 138:7
  196:7 198:10
filings 197:20
finally 205:6
Financial 204:1
  204:10
financially 4:22
  36:4 37:9
  227:19
find 157:7 158:7
  177:1 191:6
fine 50:9 68:13
  170:13 174:21
fingerprinted
  94:24 95:9,14
  95:20,21
fingerprints
  113:1
finish 6:6 82:18
  210:17
finished 6:19
  72:21,24 80:7
  110:12
finna 101:13

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

102:7 218:1
**firm** 27:10
164:15
**firms** 27:12
**first** 5:1,18 9:5
9:18 17:24
18:3 19:13
20:3 22:20
37:17,20 38:5
51:14,20 62:16
71:15 78:12,18
78:21,23 79:15
81:11 82:4,7,7
85:3,3,19
88:21 97:16
110:4,5,6
111:14,17
122:1,14
126:24 127:13
127:14 131:9
131:21 132:4
139:10 141:3
141:17 150:18
156:24 161:23
162:14 165:8
166:9 176:2
199:12 207:4
208:12 212:11
212:12,14
225:13 227:7
**first-degree**
183:21
**five** 43:19,20
142:2 145:14
165:5 176:4
188:22 219:5
225:10
**five-minute** 50:6
161:12 221:7
**Fletcher** 1:3,11
3:3,8 4:11,13
5:7,9,17,22 7:5
30:6 35:11
37:23 47:5,8
51:23 52:24

53:2,5 54:15
57:16,18 61:7
61:10 62:2
66:9 71:12
78:1,6 80:3
82:14,18
108:16,21
118:5 121:18
121:22,23,24
126:4 145:10
145:15 150:15
150:18 151:10
170:5 180:24
181:1,4 182:13
191:12 192:22
195:23 196:2
196:10,12
204:11 206:22
207:2 221:22
222:16 223:5
225:7,9 227:7
**flimsy** 95:11
**flip** 49:11 61:11
**Floor** 2:3
**follow-up**
222:13
**followed** 172:19
**following** 28:7
35:8 45:6,10
55:3,17,20
60:3,17 64:5
65:12 68:21
73:13,21,24
74:4 77:12
88:22 98:24
99:23 103:7,7
103:16 112:23
113:1 135:10
137:12 141:11
157:10,17
159:1 202:22
212:8 213:17
213:22
**follows** 5:19
**footage** 12:6

**forget** 107:3,13
221:16
**forgot** 64:19
111:9
**form** 7:20 21:1
23:13 32:10,24
37:4 38:10,24
40:14 41:4
42:19 45:16
46:23 48:21
49:6 56:5,14
57:8,21 58:18
59:1,6,13
60:18 62:12
63:22 64:6,17
64:23 65:13
66:15,22 68:24
70:1,4,21 72:1
72:16 73:14
76:3 77:13
79:19 80:22
81:4 83:7
87:21 88:5,15
88:15 91:13
94:21 95:3
96:7 97:14
103:1 105:17
105:23 106:9
106:17 111:20
112:3,13
119:18 120:1
127:6,11,19
129:14 130:3
130:24 131:23
133:1 136:13
137:23 138:10
146:7 147:5
149:3 153:6,20
154:10 155:11
155:19 156:1
156:11 157:12
158:1,19 159:6
184:1 194:13
198:6 200:9,17
202:5 204:8,14

206:5 208:23
209:18 212:21
**formally** 213:16
213:20 215:24
**formed** 39:10
**forth** 154:3
188:11
**forward** 183:8
192:9
**found** 151:3
185:9 205:4,7
**foundation** 7:20
21:1 32:10
38:10 40:5,14
42:19 43:24
44:8 46:18
48:21 49:6
54:3 56:5,14
57:22 58:10,18
59:1,6,13,18
59:22 60:4,11
60:18 62:12
63:6,12,22
64:6,17,23
65:13 66:22
70:21 72:1,16
73:14 77:13
79:19 80:22
81:4 83:7
86:22 87:21
88:5,15,15
91:13 97:14
103:1 105:17
105:23 106:9
106:17 111:20
112:3,13 119:5
119:18 120:1
127:6,11,19
129:14 130:3
130:24 136:13
138:10 140:16
146:7 147:5,11
153:6 154:10
155:11,19
156:1,11

157:12 158:1
158:19 159:6
184:1 198:6
200:9,17
204:14 206:5
209:18 210:12
210:22 212:21
213:18 216:13
**four** 40:11 43:19
43:20 47:24
83:17,24 89:2
120:14 219:6
221:3
**frame** 101:14
102:7
**Fred** 222:17
**Frederick** 27:11
59:9,10 63:14
71:1 73:18,22
74:13 136:17
158:4,5,7
161:4 222:17
223:23
**free** 54:11
144:24
**Friday** 94:4,12
164:20 176:11
178:24 190:18
191:5
**friend** 20:9
31:13,14,16
38:16,21 53:11
53:24 54:19,23
55:5,8,11,14
55:24 56:3,11
56:17,20,21
63:2,3 87:14
119:8 120:12
120:21 138:4
138:23 146:18
150:15 156:10
157:24 159:13
160:16,24
**friend's** 123:6
123:10

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 238

**friends** 15:11 39:12 56:11 88:9 151:2,5 151:10 153:18 155:9 179:14
**front** 47:9 51:5 53:7 54:17 78:7 84:2 93:23 95:10,15 100:13 113:11 114:16,18 122:2 125:2 176:20 202:19 207:3
**Fuck** 84:20
**fucked** 85:11
**full** 7:3 110:6 209:10 218:9 218:10
**full-time** 217:15
**funds** 203:22
**further** 103:17 179:10 221:20 226:1 227:12 227:16
**furtherance** 174:7
**furthermore** 189:21

——————
**G**
——————
**gain** 209:11
**gainfully** 211:7 211:12
**gang** 40:8,10,13 40:18,20 41:21 42:23 92:4 206:12
**Gangster** 40:21 40:22 41:2,6 42:18 46:2,5 46:10
**Gardner** 21:12 21:17 122:20 122:22,23

**gas** 183:1
**gate** 115:8
**gathering** 123:13
**gears** 30:4
**GED** 15:16,17 209:24 210:1
**generally** 61:15 67:13 77:6 190:9,10 224:3 225:1
**getting** 17:18 117:14 205:9,9
**gift** 215:2
**Gilbert** 124:6
**girl** 89:16
**girlfriend** 18:9 18:10,11 89:18 124:17
**girls** 123:23 154:12,12 155:16,17
**give** 44:3 47:9 181:7 192:10 202:10 206:18 221:6
**given** 57:24 66:19 153:23 190:11 199:6 207:17
**giving** 8:9 43:8 165:3 225:2
**Gladys** 124:6
**Glenwood** 25:20
**go** 4:9 13:2 16:1 16:22 19:10 22:9 23:14 33:8 59:12 69:18 94:20 97:9 102:14,16 106:1 109:24 113:4 116:12 117:17 122:17 130:19 131:12 141:3 142:5,8

143:15 145:6 146:8 147:19 154:1 156:14 163:22 164:1 175:5 181:18 185:5 187:10 187:11,12 188:14 196:9 196:10,20 199:17 202:8 209:9,22 218:2 218:4,17
**goal** 74:12
**God** 18:8 213:11
**goes** 85:7 207:23
**going** 6:2,3,17 11:11 42:13 47:3 50:4,20 52:17,24 61:5 67:1 69:2 71:6 77:5,22 82:18 91:19 93:8 100:1,2,10 111:23 117:22 121:12 122:5,9 124:19 126:16 129:18 130:13 133:17 145:13 150:11 161:6 161:15 162:4,8 162:15,18,22 163:7,9,13,23 165:15,21 167:11,19 168:7,24 174:8 175:6,14,23 177:4,20 181:20 187:13 190:22 192:6,9 192:23 194:19 199:19 210:6,7 213:7,13 217:8 218:3 221:7,9 221:15,17,21 222:4 226:7

**gonna** 39:11 85:12 102:6,10 104:19,23 105:3
**good** 4:1 5:22,23 25:24 29:13 100:22 114:23 161:7 175:3
**Gordon** 28:13 93:1 102:20 103:10 134:16
**Gov** 7:7 42:14
**governor** 42:15 42:17
**grabbed** 107:1,3
**grade** 16:1
**Graham** 48:14 48:16 78:24 81:12 83:3,9 83:18 87:15 88:14,19,22 93:20,21 94:23 95:5 132:17,18 208:19 210:2,5
**grams** 44:20
**grand** 113:10 218:19
**grandkid's** 215:2
**grandmother** 18:8
**grandmother's** 34:10
**granted** 201:19 202:23
**granting** 197:21
**great** 106:15 216:23
**group** 39:4,4,5 39:16,18 40:1 40:12 121:16 121:18,22
**grow** 17:18
**growing** 18:23 22:24

**guess** 21:19 22:8 22:20 24:3 37:8 44:20 78:10 97:21 109:2 127:13 139:5 154:12 180:15 186:24 193:6 198:20 200:20 203:4 203:20 214:24 221:18
**guessing** 159:8
**guilty** 185:9
**gun** 106:24 185:17
**guy** 51:22 85:6,6 85:8,15,16 113:19 220:24 225:14
**guys** 43:8 52:13 99:14 102:10 116:11,13 123:13 137:1 161:10 164:1 164:15 165:19 166:3 180:6,11 192:10 198:19

——————
**H**
——————
**H** 3:7
**habeas** 138:15 138:19,22 139:2 197:21
**hairstyle** 125:20 126:1
**Hale** 2:12,23 4:17
**half** 24:7,11 83:17,24 186:17,17,18 194:1
**half-sister** 93:3 102:22
**hall** 164:3
**hand** 228:2

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 239

**handwriting**
109:4,9
**handwritten**
48:19 53:11,12
**Hang** 143:16
162:20 200:5
**happen** 6:2
203:2
**happened**
104:17 106:20
106:23 109:21
114:19 137:9
137:20 139:2
152:20 177:1
184:20 193:13
**happening**
94:15 177:23
**happens** 170:17
**happy** 174:19
175:1 177:4
190:8
**harm** 86:16
**head** 76:20
97:22 98:5
**headed** 85:16
**health** 27:17
213:21
**hear** 97:18
156:18 181:12
**heard** 72:11
75:8 101:19
108:8 120:14
133:13 145:9
**hearing** 96:19
96:22 199:7,10
199:11,11
201:14,17,19
201:22 202:4,7
**height** 103:23
104:4
**held** 4:16 93:16
104:14 117:7
**hell** 86:1 209:4
**Hello** 199:1
**help** 29:18 64:4

74:11 119:10
136:20 149:6
149:20 224:14
**helped** 136:24
137:2,5
**hereunto** 228:1
**heroin** 36:12
44:16
**hey** 219:11
225:14
**Hi** 180:23 199:2
199:4
**high** 15:19,21
16:1
**highest** 15:2,14
**Hill** 118:16,24
119:14
**Hills** 209:3
**hired** 62:20
63:17,20
223:23
**hiring** 64:1
164:14
**hit** 87:6,6
**Hm** 218:13
**hold** 16:4 41:20
74:15 202:3
211:21 215:13
**holding** 103:20
113:3,5
**holiday** 180:12
**Holland** 159:22
**Holland's** 160:2
**home** 16:16 18:1
18:5,7,18
22:20 27:20,21
32:22 33:3,11
34:7 83:24
141:22 145:11
213:7,11,15
**homicide** 54:1
54:21 55:4
66:4 72:15
78:14,19 79:12
79:17 83:5

116:3 121:3
127:17 132:5
140:10,15
186:6,14,20
194:11 216:16
**honestly** 111:12
**horse** 77:4
**hospital** 26:23
205:7
**hours** 9:12
83:17,24
218:12,14
219:4
**house** 24:12
29:20 42:2,3
46:15,20,22
113:11 114:16
114:17,23
141:13,18
219:10
**How's** 27:17
**Hudson** 43:3,4
43:10,13
**Hustlers** 40:11
**Hustling** 36:6
**hyperventilati...**
102:12

_____
**I**
_____
**identification**
72:14 119:16
**identified**
120:22 121:2
163:15 165:22
167:7,17 168:4
168:6,13
169:20 170:7
170:19,20
176:1,5 178:19
188:22 225:21
**identifies** 52:9
53:24 54:20
**identify** 85:23
121:7 162:4,8
163:9 165:20

166:13,15,16
166:18,23
168:24 169:18
172:1 175:16
176:3,23 188:8
189:19,22
190:21 191:22
195:4,8
**IDOC** 165:15
167:14,16
188:9 189:9
222:12
**illegal** 44:24
45:8
**Illinois** 1:1,18
2:4,9,14,20
4:15,18 49:16
93:16 109:11
109:14 116:19
117:2 133:6
153:3,11,19
188:4 227:1,2
228:2,10
**illness** 213:17
214:1
**impair** 6:24
**implicated** 83:4
**imprisoned**
207:23
**improper** 178:5
191:21
**improperly**
191:22
**in-** 191:23
**in-person** 199:9
**incarcerated**
20:5,8 22:19
23:9 46:14,22
55:17 88:13,19
89:20 102:24
103:5 116:6
126:19 128:6
128:20,24
129:1 132:23
134:5 149:3,19

153:2 206:14
213:22 214:1
216:7,15 224:3
**incarceration**
16:21 17:5
22:22 23:20
28:8 35:9
37:17 57:17
77:17 204:13
**incident** 30:15
77:3 185:18
**included** 56:8
146:1,5,13
225:17
**includes** 121:24
**including** 60:23
**incorrect** 167:24
170:6
**independent**
73:20 76:7
81:10,20
109:17 125:16
126:7,11
130:13
**independently**
36:16 90:18
158:24
**Indiana** 22:1,13
**Indianola** 33:10
130:21
**indicated** 188:3
201:23
**indicating**
156:17 212:6
**indirectly**
227:19
**individual** 2:17
5:2,11 6:1
37:23 63:18
70:14 85:18,23
110:18 149:16
150:21 157:3
166:5 207:15
**individual's**
123:14

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 240

individuals 18:4
40:3 42:22
43:20 98:21
120:15 122:13
122:16 124:13
125:4 138:9
140:21 150:3
157:18
influence 6:23
inform 132:4
149:3
informant 85:10
87:20
information
67:1 159:14
181:7 192:9
199:5
informed 95:16
132:7
initial 79:10
81:11 83:9
172:3
initially 168:23
injuries 204:12
204:21 212:18
injury 205:20
206:1,3,14
innocence
194:17 197:1,1
197:19,19
198:5 200:22
201:15,24
innocent 150:12
197:17
inquiring 151:7
Inquiry 108:4
instruct 11:11
60:19 67:1
77:5 159:17
172:24 174:15
178:3 189:8
instruction
67:13 205:2
intend 167:1
175:17 179:10

189:20,22
intended 188:4
intending 163:5
intends 167:5
intention 179:3
interact 88:18
107:15
interacted 88:21
interaction
24:16 48:10
79:14,15 85:20
86:4,8,13
94:16 95:2
96:2,5,10 98:1
103:17 107:6
107:12,18
112:17 119:23
140:13
interactions
140:8
interested 4:22
227:19
interests 209:13
interfere 4:7
interference 4:5
interpretation
170:17
interpreted 85:2
interrogatories
164:17 166:8,9
167:8 171:16
172:3 189:18
189:19,21
191:20 192:5
207:5,7
interrogatory
163:8 164:6
165:18,20
166:22 168:23
169:15,18
171:7,9,24
173:3 175:16
176:2,23 177:9
177:11,12
178:14 188:8

188:17,18
189:11,18
190:5,12,13
191:10,18
interruption
187:8 198:18
intervene
201:24
interview 78:12
78:18,21,23
79:10 81:11,21
82:4,9,24 83:9
84:23 87:3,8
88:20,22 89:1
interviewed
79:1 150:20
introduced
122:4 125:18
125:22 191:24
invest- 151:3
159:23
investigation
78:13,19 90:7
91:12 140:9,14
151:3,21
152:19 159:1
investigator
60:2,9,10,16
63:4,11,17,19
64:9 148:21
156:8 158:23
159:16,23
160:6,24
investigators
58:13 157:5
involved 54:1,20
72:15 82:20
87:17 90:6
91:1 107:24
120:22 121:2
149:22 152:1,3
152:14 164:13
205:18
involvement
66:4 150:7

151:21 158:24
160:2
issue 172:5
173:2 174:13
175:20 176:17
176:21 177:11
181:14 188:3
188:17 222:3
issued 164:17
176:23
issues 199:11
issuing 199:8
it'll 161:11

───────── J ─────────

J-I-M-M-I-E
7:5
Jackson 1:17
2:13 4:17
Jacqueline
28:13,22,24
29:2,17,23
93:1
jail 41:14 93:16
94:9 116:2,8,9
116:19 117:1
117:12,15
129:1,5 148:22
149:12 153:3
205:21 208:11
209:7
James 1:3,11
3:3 4:11,13 5:7
5:9,17 80:3
180:24 181:1
223:5 227:7
January 26:10
43:15 194:9
jbitoy@halem...
2:16
Jenner 118:9,15
118:24 119:12
Jennifer 2:7,7
2:13 5:8,10
9:14 48:3,6

53:17 137:15
jennifer@bla...
2:10
Jerome 1:6
139:12
Jim 218:3
Jim's 157:7
Jimalee 7:7
Jimmie 7:5
Jimmy 145:15
225:9
job 35:4 84:20
211:21 217:8
218:1,16
Joe 157:1
Johnny 62:20,23
64:2,12 69:17
69:23
join 179:21
191:17 222:10
Joseph 118:16
Jr 1:3,11 3:3
4:11,13 5:17
7:5 227:7
judge 93:23
95:10,11,12,15
95:16,19 97:1
97:7 174:16
179:7 181:12
185:9 187:19
191:7 192:10
199:4,6 221:1
July 33:22,23
34:11 35:3,9
35:14 36:5
37:14 141:5
184:12 193:21
193:21
juncture 177:2
junior 16:3
jury 134:22
185:7

───────── K ─────────

Katherine 2:18

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 241

5:4
**keep** 6:11 8:2
  47:2 113:21
  150:11 192:18
  192:23 194:4
**kept** 101:15
  157:7 207:23
  208:11
**kicked** 116:11
**kid** 19:5
**kids** 214:19
**killed** 150:13
**killer** 150:16,23
**kills** 111:5
**kind** 6:18 19:1
  22:19 31:6
  106:19,24
  111:9 148:23
  182:6 205:15
  211:3 214:12
  214:17,19,20
  215:12,12,13
  217:2 218:5
**kinds** 151:1
**Kloak** 185:16
**kmorrison@r...**
  2:21
**knee** 205:8,8
**knees** 205:5
**knew** 13:7 55:8
  82:6,10,14,18
  88:11 89:17
  213:9
**knocking**
  101:12,16
**know** 6:5 7:14
  11:21 12:21,23
  19:14,15 20:22
  23:6 24:1
  26:23 27:15,16
  29:22 32:13
  37:23 38:2,7
  39:24 40:3,8
  44:6,10 48:6
  48:24 49:24

50:9 54:8,23
55:2,7 57:2
59:4,17,20
60:22 61:1,4
61:15 62:9,23
65:24 66:17
67:2,8 70:11
70:14 72:21
75:11,21 76:6
79:4 80:6,18
82:8,19 83:3
84:16 85:5,8
85:17,18 87:24
88:7 90:15
91:7,10,18,20
95:22,23,24
98:20 101:15
102:10,11
105:9 109:19
109:21 110:12
110:21 113:16
115:14,15
118:16 119:17
122:7 124:14
124:21 125:16
125:21 126:9
126:13 128:24
129:23 130:6
131:13 132:15
135:14 137:2,7
139:15 140:4,5
141:10 142:24
143:13,17,18
144:6,7,13,14
145:13 148:20
150:21 151:4
151:22 152:23
156:5 157:3
158:17,21
159:21 160:12
164:15,16,16
164:19,21,22
165:1 168:11
170:12 172:7
173:7,12,18

174:22 175:1
176:16,17
177:13,19
178:8,11,12,13
178:16,16,18
178:20 179:2
181:11 182:16
184:3 186:16
186:22 190:8
193:13,17
194:22 205:15
211:2 212:5,5
213:5,11,14
214:11,22,24
215:4,14,18
218:2,16 223:9
223:19,21
225:12,15,21
**knowledge**
  56:24 58:8
  64:15 70:19
  79:16 80:13
  138:5 145:1
**known** 151:1
**knows** 51:22

────────
**L**
────────
**L** 2:7,12
**labor** 209:12
**lack** 189:11
**Lafayette** 22:14
**Laramie** 17:8,11
  17:15 18:19,24
  32:8,19 33:3
  33:24 113:10
**largely** 189:15
**late** 38:6
**Latrobe** 31:3,9
**law** 2:7 27:10,12
  101:7 102:14
  136:18 137:1,2
  137:8,8
**lawsuit** 6:2
  140:22
**leading** 30:16

117:10,15
133:21
**learn** 159:14
**learned** 60:20
  66:24 159:15
**leave** 219:10,12
**led** 206:13
**left** 34:6 110:5
  122:17,19
  182:4 208:8
  211:2
**legal** 112:14
  119:18 129:15
  198:7 204:15
  212:22
**legally** 25:2
**length** 106:16
**let's** 30:4 67:17
  108:12,12
  111:3 113:2,2
  121:16 124:12
  141:16 143:16
  144:5,10
  154:12 161:12
  161:23 180:10
  180:14 187:11
  187:11 192:21
  192:22 195:18
  199:17 204:20
  219:5 221:6,15
**letter** 57:8 109:1
  109:3,18 119:7
  119:11 139:8
  224:22
**letters** 55:16
  109:20
**letting** 102:10
**level** 15:2,14
**Lewis** 7:5
**library** 136:18
  137:1,8,8
**license** 215:13
**lied** 49:8
**life** 27:1 38:19
  135:4 193:8

211:5,7,13
**likes** 154:2
**limit** 136:10
**limitation**
  164:12
**line** 222:18
**lines** 47:24
**lineup** 92:19,22
  93:8,15 94:2,5
  94:6,11,14,15
  95:1,13,16
  96:9,15,15,16
  96:20 97:3,5,9
  97:13 98:21,24
  99:3,5,7,10,21
  99:23 101:14
  102:2,6,13,15
  102:17,20
  103:8,11,16,18
  104:2,14
  112:23 113:3
  114:12 119:16
  134:19 140:19
  143:9 144:23
  147:4
**list** 167:4 197:2
  197:3
**listen** 11:24 65:4
  163:19,21
  164:14 165:4
  168:2 174:23
  188:13,21
  189:1
**listened** 11:10
  11:22 12:3
  166:20 168:1
  190:4
**listening** 164:14
**literally** 209:4
**litigated** 164:9
  176:18
**litigation** 14:13
  14:17 77:3,3
  163:10 164:10
  165:14 167:1,6

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

169:3,19,21
175:17 176:20
188:10 189:20
219:20
**little** 15:1 30:5
103:15 125:14
135:14,22
141:11 154:2
156:5 186:9
187:20 193:24
201:11 205:16
**live** 16:11,13,22
17:6 18:4
22:13 24:4
25:19 27:21
28:15,17,24
29:4,20 32:1,5
34:3,23 38:9
145:14 225:10
**lived** 17:15 18:1
18:7,18,23
19:1,3 31:9
33:23 38:13
**lives** 16:15 18:22
22:1 27:20
28:16 217:23
**living** 16:18,24
17:9 26:19,21
28:11 31:3,5
32:19,22 33:2
33:6,9,11,17
34:17
**LLC** 2:12,23
4:17
**Lo** 2:23
**locate** 60:2 64:5
73:12,21,24
74:5,7 157:10
157:17,24
158:18 160:11
160:24
**located** 4:17
142:10 160:12
**locating** 158:13
**location** 16:24

**locked** 89:19
90:3,11,15
132:13 213:4
**lodged** 177:16
188:8
**LOEVY** 2:2,2
**log** 164:14
**Loggins** 21:14
**long** 9:10 11:21
16:18 18:11
28:3 33:20
34:14 35:11
41:6 64:3
86:21 94:1
106:19 114:24
128:1 150:4
184:22 217:13
**longer** 177:15
186:13,15
207:24
**look** 10:5,22
35:4,23 47:10
50:2 54:7,16
61:14,15,17
69:21 71:13,15
71:16 72:19
79:21 102:12
110:3 114:23
124:12 125:3
139:7,14,18
159:4 207:9,19
221:8 225:13
**looked** 113:18
113:20
**looking** 114:22
137:2 149:2
197:8
**lookout** 148:17
**looks** 62:6 124:8
**losing** 213:3
**lost** 213:5
**lot** 19:11 37:7
114:18,18
215:3 223:13
**loud** 6:13

**louder** 194:5
201:11

**———— M ————**
**machine** 26:23
95:23
**mad** 214:21
215:1
**Madison** 30:24
32:8,16 80:20
86:6 142:14,15
142:17,19,20
142:21
**Magnificent**
39:6,7,10,13
41:1
**Mahr** 157:1
**mailed** 119:9
**main** 146:2
**maintained**
196:24 197:19
**majority** 221:4
**making** 37:7,12
112:11 176:14
**man** 85:6 113:21
118:20 148:17
**management**
210:8
**manager** 26:22
**March** 8:16
54:23 55:8
162:15,18,21
**mark** 47:4 53:1
61:6 77:23
108:12 121:12
161:20,23,24
194:19
**marked** 47:6
51:5 53:3 61:8
78:2 108:17
121:19,21
195:24 196:3
206:23 207:3
**married** 19:19
19:21,23 20:1

20:12,18 34:21
**mastermind**
147:24 148:17
149:4
**math** 17:21
186:24
**matter** 4:12
**maximum** 93:22
208:6,16,17,22
209:23
**maximum-sec...**
207:22
**meal** 29:21
**mean** 6:12 10:4
12:15 13:10,13
24:1 27:7 29:8
36:7,21 39:3
41:16 42:17
46:6,17 50:19
64:19 66:8
68:8 88:11
146:19 150:24
151:17 152:3
163:24 164:4
165:9,11
169:17,22
171:5,8,11,20
172:7 174:16
177:13 178:18
187:24 204:19
210:24 211:8
213:2 214:16
220:12,20
225:4,4
**Meaning** 73:19
102:23 120:18
129:18 202:10
**meaningful**
209:12
**meant** 169:14
**measure** 103:22
**measured**
104:11,18
107:7,9
**measurements**

106:15
**Meat** 85:6
**Media** 4:10,10
52:19,22
117:24 118:3
161:16,19
221:11,14
226:8
**medication** 6:24
**medicine** 217:7
217:11
**medium** 208:2
208:19,21
209:3,22 210:3
**medium-secur...**
207:22
**meet** 8:21,23 9:2
9:8,21 20:3,7
38:5 172:6,8
172:10,20
173:2,13
175:19 177:10
188:16
**meeting** 9:10,13
10:2,20 12:8
38:20 58:23
59:5 86:21
87:3
**meetings** 12:10
64:11
**member** 31:12
40:10,22 41:6
41:10 46:9
70:20 77:11
**members** 13:8
15:3 42:23
46:4,4 55:7
56:3,16 58:8
58:13 77:16
92:4 153:18
154:13,14
155:9 179:13
**memory** 51:8
97:1 134:20
**mental** 213:17

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 243

213:21 214:1
**mentally** 204:19
**mention** 173:23
  174:12
**mentioned** 5:24
  24:22 26:16
  54:8 146:18
  175:13 215:5
  219:18
**messed** 213:15
**met** 9:5 127:1
  130:22
**microphones**
  4:3,6
**middle** 111:2
  122:20 147:22
  148:10 187:21
**mile** 217:9
  218:17
**mileage** 218:21
**mind** 75:3
  142:20 152:9
  199:24 211:4
  213:15
**mindful** 191:14
**mine** 20:9 63:2
  87:14 89:18
**minute** 101:15
  112:21 114:20
  188:24
**minutes** 87:1
  103:20 141:18
  142:2,11 143:2
  145:14 161:9,9
  165:5 225:10
**mischaracteri...**
  59:7 88:1
  105:23
**missed** 144:1
**missing** 145:22
  146:22
**Mississippi**
  33:10 130:7,21
  133:5
**mistaken** 145:17

185:4
**Mm-hmm** 99:11
  162:7 192:16
  196:19 209:8
**Mm-mm** 92:13
**mom** 18:3,20
  28:4 33:3,6,12
  114:21 115:5
  123:6 213:8,14
**moment** 164:6
**Monday** 113:5,6
**money** 30:20
  37:7,9,12 56:3
  56:12,17,21
  81:23 176:19
  202:24 203:5,7
  203:19 204:7
**Monico** 2:12,23
  4:17
**month** 20:11
  22:8 24:7,7,10
  24:10 25:14
  37:13 125:12
  130:17,20
  142:9 203:20
**months** 32:21
  163:11 166:21
  184:10,14
  203:20,21,23
  225:9
**morning** 4:1
  5:22,23 12:9
  94:14 113:6,6
  219:6
**Morrison** 2:18
  5:4,4 165:13
  165:23 170:24
  171:3,6,12,15
  171:23 172:2,5
  172:18 173:4,6
  179:21 191:16
  191:16 192:13
  192:21 195:12
  195:14 198:23
  222:9 226:3

**mos** 141:7
**mother** 21:13,16
  25:9 26:14
  28:5,7 93:4
  122:22 154:24
**motion** 119:15
  135:9 197:4,23
  198:4,15
  200:11,14,23
  201:2,7
**motions** 112:10
  199:11
**motor** 193:15
**move** 34:20
  167:5
**moved** 17:20,24
  116:19 117:1
  127:13,14,22
  128:2 129:2
  133:6 183:8
  207:21 208:6
  208:14 210:17
**moves** 96:4
**movie** 11:20
**multiple** 135:24
  158:17
**mural** 125:1
**murder** 30:7,10
  30:12,23 49:10
  80:13 82:20
  86:6 87:5 89:7
  89:19,20,23
  90:3,7 91:12
  93:19 120:23
  129:20 130:2
  141:7,12,23
  182:18 183:1
  183:21 184:15
  204:13 208:4
  212:15,20
**music** 220:23

—————————
**N**
—————————
**N** 3:1
**Nah** 64:3

**name** 4:19 5:24
  7:3 8:9 9:16,19
  13:15,17 37:1
  37:24 39:18
  49:19 53:17
  62:17 80:3,6
  83:19 89:13
  90:12,14,16
  103:21 115:12
  118:22 122:18
  122:21 124:5
  137:5 145:10
  145:10 149:16
  150:19 157:1
  166:16 180:23
  222:17 225:7,9
**named** 85:6,8
  89:17 123:12
**names** 21:11
  25:7 28:12
  79:3 88:7
  90:19 118:14
  139:12 150:2
**narrative** 144:4
**Natasha** 21:12
  21:18,22 34:5
  34:7
**Natasha's** 21:13
**Natural** 135:4
**near** 18:23
**neck** 205:10
**need** 6:5 13:2,3
  60:9 68:3,3
  103:22 139:14
  161:10 170:22
  179:5
**needed** 182:7
  191:1 205:8,13
  224:14
**needs** 217:11
**neighborhood**
  40:4 88:12
  151:6,13
**nephew** 7:17
  114:21 115:6,9

**nephew's**
  115:11,12
**never** 45:20,20
  46:1 77:1
  145:18 146:20
  147:14,15
  150:6 157:22
  157:22 167:10
  171:16 190:4
  211:12 225:19
**new** 135:9
  136:19 213:4,6
**nice** 6:11,13
**nickname** 7:6
**night** 94:12
**nightclub**
  124:22 125:1
  125:10
**nine** 184:10
  225:9
**Nodding** 61:18
  161:22
**Noradin** 1:6
  139:17
**North** 2:3 17:8
  17:11,15 18:19
  18:24 29:1
  31:3,9 32:8,19
  43:3,4,10,13
  228:9
**Northern** 1:1
  4:15 227:1
**Norton** 140:12
  140:21
**Nos** 3:23
**note** 4:3 122:5
  191:17 210:20
**notice** 1:13
**November** 1:19
  4:2 116:23
  117:7,17 185:2
  208:13 227:14
**number** 109:11
  109:12,15
  143:14,17

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 244

144:13 145:13
146:2 180:17
181:8 224:24
225:5
**numbered**
213:10

___

**O**

**o'clock** 190:19
**Oakland** 29:5
**object** 190:6
**objected** 172:19
191:20
**objecting** 188:6
**objection** 7:20
14:18 21:1
23:10 32:10,24
37:4 38:10,24
40:5 41:4
42:19 43:24
45:16 46:18,23
48:21 49:6
54:3 56:5,14
57:21 58:10,18
59:6 60:11
63:22 64:6
66:15,22 67:12
68:11,24 72:1
76:3 79:19
80:22 81:4
83:7 90:21
91:2 94:17,21
95:3 96:7
97:14 103:1
107:20 127:6
127:19 133:8
140:16 153:20
155:11,19
173:19 177:9
177:15 178:1,3
184:1 189:7
192:2 194:13
198:6 200:9,17
204:14 205:1
208:23 209:18

210:12 212:21
213:18 216:10
**objections** 65:22
77:19 129:21
153:14 157:19
158:14 172:2,4
179:22
**obtain** 15:17
16:8 75:19
156:9
**obtained** 76:8
138:8
**obviously**
164:15 170:16
177:21 179:21
221:24
**Oc-** 199:12
**occasionally**
19:16
**occasions** 18:21
**occurred** 30:24
141:19 142:11
142:18 143:1
223:22
**occurs** 170:17
**October** 123:8
163:1 182:21
**offender** 72:14
121:7
**offenders** 30:20
52:9 53:24
54:20 120:22
121:2
**offense** 183:5
**offer** 175:12
**offered** 188:12
**offhand** 206:16
**office** 2:7 9:9
142:6,13,19
164:3 188:21
189:1 200:15
201:23 228:2
**Office's** 197:3
198:4
**officer** 90:6

**officer's** 142:6,8
**officers** 1:8 5:3
5:11 6:2
**Officers'** 166:7
**official** 84:14
**Oh** 18:8 26:22
49:12 50:1
53:5 69:8,10
73:5,6 142:9
143:4 180:2,5
182:3 194:23
195:10,17,18
196:9 197:12
197:14 200:5
201:16 210:16
214:16 219:3
**Ohio** 217:11,12
**okay** 5:13 6:10
6:14,15,16,23
7:9,11 8:4,8,23
9:2,5,23 10:7
10:18,22 11:1
11:3,9,14,15
11:17 12:3
13:5,15 14:1
14:24 16:7,11
17:9,11,24
18:7,16,17
20:23 21:4,10
23:17,23 24:6
25:2,4,7,21
26:6 27:1,10
27:22 28:10,17
28:19,22 29:18
29:23 30:4,9
31:2,7,18 32:4
32:18,21 33:2
33:8,11,17
34:20 35:2,6
35:17,20 36:19
37:20 38:19
39:5 40:10,18
41:10,17 43:9
43:12 46:9
47:15,18,20,23

48:1,6,10,18
49:1,4,16,19
49:22 50:2,4
50:12,15 51:3
51:4,6,7,11,14
51:17,20 52:2
52:12,16,17
53:10,12,16,20
53:23 54:10,14
54:15,19,23
58:5,22 61:10
61:13,19,22
62:1,6,9,19
64:1,10,10
65:19 66:12
67:18 68:7
69:3,6,8,10,11
69:14,15,18,20
70:7,10 71:6
71:14,21 72:4
72:13,24 73:10
73:11,19,23
74:16,17,21
75:14,16,19
76:7,23 77:7
78:9,21 79:1,6
79:10,14 80:1
80:2,5,10,11
80:18 81:8,16
81:20 82:1,13
82:17,23 83:2
84:22 86:18
87:8,10 88:18
88:24 89:14
90:24 91:5
92:9,18,21
93:2 94:8 95:1
95:8,18 96:1
96:18,22,24
97:6,9,12 98:1
98:5,24 99:4,9
99:17,20,23
100:4,9,9
102:2,11,16,19
103:4,7,16

104:6,10,17
105:21 106:20
107:9 108:8,11
108:15,24
109:3,6,17,21
110:15 111:1
111:11,17
112:7,8,20,22
113:2,12,16,18
114:2,6,15,19
116:16,24
117:4,19
118:20 119:11
119:14,22
120:10,14,21
121:12 122:13
122:16,23
123:16,24
124:5 125:3,15
125:21 126:2
126:11,14,24
127:23 128:8
129:8 131:3,15
132:19 133:13
134:4,18
135:12,17,22
136:3,8 137:11
137:14,16
138:15,19,22
139:9,14 140:1
140:2,12,20,24
141:3,10,15,21
142:2,5,10,13
142:16,22
143:5 144:19
145:3,4,21
146:11,20
147:21 148:2
148:12,20
150:2,18
152:13,17,20
153:17 154:20
155:23 156:14
156:16,17,24
157:3,6 158:6

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

158:12 159:22
160:5 161:5,10
161:13,14,15
161:23 162:8
162:17,22
163:7,12
164:24 165:6
168:5,11,16,19
169:4,9,11
170:3,8,21
173:11,22
174:18 175:4,5
179:16 180:1
180:16,20
181:15,16,20
182:9,13,22
183:15 184:4,6
184:20 185:1
185:20,23
186:8,11,19
187:6,18 188:2
192:8,11,15,17
193:10,13,20
193:20 194:3
194:19 195:7
195:20 196:6,9
196:13,16,20
197:5,16,17
198:2,14,20
199:15,16
200:4,21,24
201:1,7,13,17
202:3,8,13,16
202:22 203:2,5
203:19 204:2
205:15 206:8
206:17,20
207:2,9,11,16
208:6,10,15,18
208:20 209:16
210:15 211:12
211:17 212:1
212:17 215:19
216:3 218:23
219:8,13,22

220:4,11,14
221:5,8,9
222:8 223:4,9
223:13,19
224:1,15,17,19
226:1,4
**old** 17:21 18:1
21:18,20 26:16
89:18 115:14
124:17 182:22
**oldest** 29:10,14
**once** 22:5,5,8
24:3 29:22
115:6 119:14
128:13,15,23
130:17 133:4,6
142:6,9 154:4
211:2,8 212:6
**one-on-one**
24:15
**ones** 90:10,15
174:4 195:10
**open** 101:4
104:3 105:14
**operating** 26:24
**operation**
205:13
**opinion** 149:4
170:6
**Oppo-** 206:12
**opportunities**
209:11
**opportunity**
54:16 71:17
98:3 99:1,24
163:16 164:22
165:4 174:10
**Opposite** 206:12
**option** 180:15
**order** 29:10
197:21 199:8
199:14 219:17
**outcome** 4:22
134:22
**Outlaw** 62:20,23

63:3,10 64:2
69:17
**outside** 84:17
97:16 111:18
115:23 204:16
**outstanding**
163:8 164:6
165:17,23
170:22 171:16
172:12 175:15
189:17 190:12
**overly** 176:18
**overnight** 94:14
**overuse** 178:18

---

**P**
**p.m** 117:23
118:3 161:16
161:19 175:7
175:10 181:21
181:24 187:14
187:17 199:20
199:23 221:10
221:14 226:7,9
**page** 3:2,8 49:11
49:14 51:20,23
52:3 53:21
62:6,16 64:11
64:11 69:22
71:16 72:19
75:24 79:21,22
79:23 80:2
109:6,24 110:2
111:14 124:7
141:3,15,17
147:19 156:24
196:20,23
197:9,12 207:9
207:11,19
209:10
**pages** 196:11
**panic** 102:8
**paper** 10:5
73:19
**paragraph**

62:19 64:11
69:22 71:15,16
72:20 73:3
75:24 80:6
110:5,8,12,16
111:1,2 139:10
141:4 147:22
147:23 148:8
150:11 157:1,2
157:6 196:24
197:6 209:10
**Paragraphs**
75:23
**paralegal** 27:2,3
**paranoia** 214:24
**parents** 32:2,22
33:9,24 34:7
34:17,21 213:3
**parents'** 32:19
34:12 141:13
141:17,22
**parole** 34:14
35:3 45:11,23
142:6,8,19
145:14 186:19
**paroled** 34:12
141:12,17
187:3
**part** 30:15 35:3
39:15 45:11,23
46:2 53:20
67:19 83:14,22
110:2 144:20
164:10,11,12
172:10 173:17
176:17 181:19
222:11
**participants**
97:17 98:10,11
104:13
**participate**
29:24
**participation**
79:11 80:13
**particular** 40:13

**parties** 4:8
199:13 214:21
227:17
**partition** 97:19
99:21
**partner** 20:21
150:14 151:16
151:17,18
**parts** 26:23 33:4
190:21
**party** 4:21 215:2
**party's** 167:2
**pass** 28:5,7
**passed** 28:4 91:5
91:7
**passions** 209:13
**Patel** 2:23 4:19
**patience** 182:14
**pause** 50:13
51:1 54:12
61:20 71:19
72:22 73:8
80:8 110:13
141:1
**pay** 43:20,23
56:3 217:9
**paying** 105:10
218:16
**payment** 218:20
**peace** 47:2
**penalty** 135:5
**pendency** 223:1
**pending** 6:7
199:10 210:10
**Penny** 89:17
**people** 39:7,13
39:24 40:4
43:18,23 98:12
99:17 100:13
105:15 149:6,7
149:13 151:6
151:19 164:14
165:10 213:4,6
214:23 215:3
217:7 220:20

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

221:1 224:2
people's 170:14
    170:15
performing
    218:24
period 34:4
    35:20,24 43:12
    44:11 88:14
    117:10,14
    128:1 129:19
    138:18 157:8
periods 127:8,9
permanent
    206:3
person 7:13 14:7
    36:14 92:14
    118:17 132:10
    137:4
personal 151:20
    227:10
personally
    10:17
pertaining 1:15
petition 76:16
    136:12,16,20
    137:5,9,12,21
    138:3,5,7,13
    194:17 196:17
    201:15,20,24
    202:4,17,20,22
petitioned
    202:23
petitions 62:10
    62:11 66:10,12
    66:14 135:24
phone 2:4,9,15
    2:20 3:23 11:1
    11:3,6,21,24
    12:3,17 13:1
    14:6,8 23:9
    29:9 55:14
    128:5,7 134:1
    167:22,23
    168:14,17,18
    170:2,14,15

171:10 173:19
    175:24 176:1,5
    178:4,5 179:5
    181:8 187:18
    188:5,6,9,13
    188:21 189:10
    219:9 228:10
phones 4:5
phonetic 28:14
    39:20 123:12
photo 119:16
    143:8,18,19
    144:14,15,20
    145:16,18
    146:1,5,13,20
    147:7,10,15
    225:16,17
photograph
    49:16 52:3
    53:21 122:1,3
    122:6,14 123:1
    124:13,18,21
    125:4,5,7,9
    145:24 146:5
photographs
    10:7 122:1
    125:13,17
    147:17
physical 204:11
    204:20,21
    205:19 206:13
physically 86:15
pick 4:4 94:12
picked 98:12
    99:16 143:9,18
    143:19 144:14
    144:16 193:10
    225:20
picture 51:22
    52:3 82:7
    85:14,15,16,16
    85:19,24 123:7
    124:10
pictures 125:2
pieces 10:5

Pine 38:14
pinpoint 22:21
pissed 81:24
    101:9
place 4:6,8
    30:13 32:9
    78:23 79:17
    102:2,20 120:5
    123:5 129:20
    141:23 176:2
    182:18 209:5
    227:13
placed 92:18
    93:15,19 94:2
    96:9,15 98:21
places 33:15
Plain- 207:20,21
plaintiff 1:4
    2:11 5:6,8
    167:5 175:11
    181:2,11
    192:19 209:10
plaintiff's 166:8
    175:11,14,21
    187:21 188:19
    189:1,8,15
    207:4,21
planned 188:9
planner 204:1
    204:10
planning 165:21
    174:3 188:24
play 162:4 163:5
    174:14 190:22
    220:23
playing 162:5
    174:3,4,9
    188:24
plea 213:7
plead 183:5,20
    183:22
please 4:3,5,23
    5:13 7:4 71:13
    72:21 73:7
    75:3 80:6

110:9 149:9
    152:9 166:13
    166:15,23
    167:4 207:13
plowing 192:18
Plus 150:14
point 6:5 14:15
    38:19 45:7
    75:11,17 82:10
    85:20 107:6
    116:1 118:8
    126:24 127:3
    130:22 135:6
    165:8 172:3,23
    173:5,6,24
    177:21 178:1
    178:15 189:10
    190:15,16,18
    193:8 222:4,24
    223:6,10
    224:23
pointing 170:18
points 189:16
police 1:7 10:9
    78:10,13 81:6
    81:11,17,21
    82:2,5,14 90:6
    91:11 94:11,13
    105:13 140:19
    145:8,16
    148:23,24
    149:2 150:19
    150:24 152:15
    202:13
poor 124:14
porch 115:6
posed 207:7
position 151:24
    152:14 168:22
    175:18,21
    177:8 178:13
    190:7 222:2
positive 45:21
    121:6
possession 154:5

184:18 187:7
    193:3,7
post 76:13
post-con- 62:10
post-conviction
    62:11 66:10,14
    76:16 135:24
    136:12 137:21
    138:3,8 157:7
    197:20
Powell 85:8,9
    87:12,13,19
    88:4,9,11,13
    88:18,24 89:4
    89:20 90:5,18
    91:5,10
practice 215:9
Pratt 25:8 26:15
    123:4 124:15
    124:16
Pray 8:20
pre 209:24
pre- 190:6
premature
    189:24 190:3,6
    191:19
prep 164:20
preparation
    8:24 9:6 12:10
    12:14,15
    163:16
prepare 8:18
preparing 12:21
preposterous
    165:9
prescription
    6:24
presence 159:17
present 2:23
    9:13 47:24
    79:7 84:5,14
    96:18 97:2,4,7
    98:8,14,16
    99:17 104:6
    105:6,8,16

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 247

120:18 201:17
presented
172:16
pretrial 112:10
pretty 50:23
prevent 177:22
previously 52:2
216:7
pri- 100:20,21
prior 8:23 12:19
17:15 32:21
37:14,17 38:2
42:12 46:1
49:5 54:23
55:8 57:2 58:9
58:12,17 59:7
70:11,16,19
88:1 93:15
94:15 96:9
98:1 102:2,20
102:24 107:15
111:23 114:12
117:1 119:22
126:14 138:7
141:12 156:7
188:14 193:10
196:6 211:6,9
211:19 223:1
223:10
prison 23:3
35:19 37:16
42:2,10 66:18
74:9 84:14
87:14 91:5
116:15 132:20
141:6 145:11
148:22 149:14
151:8 205:5
207:22,23
209:22 211:2,4
211:8 212:14
213:13 224:12
225:8
private 4:4 60:2
60:16 63:4,11

63:17,19
148:21 156:8
158:23 159:23
159:23 183:15
183:18 185:13
185:15 215:9
privilege 100:3
100:23 146:16
178:6
privileged 11:16
67:1 74:22
pro 136:1,4,11
136:16 137:9
probably 9:21
45:2 50:9 60:6
66:17 70:23
74:6 76:13,17
81:24 83:1
91:8 108:7
122:12 128:14
130:11,18
131:2 155:5,13
155:22 158:11
158:16 165:4
180:18 183:24
184:3
problem 199:16
205:11,11
problems
205:16 214:9
Procedure 1:14
proceed 181:13
192:11
proceeding
201:14
proceedings
223:1
produced
165:14 177:13
179:11 190:2
product 191:21
Professional
1:17 227:6
profit 43:21
project 43:5

pronounce 79:4
119:1,2
pronouncing
90:16
properly 174:23
177:15 178:21
proposal 190:19
propounded
166:4,21
171:24 173:9
178:14
prosecution
193:18
provide 199:5
provided 76:12
199:5
proximity
225:10
psychologist
216:4
public 75:16
118:6
Pulaski 143:4
pull 161:6
pulled 111:4
113:11
pulling 115:17
purpose 170:10
180:2
pursuant 1:13
1:13
pursue 209:13
pursued 193:18
pursuing 210:2
pushed 105:3,16
106:8,21,22
107:19 110:18
110:22 111:3
111:19 112:1
119:24
pushing 112:11
put 57:1 77:22
93:19 95:12,16
103:19 126:3
152:24 175:14

177:5 194:22
221:16
putting 68:17

_____
Q
quality 122:6
124:14
question 6:7,20
6:20 11:12
38:24 52:10
56:9 57:22
60:21 65:7
74:18 125:21
136:3 156:19
163:4 168:8
173:1 177:24
193:2 204:4
207:10,11,13
208:2
questioned
143:20 144:16
165:15 167:19
questions 6:3,4
12:20 50:4,20
163:14,22
171:21 175:24
176:9,15
177:20 178:4
179:1,4 188:4
188:6,14,15
189:4 190:9,11
190:14 191:3,9
207:7,18
219:16,23
221:20 222:9
222:13,18
223:14,16
224:2,20 226:1
quick 139:6
156:14 181:16
187:9 192:10
221:6

_____
R
raised 188:18

Ramanujam
2:23
ran 46:20
random 219:16
rank 41:20 42:1
42:8,12,15,17
46:15
rat 85:12 89:9
Raymond 1:6
139:11
reach 181:8
222:7
reached 106:24
119:13 182:7
read 47:12,13
50:3,16,17,21
50:24 54:4,9
61:17 71:17,22
72:21 73:1,1
75:3,5,22 80:5
80:11 82:2
89:12 110:8,11
110:16 143:23
144:6 150:12
152:10 156:21
171:10,11
200:2
reading 148:23
152:9
real 7:13 139:6
150:23 156:14
218:7
realize 85:21
really 17:21
18:14 22:17
26:5 45:18
65:16,24 122:8
147:24 148:16
177:24 187:9
189:6 198:12
218:7
reason 67:3
195:21
reasoning 8:8
rebut 191:23,23

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

**rebuts** 167:2
**rebuttal** 174:6
**recall** 11:6 18:16
  19:4,14 20:11
  24:17 27:12
  33:2,5 34:14
  38:13 51:14
  56:8 58:22
  60:7,14 64:1
  74:3 78:12,18
  79:3 86:4 87:2
  90:18 92:9
  112:16 116:18
  118:12,14,22
  120:4,7,10
  123:7,9 124:18
  125:7,11 127:9
  130:8,9 131:10
  131:15,20
  132:7 134:18
  136:8 137:4
  138:17 150:2
  155:5,24
  158:12,24
  182:20 183:18
  184:22 185:15
  193:7 201:7
  210:19,19
  212:10 224:17
**recanted** 68:1
**recanting** 67:11
**receipt** 203:22
  203:24
**receive** 203:7,19
**received** 203:5
  204:7
**recognize**
  122:13 124:13
  125:4
**recognized**
  47:14
**recollection**
  58:16 73:20
  76:7,18 81:10
  81:20 109:17

122:3,24
125:17 126:7
126:11 130:13
134:10 207:6
**reconvene**
221:17,22
222:1
**record** 4:2,9,24
7:4 49:12
52:18,21 53:6
62:1 71:5,7,9
75:5 78:3
100:1 108:18
117:23 118:2
121:21 122:5
144:9,11
152:10 156:21
161:15,18
163:8,22 166:2
171:13 172:21
173:14 174:2
175:7,9,13,14
176:5 177:5,6
178:23 179:17
180:3 181:18
181:21,23
182:4 187:10
187:12,14,16
187:18,24
188:3,15 192:1
192:4 193:5
196:9,11
199:17,20,22
200:2 221:10
221:13,16,21
225:14 226:8
**recorded** 166:17
**recording** 4:8
166:11,13,15
166:15,16,18
167:3
**recordings** 3:23
161:6 166:24
167:6 172:1
191:23

**redepose** 222:11
**reduced** 227:10
**reference**
  139:11,16,20
  139:21 167:6
  168:3 170:4
  179:5 198:2
**referencing**
  155:24
**referred** 108:6
  205:14
**referring** 43:1
  105:4 123:17
**refresh** 51:8
**refused** 107:9
  178:15 179:23
  191:9 213:9
**regard** 96:19
  177:17 189:9
  220:5,16
**regarding** 14:10
  60:20 66:3
  78:18 140:9
  180:24 198:10
**regards** 165:8
**Reginald** 118:16
**Registered** 1:17
  227:6
**regular** 11:19
  45:7 127:4
  133:20
**rehash** 187:23
**rehashed** 187:24
**reincarcerated**
  44:22
**REITER** 2:18
**relate** 179:1
  183:1
**related** 4:21
  55:3 66:10
  78:13 93:2
  166:18 174:5
  188:4
**relation** 41:1
**relationship**

20:24 21:22
22:15,18,22
23:19,23 25:11
25:22 26:1,4
28:19 29:2,7
102:19 214:18
**relative** 89:23
91:11 112:10
124:1 182:17
185:20 187:3
194:11 202:4
204:13 212:15
227:16,18
**release** 28:7
35:8 45:6,10
55:10 57:17
77:17 141:11
213:17 219:13
**released** 16:21
17:5 23:20
33:21 34:11
35:2 141:6
184:12 194:7
204:23 205:9
211:6,8,9,14
216:8
**Relief** 108:5
**rely** 167:1
189:20
**relying** 188:9
**remain** 34:7
35:11
**remained** 41:10
**remanded** 93:24
**remember** 7:8
8:15 13:24
15:5,13 18:14
25:17 37:1
57:10 60:8,8
69:16 70:9
74:2,6 76:22
83:1 96:23
108:7 111:13
113:19 120:3
126:17 127:14

128:12 131:8
131:11,13
132:6 154:15
155:7,7,15,16
156:3 158:11
158:16 159:8
165:10,11
193:12,19,19
205:17 206:15
206:16 210:16
222:17 223:16
224:3 225:1
**rephrase** 74:24
**replacements**
205:8
**report** 78:10,11
81:17 82:2,14
145:8,16
150:19,24
152:15
**reported** 227:9
**reporter** 1:16,17
5:13 6:11 8:2
67:6 108:14
121:15 181:3
194:4 195:2,4
195:6,17,20
200:1 206:21
212:12 227:6,6
**Reporting** 4:20
**reports** 10:9
148:23,24
149:2
**represent** 6:1
75:14 93:6,9
118:9 119:4,12
137:16 222:24
**representation**
119:15 167:23
170:5 191:18
**represented**
75:12 92:21
93:12 118:15
168:7 170:7
175:19 222:20

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

223:3
**request** 163:8
165:24 166:5
166:10,22
172:12 175:16
175:22 177:10
189:19
**requested** 47:6
53:3 61:8 75:5
78:2 108:17
121:19 152:10
156:21 195:24
200:2 206:23
**required** 35:4
45:11 169:15
**researched**
136:18
**reserve** 221:21
222:11
**reside** 32:8
**respond** 84:11
104:22 190:13
**responded**
171:16,18
**response** 84:18
84:21 85:13
98:18 101:19
101:22 105:1
115:19 119:11
164:24 166:10
167:7,9 168:8
172:9 191:19
207:4,17,18
**responses** 169:6
192:5
**responsibilities**
46:21 217:6
**result** 204:12,23
206:3 207:20
212:18 216:4
**resulted** 205:20
**retained** 3:24
**retaining** 156:7
**retire** 27:15
**retired** 26:20

**reveal** 11:12
112:6 145:2
149:8
**revealing**
146:15
**review** 10:3,7,9
10:11,14 11:1
11:3 12:6 51:4
163:16 164:22
167:14,16,18
174:10 176:6
176:24 177:21
177:22 189:11
190:22 196:6
**reviewed** 11:7
51:12 81:17
171:10 176:8
176:22
**reviewing** 51:7
176:19 207:6
**Richard** 185:16
**Rick's** 124:22
**right** 15:14
23:21 24:22
30:4,6,10 34:1
34:18 41:13,16
47:3,8 49:2,20
49:23 51:18
53:5 60:24
61:5 62:4 68:9
68:16 69:7
71:12 77:22
78:3 87:10
90:16 91:22
92:22 95:2,9
97:9 98:20
99:10 100:7
101:7,18
102:23 104:1,3
104:4 113:10
113:11 115:17
116:10 120:19
121:21 122:2
122:17,20
124:12 126:3

135:1,17,24
136:6,9 138:9
139:10 141:24
142:1,14,21
143:2 144:5,10
146:4,21
148:12 152:24
161:1,5,20
162:13 166:1
171:2 172:17
173:3 174:12
175:6 180:10
180:16 181:16
182:16 183:3
188:2,13
192:15,20,22
193:2 196:2,18
199:6,17
201:20 202:4
202:17,20
203:23 207:2
207:13 211:18
219:20 221:19
221:21 222:11
**ring** 31:11 219:9
**rings** 63:18
**rink** 19:10 38:8
89:17 220:22
221:1
**rinks** 19:11
**rob** 151:18
**robbed** 52:9
209:11
**robberies** 81:23
150:1
**robbers** 145:9
**robbery** 30:16
30:21,23
132:24 148:17
148:18 149:5
149:23 183:1
183:23 184:5
185:2,18,21,24
186:5,15 187:4
193:11 225:8

225:10
**robbery/murd...**
32:9
**Rogers** 37:24
38:3,5,7,9,16
38:21,23 39:15
40:1,8 44:4,6
47:19,24 48:20
49:1 52:8 82:6
82:11,14,19
83:4 86:2,5
89:8,11,15,16
89:22 145:8
147:23 148:16
149:1,4,14,17
149:18,22
150:6 151:10
151:24 152:14
152:16,18
**Rogers's** 49:5
151:21
**roller-skate**
19:5,7,12
**roller-skated**
19:9
**roller-skating**
19:16 220:16
**romantic** 20:23
**room** 84:15,16
97:17 99:7
103:15 104:2
105:12 164:2
**roughly** 34:6
116:24 186:8
193:21
**Royal** 4:20
**RPR** 228:8
**ruined** 211:1
**rules** 1:13 222:5
**ruling** 221:18,24
222:12

———————
**S**
———————
**S** 3:7
**safe** 57:11,15

147:14
**sales** 43:9
**Saltiel** 118:16
119:1,3,14
**sandbag** 165:3
**sandbagged**
178:16 190:8
**sandbagging**
164:6 174:11
174:11 177:22
**Sanders** 11:5,7
14:1,5,9,12,16
19:24 20:1,3,7
20:14,16 32:18
32:21 33:5,8
33:12,17,24
34:6,16,20
125:6 126:14
126:18,22
127:1,5,18
128:2,5,19
129:4,12 130:2
130:8,23 131:4
132:4,21 155:4
155:23 173:18
219:19 220:9
**Sanders's**
129:18
**sat** 85:3 113:8
**satisfied** 171:4
**Saturday** 94:14
**save** 150:13
**saw** 24:6,10
25:16 51:15
89:4,13 114:21
114:21,21
115:7 207:8
**saying** 6:14 66:1
68:6 95:11
97:22 100:5,10
101:6 113:21
146:2,4 154:19
170:9 172:5
188:7 190:5
205:13,15

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 250

216:5
says 47:18,23
    48:3 51:21
    52:11 62:17,19
    70:6 72:3 76:1
    76:6 81:6
    82:17,21 85:10
    111:2,3 141:17
    143:16 145:15
    147:23 148:16
    193:5 197:7
    207:20 209:10
scaled 218:6
scar 206:7
scene 102:15
Schalk 1:6 84:8
    84:24 86:7,18
    90:13 96:10,18
    97:6 98:16
    101:24 103:17
    103:21 105:4
    105:16 106:7
    106:20 107:11
    107:19 108:1
    110:18 113:7
    139:11 202:19
Schalk's 207:4
Schalke 79:5
    101:6 103:21
    104:23 110:23
    111:12 208:8
scheduled
    186:19
scheduling 13:2
school 15:19,21
    16:1 209:22,22
    210:6,7
se 136:1,4,11,16
    137:9
seal 228:2
Sean 2:2 5:6
    187:23 189:13
    189:15 221:23
sean@loevy.c...
    2:5

second 47:10
    50:2 61:12
    74:15 80:5
    91:20 95:1
    110:11 125:17
    131:21,22
    132:2 137:11
    137:20 138:3,7
    141:15 147:22
    148:7 161:11
    162:15 165:2
    166:8,22
    191:14 196:23
    199:18
seconds 163:19
    163:20,20
    188:23
secur- 208:3
security 93:22
    208:3,7 210:4
see 10:16 13:1
    21:24 22:7
    24:2 41:8
    47:14,18,21,23
    48:2,3 49:14
    51:21,24 53:17
    53:18 59:12
    62:7,16,19,20
    64:10,13 70:3
    70:6 76:1 80:3
    82:17,20,22
    104:13 108:12
    109:7 110:19
    111:1,3,5,14
    114:22,23
    118:13 122:8
    130:16,19
    131:14 139:12
    141:8,19
    143:12,16
    147:16,24
    148:6,18
    154:12 157:1,6
    179:6 180:10
    180:14 182:11

192:10 196:14
    197:4,24 201:6
    205:11 209:14
    213:14 219:5,9
seeing 205:12
    214:10 215:5,8
    215:11
seek 135:5
    213:21
seeking 164:13
    207:14
seeks 191:22
seen 11:20 29:8
    47:8,17 48:12
    48:13 51:9,10
    51:11,17 53:7
    53:13 61:23
    64:21 65:11,20
    67:3 70:7
    76:11 78:6
    108:21 113:14
    145:18 146:20
    147:14 196:3
    198:14 200:4,6
    200:11,14
    201:2 213:4
seg 93:20
sell 36:9,11,13
    36:23 37:3,18
    43:8 44:4
selling 36:8
    43:11 81:2,13
send 56:11
    59:10 119:8
    181:6 205:6
sending 158:7
sensitive 4:3
sent 25:14 26:8
    57:7 119:7
    182:5 205:6
sentence 76:1
    82:18 142:5
    143:7 150:12
    207:19 209:9
sentenced 135:1

135:3 184:7
    186:2
sentences 143:8
separate 176:7
    183:22 190:23
    198:8
September 33:7
    33:12,14,23
    34:6,24
sergeant 139:17
    140:4,7,22
series 6:3
serve 184:9
    187:1 209:24
served 165:19
    176:2 186:8
Service 216:23
serving 89:23
    129:12 141:6
    186:4,15
set 67:17 87:10
    112:20 149:1
    149:17 152:16
    152:18 164:2
    166:8 170:2
    207:4 228:1
setting 199:9
seven 39:6,7,8
    39:10,13 41:1
    219:5 221:2,3
Shaking 76:20
share 93:4
Sharon 21:17
    122:20,22
Sheenee 53:11
    120:12 159:13
    160:16
shoot 181:16
shooting 225:23
short 52:20 71:8
    118:1 161:17
    175:8 181:22
    187:15 199:21
    221:12
Shorthand 1:16

227:5
shortly 190:1
show 47:3 52:24
    61:5 77:23
    121:12 125:19
    126:1 166:1
    169:5,5 194:19
showed 82:7
    145:16
shower 89:4
showers 89:2
showing 196:2
shown 145:19
    225:18
siblings 28:10
    155:2
sic 13:17 28:15
    54:8 57:16
    79:5,5,5 82:20
    83:19,19 93:18
    97:22 101:5,6
    102:1 103:21
    104:23 105:20
    107:1 110:24
    111:12 113:7
    115:2 120:13
    208:8
sick 213:8
side 19:8,8 29:1
    97:19 99:8,9
    99:20 101:4
    125:10 212:7
sign 196:21
signature 109:7
signatures 176:4
signed 64:22
single 189:18
sir 7:6,14 8:2,19
    15:15 20:5,19
    28:10 37:21
    49:1,14 52:4
    53:14,21 58:14
    67:6 72:11
    87:11 109:6,15
    109:18 110:3

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

183:5 194:4
196:11,14
202:11 209:17
210:21 222:10
225:22
**sister** 13:14
29:14 217:23
219:7,11
**sister's** 13:15
**sisters** 28:11
**sisters'** 28:12
**sit** 83:17,20,23
84:17
**sitting** 105:10
106:3,7,13
114:20 115:7
115:23 172:15
**six** 163:10 219:5
**skate** 38:23 39:4
39:4,5 40:12
221:1
**skated** 39:12
**skating** 38:8
40:1 89:17
220:22 221:1
**skim** 50:19
**sleeps** 219:8
**slipped** 142:20
**small** 103:15
**smart** 97:23
**sneak** 218:2
**snitch** 88:3,4
**sold** 36:16,20
37:14,21 44:2
44:6 46:1
91:22 92:4
123:18
**sole** 28:1
**solely** 218:20
**solution** 191:2
**solve** 225:12
**some-** 115:15
**somebody**
147:16 188:20
189:1 217:24

**somewhat** 23:19
164:5
**son** 21:15 24:16
**son's** 122:22
**Sorrell** 30:7
54:1,21 55:4
66:4 72:15
78:14,19 79:12
79:16 80:14
83:4 116:4
121:3 127:17
132:5 140:10
140:14 184:15
186:6,14,20
194:11 204:13
212:19 216:17
225:23
**Sorrell's** 30:16
**sorry** 9:16 17:3
23:14,18 27:6
27:19 41:12,15
42:3 49:12
53:5 55:11
57:19 67:6
71:16 78:15
80:24 81:5
94:20 106:6
122:21 131:12
136:22 141:16
147:7 148:3
173:23 183:13
187:9,12
192:22 196:17
197:12,15
198:19 199:13
201:9 214:16
220:8
**sort** 178:6 222:7
**sought** 191:21
**sounds** 100:22
170:24 171:3
175:3
**South** 2:19 19:8
**space** 105:14
**speak** 13:8 14:1

14:9,12 15:11
22:2 23:1,8,17
24:8,13 55:14
58:5,9,12
63:17 64:2
83:3 96:22
98:3 99:1,2,4
99:24 102:23
103:9 126:14
127:10 128:5,8
133:16 134:4
149:18 155:9
199:4 219:23
220:8
**speaker** 166:16
**speaking** 58:17
68:11 77:10
129:9
**speaks** 76:3
**specialist** 205:12
205:13
**specific** 19:10
27:6,10 36:14
53:13 63:11
97:1 116:14
123:9 130:2,5
131:15 137:4
219:23 223:21
**specifically**
10:22 12:24
33:5 43:6 64:4
75:24 89:22
90:12 92:9
95:21,23 96:1
96:24 101:23
104:22 110:21
120:7 125:12
127:9 130:19
134:9,10
149:14,22,24
151:9 152:13
155:24 157:9
158:9,13 159:5
160:8 168:24
176:10 179:4

204:21 207:20
**specificity**
207:14
**specifics** 13:9,10
**specified** 227:13
**speculating**
147:16
**speculation**
40:15 48:22
60:18 64:17,23
65:13 70:21
77:13 87:22
88:5 91:14
105:18 106:10
106:17 111:20
112:13 119:18
127:20 128:10
128:16 129:14
130:24 131:6
131:23 132:11
133:1 134:6
136:13 138:10
146:7 147:5,11
153:9 154:10
155:20 156:1
158:2 159:6
160:9,14,19
200:18 206:9
209:19 210:22
213:18 216:13
**spoke** 14:22
15:3 25:13
26:6 59:20
77:11 89:5,5
103:3 149:21
219:18,22
223:20
**spoken** 13:5
14:16 55:11
57:5 76:23
77:1,17 147:3
147:9 150:6
223:15,15
**spot** 101:9,13
102:6

**Sr** 223:5
**SS** 227:2
**stabbed** 205:21
205:23 206:4
206:11 209:7
212:1,5
**stamp** 79:22
**stand** 111:4
120:11
**standing** 102:5
104:4 115:6
222:10
**Starr** 2:2 3:5 5:6
5:6 7:20 9:18
9:21,23 11:11
11:16 12:9
14:18 15:8
21:1 23:10,13
32:10,24 36:2
37:4 38:10,24
40:5,14 41:4
42:19 43:24
44:8 45:16
46:11,18,23
47:12,15 48:21
49:6 50:5,8,16
50:19,23 52:6
52:14,16 54:3
56:5,14 57:21
58:10,18 59:1
59:6,13,18,22
60:4,11,18
61:1,16,19
62:12 63:6,12
63:22 64:6,17
64:23 65:4,7
65:13,22 66:5
66:15,22 67:12
68:3,7,9,11,24
70:1,4,21 71:2
71:4 72:1,16
73:1,4,14
74:15,18 76:3
77:4,13,19
78:15 79:19

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 252

80:15,22 81:4
81:8 83:7
86:22 87:21
88:1,5,15 90:1
90:21 91:2,13
91:23 92:5,11
94:17,21 95:3
96:7 97:14
100:1,6,9,12
100:15,17,20
100:23 103:1
105:17,23
106:9,17
107:20 110:8
111:20 112:3,6
112:13 117:21
119:5,18 120:1
121:9 122:5,8
127:6,11,19
128:10,16
129:14,21
130:3,24 131:6
131:17,23
132:11 133:1,8
134:6,13
136:13 137:23
138:10 139:18
139:24 140:16
144:1,4,6,9,21
144:24 145:5
146:7,15,23
147:5,11 148:3
148:6,9,11,13
149:8 150:9
151:11,14
152:4,7,21
153:6,9,14,20
154:10 155:11
155:19 156:1
156:11,18,22
157:12,19
158:1,14,19
159:6,15 160:9
160:14,19
161:2,12,22

162:2,4,8,12
162:17,21
163:4,7,13,23
164:4 165:6,8
165:17 166:1,4
167:16,21
168:6,13,17,20
169:2,5,9,11
169:13,17,24
170:4,9,12,14
171:8,18,21,24
172:4,10,14,21
173:7,12,16,22
174:1,15,19,22
175:4,11 178:8
178:11 179:15
179:18 180:2,6
180:8,12,18
181:2,11 182:1
182:9,12 184:1
187:10 188:1
189:14,15
192:3,19
194:13,21,23
195:8,13,15,21
197:8 198:6,20
198:24 200:9
200:17 201:3
202:5,8 204:3
204:8,14 205:1
206:5,9 208:23
209:18 210:12
210:22 211:22
212:21 213:18
214:14 215:17
215:20 216:10
216:13 222:2
222:13,15
226:1
**Starr's** 191:18
**start** 7:18 19:13
21:10 87:18
141:16 147:8
153:12 204:20
214:13 215:8

218:5
**started** 19:14
85:5 115:7,17
135:7 215:10
**starting** 4:24
122:16 216:8
**starts** 110:4
111:3 141:5
**state** 4:23 7:3
22:1 97:4
100:2 120:7
135:5 144:19
193:17 196:24
199:8 200:6
207:13 227:2
**State's** 48:9 79:9
197:3,22 198:3
198:14 200:4
200:15,23
201:22
**stated** 80:18
81:2 145:8
**statement** 47:19
48:19 49:2,5,9
51:20 52:8
53:11,12,18,23
54:16,19 66:3
66:13,20 67:10
67:23 68:8,21
84:9,19 89:10
89:12,15
112:12 152:18
**statements** 85:1
191:17
**states** 1:1,14
4:14 51:21
189:21 227:1
**Stateville** 16:9
93:21 116:12
117:4,5,7
129:3,4,6
208:12,14,15
208:17 209:4,4
209:23 212:2
213:2

**station** 94:11,13
105:13 183:2
**stay** 18:20 31:18
31:21,22 32:1
33:15 34:9
99:20 123:20
123:22 192:17
198:22 214:11
217:17
**stayed** 93:22
94:13 103:19
113:5 122:18
123:17,22
125:14 208:13
**staying** 117:15
**steady** 69:2
**stenographica...**
227:9
**step** 91:19 139:6
**stolen** 187:7
193:4,8,15
**stood** 101:10,12
102:9
**stop** 33:17
114:16 163:18
187:9 198:21
**stopped** 33:6,9
114:18,19
215:10
**store** 183:2
**street** 2:3 19:2
24:5 98:13
99:16 113:9
142:10,14,20
142:21 228:9
**strictly** 179:13
**strike** 15:2
23:18 33:20
45:5 55:2
56:24 78:21
79:6 87:18
96:24 104:21
134:9 145:23
147:8 198:2
200:5 222:23

**structure** 144:4
**stuck** 97:22 98:5
**studying** 137:2
**stuff** 11:20
12:21 26:24
137:3 211:4
221:8
**styled** 200:14
**submit** 136:19
163:7
**submitted** 108:4
**subsequent**
67:10 183:1
204:12,24
**substance** 12:18
45:1,8 50:3
54:9 100:11
166:17
**successful** 59:16
**successive** 76:13
76:15
**sued** 140:20
**suffer** 212:17
214:3,6 216:9
216:17
**suffered** 204:21
**suggestion**
178:22,23
**suggestions**
180:16
**Suite** 1:18 2:8
2:14,19 228:9
**sum** 202:24
204:6
**summarize**
166:19
**supervision**
184:21,22
**supplement**
170:23
**supplier** 36:22
37:1 91:21
92:2
**support** 36:4
37:10

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 253

**supported** 197:1
197:2,20
200:22
**supporting**
138:24
**supports** 151:24
152:14 166:11
166:14 167:2
198:4
**supposed** 97:20
**suppress** 119:15
**sure** 8:1 9:12
10:18 12:17
15:10 16:6
18:13 23:12,16
24:3 27:5
29:17 32:14
38:6,14,15
40:17 41:8,9
47:17 52:14
54:5 60:15
65:4 66:2,9
68:12 71:3,4
75:2 78:16
84:17 86:24
91:9 95:19
100:4 103:13
110:24 113:13
117:21 118:13
119:21 120:13
124:9 126:10
127:24,24
128:3,18 130:5
135:8 137:18
140:18,19
146:18 148:5
156:6,20
161:12 162:3
162:13 165:13
168:1,2,21
169:13 173:8
173:16 174:1
179:1 182:3,21
192:14 193:5
198:24 199:16

200:12 203:8
203:18 205:22
**surprised**
165:14,19
167:10
**surprises** 174:9
**Susan** 158:22
159:24 160:7
**suspect** 143:10
143:14,17,21
144:14,17
145:13 146:3
224:24 225:6
**Swain** 13:18
28:13
**Swanson** 158:22
159:9,24 160:7
**swear** 5:14
**switch** 30:4
161:14
**sworn** 5:15,19
227:7

---

**T**

**T** 3:7
**table** 106:3,5,6
**tables** 26:24
105:14
**tablet** 154:2,4,7
**take** 4:8 6:5,6,7
6:13 13:21
29:20 50:2,22
52:13 54:7
61:11,17 69:21
71:2,12,16
72:19 78:23
79:21 80:5
90:16 91:19
103:24 110:11
113:6 114:23
125:2 130:13
139:6,7,14,18
161:11,12
163:18 164:19
169:7 174:10

174:19 175:1
176:12 213:7,9
217:17 220:24
221:6
**taken** 1:12,15
4:11 47:19
104:14 107:16
113:3 123:1,7
124:18,21
125:7,9,13
227:13
**takes** 176:19
**talk** 15:6 29:8,9
59:10 62:20
64:12 67:19
69:23 74:15,19
83:20,23 97:21
101:15 155:18
164:20 175:2
201:9 220:4,6
224:11 225:20
**talked** 71:23
74:13 100:12
135:14,22
141:10 156:5
158:9 220:12
224:7 225:13
**talking** 11:19
12:18 13:2
89:8,8 97:18
107:14 132:22
142:3 163:19
200:12 211:10
220:7
**talks** 69:11
**tall** 104:5
**technically**
194:24
**telephone** 12:13
22:2 23:1 24:8
132:9,13
166:24 187:8
198:18
**tell** 13:19 56:16
56:20 64:19

71:17 82:5,10
89:8,14,22
90:5,9,12
131:9 148:3
149:21 152:2
162:11,20
163:2 169:16
174:13 201:1
209:21 213:6
214:22 217:8
217:24 220:21
224:13
**telling** 60:8 76:8
81:11,21 89:5
90:18 97:2
101:13,17
102:6 178:7
**tells** 152:15
**ten** 184:10 186:8
186:9 225:9
**tendered** 190:1
192:4
**Tenerelli** 1:16
227:5 228:8
**Tennessee**
130:23
**term** 178:17
**Terry** 37:24
38:3,21,23
39:15 44:4,6
47:19,24 48:20
51:21 82:6,11
82:14,19 83:4
86:2,5 89:8,11
89:15,16,22
145:8 147:23
148:16 149:1,4
149:14,17,18
149:22 150:6
151:2,4,10,21
152:16,18
**test** 45:19,21
**tested** 45:21
**testified** 5:19
66:21 67:23

68:22 72:8,13
89:18 100:12
121:7 126:8,13
129:23 130:8
133:11,18
134:18 223:4
**testify** 7:1 11:17
56:18,22 60:19
67:3 72:11
75:8 77:5,6
100:2,11,17
120:8,15 126:4
126:16 133:13
133:17 134:12
134:16 185:11
202:16,19
212:24 227:8
**testifying**
126:12,15
**testimony** 58:1,6
59:7 67:11
88:1 105:24
120:19 129:18
145:24 174:7
202:10,14
**testing** 45:12,14
**text** 26:8 154:15
154:16,18,19
**thank** 8:5 9:22
17:14 41:17,19
57:19 75:4
108:15 121:16
124:11 126:2
129:11 144:2,8
152:24 156:22
160:4 177:6
180:9 181:15
182:9,13
192:12,13,14
194:5 199:15
201:13 204:2
208:20 215:22
221:5 226:5
**thanks** 11:17
148:13 179:15

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 254

180:5 195:22
theft 8:1,7
therapist 214:10
 215:6,8,11,13
 215:15 216:1,4
thing 50:16,17
 50:24 61:17
 73:1,2 104:4,5
 139:19 143:16
 170:20 179:10
 200:13 206:15
things 62:15
 167:4 168:14
 170:21 197:2,2
think 7:22,24
 8:1,7 12:2 16:3
 16:5 17:20
 18:9 19:4 20:4
 20:4,17 21:5
 26:8,23 29:5
 29:17,17 35:18
 38:14 59:24
 60:13 61:24
 72:18 74:11
 75:18 76:13,14
 90:10,14 94:4
 94:7 95:22
 97:23 107:17
 111:9,22 112:4
 112:19 113:9
 115:5 116:10
 116:23 119:8
 120:13 122:18
 124:20 125:8
 125:14,19
 131:8 132:17
 135:8 136:1
 138:6 139:1
 141:21 143:3,4
 144:6 146:12
 148:23 149:1
 150:20 152:16
 154:23 155:1,3
 157:4 159:13
 160:21 163:10

164:23 165:9,9
167:13 168:9
169:17 170:6
170:18,21
172:2,22,24
173:8 174:8,10
174:11,12
176:21 177:15
177:18,23
178:2 179:5,8
179:18 180:18
181:12 183:17
183:21 184:19
184:21,24
185:3 188:17
189:14,15
191:8,8,11
193:2,15,22
194:9,15 195:1
195:9,12 197:8
198:3 201:4
205:22 207:8
209:23,24
212:6,9,9,11
214:14 219:16
221:7 222:2
223:4 224:6
thinking 140:18
third 109:24
 110:2 113:12
 118:17,18
 140:18 147:19
Thomas 137:6,7
thought 37:8
 74:19 90:24
 110:23,23
 111:12 168:22
 189:3 191:2
 208:10 220:6
 223:5 224:24
 225:5,16
thousand 44:2
threaten 83:11
threatening
 83:14 85:2

86:19 96:4
112:12
three 9:12 28:11
 29:14 34:15
 93:20,21,23
 113:6 114:4,4
 114:7 138:9,23
 143:2 157:8,10
 208:9 217:14
 219:5
three-hour 10:2
threw 85:14,19
 85:24 211:1
throwing 178:17
tied 40:12
till 113:5 208:13
time 9:5 18:11
 24:6,15 25:13
 25:16 26:6
 29:21,21 31:5
 34:4 35:19,20
 35:23 37:20
 38:19 43:12
 44:11,24 45:7
 45:20 48:16
 49:23 50:22
 51:14 55:22
 63:10 75:11,17
 76:2 82:10
 83:24 85:6,15
 85:20 88:14,21
 89:24 93:18
 108:2 111:17
 114:24 115:4
 115:14 116:1,9
 117:10 118:8
 123:20,20
 126:24 127:3,8
 127:9,16 128:1
 129:19 130:22
 131:9 132:8
 135:6 136:10
 138:18 140:9
 140:13 150:4
 161:7 162:10

163:2,21 165:7
166:15 173:21
174:23 176:4
176:11,20
178:21 182:22
183:7 184:6
185:21 186:2,4
186:13,20
189:10,12
191:1,13,15
204:22 208:3
209:6 211:5
212:14 213:9
218:10 223:6
224:12 226:7
227:13
time-saving
 178:23
timeline 156:6
timeliness 191:4
times 131:3
 154:5 172:22
timing 199:6
TIRC 108:5,9
 109:22 139:7
 152:20 224:21
TIRC-FLET...
 108:18 110:1
 141:4 147:20
today 6:2,19 7:1
 8:19,23,24
 12:11,14,19
 13:6,9,12,20
 14:2,3 15:12
 17:9 27:17
 51:17 53:14
 126:22 162:6
 163:16 167:20
 172:15 174:6,6
 174:7 176:15
 176:21 177:2
 178:17 180:10
 191:2,11
 217:11 220:13
 222:10

today's 51:11
 167:15 226:6
told 13:13 14:3
 15:10 68:2
 77:7 81:6,14
 85:4,4,7,9,11
 86:5 87:4,5
 88:7,8 89:9
 90:14 93:7,8
 95:12 97:4
 99:6 102:4,7
 102:12,16
 103:9,22
 104:19,23,24
 107:3,12 111:4
 114:22 115:1
 128:24 132:16
 146:11 149:17
 150:3 151:9
 184:11 208:10
 209:6 220:15
Tom 116:10
ton 174:8
Tony 85:9 87:12
 87:13,19 88:4
 88:9,11,13
 89:4
top 47:18 53:18
 141:16
torture 108:4
 109:1
total 131:3
 165:4
Totally 50:9
touched 91:20
 182:16
town 31:23
transferred
 93:20 117:5,11
transported
 94:8 116:2
traumatic
 213:12
travel 130:16
treated 206:1

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 255

214:8
treating 215:5
216:3
treatment
213:21
trial 58:9,12,17
59:21 60:3,17
64:5 66:21
67:24 68:21,23
70:16 71:24
72:6,8 73:13
73:21 74:1
75:8 111:23
112:18,19
116:7,10,22
117:8,11,16
118:5,9,19
119:22 120:4
120:15,21
121:1,6 122:4
125:18,22
126:5,12,15,19
129:13 133:11
133:14,17,21
134:16,22
135:10,10
153:2 167:6
183:8 185:5,7
185:7 190:14
191:24 213:6
trials 213:5
tried 59:15
183:10,11
trophy 221:3,4
truck 217:2
true 172:18
truth 64:19
227:8
truthfully 7:1
try 6:16 8:2 17:3
47:2 65:10
67:21 68:7:3
158:7 161:6
163:2 194:4
218:2 219:6,10

trying 13:1
66:17 74:9
87:7 101:11,14
103:13,14
143:3 147:2
151:8 157:7,23
160:23 164:4
165:3 169:12
171:12 211:3
214:22 219:12
225:12
turn 4:5 113:10
124:7
turned 107:17
107:22
twice 29:22
131:8 212:3,6
two 9:12 16:7
21:9 24:23
25:1 79:2,7,11
79:15 83:10
88:7 90:19
93:22 98:10
99:13,14,15
100:13 113:8
116:24 125:17
129:2 143:7
166:9 189:17
189:18 191:20
196:11 205:8,8
212:10 219:16
220:24
two- 10:2
type 36:11
209:16 210:3
210:21 213:16
216:3,9,17
220:21
typewriting
227:10

U

U 205:7
unable 72:14
unanswered

163:10 164:18
undergo 45:11
underlying
182:24 185:17
understand 6:8
6:21 10:19
30:12,15,23
53:10 65:16,24
68:5 69:9
100:5 164:7
168:22 169:12
169:20 177:3
177:24 179:2
189:7 198:13
understanding
30:19 48:18
49:4 66:7
160:1,5 164:10
183:8
understood
87:17 100:24
168:2
unequivocal
166:13
Unintelligible
67:5
Unit 4:10,10
United 1:1,14
4:14 227:1
units 89:3
university
210:10,15
UNKNOWN
1:7
unlawful 184:18
upset 101:3
urgency 191:11
use 7:23 44:21
45:3,7 50:6
92:14 100:18
163:9 165:21
167:11 169:2
169:16,19
175:17 191:23
utilize 153:17

V

v 1:5
vacant 114:18
114:18
vacate 200:8
vacated 194:12
vague 127:20
Valerie 26:15
124:15,16
various 33:15
vehicle 187:7
193:4,8,15
217:3,4
verb- 194:5
Veronica 25:8,9
25:11,16,19,22
26:1 34:5
129:10
versus 4:13
181:1
video 4:2,7 12:6
25:15 52:18,18
52:21,22 71:7
71:9 117:22,23
118:2,3 161:15
161:16,18,19
175:7,9 181:21
181:23 187:13
187:16 199:19
199:22 221:10
221:10,13,14
226:8,8
video-recorded
4:11
videoconference
2:7,13
videographer
2:23 4:1,20
5:13 6:11
50:11 52:17,21
71:6,9 117:22
118:2 161:8,14
161:18 175:6,9
181:20,23

187:13,16
192:16 199:19
199:22 221:9
221:13 226:4,6
videotaped 1:11
227:9
view 99:7 101:4
viewed 147:4,10
visit 20:10 22:9
22:9,11,12
23:3,5 24:11
24:11,12,13
103:4 128:19
128:22 129:5
130:13 131:21
131:21 132:2
132:18,23
133:7 134:1,2
142:5,8
visited 131:4
132:15
visits 131:16
voice 6:11 8:3
voicemail 182:4

W

Wacker 2:19
Wade 70:12,17
70:20 71:23
72:5,8,13
73:13,21,24
74:5,8,11,14
75:20 76:9,11
76:19,23 77:1
77:2,10,12,17
120:12 121:6
138:4,23
156:10 161:1
wait 6:19 101:15
200:5
waiting 181:12
waiver 100:20
waiving 100:3
walk 104:2
Walker 48:3,6

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

48:11,19 79:9
79:11,16 82:5
83:10 84:3,11
84:24 86:12
104:9 105:8,21
106:6 107:15
**Walker's** 53:17
**walking** 81:14
105:13 106:4
107:23 115:7
**wall** 106:12
**want** 7:22 12:23
25:20 47:12,13
50:20 52:13
54:4 61:16,16
62:15 65:5
68:9,11,12
71:4,5 74:7
88:4 100:17
110:8 116:21
139:6,18
144:24 151:22
156:6 161:20
162:11 163:18
164:1,2 169:19
174:9 179:16
181:18 182:1
187:10,23
188:12 189:16
192:17 195:8
198:22 200:12
205:14 209:16
210:21 214:22
218:3
**wanted** 59:10
94:5 95:12,15
101:11 124:9
169:16 207:17
213:10
**wanting** 191:3
**wants** 50:16
**warrant** 93:19
**Washington**
38:14
**wasn't** 48:24

101:18 102:6
104:15,19
140:23 143:8
149:11 164:8
168:1,7 179:23
225:20,20
**waste** 176:10
**watch** 218:1
**watching** 215:1
**way** 27:7 67:9
67:23 68:22
70:17 75:10
83:11 86:16
102:19 113:2
114:14,15
147:7 168:3
181:8 195:9
**ways** 81:7
**we'll** 6:6 14:24
21:10 47:3
52:24 54:5
61:5 68:16
77:23 112:21
121:12 143:16
161:24 163:18
175:5 176:12
176:15 181:13
182:10 192:18
194:19 198:21
215:20
**we're** 6:17 50:5
50:9 114:20
170:15 172:15
174:13 175:14
175:23 177:11
177:18,23
178:1,17
181:12 187:21
188:17 190:8
192:15 200:12
211:9 221:17
221:21 222:3,6
**we've** 121:21
147:2 177:7
178:13 182:7

182:16,16
187:24 188:21
192:4 196:3
207:3
**weapon** 111:4
184:18
**week** 14:4,15
22:5,6 24:3
29:22 128:13
128:15,23
165:12 180:13
199:12 218:12
218:14 219:4
**weekend** 94:5
**weeks** 93:20,21
117:15 208:9
**welding** 16:5,9
**Wells** 15:22 16:2
**went** 17:6 19:11
30:1 35:12,19
41:13 44:12
45:21 89:1,1
89:10 93:7,23
94:3,4 95:10
97:21 98:12
99:16 101:10
117:8 131:13
132:19 136:18
159:4 195:11
208:12,15
212:14 215:9
225:8
**weren't** 171:3
171:19,19,20
**West** 1:17 2:8
2:12,13 3:4
4:17 5:2,2,12
5:21 6:1 8:5
9:20,22 10:1
14:19 19:8
30:24 32:12
33:1 36:3 41:5
47:7,13 50:7,9
50:12,22 52:7
52:13,15,23

53:4 54:5,6
56:15 57:23
59:19 61:9,18
65:9 68:10,13
70:2 71:3,11
73:5,7 75:3
78:3,5,16,17
79:20 80:23
81:7,9 83:8
94:18,20 96:8
100:4,7,10,14
100:16,19,22
100:24 108:12
108:15,18,20
110:9,10 112:5
112:9 117:20
118:4 121:14
121:16,20
122:7 125:10
132:1 139:22
140:1,3 141:2
144:2,5,8,10
144:12,22
147:6 148:5,7
148:10,12,14
148:15 150:10
151:15 152:5,8
153:10 156:20
156:23 161:7
161:10,13,20
161:23 162:3,7
162:10,13,18
162:22 163:6
163:12,17
164:1,24 165:7
166:2 167:13
167:19 168:5
168:11,16,19
168:21 169:4,7
169:10,12,14
169:23 170:3,8
170:11,13,21
171:2,5,14,20
171:22 172:13
172:17,23

173:5,11,15,17
173:23 174:2
174:18,21
175:3,5 177:6
178:10 179:8
179:16,19,22
180:1,5,7,9,14
180:20,23,23
181:15 182:3
182:10,13,15
187:9,11,18
188:2 190:17
191:11 192:12
192:15,17,20
192:22 193:1
194:6,22,24
195:3,5,7,10
195:16,18,22
196:1 197:11
198:19,21
199:1,2,3,15
199:17,24
200:3 202:9
204:5 206:10
206:18 207:1
209:1 214:15
215:16,19,22
215:23 216:14
221:6,15 222:8
226:2,5
**West's** 191:17
224:20
**what'd** 13:19
88:24 90:9
**whatsoever**
225:22
**Wheelers** 39:19
39:21,22
**where'd** 36:21
**whereof** 228:1
**whispering** 4:4
**white** 104:5
113:19
**wife** 124:4
**Willas** 39:20

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

**William** 16:2
**Willie** 30:7 54:1
54:21 55:4
66:4 78:14,19
79:12,16 80:14
83:4 116:4
121:3 132:5
184:15 186:6
186:14 194:11
204:13 212:19
216:17 225:23
**willing** 163:17
177:18 178:2
222:3
**win** 213:4 221:3
221:4
**Winkler** 28:14
**winner** 221:2
**wipe** 211:4
**Witler** 123:12
**witness** 3:2 5:14
5:15,18 7:21
8:4,6 11:15,18
15:9 21:2
23:11,15 37:5
38:11 39:1
40:6,16 42:20
44:1,9 45:17
46:12,19 47:1
47:16 48:23
49:7 50:14,18
51:2 54:13
56:6 58:11,20
59:2,8,14,23
60:5,12,24
61:3,21 62:13
63:7,13,23
64:8,18 65:1,6
65:15,23 66:6
66:16 67:4,7
67:15 68:5,8
68:14 69:1
70:5,22 71:20
72:2,17,23
73:3,6,9,15

74:17,23 75:6
75:7 76:5 77:8
77:14,20 80:9
80:16 86:23
87:23 88:2,6
88:16 90:2,22
91:3,15 92:1,6
92:12 94:22
95:4 97:15
101:1 103:2
105:19 106:2
106:11,18
107:21 110:14
111:21 112:8
112:15 119:6
119:20 120:2
121:10 122:11
127:7,12,21
128:11,17
129:12,16,22
130:4 131:1,7
131:18 132:12
133:2,9 134:7
134:14 136:14
138:1,11
139:20 140:2
140:17 144:3
145:4,7 146:9
146:17 147:1
147:12 149:10
150:13 151:12
152:11,22
153:7,15,21
154:11 155:12
155:21 156:2
156:12 157:14
157:20 158:3
158:15,20
159:7,12,19,20
160:10,15,20
161:3 169:1,4
178:3 184:2
194:14 197:10
198:11 200:10
200:19 201:5

202:6 204:9,18
205:3 206:6
209:20 210:13
210:23 211:23
212:13 213:1
213:19 216:11
225:8,18 228:1
**witnesses**
145:17 157:8
157:10 158:18
159:4,5,10
160:11,12
223:15,15,20
**Wojcik** 1:7
139:17 140:4
140:22
**woke** 218:3
**woman** 118:20
**women** 31:8
**won** 139:3 213:6
221:3,4
**Wood's** 187:19
**word** 142:7
144:1 169:8
**words** 111:7
**work** 27:2,6,10
63:3,10,14
153:23 191:21
210:9 216:22
217:21 218:2,6
223:10
**worked** 27:11
43:18 159:24
160:6 223:6
**working** 27:12
59:9 71:1
158:5 159:16
210:5 217:18
217:22 221:17
221:23
**works** 192:19
219:7
**worries** 195:18
**worrying**
213:12

**worst** 209:5
211:4
**worth** 44:2
145:12
**wouldn't** 56:17
56:21 101:3,16
205:6 218:15
**Wow** 86:2
**writ** 197:21
**write** 55:16
141:5
**writing** 105:11
107:22 109:18
143:8
**written** 10:14
192:8
**wrong** 41:18
102:13 197:9
224:22
**wrongful** 207:21
**wrongfully**
134:24 136:15
224:13
**wrote** 109:1,19
111:15 119:7
143:13

――――――
**X**
――――――
**X** 3:1,7
――――――
**Y**
――――――
**yard** 115:6
**yeah** 14:23 19:6
22:19 23:12
27:3,3,21
28:16 30:3
31:15 32:13
40:2 41:14,18
42:5 46:16
49:15 50:7,11
50:18,22 51:3
54:22 60:13
62:14 63:5
64:20 65:6
67:17 68:10

72:3 81:24
85:9,22 89:7
91:9 92:3
100:6,14 103:3
106:19 109:20
110:7 112:2
119:3 122:12
124:10 127:13
127:22 128:12
131:13 132:8
142:23 143:6
148:14 151:20
152:8 157:2
159:2,19 161:8
162:10,12
163:4 164:1
168:13 169:23
170:11 171:14
172:13,23
173:4 174:21
177:6,8 178:8
179:16 180:7
180:17 183:17
187:11,11
189:14 192:3
193:9 195:6,15
195:22 197:10
198:21,23
200:1,20 201:6
206:12 212:9
219:2 220:13
222:2
**year** 24:18,20
45:2,3 60:14
123:7 125:12
138:17 139:4
177:14 184:24
193:24 194:10
212:4 215:11
218:7
**years** 18:1,6
29:9 34:15
116:24 129:2
133:24 177:14
184:8,9,10

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 258

| | | | | |
|---|---|---|---|---|
| 186:3,8,9<br>187:1 203:3<br>205:5 207:24<br>217:14 225:9<br>**yell** 6:12<br>**Yep** 52:15<br>100:19<br>**yesterday** 9:4<br>10:3,20 11:4,7<br>12:4,6,8<br>**youngest** 29:11<br>**yrs** 141:6<br>**Yvette** 21:14<br><br>———<br>**Z**<br>———<br>**0**<br>———<br>**02** 41:14 54:24<br>205:22<br>**03** 205:22<br>**04** 91:8 117:8<br>208:13<br>**05** 223:23<br>**084-004873**<br>228:12<br>———<br>**1**<br>———<br>**1** 3:9 4:10 47:4,5<br>49:12 51:5<br>52:19<br>**1:01** 118:3<br>**1:51** 161:16<br>**10** 3:18 32:14<br>62:2,19 103:20<br>141:6,23<br>162:20,22<br>163:20 207:9<br>207:11,19<br>**10-** 37:13<br>**10/31/2012** 62:7<br>**10:23** 1:19 4:2<br>227:15<br>**100,000** 203:11<br>**108** 3:13<br>**11** 3:19,23 19:15 | 162:24 195:2,3<br>195:5,13,14<br>207:10,11,13<br>209:10<br>**11:21** 52:18<br>**11:28** 52:22<br>**11:50** 71:7<br>**11:55** 71:10<br>**12** 3:20 19:15<br>32:14 60:15<br>62:2 64:11<br>69:22 137:19<br>141:23 186:17<br>186:18 195:1<br>195:19,23<br>196:3<br>**12:48** 117:23<br>**121** 3:14<br>**12th** 163:1<br>**13** 3:21 137:18<br>206:20,22<br>207:3<br>**13632** 196:10<br>**13652** 196:12<br>**14** 72:20 73:3,4<br>73:5 75:23<br>**148** 78:4<br>**15** 27:5 87:1<br>103:20 163:19<br>188:23<br>**15,000** 37:13<br>**150,000** 203:13<br>**1509** 2:8<br>**15th** 162:15,18<br>162:21<br>**16** 19:17 182:23<br>183:7<br>**161** 228:9<br>**162** 3:15,16,17<br>3:18,19<br>**164** 49:13<br>**16th** 123:8<br>162:22<br>**17** 72:20 73:4,5<br>75:23,24 | **170** 25:20<br>**17th** 1:19 4:2<br>227:14<br>**18th** 228:3<br>**19-** 45:10<br>**195** 3:20<br>**1963** 16:1<br>**1970s** 38:20<br>**1972** 17:20<br>**1979** 182:18<br>212:15 216:8<br>**1987** 15:18 20:2<br>20:5,12 127:1<br>**1990** 18:18<br>30:13 31:3,19<br>32:1,9,18 33:6<br>33:12,14,21<br>34:7,12,24<br>35:3,9,14 36:5<br>37:14,20 38:2<br>38:9,16 44:11<br>45:10 46:1<br>57:2 70:11<br>79:17 80:19<br>81:3,12 87:5<br>88:10 91:22<br>123:8 130:12<br>130:17,20,23<br>131:5 141:6<br>143:9,14,18,19<br>143:20,21<br>144:14,15,16<br>144:17,20<br>145:11,17<br>146:1,6,21<br>147:4,10<br>150:15 184:12<br>216:8 225:16<br>225:23<br>**1991** 44:22<br>91:22 132:20<br>132:24 185:2<br>186:5 187:6<br>193:4,11,23,24<br>216:16 | **1st** 185:3 193:22<br>———<br>**2**<br>———<br>**2** 3:10 52:22<br>53:1,2 64:11<br>69:22 72:19<br>117:24 222:11<br>**2/12/02** 50:1<br>**2:03** 161:19<br>**2:14** 175:7<br>**2:30** 175:10<br>**2:38** 181:21<br>**2:42** 181:24<br>**2:48** 187:14<br>**2:50** 187:17<br>**20** 1:5 4:16<br>41:14,16<br>115:15,15<br>119:9 163:20<br>181:1<br>**20-** 41:10<br>**200,000** 203:15<br>**2000** 41:18<br>186:12<br>**2000-** 41:13<br>55:10<br>**2001** 41:14,15<br>41:16<br>**2002** 47:19 49:2<br>55:3,8,22 56:2<br>83:2 92:18<br>102:21,24<br>128:6,9,20<br>133:21 134:5<br>153:4 204:22<br>205:20 206:14<br>208:11 216:16<br>**2003** 91:9<br>118:13<br>**2004** 91:9<br>116:23 208:11<br>208:16<br>**2005** 55:13,17<br>55:20,23 56:2<br>57:13 58:9,17 | 59:21 60:3,17<br>64:5 65:12<br>66:21 67:11,24<br>68:21,23 70:16<br>70:19 74:4<br>76:24 77:12<br>111:23 112:18<br>118:10 120:5<br>128:6,9,20<br>133:21 134:5<br>153:5 157:11<br>157:17,23<br>197:18 212:8<br>213:22 223:11<br>**2011** 64:13,16<br>64:22 66:3<br>70:8 137:19<br>**2014** 27:5<br>**2018** 153:16<br>161:24 162:23<br>163:1<br>**2019** 162:16,19<br>162:21<br>**201E** 2:8<br>**2020** 16:20,23<br>17:16 28:6<br>41:9,15 45:6<br>55:11 57:17<br>77:18 139:5<br>157:23 194:8<br>194:15 204:23<br>205:20 206:14<br>211:6,9,16,19<br>213:17 215:9<br>219:13<br>**2022** 180:8<br>**2023** 1:19 4:2<br>227:15 228:3<br>**206** 3:21<br>**21** 89:3<br>**21st** 30:13 31:2<br>80:19<br>**22** 89:3 180:9<br>184:8,9<br>**222** 3:5 |

Royal Reporting Services, Inc.
312.361.8851

James Fletcher Jr. v. Jerome Bogucki; et al.
Deposition of James Fletcher, Jr. - Taken 11/17/2023

Page 259

**22nd** 145:17
**23** 89:3
**23rd** 28:6
**24** 89:3 121:23
**25** 186:3,17
**250,000** 203:17
**25th** 33:22 141:5
  184:12 193:21
  197:18
**27** 26:10
**28th** 194:9
**29th** 180:8,9

---

**3**

**3** 3:11 61:6,7
  69:4 71:13,16
  72:20 118:3
  142:11 156:14
  156:24 161:16
**3:00** 190:19
**3:03** 199:20
**3:04** 199:23
**3:29** 221:10
**3:38** 221:14
**3:43** 226:7,9
**30** 161:9
**300** 44:3
**301** 1:18 31:3,9
**3050** 228:9
**30th** 8:16
**31** 21:21 26:18
**311** 2:3,19
**312.243.5900**
  2:4
**312.341.9646**
  2:15
**312.361.8851**
  228:10
**312.982.0090**
  2:20
**334** 2:14
**3rd** 2:3

---

**4**

**4** 3:12 71:15,16

---

**77:23** 78:1
  161:19 221:11
**40** 161:9 218:12
  218:15
**43** 21:19
**46** 53:6
**47** 3:9
**4768** 1:5 4:16
  181:1

---

**5**

**5** 3:4,13 79:2
  89:6 99:8
  101:20 108:13
  108:16 114:10
  114:12 139:7
  139:11 140:7,9
  140:14 141:18
  221:14 226:8
**50,000** 203:9
**5200** 2:19
**53** 1:17 2:13
  3:10 4:17
**5615** 30:24
**595-0425** 181:9

---

**6**

**6** 3:14 79:22,23
  121:14,19,22
  157:1
**60601** 228:10
**60604** 2:14
**60606** 2:20
**60607** 2:4
**60640** 2:9
**61** 3:11
**63** 17:23
**653** 196:10,12
**6th** 161:24
  162:13

---

**7**

**7** 3:15,23 157:6
  162:1 194:21
  196:24 197:6

---

**70s** 38:6 88:12
**71** 17:20,23
**7523** 121:23
  124:12 125:18
**7524** 125:4,18
**7541** 121:22
  122:1,14
**7542** 121:23
  124:8
**77** 39:11 40:24
**773.859.0081**
  2:9
**78** 3:12 40:24
**79** 182:21

---

**8**

**8** 3:16 17:23
  18:1 162:16,16
  162:17
**80** 108:18 141:4
**812** 181:9
**82** 110:1 147:20
  148:9,10
**821** 17:11
**828** 17:8,13,14
  17:15 18:19,24
  32:8,19
**83** 108:19
**87** 20:4
**88** 33:4
**89** 33:4
**8th** 47:19

---

**9**

**9** 3:17 17:23
  18:1 141:7
  162:18
**9/27** 111:16
**90** 33:4 35:1
  43:14 124:19
  124:20,20
  125:8
**90-** 20:17 186:11
**91** 7:22 35:13,14
  35:19 36:5

---

**43:16** 44:12
  124:19 132:22
  184:17,19
  186:12 187:6
**92** 26:18,20
**93** 20:17
**939** 43:3,4,10,13
  122:19 123:19
**95** 150:20
  152:15