# EXHIBIT 21

## Investigative Alerts

**Investigative Alerts** | **Complainant**

**INVESTIGATIVE ALERTS**     Status: **ACTIVE**

Id #: 299906884    Inv. Alert #: 299906884    Request date: **17:26 17-MAR-2002**    ● No Probable Cause for Arrest   ○ Probable Cause for Arrest

Offense Code: **0110**    **HOMICIDE**    **FIRST DEGREE MURDER**

Other Identifiers:

### PERSON

Last Name: **WADE**    First: **EMMETT**    MI:   Suffix:

Alias Last:    First:    SSN: **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**

IR #: **0**    RD #: N603987    FBI #:    SID #:

Sex: **MALE**    Height: **602**    DOB: **25-NOV-1964**    Hair Color: **BLACK**    DLN/ID #:

Race: **BLACK**    Weight: **230**    Age: **37**    Eye Color: **BROWN**    State:

Scars, Marks, Tattoos:    Complexion: **DARK**

### LAST KNOWN ADDRESS

| Type | Street # | Dir. | Street Name | Apt. # | City | Zip Code | St. | Phone # | Beat |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENCE | 829 | | 18TH ST | | MAYWOOD | | IL | 708-344-3742 | |
| | | | | | | | | | |

### VEHICLE

Make:    Model:    Type:    Year:

Style:    VIN:    Color Top:    Bottom:

State:    State License #:    Other Marks:    Stolen? ☐   Used in Felony? ☐

*[handwritten signature]* # N603937

*[handwritten: "Hard Copy"]*

**Investigative Alerts**

| Investigative Alerts | Complainant |

**COMPLAINANT/INSTITUTION**

Id #: 299906884  Inv. Alert #: 299906884

Last Name: SORRELL  First Name: WILLIE  MI:

Residence — Street # Dir, Street Name, Apt #, City: CHICAGO, Zip Code, St: IL, Phone #, Beat:

**Justification for Request**

The R/Det. wishes to interview Emmett Wade who is a witness to the 1990 homicide of Willie Sorrell, RD# N-603937.

If Outside Agency, check this box and enter the outside agency name and then fill out the requesting officer information.

Requesting Officer:
- Star #: 20718
- Emp #: 721115
- Unit #: 650
- Last Name: SCHALK
- First Name: RAYMOND

Submit

CITY-JF-000130

**Investigative Alerts**

Investigative Alerts | Complainant

**COMPLAINANT/INSTITUTION**

Id #: 299906482  Inv. Alert #: 299906482

Last Name: SORRELL (DECEASED)   First Name: WILLIE   MI:

Residence: Street # 415  Dir. S  Street Name LOTUS  Apt #:  City CHICAGO  Zip Code:  St. IL  Phone #:  Beat:

**Justification for Request**

The subject is wanted FOR QUESTIONING ONLY in regards to the 1990 homicide recorded under RD# N603937. At the time of this alert, this subject is wanted for Parole Violation (not related to this case) NCIC #W411263909.

If Outside Agency, check this box and enter the outside agency name and then fill out the requesting officer information. ☐

Requesting Officer: Star # 20668  Emp # 57520  Unit # 650  Last Name BOGUCKI  First Name JEROME

Submit

CITY-JF-000131

## Investigative Alerts

**Investigative Alerts** | **Complainant**

**INVESTIGATIVE ALERTS**  Status: EXPIRED

| Field | Value |
|---|---|
| Id #: | 299906482 |
| Inv. Alert #: | 299906482 |
| Request date: | 22:06 20-FEB-2002 |
| | ● No Probable Cause for Arrest |
| | ○ Probable Cause for Arrest |
| Offense Code: | 0110 HOMICIDE — FIRST DEGREE MURDER |
| Other Identifiers: | |

### PERSON

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name: | FRIEND | First: | SHENEE |
| | | MI: | Suffix: |
| Alias Last: | | First: | LASHENA |
| | | SSN: | 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 |
| IR #: | 1212456 | RD #: | FBI #: |
| | | SID #: | |
| Sex: | FEMALE | Height: 506 | DOB: 31-MAR-1974 |
| | | Hair Color: BLACK | DLN/ID #: |
| Race: | BLACK | Weight: 170 | Age: 27 |
| | | Eye Color: BROWN | State: |
| Scars, Marks, Tattoos: | | | Complexion: DARK BROWN |

### LAST KNOWN ADDRESS

| Type | Street # | Dir. | Street Name | Apt. # | City | Zip Code | St. | Phone # | Beat |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENCE | 8 | N | LOCKWOOD | | CHICAGO | | IL | 773-378-2893 | |

### VEHICLE

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Make: | | Model: | | Type: | |
| Style: | | VIN: | | Color Top: | |
| | | | | Year: | |
| State: | | Other Marks: | | | Bottom: |
| | State License #: | | | Stolen? ☐ | Used in Felony? ☐ |

*[signature]*

CITY-JF-000132

| Expire Investigative alert | | | | | |
|---|---|---|---|---|---|
| ID | Investigative Alert # | Suspect Last Name | Suspect First Name | | |
| 2637 | 95354 | ROGERS | TERRY | | |

| Status | Status Date | CPD Employee Name | Emp. # | Star # |
|---|---|---|---|---|
| RENEWED | 15:33 03-SEP-2001 | ARGENTINO, KATHLEEN | 16768 | 2531 |
| EXPIRED | 15:23 16-FEB-2002 | BOGUCKI, JEROME | 57520 | 20868 |

Comments
Per Detective Bogucki alert to be expired, subject interviewed in relation to this case.

Haas Copy

## Investigative Alerts

**INVESTIGATIVE ALERTS** — Status: **EXPIRED**

| Field | Value | Field | Value |
|---|---|---|---|
| Id #: | 2637 | Inv. Alert #: | 95354 |
| Request date: | 00:00 19-MAR-1995 | | ☐ No Probable Cause for Arrest / ☑ Probable Cause for Arrest |
| Offense Code: | 0110 | | HOMICIDE — FIRST DEGREE MURDER |
| Other Identifiers: | | | |

### PERSON

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name: | ROGERS | First: | TERRY |
| Alias Last: | | First: | |
| IR #: | 553789 | RD #: | |
| FBI #: | | SID #: | |
| Sex: | MALE | Height: | 502 |
| DOB: | 12-SEP-1962 | Hair Color: | BLACK |
| Race: | BLACK | Weight: | 150 |
| Age: | 39 | Eye Color: | BROWN |
| Scars, Marks, Tattoos: | | Complexion: | |

### LAST KNOWN ADDRESS

| Type | Street # | Dir. | Street Name | Apt. # | City | Zip Code | St. | Phone # | Beat |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENCE | 325 | N | PARKSIDE AV | | CHICAGO | | IL | | 1512 |

### VEHICLE

Make: / Model: / Type: / Year: / Style: / VIN: / Color Top: / Bottom: / State: / State License #: / Other Marks: / Stolen? ☐ / Used in Felony? ☐

## Investigative Alerts

**Investigative Alerts** | **Complainant**

### COMPLAINANT/INSTITUTION

Id #: 2637　　　　Inv. Alert #: 95354

Last Name: SORRELL (DECEASED)　　First Name: WILLIE　　MI:

Residence:　Street # | Dir. | Street Name | Apt # | City: CHICAGO | Zip Code | St: IL | Phone # | Beat

### Justification for Request

THE ABOVE SUBJECT IS WANTED FOR QUESTIONING ONLY IN REGARDS TO THE HOMICIDE WHICH OCCURRED AT 5615 W MADISON ON 21 DEC. 90 RD#N-603937.

If Outside Agency, check this box and enter the outside agency name and then fill out the requesting officer information. ☐

Requesting Officer:　Star #: 20668　Emp #: 57520　Unit #: 650　Last Name: BOGUCKI　First Name: JEROME

Submit

CITY-JF-000135

| | | |
|---|---|---|
| Investigative Alerts | | RENEWED |
| Id #: 2637 | 95354 | 00:00 19-MAR-1995 |
| Offense Code: 0110 | HOMICIDE | FIRST DEGREE MURDER |

**PERSON**
- Last Name: ROGERS
- First: TERRY
- IR #: 553789
- Sex: MALE
- Height: 502
- DOB: 12-SEP-1962
- Hair Color: BLACK
- Race: BLACK
- Weight: 150
- Age: 39
- Eye Color: BROWN

**LAST KNOWN ADDRESS**
- Type: RESIDENCE
- Street #: 325
- Dir: N
- Street Name: PARKSIDE AV
- City: CHICAGO
- State: IL
- Beat: 1512

PLEASE CANCEL
SUBJECT HAS BEEN INTERVIEWED

*Jerry Bogucki*



| | | | | |
|---|---|---|---|---|
| IR# 2637 | | Inv. Alert # 95354 | | |
| Last Name: SORRELL (DECEASED) | | First Name: WILLIE | | |
| | | City: CHICAGO | St: IL | |

Justification for Request:
THE ABOVE SUBJECT IS WANTED FOR QUESTIONING ONLY IN REGARDS TO THE HOMICIDE WHICH OCCURRED AT 5615 W MADISON ON 21 DEC. 90 RD#N-603937.

| Star # | Emp # | Unit # | Last Name | First Name |
|---|---|---|---|---|
| 20668 | 57520 | 650 | BOGUCKI | JEROME |

CITY-JF-000137