# EXHIBIT 22

# CHICAGO POLICE ARREST REPORT
CPD-11.420 (Rev. 10/90)

| | |
|---|---|
| Name | FLETCHER JAMES |
| Sex/Race | M / 1 |
| DOB | 30 MAR 63 |
| Address of Arrest | 418 W. LOCUST |
| Age | 28 |
| CB # | 8818 701 |
| Beat | 304 |
| District | 018 |
| Residence Address | 828 N. ~~Larrabee~~ LARAMIE |
| IR No. | 0140 P-194484 |
| State/Place of Birth | ILL. |
| Driver's License No. | NONE |
| SS No. | 966 425 |
| Height | 600 |
| Weight | 170 |
| Hair | BRN |
| Eyes | BLK |
| Complexion | MED |
| Prints Classification | 31 W ROM 17 / 28 W OO M |
| Marks/Scars | N/V |
| Date/Time of Arrest | 182130 APR 91 1415 |
| Charges | U.U.W. / NO FOID CARD / FAILURE TO REG |
| Statute | 38-24-1A10 / 38-83-2 / MCC 11-1.7 |
| Employer | NONE |
| Occupation | NONE |
| # Arrests | 2 |
| Same Prints | 1555 |
| Person in Charge | NEICACK 13690 |
| Unit | GUN DESK 1445 |
| Date Charged | 01 MAY 91 930 |
| Approval | Lt. E. Kal— |
| Vehicle | 90 OLDS WN275 |
| Location | 70 W. SUPERIOR |
| Victim/Complainant | A/O'S |
| Arresting Officers Transported | 18 DIST SGT. CALVEY 1817 / 4560 1420 902814 |

**ABOVE ARRESTED AFTER A/O'S OBSERVED ARRESTEE AND A COMPANION THOMPSON, BRIAN M/B/22 IN THE SHELL GAS STATION AT 350 W. LOCUST WHEN SUBJECTS SAW A/O'S THEY RAN TO THE ABOVE AUTO AND FLED AT A HIGH RATE OF SPEED W/B ON CHICAGO AND N/B ON LARRABEE A/O'S FOLLOWED AND OBSERVED AS ARRESTEE THREW A STAINLESS STEEL OBJECT ONTO THE STREET AT 637 N. LARRABEE A/O CAPPARELLI EXITED VEHICLE AND RETRIEVED H&R MODEL 733 32 S&W LONG CALIBRE 6 SHOT REVOLVER AS OTHER A/O'S STOPPED VEHICLE AT 418 W. LOCUST AT THIS TIME BOTH SUBJECTS PLACED UNDER ARREST ADVISED OF RIGHTS AND TRANSPORTED TO 018 DISTRICT**

**ARRESTED WITH THOMPSON BRIAN M/B 22**
**REVOLVER CLEAR NOT REGISTERED PER GUN DESK**

**SUBJECT CLOTHING BLACK HAT RED SHIRT BLACK PANTS WITH RED STRIPE**

Arresting Officer: T. CAPPARELLI 3182 018 1863A
Approving Supervisor: S. TALLEN 12860 / L. MOY 9145 018 1863A

Court Date: 20 MAY 91 28-3
Search: 1585
20 MAY 28

IND DEF 001331