# EXHIBIT 23

```
 1    IN RE:  JOHN DOE INVESTIGATION

 2                    GJ# APRIL 1083

 3

 4

 5

 6              BEFORE THE GRAND JURY

 7                OF COOK COUNTY

 8                 APRIL, 2002

 9

10

11         TRANSCRIPT OF TESTIMONY TAKEN

12   IN THE ABOVE ENTITLED MATTER ON THE 1ST DAY OF

13                 MAY, A.D., 2002.

14

15

16   PRESENT:   MS. KATHALEEN LANAHAN
                ASSISTANT STATE'S ATTORNEY
17

18
     REPORTED BY:  DEBRA L. KELLY
19                 CERTIFIED SHORTHAND REPORTER
                   ILLINOIS LICENSE NO. 084-003815
20

21   LIST OF WITNESSES:

22   SHEENE FRIEND

23

24
```

Fletcher 000474

```
 1        THE FOREPERSON:  Would you raise your right hand,
 2   please?
 3                    (Witness duly sworn.)
 4        MS. LANAHAN:  I'm Assistant State's Attorney
 5   Kathaleen Lanahan of the Homicide Sex Unit.
 6             I'm here on Grand Jury Number April 1083 which
 7   is a John Doe murder investigation relating to the murder
 8   of Willie Sorrell which occurred on February 21st of 1990.
 9             At this time I ask leave to call Sheene Friend.
10             The Grand Jury does have the right to subpoena
11   and question any person against whom the State's Attorney
12   is seeking a Bill of Indictment, or any other person, and
13   to obtain and examine any documents or transcripts
14   relevant to the matter being prosecuted by the State's
15   Attorney.
16                    SHEENE FRIEND,
17   having been first duly sworn, was examined and testified
18   as follows:
19                       EXAMINATION
20                           BY
21                      MS. LANAHAN:
22        Q.   Sheene, please state your name?
23        A.   Sheene Friend.
24        Q.   Have you already been sworn in?
```

Case: 1:20-cv-04768 Document #: 184-23 Filed: 05/06/25 Page 4 of 17 PageID #:6200

Ex #9 (3 of 16)

3

```
1        A.   Yes.

2        Q.   How old are you?

3        A.   29.

4        Q.   What is your date of birth?

5        A.   03-31-73.

6        Q.   Where do you live?

7        A.   1528 North Lockwood.

8        Q.   Who do you live with?

9        A.   I stay with a friend.

10       Q.   What is your friend's name?

11       A.   Debra Ashely.

12       Q.   Did you attend high school?

13       A.   Yes, ma'am.

14       Q.   Where did you go?

15       A.   Austin High School.

16       Q.   Now, Sheene, did you know a person by the name of
17    Edward Cooper?

18       A.   Yes, ma'am.

19       Q.   How old were you approximately when you met
20    Edward Cooper?

21       A.   I was 16.

22       Q.   How did you meet Edward Cooper?

23       A.   He used to deliver bread at Jewels, and that's
24    how I met him, going into the store. He used to deliver
```

1 bread in the store.

2 Q. So he drove a bread truck; is that correct?

3 A. Yes, ma'am.

4 Q. And he would be delivering bread at the Jewel?

5 A. Yes, ma'am.

6 Q. What Jewel was that?

7 A. Right there on Madison.

8 Q. So you would see him when he would make
9 deliveries and you were shopping at the Jewel?

10 A. Yes, ma'am.

11 Q. How long did you know Mr. Cooper?

12 A. About a year.

13 Q. I want to call your attention to December 21st of
14 1990. You had known Edward Cooper for a year prior to
15 December 21st of 1990?

16 A. Right, right.

17 Q. Where were you at in the afternoon hours between
18 1:00 and 2:00 o'clock?

19 A. At the laundromat.

20 Q. What is the name of that laundromat?

21 A. Coin Wash Laundromat.

22 Q. What street is that laundromat located on?

23 A. Madison and Central.

24 Q. What were you doing at the laundromat?

```
 1      A.   I was washing clothes.
 2      Q.   Were you with someone or by yourself?
 3      A.   I was by myself.
 4      Q.   Did you have a reason to leave the laundromat?
 5      A.   To go get laundry detergent.
 6      Q.   Where did you go to buy the laundry detergent at?
 7      A.   Right there in the liquor store.
 8      Q.   Where is the liquor store located with respect to
 9   the laundromat?
10      A.   Right across the street.
11      Q.   So you just had to walk across the street?
12      A.   Yes, right across the street.
13      Q.   When you went to buy the laundry detergent, did
14   you meet up with anyone?
15      A.   I met up with Edward Cooper.
16      Q.   Was he working that date?
17      A.   Yes, I imagine he was.
18      Q.   What was he doing?
19      A.   Delivering bread.
20      Q.   Where was his bread truck at?
21      A.   Parked right in front of Uncle Remus and the
22   liquor store.
23      Q.   Parked in front of Uncle Remus and the liquor
24   store?
```

```
 1         A.   Right, they're right there together.
 2         Q.   What is Uncle Remus?
 3         A.   It's a chicken place.
 4         Q.   Did you go to the liquor store to buy your
 5    laundry detergent?
 6         A.   Yes, ma'am, I did.
 7         Q.   After you did that what did you do?
 8         A.   I came out the liquor store, went to Edward's
 9    truck.  He opened up the truck for me 'cause he was giving
10    me some money.
11         Q.   Did you get in the truck?
12         A.   Yes, ma'am, I did.  I did get in the truck.
13         Q.   How long were you in the truck for?
14         A.   I was in there a good 20 or 30 minutes.
15         Q.   What was he giving you money for?
16         A.   To buy my daughter some shoes.
17         Q.   How did you leave the truck?
18         A.   How did I leave the truck?
19         Q.   Yes, did you open the door, did Edward open the
20    door?
21         A.   I opened the door to get off the truck.
22         Q.   What door were you opening?
23         A.   The passenger door, the side door.
24         Q.   So would that be on the side of the truck?
```

1  A. Right, the side door.

2  Q. Describe the side of the truck, there is a door?

3  A. It's a side door and then it's a back door where

4  he opened the back to take the, you know, the bread and

5  stuff out because he would take the dolly and stack the

6  bread on top of the dolly and go deliver it.

7  Q. Are there any windows in the truck?

8  A. There are two big windows on the truck, two big

9  windows.

10  Q. Where at?

11  A. Right in front of the truck.

12  Q. As you are opening the door to the truck, does

13  anything happen?

14  A. Two guys approached the truck.

15  Q. What race were they?

16  A. They were Black.

17  Q. Did you notice anything about them?

18  A. No.

19  Q. Did they have anything with them?

20  A. They had guns.

21  Q. Did both of them have guns?

22  A. Yes, ma'am, they did.

23  Q. I'm going to show you what I have marked as

24  People's Exhibit 1. Do you recognize this photograph?

1   A.   Yes, ma'am, yes, I do.

2   Q.   Who is that?

3   A.   He was the guy that shot the old man that stuck
4   up Edward Cooper.

5   Q.   Is this one of the guys that came up to the
6   truck?

7   A.   Yes, ma'am. This is the one that grabbed my
8   jacket.

9   Q.   After the guys approached the truck and they both
10  have guns in their hands, what happens?

11  A.   They get up on the truck. I managed to get away.
12  I snatched away from the guy.

13  Q.   First tell the ladies and gentlemen of the Grand
14  Jury, you said you snatched away. What happened that you
15  --

16  A.   He grabbed my jacket.

17  Q.   Who grabbed your jacket?

18  A.   The guy right there, (indicating).

19  Q.   This guy in People's Exhibit Number 1?

20  A.   Right, he grabbed my jacket.

21  Q.   And have you since learned his name is James
22  Fletcher?

23  A.   Right.

24  Q.   He grabbed your jacket and what did you do?

```
 1        A.   I snatched away from him.

 2        Q.   By snatched away you mean you pulled away?

 3        A.   Right, yes, ma'am.

 4        Q.   Where did you go when you pulled away?

 5        A.   I went not far from the truck but right there.

 6   It's a Church Chicken right there in the lot.  I went

 7   right there.

 8        Q.   Is the Church's Chicken on the same side of the

 9   street as the Uncle Remus Restaurant?

10        A.   And the liquor store, yes, it is.

11        Q.   What were you doing in the lot?

12        A.   Standing there.  I was watching what was going

13   on.

14        Q.   What did you see?

15        A.   I see the guys, the two men on the truck.  One

16   was holding a gun to Edward and the other one was patting

17   him down going through his pockets taking all the money

18   out.

19        Q.   When you say one guy was holding a gun to Edward

20   and one was patting him down, the photo I showed you in

21   Peoples Exhibit 1, what was this guy doing?

22        A.   He was the one that was going through Edward's

23   pockets.

24        Q.   Did he have the gun?
```

```
 1      A.   Yeah, he still had the gun in his hand.
 2      Q.   Where was the guy that was pointing the gun?
 3      A.   He was just standing there to make sure Edward
 4   didn't do anything.
 5      Q.   What did you see then?
 6      A.   Then I seen the guys jump off the truck.
 7      Q.   Did you notice anything in their hands as they
 8   jumped off the truck?
 9      A.   They had money and they was running with the
10   money in their hands and they had their guns out.
11      Q.   Did the person in People's Exhibit Number 1 have
12   any money in his hands?
13      A.   Yes, yes, he did.
14      Q.   When they got off of the truck where did they go?
15      A.   They ran across the street.
16      Q.   Across what street?
17      A.   On Madison headed towards Parkside.
18      Q.   As they got off the truck, did they run?
19      A.   Yes, they was running.
20      Q.   What happened then?
21      A.   Edward jumped off the truck behind them.
22      Q.   Was he chasing them?
23      A.   Yes, he was chasing them.
24      Q.   Do you know whether or not Edward had anything in
```

1    his hand?

2         A.   He had a gun too.

3         Q.   So Edward was chasing them with a gun?

4         A.   Yes, ma'am, he was.

5         Q.   Did you see the two guys do anything then?

6         A.   They started shooting.

7         Q.   Who were they shooting at?

8         A.   They were shooting at Edward.

9         Q.   Did you see what Edward did then?

10        A.   I saw Edward shoot back and he was still chasing

11   them, still trying to chase them.

12        Q.   You said you saw Edward shoot back?

13        A.   Right.

14        Q.   Did you see the other two guys shoot at all

15   anymore?

16        A.   This old man was coming out of the store.

17        Q.   What store was he coming out of?

18        A.   He was coming out of the liquor store.

19        Q.   What happened?

20        A.   As he was coming out of the liquor store I guess

21   'cause the robbers were shooting at Edward, they shot the

22   old man 'cause he was coming out the store.

23        Q.   So as Edward is chasing them with the gun they

24   are shooting back at Edward?

```
 1       A.   Right.

 2       Q.   Did they hit the old man?

 3       A.   Yes, I seen them.  They shot the old man.

 4       Q.   What happened when they shot the old man?

 5       A.   He hit the concrete, the ground, and they shot

 6  him in the left ear.

 7       Q.   Where did the guys go then?

 8       A.   When I looked around they was gone already.

 9       Q.   Had they already gotten to Parkside?

10       A.   Yeah, they had already hit Parkside.

11       Q.   Were they going North on Parkside?

12       A.   Yes, ma'am, they were.

13       Q.   Was Edward still following them?

14       A.   He was still chasing them.

15       Q.   What did you do then?

16       A.   After I seen that happen I walked back across the

17  street to the laundromat and started my clothes and came

18  back across the street.

19       Q.   So you came back across the street when a crowd

20  started gathering?

21       A.   Yes.  I seen the crowd out there and I seen the

22  old man laying on the ground.

23       Q.   Was he bleeding?

24       A.   Yes, ma'am, he was.
```

1   Q. Was he bleeding from his mouth?

2   A. Yes, 'cause his eyes was closed. I was sitting out there like that and he was trying to get up off the ground. They was telling him don't move, just lay there. He died right there in front of my face.

6   Q. Sheene, just to make this clear, the person you have identified in People's Exhibit Number 1, James Fletcher, along with another guy, they both had guns; is that correct?

10  A. They both had guns.

11  Q. After you saw Edward Cooper chasing them and they turned around and were shooting at him, did you see one or both of them firing back?

14  A. Both of them were shooting, but the guy that was with him, he was trying to get away quicker than he was.

16  Q. So the guy who was with James Fletcher was running faster than James Fletcher?

18  A. He was trying to get away. He was turning around shooting.

20  Q. But they were both shooting?

21  A. Yes, they both were shooting.

22  Q. Sheene, back on March 9th of 2002 in the afternoon, did you meet with Assistant State's Attorney Walker, Detective Bogucki, and Detective Schalk at Area 5

```
 1   Violent Crimes?
 2       A.  Yes, ma'am, I did.
 3       Q.  At that time did you tell them the same facts you
 4   are telling the Grand Jury today?
 5       A.  Yes, ma'am, I did.
 6       Q.  Was your statement written down?
 7       A.  Yes, it was.
 8       Q.  I'm going to show you what I have marked as
 9   People's Exhibit Number 2. Do you recognize this
10   statement?
11       A.  Yes, ma'am, this is my statement.
12       Q.  Is this a true and accurate copy of your
13   statement?
14       A.  Yes, ma'am, it is.
15       Q.  Did you sign every page of this statement?
16       A.  Yes, ma'am, I did.
17       Q.  Did the detectives and the assistant state's
18   attorney also sign that statement?
19       A.  Yes, ma'am, they did too.
20       Q.  How were you treated by the police and by the
21   assistant state's attorney?
22       A.  I was treated real good.
23       Q.  Did anyone threaten you in any way or promise you
24   anything in run for this statement?
```

1        A. No, ma'am.

2        Q. Were you under the influence of drugs or alcohol
3 when you gave this statement?

4        A. No, ma'am.

5        Q. When you came to the building today, did I
6 introduce myself as an assistant state's attorney, a
7 lawyer, and a prosecutor?

8        A. Yes, ma'am, you did.

9        Q. Do you understand that I am not the lawyer for
10 James Fletcher?

11        A. Yes, ma'am.

12        Q. How were you treated today?

13        A. I was treated well.

14        Q. Are you under the influence of drugs or alcohol
15 at this time?

16        A. No, ma'am.

17        Q. Did anyone threaten you in any way or promise you
18 anything to testify here before the Grand Jury?

19        A. No, ma'am.

20        MS. LANAHAN: I have no further questions. Are there
21 any questions?

22                                    (No response.)

23                                  (Witness Excused.)

24                                  (Investigation continues.)

```
 1    STATE OF ILLINOIS  )
 2                      ) SS:
 3    COUNTY OF C O O K  )
 4
 5
 6              I, DEBRA L. KELLY, a Certified
 7    Shorthand Reporter licensed to practice in the
 8    State of Illinois, do hereby certify that I
 9    reported in shorthand the proceedings had in the
10    hearing of the above entitled cause; that I
11    thereafter caused the foregoing to be transcribed
12    into typewriting, which I hereby certify is a true
13    and accurate transcript of the proceedings had
14    before the Grand Jury of Cook County.
15
16                            [signature]
17                            DEBRA L. KELLY, CSR
```

Fletcher 000489