# EXHIBIT 24

STATEMENT OF

Sheenee Friend

Taken 09 March 02 At 13:50

At: Area 5

Present ASA Jennifer Walker
Det Bogucki #20668
Det. Scholk # 20719

This statement taken regarding the shooting and robbery
of Willie Sorrell and Edward Cooper which occurred on 21 December 90
at 6615 W. Madison at ~~16:15~~ 13:25.
S.F. / B. R.S.

I understand I have the right to remain silent and that anything I
say can be used against me in a court of law. I understand that I
have the right to talk to a lawyer and have him present with me
during questioning, and if I cannot afford to hire a lawyer one
will be appointed by the court to represent me before any questioning.
Understanding these rights, I wish to give a statement.

---

After being advised that Assistant State's Attorney Jennifer Walker is a lawyer and a prosecutor and not her lawyer, Sheenee Friend agreed to give the following statement which is a summary and not word for word.

Sheenee states that she is 28 years old and her birthday is March 31, 1973. Sheenee states she lives at 1528 N. Lockwood in Chicago for a couple of weeks with her friend Debra Ashley and her daughters Lavina and Mason, Nicee Ashley Debra's sister, and Nicee's two daughters. Sheenee doesn't know Nicee's daughter's names but she knows they are 17 and 20 years old. Sheenee states she attended Austin High School for 3 years but did not graduate. Sheenee ~~states~~

ASA [signature] Walker
[signature] Bogucki
[signature] Scholk   page 1 of 5    Sheenee Friend

CITY-JF-000040

She can read and write the english language. Sheenee states that she met Edward Cooper when she was 16 years old. Sheenee met Edward Cooper when he was working at the Jewel that was then located on Madison and Central. Sheenee states that Edward didn't work for Jewel, but he delivered bread to that store and she would see him when he was making deliveries and she would be shopping there. Sheenee states she had known Edward for about a year when the robbery and shooting took place. Sheenee states that on December 21, 1990, she was at a laundrymat called Corwash Laundrymat which was located on the ~~North~~ south side of Madison ~~between~~ on the southeast corner of Central and ~~Parkside~~ Madison, between one and two o'clock in the afternoon. Sheenee states she had gone to the laundry mat by herself and she had several loads of laundry to do. Sheenee states that she went across ~~Madison~~ Central to a liquor store to ~~buy~~ buy some laundry soap when she saw Edward Cooper. Edward was ~~at~~ by his bread truck loading items on a rack. Edward's bread truck was parked on the south side of Madison facing east right in front of a restaurant called Uncle Remus'. Sheenee states that the liquor store is right next door to Uncle Remus'. Sheenee states she went to the liquor store and bought the laundry soap and then ~~~~ went to talk to Edward. Sheenee states that when she walked outside she saw Edward inside his truck.

Sheenee Friend

2 ASA ~~[illegible]~~

page 2 of 5

J. Bryank    R. S[illegible]

CITY-JF-000041

Sheenee states she got into the bread truck through the passenger side door. Sheenee states that she and Edward were talking for about 20 minutes. Edward gave Sheenee some money so she could get her daughter some new shoes. Sheenee went to open the passenger door to the truck and as she opened the door she saw 2 guys walking up to the truck. Sheenee states that the 2 guys were black and they both had handguns. Sheenee states that one of the guys grabbed her jacket by her upper arm and tried to push her inside of the bread truck. Sheenee states that she pulled away from him and got out of the truck. Sheenee states that the man who is pictured in Exhibit #1 is the same man who grabbed her jacket that day. Sheenee states that when the man grabbed her jacket she saw that he had a handgun in his other hand. Sheenee states that she got out of the truck and went to the Church's Chicken on the south side of Madison at Central. Sheenee stood outside and saw both of the guys in the bread truck where Edward was. Sheenee states she couldn't hear what was being said but she could see the guy in Exhibit #1 talking to Edward and pointing his gun at Edward. Sheenee saw Edward standing inside while the guy in Exhibit #1 was patting Edward down. Sheenee states that the other guy was holding a gun on Edward and pointing

2
ASA Guth-Walh
R Silcle
J. Bzyk
page 3 of 5
Sheenee Friend

his gun at Edward while the guy in Exhibit #1 was patting Edward down. Sheenee states that she saw the guy in Exhibit #1 holding a bunch of money in bills and then both guys turned to get off the bread truck. Sheenee states that the other guy opened the passenger door and he and the guy in Exhibit #1 jumped off the bread truck. After the guys got off the bread truck they ran across Madison towards the north-east corner of Madison and Parkside on a diagonal. Sheenee states she saw Edward jump off the bread truck right after them. Sheenee states she saw that Edward had a gun when he got off the truck. Sheenee states she saw the two guys turn around and fire at Edward as they were running away. Sheenee states she saw Edward fire back at the two guys. Sheenee states that she saw at least 4 to five shots fired, but she's not exactly sure. Sheenee states she saw the two guys running away turn and shoot at Edward more than once. Sheenee states she saw the two guys run to Parkside and turn north, and she saw Edward chase the two guys north on Parkside but she did not follow them. Sheenee states she then left the Church's Chicken parking lot and went to the laundry-mat to start her clothes in the washer. After she started her laundry she noticed a group of people gathering around outside the liquor store where she

ASA Quf Walh   J. Bzynki   Sheenee Friend
R. Sell         page 4 of 5

had earlier gone to buy laundry soap. Sheenee went back across Central and saw an older man laying in front of the liquor store bleeding from his mouth.

Sheenee states that 'Uncle Remus' is located on the south side of Madison and the liquor store where Sheenee went to buy the laundry soap is just west of Uncle Remus' and right next to Uncle Remus'. Corwash Laundrymat is on the same side of Madison as Uncle Remus' and the liquor store but across Central.

Sheenee states that she has been treated well by the police and Assistant State's Attorney Jennifer Walker and was not made any threats or promises for giving this statement. Sheenee states that she has been given food to eat, coffee to drink and cigarettes to smoke. Sheenee states she is not under the influence of drugs or alcohol at the time of giving this statement.

Sheenee states she understands English. Sheenee demonstrated her ability to read English by reading the first paragraph of this statement out loud and then by following along as Assistant State's Attorney Jennifer Walker read the entire statement out loud to her. Sheenee states she was allowed to make any changes or corrections that she wished to make.

2 ASA ⟨sig⟩ Wal— page 5 of 5 Sheenee Friend
J. Byrne
R. S⟨ill⟩



March 9, 2002 3:20 pm
ASA Juph Walsh, Bazinka
R Schuh   Shanel Friend

CITY-JF-000045

Exhibit #1





Sheenee. Friend

ASA Josh Wolm J. Byunk
R. Silul

CITY-JF-000046



March 9, 2002 3:20 pm
ASA Guf Walsh J. Bogink
R Schirk Shanel Friend