# EXHIBIT 26

| 66 | | | | |
|---|---|---|---|---|
| COURT BRANCH | TIME/CALL | OFFICER'S KEY | SHEET | LINE |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs.

James Fletcher

Case No. _____

BFW [ ]

### ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE — GREETING:

We command you to arrest __James Fletcher__
(Defendant)

for the offense of __720ILCS5/9-1__    __1st Degree Murder__
(Chapter) (Section)   (Description)

Stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at __2650 S. California Ave. Branch 66__
(Location)    (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LOCATIONS**

☐ COOK COUNTY ONLY
☐ COOK, LAKE, McHENRY KANE, DUPAGE & WILL COUNTIES
☐ STATE WIDE
☐ OTHER

Issued in Cook County __March 21__ __2001__

Bail Fixed at $ __No B#K__

_____
Judge    Code

WITNESS: AURELIA PUCINSKI, CLERK OF THE COURT and the Seal thereof, _____, 19 ____

By _____
Clerk of The Circuit Court    Deputy Clerk

### INFORMATION AND DESCRIPTION OF DEFENDANT

Name __FLETCHER, James__    Alias __DIXON, Arnold__

Residence __Graham Correctional Center__   __Hillsboro__   __Ill__
City/Town    State    Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | |
|---|---|---|---|---|---|---|---|---|
| M | B | 189 | 5-10 | 30MAR63 | 38 | Med | Med | Forfeited Bond No. |

| IR 966425 | CB | SID 22321850 |
|---|---|---|

Complainant's Name __SORRELL, Willie (deceased)__   Address _____
    Det. Raymond Schalk #20718
Arresting Officer __Det. Jerome Bogucki__   Star No. __20668__   Agency/Unit __Area 5 Violent Crimes__

WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CCG58-200M-9/1/92(20416)

Fletcher 007040