# EXHIBIT 27

_____ (Court Branch)    _____ (Court Date)

**FELONY**                             CCCR-N662-100M-10/18/00 (03420215)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of Illinois
Plaintiff

v.

**COMPLAINT FOR PRELIMINARY EXAMINATION**

NO. 02-106496

Defendant: JAMES FLETCHER AKA ARNOLD DIXON

KATHALEEN LANAHAN
(Complainant's Name Printed or Typed) complainant, now appears before

The Circuit Court of Cook County and states that JAMES FLETCHER (defendant) 301 N LATROBE (address) has, on or about 12-21-90 (date) at 5615 W. MADISON (place of offense) committed the offense of First Degree Murder, in that he/she without lawful justification while committing an armed robbery shot and killed Willie Sowell

in violation of 720 ILCS 5 / 9-(a)(3)
(Chapter) (Act) (Section)

(Complainant's Signature) Kathaleen Lanahan

2650 S. California
(Complainant's Address)         (Telephone No.)

KATHALEEN LANAHAN
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss.
COOK COUNTY

being first duly sworn, _____ on oath, deposes and says the he/she read the foregoing complaint by him/her subscribed and that the same is true.

(Complainant's Signature)

Subscribed and sworn to before me _____ , _____

_____ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filling same. Leave is given to file said complaint.

Summons Issued, Judge_____
or                                       Judge's No.
Warrant Issued, Bail set at,_____
or
Bail set at _____ Judge _____
                                         Judge's No.

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

**DEFENDANT COPY**

Fletcher 010433