# EXHIBIT 29

STATE OF ILLINOIS  )
                        )
COUNTY OF COOK     )


### IN THE CIRCUIT COURT OF COOK COUNTY
### MUNICIPAL DEPARTMENT - FIRST DISTRICT


STATE OF ILLINOIS          )
                            )
       vs.             )     Branch 66
                            )
JAMES FLETCHER          )     02-CR-16669

### REPORT OF PROCEEDINGS

BE IT REMEMBERED that on the 18th, day of

April, A.D., 2004, this cause came on for

hearing before the Honorable KEVIN SHEEHAN, of

said Court.

*E6 0E -698*

*E66*

    APPEARANCES:

        HON. RICHARD A. DEVINE,
           State's Attorney of Cook County, by

        MS. KATHY LANAHAN,
          Assistant State's Attorney,
          appeared for the People;


Reported by: Jerry D. Giorgi,
             Official Court Reporter
             License No. 084-000914
             26th & California
             773-869-6065

**Fletcher 006876**

MR. EDWIN A. BURNETTE,
Acting Public Defender of Cook
County, by

MR. BERNARD SARLEY,
Assistant Public Defender,
appeared for the Defendant.

1    THE CLERK: James Fletcher.

2    THE SHERIFF: James Fletcher is in the custody

3    of the Illinois Department of Corrections.

4    THE COURT: Okay.  Mr. James Fletcher is before

5    the Bench represented, for purposes of this

6    proceeding, by the Office of the Public Defender,

7    Bernie Sarley.

8            Leave to file your appearance is

9    allowed, sir.

10    MR. SARLEY: Thank you, Judge.

11    THE COURT: This is a warrant?

12    MS. LANAHAN: That's correct, Judge.  The

13    Defendant is currently in custody on an armed

14    robbery for which he is serving a sentence of 25

15    years.

16            He is here today on a murder

17    warrant.  We're asking that it be executed, that he

18    be held no bail and that he be remanded to the Cook

19    Count Jail, to stand in a lineup.

2

**Fletcher 006877**

1    THE COURT: Warrant executed, bond to stand.

2          What date are you seeking?

3    MS. LANAHAN: May 10th, Judge.

4    THE COURT: 5-10.   The defendant remanded to

5    the Cook County Jail.

6    MR. SARLEY: Judge, Mr. Fletcher indicated to me

7    that he is represented by a private attorney by the

8    name of Jacqueline C. Gordon, who is out-of-town and

9    and he asked me to ask the Court whether the lineup

10   could be postponed until she is back in town.

11   THE COURT: I don't have any authority to

12   postpone a lineup.   I'm sure if they're going to be

13   -- the Jail to schedule the performance of the line-

14   up, or whatever law enforcement agency that is.

15          So, that request will be denied.

16          At this time, sir, you've made of

17   record that he has contacted a private counsel, you

18   understand she's out-of-town.   I suggest before the

19   lineup is conducted you notify her.

20   MS. LANAHAN: We'll do that, Judge.

21   THE COURT: Her appearance is not on file, is

22   that right?

23   MR. SARLEY: Correct, this is the first court

24   date.

3

Fletcher 006878

1    THE COURT: So, I don't know if your office

2    wants to represent him, at this time.

3        MR. SARLEY: Well, at this point --

4        THE COURT: There is no appearance on file.

5        MR. SARLEY: Right.  So, we'll ask the Court to

6    file our appearance.

7        THE COURT: That's granted.

8        MS. LANAHAN: Judge, for the record we have

9    given the Pubic Defender's Office notice of the time

10   and date of the lineup.

11       THE SHERIFF: Judge, is he to be remanded to the

12   Cook County Department of Corrections?

13       THE COURT: Yes.  Is that lineup to happen soon?

14       MS. LANAHAN: Yes, Judge, Saturday.

15       THE COURT: Okay.

16                         (Which were all the proceedings

17                         Had in the above-entitled matter

18                         On this date.)

4

Fletcher 006879

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

        I, JERRY D. GIORGI, CSR, Official Court Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I reported in shorthand the above proceedings had in the aforementioned cause, pending in said court on this date; that I thereafter transcribed into typewriting the foregoing transcript which I hereby certify is a true and correct transcript of the proceeding had in said cause.

                                        _____
                                        Official Court Reporter of
                                        the Circuit Court of Cook
                                        County, County Department-
                                          Criminal Division.

Fletcher 006880