# EXHIBIT 30



CITY-JF-004569