# EXHIBIT 31

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

## CASE NO. 20-cv-04768

## JAMES FLETCHER JR.

## V.

## JEROME BOGUCKI, ET AL.

## DEPONENT:

## EDWARD COOPER

## DATE:

## April 28, 2023



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTIRCT OF ILLINOIS

 3                    EASTERN DIVISION

 4                   JUDGE ANDREA WOOD

 5             MAGISTRATE JUDGE MARIA VALDEZ

 6                 CASE NO. 20-cv-04768

 7

 8              JAMES FLETCHER JR.,

 9                     Plaintiff

10

11                        V.

12

13              JEROME BOGUCKI, ANTHONY

14               NORADIN, RAYMOND SCHALK,

15            ANTHONY WOJCIK, UNKNOWN CITY

16        OF CHICAGO POLICE OFFICERS, AND THE

17                  CITY OF CHICAGO,

18                     Defendants

19

20

21

22

23   DEPONENT:  EDWARD COOPER

24   DATE:      APRIL 28, 2023

25   REPORTER:  KRYSTAL BARNES
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1                      APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, JAMES FLETCHER JR.:

 4   Sean Starr, Esquire

 5   Loevy & Loevy

 6   311 North Aberdeen Street

 7   Third Floor

 8   Chicago, Illinois 60607

 9   Telephone No.: (312) 243-5900

10   E-mail: sean@loevy.com

11

12   AND

13

14   Jennifer Blagg, Esquire

15   Blagg Law

16   1509 West Berwyn Avenue

17   Suite 201E

18   Chicago, Illinois 60640

19   Telephone No.: (773) 859-0081

20   E-mail: jennifer@blagglaw.net

21   (Appeared via videoconference)

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)

 2

 3    ON BEHALF OF THE DEFENDANTS, JEROME BOGUCKI, ANTHONY

 4    NORADIN, RAYMOND SCHALK, ANTHONY WOJCIK:

 5    Brian Stefanich, Esquire

 6    Hale & Monico, LLC

 7    53 West Jackson Boulevard

 8    Suite 334

 9    Chicago, Illinois 60604

10    Telephone No.: (312) 341-9646

11    E-mail: bstefanich@halemonico.com

12

13    ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:

14    Paul A. Michalik, Esquire

15    Reiter Burns LLP

16    311 South Wacker Drive

17    Suite 5200

18    Chicago, Illinois 60606

19    Telephone No.: (312) 878-1294

20    E-mail: pmichalik@reiterburns.com

21

22    Also Present: Brandon Rackowski, the Videographer

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                            INDEX

 2                                                 Page

 3    PROCEEDINGS                                     7

 4    DIRECT EXAMINATION BY MR. STARR                 8

 5    CROSS-EXAMINATION BY MR. STEFANICH            108

 6    EXAMINATION BY MR. MICHALIK                   160

 7    REDIRECT EXAMINATION BY MR. STARR             174

 8    RECROSS-EXAMINATION BY MR. STEFANICH          200

 9    RE-EXAMINATION BY MR. MICHALIK                211

10    FURTHER DIRECT EXAMINATION BY MR. STARR       214

11    FURTHER CROSS-EXAMINATION BY MR. STEFANICH    220

12    FURTHER EXAMINATION BY MR. MICHALIK           221

13    FURTHER DIRECT EXAMINATION BY MR. STARR       222

14    FURTHER CROSS-EXAMINATION BY MR. STEFANICH    222

15    FURTHER DIRECT EXAMINATION BY MR. STARR       226

16

17                           EXHIBITS

18    EXHIBIT                                       Page

19    1 - Affidavit of Edward Cooper

20         Fletcher 1-2                              72

21    2 - Report of Telephone Interview

22         Fletcher 407-408                          86

23    3 - Trial Transcript Fletcher 934-988          91

24

25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Videotaped Deposition of Curtis Lovelace, taken 05/05/2023

1                    EXHIBITS (CONTINUED)

2    EXHIBIT                                      Page

3    4 - Illinois Department of Corrections

4        Photographs Fletcher 553-559              99

5    5 - Mugshots CITY JF 192-197                 101

6    6 - Photographs of Lineup

7        CITY-JF 4566 4569 4577 4578             106

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Video Deposition of Edward Cooper, taken 04/28/2023

6

```
 1                          STIPULATION

 2

 3   The VIDEO deposition of EDWARD COOPER was taken at LOEVY

 4   & LOEVY, 311 NORTH ABERDEEN STREET, THIRD FLOOR,

 5   CHICAGO, ILLINOIS 60607, via videoconference in which

 6   some parties attended remotely, on FRIDAY the 28TH day

 7   of APRIL 2023 at 11:02 a.m.(CT); said deposition was

 8   taken pursuant to the FEDERAL Rules of Civil Procedure.

 9

10   It is agreed that KRYSTAL BARNES, being a Notary Public

11   and Court Reporter for the State of ILLINOIS, may swear

12   the witness.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 9 of 252

7

```
 1                    PROCEEDINGS
 2        THE VIDEOGRAPHER:  All my devices are
 3   recording.  My name is Brandon Rackowski.  I'm the
 4   videographer today, and Krystal Barnes is the court
 5   reporter.  Today is the 28th day of April 2023.
 6   The time is 11:02 a.m.  We're at the offices of
 7   Loevy & Loevy, located at 311 North Aberdeen
 8   Street, Third Floor, Chicago, Illinois 60607, to
 9   take the deposition of Edward Cooper in the matter
10   of James Fletcher, Junior v. Jerome Bogucki et al.,
11   pending in the United States District Court for the
12   Northern District of Illinois, Eastern Division,
13   case number 20-CV-04768. Will counsel please
14   identify themselves for the record?
15        MR. STARR:  Good morning.  My name is Sean
16   Starr.  I represent plaintiff James Fletcher.
17        MR. STEFANICH:  Brian Stefanich.  I represent
18   the defendants, Jerome Bogucki, Ray Schalk, Anthony
19   Noradin, and Tony Wojcik.
20        MR. MICHALIK:  Paul Michalik.  I represent
21   defendant City of Chicago.
22        THE VIDEOGRAPHER:  Edward Cooper --
23        MS. BLAGG:  Jennifer Blagg.  I represent the
24   plaintiff.
25        THE VIDEOGRAPHER:  Edward Cooper, please raise
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken on April 8, 2022

8

```
 1        your right hand to be sworn in by the reporter.

 2             THE REPORTER:  Do you solemnly swear or affirm

 3        that the testimony you're about to give will be the

 4        truth, the whole truth, and nothing but the truth?

 5             THE WITNESS:  Yes.

 6             THE REPORTER:  Counsel may begin.

 7                    DIRECT EXAMINATION

 8   BY MR. STARR:

 9        Q.    Good morning, Mr. Cooper.

10        A.    Good morning.

11        Q.    My name is Sean Starr and, as I mentioned, I

12   am the attorney for the plaintiff, James Fletcher, in

13   this case.  Do you understand that, sir?

14        A.    Yes.

15        Q.    Okay.  For the record, could you state and

16   spell your name?

17        A.    Edward Cooper, E-D-W-A-R-D C-O-O-P-E-R.

18        Q.    All right.  Let the record reflect this is the

19   federal deposition of Edward Cooper taken pursuant to

20   the notice in the rules of Federal Civil Procedure. Sir,

21   we've met before, correct?

22        A.    Yes.

23        Q.    Okay.  We met yesterday for the first time; is

24   that correct?

25        A.    Yes.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  And I spoke to you on the phone once or
 2   twice to try to schedule this deposition.  Is that also
 3   correct?
 4        A.   That's correct.
 5        Q.   All right.  The other folks that are here
 6   today are the court reporter, the videographer, and then
 7   as they represented themselves, they're the attorneys
 8   for the defendants, the City of Chicago and the
 9   individual police officers.  You understand that?
10        A.   Yes.
11        Q.   Okay.  Excellent.  Mr. Cooper, where do you
12   currently live?
13        A.   1435 North Luna, Chicago, Illinois 60651.
14        Q.   Okay.  And are you currently employed, sir?
15        A.   No, I'm -- I'm retired.
16        Q.   You're retired.  Okay.  Were you employed on
17   December 21, 1990?
18        A.   Yes.
19        Q.   Where were you employed at on December 21,
20   1990?
21        A.   Holsum Bread Company.
22        Q.   Okay.  You said Holsum Bread Company?
23        A.   Yeah.
24        Q.   Okay.  What was your job title at Holsum Bread
25   Company?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 06/25/2019

```
 1        A.    Delivery man.

 2        Q.    Okay.  And I'm going to ask questions and

 3   you're going to give answers.  Let's try to give each

 4   other space to get the record straight so the court

 5   reporter can do her job, and not talk over one another,

 6   okay?

 7        A.    Okay.

 8        Q.    All right.  Sir, other than your job at Holsum

 9   Bread, have you had any other employment in your life?

10        A.    Yes.

11        Q.    Okay.  So prior to your job at Holsum Bread,

12   what is your employment history?

13        A.    A mechanic.

14        Q.    You were a mechanic prior to 1990?

15        A.    Right.

16        Q.    Okay.  And how long did you work for Holsum

17   Bread Company, sir?

18        A.    Just about five years.

19        Q.    All right.  When did you stop working for them

20   approximately?

21        A.    Right after -- about two weeks after this --

22   this happened.

23        Q.    Okay.  So end of 1990, early 1991; is that

24   correct?

25        A.    That happened in 1990, so it's beginning of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  19 -- yeah, beginning of 1991, about two weeks or so

2  after that.

3      Q.   Okay.  So after Holsum Bread job, where did

4  you work?

5      A.   I started working for a milk company called

6  Becker Milk.

7      Q.   I'm sorry.  Could you say that -- name of that

8  company again?

9      A.   It's Becker.

10     Q.   Becker?

11     A.   Yeah.

12     Q.   Okay.  And how long do you work for Becker

13  Milk, sir?

14     A.   I worked for them for about six years.

15     Q.   Okay.  And what was your job title for -- at

16  Becker milk?

17     A.   Delivery man.

18     Q.   All right.  And then after Becker Milk, where

19  did you work, sir?

20     A.   I worked for Prosperity Trucking Company.

21     Q.   Okay.  What did you do for Prosperity

22  Trucking?

23     A.   Truck driver, yeah.

24     Q.   How long did you work for Prosperity Trucking,

25  sir?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Little over 20 -- about 24 years.

2      Q.   Okay.  Did you retire from Prosperity

3  Trucking, or did you have any other jobs after that?

4      A.   I retired from there.

5      Q.   All right.  Sir, were you married in December

6  of 1990?

7      A.   Yes.

8      Q.   What was your wife's name in 1990?

9      A.   Gwennetta.

10     Q.   Gwennetta.  Are you still married to Gwennetta

11 today?

12     A.   Yes.

13     Q.   Okay.  When did you and Gwennetta get married?

14     A.   In 1981.

15     Q.   1981.  Okay.  Do you and Gwennetta have any

16 children, sir?

17     A.   Yes.

18     Q.   How many children?

19     A.   Three.

20     Q.   And what years were your children born in?

21     A.   One was born in 1973, one -- one in 1976, and

22 the other one was born in 1982.

23     Q.   Okay.  Sir, have you ever given a deposition

24 of any kind before today?

25     A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 15 of 252 PageID #:6493
The Deposition of EDWARD COOPER, taken 03/06/25 Page 15 of 252

13

```
 1        Q.   All right.  So there's a couple of ground
 2   rules I want to go over with you.  One of them, I
 3   already noted for the record that we should try not to
 4   talk over one another. That's fair, correct?
 5        A.   Right.  Right.
 6        Q.   Okay.  So this is a question and answer
 7   session.  I'm going to ask you questions and then you'll
 8   have an opportunity to give answers.  Some of the
 9   questions may be yes or no questions.  Some of the
10   questions may be more narrative based.  The other
11   attorneys are going to also have an opportunity to ask
12   you questions after I'm done; is that fair?
13        A.   Yes.
14        Q.   Okay.  And the court reporter's going to write
15   down everything we said, make a record of it.  And that
16   presents some challenges because, you know, in
17   conversation, people interrupt one another, like we've
18   already done today.  They also use other cues to
19   communicate like shrugs of the shoulders or shakes of
20   the head.  It's important for the record that you
21   actually orally state your answers out loud, okay?
22        A.   Yes.
23        Q.   All right.  And it's important that you speak
24   up and speak clearly so we all understand what you're
25   saying; is that fair?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Yes.

2      Q.    Okay.  Sir, do you have any medical conditions

3  that would prevent you from being able to fully

4  understand the questions I'm asking you?

5      A.    No.

6      Q.    Okay.  Do you have any medical conditions that

7  would prevent you from being truthful today?

8      A.    No.

9      Q.    Okay.  Are you taking any medications that

10  might affect your ability to understand the questions I

11  ask you?

12      A.    No.

13      Q.    Okay.  Are you taking any medications that may

14  affect your ability to be truthful?

15      A.    No.

16      Q.    Okay.  Do you have any issues that affect your

17  memory, sir?

18      A.    No.

19      Q.    Okay.  Are you taking any medications that

20  might affect your memory?

21      A.    No, I'm not.

22      Q.    Excellent.  All right.  Sir, this case that

23  we're here for today concerns events that took place on

24  December 21, 1990.  Where were you living at that time,

25  sir?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    1435 North Luna.

 2        Q.    And is that the same address you gave me about

 3   your current address; is that correct?

 4        A.    Yes.

 5        Q.    Okay.  So you were living in the same

 6   residence today that you were living in 1990; is that

 7   correct?

 8        A.    Correct.

 9        Q.    When did you begin living at that residence,

10   sir?

11        A.    In 1988.

12        Q.    Okay.  So 1988.  So you've been there for a

13   while; is that correct?

14        A.    Yes.

15        Q.    All right.  Excellent.  Sir, do you recall

16   witnessing a shooting that occurred on December 21, 1990

17   in the early afternoon?

18        A.    Yes.

19        Q.    Where were you when that shooting occurred,

20   sir?

21        A.    Coming out of restaurant on Jack -- on -- on

22   Madison and Central.

23        Q.    You were coming out of a restaurant on --

24        A.    Yeah.

25        Q.    -- Madison and Central?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 18 of 252 PageID #:6496

```
 1        A.    Yeah.

 2        Q.    Okay.

 3        A.    I made the delivery there.

 4        Q.    So you were working that day; is that correct?

 5        A.    Yes.

 6        Q.    And you were working for the bread company; is

 7   that correct?

 8        A.    Yes.

 9        Q.    Okay.  So is it safe to say that you were

10   delivering bread that day when this shooting happened?

11        A.    Yes.

12        Q.    Okay.  Were you a victim of the shooting?

13        A.    Yes.

14        Q.    Okay.  Can you tell me what happened on

15   December 21, 1990?

16        A.    Yes, sir.  When I came out the restaurant, I

17   had trays in my hand.  I seen a guy that I knew from --

18   that growed up around, and I said -- his name was Terry

19   Rogers.  I said, hey, Terry.  And he -- you know, he

20   kind of pushed it -- put his head down.  When he did

21   that, one of the guys stuck a gun in my side, told me to

22   step up on the truck.  Then he said, you know what this

23   is?  I said -- I says, yeah, I know what it is. The

24   other guy came and we stepped up on the truck inside the

25   truck.  They went through my pocket and got the money
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  out.  And the other guy told him to say -- well, he --

2  he got some more money.  I said, well, I can't open the

3  safe because I don't -- I have keys to the safe.  He

4  told the guy to go and shoot me.  I had a gun on my back

5  and I pulled out and we -- and we started shooting, and

6  they start running.  They ran down Madison east -- I

7  mean, west on Madison.  I'm chasing behind them,

8  shooting -- we were shooting back and forth.  And they

9  turned right, I think it -- I can't -- I can't remember

10  the name of the street, but then we went to Washington

11  and we still chasing each -- I still chasing after them,

12  went down on Washington, and I stopped and turned

13  around, came back to the truck.  And when I got back,

14  the police and stuff, they came in.

15      Q.   Okay.  And so, it sounds like you were a

16  victim of armed robbery; is that correct?

17      A.   Yes.

18      Q.   Okay.

19      A.   Though lot of robberies had been going on in

20  that area and that's when I start carrying a gun there.

21      Q.   Okay.  And thankfully you survived?

22      A.   Yes.

23      Q.   Was anyone killed that day, sir?

24      A.   Yes.

25      Q.   Do you know the name of the person that was



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    killed?

2         A.   I can't remember his name.  Yeah.

3         Q.   Okay.  If I told you that the victim in this

4    case is a man by the name of Willie Sorrell, Junior,

5    does that refresh your recollection?

6         A.   Something like that.  I kind of remember the

7    name, but not really.  No.

8         Q.   Okay.  And do you understand that Mr. Sorrell

9    was tragically killed during that crime?

10        A.   Yes.

11        Q.   Correct?

12        A.   Yes.

13        Q.   Okay.  All right.  So it's fair to say that

14   you saw the people that committed the crime?

15        A.   Yes.

16        Q.   Okay.  And you said there was two of them,

17   correct?

18        A.   That is correct.

19        Q.   And they both had guns; is that correct?

20        A.   Yes, they did.

21        Q.   Okay.  And then given that you saw the

22   offenders who committed the crime, did Chicago Police

23   detectives ever ask you to try to identify the

24   perpetrators?

25        A.   Yes, they did.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken on 06/29/2022
19

1      Q.   Okay.  Did the Chicago Police detectives ever

2  show you photos and ask you to try to identify the

3  person that committed the crime?

4      A.   Yes, they did.

5      Q.   Okay.  How many times did Chicago Police

6  officers show you photos and he asked you to identify

7  someone?

8      A.   Only -- I really -- when it -- when it

9  happened, they were showing me.  I was looking through

10 photos then, and then -- and it's 2000 -- I think around

11 2002 --

12     Q.   Okay.

13     A.   -- if I'm not -- that's when they -- they came

14 to my house and showed me some photos.

15     Q.   Okay.  So in 1990, when the incident happened,

16 you, at some point, saw photos that the police showed

17 you?

18     A.   Yes.

19     Q.   Okay.  And where were you when you saw those

20 photos?

21     A.   At the police station.

22     Q.   Okay.  Were you able to identify anyone in

23 those photos?

24     A.   No, I wasn't.

25     Q.   Okay.  And then later on, the detectives

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    showed you photos in 2002.  Is that your testimony?

2         A.    Yes.

3         Q.    Okay.  And so, it was approximately 12 years

4    after the shooting in 1990 that the police came to you

5    in 2002 and showed you photos; is that correct?

6         A.    That's correct.

7         Q.    All right.  Please tell me what happened when

8    the Chicago Police detectives came to you to show you

9    photos in 2002?

10        A.    Well, they -- they came to the house.  I

11   can't -- it was kind of late when they -- I -- I can't

12   remember what time it was, but it was kind of late when

13   they came.  And they didn't -- they didn't come into my

14   house.  They came in the hall and they -- they spread

15   some photos on my -- on my steps.  And he's asking me

16   about the -- did I -- can I remember the guy, how he

17   looked.  I told him to -- I said, well, this has been

18   over, like, 11 or 12 years or more.  I said I can't --

19   you know, I said features change.  And that's when he

20   told me -- he told -- asked me to look at the pictures.

21   I looked at them.  He said, you sure you don't -- I

22   said, I can't recognize anybody in that picture right.

23   So then he pointed to one of the guys that was on the

24   step.  I said -- and he told me that two people had

25   already identified them -- him as the -- as the shooter.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  I said, well, I -- I can't really -- I said, the only

2  thing I looked like -- it looked like him by his lips.

3  But I'm not -- you know, I said, I'm not 100 percent

4  sure that's him or not, you know?  And that's when he

5  told me -- he said, look at his lips.  I said, because

6  his -- he said the lips don't change, and I looked.  I

7  said, well, that -- that -- that -- this -- that look

8  just him -- the -- the lip -- the lip like him, but I

9  said I'm still not 100 percent sure that's him or not,

10  you know.

11      Q.   Okay.  And so, let me just unpack that a

12  little bit.  So they showed you photos outside of your

13  house on your front steps; is that correct?

14      A.   Yeah.  Not -- well, we was in the hall.  We

15  got step -- I got steps that lead up to -- to my

16  apartment on the first floor.

17      Q.   I'm sorry.  Just so we're clear, so

18      A.   It -- it wasn't outside the house.  It

19  was, you know, not on the -- not on -- like, I don't

20  have stairs in the front of my house.  I got stairs that

21  go -- once you come in the door, you go -- you go up the

22  stairs to -- to enter my house.

23      Q.   Okay.  So it was in the entranceway; is that

24  correct?

25      A.   Yeah.  Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  That makes sense.  Okay.  And when they

2   first showed you these photos, you told them that you

3   couldn't recognize anyone; is that correct?

4    A.   That's correct.

5    Q.   Okay.  And you told the police detectives in

6   2002 when they first showed you the photos that you

7   could not recognize anybody who committed the crime in

8   1990, correct?

9    A.   That's correct.

10    Q.   Okay.  And then one of the detectives pointed

11   at one of the photographs and told you that that was the

12   suspect?

13    A.   Yeah.  He pointed at the guy and showed me --

14   that -- that look.  I told him the guy had kind of big

15   lip.  He pointed at the guy.  He told me the two other

16   people had already identified him.

17    Q.   Okay.  So you mentioned that somebody said

18   something about lips, so just so we're clear.  One of

19   the detectives pointed at a photograph and said that's

20   the suspect; is that correct?

21    A.   That's correct.

22    Q.   Okay.  And then he said, look at his lips?

23    A.   Yeah, because I told -- I -- I had told them

24   before that the guy, his lips was kind of big, you know?

25    Q.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 25 of 252 PageID #:6503
The Deposition of EDWARD COOPER, taken 06/28, Page 25 of 252

23

1    A.    Yeah.

2    Q.    So you remember one of the suspects having big

3 lips?

4    A.    Yeah.

5    Q.    And you told the detectives that?

6    A.    Yes.

7    Q.    And so, detectives pointed at the picture of

8 an individual and said, he's the suspect?

9    A.    Right.

10    Q.    He has big lips?

11    A.    Right.

12    Q.    Okay.  And then did he say anything else about

13 the person that he pointed at?

14    A.    He -- he told me that Terry Roger, the guy

15 that I told you I had -- you know, that -- that he was

16 there, had told them that that was -- that they gave his

17 name, that -- that he was the guy that -- that had

18 robbed me.

19    Q.    Okay.  So the police detectives in 2002, when

20 they came out to show you photos, after they pointed at

21 a photo, they told you that Terry Rogers had given them

22 the name --

23    A.    Right.

24    Q.    -- of that individual; is that correct?

25    A.    That's correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 26 of 252 PageID #:6504
The Deposition of EDWARD ROBERT, taken on 06/25/spring 06 2021

24

```
 1        Q.   Okay.  And they also told you that two other
 2   people had identified and --
 3        A.   Had identified --
 4        Q.   The -- let me just finish my question.
 5        A.   Oh, I'm sorry.
 6        Q.   I don't mean to be rude.  I don't want to --
 7   I'm not trying to be rude to you, but just so we're
 8   clear, so she can do her job.  So the two detectives who
 9   came out to you in 2002 showed you photographs, and one
10   of them pointed out a photograph and told you that two
11   other people had previously identified the person in
12   that photo?
13        A.   Yes.
14        Q.   Okay.  And before the detective pointed to a
15   photo and told you that that was the suspect, had you
16   identified this person?
17        A.   No.
18        Q.   Okay.  And then after the detective pointed at
19   the photo and told you that that person was a suspect
20   and that he had the same lips as the shooter and that
21   two other people had identified this person, did you
22   then agree to identify this person?
23             MR. STEFANICH:  Objection to form.
24             MR. MICHALIK:  Join.
25   BY MR. STARR:
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    You can answer.

2    A.    Yeah.

3    Q.    Okay.  And the person that you identified, the

4 person that you pointed out in the photo array that you

5 were shown by the police detectives in 2002, did you

6 ever believe that this was a person that actually

7 committed the crime?

8    A.    I was, like, maybe about 50 percent sure

9 because after he told me that Terry Rogers told -- I

10 know he -- the -- I know the kind of lifestyle that he

11 lived back then, that how he -- the things he was doing

12 and the guys that he ran with.  I kind of figured that

13 that was the guy, you know.

14    Q.    Okay.  So because the police told you that

15 Terry Rogers had given them this individual's name and

16 because the police pointed him out and told you that he

17 was the suspect, you believed that that was, in fact,

18 the man that robbed you in 1990?

19         MR. STEFANICH:  Objection.  Form.

20    A.    Yes, I did.

21 BY MR. STARR:

22    Q.    Okay.  If the detective had not pointed out

23 that individual in that photo, would you have been able

24 to identify anybody in that photo array?

25         MR. MICHALIK:  Object to form.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

26

```
 1        A.    No.  No.

 2              MR. MICHALIK:  Calls for speculation.

 3   BY MR. STARR:

 4        Q.    Before the detective pointed out that

 5   individual in the photo array, were you able to identify

 6   anybody in that photo array?

 7        A.    No.

 8        Q.    Would it be fair to say that you only agreed

 9   to identify the photo of who we know is now James

10   Fletcher because the detective pointed out his photo and

11   told you to identify him?

12        A.    Yes.

13        Q.    All right.  At any point during this case did

14   the police request that you come into the police station

15   to view a lineup?

16        A.    Yes.

17        Q.    Okay.  And did you in fact at some point view

18   a lineup?

19        A.    Yes, I did.

20        Q.    Was that lineup conducted in early April of

21   2002?

22        A.    Yes.

23        Q.    Okay.  And when you arrived at the police

24   station before you viewed the lineup, did you speak to

25   any police detectives?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I spoke with one, but -- but he -- but he
 2   didn't -- he wasn't on the case.  But he told me about
 3   that -- that he had arrested James Fletcher before
 4   about he had the same thing to do with -- with about
 5   robbery -- about robbery.
 6        Q.   Okay.  Before you viewed the lineup, you spoke
 7   to a detective who you don't think was working on this
 8   case; is that correct?
 9        A.   Yes.
10        Q.   And that detective told you that he had
11   previously arrested James Fletcher?
12        A.   Yes.
13        Q.   And what did he tell you that he had
14   previously arrested James Fletcher for?
15        A.   He had -- he said it was down -- told me down
16   in Cabrini-Green he had committed this -- robberies
17   there and someone had got killed, you know.
18        Q.   Okay.  So this is before you viewed the
19   lineup, correct?
20        A.   Yes.  Yes.
21        Q.   A detective came up to you and spoke to you
22   and told you that he had previously arrested
23   Mr. Fletcher, and that Mr. Fletcher had been arrested
24   for a robbery in Cabrini-Green; is that correct?
25        A.   He said in Cabrini-Green area that -- that's
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   what he told me.

2       Q.   Okay.  Did he tell you anything else about

3   that particular robbery in Cabrini-Green?

4       A.   No.  Just -- just he had let me know that

5   somebody had got killed in that before.

6       Q.   Okay.   This detective approached you at the

7   police station before you viewed the lineup, correct?

8       A.   Correct.

9       Q.   And did he ask you if you were here to view a

10  lineup?

11      A.   No.  He -- no.  He didn't ask -- we were

12  just -- you know, I came in, we were just talking, you

13  know. And he would tell -- and I -- and he asked me what

14  I had done.  I told him about James Fletcher.  He told

15  me he knew James Fletcher, you know.

16      Q.   Okay.  So he told you he knew James Fletcher

17  and that James Fletcher had committed a similar crime

18  prior to December of 1990; is that correct?

19      A.   Correct.

20      Q.   Okay.  And then did you speak to the two

21  detectives that came out to your house prior to viewing

22  the lineup?

23      A.   Yes.

24      Q.   Okay.  When you went to go view the lineup,

25  the two detectives that were at your house were also at

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 04/25/2023
29

1    the police station; is that correct?

2        A.    Yes.

3        Q.    Okay.  And you spoke to them?

4        A.    Yes, I did.

5        Q.    Do you remember what their names are, sir?

6        A.    No, I don't remember.

7        Q.    Do the names Detective Bogucki and Detective

8    Schalk ring any bells?

9        A.    Detective Bogucki, but I don't -- I don't

10   remember the others.

11       Q.    Okay.  So you recall the name Detective

12   Bogucki; is that correct?

13       A.    Yes.

14       Q.    And you think that's the detective that came

15   to your house in 2002?

16       A.    Yes.

17       Q.    And showed you the photo array?

18       A.    Yes.

19       Q.    Okay.  Was Detective Bogucki the detective who

20   pointed out the individual in the photo and said he was

21   the suspect?

22       A.    I can't remember -- recall which one of them

23   did, but we -- we were standing in the hallway and I

24   can't remember which one of them pointed him out.

25       Q.    Okay.  But it was one of the two detectives --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 06/23/page 32 of 252

30

```
 1        A.    Right.

 2        Q.    -- either Detective Bogucki or the other

 3   detective that was with him who pointed at the photo and

 4   told you that was the suspect you should identify,

 5   correct?

 6        A.    Yes.

 7        Q.    Okay.  And then you spoke to Detective Bogucki

 8   and the other detective when you went to the police

 9   station to view the lineup, correct?

10        A.    Yes.

11        Q.    Okay.  And what did you talk about with the

12   police -- with Detective Bogucki and the other detective

13   before you viewed the lineup?

14        A.    Just that, you know, he -- he telling me about

15   they going to have a lineup and he tell me, just

16   remember the -- the lips and stuff, you know.

17        Q.    Okay.  So he reminded you that the suspect

18   that you had identified at your house had big lips; is

19   that correct?

20        A.    Right.

21        Q.    Did he show you the photos again?

22        A.    No, I -- I don't -- I can't remember whether

23   he showed me the photos again or not.  I'm not for sure.

24   It's like -- like I said, it's like 20-something years

25   ago.  I am not for sure on that.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 33 of 252 PageID #:6511
The Deposition of EDWARD GOETZ, taken on 04/29/2021

31

 1    Q.   Okay.  So he may have showed you the photos at
 2  the police station before you viewed the lineup.
 3    A.   Right.
 4    Q.   You just can't recall; is that correct?
 5    A.   I don't -- I can't recall.
 6    Q.   Okay.  But you do recall that the Detective
 7  Bogucki or the other detective told you to remember that
 8  the suspect had big lips; is that correct?
 9    A.   That's correct.
10         MR. STEFANICH:  Objection.  Form.
11  BY MR. STARR:
12    Q.   Did Detectives Bogucki and the other detective
13  say anything else to you before you viewed the lineup?
14    A.   No, they just -- I -- I can't -- at this time,
15  I -- now I -- I can't remember everything that, you
16  know, happened right then, you know, in -- at the police
17  station.  No, I don't remember if they did say anything
18  else or not, you know.
19    Q.   Okay.  That's fair.  It's been a number of
20  years.  I don't expect you to remember everything that
21  happened.  But you do recall going to the police station
22  to view a lineup, correct?
23    A.   Yes, I do.
24    Q.   And you do recall talking to another detective
25  who had never spoken to before you viewed that lineup,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 06/25/2024

32

```
1   correct?
2       A.   That's correct.
3       Q.   And that detective told you the name James
4   Fletcher; is that correct?
5       A.   That's correct.
6       Q.   And he told you that James Fletcher had been
7   previously arrested for a similar robbery that involved
8   somebody dying; is that correct?
9       A.   That is correct.
10      Q.   Okay.  Do you know what that detective's name
11  is?
12      A.   No, I don't.
13      Q.   Do you remember what that detective looked
14  like?
15      A.   He was male, Black, like, probably maybe about
16  5'11" or so -- you know.
17      Q.   Okay.
18      A.   Other than that, I -- I don't remember.
19      Q.   Okay.  And then the two detectives that came
20  out your house, do you remember what they looked like?
21      A.   Male, white.
22      Q.   Okay.
23      A.   And looked like he in the late 40s or so, but
24  you know --
25      Q.   Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    -- I'm not sure.
 2        Q.    And after speaking to that first detective,
 3   you then, before you viewed the lineup, also spoke to
 4   Detectives Bogucki and Schalk, correct?
 5        A.    Yes.
 6        Q.    Okay.  And when you spoke to the Detectives
 7   Bogucki and Schalk, they reminded you what the suspect
 8   looked like; is that correct?
 9              MR. STEFANICH:  Objection.  Form.
10              MR. MICHALIK:  Objection.  Form.
11        A.    Yes, they did.  Told me about the -- his lips.
12   Yes.
13   BY MR. STARR:
14        Q.    Okay.  They specifically told you to remember
15   that the suspect had big lips, correct?
16        A.    That's correct.
17        Q.    Okay.  Did you then in fact view a lineup?
18        A.    Yes.
19        Q.    Okay.  And during the lineup, did you then
20   identify that same man that was in the photo?
21        A.    Yes, I did.
22        Q.    Okay.  Would you say that your identification
23   of Mr. Fletcher in the police lineup at the police
24   station was a false identification?
25              MR. MICHALIK:  Objection.  Form.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   Yeah.  That -- like I said, I was only, like,

2   about 50 percent sure or not -- was that him or not.

3   BY MR. STARR:

4    **Q.   Okay.  But you identified the guy that the**

5   **Detective Bogucki and Schalk pointed out, correct?**

6    A.   Yeah.  Yes, I did.

7    **Q.   And you identified the guy that Detective**

8   **Bogucki and Schalk instructed you to identify in the**

9   **lineup, correct?**

10        MR. MICHALIK:  Objection.  Form.

11        MR. STEFANICH:  Objection.

12    A.   Yes, I did.

13   BY MR. STARR:

14    **Q.   Okay.  Later on, you testified at James**

15   **Fletcher's criminal trial and you identified him as the**

16   **person that robbed you in December of 1990, correct?**

17    A.   Yes.

18    **Q.   Okay.  Why did you testify that James Fletcher**

19   **robbed you during his criminal trial?**

20    A.   I -- I -- I just believe that was him at

21   the -- after -- after I talked to Terry's brother --

22   after me and Terry Roger's brother rolled up together,

23   he told me that Terry told him that that was the guy.

24    **Q.   Okay.**

25    A.   And I -- and I kind of believe that was him.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    Yeah.

 2        Q.    Okay.  So you identified James Fletcher during

 3    his criminal trial as the person who robbed you because

 4    you had spoken to Terry Roger's brother; is that

 5    correct?

 6        A.    That's correct.

 7        Q.    And what did Terry Roger's brother tell you?

 8        A.    He told me that Terry told him that that was

 9    the guy.

10        Q.    Okay.

11        A.    And I told him that I thought Terry was -- was

12    in on it with him, you know, because during that time he

13    was on drugs and stuff.  I knew -- I knew all of it, and

14    I knew he was out robbing people at that time, too.

15        Q.    Terry Rogers?

16        A.    Yeah.  Terry Rogers was, and I thought he was,

17    like, more like a lookout man for them.  But when I --

18    like I said, when I came out, I -- I said, hey, Terry,

19    what you doing here?  He dropped his head down and

20    looked down -- that's when the guy got stuck his -- the

21    gun in -- in my side and the other one had the gun on

22    me.

23        Q.    Okay.  Did the fact that Detectives Bogucki

24    and Schalk pointed out Mr. Fletcher's photo and told you

25    that he was the suspect, did that influence your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1    identification of Mr. Fletcher during his criminal
 2    trial?
 3           MR. STEFANICH:  Objection.  Form.
 4        A.   Yes, it did.
 5   BY MR. STARR:
 6        Q.   How did that influence your identification of
 7    Mr. Fletcher during his criminal trial?
 8        A.   Because I -- I was looking at the -- it -- I
 9    remember the lips because I -- I couldn't -- when he was
10    talking to me, when he had the gun on me, you know. And
11    he was the one who told the other guy to go and shoot
12    me, you know -- know.  And I connect his, just -- just
13    with his -- just what's the features, you know, some of
14    the features that he had at that time, you know.
15        Q.   Okay.  Did the fact that the police told you
16    that Mr. Fletcher was the suspect influence your
17    decision to identify him in court?
18        A.   Yes.
19        Q.   Okay.
20        A.   And also after they told me that Terry Rogers
21    had told him that he -- he was the guy.
22        Q.   Okay.  So let me ask that.  Did the fact that
23    the Detective Bogucki and Schalk told you that Terry
24    Rogers had identified Mr. Fletcher influence your
25    decision to implicate him in court?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 39 of 252 PageID #:6517
The Deposition of EDWARD COOPER, taken 06/28/2023

37

```
 1              MR. STEFANICH:  Objection.  Form.

 2      A.   Yes.

 3 BY MR. STARR:

 4      Q.   Let me rephrase that.  That was poorly phrased

 5 question.  Did the fact that Detectives Bogucki and

 6 Schalk told you that Terry Rogers had given them the

 7 name, James Fletcher, influenced the reason why you

 8 identified James Fletcher during the criminal trial?

 9              MR. STEFANICH:  Objection.  Form.

10      A.   Yes.

11 BY MR. STARR:

12      Q.   Did the fact that Detectives Bogucki and

13 Schalk told you that two other people had previously

14 identified Mr. Fletcher before you saw those photos

15 influence your decision to identify Mr. Fletcher at the

16 criminal trial?

17              MR. STEFANICH:  Objection.  Form.

18      A.   Yes, sir.

19 BY MR. STARR:

20      Q.   Do you feel like the police manipulated you?

21      A.   In such a way, because that -- I was going

22 by -- during that time I was going by -- because, like I

23 told them, the guy had like a little long hair and --

24 and -- and the weight and the height of him and

25 everything, you know.  And from the -- the photo, it --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  it, you know, now looking at the lips and stuff, that

2  kind of remind me of him, you know.

3      Q.   Okay.  So the photograph that the police

4  showed you, the man's lips looked similar to the lips

5  that you remember; is that correct?

6      A.   That's correct.

7      Q.   But before you discussed the photograph and

8  the lips with the police, you told the police that you

9  couldn't identify any of the photos, right?

10     A.   No, I couldn't identify the photos.  No.

11     Q.   And you told the police that, correct?

12     A.   I did.

13     Q.   Okay.  And it was only after the police

14  pointed to the man's lips and said, look at his lips.

15  He's got the same lips as the man that robbed you, that

16  you -- that you started to think that they looked

17  similar, correct?

18          MR. STEFANICH:  Objection.  Form.

19     A.   That's correct.  And that -- and he also told

20  me that the two other people had took -- had already

21  pointed him out.

22  BY MR. STARR:

23     Q.   Okay.  And so, was it the fact that Detectives

24  Bogucki and Schalk pointed out that the man had big lips

25  and told you that the suspect had big lips, is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   something that influenced your decision to identify him?
2           MR. STEFANICH:  Objection.  Form.
3       A.   Yes, it did.
4   BY MR. STARR:
5       Q.   And did the fact that Detective Bogucki and
6   Schalk Shaw told you that two other people had
7   previously identified the man in the photo influence
8   your decision to pick the man out of the photo?
9           MR. STEFANICH:  Objection.  Form.
10      A.   Yes, it did, and also that they told me that
11  Terry Rogers had told -- was the one that told them.
12  That's what really had me thinking that was him, yeah,
13  because they told me Terry Rogers was the one that told
14  them that he was the -- the one that -- that done it --
15  BY MR. STARR:
16      Q.   Okay.  Do you feel like the Detective Bogucki
17  and Schalk convinced you that the man in the photo that
18  you identified was the man who robbed you?
19          MR. STEFANICH:  Objection.  Form.
20      A.   Yes.
21  BY MR. STARR:
22      Q.   Okay.  Sir, I think you already testified
23  this.  You saw the two men that robbed you, correct?
24      A.   Yes.
25      Q.   Okay.  And can you give me the description, as
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you remember them today, of the two men?

2      A.   That I told them -- from what I remember, I

3  told them, like, between I think -- I told them, like,

4  between 5'9", 6', between 180 to 200 pounds.  And I told

5  them one that -- I told them they were dark -- both of

6  them were dark-skinned, but one them had the long hair

7  and the other one had -- had kind not as long as the

8  other one, though.

9      Q.   Okay.  One had long hair and one head long

10  hair, but not as long as the other?

11      A.   Right.  No, I told them one -- I think I told

12  them one of them was black.  I know I told them one was

13  black between 5'9" and -- and -- and 6', and the other

14  one, like about maybe around 5'10" or so, you know.

15      Q.   Okay.  And then what about the hair?  You said

16  that one of them had long hair?

17      A.   Yes.

18      Q.   How long was the hair?

19      A.   Not -- just collar, you know, length, you

20  know.

21      Q.   Okay.

22      A.   The -- the Jheri curl stuff, you know, stuff

23  like that -- the, you know.

24      Q.   Okay.  So the way that you remember it, one of

25  the men had shoulder-length, Jheri-curled hair; is that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 04/25/2023
41

```
 1   correct?
 2        A.   Yeah, correct.
 3        Q.   Okay.  And what was the other man's hair like?
 4        A.   It was not too long, but it's kind of long,
 5   but, you know, like a -- a natural length.  Yeah.
 6        Q.   Okay.  Did the other man have a ponytail?
 7        A.   Yeah, one -- yeah, what -- that's the -- has
 8   the ponytail.  Yeah.
 9        Q.   Okay.  The one with the natural hair had a
10   ponytail?
11        A.   Yeah.  Right.
12        Q.   And then with the Jheri curl just had hair to
13   his shoulder?
14        A.   Well, like his hair would like going back
15   toward like a ponytail too, though.
16        Q.   Okay.  All right.  And did you tell the police
17   anything about the either of the suspect's lips in
18   1990?
19        A.   Yes, I did.
20        Q.   What did -- what did you tell --
21        A.   I -- I told them that -- that kind of big --
22   big back then.
23        Q.   Okay.  So you recall telling the police in
24   1990 when this first happened, that one of the suspects
25   had big lips?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 44 of 252 PageID #:6522
The Deposition of EDWARD COOPER, taken 06/29/2022

42

1       A.    Yes.

2       Q.    Okay.  Do you recall approximately how many

3  shots were fired on December 21, 1990?

4       A.    Not -- I can't remember that whole thing.

5       Q.    Okay.  Do you recall hearing more than one

6  shot?

7       A.    It was -- it was between -- it was more than

8  five shots was fired.

9       Q.    Okay.  And you're aware now that a man named

10  Willie Sorrell, Junior was shot and killed at that

11  location in December 21, 1990, correct?

12       A.    Yes.

13       Q.    Did you see the individual that died?

14       A.    I -- I seen him laying on the ground there,

15  but I didn't -- I didn't just see his face or nothing

16  like that.

17       Q.    Okay.  You saw him after he had been shot?

18       A.    Yes.

19       Q.    So you didn't see him actually get shot; is

20  that correct?

21       A.    No, I didn't.

22       Q.    Okay.  What do you recall about seeing the

23  victim?

24       A.    I didn't see the victim until I came back

25  to -- came back to my truck and that he was laying on

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the ground.  And I didn't -- you know, people was

2  around, police was there, but I didn't go to look over

3  and look at them.  No.

4      Q.  Okay.  So you previously testified that you

5  chased after the two offenders, correct?

6      A.  Yes.

7      Q.  How far did you chase him from where the

8  incident initially happened?

9      A.  I chased him for, like, about -- like a

10  little -- about five blocks.

11      Q.  Okay.  And then you returned on your own; is

12  that correct?

13      A.  Yes.

14      Q.  Okay.  And when you returned to the scene of

15  the shooting in the robbery, were the police present?

16      A.  Yes.

17      Q.  Okay.  And did you speak to the police at that

18  time?

19      A.  Yes.

20      Q.  All right.  And did you tell the police what

21  you saw?

22      A.  Yes.

23      Q.  Okay.  And you were truthful?

24      A.  Yes, sir.

25      Q.  Okay.  Did you see Terry Rogers at the scene

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   when you returned?

 2        A.   No, I did not.

 3        Q.   Okay.  And you know that a man by the name of

 4   James Fletcher was charged and convicted of the shooting

 5   of Mr. Sorrell, correct?

 6        A.   Yes, sir.

 7        Q.   Okay.  Did you know James Fletcher at the time

 8   of the shooting back in December of 1990?

 9        A.   No.

10        Q.   At the time of the shooting, had you ever met

11   James Fletcher?

12        A.   No.

13        Q.   Okay.  And as you sit here today, have you

14   ever met James Fletcher?

15        A.   No.

16        Q.   And as you sit here today, have you ever met

17   James Fletcher?

18        A.   I never met him.  I saw him at -- at trial.

19        Q.   Okay.

20        A.   And then in -- in the -- in the lineup.

21        Q.   Okay.  You saw him at the lineup that you went

22   to in 2002, correct?

23        A.   Correct.

24        Q.   And you saw him when you testified at his

25   trial, correct?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Correct.

2      Q.   But you've never met him other than that,

3   correct?

4      A.   No.

5      Q.   Okay.  And then after the shooting and after

6   you returned to the scene, did you travel to the police

7   station that day?

8      A.   Yes.

9      Q.   Okay.  And at the police station, what did you

10   tell police that you saw?

11      A.   I told them that we-all were shooting back and

12   forth at each other, you know.

13      Q.   Okay.  And did you give the police the

14   descriptions that you've given us today?

15      A.   Yes, I did.

16      Q.   Okay.  And were you cooperative with the

17   police in 1990?

18      A.   Yes.  Yes.

19      Q.   And did you speak to any detectives at the

20   police station in 1990?

21      A.   Yes.

22      Q.   Do you know the name of the detectives that

23   you spoke to?

24      A.   No, I don't.

25      Q.   Okay.  Does the name Detective Fleming refresh

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD GOODE, taken 06/28/2023

46

```
1    your recollection?

2         A.   Yes.

3         Q.   Do you believe you spoke to a Detective

4    Fleming in 1990 about this case?

5         A.   Yes, I did.

6         Q.   Okay.  Do you believe you spoke to Detective

7    Fleming the day of the incident?

8         A.   Yes.

9         Q.   Okay.  And you told Detective Fleming

10   everything that you -- that you knew about the case,

11   correct?

12        A.   Yes, I did.

13        Q.   Okay.  Did you tell Detective Fleming, in

14   1990, anything about Terry Rogers?

15        A.   Yes, I did.

16        Q.   What did you tell him?

17        A.   I told him that he was there when I came out

18   and I told him he might have had something to do with

19   it.

20        Q.   Okay.

21        A.   Because he was always like a -- a lookout man

22   or something.

23        Q.   Okay.  So you told Detective Fleming that

24   Terry Rogers was a lookout man?

25        A.   I said I told him I believed that he was, but
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 49 of 252 PageID #:6527
The Deposition of EDWARD MOORE, taken 04/06/25, in Springfield 2022

47

1    I wasn't for sure, you know.

2        Q.    Okay.  So you told him you had some

3    suspicions, but you didn't have any evidence, correct?

4        A.    Right.

5        Q.    Okay.  You told Detective Fleming what the

6    offenders looked like, correct?

7        A.    Yes.

8        Q.    All right.  So after that initial day in 1990,

9    when the incident happened, and the day in 2002, when

10   the Detectives Bogucki and Schalk came to your house to

11   speak to you and show you the photo array, between those

12   two occasions and those two dates, did you have any

13   other opportunity or occasion to speak to the Chicago

14   Police about what you saw?

15       A.    Not that I can remember.

16       Q.    Okay.  Do you recall whether or not the police

17   ever came to your house and asked to talk to you about

18   the Willie Sorrell shooting in 1995?

19       A.    I can't remember them coming in 1995.

20       Q.    Okay.  So you don't recall Detectives Bogucki

21   and Schalk coming to your home in 1995 to interview

22   about the Sorrell shooting, correct?

23       A.    I don't remember them coming in 1995.

24       Q.    Okay.  Is it possible they did come into your

25   house in 1995 and you just don't recall it?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   It's -- it is a possibility.  Could have came

2  in '95, but I don't remember them coming.

3     Q.   Okay.  But you do remember them coming to your

4  house, Detectives Bogucki and Schalk, in 2002, correct?

5     A.   Yes.

6     Q.   And you do remember them asking you questions

7  about the Willie Sorrell shooting in 2002, correct?

8     A.   Yes.

9     Q.   And you do remember them showing you a photo

10 array in 2002, correct?

11          MR. STEFANICH:  Objection.  Form.

12     A.   Yes, I do.

13 BY MR. STARR:

14     Q.   Okay.  Do you know what time it was that

15 Detectives Bogucki and Schalk came to your house in

16 2002?

17     A.   I know it was it was kind of late.  Maybe

18 around 9:00 or 10:00.  I'm not for sure.

19     Q.   All right.  Do you recall whether it was dark

20 out or light out?

21     A.   Yeah, it was dark out.

22     Q.   Okay.  And when I say they came to your house

23 in 2002, they came to your 1435 North Luna address; is

24 that correct?

25     A.   That's correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  And were you surprised when two police

2    detectives came to your door in 2002?

3    A.   Yes, I was.

4    Q.   And why were you surprised, sir?

5    A.   Because of how long it had been from that.

6    Q.   So when the Detectives Bogucki and Schalk

7    showed up at your door in 2002, you were surprised that

8    they came up to talk to you about the Sorrell shooting

9    because of the amount of time that had elapsed?

10    A.   Yes.

11    Q.   Okay.  Did Detectives Bogucki and Schalk tell

12    you why they wanted to interview you 12 years after the

13    shooting?

14    A.   Yes, they told -- they told me they were doing

15    a, what they call a cold case.

16    Q.   Okay.  They told you they were doing a cold

17    case?  All right.  And they told you they had a suspect?

18    A.   Yes, they did.

19    Q.   Okay.  Do you recall anything else that they

20    asked you other than what you testified to today, when

21    they came out to your house in 2002?

22    A.   No.

23    Q.   And you recall telling Detectives Bogucki and

24    Schalk that because 11 or 12 years had passed, you

25    couldn't remember what the offender looked like,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 52 of 252 PageID #:6530
The Deposition of EDWARD COOPER, taken 04/25/2023

50

1  correct?

2          MR. STEFANICH:  Objection to form.

3      A.    That's correct.  That is correct.

4  BY MR. STARR:

5      Q.    And how did the detectives respond to that

6  when you told them that too much time had elapsed and

7  you couldn't remember what the offenders looked like?

8      A.    They -- they told me about the -- the two

9  people they had already identified.

10     Q.    Okay.  So when you told the police that too

11 much time had elapsed and you could no longer identify

12 the offenders, they told you, well, two other people

13 have identified him?

14     A.    Yes, they did.

15     Q.    Okay.  Did they tell you anything else when

16 you told them you could no longer identify them because

17 of too much time had elapsed?

18     A.    They told me about Terry Rogers had told

19 them -- and gave them a lead to -- on him.

20     Q.    Okay.  So they responded that two other people

21 had identified the suspect and that Terry Rogers had

22 given them a lead on the case; is that correct?

23     A.    Yes.

24     Q.    All right.  And do you recall how many

25 photographs Detectives Bogucki and Schalk then showed

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 53 of 252 PageID #:6531
The Deposition of EDWARD COOPER, taken on 05/08/2019 Page 52 of 252

51

1    you during that 2002 interview at your home?

2         A.   Between five and six.

3         Q.   Okay.

4         A.   I'm not for sure on that, I mean, I just I

5    know it was around five or six.

6         Q.   Okay.  And you previously testified that you

7    eventually identified one of the individuals in those

8    photos, correct?

9         A.   Yes.

10        Q.   Okay.  And you told us that you identified

11   somebody in those photos after the urging of the

12   detectives, correct?

13             MR. STEFANICH:  Object to form.

14        A.   Yes.

15   BY MR. STARR:

16        Q.   And you told us that you identified one of the

17   individuals in the photos after Detectives Bogucki and

18   Schalk physically pointed at the photo, correct?

19             MR. STEFANICH:  Objection.  Form.

20        A.   Yes.

21   BY MR. STARR:

22        Q.   .  Do you recall whether or not the photos

23   that Detectives Bogucki and Schalk showed you in 2002

24   were in color or were in black and white?

25        A.   If -- if I'm not mistaken, they was in -- in

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 54 of 252 PageID #:6532
The Deposition of EDWARD COOPER, taken 06/29/2023

 1 color.  I'm not for sure you-all, I can't just remember

 2 were they in black or white or color.

 3      Q.    Okay.  That's fair.  So you can't recall

 4 whether or not the photos they showed you were in color

 5 or if they were in black and white, correct?

 6      A.    No, I cannot.

 7      Q.    All right.  Do you recall if the photos that

 8 Detectives Bogucki and Schalk showed you had additional

 9 printed information on the pieces of paper they showed

10 you?

11      A.    Yes, they had -- had names on it.

12      Q.    Okay.  Do you recall there being names on the

13 pieces of paper?

14      A.    Yes.

15      Q.    Okay.  Did you recognize any of the names that

16 were on the pieces of paper?

17      A.    No, not -- not at the time, I didn't.

18      Q.    Okay.  Do you recall whether or not there was

19 additional typed information on the pieces of paper that

20 the photographs brought, in addition to names?

21      A.    Yes, sir.  Besides the name, it was some --

22 some other stuff typed on there.

23      Q.    Okay.  So Detectives Bogucki and Schalk showed

24 you six or seven photographs, and on those photographs,

25 each individual photograph had a name and that had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   additional information listed on the page that the

 2   photograph was on; is that correct?

 3        A.   Yes.

 4             MR. STEFANICH:  Object to form.

 5   BY MR. STARR:

 6        Q.   Do you recall any of the additional

 7   information besides the names that was typed on the

 8   papers that had the photographs on, that you reviewed in

 9   2002?

10        A.   No, I don't remember what was typed on that, I

11   didn't remember what was there.

12        Q.   Okay.  You don't recall what the information

13   was you just recall there was information; is that

14   correct?

15        A.   Yes.

16        Q.   Okay.  And it's during that 2002 interview,

17   when Detectives Bogucki and Schalk told you who to

18   identify, correct?

19             MR. STEFANICH:  Objection.  Form.

20        A.   Yes.

21   BY MR. STARR:

22        Q.   And I believe I asked you this, but just to

23   make sure I'm correct, you don't recall which detective

24   actually pointed at the photograph and told you to

25   identify, correct?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   No, I don't.

 2      Q.   But it was one of the two, either Bogucki or

 3  Schalk, correct?

 4           MR. MICHALIK:  Objection to form.

 5      A.   It was one of -- one of the two of them.

 6  BY MR. STARR:

 7      Q.   Okay.  Do you recall which detective

 8  specifically told you that the individual in the photo

 9  had big lips?

10      A.   No, I don't.

11      Q.   Was it the same one that pointed at the

12  photograph?

13      A.   Yes, it was.

14      Q.   And do you recall whether it was Detective

15  Bogucki or Detective Schalk that told you that Terry

16  Rogers had given them the name of the suspect?

17           MR. STEFANICH:  Objection to form.

18      A.   No.  I don't remember which one of them told

19  me that, but one of them told me that it was Terry

20  Rogers had told them.

21  BY MR. STARR:

22      Q.   Okay.  So you're not sure which detective it

23  was, but you are sure that either Detective Schalk or

24  Detective Bogucki told you that Terry Rogers had given

25  them the name of the suspect, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 57 of 252 PageID #:6535
The Deposition of EDWARD COOPER, taken on April 26, 2022

55

1          MR. STEFANICH:  Objection to form.

2     A.   Yes.

3  BY MR. STARR:

4     Q.   Do you recall whether it was Detective Bogucki

5  or Detective Schalk that told you that two other

6  individuals had previously identified the man in the

7  photograph that they pointed out?

8          MR. STEFANICH:  Objection to form.

9     A.   I don't remember which one of them told me

10 that, but one of them told me.

11 BY MR. STARR:

12    Q.   Okay.  And did they tell you what individuals

13 had identified the individual in the photograph?

14    A.   Yes, I knew.

15    Q.   And who did they tell you had previously

16 identified the man in the photograph?

17    A.   Fletcher.  James Fletcher.

18    Q.   No, no, maybe my question wasn't clear.  Who

19 did Detectives Bogucki and Schalk tell you had

20 previously identified Mr. Fletcher?

21    A.   They -- they just told me the girl and then --

22 and the -- the guys that they -- the windshield had got

23 shot.

24    Q.   Okay.  So just so we're clear, Detective

25 Bogucki or Detective Schalk, you're not sure which one

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 of them, one of the two, told you that a girl had

2 previously identified --

3     A.   No, I think that -- I can't remember her name,

4 but it was Shaneka or something like that because I knew

5 her -- I knew her parents back then, you know?

6     Q.   Okay.  Just let me get my question out, so

7 we're not talking over one another, the record's clear.

8 Either Detective Bogucki or Detective Schalk told you in

9 2002 when they came out to your house, that a female had

10 previously identified the man in the photo they wanted

11 you to identify, correct?

12           MR. STEFANICH:  Objection.  Form.

13     A.   That's correct.

14 BY MR. STARR:

15     Q.   And they told you her name?

16     A.   Yeah, I -- I -- well, I knew because she was

17 at the police station too saying that.

18     Q.   Okay.  So in 2002, when they came to your

19 home, either Detective Bogucki or Detective Schalk told

20 you that a woman had identified the man in the picture,

21 they wanted you to identify, and they told you her name,

22 but you just can't recall her name; is that correct?

23           MR. STEFANICH:  Objection.  Form.

24     A.   Yeah, I can't recall her name right now.

25 BY MR. STARR:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.   Did Detective Bogucki or Detective Schalk tell
2 you that Sheenee Friend had previously identified the
3 man in the photograph before you identified him?
4          MR. STEFANICH:  Objection.  Form.
5     A.   That's correct.
6 BY MR. STARR:
7     Q.   Okay.  So the woman's name is Sheenee Friend?
8     A.   Right.  That's her name.
9     Q.   Does that name refresh your recollection, sir?
10    A.   Yes.
11    Q.   Okay.  And you knew Sheenee Friend prior to
12 the incident that happened in December --
13    A.   Yes.
14    Q.   -- of 1990?
15    A.   Yes, I knew her parents.
16    Q.   Okay.  So you knew Sheenee Friend's family
17 prior to December 21, 1990, correct?
18    A.   Yes.
19    Q.   Okay.  And you knew Sheenee Friend prior to
20 December 1, 1990, correct?
21    A.   Yes.
22    Q.   Okay.  And Sheenee Friend is, in fact, a
23 witness in this case, correct?
24    A.   Yes.
25    Q.   Okay.  Do you remember seeing Sheenee Friend

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 06/28/2023

58

```
 1    at the scene prior to the shooting?

 2         A.   Yes.

 3         Q.   And do you remember seeing Sheenee Friend at

 4    the scene prior to the robbery?

 5         A.   Yes.

 6         Q.   Okay.  Do you remember speaking to Sheenee

 7    Friend at the scene prior to the shooting and the

 8    robbery?

 9         A.   Yes.

10         Q.   Okay.  And so, in 2002, when Detective Schalk

11    and Bogucki came to your home, they asked you to

12    identify a photograph that they pointed out, correct?

13              MR. STEFANICH:  Objection.  Form.

14         A.   Yes.

15     BY MR. STARR:

16         Q.   And before you identified that photo, they

17    told you that Sheenee Friend had previously identified

18    that individual, correct?

19              MR. STEFANICH:  Objection.  Form.

20         A.   Yes.

21     BY MR. STARR:

22         Q.   Okay.  Do you recall the name of the other

23    individual that Detectives Bogucki and Schalk told you

24    had previously identified the man in the photograph?

25              MR. STEFANICH:  Objection.  Form.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 61 of 252 PageID #:6539
The Deposition of EDWARD COOPER, taken on April 21, 2022

59

 1      A.   No, I don't remember his name.

 2  BY MR. STARR:

 3      Q.   You had mentioned something about a

 4  windshield, what were you talking about when you

 5  mentioned a windshield?

 6      A.   They -- they had told me that he was -- the

 7  guy they had identified was the one that got the

 8  windshield shot -- knew one of the guys windshield

 9  got shot out during the shooting, and they told me he

10  was the one that -- he was one of the ones that

11  identified -- he was -- he was the one that identified

12  him and she -- she was the other one that identified

13  him.

14      Q.   Okay.  So Detectives Schalk and Bogucki told

15  you that the other person that had previously identified

16  the man in the photograph was a man that had been at the

17  scene in December 1990?

18           MR. STEFANICH:  Objection.  Form.

19      A.   Yes.

20  BY MR. STARR:

21      Q.   And Detective Schalk and Bogucki told you that

22  the other person who identified the man in the

23  photograph had been at the scene and his windshield had

24  been shot out?

25           MR. STEFANICH:  Objection.  Form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Yes.
 2   BY MR. STARR:
 3        Q.    Okay.  And they told you that it was a man?
 4        A.    The -- the man in the -- the windshield got
 5   shot out was -- was -- he identified him and then
 6   Sheenee was, she -- she was -- route -- right by the
 7   truck -- by my truck --
 8        Q.    Sure.
 9        A.    -- when they had the guns on me, and she --
10   she was already standing looking at them, they told me
11   that she had identified them.
12        Q.    Okay.  We already covered her, so I just want
13   to try to unpack who the other individual is.  So you've
14   testified today that in addition to the detectives
15   telling you that Sheenee Friend had identified the man
16   in the photograph prior to them showing it to you, they
17   also told you there was another person who identified
18   the man in the photograph prior to them showing it to
19   you, correct?
20             MR. STEFANICH:  Objection.  Form.
21        A.    Yes.
22   BY MR. STARR:
23        Q.    Okay.  And that man, the detectives indicated
24   had been at the scene and his windshield had been shot
25   out, correct?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      A.    Yes.

2      Q.    **Did they tell you the name of that man?**

3      A.    They told me his name, but I don't remember

4  it.

5      Q.    **Okay.  Did they tell you that the man's name**

6  **was Emmitt Wade?**

7      A.    I can't remember his name, but I -- I can't

8  remember.

9      Q.    **Okay.**

10     A.    But they told me his name, but I don't

11 remember.

12     Q.    **Okay.  So they told you his name, you just**

13 **can't remember his name, correct?**

14     A.    Correct.

15     Q.    **Okay.  And you knew Sheenee Friend prior to**

16 **the shooting, correct?**

17     A.    Yes.

18     Q.    **Did you know the other man prior to the**

19 **shooting?**

20     A.    No.

21     Q.    **Okay.  Did you know anyone named Emmitt Wade**

22 **prior to December 21, 1990?**

23     A.    No.

24     Q.    **Okay.  And then you testified that after the**

25 **detectives pointed at the photo, told you to look at the**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 64 of 252 PageID #:6542
The Deposition of EDWARD COOPER, taken on April 12, 2022

62

1　lips, told you that Friend and another man had

2　identified him, you'd then identified the man in the

3　photo, correct?

4　　　　A.　　Yes.

5　　　　　　　MR. STEFANICH:　Objection.　Form.

6　BY MR. STARR:

7　　　　Q.　　Did you identify the individual that

8　Detectives Bogucki and Schalk wanted you to identify?

9　　　　　　　MR. STEFANICH:　Objection.　Form.

10　　　　A.　　Yes, I did.

11　BY MR. STARR:

12　　　　Q.　　Why did you identify the man in the photo as

13　being one of the offenders in the Willie Sorrell

14　shooting, sir?

15　　　　　　　MR. STEFANICH:　Objection.　Asked and

16　　　　answered.

17　　　　A.　　It was after they told me.　I was convinced

18　that that was him after they told me about Terry Rogers

19　had told them that he -- he was one of the guys.

20　BY MR. STARR:

21　　　　Q.　　Okay.　The police convinced you that the man

22　of the photo was the man that robbed you in 1990,

23　correct?

24　　　　　　　MR. STEFANICH:　Objection.　Form.

25　　　　A.　　Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. STARR:

 2         Q.   Okay.  And you believed them, right?

 3         A.   Yes.

 4         Q.   Did you believe them because they were police

 5    officers?

 6         A.   I -- yes, I did because I didn't -- I knew

 7    they was -- had to be doing something because they know

 8    I -- that's the only way Terry Rogers name came up.  And

 9    I -- I just -- like I said, I knew what kind of guy he

10    was back then, you know?

11         Q.   Okay.  That's fair.  But my question is a

12    little more simple than that.  Did you believe

13    Detectives Bogucki and Schalk, when they told you that

14    the man in the photograph was the same man that robbed

15    you in 1990 because they were in fact police officers?

16              MR. STEFANICH:  Objection.  Form.

17         A.   Yes.

18    BY MR. STARR:

19         Q.   And did you expect the police to be truthful

20    and tell you honestly, the information they had?

21              MR. STEFANICH:  Objection.  Form.

22         A.   Yes.

23    BY MR. STARR:

24         Q.   Okay.  Okay.  You previously testified that

25    following the police visit to your home at some point
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    later, you went to the police station and viewed a

2    lineup, correct?

3         A.   Yes.

4         Q.   Okay.  Do you recall who asked you to come to

5    the police station to view a lineup?

6         A.   No.

7         Q.   Okay.  When Detectives Bogucki and Schalk were

8    at your home in 2002, did they ask you -- did they tell

9    you that at some point in time they would want you to

10   view a lineup?

11        A.   Yes.

12        Q.   Okay.  And do you remember if they called you

13   and told you to come in, or how you ended up going in

14   April of 2002?

15        A.   No, I don't remember.  I couldn't remember if

16   they called me or -- I don't remember that.

17        Q.   All right.  And then when you actually were in

18   the room viewing the lineup, what do you recall about

19   the room that you were in?

20        A.   Just like a room, kind of dark in there, and

21   they had them on the other side of the mirror.

22        Q.   Okay.  So you were in a room that was kind of

23   dark and there was a mirror and you could see men in the

24   other side; is that correct?

25        A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 08/29/2023

65

```
 1        Q.   All right.  And then were Detectives Bogucki
 2   and Schalk in the room with you when you were viewing
 3   the lineup?
 4        A.   I can't remember if both of them was in there,
 5   but I know for a fact one of them was in there.
 6        Q.   Okay.  Were there any other people in the room
 7   besides either Detective Bogucki or Detective Schalk?
 8        A.   There was someone in there, but I'm not for
 9   sure who it was, though.
10        Q.   Okay.  And did you see Sheenee Friend at the
11   police station when you were there to view the lineup?
12        A.   No.
13        Q.   And then you stated that you spoke to a third
14   detective prior to viewing the lineup, correct?  You
15   just don't know his name?
16        A.   No, I don't.
17        Q.   Okay.  And that detective told you that that
18   the individual in the lineup had been a suspect in
19   another shooting that happened at Cabrini-Green,
20   correct?
21             MR. STEFANICH:  Objection.  Form.
22        A.   Yes.
23   BY MR. STARR:
24        Q.   Did hearing that information that detective
25   that the suspect that you had identified had previously
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 68 of 252 PageID #:6546
The Deposition of EDWARD COOPER, taken 08/22/2023

66

```
 1   committed a robbery and a shooting -- did that make you

 2   feel more confident about who you were identifying?

 3          MR. MICHALIK:  Objection.  Form.

 4      A.  Yes, it did.

 5   BY MR. STARR:

 6      Q.  I didn't hear your answer.

 7      A.  Yes, it did.

 8      Q.  And then you also testified that before you

 9   viewed the lineup, you met with Detectives Bogucki and

10   Schalk and they reminded you of who to identify,

11   correct?

12          MR. STEFANICH:  Objection.  Form.

13      A.  They met to remind me of to look at his lips.

14   BY MR. STARR:

15      Q.  Okay.  They told you make sure you look at his

16   lips and remember his lips?

17          MR. STEFANICH:  Objection.  Form.

18      A.  Yes.

19   BY MR. STARR:

20      Q.  And you're not sure whether or not Detectives

21   Bogucki and Schalk showed you photos at the police

22   station prior to viewing the lineup, correct?

23          MR. MICHALIK:  Objection.  Asked and answered.

24      A.  No, I'm not too sure.

25   BY MR. STARR:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 69 of 252 PageID #:6547
The Deposition of EDWARD TOOLEY, taken on 04/29/22

```
 1        Q.   Is it possible they showed you photos?
 2             MR. MICHALIK:  Objection.  Asked and answered.
 3        A.   It's possible but I'm not for sure of that
 4   seen or not.
 5   BY MR. STARR:
 6        Q.   Okay.  We got to let them get their objections
 7   in so there's not people talking over.  I know that
 8   we're -- you know, it's been going for a little while,
 9   but just make sure to let the other attorneys make their
10   objections so they get on the record.  So let me -- let
11   me just ask that again because I'm not sure if that got
12   put on the record.  Is it possible that Detectives
13   Bogucki and Schalk showed you photographs again at the
14   police station prior to your viewing the lineup in 2002?
15             MR. MICHALIK:  Objection.  Asked and answered.
16        A.   I'm not for sure if they showed me or not.
17   BY MR. STARR:
18        Q.   Okay.  Do you recall Detectives Bogucki and
19   Schalk saying anything else to you at the police station
20   before you viewed the lineup besides remember the man's
21   lips?
22        A.   No, I'm not.
23        Q.   Do you recall anything else that any other
24   police officer said to you when you were at the police
25   station in April 2002 to view the lineup besides what
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you testified to today?

2      A.   No, I don't.  No, not -- not -- just only the

3  detective I said just told me about the -- the robbery

4  before then.

5      Q.   Right.  You're referring to the other

6  detective who you don't know the name of, who previously

7  told you that the suspect in the lineup had previously

8  been involved in a robbery and shooting, correct?

9      A.   Yes.

10     Q.   So in addition to that, in addition to what

11  you told us that Detectives Bogucki and Schalk said to

12  you at the police station prior to viewing the lineup,

13  did any other police officer or police personnel speak

14  to you at all?

15          MR. STEFANICH:  Objection.  Form.

16     A.   Not that I remember.

17  BY MR. STARR:

18     Q.   Okay.  And when you picked the individual out

19  of the lineup, did you recognize the individual that you

20  selected and you identified as the same person that had

21  been in the photos that the police had showed you?

22     A.   Yes.

23     Q.   Okay.  And when you made that identification

24  in the lineup, did you actually recognize the person

25  that you identified as the person who shot Willie

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 71 of 252 PageID #:6549
The Deposition of EDWARD JOHN Taylor, taken on 06/15/2018

69

1   Sorrell in 1990, or did you recognize that person as the

2   person the police had showed you the photograph of?

3          MR. STEFANICH:  Object to form.

4      A.   I recognized from the photo.

5   BY MR. STRR:

6      Q.   Okay.  And so, when you made the lineup

7          identification of Mr. Fletcher, you did not, in

8          fact, recognize him from 1990, correct?

9      A.   That's correct.

10     Q.   And did you have doubts about identifying

11  Mr. Fletcher in that lineup, sir?

12     A.   Yes.

13     Q.   Okay.  But you still identified him in the

14  lineup, correct?

15     A.   Yes.

16     Q.   And why did you do that, sir?

17     A.   I went on -- like I said, I went on about what

18  they told me about Terry Rogers had told them and what

19  they had told -- about the other two witnesses.

20     Q.   Okay.  So you identified the individual in the

21  lineup because you believe what the police had told you,

22  correct?

23     A.   Yes.

24     Q.   And your identification of the man in the

25  lineup didn't come from the fact that you actually



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 72 of 252 PageID #:6550
The Deposition of EDWARD COOPER, taken 05/08/2024

70

1  recalled him from the 1990 shooting, correct?

2      A.   Correct.

3      Q.   And when you picked the man that you -- strike

4  that.  When you selected the man that you identified in

5  the lineup, how did you know to pick him instead of the

6  other people in the lineup?

7      A.   I went by his facial and this guy's lips.

8      Q.   Okay.  Do you recall if any of the other

9  individuals in the lineup had big lips?

10     A.   No.

11     Q.   You don't recall, or they did not have big

12 lips?

13     A.   They didn't have big lips.

14     Q.   And then you identified the man in the lineup,

15 you knew that that man was the suspect that the police

16 had identified previously, correct?

17     A.   Yes.

18     Q.   And you knew that because the police had told

19 you that, correct?

20     A.   Yes.

21     Q.   And then later on, you identified Mr. Fletcher

22 at your criminal trial and identified him as the person

23 that shot Willie Sorrell, correct?

24     A.   Yes.

25     Q.   Was that testimony false, sir?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   I -- I told them I was -- when I told them at

 2  the trial, I told them I was only 75 percent sure if

 3  that was him or not, I told them then I was not for sure

 4  that that was not going to him or not.

 5      Q.   Okay.  Was that testimony that you gave at

 6  Mr. Fletcher's criminal trial based on what the police

 7  had told you and instructed you to do?

 8           MR. STEFANICH:  Objection.  Form.

 9      A.   Most of it, yes.

10  BY MR. STARR:

11      Q.   Okay.  And when you say you were only 75

12  percent sure, were you 75 percent sure because you

13  actually recognized Mr. Fletcher or because the police

14  had told you that other people had identified him and

15  that Terry Rogers had given them his name?

16      A.   I went by -- by they told me that -- that the

17  other two had -- witness had identified and about Terry

18  Rogers.  Like I said, that Terry Rogers' brother told me

19  that Terry told him that was -- that -- that he -- that

20  was the guy, you know.

21      Q.   Okay.  So your characterization of being 75

22  percent sure that Mr. Fletcher was the man that was

23  involved in the 1990 shooting was not based on you

24  actually remembering Mr. Rogers -- or sorry, that --

25  Mr. Fletcher, it was based on the information you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 74 of 252 PageID #:6552
The Deposition of EDWARD COOPER, taken on 04/25/2023

72

1  learned from police and from Terry Rogers' brother,

2  correct?

3       A.   Correct.  From over the years, you know?

4       Q.   Okay.  And then many years after the criminal

5  trial in 2011, do you recall signing a sworn affidavit

6  saying that your identification of James Fletcher in

7  2002 was flawed?

8       A.   Objection.  Form.

9       A.   I don't remember in 2011.

10      Q.   Okay.  Do you understand what I mean when I

11  say an affidavit, sir?

12      A.   Not offhand, no.

13      Q.   Okay.  I'm going to show you the affidavit in

14  just a minute, and so we'll see if that refreshes your

15  recollection then, okay?  All right.  I'm going to mark

16  this as Exhibit 1.

17                  (EXHIBIT 1 MARKED FOR IDENTIFICATION)

18  BY MR. STARR:

19      Q.   But do you need a break, sir?

20      A.   No.

21      Q.   Okay.  All right.  So for the record, this is

22  Exhibit 1 and the Bates is Fletcher 1 through Fletcher

23  2.  All right, sir.  Take a look at that document. We're

24  going to talk about it in a little bit, but I'm going to

25  give you an opportunity to read it to make sure you're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  familiar with it before I ask any questions about it.

2  Let me know when you're done reading it, okay?

3      A.    Yeah.  I -- I remember this now.  Yeah.

4      Q.    Okay.  So you just had an opportunity to look

5  at this document, Exhibit 1, correct, sir?

6      A.    Yes, sir.

7      Q.    And now you recall signing this document in

8  2011, sir?

9      A.    Yes.

10      Q.    Okay.  And if you look at the second page of

11  the document, do you see the signature there?

12      A.    Yes.

13      Q.    Is that your signature, sir?

14      A.    Yes, it is.

15      Q.    Okay.  And do you see the date?  It appears to

16  say June 2nd of 2011.  Do you see that date there?

17      A.    Yes.

18      Q.    Okay.  And does looking at this document

19  refresh your recollection of actually signing this

20  document?

21      A.    Yes.

22      Q.    And when you signed this document, you read

23  this document, correct?

24      A.    Yes, I did.

25      Q.    And when you signed this document, you agreed

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   that the information contained in this document was
 2   truthful, correct?
 3        A.   Yes.
 4        Q.   Okay.  I'm not going to go through this
 5   document in its entirety, but I do want to ask you a
 6   couple of questions.  When you signed this document in
 7   2011, had you ever personally spoken to James Fletcher?
 8        A.   No.
 9        Q.   Okay.  And when you signed this document in
10   2011, had James Fletcher ever done anything to pressure
11   you or bribe you or trick you into signing this
12   document?
13        A.   No.
14        Q.   Okay.  So if you look at paragraph -- look at
15   the beginning, it says "Affidavit of Edward Cooper,"
16   correct, sir?
17        A.   Yes.
18        Q.   Okay.  And then it says, "I, Edward Cooper
19   being first duly sworn upon my oath, deposes and
20   states."  Do you see that, sir?
21        A.   Yes.
22        Q.   Okay.  And then there's some information about
23   what happened in December 1991.  Do you see those
24   paragraphs?
25        A.   Yes, I do.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 77 of 252 PageID #:6555
The Deposition of EDWARD TAYLOR, taken on 06/25, Page 77 of 252

75

 1      Q.   And then do you see in paragraph number 6,

 2   take a look at paragraph number 6, sir.  It says, "When

 3   the police arrived at the scene of the shooting, they

 4   questioned me on the scene about the robbery and

 5   shooting.  I told the police I did not know the men who

 6   robbed me, and I could only describe them as two Black

 7   males with shoulder-length hair."  Do you see that, sir?

 8      A.   Yes.

 9      Q.   Is that accurate?

10      A.   Yes, it is.

11      Q.   Okay.  And did you, in fact, tell the police

12   that in 1990?

13      A.   Yes, I did.

14      Q.   Okay.  And then if you go on to the next

15   paragraph, sir, paragraph 7, this reference is a photo

16   array that was showed to you on March 19, 1995.  Do you

17   see that, sir?

18      A.   Yes, I do.

19      Q.   Do you recall that photo array?

20      A.   No, I don't.

21      Q.   Okay.  And then at the end of this paragraph,

22   it says, "I told the detectives that I was a friend of

23   Rogers' family, and I had heard that Terry Rogers had a

24   bad drug habit and would do almost anything for money.

25   Also, Terry Rogers was the one person who claimed that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    one of the offenders called the other 'Fletchers.'"  Do

 2    you see that?

 3         A.   Yes, I do.

 4         Q.   And the word Fletcher is plural.  Do you see

 5    the S in the end of Fletcher?

 6         A.   Yes, I do.

 7         Q.   Did anyone ever tell you that Terry Rogers

 8    heard one of the suspects yell out Fletchers, plural?

 9         A.   No, I don't -- I don't remember that.

10         Q.   Okay.  Is it possible that it's a typo and it

11    should be just Fletcher?

12         A.   Yes.

13         Q.   Okay.  That's fair.  And then it says in

14    paragraph 8 -- if you look at paragraph 8, sir, "During

15    the early part of 2002, two detectives from the Chicago

16    Police Department contacted me and came to my home.  At

17    my home they showed me several pictures of different

18    individuals and asked me, did I recognize any of them? I

19    told the detectives that the robbery had happened more

20    than 12 years ago, and I did not exactly recognize

21    anyone in the pictures.  Also, during 2002, I was asked

22    to appear before the Cook County Grand Jury, but I

23    refused because I was not sure of being a 100 percent of

24    my identification of the offender."  Do you see that,

25    sir?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   Yes, sir.
 2        Q.   Okay.  Do you remember reading this paragraph
 3   when you prepared this document in 2011?
 4        A.   Yes.
 5        Q.   And this is accurate, sir?
 6        A.   Yes, it is.
 7        Q.   Okay.  And then if you look at paragraph
 8   number 9, it says, "At this time, I again told the
 9   detectives that the robbery happened a very long time
10   ago, and I cannot be a 100 percent sure that is the man
11   who robbed me.  Even at the trial of Jimmy Fletcher, I
12   was only 75 percent sure."  Do you see that, sir?
13        A.   Yes, I do.
14        Q.   Did I read that accurately?
15        A.   Yes.
16        Q.   Okay.  And do you remember reading that in
17   2011 before you signed the document?
18        A.   Yes.
19        Q.   Okay.  And was it truthful in 2011 when you
20   signed the document?
21        A.   Yes, it was.
22        Q.   Okay.  In paragraphs 8 and 9, it's a summary
23   of what you remember about 2002 when the police came to
24   your house, correct?
25        A.   Yes.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 80 of 252 PageID #:6558
The Deposition of EDWARD HONAKER, taken on 06/24/2015

78

1    Q.   Okay.  And there's a summary about even at the

2    trial part of it, correct?

3    A.   Yes.

4    Q.   Okay.  This affidavit doesn't contain all the

5    information that you've testified to today, does it?

6    A.   No.

7    Q.   Okay.  If you had been asked in 2011 about all

8    these additional details, would you have provided them?

9    A.   Yes.

10   Q.   Okay.  So this is just a summary of what you

11   recalled when you signed this in 2011, correct?

12   A.   Yes.

13   Q.   It didn't contain all the information that you

14   recalled, correct?

15   A.   No, it don't contain everything here.

16   Q.   Okay.  And then if you look at paragraph 10,

17   it says, "I told investigators in 2004 that it has been

18   so long ago that I can't even remember their faces after

19   so many years."  Do you see that?

20   A.   Yes.

21   Q.   Okay.  And do you remember reading that before

22   you signed this document in 2011, sir?

23   A.   Yes, I do.

24   Q.   And is that true and accurate, sir?

25   A.   Yes, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 81 of 252 PageID #:6559
The Deposition of EDWARD SCOTT, taken 03/08/23, Page 81 of 252

79

1      Q.   Okay.  So in 2004, you couldn't remember the
2  faces of the individuals who robbed you in 1990,
3  correct?
4      A.   No, I couldn't.
5      Q.   Is that because 14 years had elapsed?
6      A.   Yes, sir.  I -- I told him that, too, no.
7      Q.   Okay.  Could you remember the robberies any
8  better in 2002 than you could in 2004?
9      A.   No.
10      Q.   Okay.  And put that aside for a moment, we
11  might come back to that.  But since your affidavit
12  doesn't mention everything you've testified to today,
13  correct?
14      A.   No, it don't mention everything.
15      Q.   Okay.  Does that mean that you're making up
16  new information that you're testifying to today?
17      A.   No, I'm not making it up.
18      Q.   Okay.  And if the lawyer had got this
19  affidavit from you had asked you about additional
20  details, would you have provided those additional
21  details?
22      A.   Yes.
23      Q.   Okay.  Do you have any reason to lie about
24  what happened in 1990 during the shooting of Willie
25  Sorrell?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 05/08/24 Page 82 of 252

80

```
 1        A.   No, I don't.

 2        Q.   Do you have any reason to lie about any of

 3   your interactions with Detective Bogucki and Detective

 4   Schalk in 2002?

 5        A.   No, I don't.

 6        Q.   Do you have any reason to lie about how and

 7   why you identified the man in the photograph that you

 8   had identified in 2002?

 9        A.   No, I don't.

10        Q.   Do you have any reason to lie about how and

11   why you identified the man in the lineup that you

12   identified in 2002?

13        A.   No, I don't.

14        Q.   Do you have any reason to lie about how and

15   why you identified James Fletcher at his criminal trial?

16        A.   No, I don't.

17        Q.   And you don't remember the police interviewing

18   you in 1995, correct?

19        A.   No, I don't remember them interviewing me,

20   but I remember the person on here about telling them

21   about -- about Terry Rogers or something.

22        Q.   Okay.  So you remember telling the police

23   about Terry Rogers and that might have happened in 1995,

24   correct?

25        A.   It -- it could have happened in 1995, but I'm
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  not for sure.

2      Q.   But you just don't remember them specifically

3  coming to your house specifically in the year, 1995,

4  correct?

5      A.   No, I don't.

6      Q.   But it's possible that if they did in fact

7  come into your home, they interviewed you and showed you

8  photographs, correct?

9          MR. STEFANICH:  Object to form.

10     A.   That's correct.

11 BY MR. STARR:

12     Q.   When you gave that affidavit, sir, did you

13 give that affidavit because anyone promised you

14 anything?

15     A.   No.

16     Q.   Did you give that affidavit because anyone

17 threatened you, sir?

18     A.   No.

19     Q.   In fact, if you look back at paragraph 10, the

20 last part of it that I didn't read, it says, "I have not

21 been promised anything nor threatened by anyone to give

22 this affidavit.  This affidavit is given of my own free

23 will."  Do you see that?

24     A.   Yes.

25     Q.   And you read that before you signed it,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  correct?

2       A.   Yes.

3       Q.   And is that statement correct, sir?

4       A.   That's correct.

5       Q.   Okay.  And since Mr. Fletcher's release from

6  prison, has he or anyone else from his family come

7  forward and promised you anything?

8       A.   No.

9       Q.   Okay.  Has he -- has James Fletcher or anyone

10 from his family came forward to you and threatened you

11 in any way?

12      A.   No.

13      Q.   Okay.  Have you ever spoken with any of the

14 attorneys in this room besides me?

15      A.   No.

16      Q.   Do you know if you ever met with any lawyers

17 from the City of Chicago?

18      A.   What do you --

19      Q.   Yeah, that's a bad question.  Let me rephrase

20 it.  Did you ever meet with any lawyers from the City of

21 Chicago about the Willie Sorrell case?

22      A.   Only the state's attorney when I going to --

23 going to court.  That's it.

24      Q.   Okay.  So you met with the state attorney in

25 preparation for your testimony at trial stemming from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the criminal prosecution of James Fletcher, correct?

2        A.   Yes.

3        Q.   Okay.  Other than that, did you meet with any

4    other attorneys besides Ms. Blagg in 2011 and me

5    yesterday?

6        A.   No. I did not.

7        Q.   Have you ever spoken to any of the attorneys

8    who represent the City of Chicago or the individual

9    defendants on the telephone?

10       A.   Not that I recall.

11       Q.   Okay.  And when you and I spoke, both the

12   first time on the telephone and yesterday in person, I

13   made it clear to you that I represented James Fletcher,

14   correct?

15       A.   Yes.

16       Q.   Okay.  And did I tell you when I spoke to you,

17   both on the phone and in person, that I wanted you to

18   tell the truth?

19       A.   Yes, you did.

20       Q.   Okay.  And you also met with a colleague of

21   mine, a woman by the name of Amy Kasper, briefly,

22   correct?

23       A.   Yes.

24       Q.   She served you with the subpoena for this

25   deposition, correct?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 86 of 252 PageID #:6564
The Deposition of EDWARD COOPER, taken on 04/29/2015

84

```
 1        A.    Yes.

 2        Q.    Okay.  And did you talk to Amy Kasper about

 3   this case?

 4        A.    No.  No.  She -- she gave me the affidavit and

 5   told me that she was -- who she was and everything.

 6        Q.    Okay.  So Amy Kasper told you that she worked

 7   for somebody who represented James Fletcher, correct?

 8        A.    Yeah.  Correct.

 9        Q.    And she served you with a subpoena for this

10   deposition, correct?

11        A.    Correct.

12        Q.    But other than that, you just talked to her

13   about scheduling stuff, correct?

14        A.    Correct.  Yes.

15        Q.    Okay.  And you previously testified that you

16   gave this affidavit to the attorney by the name of

17   Jennifer Blagg, correct?

18        A.    Yes.

19        Q.    Okay.  And did Jennifer Blagg tell you when

20   you spoke to her back in 2011, that all she wanted you

21   to do was tell the truth?

22        A.    Yes, sir.  That's all they told me, is tell

23   what happened -- and -- what happened, what I can

24   remember, that's it.

25        Q.    Okay.  And when you spoke to Jennifer Blagg,
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   did you tell her the truth?
 2        A.   Yes, I did.
 3        Q.   And you signed this affidavit that we just
 4   looked at, which was marked as Exhibit 1, correct?
 5        A.   Yes.
 6        Q.   And did you sign it because it was truthful?
 7        A.   I did, yes, sir.
 8        Q.   Okay.  And did you tell me the truth when I
 9   spoke to you on the phone?
10        A.   Yes.
11        Q.   And did you tell me the truth when I spoke
12   with you yesterday?
13        A.   Yes, I did.
14        Q.   Okay.  And you've told the truth today?
15        A.   Yes, I have.
16             MR. STARR:  Okay.  Let's take a five-minute
17        break.  I want to show you a couple of documents,
18        but I'm pretty much done with my questions, okay?
19             THE WITNESS:  Okay.
20             THE VIDEOGRAPHER:  We are off the record.  The
21        time is 12:12 p.m.
22                  (OFF THE RECORD)
23             THE VIDEOGRAPHER:  We are back on the record
24        for the deposition of Edward Cooper.  My name
25        is Brandon Rackowski.  Today is Friday,
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1         April 28, 2023. The time is 12:23 p.m.

 2    BY MR. STARR:

 3         Q.   All right, Mr. Cooper.  I just have a few more

 4    questions for you.  I'm going to show you a couple

 5    documents just briefly.  This is Exhibit 1 that's in

 6    front of you, your affidavit.  If you can take another

 7    look at it real quick.  In paragraph 10, you

 8    referenced -- you said, "I told investigators in 2004

 9    that it had been so long ago that I can't even remember

10    their faces."  Do you recall speaking to somebody in

11    2004, an investigator, about this case?

12         A.   Yes, sir.

13         Q.   Okay.  Let me just show you what I'm going to

14    mark as Exhibit number 2.  For the record, this is

15    Fletcher 407 through 408.  Here you are, sir.  Take a

16    minute to review that and let me know when you're ready

17    to discuss it.  Sir, did you have an opportunity to

18    review this document, which I marked as Exhibit

19    number 2?

20                   (EXHIBIT 2 MARKED FOR IDENTIFICATION)

21         A.   Yes.

22    BY MR. STARR:

23         Q.   Okay.  And do you see at the top of page 407,

24    the date, September 28, 2004?

25         A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.    Okay.  And do you see at the very top of the

2  document, it appears that this is a document created by

3  someone by the name of Jim Zarnick, PI?

4     A.    Yes.

5     Q.    Does that name ring any bells?

6     A.    No, it don't.

7     Q.    Okay.  And did you read through this document,

8  sir?

9     A.    Yes.  Yes, sir.

10     Q.    Okay.  And then at the end of this, it says,

11  "Sincerely, Jim Zarnick, Private Detective."  Do you see

12  that?

13     A.    Yes.

14     Q.    Okay.  Is this the investigator that you think

15  you spoke to in 2004?

16     A.    Yes.

17     Q.    All right.  And I want to direct your

18  attention to the bottom of the first page, halfway

19  through the second paragraph.  Do you see the line that

20  starts, "The two detectives met him at his house"?

21     A.    On what page?

22     Q.    First page there, sir.  407.  The second

23  paragraph -- middle of the second paragraph, the

24  sentence that begins, "The two detectives met him at his

25  house sometime during the evening hours and asked that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 06/24/2022

88

1   Mr. Cooper to view approximately 12 pictures of various

2   individuals."  Do you see that?

3        A.   Yes.

4        Q.   Okay.  Do you recall the detective showing you

5   12 pictures, sir?

6        A.   No.  Not -- I don't remember how many pictures

7   there were, but I know he showed me a lot of pictures.

8        Q.   Okay.  And I think you previously testified

9   that you thought there was six or seven photos.  Is it

10  possible there was more than six or seven?

11       A.   Yes.  It's possible, yeah.

12       Q.   Okay.  And then the exhibit goes on to state,

13  "Mr. Cooper stated that he was not able to positively

14  identify the person who robbed him and explained that

15  the reason he was not able to do so was because the

16  robbery happened too long ago."  Do you see that, sir?

17       A.   Yes.

18       Q.   Did you tell the investigator that?

19       A.   Yes, I did.

20       Q.   Do you recall, in 2004, talking to an

21  investigator and telling an investigator that you were

22  not able to positively identify the person who robbed

23  you because it was too long ago?

24       A.   Yes, I do.

25       Q.   All right.  And then if you continue in that

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 91 of 252 PageID #:6569
The Deposition of EDWARD COOPER, taken 06/06/2024

89

1  same paragraph, it says, "When asked if any of the men

2  look familiar, he picked out one of the photos, but

3  again said that he 'could not be 100 percent sure.'" Do

4  you see that, sir?

5      A.  Yes, sir.

6      Q.  Do you remember telling the investigator that

7  you picked out a photo but that you were not 100 percent

8  sure?

9      A.  Yes, I do.

10     Q.  All right.  And then lastly, it says,

11 "Mr. Cooper was later informed by the detectives that

12 the individual he identified from the photos and the

13 lineup was James Fletcher."  Do you see that?

14     A.  Yes.

15     Q.  Do you remember telling the investigator you

16 spoke to in 2004 that you were later told that it was

17 James Fletcher who you identified?

18     A.  Yes.

19     Q.  Okay.  And then the next paragraph continues,

20 it says, "Approximately two to three days later,

21 Mr. Cooper visited the Chicago Police Department to view

22 a police lineup."  Do you see that, sir?

23     A.  Yes.

24     Q.  Is that true?

25     A.  Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Did you tell the investigator that?

2    A.    Yes.

3    Q.    Okay.  And then it says, "He stated that he

4    met with two detectives and was then taken to a room to

5    view several individuals in a lineup."  Do you see that,

6    sir?

7    A.    Yes.

8    Q.    Is that true?

9    A.    Yes.

10    Q.    Did you tell the investigator that in 2004?

11    A.    Yes, sir.

12    Q.    Okay.  And then it says, "When asked if any of

13    the individuals from the lineup were the one who robbed

14    him, he picked one of the males from the lineup, but

15    again stated that he was not 100 percent sure, because

16    the incident happened too long ago."  Do you see that,

17    sir?

18    A.    Yes.

19    Q.    And is that true?

20    A.    Yes, it is.

21    Q.    And did you tell the investigator that in

22    2004?

23    A.    Yes, I did.

24    Q.    Okay.  You can put that document aside, sir.

25    All right.  I'm going to show you what I'm going to mark

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 93 of 252 PageID #:6571
The Deposition of EDWARD SCOTT, taken on 03/25/2022

91

 1  as Exhibit number 3, sir.  All right.  And for the

 2  record, I'm going to mark this as Exhibit number 3, and

 3  this is Fletcher 934 through Fletcher 988.  And I

 4  apologize that there's not a cover page on this exhibit.

 5  I thought there was.  But sir, I'm going to represent to

 6  you that this is your criminal trial testimony in

 7  Mr. Fletcher's criminal trial, okay?

 8                  (EXHIBIT 3 MARKED FOR IDENTIFICATION)

 9       A.   Okay.

10  BY MR. STARR:

11       Q.   I'm not expecting you to read the entire

12  thing, but I'm going to ask you some questions about it;

13  is that okay?

14       A.   Yes.

15       Q.   All right.  And you remember testifying in

16  James Fletcher's criminal trial, correct?

17       A.   Yes.

18       Q.   Okay.  And you testified on behalf of the

19  prosecution; is that right?

20       A.   Yes.

21       Q.   Okay.  And you said you remember meeting with

22  the state's attorney before testifying, correct?

23       A.   Yes.

24       Q.   Okay.  Did you meet with Detectives Bogucki

25  and Schalk before you testified?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   I don't remember if I met with them or not.

2      Q.   Okay.  Is it possible that you met with

3    Detectives Bogucki and Schalk before you testified?

4          MR. MICHALIK:  Object to form.

5    BY MR. STARR:

6      Q.   Okay. Okay. All right.  I'm going to direct

7    you -- and if you look at the page numbers at the

8    bottom, there's two different page numbers.  There's the

9    original page numbers, which are in the 50s -- 54, then

10   there's the other Bates page numbers, which I'm going to

11   refer to, okay?  The Bates ones are the ones that start

12   with 934.  Do you see that on the first page?

13     A.   Which one?

14     Q.   On the first page, you see on the right-hand

15   corner there's a -- there's a number that says Fletcher

16   and then there's a number?

17     A.   Yes.  934.

18     Q.   Okay.  So I'm going to refer to those page

19   numbers when I'm directing you where to look, okay?

20     A.   Okay.

21     Q.   All right.  And I'm going to represent to you,

22   sir, that you testified on February 23, 2005.  Does that

23   sound about right?

24     A.   Yes.

25     Q.   Okay.  All right.  So the first page that I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  want to direct your attention to, sir, is Fletcher 945.

2  And these are double-sided.  All right.  Do you see

3  line -- these are line numbers on the left-hand side, so

4  I'm going to also refer to those to help direct you.

5       A.   Okay.

6       Q.   Do you see line 8 on page 945?

7       A.   Yes.

8       Q.   And it says, "Did anyone chase them with you?"

9  And then you answered, "Terry Rogers."  Do you see that?

10      A.   Yes.

11      Q.   And then it says, "Did you know that person?"

12 And you say, "Yes, I did."  Did you say that?

13      A.   Yes.

14      Q.   Okay.  And then do you see the question, it

15 says, "Did you see him during the time you were being

16 robbed?"  And your answer is, "When they first came out,

17 I spoke to him, but he dropped his head down and he

18 didn't speak back to me."  Were you asked those

19 questions and gave those answers?

20      A.   Yes.

21      Q.   Okay.  Is this --

22           MS. BLAGG:  I'm sorry, is the deposition

23      going?  I can't hear.

24           MR. STARR:  Sorry, Jennifer.  We had muted

25      you, I guess.  I didn't realize that.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 96 of 252 PageID #:6574
The Deposition of EDWARD GOKER, taken 04/06/25, Page 96 of 252

94

1          MS. BLAGG:  Okay.  Thanks.

2          MR. STARR:  Sure.

3    BY MR. STARR:

4       Q.   All right, sir.  Were you asked these

5    questions?  Did you give these answers?

6       A.   Yes.

7       Q.   All right.  And when you previously testified

8    that you saw Terry Rogers and he was acting suspicious,

9    is this the moment you saw Terry Rogers where you

10   thought he was being suspicious?

11          MR. MICHALIK:  Objection to form.

12      A.   Yes.

13   BY MR. STARR:

14      Q.   Okay.  And then you were asked on line 17,

15   "Where is it that you first saw him?"  And you answer on

16   line 18, "He was standing just about 20 feet from Uncle

17   Remus' Restaurant."  Do you see that question and that

18   answer?

19      A.   Yes.

20      Q.   Were you asked that question and gave that

21   answer?

22      A.   Yes.

23      Q.   Is that correct?

24      A.   Yes, it is.

25      Q.   Okay.  All right.  And then I want to direct

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   your attention to another page here, and this is

2   Fletcher 970.  And on line 11, you were asked the

3   question, "You were interviewed by the detectives in

4   1995, correct?"  And you gave the answer on line 13,

5   "Yes."

6        A.   Yes.

7        Q.   And then on line 14, you were asked about this

8   incident and then line 15, you gave the answer, "Yes."

9   Were you asked those questions?  Did you give those

10  answers?

11       A.   Yes.

12       Q.   Okay.  So you were asked during the criminal

13  trial, if the detectives interviewed you in 1995,

14  correct?

15       A.   Yes.

16       Q.   But you just don't remember exactly that

17  interview today?

18       A.   No, I don't.  Not -- not exact.  I kind of

19  remember now since I've been seeing it, but, you know,

20  not accurate.  I'm still not positive on it, you know?

21       Q.   Okay.  So seeing this testimony is refreshing

22  your recollection a little bit that maybe they did come

23  out and interview you in 1995?

24       A.   Yes.

25       Q.   Okay.  Do you remember what conversations you



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD SCOTT, taken 05/06/25, Page 98 of 252

1    had with them during that interview?

2         A.    No, I don't.

3         Q.    Okay.  All right.  I'm going to ask you to go

4    back to page 968, line number 11, sir.  Do you see that

5    there?

6         A.    Yes, sir.

7         Q.    Okay.  So line number 11, you described one of

8    the suspects as having long hair, and you answered,

9    "Collar length."  And then you were asked, "Jheri

10   curls?"  And you answered, "Jheri curls.  Makes your

11   hair look longer than what it usually is."  And then you

12   were asked, "And you described the height as being

13   between five-six and six feet for the first suspect?"

14   And your answer is, "Yes."  Were you asked those

15   questions?  Did you give those answers?

16        A.    Yes.

17        Q.    Okay.  Do you recall this?

18        A.    Yes, I do.

19        Q.    Okay.  And then on line 21, you're asked, "And

20   his approximate weight between 160 and 170 pounds?" And

21   you gave the answer, "Yes."  Do you recall being asked

22   that and giving that answer?

23        A.    Yes.

24        Q.    Okay.  And then on line 24, you're asked, "And

25   you estimate his age to be in the late 20s?"  And your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   answer is, "Late 20s or early 30s."  Do you remember

2   that -- being asked that question and giving that

3   answer?

4       A.   Yes.

5       Q.   And is that correct?

6       A.   Yes, it is.

7       Q.   Okay.  And then the next question is, "And the

8   second suspect, you characterized him as having a

9   ponytail?"  And you gave the answer, "Yes."  And then

10  you were asked, "And him being five-eight, five-nine,"

11  and you gave the answer, "Yes."  And then you were

12  asked, "Weight approximately 160, 170 pounds?"  And you

13  gave the answer, "Yes."  Do you remember being asked

14  those questions and giving those answers?

15      A.   Yes, I do.

16      Q.   And are all those answers that you gave at

17  this criminal trial, correct?

18      A.   Yes.

19      A.   Okay.  And then you were asked on line 10,

20  "You don't know either of these men?"  And you answered,

21  "No, I don't."

22      A.   Yeah.

23      Q.   Do you remember being asked that and giving

24  that answer?

25      A.   Yes.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1       Q.    Is that correct?

2       A.    That's correct.

3       Q.    And then on line 12, you're asked, "Did any of

4  the suspects refer to each other by name at the time?"

5  And your answer is, "No, they didn't."  Do you remember

6  being asked that and giving those answers?

7       A.    Yes, sir.

8       Q.    And is that correct?

9       A.    That's correct.

10      Q.    Okay.  All right, sir.  If you look at 973,

11 line 8.  Are you there, sir?

12      A.    Yes.

13      Q.    Okay.  The question is, "Police detectives in

14 2002 came back and discussed this case with you?"  And

15 your answer is, "Correct."  You see that?

16      A.    Yes.

17      Q.    Were you asked that question?  Did you give

18 that answer?

19      A.    Yes.

20      Q.    Okay.  And then you were asked on line 11, "At

21 that time they showed you a photo array?"  And you gave

22 the answer.  "They had seven photos."  Were you asked

23 that question?  Did you give that answer?

24      A.    Yes.

25      Q.    And is that correct?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Yes, it is.

2      Q.   Okay.  And then line 14, "When you viewed

3  these photos, you weren't sure at the time, 100 percent

4  sure of who the suspect was?"  And you gave the answer,

5  "From the photo, I was.  I told them I wanted to see the

6  person in person."  Were you asked those questions and

7  gave those answers?

8      A.   Yes.

9      Q.   Okay.  And then line 19, "But at the time when

10  they came to visit your house, you said you weren't

11  sure?"  And your answer is, "Right.  I had picked out a

12  photo.  I had told them the one I thought it was.  I

13  have to see them in person."  Were you asked those

14  questions?  Did you give those answers?

15      A.   Yes.

16      Q.   Okay.  And you previously testified that you

17  picked out the photo that the police told you to pick

18  out, correct?

19      A.   Yes.

20           MR. MICHALIK:  Object to the form.

21  BY MR. STARR:

22      Q.   Sir, that's all that I have with this document

23  right now.  Put that aside.  Thank you.  All right, sir.

24  I'm going to show you what I'm going to mark as Exhibit

25  number 4.  And for the record, these are Bates stamped

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 102 of 252 PageID #:6580
The Deposition of EDWARD BOGUCKI, taken 06/29/2022

100

```
 1   Fletcher 553 through 559, okay?  All right, sir.  Take a
 2   look at those photographs and those documents I just
 3   gave you and let me know when you're done reviewing
 4   them.
 5                    (EXHIBIT 4 MARKED FOR IDENTIFICATION)
 6        A.   Yeah, okay.
 7   BY MR. STARR:
 8        Q.   Okay.  And sir, these are photographs that
 9   were produced in this case.  They are photographs that
10   appear to have been taken off of the Illinois Department
11   of Corrections website.  Do you see that at the top
12   there, sir?
13        A.   Yes.
14        Q.   Okay.  And these are photocopies, so they're
15   poor quality, okay?
16        A.   Yes.
17        Q.   Do these photos appear to you to be the photos
18   that you were shown in 2002 when Detectives Bogucki and
19   Schalk came to your house?
20        A.   Yes.  Yes, sir.
21        Q.   Okay.  These look like the photos.  Okay.  And
22   you previously testified that there was names along with
23   the photos, correct?
24        A.   Yes.
25        Q.   And do you see the names on these documents?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   Yes. --

2    Q.   And then there's some additional information.

3 You previously testified there was additional

4 information.  Do you see that, sir?

5    A.   Yes, I see that, too.

6    Q.   Okay.  So you think these are the photos you

7 were shown during the 2002 photo array, correct?

8    A.   Yeah, I think these are the ones.

9    Q.   Okay.  And you can't remember if these photos

10 that were shown to you in 2002, whether they were in

11 color or black or white, correct?

12    A.   No.  I remember they were in color.

13    Q.   Okay.  Okay.  I'm going to show you another

14 set of photos, sir.  All right.  So these are going to

15 be marked Exhibit number 5.  And for the record, these

16 are City JF 192 through 197.  I got to put an Exhibit

17 number on there.  Let me have this one.  Put an exhibit

18 number on that one too, and that one.  Take a look at

19 those photos, sir, and let me know when you're done. Did

20 you have a chance to review those photos, sir?

21            (EXHIBIT 5 MARKED FOR IDENTIFICATION)

22    A.   Yes.

23 BY MR. STARR:

24    Q.   Okay.  And sir, have you ever been arrested

25 before in your life?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Yes.

2    Q.    Okay.  Have you ever had a mugshot taken?

3    A.    Yes.

4    Q.    Okay.  Do you know what a mugshot looks like,

5  then?

6    A.    Yes.

7    Q.    Okay.  And if you look at the photos starting

8  on 193 through 197, do you recognize those as mugshot

9  photos, sir?

10   A.    Yes.

11        MR. MICHALIK:  Object to form.  Foundation.

12 BY MR. STARR:

13   Q.    Okay, sir.  Do you know if you've ever been

14 shown these photos by any Chicago Police personnel

15 before?

16   A.    They -- they look familiar, but I'm not -- not

17 100 percent sure on the -- the photos.

18   Q.    Okay.  What looks familiar?

19   A.    The photos.

20   Q.    Okay.  Just the photos in general or anything

21 in particular about the photos?

22   A.    This looks like the ones that they showed me

23 back then, you know.

24   Q.    Okay.  In 2002?

25   A.    Right.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  So maybe the detectives showed you

2   these photos in addition to the IDOC photos that you

3   previously testified they showed you?

4          MR. MICHALIK:  Object to the form of the

5      question.

6      A.   I -- I -- I'm not understanding you.

7   BY MR. STARR:

8      Q.   Yeah, let me -- let me ask it again then.  Do

9   you have a recollection of the police showing you the

10   exhibits -- the photos that are Exhibit number 4, the

11   IDOC photos right here, sir?

12      A.   Yeah.  I remember them photos, yeah, but these

13   here I -- I'm not 100 percent sure on these photos, no.

14      Q.   Okay.  Do you think that the police showed you

15   these in 2002 when they showed you these photos in

16   Exhibit 4?

17      A.   No.  They didn't show me these at the same

18   time.

19      Q.   Okay.  So they didn't show you these photos at

20   the same time, correct?

21      A.   No.

22      Q.   Okay.  And you don't know whether or not they

23   showed you these photos at any point in time, correct?

24      A.   No, I'm -- I'm not for sure on these here.

25   Right here.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page: 106 of 252 PageID #:6584
The Deposition of EDWARD CROSLER, taken 04/25/2022

104

1    Q.   Okay.  Your -- do you recognize anybody in the
2  photos?
3    A.   No, I don't.
4    Q.   Okay.  All right.  You can put that aside for
5  right now, sir.  Let me go back to Exhibit number 4, the
6  photos that we previously looked at, okay?
7    A.   Yes.
8    Q.   You identified one of the men in these photos,
9  correct?
10   A.   Yes.
11   Q.   Okay.  And you identified the man that the
12 detectives pointed out, correct?
13   A.   Yes.
14   Q.   Okay.  And you identified this first photo,
15 this is Arnold Dixon, correct?
16   A.   Yes.
17   Q.   Okay.  And this is the man that the --
18 Detectives Bogucki and Schalk told you had been -- was a
19 suspect in this case, correct?
20        MR. MICHALIK:  Objection to form.
21   A.   That's correct.
22 BY MR. STARR:
23   Q.   And this is the man, Arnold Dixon, on 553 --
24 Fletcher 553, that Detectives Bogucki and Schalk told
25 you that Sheenee Friend and another man had previously

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 107 of 252 PageID #:6585
The Deposition of EDWARD BRACKER, taken on 04/25/2012

105

```
 1   identified prior to you, correct?

 2            MR. MICHALIK:  Objection to form.

 3       A.   Correct.

 4   BY MR. STARR:

 5       Q.   Okay.  And this is the man that Detectives

 6   Schalk and Bogucki told you -- the man that's in 553 --

 7   that they told you that Terry Rogers had given them as a

 8   name for a suspect, correct?

 9            MR. MICHALIK:  Objection to form.

10       A.   That's correct.

11   BY MR. STARR:

12       Q.   And the man on 553 that you identified, this

13   is the photograph of the man that Detective Bogucki and

14   Schalk pointed at prior to your identification, correct?

15            MR. MICHALIK:  Objection to form.

16       A.   That's correct.

17   BY MR. STARR:

18       Q.   Okay.  And the man in Fletcher 553 that you

19   identified, this is the man who had the big lips that

20   the detectives pointed out, correct?

21            MR. MICHALIK:  Objection to form.

22       A.   That's correct.

23   BY MR. STARR:

24       Q.   Okay.  All right.  One more exhibit here, sir.

25   I think I'm going to marked this as Exhibit number 6.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Thank you.  This is a group exhibit because it is not in

2  numerical order.  But for the record -- I apologize. For

3  the record, this is City JF 4566, 4569, 4577, and 4578.

4  All right, sir.  Take a moment to review these

5  photographs.  Did you have an opportunity to review

6  these photographs in Exhibit 6?

7                    (EXHIBIT 6 MARKED FOR IDENTIFICATION)

8      A.   Yes.

9  BY MR. STARR:

10     Q.   All right, sir.  And do you recognize these

11 photographs, sir?

12     A.   Yes.  Yes, I do.

13     Q.   And are these photographs of the lineup that

14 you viewed in 2002, sir?

15     A.   Yes, it is.

16     Q.   Okay.  And are these the men that were in the

17 lineup, to the best of your recollection, sir?

18     A.   Yes, they are.  Yes, they are.

19     Q.   Okay.  And if you look on the last two pages,

20 4577 and 78, do you see the man in that photograph, sir?

21     A.   Yes, I do.

22     Q.   And is this the man that you identified during

23 the lineup that you viewed in 2002, sir?

24     A.   Yes, sir.

25     Q.   And, sir, is this the man that the Detectives



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Bogucki and Schalk indicated had the big lips?
 2              MR. MICHALIK:  Objection to form.
 3        A.   Yes, it is.
 4   BY MR. STARR:
 5        Q.   Okay.  And is this the man in the photograph
 6   that the Detectives Bogucki and Schalk showed you when
 7   they came to your home in 2002?
 8        A.   Yes, it is.
 9        Q.   And is this the man that was in the photograph
10   that Detective Bogucki and Schalk indicated that was the
11   suspect in this case?
12              MR. MICHALIK:  Objection to form.
13        A.   Yes, it is.
14   BY MR. STARR:
15        Q.   And is this the man that Detectives Bogucki
16   and Schalk told you, before you identified him, that two
17   other people had identified him?
18        A.   Yes, it is.
19              MR. MICHALIK:  Objection to form.
20   BY MR. STARR:
21        Q.   And is this the man that Detectives Bogucki
22   and Schalk told you, before you identified him, that
23   Terry Rogers had identified as a suspect?
24              MR. MICHALIK:  Objection to form.
25        A.   Yes, it is.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. STARR:

 2         Q.   Okay.  And did you pick this man out because

 3    you recognized this man from the photograph that you

 4    were shown previously in 2002?

 5         A.   Yes, I did.

 6         Q.   Okay.  Mr. Cooper, have you told us everything

 7    you know about the 1990 shooting of Willie Sorrell, sir?

 8         A.   Yes, I have.

 9         Q.   Okay.  Have you been truthful today, sir?

10         A.   Yes, I have.

11         MR. STARR:  Okay, I have no further questions.

12    Thank you.

13              CROSS-EXAMINATION

14    BY MR. STEFANICH:

15         Q.   Mr. Cooper, my name is Brian Stefanich.  I

16    represent Detectives Bogucki, Detective Schalk,

17    Detective Noradin, and Sergeant Anthony Wojcik, okay?

18    I'm going to ask you some questions.  First, do you have

19    any memory of a Detective Anthony Noradin?  Do you have

20    any memory of interacting with him?

21         A.   No, I don't.

22         Q.   Do you have any memory of interacting with a

23    sergeant by the name of Tony Wojcik?

24         A.   Not that I can remember.

25         Q.   Okay.  And do you recall what Detective Schalk
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 111 of 252 PageID #:6589
The Deposition of EDWARD COLE, taken 04/25/2023
109

```
 1   looked like?
 2          MR. STARR:  Objection.  Asked and answered.
 3      A.   The only thing I -- male, white, and probably
 4   around about 5'10", something like that.  That I can
 5   remember.
 6   BY MR. STEFANICH:
 7      Q.   Sure.  Okay.  I want to ask you a couple of
 8   questions about your trial testimony in the criminal
 9   matter in 2005.  You testified for the prosecution in
10   that case; is that correct?
11      A.   Yes.
12      Q.   Okay.  And you indicated when Mr. Starr was
13   asking you questions that you met with the assistant
14   state's attorney; is that correct?
15      A.   Yes.
16      Q.   Do you recall who you met with prior to trial?
17      A.   I don't remember a name.  It was a lady.
18      Q.   Does the name Aidan O'Connor ring a bell?
19      A.   Yeah, that -- yes, it does.
20      Q.   Okay.
21      A.   O'Connor, yes.
22      Q.   And you think -- after hearing that name, do
23   you think Ms. O'Connor is who you met with?
24      A.   Yes.
25          MR. STARR:  Objection.  Calls for speculation.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. STEFANICH:

    Q.    How many times did you meet with Ms. O'Connor?

    A.    At least three times.  I'm not for sure how many times.

    Q.    And the first time that you met with Ms. O'Connor, where did that take place?

    A.    In 26th and California.

    Q.    Do you recall if anybody else was present when you met with Ms. O'Connor?

    A.    No, I don't remember.

    Q.    What do you recall about that meeting?

    A.    We were just going over -- went over about the trial and what was said.

    Q.    Was she going over questions and answers that she would ask you at the trial?

    A.    Yes.

    Q.    At that first meeting with Ms. O'Connor, did you tell her that you were only 50 percent sure about your identification of Mr. Fletcher?

    A.    Yes, I did.

    Q.    What did she say?

    A.    I -- I don't exactly remember what she said, but she was saying -- we just went over about -- you know, about features and -- and stuff like that there, you know, and about the Terry -- Terry Rogers and stuff



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 113 of 252 PageID #:6591
The Deposition of EDWARD DANIEL ARNOLD, taken on 06/15/2021
111

1 like that, what she -- he had told the -- well, what he

2 had told the detectives and stuff.

3 　　　　Q.　　Do you recall when approximately this first

4 meeting with Ms. O'Connor was?

5 　　　　A.　　No, I don't.

6 　　　　Q.　　Did you tell Ms. O'Connor during this first

7 meeting that Chicago police officers pointed out a photo

8 to you when they came to your house in 2002?

9 　　　　A.　　No.　I told her about the -- the -- the photos

10 and stuff.

11 　　　　Q.　　Sure.　So when you were telling her about the

12 photos, did you actually tell her that the detectives

13 pointed out one of the photos when they were at your

14 house?

15 　　　　　　　MR. STARR:　Objection.　Asked and answered.

16 　　　　A.　　I'm not for sure what all I told her back

17 then.

18 BY MR. STEFANICH:

19 　　　　Q.　　Did you tell Ms. O'Connor, during that first

20 meeting that you had with her, that the police officers

21 told you to look at the lips when you were viewing the

22 photo array in 2002?

23 　　　　　　　MR. STARR:　Objection.　Asked and answered.

24 　　　　A.　　No, I'm not for sure what I told her on that.

25 BY MR. STEFANICH:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 114 of 252 PageID #:6592
The Deposition of EDWARD FOSTER, taken on 04/25/2024
112

```
 1        Q.   Did you tell Ms. O'Connor in the first meeting
 2   that you had with her prior to Mr. Fletcher's criminal
 3   trial that the police said that Terry Rogers gave them
 4   the name Fletcher when they met you at your house in
 5   2002?
 6              MR. STARR:  Objection.  Asked and answered.
 7        A.   Yeah, I think I -- for sure I told her that.
 8   BY MR. STEFANICH:
 9        Q.   You told her that?
10        A.   Yeah.
11        Q.   What did she say when you told her that?
12        A.   I'm not for sure what she said, you know,
13   about it.
14        Q.   Did you tell Ms. O'Connor, during that first
15   meeting that you had with her prior to Mr. Fletcher's
16   trial, that the police told you that two other witnesses
17   identified Mr. Fletcher when you talked to the police at
18   your house in 2002?
19              MR. STARR:  Objection.  Form, foundation,
20         asked and answered.
21        A.   I'm not for sure on that question.  I -- I
22   don't remember the questions that she asked me, you
23   know.  I don't -- I don't remember what she asked me or
24   not for sure.
25   BY MR. STEFANICH:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Sure.  So I -- I'm actually asking you a

2  little bit different of a question.  I'm asking you what

3  you told her.

4    A.   Yeah, but what I'm saying is I -- I don't --

5  from me talking with her, it's the only thing I can

6  remember telling her I was not for sure if that was him

7  or not.  I told her I -- I told her I was 50 percent

8  sure or 75 percent sure and that's what I testified when

9  we went to -- went to trial.  And that's the only thing

10  I know.  I -- probably me talking with her, I don't

11  remember the conversation that me and her had, you know.

12    Q.   Okay.  So you said a lot of -- would you agree

13  that you said a lot of new things today that you didn't

14  say at your criminal trial?

15        MR. STARR:  Objection.  Form.  Foundation.

16    A.   Only thing -- like I said, the questions that

17  they asked me and that she asked, I guess I didn't know

18  the questions that I answered for her.

19  BY MR. STEFANICH:

20    Q.   When was the first time ever that you recall

21  telling anyone that in 2002 the police officers pointed

22  out the photo during the photo array to you?

23    A.   When do I remember that?

24    Q.   When was the first time you remember saying

25  that to anyone?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 116 of 252 PageID #:6594
The Deposition of EDWARD FOSTER, taken on 04/25/2023
114

1      A.   I don't exactly remember who I told about it.

2  I remember telling somebody about that because, matter

3  of fact, it was Ms. O'Connor, I think.  I told her about

4  the police had shown me the photos and stuff, and then

5  they told me that Terry Rogers had told them.  I -- I

6  remember telling her maybe he had got arrested or

7  something and -- and told them about Fletcher.

8      Q.   Okay.

9      A.   And I told -- I said, maybe they -- they made

10  an error, let him go for that -- for that information,

11  you know?

12      Q.   Okay.  So your memory is the first person you

13  told about the police pointing out the photo in the

14  photo array to you in 2002 was Ms. O'Connor?

15      A.   Yes.

16          MR. STARR:  Objection.  Form.  Foundation.

17      Mischaracterizes his prior testimony.

18  BY MR. STEFANICH:

19      Q.   And that conversation with Ms. O'Connor was

20  before Mr. Fletcher's criminal trial?

21          MR. STARR:  Objection.  Form.  Foundation.

22      A.   It was before --

23          MR. STARR:  Calls for speculation.  Let me get

24      my objections on the record.  Sorry.

25      A.   It was before -- but what I'm saying -- well,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD HONAKER, taken 04/25/2022

 1  I talked to someone else before I talked to her and --

 2  and let them know that about the -- they had pointed it

 3  out -- pointed him out.  I -- I don't -- I think it was

 4  an investigator or somebody.  I'm not for sure, though.

 5  BY MR. STEFANICH:

 6      Q.   Okay.

 7      A.   Yeah.

 8      Q.   So I'll get to that in a second.  I just want

 9  to focus on Ms. O'Connor first.  Do you remember

10  anything that Ms. O'Connor said when you told her that

11  the police pointed out the photo in the photo array in

12  2002?

13          MR. STARR:  Objection.  Form.  Foundation.

14      Mischaracterizes his prior testimony.  Asked and

15      answered.

16      A.   No, I don't remember the questions that she

17  asked.

18  BY MR. STEFANICH:

19      Q.   Okay.  And you also just said that you told

20  somebody else before you told Ms. O'Connor?

21      A.   Yeah.  It was -- I don't know.  I think it was

22  a private investigator because, matter of fact, they had

23  came to my job and -- they had came to my job looking

24  for me.

25      Q.   Mr. Starr showed you a document, Exhibit



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   number 2, which is from Jim Zarnick, a private

2   investigator?

3       A.   Who?

4       Q.   Exhibit number 2.  So it's this document.  Do

5   you think Jim Zarnick is the private investigator you

6   told that the police pointed out the photo in the photo

7   array in 2002?

8           MR. STARR:  Objection to form.  Foundation.

9       Calls for speculation.  Asked and answered.

10      A.   It's probably --

11          MR. STEFANICH:  Well, I asked if he knew who

12      he was, and he said he didn't know who he was.

13      A.   I -- I don't -- I don't remember.  So I know

14  it's a private investigator.  I don't know which,

15  because if I'm not mistaken, it was two that came.  One

16  -- one -- I do remember one was a man, a male Black, and

17  then there was a lady that came out, but I don't know

18  who it was.  I don't remember.

19  BY MR. STEFANICH:

20      Q.   So there was a male Black private investigator

21  and a female investigator that was with him; is that

22  correct?

23      A.   No, they weren't together.  They was two

24  separate times that they came.

25      Q.   Oh, two separate incidents?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A.   Yeah.

 2      Q.   Okay.  So let's talk about the male Black

 3   investigator first.  Is he the investigator that came to

 4   your job?

 5      A.   No, he came to my house.

 6      Q.   He came to your house?  And was this before

 7   the criminal trial or after the criminal trial?

 8      A.   It was before.

 9      Q.   Besides the investigator being a male Black,

10   do you recall anything about him?

11      A.   No, I don't.

12      Q.   Was he someone that was working for James

13   Fletcher?

14           MR. STARR:  Form, foundation, speculation.

15      A.   I'm not for sure who he was working for.  I'm

16   not -- I don't remember who he was working for.

17   BY MR. STEFANICH:

18      Q.   And this male Black investigator that came to

19   your house, you told him that the police pointed out a

20   photo to you prior to your identification of a photo in

21   the 2002 photo array --

22           MR. STARR:  Objection.

23   BY MR. STEFANICH:

24      Q.   Is that correct?

25      A.   Yes.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MR. STARR:  Form, foundation. Mischaracterizes
 2       prior testimony.
 3  BY MR. STEFANICH:
 4       Q.   And what did the male Black say in response to
 5  that?
 6       A.   I -- I -- I -- I'm not -- I'm not sure what he
 7  said.  I'm not -- I don't remember what he said or not,
 8  you know.
 9       Q.   And there was a second investigator, a female
10  investigator; is that correct?
11       A.   Yes.
12       Q.   Okay.  And this is a separate incident, right?
13       A.   Yeah.
14       Q.   Okay.  And was the female investigator male or
15  sorry -- was the female investigator white?
16       A.   Yes.
17       Q.   Do you recall her name?
18       A.   No, I don't.
19       Q.   Do you recall anything else about the female
20  white investigator?
21       A.   No, I don't.
22       Q.   And where -- did she come visit you
23  personally?
24       A.   Yeah, came to the job.
25       Q.   Okay.  And was this before or after
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Mr. Fletcher's criminal trial?

2      A.   I'm not for sure whether it was after or

3  before.

4      Q.   Do you know if this white female was an

5  attorney?

6          MR. STARR:  Objection.  Form, foundation,

7      speculation.

8      A.   No -- I'm sorry.

9  BY MR. STEFANICH:

10     Q.   It's okay.  And you told this white female

11 that the police pointed out a photo to you prior to your

12 identification of anyone in the 2002 photo array; is

13 that correct?

14         MR. STARR:  Objection.  Form, foundation.

15     A.   Yes.

16 BY MR. STEFANICH:

17     Q.   Okay.  And what did the white female say in

18 response to that?

19     A.   I don't remember what she said.

20     Q.   Okay.  So I want to go back to Ms. O'Connor.

21 Okay.  So we talked about your first meeting with her

22 and I think you indicated that you had three meetings

23 with her?

24     A.   I -- I think I -- if I can remember, it was

25 three meetings --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Okay.

2    A.    -- we had before trial.

3    Q.    Okay.  What do you recall about the second

4 meeting with Ms. O'Connor?

5    A.    This -- just the questions that she were going

6 ask me when we go to trial.

7    Q.    Okay.  Do you recall if anybody else was

8 present with you and Ms. O'Connor during that second

9 meeting?

10    A.    I don't remember nothing like that, no.

11    Q.    And in this second meeting with Ms. O'Connor

12 did you again tell her that you weren't 100 percent sure

13 on your identification?

14    A.    Yes, I did.

15    Q.    Do you recall what she said in response to

16 that?

17         MR. STARR:  Objection.  Form, foundation,

18     speculation.

19    A.    No, I don't remember what she said.

20 BY MR. STEFANICH:

21    Q.    Did you again tell Ms. O'Connor at this second

22 meeting that the police pointed out a picture in the

23 2002 photo array with you?

24         MR. STARR:  Form, foundation, calls for

25     speculation, mischaracterizes his prior testimony.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   On the second I don't remember what all was

2   said.  I know she was just prepping me for the -- for

3   the trial.

4   BY MR. STEFANICH:

5      Q.   **Did you tell Ms. O'Connor at the second**

6   **meeting you had with her that during the 2002 photo**

7   **array the police told you to look at the lips?**

8           MR. STARR:  Objection.  Form, foundation.

9      Calls for speculation.

10     A.   No, I'm sorry.

11  BY MR. STEFANICH:

12     Q.   **It's okay.**

13     A.   I'm -- I -- I don't remember that -- about

14  that.  I can't remember.

15     Q.   **Did you tell Ms. O'Connor at the second**

16  **meeting that you had with her that the police told you**

17  **during the 2002 photo array that two other witnesses had**

18  **identified Mr. Fletcher?**

19          MR. STARR:  Form, foundation, calls for

20     speculation.

21     A.   Not that I can remember.

22  BY MR. STEFANICH:

23     Q.   **Besides going over the testimony that she was**

24  **anticipating asking you about, do you recall anything**

25  **else about the second meeting you had with Ms. O'Connor?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 124 of 252 PageID #:6602
The Deposition of EDWARD COOPER, taken 04/25/2022
122

 1      A.   No, I don't.

 2      Q.   Okay.  Going to the third meeting you had with

 3  Ms. O'Connor, was that at 26th and California as well?

 4      A.   Well -- well, the meetings I had all of them

 5  was at 26th and California.

 6      Q.   Okay.  Do you recall a third meeting with

 7  Ms. O'Connor?

 8      A.   Not really.  I don't recall it, the third

 9  meeting.

10      Q.   Okay.  So we know -- you know that there was

11  at least two meetings.  Is that fair to say?

12      A.   Yes, I am.

13      Q.   Okay.  Okay.  So I want to -- I want to have

14  you look at your criminal trial testimony, which is

15  Exhibit 3.  So if we go to page 934, it says in line 14,

16  "Witness sworn."  Do you recall being put under oath

17  prior to testifying at Mr. Fletcher's criminal trial?

18      A.   Yes, sir.

19      Q.   Okay.  And you told the truth at

20  Mr. Fletcher's criminal trial; is that correct?

21           MR. STARR:  Objection.  Asked and answered.

22      A.   I -- I told what -- what I could remember from

23  at the trial.

24  BY MR. STEFANICH:

25      Q.   Okay.  And what you could remember was the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    truth then, right?
 2            MR. STARR:  Asked and answered.
 3        A.    Like I said, I -- I was only 75 percent sure
 4    when I give an answer.
 5    BY MR. STEFANICH:
 6        Q.    And you testified and testified to that,
 7    right?
 8        A.    Yeah.
 9        Q.    Okay.  Okay.  So earlier today when you were
10    describing the armed robbery and shooting, you mentioned
11    that one of the offenders put the -- put a gun to your
12    side; is that correct?
13        A.    Yes.
14        Q.    Okay.  And that's something that you remember
15    today, correct?
16        A.    Yes.
17        Q.    Okay.  Was -- and I think -- and I think you
18    testified this morning that you remember one of the
19    offenders had big lips; is that correct?
20        A.    Correct.
21            MR. STARR:  Objection.  Form, foundation,
22        asked and answered.
23        A.    Yes.
24    BY MR. STEFANICH:
25        Q.    Was the offender that put the gun to your
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    side, was that the offender who had the big lips?

2        A.   Yes.

3        Q.   And if we can go to page 939, line 14, you

4    were asked, question, "Did both of those men get into

5    the truck also?"  Answer, "Yes."  Question, "Now the man

6    that you said was leaning, what was he leaning on?"

7    Answer, "He got like the dashboard like -- we call it a

8    buck head in the truck.  He was laying up on the buck

9    head of the truck.  You could take it out where you

10   could see the engine inside the truck."  Question, "What

11   was the other man doing while that man was leaning on

12   that part of the truck?"  You go to page 940.  Answer,

13   "He had a gun in my side."  Question, "Which one?"

14   Answer, "The gentleman there."  Question, "You just

15   pointed to someone.  Who are you pointing at? Describe

16   something that person is wearing today for the record."

17   Answer, "A blue shirt, blue tie, and black pants."  Were

18   you asked those questions and did you give those

19   answers?

20       A.   Yes.

21       Q.   And was that accurate testimony?

22            MR. STARR:  Objection.  Form and foundation.

23       A.   Yes.

24   BY MR. STEFANICH:

25       Q.   And was that truthful testimony?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. STARR:  Asked and answered.

2      A.    Far as I can remember.

3  BY MR. STEFANICH:

4      Q.    Okay.  And the person that you pointed to when

5  you were testifying at trial was James Fletcher; is that

6  correct?

7      A.    Yes, I did.

8      Q.    Okay.  During the robbery, did one of the

9  offenders go through your pants pockets?

10      A.    Yes.

11      Q.    Okay.  Was that offender that went through

12  your pants pocket the person with the bigger lips?

13      A.    No, I'm not for sure because one -- one had

14  the gun out and I'm paying more attention to the gun in

15  my side than I was going through my pocket.

16      Q.    Okay.  Let's see what you said at trial.  So

17  if you go to page 941 starting at line 2, question,

18  "Which man went through your pocket?"  Answer, "The

19  gentleman sitting there."  Question, "The defendant here

20  in court?"  Answer, "Right."  Does that refresh your

21  recollection on which offender went through your pocket?

22      A.    Yes.

23      Q.    Okay.  And that testimony that I just read,

24  that's accurate testimony?

25          MR. STARR:  Objection to form, foundation.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 128 of 252 PageID #:6606
The Deposition of EDWARD COOPER, taken on April 21, 2023

126

```
 1        Asked and answered.
 2        A.    What you just read, yeah.
 3  BY MR. STEFANICH:
 4        Q.    And that's truthful testimony, right?
 5              MR. STARR:  Same objections.
 6        A.    I said that the man that went through my
 7  pocket, yeah.
 8  BY MR. STEFANICH:
 9        Q.    Okay.  And the person that you identified in
10  court was James Fletcher, correct?
11              MR. STARR:  Objection.
12        A.    Yes.
13              MR. STARR:  Strike that.
14              MR. STEFANICH:  Are you striking the
15        objection?
16              MR. STARR:  Yeah, sorry.
17  BY MR. STEFANICH:
18        Q.    Your answer was yes, Mr. Cooper?
19        A.    Yeah.
20        Q.    Okay.  You testified this morning that one of
21  the offenders told the other one to shoot you; is that
22  correct?
23        A.    Yes.
24        Q.    Okay.  Was the offender that was saying to
25  shoot you, was that the offender with the big lips?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        A.    Yes.

 2        Q.    Okay.  And if we can go to the next page 942

 3   starting at line 2, question, "What was holding the

 4   safe?"  Answer, "Four bolts that hold it."  Question,

 5   "What happened when you told him that?"  Answer, "The

 6   guy kept telling the other guy to go on and shoot me."

 7   Question, "Which guy was saying shoot him?"  Answer,

 8   "The gentleman sitting there."  We asked those questions

 9   and did you give those answers?

10        A.    Yes.

11        Q.    And were your answers accurate?

12            MR. STARR:  Form.  Foundation.  Asked and

13        answered.

14        A.    As far as I can remember, yes.

15   BY MR. STEFANICH:

16        Q.    Okay.  And was your testimony truthful?

17            MR. STARR:  Same objections.

18        A.    What I thought at that time, yes, sir.

19   BY MR. STEFANICH:

20        Q.    Okay.  And the person that you were

21   identifying as the gentleman sitting there, that was

22   James Fletcher, correct?

23        A.    Yes.  Yes, sir.

24        Q.    Okay.  And then if we can skip ahead to page

25   948, so starting at line 15, you were asked, "Now does
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   the Defendant today look any different than he looked on

2   December 21st of 1990?  If so, how?"  Answer, "He looks

3   different now.  He is bigger, stockier, and his hair is

4   different."  Question, "What did his hair look like back

5   on December 21st of 1990?"  Answer, "He had a Jheri curl

6   about collar length."  Question, "Where could you see

7   that Jheri curl?"  Next page, 949. Answer, "He had a cap

8   on.  You could see -- that's the kind of stuff you put

9   in there with the spray and stuff."  Question, "Could

10  you see his hair like on the back?"  Answer, "On the

11  back of the collar."  Question, "You said collar

12  length?"  Answer, "The back collar." Question, "What was

13  he wearing?"  "Dark-colored pants with like a baseball

14  cap."  Question, "Did he have a jacket on?"  Answer, "He

15  had one of those Starter jackets on."  Were you asked

16  those questions and did you give those answers?

17      A.   Yes.

18      Q.   Okay.  And was that truthful testimony?

19      A.   Yes.

20           MR. STARR:  Objection.  Form, foundation.

21  BY MR. STEFANICH:

22      Q.   Was that accurate testimony?

23           MR. STARR:  Same objections.

24  BY MR. STEFANICH:

25      Q.   Was that testimony that I just read, were your
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 131 of 252 PageID #:6609
The Deposition of EDWARD COLEMAN, taken on 04/25/2023
129

1   answers accurate?

2      A.   Yeah, when I got it, yes.

3      Q.   Okay.  We'll come back to the testimony so you

4   can put that aside, too, for a second.  If you can look

5   at Exhibit number 5, which is this group of photos that

6   read -- this one.  The first picture, Exhibit number 5,

7   page 192, do you recognize that person?

8      A.   No, I don't.

9      Q.   Is that Terry Rogers?

10     A.   It look -- it look like him but I can't tell

11  from this -- from this photo.

12     Q.   But it looks like Terry Rogers?

13     A.   It looks like him.

14     Q.   Okay.

15     A.   But I'm not sure that's him.

16     Q.   Sure.  I think after you looked at your

17  affidavit you said you started to vaguely recall being

18  interviewed in 1995; is that correct?

19     A.   Right.

20     Q.   Okay.  Were these the photographs that were

21  shown to you in 19 -- were these photographs shown to

22  you in 1995?

23        MR. STARR:  Objection.  Form, foundation.

24     Asked and answered.  Also speculation.

25     A.   No, I don't remember these.  I'm not sure

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 132 of 252 PageID #:6610
The Deposition of EDWARD COOPER, taken on 12/19/2023
130

1  these are the photos or not.  I don't remember these

2  photos.

3  BY MR. STEFANICH:

4      Q.   Okay.  If we can go back to your trial

5  testimony, page 972 starting at line 12, you were asked

6  questions, "Sir, in 1995 detectives came to visit you.

7  Did you discuss this case?"  Answer, "They brought some

8  photos."  Question, "For you to view?"  Answer, "Right."

9  Question, "Did you discuss this case with them at that

10  time?"  Answer, "They asked me did I recognize anybody

11  in the photos that they brought that robbed me."  Does

12  that testimony that I just read refresh your

13  recollection on being shown photographs in

14  1995?

15      A.   The 1995, I just -- you know, some parts that

16  I kind of remember.  I can't just remember the stuff

17  that happened in '95.  I -- for some reason, I don't --

18  I tried to know -- since I've been sitting here, I've

19  tried to think over it.  But the -- the 1995, I guess

20  it's not clear to me now.

21      Q.   That's understandable.  It's 2023 now, right?

22  When you testified at Mr. Fletcher's trial, that was in

23  2005, correct?

24      A.   Yeah.

25      Q.   Okay.  So that was closer in time to 1995 than



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   where we're at today, right?
2        A.   Right.
3        Q.   Okay.  And you wouldn't have lied after you
4   took an oath in Mr. Fletcher's criminal trial, correct?
5        A.   Well, like I said, I believed it was him
6   because, like I say, I talked to Terry -- terry Roger's
7   brother.  He told me that Terry told him that was the
8   guy.
9        Q.   Sure.
10       A.   And that's what made me really believe that
11  was --
12       Q.   Yep.  I understand that.  And we're going to
13  get to that.  My question, I guess I needed to be more
14  specific.  You wouldn't have lied about the 1995
15  interview with detectives at Mr. Fletcher's trial,
16  correct?
17       A.   No, not if I thought -- didn't think it was
18  him or not.  I -- I -- I just really believed it was
19  him.  I thought everybody was, you know, from what they
20  was telling me.
21       Q.   Okay.
22       A.   Yeah.
23       Q.   Okay.  So I want to go to the photo array in
24  2002, okay, when the officers came to your house?
25       A.   Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD FOSTER, taken 05/25/2022

132

 1    Q.    You testified that you were inside your house;
 2  is that correct?

 3    A.    Was -- was in the hall and -- and I -- when
 4  you come in my -- in the door, I -- I got some steps
 5  that leads up to -- I could either go down to -- and
 6  downstairs or they got to go upstairs and we -- we
 7  didn't go.  We just stayed in the hallway.

 8    Q.    Okay.  And they police officer spread the
 9  photographs across the stairs, correct?

10    A.    Correct.

11    Q.    Okay.  And the police officers asked you
12  whether you saw anybody that robbed you; is that
13  correct?

14    A.    Yes.

15    Q.    Okay.  If you could turn to page 952 on your
16  criminal trial testimony.

17    A.    Okay.

18    Q.    Starting at line 4, were you asked these
19  questions and did you give these answers?  Question,
20  "Were you able to pick anyone out of the photo array as
21  someone being involved in that crime?"  Answer, "Yes, I
22  was."  Question, "Who was that?"  Answer, "The gentleman
23  sitting there."  Question, "The defendant here in court
24  today?"  Answer, "Yes, ma'am."  Were you asked those
25  questions and did you give those answers?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Yes, I did.

2    Q.    Okay.  And you didn't tell the jury in

3  Mr. Fletcher's criminal case that prior to you picking

4  out the defendant's photo that the police officers

5  pointed to his photo; is that correct?

6    A.    That's correct.

7    Q.    Okay.  And you didn't tell Mr. Fletcher's jury

8  that prior to you picking out Mr. Fletcher's photo in

9  the photo array that the police officers told you to

10  look at the lips; is that correct?

11    A.    They didn't ask me that question in trial.

12    Q.    And you didn't tell them that anyways, right?

13    A.    No, I didn't.

14    Q.    Okay.  And you didn't tell the jury at

15  Mr. Fletcher's criminal trial that prior to you picking

16  out Mr. Fletcher's photo in the 2002 photo array that

17  the police officer told you that two other witnesses

18  IDed Mr. Fletcher; is that correct?

19    A.    That's correct.

20    Q.    If you can take a quick look at Exhibit number

21  4 which is the bad copy of the photos -- the ID photos.

22  So you were asked some questions by Mr. Starr about the

23  information at the bottom of the page.  Do you recall

24  those questions?

25    A.    Yes.



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  When you were in your house in 2002

2 with the police officers for the photo array, you didn't

3 look and consider the information at the bottom of this

4 page; is that correct?

5           MR. STARR:  Objection.  Form, foundation.

6      Calls for speculation.  Asked and answered.

7      A.   I -- I seen the information on it and I looked

8 at it because that's their -- they had laid it across

9 the step.  They were better -- the photos looked better

10 than this here.

11 BY MR. STEFANICH:

12     Q.   Sure.

13     A.   And you can see the -- the writing much

14 clearer.

15     Q.   Okay.  So let's go to your trial testimony. Go

16 to page 975 starting on line 18 where you were asked

17 these questions and did you give these answers?

18 Question, "When the police gave you these photos in 2002

19 to view, did you study them carefully?"  Answer,

20      "I just looked at all the pictures, at the

21 photos they gave me."  Questions: "So you did not look

22 at any other information on the pictures?"  Answer, on

23 the next page 976.  "No, I didn't."  Were you asked

24 those questions and did you give those answers?

25     A.   Not that I can remember at this -- at this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  time.  I don't remember.

2      Q.    You don't remember these questions and these

3  answers?

4      A.    No, I don't.

5      Q.    Okay.

6      A.    You said 975, right?

7      Q.    975 and 976.

8      A.    I don't remember, yeah, if I looked at them or

9  not.  I know the writing back then was more clear than

10  the one you're looking at now, and you could -- you

11  know, you could see the writing.  I just -- I didn't pay

12  that much attention to it, but I -- I saw it on there.

13      Q.    That that was going to be my next question.

14  Did you pay any attention to the writing on the

15  pictures?

16          MR. STARR:  Form, foundation.  Asked and

17      answered, speculation.

18          MR. STEFANICH:  Sure.  Let me rephrase.

19  BY MR. STEFANICH:

20      Q.    Other than noticing that there was writing,

21  did you pay any attention to it when you were looking at

22  the photos?

23          MR. STARR:  Same objections.

24      A.    Not that much until I just looked at some of

25  the names that was on there in this -- this -- I didn't

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 138 of 252 PageID #:6616
The Deposition of EDWARD COOPER, taken on April 23, 2021
136

```
 1   just keep no focus on that, you know, the name.  I was
 2   looking at the pictures.
 3   BY MR. STEFANICH:
 4        Q.   And the name on the first page of Exhibit 4 is
 5   Arnold Dixon, correct?
 6        A.   Yes.
 7        Q.   Okay.  It's not James Fletcher; is that
 8   correct?
 9        A.   Correct.
10        Q.   Okay.
11        A.   Thinking about it now, for me just thinking
12   about it now --
13        Q.   Sure.
14        A.   -- when they showed me the pictures, they did
15   show -- say all of them did have the same name with --
16   with Dixon.
17        Q.   Sure.  Yeah.  You can --
18        A.   I just thought -- I'm talking when the police
19   had the lineup and put them on -- on the step, me
20   thinking about it now, the name -- just about -- I think
21   all the pictures it had on there was Dixon.
22        Q.   Yeah.  So if you look at --
23        A.   That's why -- that's why what I say, I was
24   thinking about the name on -- on the photograph because
25   all the names was just about the same.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Yep.  And the name Dixon, that didn't mean

2  anything to you; is that correct?

3    A.   No.  It didn't mean nothing to you.  But

4  that's what made me think about the -- the -- the

5  writings on the -- on the -- on the -- on the -- on the

6  picture.  Well, I paid a little -- I didn't pay that

7  much attention to it, but what made me pay attention to

8  it they took all the -- all them last names was Dixon.

9    Q.   Okay.  So I want you to go in your trial

10 testimony to page 973 now.  So Mr. Starr asked you a

11 couple questions on this page starting on line 19.  For

12 context, this is questions about the 2002 photo array at

13 your house.  So the question that you were asked was,

14 "But at the time when they came to visit your house, you

15 said you weren't sure?"  Answer, "Right.  I picked out a

16 photo.  I told them the one I thought it was.  I have to

17 see them in person."  Do you see that testimony there?

18    A.   Yes.

19    Q.   Okay.  My question is, in 2002 when you were

20 at your house, did you tell the police officers that you

21 wanted to see the person that you picked out in person?

22    A.   Yes, I -- they -- the question they asked me

23 was -- course where I come to the lineup, I told them

24 yes.  I said, I -- because I have to see him in person.

25    Q.   Okay.  Did you think seeing him in person

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    would have made you more sure of your identification?

2         A.    Yes.

3         Q.    Okay.

4         A.    The -- the quality of pictures was better.

5         Q.    Okay.  Okay.  So now I want to go to the

6    lineup at the police station, okay?  So if we look at

7    page 984 of your trial testimony, line 4.  Question,

8    "When you viewed the line-up at Area 1 Headquarters, did

9    you tell the detective that you are positive that the

10   man you identified was the shooter?"  Answer, "Yes, I

11   did."  Were you asked that question or did you give that

12   answer?

13        A.    Yes, I did.

14        Q.    Okay.

15             MR. STARR:  Can I get that page number again?

16             MR. STEFANICH:  Yeah.  984 lines 4 through 8.

17             MR. STARR:  Thank you.

18   BY MR. STEFANICH:

19        Q.    And that was accurate testimony that you gave;

20   is that correct?

21             MR. STARR:  Objection to form, foundation,

22        speculation.

23        A.    After they told me about the -- the lips, I --

24   that's why I looked at the lips and that's why I went

25   back.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. STEFANICH:

Q.   Prior to the lineup, you testified earlier today about a conversation you had with an African American police officer; is that correct?

A.   Yes.

Q.   Okay.  And can you describe what occurred in that conversation?

A.   Well, when I came in and we was talking.  And he just, and he said, "You come about James Fletcher?" And I told him yeah, he -- he tell -- he -- he had arrested him down around Cabrini-Green, said for the same thing, you know, a lot of robberies and stuff going over there.  Someone there -- and someone  got caught for the same things.

Q.   Mr. Starr asked you a couple of questions about your trial testimony relating to Terry Rogers. And in your trial testimony, you testified that when you were chasing the offenders, Terry Rogers actually ran with you; is that correct?

A.   Well, he -- I -- I was not that -- for sure that he was with me, or if he was behind me, telling me to stop.  He kept on telling me, don't chase he -- he going kill you.  Don't -- don't -- don't chase that no more.  That what he -- what he was saying, about following me -- running with me now.  He was not running

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 142 of 252 PageID #:6620
The Deposit of Edward Cooper taken 04/25/12 page 142 of 252

140

1    with me.

2        Q.   Oh, I see.

3        A.   He has -- he had come when I got -- when I --

4    when I turned around to come back, I didn't see him

5    then.  But -- and I -- when I went went back to the

6    truck on Central and Madison, I didn't see him no more

7    after that, you know.

8        Q.   So when was the -- so you came out of Uncle

9    Remus' Restaurant, correct?

10       A.   Yes.

11       Q.   And that's when you saw Terry Rogers.

12       A.   Right.  He was -- when I walked out to go to,

13   I had a tray.  I had both my hand full with -- with

14   tray.  I was going to my truck and I seen him standing

15   to the side.  I said, Hey, Terry, and he dropped his

16   head down.

17       Q.   Okay.

18       A.   And he wouldn't look back up.  And that's when

19   the guy set the gun in my side, told me to step on on

20   the truck.

21       Q.   Okay.  Where was Mr. Rogers standing when you

22   exited Uncle Remus' and saw him?

23       A.   He -- he was still standing over there, not

24   too far from the truck, maybe about 20 feet from the

25   truck.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 143 of 252 PageID #:6621
The Deposition of EDWARD COOPER, taken on April 23, 2021
141

 1     Q.   Okay.  And after the offenders took your money
 2   and ran away and you chased after him, was Terry Rogers
 3   still standing in the same spot?
 4          MR. STARR:  Objection.  Foundation.
 5     A.   I'm not -- I'm not for sure.  When -- when
 6   I -- when the guy had the gun in my side, he kept
 7   telling another guy to shoot me.  When they stepped out
 8   the truck, he just -- he turned a little bit, and I
 9   pulled my gun and we started shooting.  When we not --
10   when the shooting stopped, everybody was ran, was
11   running.
12   BY MR. STEFANICH:
13     Q.   Okay.
14     A.   So where -- where Terry was then, I don't
15   know.
16     Q.   Okay.  So when's the next time you remember
17   Terry Rogers?
18     A.   When he was running -- when I was chasing
19   after them, they were shooting at me and I was shooting
20   at them.
21     Q.   Okay.
22     A.   Terry was telling me to stop.  They want --
23   they going -- they are kill you.  And -- and when we ran
24   about, I ran for about maybe about four or five blocks
25   behind them to see when they went into a building.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 144 of 252 PageID #:6622
The Deposition of EDWARD COOPER, taken 04/29/2022
142

1   That's when I turned around, I didn't see Terry no more

2   after that.

3        Q.   So is it when you ran by Terry Rogers, he just

4   told you to stop?

5        A.   No.  He was -- he was behind me, not --

6        Q.   Okay.

7        A.   -- that -- I didn't run past him.  He was

8   standing east of me.  We ran west.

9        Q.   Okay.  I understand.  Got it.  You talked a

10  little bit about a female that was a witness to this

11  crime too, Sheenee Friend?

12       A.   Yes.

13       Q.   Okay.  What do you recall about her in this

14  incident?

15       A.   When I first pulled up to -- pulled up to --

16  to -- to make my delivery, she she came, she -- she --

17  hey, Mr. Cooper.  So I -- I -- I got -- I'm going to the

18  line, I need some -- you got any quarters and stuff, I

19  need some quarters.  I said, well, you going have to.  I

20  said, right now -- I said, I'm going to take the stuff.

21  I said, what you-all come out?  And I said, what I have.

22  So when I went in, I came out.  She was still standing

23  at the -- she -- the guy walked, when they had the gun

24  on me, told me to step on the truck.  They took me right

25  past her.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 145 of 252 PageID #:6623
The Deposition of EDWARD FOSTER, taken 04/25/2022
143

1       Q.   Okay.

2       A.   Because she was at -- she was -- she -- she

3  was like, about two feet from the truck.  They walked me

4  right past her to the truck.

5       Q.   Okay.  You said she told you she was going to

6  the laundromat?

7       A.   Yeah.  To the laundromat.  The laundromat is

8  on the -- was on the -- the -- the southeast corner. And

9  we was on the -- on the southwest corner, my Uncle Remus

10 there.

11      Q.   Was she ever in the truck with you?

12      A.   No, she was not in the truck.

13      Q.   Once the offender put the gun to your side, do

14 you know what happened to Ms. Friend?

15      A.   Yeah, she was looking at everything, what was

16 going on.

17      Q.   Okay.

18      A.   But she -- I mean, she didn't scream out or

19 say nothing like that, you know?

20      Q.   Okay.  So I have a couple questions on your

21 affidavit, which is Exhibit 1.  So this looks like you

22 signed this in 2011; is that correct?

23      A.   Yes.

24      Q.   Okay.  So after you testified at

25 Mr. Fletcher's trial, when was the next time anybody

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   came to talk to you about this case?

 2       A.   I'm not for sure.

 3       Q.   How did this affidavit come about?

 4            MR. STARR:  Objection.  Form, foundation.

 5       A.   I forgot. I just came about that on this here.

 6   BY MR. STEFANICH:

 7       Q.   Did you type the words written in this?

 8       A.   No, I ain't typing.

 9       Q.   Okay.

10       A.   No, I ain't type nothing.

11       Q.   Okay.

12       A.   Nope.

13       Q.   Okay.  So is it fair to say that at some

14   point -- let me ask you this.  On page 2, the notary is

15   Charmaine Candler.  Do you know who that is?

16       A.   No, I don't.

17       Q.   Okay.  Do you remember being actually sworn

18   under oath before signing this affidavit?

19       A.   No, I don't remember that either.

20       Q.   Okay.  On Page -- on page 2, there's a post-it

21   note or a post-it fax note with the name Jennifer Blagg.

22   Do you know who Jennifer Blagg is?

23            MR. STARR:  Objection.  Asked and answered.

24       A.   No, I don't know who it is.

25   BY MR. STEFANICH:
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q.   It's fair to say that prior to you signing

2 this affidavit, you would've had to talk to somebody; is

3 that correct?

4       A.   Yeah.  I talked to someone.

5       Q.   Okay.

6       A.   I can't remember who it was.

7       Q.   Okay.  How many times do you recall talking to

8 someone about this case prior to signing this affidavit?

9           MR. STARR:  Objection.  Form, foundation.

10       A.   I can't remember how many times I talked to

11 nobody.  Maybe twice.  I -- I -- if I can remember.

12 BY MR. STEFANICH:

13       Q.   Okay.  Let's go --

14       A.   Because I remember -- only thing I remember is

15 talking to a -- a lady and like I said, and I maybe

16 talked to her, maybe twice.

17       Q.   Okay.  What do you -- what do you recall about

18 the lady that you talked to?

19       A.   Nothing really.  I don't remember.

20       Q.   She African American or white?

21       A.   White.

22       Q.   What do you recall about your conversation

23 with this lady?

24       A.   I remember that was asking me about what had

25 happened, you know, what had happened.  That's about it.



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   You know?

2       Q.    And she was asking you about the photo, right?

3   In 2002; is that correct?

4           MR. STARR:  Objection to form, foundation.

5       A.    Not that I can remember about the photo, no.

6   BY MR. STEFANICH:

7       Q.    Okay.  Well, if we look at paragraph, it could

8   be a bad question on my part.  So she asked you about

9   the police coming to your house in 2002 and showing you

10  photographs; is that correct?

11          MR. STARR:  Form.  Foundation, speculation.

12      A.    Yeah.  That, maybe -- I'm not -- I'm not for

13  sure of the question that she asked right off hand right

14  now.

15  BY MR. STEFANICH:

16      Q.    Okay.  Well, in paragraph 8 of this affidavit

17  that you signed, it talks about, in 2002, detectives

18  came to your house and they showed you several

19  photographs; is that correct?

20      A.    Yes.

21      Q.    Okay.  Did you ever tell the lady that came to

22  talk to you about the affidavit that the police pointed

23  out a photograph to you prior to you making an

24  identification?

25          MR. STARR:  Form, foundation.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 149 of 252 PageID #:6627
The Deposition of EDWARD FLETCHER, taken on April 21, 2023
147

         1       A.   Not --

         2            MR. STARR:  Asked and answered.  Calls for

         3       speculation.

         4       A.   Not that I can remember.  I -- I -- no.  I

         5   could -- I remember telling her I wasn't for sure if

         6   that was him or not.  I -- I remember that part of it.

         7   No.  And I always told everybody I was not for sure was

         8   that him or not.  Because I wasn't 100 percent sure that

         9   was him.  I -- like I said, I was going off the pictures

        10   that the police showed me, and by Terry Rogers.  Because

        11   I don't who he was, what he was -- what they do.

        12   BY MR. STEFANICH:

        13       **Q.   Did you tell the lady that you talked to prior**

        14   **to signing this affidavit that the police told you to**

        15   **look at the lips?**

        16            MR. STARR:  Objection.  Form, foundation.

        17       Asked and answered.  Calls for speculation.

        18       A.   Not that I can remember.

        19   BY MR. STEFANICH:

        20       **Q.   Did you tell the lady that you talked to prior**

        21   **to signing this affidavit that the police told you that**

        22   **two other witnesses identified Mr. Fletcher?**

        23            MR. STARR:  Objection to form, foundation.

        24       Calls for speculation.  Asked and answered.

        25       A.   Not that I remember.  I don't know.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. STEFANICH:

    Q.    Okay.  And when Mr. Starr was asking you

questions, you provided a description of the offenders.

Do you remember that testimony?

    A.    Yeah.

    Q.    Okay.  I think you said that the offenders

were between 5'9" and 6'; is that correct?

    A.    Something like that.

    Q.    180 to 200 pounds; is that correct?

    A.    Yeah.

    Q.    Both offenders had dark skin; is that correct?

    A.    Right.

    Q.    All right.  One offender had long hair and

Jheri curl; is that correct?

    A.    Right.

    Q.    Okay.  And the second offender had not as long

of a hair and it was in a ponytail; is that correct?

    A.    Yeah.  He had a -- like a -- not -- not no

long ponytail, but it's like a braid up or whatever you

want to call it.

    Q.    Okay.

    A.    The way that they -- well they -- well they

have back different back then.  Yeah.

    Q.    And then one of the offenders had the big

lips; is that correct?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Correct.

2      Q.    Okay.  Is that description of the offenders,

3  is that based on your memory today?

4            MR. STARR:  Objection.  Asked and answered.

5      A.    Yes, it is.

6  BY MR. STEFANICH:

7      Q.    Okay.  Did you tell any police officers that

8  description of the offenders?

9            MR. STARR:  Objection.  Asked and answered.

10     A.    Yes, I did.

11  BY MR. STEFANICH:

12     Q.    Okay.  Which police officers?

13           MR. STARR:  Objection.  Asked and answered.

14     A.    I don't remember which one I told that, but it

15  was the two that came to the house.

16  BY MR. STEFANICH:

17     Q.    Okay.

18     A.    And they said look at, just when they kept

19  telling me, look at his lips, because the feature -- I

20  told them, I said, that's been like about 11 or 12 years

21  ago.  And they said, well, I told him it don't look to

22  same, like I said, I got -- the features changes.  They

23  say, well you know the lips and stuff don't change, the

24  nose and stuff don't change.  You know, unless you have

25  an operation, something like that.  He say it to me.  He

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  said, look at his lips, look at the lips.  That's what

2  they had me focus on, his lips.

3       Q.   After you chased the offenders in 1990, you

4  came back to the scene; is that correct?

5       A.   Yes.

6       Q.   And the police officers were there, correct?

7       A.   Yes.

8       Q.   Okay.  You talked to the police officers at

9  the scene, correct?

10      A.   Yes.

11      Q.   Okay.  Did you tell those police officers at

12  the scene the description that we just went over?

13           MR. STARR:  Objection to form, foundation,

14      speculation.

15      A.   Yes. I did.

16           MR. STARR:  Asked and answered.

17  BY MR. STEFANICH:

18      Q.   Okay.  And then in 1990, on the day of the

19  incident, you went to the police station, correct?

20      A.   Correct.

21      Q.   And you talked to -- I think you believed it

22  was Detective Fleming?

23      A.   I think it was.

24      Q.   Okay.  And did you tell Detective Fleming the

25  description of the offenders that we just went over?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. STARR:  Form, foundation, speculation,
 2        asked and answered.
 3        A.   Yes, I did.
 4  BY MR. STEFANICH:
 5        Q.   Did you tell Detective Fleming that you were
 6  shooting at the offenders?
 7        A.   Yes, I did.
 8        Q.   Did you tell that to Detective Fleming the day
 9  of the shooting, or a couple days after the shooting?
10        A.   I told them the day of the shooting, they
11  locked me up.
12        Q.   Okay.
13        A.   I told them the day of the shooting.
14        Q.   Okay.
15        A.   Because they locked me up.
16        Q.   Okay.  And who locked you up?
17        A.   Yeah, the police locked me up.
18        Q.   Detective Fleming?
19        A.   I -- I well, it -- it would have had to be
20  him.
21        Q.   Okay.  And you eventually went back to the
22  scene with Detective Fleming to get your gun, right?
23        A.   Correct.
24        Q.   Okay.
25        A.   And he told me if they -- he -- what he told
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  me was the guy that got killed.  He told me they would

2  put it on me.  Now that what came out of his mouth.

3      Q.   Okay.  When did you first think that Terry

4  Rogers was involved or set you up?

5      A.   During the time -- during the time of the

6  shooting.

7      Q.   During the incident?

8      A.   Yes.

9      Q.   Okay.  Actually, that was after the incident.

10  Who is Terry Rogers' brother that you talked to?

11      A.   The name, Dennis Rogers.

12      Q.   Dennis Rogers.  Do you know if he's still

13  alive?

14      A.   No, I don't.  As a matter -- they don't live

15  here anymore, anyway.  None -- none of them.

16      Q.   Do you know where Dennis Rogers lives?

17      A.   I said he don't -- he -- they used to live

18  here.

19      Q.   Sure.  They live somewhere, right?

20      A.   Yeah.

21      Q.   Do you know where they moved to?

22      A.   No, I don't.

23      Q.   Okay.  Do you have a phone number for Dennis

24  Rogers?

25      A.   No, I don't.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD FOSTER, taken 06/23/2023

153

```
1      Q.    When was the last time you talked to Terry
2  Rogers?
3      A.    Maybe about 20 years ago.
4      Q.    Okay.  Have you ever talked to Terry Rogers
5  about this robbery?
6      A.    Yes, I have.  I talked to him and his mother
7  about it.
8      Q.    Okay.  When did you talk to Terry Rogers about
9  it?
10     A.    I don't remember exactly when it was.  It
11 was -- it was after the -- I know it was after the
12 trial.
13     Q.    Okay.  So sometime after Mr. Fletcher's trial?
14     A.    Yes.
15     Q.    What did Terry Rogers tell you about the
16 shooting?
17     A.    Like I said -- I said -- what I believe he
18 did.  He just told -- he -- him and all that -- him and
19 Fletcher knew -- knew each other.  He was mad with him
20 about something.  What I think he did.  He just took
21 the -- the police had him locked up from -- me and his
22 mother was real close.  She treated me like a son.  She
23 told me that Terry might have just told them that so he
24 could get out of jail, but they had him locked up.
25     Q.    Okay.  So Terry's mother told you that Terry
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 156 of 252 PageID #:6634
The Deposition of EDWARD FOSTER, taken 04/25/2023
154

```
 1   might have just said Fletcher was one of the offenders

 2   because the police had Terry locked up; is that correct?

 3        A.    Yes.

 4        Q.    Okay.

 5        A.    And that's how got out.

 6        Q.    Okay.

 7        A.    But whatever he had done, that's what -- why

 8   they let him go.

 9        Q.    What's Terry Roger's mother's name?

10        A.    Joanne.

11        Q.    Joanne?

12        A.    Yeah.

13        Q.    Okay.  Rogers?

14        A.    Yeah.  Joanne Rogers.

15        Q.    Do you know if she's still alive?

16        A.    No, she's not.

17        Q.    You also, I think you mentioned that Rogers

18   and Fletcher knew each other?

19        A.    All of them from the same -- from the same

20   neighborhood.

21        Q.    Okay.

22        A.    Yeah.  Everybody in that neighborhood, whoever

23   on drugs or whoever doing anything, they all do it in a

24   group together.

25        Q.    Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 157 of 252 PageID #:6635
The Deposition of EDWARD DUNLAP, taken 04/23/2021
155

1    A.   So I'm quite sure he probably knew him.

2    Q.   Okay.  Did Ms. Rogers tell you that Terry and

3 Mr. Fletcher knew each other?

4    A.   No.  She didn't tell me that they knew each

5 other.  She said, if he -- it might -- he -- he -- he

6 had to know him to tell me his name, so.

7    Q.   Okay.

8    A.   But when she told me was, she -- she always

9 treated me like I was her son.  She -- she was -- she

10 knew that -- that he was up there, Terry was on drugs.

11 She said -- she said I -- she told me -- said, I'm sorry

12 that he done you like that.  She said, but I believe --

13 I told her, I believe that he was in on it. That he --

14 she said, well, I'm sorry that he did -- did you like

15 that.  And she -- she said, I believe that he was in on

16 it, too.  That's what she told me.

17    Q.   Okay.  Was your conversation with Ms. Rogers

18 before or after the criminal trial?

19    A.   It was after.

20    Q.   All right.  Is there anything else about the

21 conversation that you had with Ms. Rogers after the

22 criminal trial that you can recall?

23    A.   Not that I remember.

24    Q.   Okay.  Okay.  So you also said you had a

25 conversation with Terry Rogers?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Yeah.  Because I was get ready to jump on him.

2 Because I -- I knew he was in on it.

3      Q.   Okay.

4      A.   And I figured he was in on it.

5      Q.   And you had a conversation with Terry Rogers

6 after the criminal trial?

7      A.   After the criminal, because I didn't see

8 him -- he's all -- I still was going to their house.  So

9 whenever he knew, they told him I was coming, I told

10 them, he always left.

11      Q.   Okay.

12      A.   He never stuck around.

13      Q.   So you never talked to Terry Rogers about this

14 case?

15      A.   I -- I talked to him once about this case,

16 but -- but I -- I didn't do nothing to him then because

17 his mother was right there.

18      Q.   Sure.  So let me, finish my question.  You

19 never talked to Terry Rogers about this case before the

20 criminal trial; is that correct?

21      A.   No, I didn't.

22      Q.   Okay.  It was after?

23      A.   Right.

24      Q.   Okay.  What do you recall about the

25 conversation you had with Terry Rogers about this case

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    **after the criminal trial?**

2    A.   I kept asking him, I said -- I said I -- I

3    told him.  I said, I went to court on this, man.  And I

4    said, they didn't lock this man up.  I said, I'm not 100

5    percent sure, was that you all was asking was that him?

6    He never even would tell me was it him or not.

7    **Q.   Who was it that told you that Terry Rogers was**

8    **the person who claimed that one of the offenders called**

9    **the other offender Fletcher?**

10    MR. STARR:  Objection.  Form, foundation.

11    Mischaracterizes his testimony.  Go ahead.

12    A.   The detect -- one of the detective.

13  BY MR. STEFANICH:

14    **Q.   And you don't recall which one, correct?**

15    A.   I don't know which one it was.

16    **Q.   So in your affidavit in paragraph 8, so**

17    **paragraph 8's on the first page still.  Right here, this**

18    **paragraph.**

19    A.   You said paragraph 8?

20    **Q.   Yep.  The last sentence you say, "Also doing**

21    **2002, I was asked to appear before the County Grand**

22    **Jury, but I refused because I was not sure of being 100**

23    **percent of my identification of the offender."  Do you**

24    **see that?**

25    A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 160 of 252 PageID #:6638
The Deposition of EDWARD COOKSEY, taken 04/26/2022

158

```
 1        Q.   Okay.  Who asked and that's truthful and
 2   accurate, correct?
 3        A.   Yes.
 4        Q.   Okay.  Who asked you to appear in front of the
 5   Cook County Grand Jury?
 6        A.   I'm not for sure who had -- who that was that.
 7        Q.   Okay.  Was that -- was that one of the
 8   detectives?
 9             MR. STARR:  Objection.  Asked and answered.
10        A.   I'm not for sure.  Who that -- was it -- who
11   that was that asked me that.
12   BY MR. STEFANICH:
13        Q.   When did that happen?
14        A.   That would be -- happened before the trial.
15        Q.   Sure.  So was it after the detectives came to
16   your house and showed you the photograph?
17        A.   I'm not -- I'm not for sure of that.  Only --
18   I know when they kept -- they -- police were coming to
19   the house.  Sometimes I -- I wouldn't answer the door.
20        Q.   Okay.
21        A.   Like I said because I knew what they wanted.  I
22   like I said, I didn't want to send nobody to jail, and I
23   wasn't 100 percent sure, was that him or not?  And I was
24   trying to find out, was it -- was it -- was it really
25   him?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 161 of 252 PageID #:6639
The Deposition of EDWARD ARNOLD, taken 04/25/2023
159

1     Q.   Okay.

2     A.   And I never did find out what -- that's why I

3 always told everybody I was between 50 to 75 percent

4 sure or not was that him.  By his lips and stuff.  I was

5 never 100 percent sure was that him.  And I didn't want

6 nobody just to go to jail because of what happened,

7 because it was -- I -- I don't know if you ever had a

8 gun pull on you before.  I don't know if that ever

9 happened to you.  I've been shot.  I lost a left kidney.

10 That's why I stopped doing deliveries. When I was on the

11 milk truck, I got shot, lost my left kidney for --

12 for -- from a robbery.  Same thing there, they put a gun

13 to my side, tell me they'd kill me.  So I don't know if

14 you ever been in that situation before yourself.

15 It's -- it is kind of rough, you know?  So that's why I

16 don't want to just go send somebody to jail saying that

17 this was -- you know, they -- I was not -- and I'm not

18 for sure that's him or not.

19     **Q.   And you testified at trial that you were 75**

20 **percent sure?**

21     A.   Right.  I told -- I told -- I told

22 Ms. O'Connor I was not for sure was that him or not.

23          MR. STARR:  Late objection.  Asked --

24     A.   I thought -- I told her only 75 percent sure.

25 That's when you were prepping me for the trial.  I said,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    I -- I only 75 percent sure if that's him or not.

 2    Because she was prepping me.  But she want -- the

 3    question that she was going to ask me when I come to

 4    trial.

 5            MR. STARR:  Belated objection.  Asked and

 6        answered.  Sorry.

 7    BY MR. STEFANICH:

 8        Q.  And not only did you tell Ms. O'Connor that

 9    you were 75 percent sure, but you also told the jury,

10    right?  That you were 75 percent sure?

11        A.  Yes.

12            MR. STEFANICH:  Okay.  Okay.  Hey, that's all

13        the questions I have.

14                    EXAMINATION

15    BY MR. MICHALIK:

16        Q.  Mr. Cooper.  My name is Paul Michalik.  I

17    represent the City, and I just want to clarify a lot of

18    things.  Sorry about that.  So I'm going to skip around

19    a little bit.  I just want to follow up on a couple

20    things.  So if you get lost or if I am confusing, please

21    let me know.

22        A.  Okay.

23        Q.  I want to make sure you understand right where

24    I'm at.

25        A.  Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q.   All right.  In terms of Exhibit number 1, it's

 2   the affidavit.  I think earlier you told Mr. Starr that

 3   you gave the affidavit to Jennifer Blagg, but then when

 4   you were talking to Mr. Stefanich, you weren't sure

 5   about who it was that you gave it to.  Can you clarify

 6   that?

 7      A.   Not -- yes.  I -- I don't remember exactly who

 8   it was.  Because -- all I know it was a lady.  That's

 9   all, you know, like I said, it was -- it was a lady.

10      Q.   Okay.

11      A.   I don't remember her name.

12      Q.   And it was a white lady.

13      A.   Yeah.

14      Q.   So I think you also testified that after the

15   2000 photo array with the detectives, two to three days

16   later, you went to the police station for a lineup,

17   correct?

18           MR. STARR:  Objection.  Form, foundation.  I

19       think that mischaracterizes testimony.

20   BY MR. MICHALIK:

21      Q.   All right.  Was it within two or three days

22   after you looked at the photo array that you went to

23   look at a lineup at the police station?

24      A.   I -- I -- I'm not for sure, but I think it was

25   like two -- two to three days later.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   If you take a look at Exhibit number 2.  It's
 2   the letter from the private investigator.
 3             MR. STARR:  It's over there, sir.
 4   BY MR. MICHALIK:
 5        Q.   If you look on the second page, the -- it's
 6   the start of the second paragraph.  It says,
 7   "Approximately two to three days later, Mr. Cooper
 8   visited the Chicago Police Department to view a police
 9   lineup."  You see that there?
10        A.   Yes.
11        Q.   Is that accurate?
12        A.   Yes.
13        Q.   Okay.  So after the photo array and then after
14   the lineup, two to three days later, you talked about
15   this case with at least three different individuals,
16   right?  There was the State's Attorney, Ms. O'Connor,
17   correct?
18        A.   Correct.
19        Q.   And then there was an investigator.  I think
20   you described him as a Black individual?
21        A.   Yeah.
22        Q.   All right.  And then there was the white woman
23   for whom you gave the affidavit?
24             MR. STARR:  Objection.  Form, foundation.
25        Mischaracterizes testimony.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    BY MR. MICHALIK:

2        Q.   Was that accurate?  That's what you said?

3        A.   Yeah.  I -- I don't know how many days there

4    were before I gave this Affidavit.

5        Q.   Yeah.  Okay.  I'm not asking you about that.

6    I'm just asking about the people that you talked to

7    about this case after you viewed the photo array and the

8    lineup.

9        A.   Yes.

10            MR. STARR:  Form, foundation. Mischaracterizes

11        his prior testimony.

12   BY MR. MICHALIK:

13       Q.   Okay.  Was there anyone other than the state's

14   attorney, the investigator, and the white woman to whom

15   you gave the affidavit that you talked to about this

16   case?

17            MR. STARR:  Form, foundation.  Asked and

18        answered.

19       A.   Other than the, you know, pick different

20   people on the street, you know, I was trying to find out

21   where it was they did to them.

22   BY MR. MICHALIK:

23       Q.   All right.  So for example, I think you told

24   us that you talked to Terry Rogers, Terry Roger's

25   mother, and Terry Roger's brother.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 166 of 252 PageID #:6644
The Deposition of EDWARD ROBINSON, taken 04/25/2022

164

```
1          A.    Right.

2          Q.    That was after you talked, correct?

3          A.    Right.

4          Q.    All right.  Now you talked to Mr. Stefanich

5    about some of the things involving the photo array when

6    you met with Ms. O'Connor, the state's attorney.  I want

7    to focus on that, okay?

8          A.    Okay.

9          Q.    You told Ms. O'Connor that you couldn't

10   identify anyone, it -- when the detective showed you the

11   photo array?

12          MR. STARR:  Objection.  Form, foundation,

13       mischaracterizes testimony.

14          A.    Not that I -- I don't remember what -- the

15   conversation with me and her were basically what -- she

16   were prepping me for the trial.

17   BY MR. MICHALIK:

18          Q.    Okay.

19          A.    And --

20          Q.    Did you tell her that you told the detectives

21   at the photo array that you could not identify anyone?

22          A.    I told her --

23          MR. STARR:  Form, foundation.  Calls for

24       speculation.  Asked and answered.

25          MR. MICHALIK:  How does that call for
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 167 of 252 PageID #:6645
The Deposition of EDWARD COOPER, taken on 04/21/2023

165

```
 1        speculation.
 2             MR. STARR:  Because he already testified, he
 3        he doesn't recall what he told her.
 4             MR. MICHALIK:  That's what -- that was the
 5        question.  So.
 6             MR. STARR:  So you're asking him to speculate?
 7        A.   I -- I told her I was only like 75, 50 to 75
 8   percent sure, was that him or not.
 9   BY MR. MICHALIK:
10        Q.   And you told her that you told the detectives
11   you were only 50 or 75 percent sure.  Is that accurate?
12             MR. STARR:  Objection.  Asked and answered.
13        A.   Yeah.
14             MR. STARR:  Calls for speculation.
15   BY MR. MICHALIK:
16        Q.   I think you told us that when you talked to
17   the State's Attorney, Ms. O'Connor, you told her about
18   Terry Rogers and what Terry Rogers had told the
19   detectives?
20             MR. STARR:  Objection.  Form, foundation.
21        Mischaracterizes the testimony.  Asked and
22        answered.
23        A.   Yes.
24   BY MR. MICHALIK:
25        Q.   Okay.  What was it that you told State's
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page: 168 of 252 PageID #:6646
The Deposition of OFFICER EDWARD ROGERS, taken on 04/25/2023
166

```
 1   Attorney O'Connor that the detectives told you about

 2   Terry Rogers?

 3           MR. STARR:  Same objections.

 4       A.   You know, I -- I told her what -- that I

 5   thought he was here -- that he -- that he -- was in on

 6   it.

 7   BY MR. MICHALIK:

 8       Q.   you told Ms. O'Connor that you believe Terry

 9   Rogers was in on the robbery?

10       A.   Yes.

11       Q.   Did you tell Ms. O'Connor that the detectives

12   told you that Terry Rogers said James Fletcher was in on

13   the robbery?

14           MR. STARR:  Asked and answered.

15       A.   Yes, I did.  I told her.

16   BY MR. MICHALIK:

17       Q.   Okay.

18           MR. STARR:  Can I have that question read

19       back?

20         (REPORTER READS BACK REQUESTED QUESTION)

21           MR. STARR:  Okay.

22   BY MR. MICHALIK:

23       Q.   When the investigator came out to talk to you,

24   did you tell the investigator that detectives told you

25   Terry Rogers mentioned the name James Fletcher?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. STARR:  Objection.  Form.  Foundation.
 2      Asked and answered.
 3      A.   As far as I can remember I did.
 4  BY MR. MICHALIK:
 5      Q.   And when you talked to the white woman about
 6  the affidavit, did you tell her that you told -- that
 7  the detectives told you that Terry Rogers identified
 8  that James Fletcher as being in involved in the robbery?
 9              MR. STARR:  Form.  Foundation.
10      A.   As far as I can remember.
11  BY MR. MICHALIK:
12      Q.   So as far as you can remember, you told the
13  state's attorney, the investigator, and the white woman
14  who you gave the affidavit to what the detectives told
15  you about Terry Rogers mentioning James Fletcher?
16              MR. STARR:  Form.  Foundation.
17      A.   Yeah.
18              MR. STARR:  Speculation.
19  BY MR. MICHALIK:
20      Q.   When you were talking to Assistant State's
21  Attorney O'Connor, did you tell her about the
22  conversation that you had with the Black police officer
23  prior to your viewing the lineup at the police station?
24              MR. STARR:  Form.  Foundation.
25      A.   No, I didn't.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    BY MR. MICHALIK:

2         Q.    Did you tell that to the Black investigator?

3         A.    No, I didn't.

4         Q.    Did you tell that to the white woman who -- to

5    whom you gave the affidavit?

6         A.    Not that I can remember.

7         Q.    Have you ever told that to anyone else before

8    giving the deposition here today?

9         A.    I told to -- I did mention to someone, but I

10   can't remember who, you know, who I talked to them

11   about.

12        Q.    You mentioned about the conversation with the

13   Black police officer --

14        A.    Yeah.

15        Q.    -- before the lineup to someone, but you can't

16   remember who it was?

17        A.    No, I don't.

18             MR. STARR:  Object to Form.

19   BY MR. MICHALIK:

20        Q.    Do you remember when that conversation took

21   place?

22        A.    It was after the trial.

23        Q.    Sometime after the trial.  Was it before or

24   after you gave the affidavit to the white woman?

25             MR. STARR:  Objection.  Speculation.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   I think it was before.

 2  BY MR. MICHALIK:

 3      Q.   Do you remember the context in which that

 4  conversation came up?

 5      A.   You talking about me and the officer?

 6      Q.   No.  About when you had a conversation with

 7  someone about what the Black police officer told you

 8  prior to viewing the lineup about James Fletcher and the

 9  Cabrini-Green incident?

10          MR. STARR:  Objection.  Form.  Foundation.

11      A.   Not that -- not that I can remember.  Only

12  thing I remember because that's the only way I know

13  about it.  He had been in -- in robberies and -- and

14  somebody had got killed by -- by that officer.  Told --

15  he the one told me that.  Other than that, I didn't have

16  no recollection of them ever being in.

17  BY MR. MICHALIK:

18      Q.   Okay.  And maybe you misunderstood my

19  question.  Did you ever tell anyone about that

20  conversation that you had with --

21      A.   Yeah.  But I don't remember --

22          MR. STARR:  Objection.  Asked and answered.

23      A.   I don't remember who I told it to.  That's --

24  BY MR. MICHALIK:

25      Q.   Okay.  And you don't remember the context in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    which you had that conversation?

 2         A.   No, I don't.

 3         Q.   When you had the conversation with Terry

 4    Rogers' brother, when he told you that Terry Rogers said

 5    that James Fletcher was involved in the robbery, did

 6    that conversation take place before or after the trial?

 7              MR. STARR:  Asked.  Answered.

 8         A.   Now you talking about when I talked to your

 9    brother or talked to Terry?

10    BY MR. MICHALIK:

11         Q.   When you talked to Terry's brother?

12         A.   When I talked to his brother, that was before

13    the trial.

14         Q.   Before the trial.  Okay.  And in that

15    conversation, Terry's brother told you that Terry told

16    him that James Fletcher was involved in the robbery?

17              MR. STARR:  Objection.  Form.  Foundation.

18         Mischaracterizes prior testimony.

19    BY MR. MICHALIK:

20         Q.   Did you ever tell the state's attorney,

21    Ms. O'Connor, anything about the conversation that you

22    had with Terry's brother?

23         A.   No, I didn't.

24         Q.   Did you tell that to the investigator who you

25    talked to about this case?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   No, I didn't.

2      Q.   Did you tell that to the white woman to whom

3   you gave the Affidavit to?

4           MR. STARR:  Form.  Foundation.

5      A.   No, I didn't.

6   BY MR. MICHALIK:

7      Q.   Just have one more area that I want to ask a

8   couple of questions about.  Earlier, Mr. Stefanich was

9   asking you some questions about your testimony at page

10  942 of Exhibit 3.

11     A.   Was that 943?

12     Q.   942.  Just to put it in context, this is the

13  testimony about the individual who was telling the other

14  person to shoot you, okay?  Do you remember that?

15     A.   Yeah.

16     Q.   All right.  So Mr. Stefanich asked about Lines

17  4 through 8 in which you identified Mr. Fletcher as the

18  person who was saying to shoot you, correct?

19     A.   Yeah.

20          MR. STARR:  Objection to form.

21  BY MR. MICHALIK:

22     Q.   Okay.  And then Mr. Stefanich asked you if

23  that testimony was truthful and you answered, "Yes." And

24  then he asked you if it was accurate.  Do you remember

25  those questions?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   Yes.

2     Q.   All right.  When he asked you if it was

3  accurate, you said it's what you thought at that time.

4  Do you remember --

5     A.   Yeah, I --

6     Q.   -- that answer?

7     A.   When somebody got a gun on you, you ain't -- I

8  mean, your mind ain't -- I don't know what -- what you

9  looking for, you know, but somebody got a gun on you

10  stick it in your side -- I had been shot prior before

11  that.  I lost a left kidney, like I said.  I'm not

12  thinking about, you know, the man telling somebody to

13  shoot me.  You know, he telling somebody to shoot me.

14  I'm not thinking about all this other stuff, you know,

15  what's going on.  You know, I'm -- I'm worried about me

16  staying alive.

17     Q.   Perfectly understandable.  So and my question

18  to you is, when you said it's what you thought at the

19  time, why did you answer it that way as to whether your

20  testimony was accurate?

21     A.   I -- I -- I couldn't remember --

22     MR. STARR:  Objection to form.

23     A.   -- which one was telling him, you know, to

24  shoot me or -- all I know -- I'm looking at the gun in

25  my side.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. MICHALIK:

 2         Q.   All right.  So you sit here -- I'm sorry.  I

 3    didn't mean to cut you off.

 4         A.   I'm there looking at the gun in my side and

 5    the other -- he got -- he got the gun in my side, but he

 6    telling the other guy that -- the other guy got the gun

 7    pointed me.  He telling that guy to shoot me.

 8         Q.   Okay.  So as you sit here today, it's your

 9    testimony that you are not certain as to the individual

10    who was telling the other individual to shoot you; do I

11    understand that correctly?

12         A.   No.  The one that had the gun in my side was

13    telling the other guy to shoot me.

14         Q.   All right.  But you can't say which individual

15    that was --

16         A.   No, I can't.

17         Q.   -- as you sit here today?

18         A.   I can't No.

19              MR. MICHALIK:  Thank you, Mr. Cooper.  That's

20         all I have.

21              MR. STARR:  I just have a couple followups,

22         but I need to run to the restroom really briefly.

23         Let's go off the record.

24              THE VIDEOGRAPHER:  We are off the record.  The

25         time is 2:07 p.m.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           (OFF THE RECORD)

2           THE VIDEOGRAPHER:  We are back on the record

3      for the deposition of Edward Cooper.  My name

4      is Brandon Rackowski.  Today is Friday,

5      April 28, 2023. The time is 2:18 p.m.

6                REDIRECT EXAMINATION

7   BY MR. STARR:

8      **Q.   All right.  Mr. Cooper, I just have a few more**

9   **questions for you.  I'll try to get you out of here**

10  **soon.  Sir, you were asked by defense counsel certain**

11  **questions about conversations you had with a Cook County**

12  **State's Attorney by the name of O'Connor, correct?**

13     A.   Yes.

14     **Q.   Okay.  Is it correct that you don't fully**

15  **remember the conversations you had with ASA O'Connor?**

16     A.   I don't fully remember the conversation.  I --

17  I remember, you know, she's prepping me for the what --

18  what was at trial, you know?

19           MR. STARR:  Let's go off the record.

20                (OFF THE RECORD)

21           THE VIDEOGRAPHER:  We are back on the record

22      for the deposition of Edward Cooper.  My name

23      is Brandon Rackowski.  Today is Friday,

24      April 28, 2023. The time is 2:20 p.m.

25   BY MR. STARR:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD COOPER, taken 04/27/2022

175

```
 1        Q.   Mr. Cooper, is it fair to say that you do not
 2   have a specific memory of the conversations that you had
 3   with the State's Attorney O'Connor prior to your
 4   testimony at James Fletcher's criminal trial?
 5        A.   I don't have complete memory of that.
 6        Q.   Okay.  You just remember that you you were
 7   prepping for your testimony, correct?
 8             MR. STEFANICH:  Objection.  Form.
 9        A.   Correct.
10   BY MR. STARR:
11        Q.   Okay.  So you don't remember what was actually
12   -- what ASA O'Connor actually said to you, correct?
13        A.   No, I don't.
14        Q.   Okay.  And you don't remember what you
15   actually said to ASA O'Connor in response to what she
16   said to you, correct?
17        A.   No, I don't.
18        Q.   Okay.  And so you can't say one one way or the
19   other, what you actually talked about with her, correct?
20             MR. STEFANICH:  Objection.  Form.
21        A.   Not exactly what I --
22             MR. STEFANICH:  Mischaracterizes his prior
23        testimony.
24        A.   Not exactly what I talked to her about.
25   BY MR. STARR:
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  And so when you were asked earlier by

2  Defense Counsel about whether or not you told ASA

3  O'Connor certain things about what happened when the

4  police showed you a photo array, you can't date for

5  certain what exactly you told her, correct?

6        MR. STEFANICH:  Object to form.

7    A.   No.

8        MR. STEFANICH:  Mischaracterizes prior

9    testimony.

10    A.   I don't remember exactly what I said to her.

11  That -- that was so many years ago.

12  BY MR. STARR:

13    Q.   Okay.  So you remember that you think you

14  remember that you told her that you weren't certain

15  about the identification, correct?

16    A.   Correct.

17    Q.   But beyond that, you can't say specifically --

18  you don't have a specific memory about what you said to

19  her, correct?

20    A.   Right.

21        MR. STEFANICH:  Objection to form.

22    Mischaracterizes prior testimony.  Do you have a.

23  BY MR. STARR:

24    Q.   Specific memory of telling ASA O'Connor that

25  the police manipulated the photo identification?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                MR. STEFANICH:  Objection to form.
 2         A.   No, I don't.
 3    BY MR. STARR:
 4         Q.   Do you have a specific memory of telling that
 5    the police gave you any information about the suspect
 6    before you identified --
 7                MR. STEFANICH:  Objection.  Form.
 8    BY MR. STARR:
 9         Q.   -- the suspect?
10                MR. STEFANICH:  Mischaracterize prior
11         testimony.
12         A.   No, I don't.
13    BY MR. STARR:
14         Q.   Do you have a specific memory that the -- of
15    telling ASA O'Connor, anything about the photo array at
16    all?
17                MR. STEFANICH:  Objection.  Form.
18         Mischaracterize his prior testimony.
19         A.   No, I don't.
20    BY MR. STARR:
21         Q.   Okay.  Do you have any specific memory of
22    telling ASA O'Connor anything about the lineup?
23         A.   No, I don't.
24         Q.   Okay.  And then you also testified, sir, about
25    conversations you had with some additional people at
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    some point in time.  I believe you said there was a

2    Black man and a white woman, correct?

3        A.   Yes, sir.  He was a private investigator or

4    something.  If I -- I -- I remember the guy saying he

5    was a private investigator, but then I don't know if the

6    lady said she was a private investigator or not.

7        Q.   Okay.  So the guy -- let's talk -- let's ask

8    you some questions about the guy.  The guy that told you

9    he was a private investigator.  You don't remember when

10   he came out and spoke to you, correct?

11       A.   No, I don't remember when that he came and

12   talked to me.

13       Q.   Did he show you any kind of badge or any kind

14   of identification?

15       A.   He gave me a -- a card.  I remember him gave

16   me a card.  You know, it got, like, a little badge on

17   the card or something like that.

18       Q.   A little badge on like a business card?

19       A.   Yeah.  On the card.

20       Q.   With a badge on it?

21       A.   Right.

22       Q.   Okay.

23       A.   And he also told me after -- I'm not for sure.

24   I'm -- I'm just -- don't remember for certain, but I

25   know he was talking about who he worked there for.  You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 know, he -- he was working for somebody else.  You know,

2 he was just an investigator.

3     Q.   Okay.  And do you remember who he said he

4 worked for?

5     A.   No, I don't.

6     Q.   Okay.  Do you still have that card that he

7 gave you?

8     A.   No, I don't.

9     Q.   Okay.  So you don't know if this Black

10 investigator was in fact an investigator at all,

11 correct?

12     A.   Not -- no.  The only thing I know about the

13 card that he gave me.  I remember him giving me a card.

14     Q.   Okay.  And you don't know if this Black

15 investigator was a reporter, do you?

16     A.   No.  No.

17     Q.   Okay.  You also don't know if this Black

18 investigator worked for the Chicago Police Department,

19 do you?

20     A.   No, I don't.

21     Q.   Okay.  So he could have been a reporter,

22 correct?

23     A.   Yeah.  He could have been anybody.  I don't --

24 I don't remember.  All I know was he told me he was

25 investigating James Fletcher's case, and he was a -- a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD GOETER, taken 04/25/2023

1 private investigator, but he didn't he -- he told me who

2 he worked for, but I don't remember who exactly who he

3 said he worked for.

4      Q.   Okay.

5      A.   And he gave me the card.

6      Q.   And he could have been working for the Chicago

7 Police Department for all you know, correct?

8      A.   He could have been.

9      Q.   He gave you a card with a badge on it,

10 correct?

11     A.   Yeah.  The style on -- in the -- on -- on --

12 in the corner of it.

13     Q.   Okay.

14     A.   I remember that.

15     Q.   Okay.  And this wasn't the same Black

16 detective that you talked to at the -- at the police

17 department?

18     A.   No.

19     Q.   Okay.  And you don't specifically remember

20 what you told that man, correct?

21     A.   Right.  Basically, just asked me what about

22 the -- about the -- what -- what -- what had happened

23 and asked me did -- was I for sure that -- what they

24 were telling me?  I told him at the time -- I always

25 told everybody I was not 100 percent sure that -- that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 183 of 252 PageID #:6661
The Deposition of EDWARD FOSTER, taken 04/29/2022
181

 1  it was him or not.

 2      Q.   Okay.  And then the white woman -- you don't

 3  know who that white woman was, do you, sir?

 4      A.   No, I can't remember who she was.  I -- I

 5  can't -- I don't remember.  I remember basically what

 6  she looked like, you know.

 7      Q.   And do you recall when it was that she came

 8  out and spoke to you?

 9      A.   No, I don't.

10      Q.   Okay.  Was that white woman who came out and

11  spoke to you the same white woman who you did the

12  affidavit for?

13      A.   I'm not for sure on that neither.

14      Q.   Okay.  So I think that the Defense Counsel was

15  conflating that when they were asking you, so let me

16  just ask it to be clear.  So you recall talking to a

17  Black investigator at some point in time, correct?

18      A.   Yes.

19      Q.   And you recall talking to a white woman who

20  you thought was an investigator at some point in time?

21      A.   Yeah.  Yeah. because she came -- she came to

22  the job and if I -- if I can remember, she came to the

23  job and she -- to my job and talked to the -- to the

24  owner and he gave me the phone number and he told me to

25  call it because I called.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 184 of 252 PageID #:6662
The Deposition of EDWARD LEE BAKER, taken 06/25/2012
182

1      Q.   Okay.  What job was that, sir?

2      A.   That's -- that's Prosperity trucking company.

3      Q.   Okay.  And when did you start working there

4  again?  I'm sorry.

5      A.   And I started working there in -- in '96.

6      Q.   Okay.  So it could have been in 1996 that she

7  came out to your job?

8      A.   Right.

9      Q.   Okay.

10     A.   It was my -- it was because I hadn't been

11 working there that long.

12     Q.   Okay.  Are you sure that you started working

13 there in 1996?

14     A.   Yes.

15     Q.   Okay.

16     A.   '96 or '95.

17     Q.   Well, the reason I ask it -- and I don't have

18 it in front of me, sir, but I can take a break and get

19 it -- is I believe there's a police document that says

20 something about Prosperity Trucking on the document. So

21 maybe we'll take a break and I'll show that to you.

22     A.   Now it -- '95 or '96.  I'm not for sure.  I

23 know it was '95 or '96, but if I'm mistaken was in '96.

24     Q.   Okay.  That's fair.  And you don't remember

25 what you told this woman, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   No, I don't -- I don't remember a conversation

2 with her.  I'm trying to I was trying to think.  I -- I

3 know I had a conversation because the -- because she

4 came to the job.  As far as what happened with it, I

5 don't remember exactly.

6    Q.   Okay.  You don't have any specific memories of

7 anything in particular that you told this woman,

8 correct?

9    A.   No, I don't.

10    Q.   And do you have any specific memories of

11 anything in particular that you told the Black man you

12 thought was an investigator?

13    A.   No.  He just asked me a question about what

14 had happened and I told him what what -- what happened

15 And he asked me, was I for sure that was James Fletcher?

16 I told him I wasn't 100 percent for sure.  I said, the

17 only thing I could go by are features of his face.

18    Q.   Okay.  And then in 2011, you signed an

19 affidavit.  We've established that, correct?

20    A.   Yes.

21    Q.   So the person that had you sign the affidavit

22 was a woman.  Is that -- is that your testimony?

23    A.   Yes.

24    Q.   Okay.  And is that the same woman who came out

25 to investigate you and talked to you prior to that?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    I'm not for sure on that.

2    Q.    Okay.  But it -- the 2011 affidavit is a

3    different occasion than when you said another woman came

4    up to talk to you in '95 or '96, correct?

5    A.    Right.

6    Q.    Okay.  You were asked a lot of questions about

7    your testimony in court.  Do you remember being asked

8    those questions by defense counsel and giving answers in

9    response to those questions?

10    A.    Yes.

11    Q.    Okay.  And you were asked by Mr. Michalik

12    about when you said, "that's what I thought at the

13    time."  Do you remember that?

14    A.    Yes.

15    Q.    Okay.  So when you testified in Court, did you

16    think that you were being truthful and accurate?

17    A.    I thought I was being truthful and accurate.

18    Q.    And did you think you were being truthful and

19    accurate at the time you testified because of what the

20    detectives had told you about the suspect?

21         MR. STEFANICH:  Objection.  Form.

22    A.    Yes, I -- yes, I did. because I was going

23    by -- like I said, I was going by the features of his

24    face and his lips.  And I was going by the -- I -- when

25    they told me that Terry was the one that told me, I know

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   that -- the kind of people that he ran with.

2   BY MR. STARR:

3        Q.   Okay.  So when you testified that James

4   Fletcher was one of the offenders in -- at his criminal

5   trial, you did so because of information you learned

6   from the Chicago Police, correct?

7             MR. STEFANICH:  Objection.  Form.

8        A.   Yes.  I did.

9             MR. STEFANICH:  Mischaracterizes prior

10       testimony.

11       A.   Yes.

12            MR. STEFANICH:  Asked and answered.

13       A.   Yes.

14   BY MR. STARR:

15       Q.   Okay.  And you thought at that time you were

16   being truthful when you testified?

17       A.   Yes, I did.

18       Q.   What did, specifically, Detectives Bogucki and

19   Schalk tell you to make it the case that you thought

20   that you were testifying truthfully?

21            MR. STEFANICH:  Objection.  Form.  Asked and

22       answered.

23       A.   I told him the pictures I had (Inaudible) that

24   Rogers was the one that gave -- gave him -- gave him up.

25   BY MR. STARR:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  Did it also influence your belief that
 2   you were being truthful and accurate when you testified
 3   when the detectives had previously told you that other
 4   people had identified the same man?
 5             MR. STEFANICH:  Objection.  Form.
 6        A.   Yes.
 7   BY MR. STARR:
 8        Q.   Do you remember looking at those IDOC photos
 9   and being asked by defense counsel about the names that
10   are listed on there?
11        A.   No, I -- only thing I -- I remember about
12   the name.  It was Dixon.  I remember that.  Like I said,
13   I -- I remember that the pictures that they showed me,
14   they were much clearer than these here.  And all of them
15   last name -- I remember that that last name on there was
16   Dixon.
17        Q.   Okay.  So my question was a little bit
18   different.  Do you remember when Defense Counsel asked
19   you questions about those photos and the names that were
20   listed on those photos?
21        A.   Yes.
22        Q.   Okay.  And you remember giving answers today
23   at the deposition about the names in those photos,
24   correct?
25        A.   Right.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  Do you know when -- do you have a

2  specific memory of when the first time you learned James

3  Fletcher's name is?

4    A.   No, not -- when I first learned learned his

5  name was from -- from the police, though.

6    Q.   Right.  But do you know specifically when that

7  was?

8    A.   Not specifically, just -- let's see.  Not

9  specifically when it was.  I knew I -- I learned from

10  the name from the police.

11    Q.   Okay.  So you learned the name James Fletcher

12  from the Chicago Police.  Did you learn it from

13  Detectives Bogucki and Schalk?

14    A.   If I'm not for sure with them, but because

15  I -- I only talked to maybe about maybe three to four

16  detectives during that case, you know?

17    Q.   Okay.  So you can't say one way or the other,

18  if you learned the name James Fletcher when they came

19  out to your -- Detectives Bogucki and Schalk came out to

20  your house in 2002, correct?

21    A.   No, I can't.

22    Q.   Okay.

23    A.   I -- when I went to the police station.  Like

24  I said, the officer I talked to at the police station,

25  the -- the Black officer, he persistently told me it was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 190 of 252 PageID #:6668
The Deposition of EDWARD COOKER, taken on Spring 21, 2023
188

1   James Fletcher from he -- he had previous accounting

2   with him from Cabrina Green.

3        **Q.   Okay.  So your earliest memory of learning**

4   **that the suspect's real name was James Fletcher was when**

5   **you were at the police station and you spoke to the**

6   **Black detective prior to seeing the lineup lineup,**

7   **correct?**

8          MR. STEFANICH:  Objection.

9     A.   Before -- before I seen the --

10        MR. STEFANICH:  Mischaracterizes his testimony

11    A.   Before I saw the lineup, I learned the name.

12        MR. STEFANICH:  Right.  So just -- can you

13     read that question back again?  Listen to the

14     question.

15            (REPORTER READS BACK REQUESTED QUESTION)

16        MR. STEFANICH:  Same objection.

17    A.   I think -- if I -- I learned his name before

18   that.

19   BY MR. STARR:

20     **Q.   Okay.**

21     A.   I -- I knew his name before that.

22     **Q.   But you're not sure when?**

23     A.   Right.  I'm not -- but I knew his name before

24   then.  Before --

25     **Q.   Okay.  Let me ask you this then.  Do you do**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD ROBERTSON, taken on 12/21/2021

1    have a specific memory of learning the name James

2    Fletcher from a Black detective when you were at the

3    police station before you saw the lineup, correct?

4        A.    Right.

5        Q.    Okay.

6        A.    But I -- I -- I'm saying I knew his name

7    before then, though.

8        Q.    Okay.  Sir, you were asked about Exhibit 1, a

9    bunch of questions.  I asked you questions about your

10   affidavit and defense counsel asked you questions about

11   your affidavit, correct?

12       A.    Yes.

13       Q.    Before you signed this affidavit in 2011, did

14   you read the affidavit completely?

15       A.    I'm quite sure I did read it around back then.

16   Yeah, I'm quite sure I read it.

17       Q.    Okay.  Would you ever sign your name to

18   something that's allegedly your testimony prior to

19   reading it?

20       A.    No.

21       Q.    Okay.  I want to ask you something that you

22   said about the police in 1990.  You said that the police

23   officer you spoke to in 1990 told you that -- strike

24   that.  I'm going to ask you about some testimony you

25   gave earlier about a conversation you had with the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   police in 1990.  Is it correct that you testified

2   earlier that the police that you -- the police officer

3   you spoke to in 1990 told you that he was going to put

4   the shooting on you if you didn't tell him where your

5   gun was?

6       A.   That's exactly what he told me.

7       Q.   Okay.

8       A.   They -- they -- they locked me up and kept me

9   till the next morning.

10      Q.   Okay.  And did that scare you, sir?

11      A.   Yes, it did.

12      Q.   Did that make you want to cooperate with the

13  police?

14      A.   Yes, it did.

15      Q.   Okay.  Did you feel like that was a threat?

16      A.   Yes, sir.  He grabbed me in my collar and

17  pushed me up against the wall, hit me up against the

18  wall and told me they -- they -- they will -- they will

19  put it on me.

20      Q.   Okay.  Did that threat that they -- that

21  the --

22      A.   Excuse me.  He told me they put the -- the man

23  that got killed, they would put it on me.

24      Q.   Okay.  And did you interpret that threat that

25  they would put the man that got killed on you to mean

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 193 of 252 PageID #:6671
The Deposition of EDWARD BRISBANE, taken 06/25/2021

191

```
 1   that they were going to frame you for shooting that man?
 2        A.   Yes.  Yes, I did.
 3             MR. STEFANICH:  Objection to form.
 4   BY MR. STARR:
 5        Q.   Okay.  And did the threat that they were going
 6   to frame you for the shooting of Willie Sorrell make you
 7   want to cooperate with the police in this case?
 8        A.   Yes, it did.
 9        Q.   Did that -- did that previous threat that the
10   police made make you feel like you needed to say and do
11   whatever the police wanted you to say and do?
12             MR. STEFANICH:  Objection.  Form.
13        A.   Yes, I did.
14   BY MR. STARR:
15        Q.   Okay.  Couple more questions and then I'll be
16   done.  You testified that you spoke to Terry Rogers'
17   mother at some point about this incident, correct?
18        A.   Yes.
19        Q.   I just want to be -- I want to be super clear
20   about what your testimony is about Terry Rogers' mother.
21   First of all, you don't know for a fact that Terry
22   Rogers and James Fletcher knew each other, correct?
23        A.   No, I don't.
24        Q.   You were making assumption, right?
25        A.   Right.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 194 of 252 PageID #:6672
The Deposition of EDWARD SCHMIDT, taken on 04/25/2023
192

1     Q.   Okay.

2     A.   They were in the same neighborhood within a

3 few blocks apart, you know?

4     Q.   Okay.  So you understood Terry Rogers and

5 James Fletcher to have at some point lived in the same

6 neighborhood, a few blocks apart?

7     A.   Right.

8     Q.   Okay.  And so are you assuming that Terry

9 Rogers knew James Fletcher?

10     A.   I assume that he knew him.

11     Q.   Okay.  Do you know whether or not James

12 Fletcher knew Terry Rogers?

13     A.   No, I don't.

14     Q.   Okay.  And then Terry Rogers' mother.  I'm

15 sorry.  Remind me what her name was.

16     A.   Joanne.

17     Q.   Joanne?

18     A.   Yeah.

19     Q.   Okay.  And so Joanne Rogers -- is it correct?

20 Did I get your testimony correct?  Joanne Rogers told

21 you that Terry told her that Terry gave the police the

22 name James Fletcher because he had been arrested?

23     A.   Yes.

24     Q.   Okay.  So was your understanding from Joanne

25 Rogers that her son gave James Fletcher's name to get

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  out of an arrest that Terry Rogers had?

2       A.    Yes.

3       Q.    Okay.  And was it your understanding from

4  talking to Joanne Rogers that Terry Rogers just gave

5  James Fletcher's name as a -- as a means to an end?

6       A.    That's what I believe it was.

7       Q.    Okay.  And so did Terry -- did Terry Rogers'

8  mother believe that James Fletcher was involved in the

9  Willie Sorrell shooting at all?

10      A.    No, she didn't -- she didn't know him.  She --

11 I told her, you know, I tell -- I told her that I didn't

12 want nobody going to jail for the wrong for -- for what

13 Terry said that they did, you know.

14      Q.    And did Terry Rogers' mother, Joanne Rogers,

15 ever tell you that she had any reason to think that

16 James Fletcher was in fact involved in the Sorrell

17 shooting?

18      A.    No.

19      Q.    And did I also hear you correct that Terry

20 Rogers' mother told you that she thought Terry Rogers

21 was in on the Willie Sorrell shooting?

22      A.    Yes, she did.

23      Q.    What do you mean when you say that Terry

24 Rogers was in on the shooting?

25      A.    She said --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 196 of 252 PageID #:6674
The Deposition of EDWARD FOSTER, taken on April 11, 2023

194

```
 1              MR. STEFANICH:  Objection.  Form.
 2         A.    -- he always -- he always was a lookout.  You
 3    know, everybody know he -- he -- he always looked out
 4    for somebody else when they were robbing somebody.  It
 5    was -- like I said, up there, Madison and Central, a lot
 6    of deliveries drivers was getting robbed.  At that --
 7    during that time a lot of -- and he was -- and everybody
 8    knows he was -- he was -- he -- he always been nothing
 9    but a lookout man.  And that's what made me think that
10    he was in on it. because when I came out the store --
11    out the restaurant, I said, "Hey, Terry, what going?"
12    He dropped his head.  And he never -- he never, you
13    know, every time he used to see me, he would come hug me
14    or something, say, "How you doing?" or whatever, ask me
15    for some money or something.  I -- this time he didn't
16    do that.
17    BY MR. STARR:
18         Q.    Okay.  So am I correct that your testimony is
19    that when Terry Rogers' mother told you that she thought
20    Terry Rogers was in on the shooting that meant that he
21    was involved in the shooting?
22         A.    Yeah, I -- I believe so. because she -- me and
23    her, she -- ever since I like about three or four years
24    old, I know she kind of, you know, helped raise me up,
25    yeah.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
COURT REPORTERS

1   Q.   Okay.  Just a couple more questions real

2   quick.  You specifically remember discussing the

3   suspect's lips with Detectives Bogucki and Schalk,

4   correct?

5   A.   I remember that, correct.

6   Q.   Did -- do you recall whether or not Detectives

7   Bogucki and Schalk were the first ones to raise the lips

8   when you were discussing the suspect with him --

9   MR. STEFANICH:  Objection.

10  BY MR. STARR:

11  Q.   -- them?

12  MR. STEFANICH:  Objection.  Form.

13  BY MR. STARR:

14  Q.   Now, let me rephrase it.  It was a badly

15  phrased question.  Before you mentioned the lips of the

16  suspect, did Detectives Bogucki and Schalk mention to

17  you anything about the suspect's lips?

18  A.   I -- I can't remember that.  The only thing

19  I -- I -- I told them that he had big lips and -- and --

20  and that's -- that -- that -- they couldn't have told

21  me -- after I told him that he had big lips, that's when

22  they told me -- specifically when they pointed at the

23  picture and told me to pay -- pay attention -- to look

24  at his lips because that's when they said, lips, nose,

25  and stuff don't change.  He said -- and I told them

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 198 of 252 PageID #:6676
The Deposition of EDWARD BOGUCKI, taken on 04/29/2022
196

```
1    then -- I said he had -- that he had big lips.  And
2    they -- and then that's the only photo that I saw the
3    features with, you know, with the big lips.
4         Q.   Okay.  So there was only one person in the
5    photo array they showed that had big lips, correct?
6         A.   Correct.
7         Q.   But you can't recall whether or not they
8    brought up big lips first or you brought it up first,
9    correct?
10        A.   No, I don't.  I -- I might have brought it up
11   first, but I'm not for sure.  No.
12        Q.   Okay.  And then just briefly back to the
13   conversation you had with ASA O'Connor.  When you
14   earlier testified that you think that you told ASA
15   O'Connor information about the police photo array -- the
16   photo array that Bogucki and Schalk did in 2002 -- were
17   you speculating or do you know that you actually told
18   them that --
19             MR. STEFANICH:  Objection.
20        Q.   -- told her that?
21             MR. STEFANICH:  Form.  Mischaracterizes --
22        A.   I remember that's --
23             MR. STEFANICH:  -- testimony.
24        A.   -- speculating basically because, you know, we
25   just sitting down, like we doing just talking and -- and
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   I think I -- I'm not for sure if I brought it up to her
 2   or not, you know? because basically what she was doing
 3   was prepping me just, you know, the question that she
 4   going, ask -- ask me and try to keep it at a yes or no.
 5   BY MR. STARR:
 6       Q.   Right.  And so the conversation you had with
 7   ASA O'Connor -- the things that she asked you in that
 8   conversation before your testimony, were they the same
 9   things that she asked you when you were on the stand?
10           MR. STEFANICH:  Object to form.
11       A.   Yes.
12   BY MR. STARR:
13       Q.   Okay.  And ASA O'Connor never asked you if
14   Detectives Bogucki and Schalk pointed at the suspect
15   before you identified them, did she?
16       A.   No.  Nobody had never asked me that.
17       Q.   If she had asked you that when you were on the
18   stand, would you have said -- what would you have said?
19       A.   I would've told her they did.
20       Q.   Okay.  And do you have a specific memory of
21   her ever asking you that at all?
22       A.   No.  She never asked me that.
23       Q.   Okay.  But you do have a specific memory that
24   before you ever made any identification of any -- anyone
25   in this case, Detectives Bogucki and Schalk pointed to a
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 200 of 252 PageID #:6678
The Deposition of EDWARD BOGUCKI, taken on April 22, 2022
198

```
 1   photograph and told you that that was the suspect?

 2       A.   Yes.

 3       Q.   Correct?

 4           MR. STEFANICH:  Objection to form.

 5       Mischaracterizes his testimony.

 6       A.   Well, they pointed to it and told me that was

 7   him because they -- what they told me was that Terry

 8   told them -- gave -- gave him up and the two witness --

 9   two -- the two witness -- the lady got pointed them out,

10   told him that that was him.

11   BY MR. STARR:

12       Q.   Right.  So I understand that.  I just want to

13   get this clean.  So your testimony is that Detectives

14   Bogucki and Schalk told you that Terry Rogers had told

15   them who the suspect was, correct?

16       A.   Correct.

17       Q.   And that was before you identified anybody,

18   correct?

19       A.   Yeah, that's correct.

20       Q.   Okay.  And your testimony is also that

21   Detectives Bogucki and Schalk told you that two other

22   people had identified somebody before you looked at the

23   photo array, Correct?

24           MR. STEFANICH:  Objection.  Form.

25       A.   Correct.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   BY MR. STARR:

2       Q.   And then when you said you couldn't identify

3   the anyone in the photos, Detectives Bogucki and Schalk

4   pointed out a photo; is that correct?

5           MR. STEFANICH:  Objection.  Form.

6       A.   Correct.

7   BY MR. STARR:

8       Q.   And they told you that the person they were

9   pointing at was the suspect?

10          MR. STEFANICH:  Objection.  Form.

11      A.   Yes.

12  BY MR. STARR:

13      Q.   And they told you that that person they were

14  pointing at was the suspect that those two other

15  individuals previously had identified, correct?

16      A.   Correct.

17          MR. STEFANICH:  Objection.  Form.

18  BY MR. STARR:

19      Q.   And they told you that that person that they

20  were pointing at was the person that Terry Rogers had

21  told them was the suspect, correct?

22          MR. STEFANICH:  Objection.  Form.

23      A.   Correct.

24          MR. STARR:  Okay.  I have no further

25      questions.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 202 of 252 PageID #:6680
The Deposition of EDWARD COOPER, taken on 04/28/2022

200

```
 1                    RECROSS-EXAMINATION
 2   BY MR. STEFANICH:
 3        Q.    Mr. Cooper.  I have a couple follow up
 4   questions.  Joanne Rogers -- she wasn't out there in
 5   1990 when the shooting occurred, right?
 6        A.    No, she wasn't.
 7        Q.    So she had no idea who was involved in the
 8   shooting, correct?
 9             MR. STARR:  Objection.  Foundation.
10        A.    Correct.
11   BY MR. STEFANICH:
12        Q.    Okay.  In 1990, I believe in the morning
13   session, when Mr. Starr was asking you questions, you
14   said that you were -- you would -- you were looking at
15   photographs in 1990 when you went to the police station;
16   is that correct?
17        A.    Yeah.  He gave me some photographs to look at.
18        Q.    Okay.  And you didn't pick out anybody in
19   those photographs, correct?
20        A.    No, I didn't.
21        Q.    Okay.  When you were threatened in 1990, that
22   wasn't by Detective Bogucki, correct?
23        A.    I don't know.  I can't remember what detective
24   it was.  He grabbed me in my collar, pushed me up
25   against the wall, and told me they would put it on me.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 203 of 252 PageID #:6681
The Deposition of EDWARD BOLDEN, taken on 04/25/2023
201

1  He told -- they locked me up and he -- he told me, said,

2  "I'll be back in the morning and we'll go get the --

3  your gun."

4      Q.   Okay.  And so the person that threatened you

5  was the person that was the detective you went and got

6  your gun with?

7           MR. STARR:  Objection.  Foundation.

8      A.   --

9  BY MR. STEFANICH:

10     Q.   Okay.  Was that Detective Fleming?

11     A.   I don't remember which detective it was.

12     Q.   Okay.

13     A.   But he he took me back to -- to get the gun.

14     Q.   Okay.  In 2002, you previously testified that

15 one of the detectives was with you when you were viewing

16 the lineup; is that correct?

17     A.   I don't know.  I don't remember if both of

18 them was in there -- in there or not, or just one of

19 them.  I'm not -- I knew someone else was in there.

20     Q.   Okay.  Besides maybe one or both of the

21 detectives, was there another person in there?

22           MR. STARR:  Objection.  Asked and answered.

23     A.   Not that I can remember.

24 BY MR. STEFANICH:

25     Q.   Okay.  After the lineup in 2002, did you speak

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD FOSTER, taken on April 23, 2021

```
 1    with an assistant state's attorney?  A female assistant

 2    state's attorney?

 3         A.   Yeah.  I don't know -- I don't know if it was

 4    afterwards, but not -- I don't know how long it was

 5    after that.

 6         Q.   Sure, yeah.  So let let me ask a better

 7    question.  Did you ever speak with an female assistant

 8    state's attorney at the police station?

 9         A.   No, I -- I don't remember speaking to no --

10         Q.   Did you ever speak with a female assistant

11    state's attorney at your house?

12         A.   No, not at the house.

13         Q.   You talked to Mr. Starr yesterday; is that

14    correct?

15         A.   Yes.

16              MR. STARR:  Asked and answered.

17    BY MR. STEFANICH:

18         Q.   Where were you when you talked to Mr. Starr?

19         A.   At home.

20         Q.   Did you talk to him on the phone?

21         A.   Not just -- yes, when -- when he called, yeah.

22         Q.   Okay.

23         A.   He just called me.

24         Q.   Okay.  And then did you also talk to Mr. Starr

25    yesterday in person?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   Yes.

 2      Q.   Okay.  And when you talked to him in person,

 3   were you at your home?

 4      A.   Yes.

 5      Q.   How long did you talk to Mr. Starr in person

 6   yesterday?

 7      A.   No more than 20 minutes, I think.

 8      Q.   What did you talk about?

 9      A.   Well, he -- he just asked me what happened.

10   Just told me when I come in, just -- just try to

11   remember what happened, and you just be truthful of what

12   I say.

13      Q.   Did you tell Mr. Starr yesterday that the

14   police pointed to a photo when they were at your house

15   in 2002?

16      A.   Yes, I did.  I told him that they laid it on

17   the -- on my stairs.

18      Q.   Okay.

19      A.   And pointed it out.

20      Q.   Okay.  Did he ask you that specific question?

21   Did he ask you, "Did the police point out a photo?"

22      A.   No, he didn't.

23      Q.   So what did he ask you that led you to give

24   that answer?  What was the question he asked you?

25      A.   He asked me if I -- I recognized him, where I

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   told him that the police had pointed him out to me.  We

2   were talking -- we were talking about -- about his lips.

3       Q.   Can I get that answer back?

4         (REPORTER PLAYS BACK REQUESTED TESTIMONY)

5   BY MR. STEFANICH:

6       Q.   Did you hear your answer just now?

7       A.   Yeah.

8       Q.   Okay.  Were you talking about Mr. Starr or

9   were you talking about the police in that answer?

10         MR. STARR:  Objection to form.

11      A.   About the -- the -- the police in that answer.

12  BY MR. STEFANICH:

13      Q.   All right.  Okay.  So my question was, you

14  just told me that you told Mr. Starr yesterday that the

15  police pointed out a photo to you when they were at your

16  house in 2002, correct?

17      A.   Correct.

18      Q.   Okay.  And I asked you, did Mr. Starr ask you

19  that specific question, right?

20         MR. STARR:  Asked and answered.

21  BY MR. STEFANICH:

22      Q.   Is that correct?

23      A.   No.  We -- I told him that -- that -- that the

24  police pointed the --

25      Q.   Okay.  So he never asked you yesterday, "Did
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 207 of 252 PageID #:6685
The Deposition of EDWARD FOSTER, taken on September 22, 2022

205

```
 1    the police point to a picture in the photo array at your
 2    house?"
 3              MR. STARR:  Asked and answered.
 4    BY MR. STEFANICH:
 5         Q.   Is that correct?
 6         A.   That's correct.
 7         Q.   Okay.  So my question that I think we got
 8    confused on was, what did Mr. Starr ask you that led you
 9    to give the answer that the police pointed out a picture
10    during the 2002 photo array?
11              MR. STARR:  Objection.  Form.  Asked and
12         answered.
13         A.   Asked -- asked me, did they show me any
14    pictures and stuff?  I told him that they -- that the
15    pictures that they showed me, I pointed out that they
16    pointed him, James Fletcher, out to me.  So he -- that
17    he was the one that Terry Rogers told him it was.
18    BY MR. STEFANICH:
19         Q.   Okay.  So he asked you yesterday, Mr. Starr
20    asked you yesterday, "Did the police show you any
21    pictures at your house?"  Is that correct?
22         A.   Correct.
23         Q.   And in response to that question, that's when
24    you answered that the police pointed out the picture for
25    you, correct?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Yes.
 2              MR. STARR:  Asked and answered.
 3   BY MR. STEFANICH:
 4        Q.    Okay.  So why didn't you say that at the
 5   criminal trial when the -- when you were asked, did the
 6   police show you pictures at your house in 2002?
 7              MR. STARR:  Objection to the form. Foundation.
 8        Asked and answered.  Calls for speculation.
 9        A.    They -- they -- they asked me -- they didn't
10   actually ask me. did I pick him out of lineup.  I
11   told -- asked him was he -- was the -- was he sitting
12   there? Because I -- they asked me, did I see the person
13   that I thought they robbed me of?  Something like that.
14   Like, that was the question that they asked me at the
15   trial.
16   BY MR. STEFANICH:
17        Q.    Uh-huh.  Okay.  And in 2011, when you gave
18   your affidavit and talked about, in paragraph 8, the
19   police showing you pictures at your house, why didn't
20   that prompt the answer of the police pointed out a photo
21   to you in 2002?
22              MR. STARR: Objection.  Form.  Foundation.
23        Asked and answered.
24        A.    I don't -- I don't know why, I didn't come up
25   with it.  I don't know.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   BY MR. STEFANICH:

 2        Q.   Okay.  Did you tell Mr. Starr yesterday that

 3   the police told you to look at the lips when you were

 4   looking at the photographs in your house in 2002?

 5             MR. STARR:  Objection.  Form.  Foundation.

 6        Asked answered.

 7        A.   I told them that -- I told the police that

 8   I -- only thing I can remember was -- was his lips,

 9   because he had the gun in my side.  I told them I

10   remember his lips.  And that's when they told me to --

11   pointed at the picture and told me look at -- look at

12   his lips.

13   BY MR. STEFANICH:

14        Q.   Okay.

15        A.   And his nose.

16        Q.   Okay.  So my question was, did you tell

17   Mr. Starr yesterday at your house when he was there,

18   that the police told you to look at the -- to look at

19   the lips in the photographs?

20        A.   Yes.

21        Q.   Okay.  And was your answer yesterday to

22   Mr. Starr in response to that same question that you

23   just told us about?

24        A.   Yes.

25             MR. STARR:  Objection to form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  BY MR. STEFANICH:

2      Q.   Did you tell Mr. Starr yesterday at your house

3  that in 2002 when the police were at your house, they

4  told you that two other witnesses identified

5  Mr. Fletcher?

6      A.   Yes, and that was that.

7      Q.   Okay.  And what question did Mr. Starr ask

8  that you responded with that answer?

9      A.   He asked me that did I recognize -- recognized

10  him from -- from a photo.  I told -- the police told me

11  that to look at the lips, and that two other people had

12  already -- two -- two other witnesses had already

13  identified him.  And that Terry Rogers had told them

14  that he was the guy.

15      Q.   So it's fair to say that Mr. Starr yesterday

16  didn't ask you the specific question of, did the police

17  tell you in 2002 that two other witnesses identified

18  Mr. Fletcher?

19          MR. STARR:  Asked and answered.

20      A.   No, he didn't tell me that.

21  BY MR. STEFANICH:

22      Q.   Okay.  Yesterday, when you were speaking with

23  Mr. Starr at your house, did you tell Mr. Starr about

24  the black officer's conversation with you prior to the

25  lineup?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. STARR:  Objection to form.

2      A.    Yeah, I told him about that.

3  BY MR. STEFANICH:

4      **Q.    And what was Mr. Starr's question that led you**

5  **to give that answer to him?**

6      A.    He didn't -- he wasn't asking -- I was -- he

7  was asking me what happened.  What went on when I went

8  to the police station and stuff.  I just told them what

9  happened, and what -- what -- what --

10     **Q.    Okay.**

11     A.    But I told -- I told -- I also told him that I

12  didn't think that detective -- detective had nothing to

13  do with the -- do with the case.

14     **Q.    Okay.  So he just asked you what happened at**

15  **the lineup?  Is that essentially --**

16     A.    Yeah, he -- he was asking what's in the -- the

17  police in the -- in the -- in the -- in the room where I

18  was when I made the identification.

19     **Q.    Did Mr. Starr tell you yesterday anything**

20  **about Mr. Fletcher?**

21         MR. STARR:  Objection.  Form.

22     A.    What -- what do you mean?

23  BY MR. STEFANICH:

24     **Q.    Did Mr. Starr tell you what happened in**

25  **Mr. Fletcher's case?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.    No, he didn't tell me what happened in the
2  case.
3     Q.    Did Mr. Starr tell you that Mr. Fletcher
4  received a Certificate of Innocence?
5     A.    Received what?
6     Q.    A Certificate of Innocence?
7     A.    No, he didn't.
8     Q.    Besides the mechanics of how the deposition
9  works, did Mr. Starr tell you anything about this
10 lawsuit?
11    A.    No, I don't -- I didn't know nothing about a
12 lawsuit.
13    Q.    Okay.  What else do you recall Mr. Starr
14 telling you yesterday at your house?
15    A.    He didn't tell me nothing else.  He told me
16 about it.  I mean, he didn't tell me nothing about no
17 lawsuits or nothing like this here.  What you're talking
18 about.  You know, he just told me he needed me to be
19 truthful, to try to remember what -- told me to try to
20 remember what happened, and just be truthful with my
21 answers.
22    Q.    Did Mr. Starr provide you with your trial
23 testimony?  Did he give you a copy of your trial
24 testimony yesterday?
25    A.    No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 213 of 252 PageID #:6691
The Deposition of EDWARD FOSTER, taken 04/25/2024

211

```
 1        Q.    Is today the first time that you've seen your
 2   trial testimony?
 3        A.    Talking about this here?
 4        Q.    I'm talking about Exhibit Number -- that.
 5        A.    Yeah, that's the first time I've seen this
 6   here.
 7        Q.    Okay.
 8        A.    Any of this here.
 9             MR. STEFANICH:  Okay.  Okay.  I think that's
10        all the questions I have.
11             MR. STARR:  Just real quick -- follow with
12        anything.
13             MR. MICHALIK:  I do.
14             MR. STARR:  Sorry.  Go ahead.
15                      RE-EXAMINATION
16   BY MR. MICHALIK:
17        Q.    Yeah.  So I want to just ask you a little bit
18   about what happened with the detective in 1990.  I think
19   you testified you told Mr. Starr that the detective
20   threatened to put a murder case on you?
21        A.    Yes, he did.
22        Q.    All right.  So at that time, when you first
23   were talking to the detectives, you spoke to them at the
24   scene, correct?
25        A.    Yes.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   All right.  And you weren't exactly truthful

2   with them at first, were you?

3      A.   I didn't tell them I had a --

4           MR. STARR:  Form.

5   BY MR. MICHALIK:

6      Q.   Right.  And so you said that you had chased

7   the offenders, but you did not tell them about the gun,

8   correct?

9      A.   Correct.

10      Q.   And in fact, they asked you whether or or not

11   you had a gun and you said no?

12      A.   Correct.

13      Q.   All right.  But it was later that you told the

14   detective that you did have a gun?

15      A.   Yes.  Yes, I did.

16      Q.   Right.  And at that point, what happened?

17      A.   He grabbed me on my collar and told me he'd

18   put it on me.  Because he said -- he said I had a gun to

19   me.  And I told him, yeah, I had the gun.  They wanted

20   to check my gun to make sure that that wasn't the gun

21   that killed -- that the guy got killed by.

22      Q.   All right.  And at that point, they kept you

23   overnight at the police station?

24      A.   They locked me on the cell, yes.

25      Q.   All right.  And the I think you told us that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the detective then took you out the next day to go find

2  the gun?

3       A.   Yeah.  He took me to go get the gun.  I

4  already knew where it was.

5       Q.   Did they find the gun?

6       A.   Yes.

7       Q.   All right.  Was it where you told them they

8  should look?

9       A.   I took them to it and got -- gave it to them.

10      Q.   Were you charged with the shooting of

11 Mr. Sorrell?

12      A.   No.

13      Q.   Were you charged at all?

14      A.   They charged me for -- for firing a gun in the

15 City of Chicago.

16      Q.   All right.  So there were some gun charges?

17      A.   Yes.

18      Q.   That were filed?

19      A.   Yes.

20      Q.   And also, do you recall whether or not you

21 were charged with the aggravated assault at the time?

22      A.   No.  I don't remember what they told them.

23      Q.   What happened with those charges?

24      A.   It went to court and the judge throw them out.

25      Q.   The judge threw them out?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   Yes.
 2             MR. MICHALIK:  All right.  So that's all I
 3        have.  Thank you, sir.
 4                   FURTHER DIRECT EXAMINATION
 5   BY MR. STARR:
 6        Q.   Just really briefly, Mr. Cooper, thank you
 7   again for being here.  You were asked about why you
 8   didn't testify in court during Mr. Fletcher's trial that
 9   the police had pointed out the suspect's photo prior to
10   your invocation.  Do you remember being asked those
11   questions by defense counsel?
12        A.   Yes.
13        Q.   Okay.  Why did you not testify in court that
14   the police pointed out a photo of the suspect?
15        A.   Truthfully, I -- I really thought it was him
16   after the police told me about that -- that two other
17   witnesses had already identified, and that Terry Rogers
18   had stated, so I just really believed -- after that, I
19   really believed it was him.
20        Q.   Okay.  So you believed that Mr. Fletcher was
21   involved in this shooting in 1991?
22        A.   Yes, I did.
23        Q.   You believed that Mr. Fletcher was involved in
24   the shooting in 1990, correct?
25        A.   Yeah.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 217 of 252 PageID #:6695
The Deposition of EDWARD FLETCHER, taken on April 22, 2022
215

1    Q.   Okay.  And you believe that because of what

2    the police had told you, correct?

3    A.   Correct.

4    Q.   Was your belief that Mr. Fletcher was involved

5    in the shooting based on your memory of the shooting?

6              MR. STEFANICH:  Objection.  Form.

7    A.   I -- I believed that he was involved in it

8    from -- from -- from when I looked at the photograph, I

9    looked at his lips when they told me that -- to look --

10   to pay attention to his lips.  And then when I went to

11   the -- also when I went to the police station and seen

12   him in the lineup, I believed it was him.  And also,

13   I -- because they told me two other witnesses had

14   already identified him, in -- which I knew the Shaniqua

15   [sic] -- I can't remember the name correct name -- that

16   she was standing right there.  We walked right -- they

17   walked me right past her into -- and put me in the

18   truck.  And they -- they also told me that she was --

19   had already identified them.

20   BY MR. STARR:

21   Q.   Okay.  So before you learned any of that

22   information you just testified to, before you learned

23   that anybody else had identified him, before you learned

24   that Terry Rogers had said the name of the suspect,

25   before you -- the police pointed at the photograph, you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   looked at a number of photographs that were put in front
2   of you, correct?
3        A.   Yes.
4        Q.   And you could not identify James Fletcher or
5   Arnold Dixon as the shooter that was involved in the
6   1990 shooting, correct?
7             MR. STEFANICH:  Objection.  Asked and
8        answered.
9        A.   I couldn't -- I couldn't identify him till
10  they -- they pointed to his lips and showed me, and I'm
11  looking at his -- in the face, you know.
12  BY MR. STARR:
13       Q.   Okay.  You could not identify the photograph
14  that is listed as Arnold Dixon Bates 553, that's Exhibit
15  4, you could not identify that man as being involved in
16  the 1990 shooting until the police pointed at him and
17  told you to look at the lips and told you that other
18  people had identified him, correct?
19            MR. STEFANICH:  Objection to form.
20       A.   That's correct.  That's correct.
21  BY MR. STARR:
22       Q.   And then lastly, defense counsel asked you
23  about whether or not I told you that James Fletcher got
24  a Certificate of Innocence.  Do you remember that
25  question and your answer?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 219 of 252 PageID #:6697
The Deposition of EDWARD COFER, taken 04/25/2023

217

```
 1        A.    Yes.

 2        Q.    Okay.  Do you now know that James Fletcher got

 3   a Certificate of Innocence?

 4        A.    I -- I did not know that.

 5        Q.    Do you know what a Certificate of Innocence

 6   is?

 7        A.    Yeah, I could just -- somebody that's been

 8   falsely accused.

 9        Q.    Right.  And do you know that the Certificate

10   of Innocence -- certificate of Innocence is an order

11   that a judge enters?

12            MR. STEFANICH:  Objection.

13        A.    No, I didn't.

14            MR. STEFANICH:  Form.  Foundation.

15   BY MR. STARR:

16        Q.    And do you know that a Certificate of

17   Innocence is an order that a judge enters in Cook County

18   stating that the individual was wrongfully convicted?

19            MR. STEFANICH:  Objection.

20            MR. MICHALIK:  Objection.

21            MR. STEFANICH:  Form, foundation. --

22        A.    No, I didn't.

23            MR. STEFANICH:  Mischaracterizes the order.

24   BY MR. STARR:

25        Q.    That was incorrect.  I apologize.  Let me just
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 220 of 252 PageID #:6698
The Deposition of EDWARD BOSTER, taken on April 22, 2022
218

1    retract that and restate that.  Did you know that the

2    Certificate of Innocence is an order that is entered by

3    a Cook County Judge that indicates that the person that

4    was -- that was the subject of the order was wrongfully

5    convicted?

6              MR. MICHALIK:  Objection.

7              MR. STEFANICH:  Form.  Foundation.

8        Mischaracterizes the order.

9        A.   No, I didn't know that.

10   BY MR. STARR:

11       Q.   And did you know the Certificate of Innocence

12   indicates that the subject of the Certificate of

13   Innocence was actually innocent?

14             MR. STEFANICH:  Form.  Foundation.

15       A.   I didn't know whether they're actually

16   innocent or not, but I -- I -- I didn't -- I know it's

17   got to be something that just innocent, they're wrongly

18   convicted or something, yeah.

19   BY MR. STARR:

20       Q.   So now knowing that James Fletcher received

21   an -- a Certificate of Innocence, does that influence

22   your opinion of whether or not he was involved in the

23   1990 shooting?

24             MR. STEFANICH:  Objection.  Form.

25       A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    BY MR. STARR:

2        Q.    How does it influence your opinion?

3        A.    I -- I guess they did a -- a lot more

4    investigating and found out that he wasn't involved in

5    it.  Because I don't know if he had a alibi during that

6    time, or where he was or whatever.  I don't know.  But,

7    you know, the only thing I was going by was what the

8    detectives had told me about they had -- they'd already

9    been -- they had already been identified in that -- in

10   the case, you know.

11       Q.    But as you sit here today, do you now know

12   that James Fletcher was innocent of the 1990 shooting?

13             MR. STEFANICH:  Objection.

14       A.    --

15             MR. STEFANICH:  Objection to form.  Foundation.

16             MR. MICHALIK:  Calls for speculation.

17   BY MR. STARR:

18       Q.    You can answer.

19       A.    From -- from what I'm hearing now, yeah.

20       Q.    Okay.  And that's --

21       A.    That's why -- that's why I kept on telling

22   them I wasn't a 100 percent sure, because I didn't want

23   to see nobody innocent to go into jail, spending no time

24   in jail because of -- from what -- from what I said, you

25   know, I wasn't -- I wasn't for sure that was him or not,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of EDWARD BAKER, taken 04/21/2022

220

 1   you know.  And from when the police kept telling me that

 2   was him, and then Terry Rogers from -- from running, and

 3   then from the people that identified that -- I know that

 4   was right there on the scene said -- that's why I really

 5   thought it was him.  And I'm sorry that he went to jail

 6   for that, you know?

 7          MR. STARR:  Okay.  No further questions.  Thank

 8      you, sir.

 9                 FURTHER CROSS-EXAMINATION

10   BY MR. STEFANICH:

11      Q.   I've got a couple follow-up.  Before I asked

12   you about the certificate of Innocence, you've never

13   heard that phrase before; is that correct?

14      A.   No, I not -- not -- not in the specific word,

15   but I know -- I'm not stupid, I know what it means.

16      Q.   You know what innocence means, right?

17      A.   I know it's somebody been to -- went to jail

18   for something they didn't do that.

19      Q.   Sure.  But you've never heard of the phrase

20   "Certificate of Innocence," correct?

21      A.   No.

22      Q.   Okay.  And you said -- you said something

23   interesting that you -- when Mr. Starr was asking you

24   questions about this topic.  That you would assume that

25   there was some more investigating before --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1     A.    In -- in order -- in order for them to give a

 2   certificate, they had to find something.  Something they

 3   had to find out that he was innocent for it.

 4     Q.    **You would think whoever was supposed to be**

 5   **investigating that would actually investigate it,**

 6   **correct?**

 7     A.    I -- and I -- why wasn't it done then?

 8          MR. STARR:  Objection.

 9   BY MR. STEFANICH:

10     Q.    **So my question is, before someone receives**

11   **their Certificate of Innocence, you assume that somebody**

12   **else would've investigated if someone is worthy of**

13   **receiving one, correct?**

14          MR. STARR:  Objection to form.

15   BY MR. STEFANICH:

16     Q.    **And you have no idea if that actually happened**

17   **in Mr. Fletcher's case, correct?**

18          MR. STARR:  Objection.  Foundation.

19     A.    (Inaudible).

20          MR. STEFANICH:  Okay.  Those are all the

21          questions I have.

22                    FURTHER EXAMINATION

23   BY MR. MICHALIK:

24     Q.    **Just one upon the same topic.  You don't know**

25   **what representations were made to the Court in order for**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

222

```
 1    Mr. Fletcher to get a Certificate of Innocence, do you?

 2         A.   No, I don't.

 3              MR. MICHALIK:  That's it.  Thank you.

 4                   FURTHER DIRECT EXAMINATION

 5    BY MR. STARR:

 6         Q.   Just briefly.  Looking at the Certificate of

 7    Innocence Statute, sir, I'll just tell you that the

 8    Certificate of Innocence, one of the categories is that,

 9    "The petitioner is innocent of the offenses charged in

10    the indictment or the information, or his or her acts or

11    admissions charged in the indictment, or information did

12    not constitute a felony or a misdemeanor against the

13    state."  Do you know, as you sit here today, now that in

14    fact, James Fletcher is innocent of the 1990 shooting of

15    Willie Sorrell?

16              MR. STEFANICH:  Objection.  Form.  Foundation.

17         A.   Far as I -- far as I'm concerned, yeah, he was

18    innocent.

19              MR. STARR:  Okay.  Thank you.  No further

20         questions.

21                   FURTHER CROSS-EXAMINATION

22    BY MR. STEFANICH:

23         Q.   I have one more.  Do you only think now that

24    he's innocent because you've learned that he has a

25    Certificate of Innocence?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 225 of 252 PageID #:6703
The Deposition of EDWARD BAKER, taken 04/25/2022
223

1        A.    Yeah, I -- I'm quite sure they did some kind

2   of investigation to find out -- to get a -- a -- a --

3   they don't just let you out.  For things nowadays.

4   Something -- something, I don't care how small it was,

5   how big it was.  They had to find out something to -- to

6   give him that.  You know.

7        Q.    So 15 minutes ago, before I asked you about

8   the Certificate of Innocence, did you have an opinion

9   one way or the other whether he was innocent or not?

10              MR. STARR:  Objection.  Foundation.

11       A.    I -- I kind of -- you know, if he -- I kind of

12  figured if he was out, it's something that had to happen

13  for -- in order for this to be going on, you know?

14  BY MR. STEFANICH:

15       Q.    So you just --

16       A.    I'm kind of -- you know, I'm kind of saying

17  that -- I always, like I said, I never felt 100 -- if I

18  was 100 percent sure that he was -- he -- that -- that

19  he was the one, I -- I'd go with it all day.  But I

20  always told everybody I was only -- I was 50 percent,

21  and that I went to -- only -- I only went to 75 percent,

22  that's as far as I ever went, because I wasn't for sure

23  it was him because all the things that was -- that was

24  going on back then.  Yeah.

25       Q.    So now, as you sit here today and you know

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 226 of 252 PageID #:6704
The Deposition of EDWARD FOSTER, taken on April 26, 2023
224

1  that Mr. Fletcher got out of jail, right?  That is part

2  of the basis why -- strike that.  As you sit here today,

3  are you even 50 percent sure Mr. Fletcher was one of the

4  offenders.

5       A.   Yeah, I'm -- I'm -- I'm -- I'm -- I'm pretty

6  sure that he wasn't, I'm -- I'm pretty sure now that --

7  that he was not, you know.

8       Q.   And --

9       A.   And I didn't think that he went to jail for

10  something that he didn't do, you know.

11      Q.   All right.  And that's because Mr. Fletcher

12  got out of jail, correct?

13           MR. STARR:  Objection.  Form.  Foundation.

14      Mischaracterizes testimony.

15      A.   I'm quite sure he didn't even get out and then

16  and -- and -- and -- and done it.  I'm quite sure of

17  that.

18  BY MR. STEFANICH:

19      Q.   You don't know why he got out of jail?

20      A.   No, I don't know why he got out.

21      Q.   And you don't --

22      A.   But I feel that he had to not -- they had to

23  find some kind of evidence to show that he did not do it

24  in order for him to -- you know.  And -- and if he -- if

25  he was in a murder before that, and then in -- in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    another one, how you going to keep on getting out of

2    jail to keep on, you know.

3         Q.   That's a good question.

4         A.   It ain't hard to figure out, you know.

5         Q.   Uh-huh.  Have you heard of people getting out

6    of jail based on technicalities?

7              MR. STARR:  Objection.  Form.  Foundation.

8         A.   Yeah, I've heard of that, too.

9    BY MR. STEFANICH:

10        Q.   Okay.  That's a reason people can get out of

11   jail, correct?

12        A.   Yeah.

13        Q.   And you don't know if Mr. Fletcher got out of

14   jail because of a technicality, right?

15        A.   No. --

16             MR. STARR:  Objection.  Form.  Foundation.

17        Mischaracterizes the evidence.

18        A.   On a technicality back then before he went to

19   jail.  Is my thinking of it, you know.

20             MR. STEFANICH:  And -- okay.  That's all the

21        questions I have.

22             MR. STARR:  I just have one last question,

23        sir.  Unless Paul has any questions?  Sorry.

24             MR. MICHALIK:  No.

25                  FURTHER DIRECT EXAMINATION

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    BY MR. STARR:

2        Q.   Sorry.  I saw you packing up.  One last

3    question.  Sir, you were just asked about reasons why

4    you think that Mr. Fletcher's innocent.  Do you remember

5    those questions and giving answers to those questions?

6        A.   Yes.

7        Q.   Okay.  Is one of the reasons you think that

8    Mr. James Fletcher is innocent of the 1980 shooting

9    because when you first looked at the photo array you

10   could not identify him?

11       A.   Right.  I couldn't -- I could not identify him

12   until they told me about his lips, to focus on his lips.

13       Q.   Okay.

14       A.   And that's what I -- basically, to be honest,

15   that's what I focused on when I went to pick him out of

16   the lineup.

17            MR. STARR:  Okay.  No further questions.

18            MR. STEFANICH:  Nothing.

19            MR. STARR:  Okay.  Thanks, Mr. Cooper.

20            THE REPORTER:  All right, before we go off the

21       record, orders for this transcript?

22            MR. STARR:  Yeah, let's real quick talk to him

23       about waive or --

24            THE REPORTER:  Okay.  So Mr. Cooper, you have

25       the right to review the transcript once it is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 229 of 252 PageID #:6707
The Deposition of EDWARD COOPER, taken 04/25/2023
227

```
 1   complete. You can't make any, like, major changes,
 2   but let's say you said red car, I typed blue car.
 3   You can make that correction.  Would you like to
 4   reserve that right today?
 5        MR. STARR:  Before you answer, just let me
 6   opine on this a little.  The -- basically you're
 7   deciding whether or not you want to come back and
 8   review a transcript to make sure that she did her
 9   job correctly.  I think everyone here would say
10   that the Court reporters do their jobs correctly.
11   So the question is, do you want to come back and
12   review the transcript and then sign off?  Or will
13   you waive your signature and agree that she did her
14   job accurately today?
15        THE WITNESS:  No.  Waiving.
16        MR. STARR:  All right.
17        THE REPORTER:  All right.  Okay.  And now
18   orders for the transcript starting with --
19        MR. STARR:  We're going to hold off for right
20   now.
21        THE REPORTER:  Absolutely.  Do you know,
22   Mr. Stefanich?
23        MR. STEFANICH:  Nope.  I don't need it.
24        THE REPORTER:  And you?
25        MR. MICHALIK:  No, thank you.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 230 of 252 PageID #:6708
The Deposition of EDWARD COOPER, taken on April 22, 2023
228

1          THE REPORTER:  All right.  And orders for the

2    video?

3          MR. STARR:  Nope.

4          MR. STEFANICH:  Same.

5          THE REPORTER:  All right, we can --

6          THE VIDEOGRAPHER:  Ready to go off?  We are

7    off the record.  The time is 3:09 p.m. and this

8    concludes today's testimony given by Edward Cooper.

9               (DEPOSITION CONCLUDED AT 3:10 P.M.(CT))

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

```
 1              CERTIFICATE OF REPORTER

 2                 STATE OF ILLINOIS

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Title page here of by me after

 7   first being duly sworn to testify the truth, the whole

 8   truth, and nothing but the truth; and that the said

 9   matter was recorded digitally by me and then reduced to

10   typwritten form under my direction, and constitutes a

11   true record of the transcript as taken, all to the best

12   of my skill and ability.  I certify that I am not a

13   relative or employee of either counsel, and that I am in

14   no way interested financially, directly or indirectly,

15   in this action.

16

17

18

19

20

21

22   KRYSTAL BARNES,

23   COURT REPORTER/NOTARY

24   COMMISSION EXPIRES: 02/18/2026

25   SUBMITTED ON: 06/16/2023
```

KRYSTAL M BARNES
Official Seal
Notary Public - State of Illinois
My Commission Expires Feb 18, 2026

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

Exhibit 1_
Cooper 72:16,
17,22 73:5 85:4
86:5 143:21
161:1 189:8

Exhibit 2_
Cooper 86:14,
18,19,20
115:25 116:1,4
162:1

Exhibit 3_
Cooper 91:1,2,
8 122:15
171:10

Exhibit 4_
Cooper 99:24,
25 100:5
103:10,16
104:5 133:20,
21 136:4
216:14,15

Exhibit 5_
Cooper
101:15,21
129:5,6

---

**1**

1 57:20 72:16,
17,22 73:5 85:4
86:5 138:8
143:21 161:1
189:8

10 78:16 81:19
86:7 97:19

100 21:3,9
76:23 77:10
89:3,7 90:15
99:3 102:17
103:13 120:12
147:8 157:4,22
158:23 159:5
180:25 183:16
219:22 223:17,
18

10:00 48:18

11 20:18 49:24

95:2 96:4,7
98:20 149:20

11:02 7:6

12 20:3,18
49:12,24 76:20
88:1,5 98:3
130:5 149:20

12:12 85:21

12:23 86:1

13 95:4

14 79:5 95:7
99:2 122:15
124:3

1435 9:13 15:1
48:23

15 95:8 127:25
223:7

160 96:20
97:12

17 94:14

170 96:20
97:12

18 94:16 134:16

180 40:4 148:9

19 11:1 75:16
99:9 129:21
137:11

192 101:16
129:7

193 102:8

197 101:16
102:8

1973 12:21

1976 12:21

1980 226:8

1981 12:14,15

1982 12:22

1988 15:11,12

1990 9:17,20
10:14,23,25
12:6,8 14:24
15:6,16 16:15
19:15 20:4 22:8

25:18 28:18
34:16 41:18,24
42:3,11 44:8
45:17,20 46:4,
14 47:8 57:14,
17,20 59:17
61:22 62:22
63:15 69:1,8
70:1 71:23
75:12 79:2,24
108:7 128:2,5
150:3,18
189:22,23
190:1,3 200:5,
12,15,21
211:18 214:24
216:6,16
218:23 219:12
222:14

1991 10:23
11:1 74:23
214:21

1995 47:18,19,
21,23,25 75:16
80:18,23,25
81:3 95:4,13,23
129:18,22
130:6,14,15,19,
25 131:14

1996 182:6,13

---

**2**

2 72:23 86:14,
19,20 116:1,4
125:17 127:3
144:14,20
162:1

20 12:1 94:16
140:24 153:3
203:7

20-CV-04768
7:13

20-something
30:24

200 40:4 148:9

2000 19:10
161:15

2002 19:11
20:1,5,9 22:6

23:19 24:9 25:5
26:21 29:15
44:22 47:9
48:4,7,10,16,23
49:2,7,21 51:1,
23 53:9,16
56:9,18 58:10
64:8,14 67:14,
25 72:7 76:15,
21 77:23 79:8
80:4,8,12 98:14
100:18 101:7,
10 102:24
103:15 106:14,
23 107:7 108:4
111:8,22 112:5,
18 113:21
114:14 115:12
116:7 117:21
119:12 120:23
121:6,17
131:24 133:16
134:1,18
137:12,19
146:3,9,17
157:21 187:20
196:16 201:14,
25 203:15
204:16 205:10
206:6,21 207:4
208:3,17

2004 78:17
79:1,8 86:8,11,
24 87:15 88:20
89:16 90:10,22

2005 92:22
109:9 130:23

2011 72:5,9
73:8,16 74:7,10
77:3,17,19
78:7,11,22 83:4
84:20 143:22
183:18 184:2
189:13 206:17

2023 7:5 86:1
130:21 174:5,
24

20s 96:25 97:1

21 9:17,19
14:24 15:16
16:15 42:3,11
57:17 61:22
96:19

21st 128:2,5

23 92:22

24 12:1 96:24

26th 110:7
122:3,5

28 86:1,24
174:5,24

28th 7:5

2:07 173:25

2:18 174:5

2:20 174:24

2nd 73:16

---

**3**

3 91:1,2,8
122:15 171:10

30s 97:1

311 7:7

3:09 228:7

3:10 228:9

---

**4**

4 99:25 100:5
103:10,16
104:5 132:18
133:21 136:4
138:7,16
171:17 216:15

407 86:15,23
87:22

408 86:15

40s 32:23

4566 106:3

4569 106:3

4577 106:3,20

4578 106:3

---

**5**

5 101:15,21
129:5,6



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
COURT REPORTERS

5'10" 40:14
109:4

5'11" 32:16

5'9" 40:4,13
148:7

50 25:8 34:2
110:18 113:7
159:3 165:7,11
223:20 224:3

50s 92:9

54 92:9

553 100:1
104:23,24
105:6,12,18
216:14

559 100:1

**6**

6 75:1,2 105:25
106:6,7

6' 40:4,13 148:7

60607 7:8

60651 9:13

**7**

7 75:15

75 71:2,11,12,
21 77:12 113:8
123:3 159:3,19,
24 160:1,9,10
165:7,11
223:21

78 106:20

**8**

8 76:14 77:22
93:6 98:11
138:16 146:16
157:16,19
171:17 206:18

8's 157:17

**9**

9 77:8,22

934 91:3 92:12,
17 122:15

939 124:3

940 124:12

941 125:17

942 127:2
171:10,12

943 171:11

945 93:1,6

948 127:25

949 128:7

95 48:2 130:17
182:16,22,23
184:4

952 132:15

96 182:5,16,22,
23 184:4

968 96:4

970 95:2

972 130:5

973 98:10
137:10

975 134:16
135:6,7

976 134:23
135:7

984 138:7,16

988 91:3

9:00 48:18

**A**

a.m. 7:6

Aberdeen 7:7

ability 14:10,14

Absolutely
227:21

accounting
188:1

accurate 75:9
77:5 78:24
95:20 124:21
125:24 127:11
128:22 129:1
138:19 158:2
162:11 163:2
165:11 171:24
172:3,20
184:16,17,19
186:2

accurately
77:14 227:14

accused 217:8

acting 94:8

acts 222:10

addition 52:20
60:14 68:10
103:2

additional
52:8,19 53:1,6
78:8 79:19,20
101:2,3 177:25

address 15:2,3
48:23

admissions
222:11

affect 14:10,
14,16,20

affidavit 72:5,
11,13 74:15
78:4 79:11,19
81:12,13,16,22
84:4,16 85:3
86:6 129:17
143:21 144:3,
18 145:2,8
146:16,22
147:14,21
157:16 161:2,3
162:23 163:4,
15 167:6,14
168:5,24 171:3
181:12 183:19,
21 184:2
189:10,11,13,
14 206:18

affirm 8:2

African 139:3
145:20

afternoon
15:17

age 96:25

aggravated
213:21

agree 24:22
113:12 227:13

agreed 26:8
73:25

ahead 127:24
157:11 211:14

Aidan 109:18

alibi 219:5

alive 152:13
154:15 172:16

allegedly
189:18

American
139:4 145:20

amount 49:9

Amy 83:21
84:2,6

answers 10:3
13:8,21 93:19
94:5 95:10
96:15 97:14,16
98:6 99:7,14
110:14 124:19
127:9,11
128:16 129:1
132:19,25
134:17,24
135:3 184:8
186:22 210:21
226:5

Anthony 7:18
108:17,19

anticipating
121:24

anymore
152:15

apartment
21:16

apologize 91:4
106:2 217:25

appears 73:15
87:2

approached
28:6

approximate
96:20

approximately
10:20 20:3 42:2
88:1 89:20
97:12 111:3
162:7

April 7:5 26:20
64:14 67:25
86:1 174:5,24

area 17:20
27:25 138:8
171:7

armed 17:16
123:10

Arnold 104:15,
23 136:5 216:5,
14

array 25:4,24
26:5,6 29:17
47:11 48:10
75:16,19 98:21
101:7 111:22
113:22 114:14
115:11 116:7
117:21 119:12
120:23 121:7,
17 131:23
132:20 133:9,
16 134:2
137:12 161:15,
22 162:13
163:7 164:5,11,
21 176:4
177:15 196:5,
15,16 198:23
205:1,10 226:9

arrest 193:1

arrested 27:3,
11,14,22,23
32:7 101:24
114:6 139:11
192:22



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

arrived 26:23
75:3

ASA 174:15
175:12,15
176:2,24
177:15,22
196:13,14
197:7,13

assault 213:21

assistant
109:13 167:20
202:1,7,10

assume
192:10 220:24
221:11

assuming
192:8

assumption
191:24

attention
87:18 93:1 95:1
125:14 135:12,
14,21 137:7
195:23 215:10

attorney 8:12
82:22,24 84:16
91:22 109:14
119:5 162:16
163:14 164:6
165:17 166:1
167:13,21
170:20 174:12
175:3 202:1,2,
8,11

attorneys 9:7
13:11 67:9
82:14 83:4,7

aware 42:9

—————
B
—————

back 17:4,8,13
25:11 41:14,22
42:24,25 44:8
45:11 56:5
63:10 79:11
81:19 84:20
85:23 93:18
96:4 98:14
102:23 104:5

111:16 119:20
128:4,10,11,12
129:3 130:4
135:9 138:25
140:4,5,18
148:23 150:4
151:21 166:19,
20 174:2,21
188:13,15
189:15 196:12
201:2,13 204:3,
4 223:24
225:18 227:7,
11

bad 75:24
82:19 133:21
146:8

badge 178:13,
16,18,20 180:9

badly 195:14

Barnes 7:4

baseball
128:13

based 13:10
71:6,23,25
149:3 215:5
225:6

basically
164:15 180:21
181:5 196:24
197:2 226:14
227:6

basis 224:2

Bates 72:22
92:10,11 99:25
216:14

Becker 11:6,9,
10,12,16,18

begin 8:6 15:9

beginning
10:25 11:1
74:15

begins 87:24

behalf 91:18

Belated 160:5

belief 186:1
215:4

believed 25:17
46:25 63:2
131:5,18
150:21 214:18,
19,20,23 215:7,
12

bell 109:18

bells 29:8 87:5

big 22:14,24
23:2,10 30:18
31:8 33:15
38:24,25 41:21,
22,25 54:9
70:9,11,13
105:19 107:1
123:19 124:1
126:25 148:24
195:19,21
196:1,3,5,8
223:5

bigger 125:12
128:3

bit 21:12 72:24
95:22 113:2
141:8 142:10
160:19 186:17
211:17

black 32:15
40:12,13 51:24
52:2,5 75:6
101:11 116:16,
20 117:2,9,18
118:4 124:17
162:20 167:22
168:2,13 169:7
178:2 179:9,14,
17 180:15
181:17 183:11
187:25 188:6
189:2 208:24

Blagg 7:23
83:4 84:17,19,
25 93:22 94:1
144:21,22
161:3

blocks 43:10
141:24 192:3,6

blue 124:17
227:2

Bogucki 7:10,

18 29:7,9,12,19
30:2,7,12 31:7,
12 33:4,7 34:5,
8 35:23 36:23
37:5,12 38:24
39:5,16 47:10,
20 48:4,15
49:6,11,23
50:25 51:17,23
52:8,23 53:17
54:2,15,24
55:4,19,25
56:8,19 57:1
58:11,23 59:14,
21 62:8 63:13
64:7 65:1,7
66:9,21 67:13,
18 68:11 80:3
91:24 92:3
100:18 104:18,
24 105:6,13
107:1,6,10,15,
21 108:16
185:18 187:13,
19 195:3,7,16
196:16 197:14,
25 198:14,21
199:3 200:22

bolts 127:4

born 12:20,21,
22

bottom 87:18
92:8 133:23
134:3

braid 148:19

Brandon 7:3
85:25 174:4,23

bread 9:21,22,
24 10:9,11,17
11:3 16:6,10

break 72:19
85:17 182:18,
21

Brian 7:17
108:15

bribe 74:11

briefly 83:21
86:5 173:22
196:12 214:6
222:6

brother 34:21,
22 35:4,7 71:18
72:1 131:7
152:10 163:25
170:4,9,11,12,
15,22

brought 52:20
130:7,11 196:8,
10 197:1

buck 124:8

building
141:25

bunch 189:9

business
178:18

—————
C
—————

C-O-O-P-E-R
8:17

Cabrina 188:2

Cabrini-green
27:16,24,25
28:3 65:19
139:11 169:9

California
110:7 122:3,5

call 49:15
124:7 148:20
164:25 181:25

called 11:5
64:12,16 76:1
157:8 181:25
202:21,23

calls 26:2
109:25 114:23
116:9 120:24
121:9,19 134:6
147:2,17,24
164:23 165:14
206:8 219:16

Candler
144:15

cap 128:7,14

car 227:2

card 178:15,16,
17,18,19 179:6,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

13 180:5,9

care 223:4

carefully 134:19

carrying 17:20

case 7:13 8:13 14:22 18:4 26:13 27:2,8 46:4,10 49:15, 17 50:22 57:23 82:21 84:3 86:11 98:14 100:9 104:19 107:11 109:10 130:7,9 133:3 144:1 145:8 156:14,15,19, 25 162:15 163:7,16 170:25 179:25 185:19 187:16 191:7 197:25 209:13,25 210:2 211:20 219:10 221:17

categories 222:8

caught 139:13

cell 212:24

Central 15:22, 25 140:6 194:5

certificate 210:4,6 216:24 217:3,5,9,10,16 218:2,11,12,21 220:12,20 221:2,11 222:1, 6,8,25 223:8

challenges 13:16

chance 101:20

change 20:19 21:6 149:23,24 195:25

characterizati on 71:21

characterized 97:8

charged 44:4 213:10,13,14, 21 222:9,11

charges 213:16,23

Charmaine 144:15

chase 43:7 93:8 139:22,23

chased 43:5,9 141:2 150:3 212:6

chasing 17:7, 11 139:18 141:18

check 212:20

Chicago 7:8, 21 9:8,13 18:22 19:1,5 20:8 47:13 76:15 82:17,21 83:8 89:21 102:14 111:7 162:8 179:18 180:6 185:6 187:12 213:15

children 12:16, 18,20

City 7:21 9:8 82:17,20 83:8 101:16 106:3 160:17 213:15

Civil 8:20

claimed 75:25 157:8

clarify 160:17 161:5

clean 198:13

clear 21:17 22:18 24:8 55:18,24 56:7 83:13 130:20 135:9 181:16 191:19

clearer 134:14 186:14

close 153:22

closer 130:25

cold 49:15,16

collar 40:19 96:9 128:6,11, 12 190:16 200:24 212:17

colleague 83:20

color 51:24 52:1,2,4 101:11,12

committed 18:14,22 19:3 22:7 25:7 27:16 28:17 66:1

communicate 13:19

company 9:21, 22,25 10:17 11:5,8,20 16:6 182:2

complete 175:5 227:1

completely 189:14

concerned 222:17

concerns 14:23

CONCLUDED 228:9

concludes 228:8

conditions 14:2,6

conducted 26:20

confident 66:2

conflating 181:15

confused 205:8

confusing 160:20

connect 36:12

constitute 222:12

contacted 76:16

contained 74:1

context 137:12 169:3,25 171:12

continue 88:25

continues 89:19

conversation 13:17 113:11 114:19 139:3,7 145:22 155:17, 21,25 156:5,25 164:15 167:22 168:12,20 169:4,6,20 170:1,3,6,15,21 174:16 183:1,3 189:25 196:13 197:6,8 208:24

conversations 95:25 174:11, 15 175:2 177:25

convicted 44:4 217:18 218:5, 18

convinced 39:17 62:17,21

Cook 76:22 158:5 174:11 217:17 218:3

Cooper 7:9,22, 25 8:9,17,19 9:11 74:15,18 85:24 86:3 88:1,13 89:11, 21 108:6,15 126:18 142:17 160:16 162:7 173:19 174:3,8, 22 175:1 200:3 214:6 226:19, 24 228:8

cooperate

190:12 191:7

cooperative 45:16

copy 133:21 210:23

corner 92:15 143:8,9 180:12

correct 8:21,24 9:3,4 10:24 13:4 15:3,7,8, 13 16:4,7 17:16 18:11,17,18,19 20:5,6 21:13, 24,25 22:3,4,8, 9,20,21 23:24, 25 27:8,19,24 28:7,8,18,19 29:1,12 30:5,9, 19 31:4,8,9,22 32:1,2,4,5,8,9 33:4,8,15,16 34:5,9,16 35:5, 6 38:5,6,11,17, 19 39:23 41:1,2 42:11,20 43:5, 12 44:5,22,23, 25 45:1,3 46:11 47:3,6,22 48:4, 7,10,24,25 50:1,3,22 51:8, 12,18 52:5 53:2,14,18,23, 25 54:3,25 56:11,13,22 57:5,17,20,23 58:12,18 60:19, 25 61:13,14,16 62:3,23 64:2,24 65:14,20 66:11, 22 68:8 69:8,9, 14,22 70:1,2, 16,19,23 72:2,3 73:5,23 74:2,16 77:24 78:2,11, 14 79:3,13 80:18,24 81:4, 8,10 82:1,3,4 83:1,14,22,25 84:7,8,10,11, 13,14,17 85:4 91:16,22 94:23 95:4,14 97:5,17 98:1,2,8,9,15, 25 99:18

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 236 of 252 PageID #:6714
The Deposition of EDWARD COOPER, taken on April 12, 2023
234

100:23 101:7,
11 103:20,23
104:9,12,15,19,
21 105:1,3,8,
10,14,16,20,22
109:10,14
116:22 117:24
118:10 119:13
122:20 123:12,
15,19,20 125:6
126:10,22
127:22 129:18
130:23 131:4,
16 132:2,9,10,
13 133:5,6,10,
18,19 134:4
136:5,8,9 137:2
138:20 139:4,
19 140:9
143:22 145:3
146:3,10,19
148:7,9,11,14,
17,25 149:1
150:4,6,9,19,20
151:23 154:2
156:20 157:14
158:2 161:17
162:17,18
164:2 171:18
174:12,14
175:7,9,12,16,
19 176:5,15,16,
19 178:2,10
179:11,22
180:7,10,20
181:17 182:25
183:8,19 184:4
185:6 186:24
187:20 188:7
189:3,11 190:1
191:17,22
192:19,20
193:19 194:18
195:4,5 196:5,
6,9 198:3,15,
16,18,19,23,25
199:4,6,15,16,
21,23 200:8,10,
16,19,22
201:16 202:14
204:16,17,22
205:5,6,21,22,
25 211:24
212:8,9,12
214:24 215:2,3,
15 216:2,6,18,

20 220:13,20
221:6,13,17
224:12 225:11

correction
227:3

Corrections
100:11

correctly
173:11 227:9,
10

counsel 7:13
8:6 174:10
176:2 181:14
184:8 186:9,18
189:10 214:11
216:22

County 76:22
157:21 158:5
174:11 217:17
218:3

couple 13:1
74:6 85:17 86:4
109:7 137:11
139:15 143:20
151:9 160:19
171:8 173:21
191:15 195:1
200:3 220:11

court 7:4,11
9:6 10:4 13:14
36:17,25 82:23
125:20 126:10
132:23 157:3
184:7,15
213:24 214:8,
13 221:25
227:10

cover 91:4

covered 60:12

created 87:2

crime 18:9,14,
22 19:3 22:7
25:7 28:17
132:21 142:11

criminal 34:15,
19 35:3 36:1,7
37:8,16 70:22
71:6 72:4 80:15
83:1 91:6,7,16

95:12 97:17
109:8 112:2
113:14 114:20
117:7 119:1
122:14,17,20
131:4 132:16
133:3,15
155:18,22
156:6,7,20
157:1 175:4
185:4 206:5

CROSS-
EXAMINATIO
N 108:13 220:9
222:21

cues 13:18

curl 40:22
41:12 128:5,7
148:14

curls 96:10

current 15:3

cut 173:3

―――――――

D

dark 40:5
48:19,21 64:20,
23 148:11

Dark-colored
128:13

dark-skinned
40:6

dashboard
124:7

date 73:15,16
86:24 176:4

dates 47:12

day 7:5 16:4,10
17:23 45:7 46:7
47:8,9 150:18
151:8,10,13
213:1 223:19

days 89:20
151:9 161:15,
21,25 162:7,14
163:3

December

9:17,19 12:5
14:24 15:16
16:15 28:18
34:16 42:3,11
44:8 57:12,17,
20 59:17 61:22
74:23 128:2,5

deciding 227:7

decision
36:17,25 37:15
39:1,8

defendant
7:21 125:19
128:1 132:23

defendant's
133:4

defendants
7:18 9:8 83:9

defense
174:10 176:2
181:14 184:8
186:9,18
189:10 214:11
216:22

deliveries
159:10 194:6

delivering
16:10

delivery 10:1
11:17 16:3
142:16

Dennis 152:11,
12,16,23

department
76:16 89:21
100:10 162:8
179:18 180:7,
17

deposes 74:19

deposition 7:9
8:19 9:2 12:23
83:25 84:10
85:24 93:22
168:8 174:3,22
186:23 210:8
228:9

describe 75:6
124:15 139:6

describing
123:10

description
39:25 148:3
149:2,8 150:12,
25

descriptions
45:14

details 78:8
79:20,21

detect 157:12

detective
24:14,18 25:22
26:4,10 27:7,
10,21 28:6
29:7,9,11,14,19
30:2,3,7,8,12
31:6,7,12,24
32:3,13 33:2
34:5,7 36:23
39:5,16 45:25
46:3,6,9,13,23
47:5 53:23
54:7,14,15,22,
23,24 55:4,5,
24,25 56:8,19
57:1 58:10
59:21 65:7,14,
17,24 68:3,6
80:3 87:11 88:4
105:13 107:10
108:16,17,19,
25 138:9
150:22,24
151:5,8,18,22
157:12 164:10
180:16 188:6
189:2 200:22,
23 201:5,10,11
209:12 211:18,
19 212:14
213:1

detective's
32:10

detectives
18:23 19:1,25
20:8 22:5,10,19
23:5,7,19 24:8
25:5 26:25
28:21,25 29:25
31:12 32:19
33:4,6 35:23

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 237 of 252 PageID #:6715
The Deposition of EDWARD COOPER, taken on April 23, 2023
235

37:5,12 38:23
45:19,22 47:10,
20 48:4,15
49:2,6,11,23
50:5,25 51:12,
17,23 52:8,23
53:17 55:19
58:23 59:14
60:14,23 61:25
62:8 63:13 64:7
65:1 66:9,20
67:12,18 68:11
75:22 76:15,19
77:9 87:20,24
89:11 90:4
91:24 92:3
95:3,13 98:13
100:18 103:1
104:12,18,24
105:5,20
106:25 107:6,
15,21 108:16
111:2,12 130:6
131:15 146:17
158:8,15
161:15 164:20
165:10,19
166:1,11,24
167:7,14
184:20 185:18
186:3 187:13,
16,19 195:3,6,
16 197:14,25
198:13,21
199:3 201:15,
21 211:23
219:8

devices 7:2

died 42:13

direct 8:7
87:17 92:6
93:1,4 94:25
214:4 222:4
225:25

directing
92:19

discuss 86:17
130:7,9

discussed
38:7 98:14

discussing
195:2,8

District 7:11,
12

Division 7:12

Dixon 104:15,
23 136:5,16,21
137:1,8 186:12,
16 216:5,14

document
72:23 73:5,7,
11,18,20,22,23,
25 74:1,5,6,9,
12 77:3,17,20
78:22 86:18
87:2,7 90:24
99:22 115:25
116:4 182:19,
20

documents
85:17 86:5
100:2,25

door 21:21
49:2,7 132:4
158:19

double-sided
93:2

doubts 69:10

downstairs
132:6

driver 11:23

drivers 194:6

dropped 35:19
93:17 140:15
194:12

drug 75:24

drugs 35:13
154:23 155:10

duly 74:19

dying 32:8

---

E

---

E-D-W-A-R-D
8:17

earlier 123:9
139:2 161:2
171:8 176:1
189:25 190:2

196:14

earliest 188:3

early 10:23
15:17 26:20
76:15 97:1

east 17:6 142:8

Eastern 7:12

Edward 7:9,22,
25 8:17,19
74:15,18 85:24
174:3,22 228:8

elapsed 49:9
50:6,11,17 79:5

Emmitt 61:6,21

employed
9:14,16,19

employment
10:9,12

end 10:23
75:21 76:5
87:10 193:5

ended 64:13

engine 124:10

enter 21:22

entered 218:2

enters 217:11,
17

entire 91:11

entirety 74:5

entranceway
21:23

error 114:10

essentially
209:15

established
183:19

estimate 96:25

et al 7:10

evening 87:25

events 14:23

eventually
51:7 151:21

evidence 47:3
224:23 225:17

exact 95:18

EXAMINATIO
N 8:7 160:14
174:6 214:4
221:22 222:4
225:25

Excellent 9:11
14:22 15:15

Excuse 190:22

exhibit 72:16,
17,22 73:5 85:4
86:5,14,18,20
88:12 91:1,2,4,
8 99:24 100:5
101:15,16,17,
21 103:10,16
104:5 105:24,
25 106:1,6,7
115:25 116:4
122:15 129:5,6
133:20 136:4
143:21 161:1
162:1 171:10
189:8 211:4
216:14

exhibits
103:10

exited 140:22

expect 31:20
63:19

expecting
91:11

explained
88:14

---

F

---

face 42:15
183:17 184:24
216:11

faces 78:18
79:2 86:10

facial 70:7

fact 25:17
26:17 33:17
35:23 36:15,22

37:5,12 38:23
39:5 57:22
63:15 65:5
69:8,25 75:11
81:6,19 114:3
115:22 179:10
191:21 193:16
212:10 222:14

fair 13:4,12,25
18:13 26:8
31:19 52:3
63:11 76:13
122:11 144:13
145:1 175:1
182:24 208:15

false 33:24
70:25

falsely 217:8

familiar 73:1
89:2 102:16,18

family 57:16
75:23 82:6,10

fax 144:21

feature 149:19

features 20:19
36:13,14
110:24 149:22
183:17 184:23
196:3

February
92:22

federal 8:19,20

feel 37:20
39:16 66:2
190:15 191:10
224:22

feet 94:16
96:13 140:24
143:3

felony 222:12

felt 223:17

female 56:9
116:21 118:9,
14,15,19 119:4,
10,17 142:10
202:1,7,10

figure 225:4



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

figured 25:12
156:4 223:12

filed 213:18

find 158:24
159:2 163:20
213:1,5 221:2,3
223:2,5 224:23

finish 24:4
156:18

fired 42:3,8

firing 213:14

five-eight
97:10

five-minute
85:16

five-nine 97:10

five-six 96:13

flawed 72:7

Fleming 45:25
46:4,7,9,13,23
47:5 150:22,24
151:5,8,18,22
201:10

Fletcher 7:10,
16 8:12 26:10
27:3,11,14,23
28:14,15,16,17
32:4,6 33:23
34:18 35:2
36:1,7,16,24
37:7,8,14,15
44:4,7,11,14,17
55:17,20 69:7,
11 70:21 71:13,
22,25 72:6,22
74:7,10 76:4,5,
11 77:11 80:15
82:9 83:1,13
84:7 86:15
89:13,17 91:3
92:15 93:1 95:2
100:1 104:24
105:18 110:19
112:4,17 114:7
117:13 121:18
125:5 126:10
127:22 133:18
136:7 139:9
147:22 153:19

154:1,18 155:3
157:9 166:12,
25 167:8,15
169:8 170:5,16
171:17 183:15
185:4 187:11,
18 188:1,4
189:2 191:22
192:5,9,12,22
193:8,16
205:16 208:5,
18 209:20
210:3 214:20,
23 215:4 216:4,
23 217:2
218:20 219:12
222:1,14 224:1,
3,11 225:13
226:8

Fletcher's
34:15 35:24
71:6 82:5 91:7,
16 112:2,15
114:20 119:1
122:17,20
130:22 131:4,
15 133:3,7,8,
15,16 143:25
153:13 175:4
179:25 187:3
192:25 193:5
209:25 214:8
221:17 226:4

Fletchers 76:8

Fletchers.'
76:1

floor 7:8 21:16

focus 115:9
136:1 150:2
164:7 226:12

focused
226:15

folks 9:5

follow 160:19
200:3 211:11

follow-up
220:11

followups
173:21

forgot 144:5

form 24:23
25:19,25 31:10
33:9,10,25
34:10 36:3
37:1,9,17 38:18
39:2,9,19 48:11
50:2 51:13,19
53:4,19 54:4,17
55:1,8 56:12,23
57:4 58:13,19,
25 59:18,25
60:20 62:5,9,24
63:16,21 65:21
66:3,12,17
68:15 69:3 71:8
72:8 81:9 92:4
94:11 99:20
102:11 103:4
104:20 105:2,9,
15,21 107:2,12,
19,24 112:19
113:15 114:16,
21 115:13
116:8 117:14
118:1 119:6,14
120:17,24
121:8,19
123:21 124:22
125:25 127:12
128:20 129:23
134:5 135:16
138:21 144:4
145:9 146:4,11,
25 147:16,23
150:13 151:1
157:10 161:18
162:24 163:10,
17 164:12,23
165:20 167:1,9,
16,24 168:18
169:10 170:17
171:4,20
172:22 175:8,
20 176:6,21
177:1,7,17
184:21 185:7,
21 186:5 191:3,
12 194:1
195:12 196:21
197:10 198:4,
24 199:5,10,17,
22 204:10
205:11 206:7,
22 207:5,25

209:1,21 212:4
215:6 216:19
217:14,21
218:7,14,24
219:15 221:14
222:16 224:13
225:7,16

forward 82:7,
10

found 219:4

foundation
102:11 112:19
113:15 114:16,
21 115:13
116:8 117:14
118:1 119:6,14
120:17,24
121:8,19
123:21 124:22
125:25 127:12
128:20 129:23
134:5 135:16
138:21 141:4
144:4 145:9
146:4,11,25
147:16,23
150:13 151:1
157:10 161:18
162:24 163:10,
17 164:12,23
165:20 167:1,9,
16,24 169:10
170:17 171:4
200:9 201:7
206:7,22 207:5
217:14,21
218:7,14
219:15 221:18
222:16 223:10
224:13 225:7,
16

frame 191:1,6

free 81:22

Friday 85:25
174:4,23

friend 57:2,7,
11,19,22,25
58:3,7,17 60:15
61:15 62:1
65:10 75:22
104:25 142:11
143:14

Friend's 57:16

front 21:13,20
86:6 158:4
182:18 216:1

full 140:13

fully 14:3
174:14,16

———————

G

———————

gave 15:2
23:16 50:19
71:5 81:12
84:4,16 93:19
94:20 95:4,8
96:21 97:9,11,
13,16 98:21
99:4,7 100:3
112:3 134:18,
21 138:19
161:3,5 162:23
163:4,15
167:14 168:5,
24 171:3 177:5
178:15 179:7,
13 180:5,9
181:24 185:24
189:25 192:21,
25 193:4 198:8
200:17 206:17
213:9

general 102:20

gentleman
124:14 125:19
127:8,21
132:22

girl 55:21 56:1

give 8:3 10:3
13:8 39:25
45:13 72:25
81:13,16,21
94:5 95:9 96:15
98:17,23 99:14
123:4 124:18
127:9 128:16
132:19,25
134:17,24
138:11 203:23
205:9 209:5
210:23 221:1
223:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

giving 96:22
97:2,14,23 98:6
168:8 179:13
184:8 186:22
226:5

good 7:15 8:9,
10 225:3

grabbed
190:16 200:24
212:17

Grand 76:22
157:21 158:5

Green 188:2

ground 13:1
42:14 43:1

group 106:1
129:5 154:24

growed 16:18

guess 93:25
113:17 130:19
131:13 219:3

gun 16:21 17:4,
20 35:21 36:10
123:11,25
124:13 125:14
140:19 141:6,9
142:23 143:13
151:22 159:8,
12 172:7,9,24
173:4,5,6,12
190:5 201:3,6,
13 207:9 212:7,
11,14,18,19,20
213:2,3,5,14,16

guns 18:19
60:9

guy 16:17,24
17:1,4 20:16
22:13,14,15,24
23:14,17 25:13
34:4,7,23 35:9,
20 36:11,21
37:23 59:7 63:9
71:20 127:6,7
131:8 140:19
141:6,7 142:23
152:1 173:6,7,
13 178:4,7,8
208:14 212:21

guy's 70:7

guys 16:21
20:23 25:12
55:22 59:8
62:19

Gwennetta
12:9,10,13,15

———————

——— H ———

habit 75:24

hair 37:23 40:6,
9,10,15,16,18,
25 41:3,9,12,14
75:7 96:8,11
128:3,4,10
148:13,17

halfway 87:18

hall 20:14
21:14 132:3

hallway 29:23
132:7

hand 8:1 16:17
140:13 146:13

happen 158:13
223:12

happened
10:22,25 16:10,
14 19:9,15 20:7
31:16,21 41:24
43:8 47:9 57:12
65:19 74:23
76:19 77:9
79:24 80:23,25
84:23 88:16
90:16 127:5
130:17 143:14
145:25 158:14
159:6,9 176:3
180:22 183:4,
14 203:9,11
209:7,9,14,24
210:1,20
211:18 212:16
213:23 221:16

hard 225:4

head 13:20
16:20 35:19
40:9 93:17

124:8,9 140:16
194:12

Headquarters
138:8

hear 66:6 93:23
193:19 204:6

heard 75:23
76:8 220:13,19
225:5,8

hearing 42:5
65:24 109:22
219:19

height 37:24
96:12

helped 194:24

hey 16:19
35:18 140:15
142:17 160:12
194:11

history 10:12

hit 190:17

hold 127:4
227:19

holding 127:3

Holsum 9:21,
22,24 10:8,11,
16 11:3

home 47:21
51:1 56:19
58:11 63:25
64:8 76:16,17
81:7 107:7
202:19 203:3

honest 226:14

honestly 63:20

hours 87:25

house 19:14
20:10,14 21:13,
18,20,22 28:21,
25 29:15 30:18
32:20 47:10,17,
25 48:4,15,22
49:21 56:9
77:24 81:3
87:20,25 99:10
100:19 111:8,
14 112:4,18

117:5,6,19
131:24 132:1
134:1 137:13,
14,20 146:9,18
149:15 156:8
158:16,19
187:20 202:11,
12 203:14
204:16 205:2,
21 206:6,19
207:4,17 208:2,
3,23 210:14

hug 194:13

——— I ———

ID 133:21

idea 200:7
221:16

IDED 133:18

identification
33:22,24 36:1,6
68:23 69:7,24
72:6,17 76:24
86:20 91:8
100:5 101:21
105:14 106:7
110:19 117:20
119:12 120:13
138:1 146:24
157:23 176:15,
25 178:14
197:24 209:18

identified
20:25 22:16
24:2,3,11,16,21
25:3 30:18
34:4,7,15 35:2
36:24 37:8,14
39:7,18 50:9,
13,21 51:7,10,
16 55:6,13,16,
20 56:2,10,20
57:2,3 58:16,
17,24 59:7,11,
12,15,22 60:5,
11,15,17 62:2
65:25 68:20,25
69:13,20 70:4,
14,16,21,22
71:14,17 80:7,
8,11,12,15

89:12,17 104:8,
11,14 105:1,12,
19 106:22
107:16,17,22,
23 112:17
121:18 126:9
138:10 147:22
167:7 171:17
177:6 186:4
197:15 198:17,
22 199:15
208:4,13,17
214:17 215:14,
19,23 216:18
219:9 220:3

identify 7:14
18:23 19:2,6,22
24:22 25:24
26:5,9,11 30:4
33:20 34:8
36:17 37:15
38:9,10 39:1
50:11,16 53:18,
25 56:11,21
58:12 62:7,8,12
66:10 88:14,22
164:10,21
199:2 216:4,9,
13,15 226:10,
11

identifying
66:2 69:10
127:21

IDOC 103:2,11
186:8

Illinois 7:8,12
9:13 100:10

implicate
36:25

important
13:20,23

Inaudible
185:23 221:19

incident 19:15
43:8 46:7 47:9
57:12 90:16
95:8 118:12
142:14 150:19
152:7,9 169:9
191:17

incidents

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

116:25

incorrect
217:25

indictment
222:10,11

individual 9:9
23:8,24 25:23
26:5 29:20
42:13 52:25
54:8 55:13
58:18,23 60:13
62:7 65:18
68:18,19 69:20
83:8 89:12
162:20 171:13
173:9,10,14
217:18

individual's
25:15

individuals
51:7,17 55:6,12
70:9 76:18 79:2
88:2 90:5,13
162:15 199:15

influence
35:25 36:6,16,
24 37:15 39:7
186:1 218:21
219:2

influenced
37:7 39:1

information
52:9,19 53:1,7,
12,13 63:20
65:24 71:25
74:1,22 78:5,13
79:16 101:2,4
114:10 133:23
134:3,7,22
177:5 185:5
196:15 215:22
222:10,11

informed
89:11

initial 47:8

initially 43:8

innocence
210:4,6 216:24
217:3,5,10,17

218:2,11,13,21
220:12,16,20
221:11 222:1,7,
8,25 223:8

innocent
218:13,16,17
219:12,23
221:3 222:9,14,
18,24 223:9
226:4,8

inside 16:24
124:10 132:1

instructed
34:8 71:7

interacting
108:20,22

interactions
80:3

interesting
220:23

interpret
190:24

interrupt 13:17

interview
47:21 49:12
51:1 53:16
95:17,23 96:1
131:15

interviewed
81:7 95:3,13
129:18

interviewing
80:17,19

investigate
183:25 221:5

investigated
221:12

investigating
179:25 219:4
220:25 221:5

investigation
223:2

investigator
86:11 87:14
88:18,21 89:6,
15 90:1,10,21
115:4,22 116:2,

5,14,20,21
117:3,9,18
118:9,10,14,15,
20 162:2,19
163:14 166:23,
24 167:13
168:2 170:24
178:3,5,6,9
179:2,10,15,18
180:1 181:17,
20 183:12

investigators
78:17 86:8

invocation
214:10

involved 32:7
68:8 71:23
132:21 152:4
167:8 170:5,16
193:8,16
194:21 200:7
214:21,23
215:4,7 216:5,
15 218:22
219:4

involving
164:5

issues 14:16

_____

J

Jack 15:21

jacket 128:14

jackets 128:15

jail 153:24
158:22 159:6,
16 193:12
219:23,24
220:5,17 224:1,
9,12,19 225:2,
6,11,14,19

James 7:10,16
8:12 26:9 27:3,
11,14 28:14,15,
16,17 32:3,6
34:14,18 35:2
37:7,8 44:4,7,
11,14,17 55:17
72:6 74:7,10
80:15 82:9

83:1,13 84:7
89:13,17 91:16
117:12 125:5
126:10 127:22
136:7 139:9
166:12,25
167:8,15 169:8
170:5,16 175:4
179:25 183:15
185:3 187:2,11,
18 188:1,4
189:1 191:22
192:5,9,11,22,
25 193:5,8,16
205:16 216:4,
23 217:2
218:20 219:12
222:14 226:8

Jennifer 7:23
84:17,19,25
93:24 144:21,
22 161:3

Jerome 7:10,
18

JF 101:16
106:3

Jheri 40:22
41:12 96:9,10
128:5,7 148:14

Jheri-curled
40:25

Jim 87:3,11
116:1,5

Jimmy 77:11

Joanne
154:10,11,14
192:16,17,19,
20,24 193:4,14
200:4

job 9:24 10:5,8,
11 11:3,15 24:8
115:23 117:4
118:24 181:22,
23 182:1,7
183:4 227:9,14

jobs 12:3
227:10

Join 24:24

judge 213:24,

25 217:11,17
218:3

jump 156:1

June 73:16

Junior 7:10
18:4 42:10

jury 76:22
133:2,7,14
157:22 158:5
160:9

_____

K

Kasper 83:21
84:2,6

keys 17:3

kidney 159:9,
11 172:11

kill 139:23
141:23 159:13

killed 17:23
18:1,9 27:17
28:5 42:10
152:1 169:14
190:23,25
212:21

kind 12:24
16:20 18:6
20:11,12 22:14,
24 25:10,12
34:25 38:2 40:7
41:4,21 48:17
63:9 64:20,22
95:18 128:8
130:16 159:15
178:13 185:1
194:24 223:1,
11,16 224:23

knew 16:17
28:15,16 35:13,
14 46:10 55:14
56:4,5,16
57:11,15,16,19
59:8 61:15
63:6,9 70:15,18
116:11 153:19
154:18 155:1,3,
4,10 156:2,9
158:21 187:9
188:21,23



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

189:6 191:22
192:9,10,12
201:19 213:4
215:14

knowing
218:20

Krystal 7:4

———————
        L
———————

lady 109:17
116:17 145:15,
18,23 146:21
147:13,20
161:8,9,12
178:6 198:9

laid 134:8
203:16

lastly 89:10
216:22

late 20:11,12
32:23 48:17
96:25 97:1
159:23

laundromat
143:6,7

lawsuit 210:10,
12

lawsuits
210:17

lawyer 79:18

lawyers 82:16,
20

laying 42:14,25
124:8

lead 21:15
50:19,22

leads 132:5

leaning 124:6,
11

learn 187:12

learned 72:1
185:5 187:2,4,
9,11,18 188:11,
17 215:21,22,
23 222:24

learning 188:3
189:1

led 203:23
205:8 209:4

left 156:10
159:9,11
172:11

left-hand 93:3

length 40:19
41:5 96:9
128:6,12

letter 162:2

lie 79:23 80:2,6,
10,14

lied 131:3,14

life 10:9 101:25

lifestyle 25:10

light 48:20

line-up 138:8

lines 138:16
171:16

lineup 26:15,
18,20,24 27:6,
19 28:7,10,22,
24 30:9,13,15
31:2,13,22,25
33:3,17,19,23
34:9 44:20,21
64:2,5,10,18
65:3,11,14,18
66:9,22 67:14,
20,25 68:7,12,
19,24 69:6,11,
14,21,25 70:5,
6,9,14 80:11
89:13,22 90:5,
13,14 106:13,
17,23 136:19
137:23 138:6
139:2 161:16,
23 162:9,14
163:8 167:23
168:15 169:8
177:22 188:6,
11 189:3
201:16,25
206:10 208:25
209:15 215:12
226:16

lip 21:8 22:15

lips 21:2,5,6
22:18,22,24
23:3,10 24:20
30:16,18 31:8
33:11,15 36:9
38:1,4,8,14,15,
24,25 41:17,25
54:9 62:1
66:13,16 67:21
70:7,9,12,13
105:19 107:1
111:21 121:7
123:19 124:1
125:12 126:25
133:10 138:23,
24 147:15
148:25 149:19,
23 150:1,2
159:4 184:24
195:3,7,15,17,
19,21,24 196:1,
3,5,8 204:2
207:3,8,10,12,
19 208:11
215:9,10
216:10,17
226:12

listed 53:1
186:10,20
216:14

Listen 188:13

live 9:12
152:14,17,19

lived 25:11
192:5

lives 152:16

living 14:24
15:5,6,9

located 7:7

location 42:11

lock 157:4

locked 151:11,
15,16,17
153:21,24
154:2 190:8
201:1 212:24

Loevy 7:7

long 10:16
11:12,24 37:23
40:6,7,9,10,16,
18 41:4 49:5
77:9 78:18 86:9
88:16,23 90:16
96:8 148:13,16,
19 182:11
202:4 203:5

longer 50:11,
16 96:11

looked 20:17,
21 21:2,6
32:13,20,23
33:8 35:20
38:4,16 47:6
49:25 50:7 85:4
104:6 109:1
128:1 129:16
134:7,9,20
135:8,24
138:24 161:22
181:6 194:3
198:22 215:8,9
216:1 226:9

lookout 35:17
46:21,24 194:2,
9

lost 159:9,11
160:20 172:11

lot 17:19 88:7
113:12,13
139:12 160:17
184:6 194:5,7
219:3

loud 13:21

Luna 9:13 15:1
48:23

———————
        M
———————

mad 153:19

made 16:3
68:23 69:6
83:13 114:9
131:10 137:4,7
138:1 191:10
194:9 197:24
209:18 221:25

Madison

15:22,25 17:6,7
140:6 194:5

major 227:1

make 13:15
53:23 66:1,15
67:9 72:25
142:16 160:23
185:19 190:12
191:6,10
212:20 227:1,3,
8

makes 22:1
96:10

making 79:15,
17 146:23
191:24

male 32:15,21
109:3 116:16,
20 117:2,9,18
118:4,14

males 75:7
90:14

man 10:1 11:17
18:4 25:18
33:20 35:17
38:15,24 39:7,
8,17,18 41:6
42:9 44:3
46:21,24 55:6,
16 56:10,20
57:3 58:24
59:16,22 60:3,
4,15,18,23
61:2,18 62:1,2,
12,21,22 63:14
69:24 70:3,4,
14,15 71:22
77:10 80:7,11
104:11,17,23,
25 105:5,6,12,
13,18,19
106:20,22,25
107:5,9,15,21
108:2,3 116:16
124:5,11
125:18 126:6
138:10 157:3,4
172:12 178:2
180:20 183:11
186:4 190:22,
25 191:1 194:9
216:15



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

man's 38:4,14
41:3 61:5 67:20

manipulated
37:20 176:25

March 75:16

mark 72:15
86:14 90:25
91:2 99:24

marked 72:17
85:4 86:18,20
91:8 100:5
101:15,21
105:25 106:7

married 12:5,
10,13

matter 7:9
109:9 114:2
115:22 152:14

means 193:5
220:15,16

meant 194:20

mechanic
10:13,14

mechanics
210:8

medical 14:2,6

medications
14:9,13,19

meet 82:20
83:3 91:24
110:2

meeting 91:21
110:11,17
111:4,7,20
112:1,15
119:21 120:4,9,
11,22 121:6,16,
25 122:2,6,9

meetings
119:22,25
122:4,11

memories
183:6,10

memory 14:17,
20 108:19,20,
22 114:12
149:3 175:2,5

176:18,24
177:4,14,21
187:2 188:3
189:1 197:20,
23 215:5

men 39:23
40:1,25 64:23
75:5 89:1 97:20
104:8 106:16
124:4

mention 79:12,
14 168:9
195:16

mentioned
8:11 22:17
59:3,5 123:10
154:17 166:25
168:12 195:15

mentioning
167:15

met 8:21,23
44:10,14,16,18
45:2 66:9,13
82:16,24 83:20
87:20,24 90:4
92:1,2 109:13,
16,23 110:5,9
112:4 164:6

Michalik 7:20
24:24 25:25
26:2 33:10,25
34:10 54:4
66:3,23 67:2,15
92:4 94:11
99:20 102:11
103:4 104:20
105:2,9,15,21
107:2,12,19,24
160:15,16
161:20 162:4
163:1,12,22
164:17,25
165:4,9,15,24
166:7,16,22
167:4,11,19
168:1,19 169:2,
17,24 170:10,
19 171:6,21
173:1,19
184:11 211:13,
16 212:5 214:2
217:20 218:6
219:16 221:23

222:3 225:24
227:25

middle 87:23

milk 11:5,6,13,
16,18 159:11

mind 172:8

mine 83:21

minute 72:14
86:16

minutes 203:7
223:7

mirror 64:21,
23

Mischaracteriz
e 177:10,18

mischaracteri
zes 114:17
115:14 118:1
120:25 157:11
161:19 162:25
163:10 164:13
165:21 170:18
175:22 176:8,
22 185:9
188:10 196:21
198:5 217:23
218:8 224:14
225:17

misdemeanor
222:12

mistaken
51:25 116:15
182:23

misunderstoo
d 169:18

moment 79:10
94:9 106:4

money 16:25
17:2 75:24
141:1 194:15

morning 7:15
8:9,10 123:18
126:20 190:9
200:12 201:2

mother 153:6,
22,25 156:17
163:25 191:17,

20 192:14
193:8,14,20
194:19

mother's
154:9

mouth 152:2

moved 152:21

mugshot
102:2,4,8

murder 211:20
224:25

muted 93:24

—————

N

named 42:9
61:21

names 29:5,7
52:11,12,15,20
53:7 100:22,25
135:25 136:25
137:8 186:9,19,
23

narrative
13:10

natural 41:5,9

needed 131:13
191:10 210:18

neighborhood
154:20,22
192:2,6

Noradin 7:19
108:17,19

North 7:7 9:13
15:1 48:23

Northern 7:12

nose 149:24
195:24 207:15

notary 144:14

note 144:21

noted 13:3

notice 8:20

noticing
135:20

nowadays
223:3

number 7:13
31:19 75:1,2
77:8 86:14,19
91:1,2 92:15,16
96:4,7 99:25
101:15,17,18
103:10 104:5
105:25 116:1,4
129:5,6 133:20
138:15 152:23
161:1 162:1
181:24 211:4
216:1

numbers 92:7,
8,9,10,19 93:3

numerical
106:2

—————

O

O'CONNOR
109:18,21,23
110:2,6,9,17
111:4,6,19
112:1,14 114:3,
14,19 115:9,10,
20 119:20
120:4,8,11,21
121:5,15,25
122:3,7 159:22
160:8 162:16
164:6,9 165:17
166:1,8,11
167:21 170:21
174:12,15
175:3,12,15
176:3,24
177:15,22
196:13,15
197:7,13

oath 74:19
122:16 131:4
144:18

Object 25:25
51:13 53:4 69:3
81:9 92:4 99:20
102:11 103:4
168:18 176:6
197:10

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 243 of 252 PageID #:6721
The Deposit ion of EDWARD COOPER taken on April 22, 2023
241

objection
24:23 25:19
31:10 33:9,10,
25 34:10,11
36:3 37:1,9,17
38:18 39:2,9,19
48:11 50:2
51:19 53:19
54:4,17 55:1,8
56:12,23 57:4
58:13,19,25
59:18,25 60:20
62:5,9,15,24
63:16,21 65:21
66:3,12,17,23
67:2,15 68:15
71:8 72:8 94:11
104:20 105:2,9,
15,21 107:2,12,
19,24 109:2,25
111:15,23
112:6,19
113:15 114:16,
21 115:13
116:8 117:22
119:6,14
120:17 121:8
122:21 123:21
124:22 125:25
126:11,15
128:20 129:23
134:5 138:21
141:4 144:4,23
145:9 146:4
147:16,23
149:4,9,13
150:13 157:10
158:9 159:23
160:5 161:18
162:24 164:12
165:12,20
167:1 168:25
169:10,22
170:17 171:20
172:22 175:8,
20 176:21
177:1,7,17
184:21 185:7,
21 186:5 188:8,
16 191:3,12
194:1 195:9,12
196:19 198:4,
24 199:5,10,17,
22 200:9 201:7,
22 204:10
205:11 206:7,

22 207:5,25
209:1,21 215:6
216:7,19
217:12,19,20
218:6,24
219:13,15
221:8,14,18
222:16 223:10
224:13 225:7,
16

objections
67:6,10 114:24
126:5 127:17
128:23 135:23
166:3

occasion
47:13 184:3

occasions
47:12

occurred
15:16,19 139:6
200:5

offender 49:25
76:24 123:25
124:1 125:11,
21 126:24,25
143:13 148:13,
16 157:9,23

offenders
18:22 43:5 47:6
50:7,12 62:13
76:1 123:11,19
125:9 126:21
139:18 141:1
148:3,6,11,24
149:2,8 150:3,
25 151:6 154:1
157:8 185:4
212:7 224:4

offenses 222:9

offhand 72:12

officer 67:24
68:13 132:8
133:17 139:4
167:22 168:13
169:5,7,14
187:24,25
189:23 190:2

officer's
208:24

officers 9:9
19:6 63:5,15
111:7,20
113:21 131:24
132:11 133:4,9
134:2 137:20
149:7,12 150:6,
8,11

offices 7:6

open 17:2

operation
149:25

opine 227:6

opinion 218:22
219:2 223:8

opportunity
13:8,11 47:13
72:25 73:4
86:17 106:5

orally 13:21

order 106:2
217:10,17,23
218:2,4,8
221:1,25
223:13 224:24

orders 226:21
227:18 228:1

original 92:9

overnight
212:23

owner 181:24

---

**P**

---

p.m. 85:21 86:1
173:25 174:5,
24 228:7

packing 226:2

pages 106:19

paid 137:6

pants 124:17
125:9,12
128:13

paper 52:9,13,
16,19

papers 53:8

paragraph
74:14 75:1,2,
15,21 76:14
77:2,7 78:16
81:19 86:7
87:19,23 89:1,
19 146:7,16
157:16,17,18,
19 162:6
206:18

paragraphs
74:24 77:22

parents 56:5
57:15

part 76:15 78:2
81:20 124:12
146:8 147:6
224:1

parts 130:15

passed 49:24

past 142:7,25
143:4 215:17

Paul 7:20
160:16 225:23

pay 135:11,14,
21 137:6,7
195:23 215:10

paying 125:14

pending 7:11

people 13:17
18:14 20:24
22:16 24:2,11,
21 35:14 37:13
38:20 39:6 43:1
50:9,12,20 65:6
67:7 70:6 71:14
107:17 163:6,
20 177:25
185:1 186:4
198:22 208:11
216:18 220:3
225:5,10

percent 21:3,9
25:8 34:2 71:2,
12,22 76:23
77:10,12 89:3,7
90:15 99:3
102:17 103:13

110:18 113:7,8
120:12 123:3
147:8 157:5,23
158:23 159:3,5,
20,24 160:1,9,
10 165:8,11
180:25 183:16
219:22 223:18,
20,21 224:3

Perfectly
172:17

perpetrators
18:24

persistently
187:25

person 17:25
19:3 23:13
24:11,16,19,21,
22 25:3,4,6
34:16 35:3
59:15,22 60:17
68:20,24,25
69:1,2 70:22
75:25 80:20
83:12,17 88:14,
22 93:11 99:6,
13 114:12
124:16 125:4,
12 126:9
127:20 129:7
137:17,21,24,
25 157:8
171:14,18
183:21 196:4
199:8,13,19,20
201:4,5,21
202:25 203:2,5
206:12 218:3

personally
74:7 118:23

personnel
68:13 102:14

petitioner
222:9

phone 9:1
83:17 85:9
152:23 181:24
202:20

photo 23:21
24:12,15,19
25:4,23,24



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

26:5,6,9,10
29:17,20 30:3
33:20 35:24
37:25 39:7,8,17
47:11 48:9
51:18 54:8
56:10 58:16
61:25 62:3,12,
22 69:4 75:15,
19 89:7 98:21
99:5,12,17
101:7 104:14
111:7,22
113:22 114:13,
14 115:11
116:6 117:20,
21 119:11,12
120:23 121:6,
17 129:11
131:23 132:20
133:4,5,8,9,16
134:2 137:12,
16 146:2,5
161:15,22
162:13 163:7
164:5,11,21
176:4,25
177:15 196:2,5,
15,16 198:23
199:4 203:14,
21 204:15
205:1,10
206:20 208:10
214:9,14 226:9

photocopies
100:14

photograph
22:19 24:10
38:3,7 52:25
53:2,24 54:12
55:7,13,16 57:3
58:12,24 59:16,
23 60:16,18
63:14 69:2 80:7
105:13 106:20
107:5,9 108:3
136:24 146:23
158:16 198:1
215:8,25
216:13

photographs
22:11 24:9
50:25 52:20,24
53:8 67:13 81:8

100:2,8,9
106:5,6,11,13
129:20,21
130:13 132:9
146:10,19
200:15,17,19
207:4,19 216:1

photos 19:2,6,
10,14,16,20,23
20:1,5,9,15
21:12 22:2,6
23:20 30:21,23
31:1 37:14
38:9,10 51:8,
11,17,22 52:4,7
66:21 67:1
68:21 88:9
89:2,12 98:22
99:3 100:17,21,
23 101:6,9,14,
19,20 102:7,9,
14,17,19,20,21
103:2,10,11,12,
13,15,19,23
104:2,6,8
111:9,12,13
114:4 129:5
130:1,2,8,11
133:21 134:9,
18,21 135:22
186:8,19,20,23
199:3

phrase 220:13,
19

phrased 37:4
195:15

physically
51:18

PI 87:3

pick 39:8 70:5
99:17 108:2
132:20 163:19
200:18 206:10
226:15

picked 68:18
70:3 89:2,7
90:14 99:11,17
137:15,21

picking 133:3,
8,15

picture 20:22

23:7 56:20
120:22 129:6
137:6 195:23
205:1,9,24
207:11

pictures 20:20
76:17,21 88:1,
5,6,7 134:20,22
135:15 136:2,
14,21 138:4
147:9 185:23
186:13 205:14,
15,21 206:6,19

pieces 52:9,13,
16,19

place 14:23
110:6 168:21
170:6

plaintiff 7:16,
24 8:12

PLAYS 204:4

plural 76:4,8

pocket 16:25
125:12,15,18,
21 126:7

pockets 125:9

point 19:16
26:13,17 63:25
64:9 103:23
144:14 178:1
181:17,20
191:17 192:5
203:21 205:1
212:16,22

pointed 20:23
22:10,13,15,19
23:7,13,20
24:10,14,18
25:4,16,22
26:4,10 29:20,
24 30:3 34:5
35:24 38:14,21,
24 51:18 53:24
54:11 55:7
58:12 61:25
104:12 105:14,
20 111:7,13
113:21 115:2,3,
11 116:6
117:19 119:11

120:22 124:15
125:4 133:5
146:22 173:7
195:22 197:14,
25 198:6,9
199:4 203:14,
19 204:1,15,24
205:9,15,16,24
206:20 207:11
214:9,14
215:25 216:10,
16

pointing
114:13 124:15
199:9,14,20

police 9:9
17:14 18:22
19:1,5,16,21
20:4,8 22:5
23:19 25:5,14,
16 26:14,23,25
28:7 29:1 30:8,
12 31:2,16,21
33:23 36:15
37:20 38:3,8,
11,13 41:16,23
43:2,15,17,20
45:6,9,10,13,
17,20 47:14,16
49:1 50:10
56:17 62:21
63:4,15,19,25
64:1,5 65:11
66:21 67:14,19,
24 68:12,13,21
69:2,21 70:15,
18 71:6,13 72:1
75:3,5,11 76:16
77:23 80:17,22
89:21,22 98:13
99:17 102:14
103:9,14 111:7,
20 112:3,16,17
113:21 114:4,
13 115:11
116:6 117:19
119:11 120:22
121:7,16 132:8,
11 133:4,9,17
134:2,18
136:18 137:20
138:6 139:4
146:9,22
147:10,14,21
149:7,12 150:6,

8,11,19 151:17
153:21 154:2
158:18 161:16,
23 162:8
167:22,23
168:13 169:7
176:4,25 177:5
179:18 180:7,
16 182:19
185:6 187:5,10,
12,23,24 188:5
189:3,22 190:1,
2,13 191:7,10,
11 192:21
196:15 200:15
202:8 203:14,
21 204:1,9,11,
15,24 205:1,9,
20,24 206:6,19,
20 207:3,7,18
208:3,10,16
209:8,17
212:23 214:9,
14,16 215:2,11,
25 216:16
220:1

ponytail 41:6,
8,10,15 97:9
148:17,19

poor 100:15

poorly 37:4

positive 95:20
138:9

positively
88:13,22

possibility
48:1

post-it 144:20,
21

pounds 40:4
96:20 97:12
148:9

preparation
82:25

prepared 77:3

prepping
121:2 159:25
160:2 164:16
174:17 175:7
197:3



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

present 43:15 110:8 120:8

presents 13:16

pressure 74:10

pretty 85:18 224:5,6

prevent 14:3,7

previous 188:1 191:9

previously 24:11 27:11,14, 22 32:7 37:13 39:7 43:4 51:6 55:6,15,20 56:2,10 57:2 58:17,24 59:15 63:24 65:25 68:6,7 70:16 84:15 88:8 94:7 99:16 100:22 101:3 103:3 104:6,25 108:4 186:3 199:15 201:14

printed 52:9

prior 10:11,14 28:18,21 57:11, 17,19 58:1,4,7 60:16,18 61:15, 18,22 65:14 66:22 67:14 68:12 105:1,14 109:16 112:2, 15 114:17 115:14 117:20 118:2 119:11 120:25 122:17 133:3,8,15 139:2 145:1,8 146:23 147:13, 20 163:11 167:23 169:8 170:18 172:10 175:3,22 176:8, 22 177:10,18 183:25 185:9 188:6 189:18 208:24 214:9

prison 82:6

private 87:11 115:22 116:1,5, 14,20 162:2 178:3,5,6,9 180:1

Procedure 8:20

PROCEEDING S 7:1

produced 100:9

promised 81:13,21 82:7

prompt 206:20

prosecution 83:1 91:19 109:9

Prosperity 11:20,21,24 12:2 182:2,20

provide 210:22

provided 78:8 79:20 148:3

pull 159:8

pulled 17:5 141:9 142:15

pursuant 8:19

pushed 16:20 190:17 200:24

put 16:20 67:12 79:10 90:24 99:23 101:16, 17 104:4 122:16 123:11, 25 128:8 129:4 136:19 143:13 152:2 159:12 171:12 190:3, 19,22,23,25 200:25 211:20 212:18 215:17 216:1

---

Q

quality 100:15 138:4

quarters 142:18,19

question 13:6 24:4 37:5 55:18 56:6 63:11 82:19 93:14 94:17,20 95:3 97:2,7 98:13, 17,23 103:5 112:21 113:2 124:4,5,10,13, 14 125:17,19 127:3,4,7 128:4,6,9,11, 12,14 130:8,9 131:13 132:19, 22,23 133:11 134:18 135:13 137:13,19,22 138:7,11 146:8, 13 156:18 160:3 165:5 166:18,20 169:19 172:17 183:13 186:17 188:13,14,15 195:15 197:3 202:7 203:20, 24 204:13,19 205:7,23 206:14 207:16, 22 208:7,16 209:4 216:25 221:10 225:3, 22 226:3 227:11

questioned 75:4

questions 10:2 13:7,9,10, 12 14:4,10 48:6 73:1 74:6 85:18 86:4 91:12 93:19 94:5 95:9 96:15 97:14 99:6,14 108:11, 18 109:8,13 110:14 112:22 113:16,18 115:16 120:5 124:18 127:8 128:16 130:6 132:19,25 133:22,24

134:17,21,24 135:2 137:11, 12 139:15 143:20 148:3 160:13 171:8,9, 25 174:9,11 178:8 184:6,8,9 186:19 189:9, 10 191:15 195:1 199:25 200:4,13 211:10 214:11 220:7,24 221:21 222:20 225:21,23 226:5,17

quick 86:7 133:20 195:2 211:11 226:22

---

R

Rackowski 7:3 85:25 174:4,23

raise 7:25 194:24 195:7

ran 17:6 25:12 139:18 141:2, 10,23,24 142:3, 8 185:1

Ray 7:18

RE-EXAMINATIO N 211:15

read 72:25 73:22 77:14 81:20,25 87:7 91:11 125:23 126:2 128:25 129:6 130:12 166:18 188:13 189:14,15,16

reading 73:2 77:2,16 78:21 189:19

READS 166:20 188:15

ready 86:16 156:1 228:6

real 86:7 153:22 188:4 195:1 211:11 226:22

realize 93:25

reason 37:7 79:23 80:2,6, 10,14 88:15 130:17 182:17 193:15 225:10

reasons 226:3, 7

recall 15:15 29:11,22 31:4, 5,6,21,24 41:23 42:2,5,22 47:16,20,25 48:19 49:19,23 50:24 51:22 52:3,7,12,18 53:6,12,13,23 54:7,14 55:4 56:22,24 58:22 64:4,18 67:18, 23 70:8,11 72:5 73:7 75:19 83:10 86:10 88:4,20 96:17, 21 108:25 109:16 110:8, 11 111:3 113:20 117:10 118:17,19 120:3,7,15 121:24 122:6,8, 16 129:17 133:23 142:13 145:7,17,22 155:22 156:24 157:14 165:3 181:7,16,19 195:6 196:7 210:13 213:20

recalled 70:1 78:11,14

received 210:4,5 218:20

receives 221:10

receiving 221:13



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 246 of 252 PageID #:6724
The Deposit Toll of EDWARD COOPER taken on April 26, 2023
244

recognize 20:22 22:3,7 52:15 68:19,24 69:1,8 76:18,20 102:8 104:1 106:10 129:7 130:10 208:9

recognized 69:4 71:13 108:3 203:25 208:9

recollection 18:5 46:1 57:9 72:15 73:19 95:22 103:9 106:17 125:21 130:13 169:16

record 7:14 8:15,18 10:4 13:3,15,20 67:10,12 72:21 85:20,22,23 86:14 91:2 99:25 101:15 106:2,3 114:24 124:16 173:23, 24 174:1,2,19, 20,21 226:21 228:7

record's 56:7

recording 7:3

RECROSS-EXAMINATION 200:1

red 227:2

REDIRECT 174:6

refer 92:11,18 93:4 98:4

reference 75:15

referenced 86:8

referring 68:5

reflect 8:18

refresh 18:5 45:25 57:9 73:19 125:20

130:12

refreshes 72:14

refreshing 95:21

refused 76:23 157:22

relating 139:16

release 82:5

remember 17:9 18:2,6 20:12,16 23:2 29:5,6,10,22,24 30:16,22 31:7, 15,17,20 32:13, 18,20 33:14 36:9 38:5 40:1, 2,24 42:4 47:15,19,23 48:2,3,6,9 49:25 50:7 52:1 53:10,11 54:18 55:9 56:3 57:25 58:3,6 59:1 61:3,7,8,11,13 64:12,15,16 65:4 66:16 67:20 68:16 72:9 73:3 76:9 77:2,16,23 78:18,21 79:1,7 80:17,19,20,22 81:2 84:24 86:9 88:6 89:6,15 91:15,21 92:1 95:16,19,25 97:1,13,23 98:5 101:9,12 103:12 108:24 109:5,17 110:10,22 112:22,23 113:6,11,23,24 114:1,2,6 115:9,16 116:13,16,18 117:16 118:7 119:19,24 120:10,19 121:1,13,14,21 122:22,25 123:14,18 125:2 127:14

129:25 130:1, 16 134:25 135:1,2,8 141:16 144:17, 19 145:6,10,11, 14,19,24 146:5 147:4,5,6,18,25 148:4 149:14 153:10 155:23 161:7,11 164:14 167:3, 10,12 168:6,10, 16,20 169:3,11, 12,21,23,25 171:14,24 172:4,21 174:15,16,17 175:6,11,14 176:10,13,14 178:4,9,11,15, 24 179:3,13,24 180:2,14,19 181:4,5,22 182:24 183:1,5 184:7,13 186:8, 11,12,13,15,18, 22 195:2,5,18 196:22 200:23 201:11,17,23 202:9 203:11 207:8,10 210:19,20 213:22 214:10 215:15 216:24 226:4

remembering 71:24

remind 38:2 66:13 192:15

reminded 30:17 33:7 66:10

Remus 143:9

Remus' 94:17 140:9,22

rephrase 37:4 82:19 135:18 195:14

reporter 7:5 8:1,2,6 9:6 10:5 166:20 179:15, 21 188:15

204:4 226:20, 24 227:17,21, 24 228:1,5

reporter's 13:14

reporters 227:10

represent 7:16,17,20,23 83:8 91:5 92:21 108:16 160:17

representations 221:25

represented 9:7 83:13 84:7

request 26:14

REQUESTED 166:20 188:15 204:4

reserve 227:4

residence 15:6,9

respond 50:5

responded 50:20 208:8

response 118:4 119:18 120:15 175:15 184:9 205:23 207:22

restate 218:1

restaurant 15:21,23 16:16 94:17 140:9 194:11

restroom 173:22

retire 12:2

retired 9:15,16 12:4

retract 218:1

returned 43:11,14 44:1 45:6

review 86:16,

18 101:20 106:4,5 226:25 227:8,12

reviewed 53:8

reviewing 100:3

right-hand 92:14

ring 29:8 87:5 109:18

robbed 23:18 25:18 34:16,19 35:3 38:15 39:18,23 62:22 63:14 75:6 77:11 79:2 88:14,22 90:13 93:16 130:11 132:12 194:6 206:13

robberies 17:19 27:16 79:7 139:12 169:13

robbery 17:16 27:5,24 28:3 32:7 43:15 58:4,8 66:1 68:3,8 75:4 76:19 77:9 88:16 123:10 125:8 153:5 159:12 166:9, 13 167:8 170:5, 16

robbing 35:14 194:4

Roger 23:14

Roger's 34:22 35:4,7 131:6 154:9 163:24, 25

Rogers 16:19 23:21 25:9,15 35:15,16 36:20, 24 37:6 39:11, 13 43:25 46:14, 24 50:18,21 54:16,20,24 62:18 63:8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-04768 Document #: 184-31 Filed: 05/06/25 Page 247 of 252 PageID #:6725
The Deposition of EDWARD COOPER, taken on April 12, 2023
245

69:18 71:15,18,
24 75:23,25
76:7 80:21,23
93:9 94:8,9
105:7 107:23
110:25 112:3
114:5 129:9,12
139:16,18
140:11,21
141:2,17 142:3
147:10 152:4,
11,12,16,24
153:2,4,8,15
154:13,14,17
155:2,17,21,25
156:5,13,19,25
157:7 163:24
165:18 166:2,9,
12,25 167:7,15
170:4 185:24
191:22 192:4,9,
12,19,20,25
193:1,4,14,20,
24 194:20
198:14 199:20
200:4 205:17
208:13 214:17
215:24 220:2

Rogers' 71:18
72:1 75:23
152:10 170:4
191:16,20
192:14 193:7,
14,20 194:19

rolled 34:22

room 64:18,19,
20,22 65:2,6
82:14 90:4
209:17

rough 159:15

route 60:6

rude 24:6,7

rules 8:20 13:2

run 142:7
173:22

running 17:6
139:25 141:11,
18 220:2

---

**S**

safe 16:9 17:3
127:4

scare 190:10

scene 43:14,25
45:6 58:1,4,7
59:17,23 60:24
75:3,4 150:4,9,
12 151:22
211:24 220:4

Schalk 7:18
29:8 33:4,7
34:5,8 35:24
36:23 37:6,13
38:24 39:6,17
47:10,21 48:4,
15 49:6,11,24
50:25 51:18,23
52:8,23 53:17
54:3,15,23
55:5,19,25
56:8,19 57:1
58:10,23 59:14,
21 62:8 63:13
64:7 65:2,7
66:10,21 67:13,
19 68:11 80:4
91:25 92:3
100:19 104:18,
24 105:6,14
107:1,6,10,16,
22 108:16,25
185:19 187:13,
19 195:3,7,16
196:16 197:14,
25 198:14,21
199:3

schedule 9:2

scheduling
84:13

scream 143:18

Sean 7:15 8:11

selected 68:20
70:4

send 158:22
159:16

sense 22:1

---

sentence
87:24 157:20

separate
116:24,25
118:12

September
86:24

sergeant
108:17,23

served 83:24
84:9

session 13:7
200:13

set 101:14
140:19 152:4

shakes 13:19

Shaneka 56:4

Shaniqua
215:14

Shaw 39:6

Sheenee 57:2,
7,11,16,19,22,
25 58:3,6,17
60:6,15 61:15
65:10 104:25
142:11

shirt 124:17

shoot 17:4
36:11 126:21,
25 127:6,7
141:7 171:14,
18 172:13,24
173:7,10,13

shooter 20:25
24:20 138:10
216:5

shooting
15:16,19 16:10,
12 17:5,8 20:4
43:15 44:4,8,10
45:5,11 47:18,
22 48:7 49:8,13
58:1,7 59:9
61:16,19 62:14
65:19 66:1 68:8
70:1 71:23
75:3,5 79:24
108:7 123:10

---

141:9,10,19
151:6,9,10,13
152:6 153:16
190:4 191:1,6
193:9,17,21,24
194:20,21
200:5,8 213:10
214:21,24
215:5 216:6,16
218:23 219:12
222:14 226:8

shot 42:6,10,
17,19 55:23
59:8,9,24 60:5,
24 68:25 70:23
159:9,11
172:10

shots 42:3,8

shoulder
41:13

shoulder-
length 40:25
75:7

shoulders
13:19

show 19:2,6
20:8 23:20
30:21 47:11
72:13 85:17
86:4,13 90:25
99:24 101:13
103:17,19
136:15 178:13
182:21 205:13,
20 206:6
224:23

showed 19:14,
16 20:1,5 21:12
22:2,6,13 24:9
29:17 30:23
31:1 38:4 49:7
50:25 51:23
52:4,8,9,23
66:21 67:1,13,
16 68:21 69:2
75:16 76:17
81:7 88:7 98:21
102:22 103:1,3,
14,15,23 107:6
115:25 136:14
146:18 147:10
158:16 164:10

---

176:4 186:13
196:5 205:15
216:10

showing 19:9
48:9 60:16,18
88:4 103:9
146:9 206:19

shown 25:5
100:18 101:7,
10 102:14
108:4 114:4
129:21 130:13

shrugs 13:19

sic 215:15

side 16:21
35:21 64:21,24
93:3 123:12
124:1,13
125:15 140:15,
19 141:6
143:13 159:13
172:10,25
173:4,5,12
207:9

sign 85:6
183:21 189:17
227:12

signature
73:11,13
227:13

signed 73:22,
25 74:6,9
77:17,20 78:11,
22 81:25 85:3
143:22 146:17
183:18 189:13

signing 72:5
73:7,19 74:11
144:18 145:1,8
147:14,21

similar 28:17
32:7 38:4,17

simple 63:12

Sincerely
87:11

sir 8:13,20 9:14
10:8,17 11:13,
19,25 12:5,16,
23 14:2,17,22,

---



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

25 15:10,15,20
16:16 17:23
29:5 37:18
39:22 43:24
44:6 49:4 52:21
57:9 62:14
69:11,16 70:25
72:11,19,23
73:5,6,8,13
74:16,20 75:2,
7,15,17 76:14,
25 77:1,5,12
78:22,24,25
79:6 81:12,17
82:3 84:22 85:7
86:12,15,17
87:8,9,22 88:5,
16 89:4,5,22
90:6,11,17,24
91:1,5 92:22
93:1 94:4 96:4,
6 98:7,10,11
99:22,23 100:1,
8,12,20 101:4,
14,19,20,24
102:9,13
103:11 104:5
105:24 106:4,
10,11,14,17,20,
23,24,25 108:7,
9 122:18
127:18,23
130:6 162:3
174:10 177:24
178:3 181:3
182:1,18 189:8
190:10,16
214:3 220:8
222:7 225:23
226:3

sit 44:13,16
173:2,8,17
219:11 222:13
223:25 224:2

sitting 125:19
127:8,21
130:18 132:23
196:25 206:11

situation
159:14

skin 148:11

skip 127:24
160:18

small 223:4

solemnly 8:2

son 153:22
155:9 192:25

Sorrell 18:4,8
42:10 44:5
47:18,22 48:7
49:8 62:13 69:1
70:23 79:25
82:21 108:7
191:6 193:9,16,
21 213:11
222:15

sound 92:23

sounds 17:15

southeast
143:8

southwest
143:9

space 10:4

speak 13:23,24
26:24 28:20
43:17 45:19
47:11,13 68:13
93:18 201:25
202:7,10

speaking 33:2
58:6 86:10
202:9 208:22

specific
131:14 175:2
176:18,24
177:4,14,21
183:6,10 187:2
189:1 197:20,
23 203:20
204:19 208:16
220:14

specifically
33:14 54:8
81:2,3 176:17
180:19 185:18
187:6,8,9
195:2,22

speculate
165:6

speculating
196:17,24

speculation
26:2 109:25
114:23 116:9
117:14 119:7
120:18,25
121:9,20
129:24 134:6
135:17 138:22
146:11 147:3,
17,24 150:14
151:1 164:24
165:1,14
167:18 168:25
206:8 219:16

spell 8:16

spending
219:23

spoke 9:1 27:1,
6,21 29:3 30:7
33:3,6 45:23
46:3,6 65:13
83:11,16 84:20,
25 85:9,11
87:15 89:16
93:17 178:10
181:8,11 188:5
189:23 190:3
191:16 211:23

spoken 31:25
35:4 74:7 82:13
83:7

spot 141:3

spray 128:9

spread 20:14
132:8

stairs 21:20,22
132:9 203:17

stamped 99:25

stand 197:9,18

standing 29:23
60:10 94:16
140:14,21,23
141:3 142:8,22
215:16

Starr 7:15,16
8:8,11 24:25
25:21 26:3
31:11 33:13
34:3,13 36:5

37:3,11,19
38:22 39:4,15,
21 48:13 50:4
51:15,21 53:5,
21 54:6,21
55:3,11 56:14,
25 57:6 58:15,
21 59:2,20
60:2,22 62:6,
11,20 63:1,18,
23 65:23 66:5,
14,19,25 67:5,
17 68:17 71:10
72:18 81:11
85:16 86:2,22
91:10 92:5
93:24 94:2,3,13
99:21 100:7
101:23 102:12
103:7 104:22
105:4,11,17,23
106:9 107:4,14,
20 108:1,11
109:2,12,25
111:15,23
112:6,19
113:15 114:16,
21,23 115:13,
25 116:8
117:14,22
118:1 119:6,14
120:17,24
121:8,19
122:21 123:2,
21 124:22
125:1,25 126:5,
11,13,16
127:12,17
128:20,23
129:23 133:22
134:5 135:16,
23 137:10
138:15,17,21
139:15 141:4
144:4,23 145:9
146:4,11,25
147:2,16,23
148:2 149:4,9,
13 150:13,16
151:1 157:10
158:9 159:23
160:5 161:2,18
162:3,24
163:10,17
164:12,23
165:2,6,12,14,

20 166:3,14,18,
21 167:1,9,16,
18,24 168:18,
25 169:10,22
170:7,17 171:4,
20 172:22
173:21 174:7,
19,25 175:10,
25 176:12,23
177:3,8,13,20
185:2,14,25
186:7 188:19
191:4,14
194:17 195:10,
13 197:5,12
198:11 199:1,7,
12,18,24 200:9,
13 201:7,22
202:13,16,18,
24 203:5,13
204:8,10,14,18,
20 205:3,8,11,
19 206:2,7,22
207:2,5,17,22,
25 208:2,7,15,
19,23 209:1,19,
21,24 210:3,9,
13,22 211:11,
14,19 212:4
214:5 215:20
216:12,21
217:15,24
218:10,19
219:1,17 220:7,
23 221:8,14,18
222:5,19
223:10 224:13
225:7,16,22
226:1,17,19,22
227:5,16,19
228:3

Starr's 209:4

start 17:6,20
92:11 162:6
182:3

started 11:5
17:5 38:16
129:17 141:9
182:5,12

Starter 128:15

starting 102:7
125:17 127:3,
25 130:5



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

132:18 134:16 137:11 227:18

starts 87:20

state 8:15 13:21 82:24 88:12 222:13

state's 82:22 91:22 109:14 162:16 163:13 164:6 165:17, 25 167:13,20 170:20 174:12 175:3 202:1,2, 8,11

stated 65:13 88:13 90:3,15 214:18

statement 82:3

states 7:11 74:20

stating 217:18

station 19:21 26:14,24 28:7 29:1 30:9 31:2, 17,21 33:24 45:7,9,20 56:17 64:1,5 65:11 66:22 67:14,19, 25 68:12 138:6 150:19 161:16, 23 167:23 187:23,24 188:5 189:3 200:15 202:8 209:8 212:23 215:11

Statute 222:7

stayed 132:7

staying 172:16

Stefanich 7:17 24:23 25:19 31:10 33:9 34:11 36:3 37:1,9,17 38:18 39:2,9,19 48:11 50:2 51:13,19 53:4,19 54:17 55:1,8 56:12,23

57:4 58:13,19, 25 59:18,25 60:20 62:5,9, 15,24 63:16,21 65:21 66:12,17 68:15 69:3 71:8 81:9 108:14,15 109:6 110:1 111:18,25 112:8,25 113:19 114:18 115:5,18 116:11,19 117:17,23 118:3 119:9,16 120:20 121:4, 11,22 122:24 123:5,24 124:24 125:3 126:3,8,14,17 127:15,19 128:21,24 130:3 134:11 135:18,19 136:3 138:16, 18 139:1 141:12 144:6, 25 145:12 146:6,15 147:12,19 148:1 149:6,11, 16 150:17 151:4 157:13 158:12 160:7, 12 161:4 164:4 171:8,16,22 175:8,20,22 176:6,8,21 177:1,7,10,17 184:21 185:7,9, 12,21 186:5 188:8,10,12,16 191:3,12 194:1 195:9,12 196:19,21,23 197:10 198:4, 24 199:5,10,17, 22 200:2,11 201:9,24 202:17 204:5, 12,21 205:4,18 206:3,16 207:1, 13 208:1,21 209:3,23 211:9 215:6 216:7,19 217:12,14,19,

21,23 218:7,14, 24 219:13,15 220:10 221:9, 15,20 222:16, 22 223:14 224:18 225:9, 20 226:18 227:22,23 228:4

stemming 82:25

step 16:22 20:24 21:15 134:9 136:19 140:19 142:24

stepped 16:24 141:7

steps 20:15 21:13,15 132:4

stick 172:10

stockier 128:3

stop 10:19 139:22 141:22 142:4

stopped 17:12 141:10 159:10

store 194:10

straight 10:4

street 7:8 17:10 163:20

strike 70:3 126:13 189:23 224:2

striking 126:14

STRR 69:5

stuck 16:21 35:20 156:12

study 134:19

stuff 17:14 30:16 35:13 38:1 40:22 52:22 84:13 110:24,25 111:2,10 114:4 128:8,9 130:16 139:12 142:18, 20 149:23,24

159:4 172:14 195:25 205:14 209:8

stupid 220:15

style 180:11

subject 218:4, 12

subpoena 83:24 84:9

summary 77:22 78:1,10

super 191:19

supposed 221:4

sure.' 89:3

surprised 49:1,4,7

survived 17:21

suspect 22:12, 20 23:8 24:15, 19 25:17 29:21 30:4,17 31:8 33:7,15 35:25 36:16 38:25 49:17 50:21 54:16,25 65:18, 25 68:7 70:15 96:13 97:8 99:4 104:19 105:8 107:11,23 177:5,9 184:20 195:8,16 197:14 198:1, 15 199:9,14,21 214:14 215:24

suspect's 41:17 188:4 195:3,17 214:9

suspects 23:2 41:24 76:8 96:8 98:4

suspicions 47:3

suspicious 94:8,10

swear 8:2

sworn 8:1 72:5 74:19 122:16 144:17

———————

T

———————

taking 14:9,13, 19

talk 10:5 13:4 30:11 47:17 49:8 72:24 84:2 117:2 144:1 145:2 146:22 153:8 166:23 178:7 184:4 202:20,24 203:5,8 226:22

talked 34:21 84:12 112:17 115:1 119:21 131:6 142:9 145:4,10,16,18 147:13,20 150:8,21 152:10 153:1,4, 6 156:13,15,19 162:14 163:6, 15,24 164:2,4 165:16 167:5 168:10 170:8,9, 11,12,25 175:19,24 178:12 180:16 181:23 183:25 187:15,24 202:13,18 203:2 206:18

talking 28:12 31:24 36:10 56:7 59:4 67:7 88:20 113:5,10 136:18 139:8 145:7,15 161:4 167:20 169:5 170:8 178:25 181:16,19 193:4 196:25 204:2,8,9 210:17 211:3,4, 23

talks 146:17

technicalities

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

225:6

technicality
225:14,18

telephone
83:9,12

telling 30:14
41:23 49:23
60:15 80:20,22
88:21 89:6,15
111:11 113:6,
21 114:2,6
127:6 131:20
139:21,22
141:7,22 147:5
149:19 171:13
172:12,13,23
173:6,7,10,13
176:24 177:4,
15,22 180:24
210:14 219:21
220:1

terms 161:1

terry 16:18,19
23:14,21 25:9,
15 34:22,23
35:4,7,8,11,15,
16,18 36:20,23
37:6 39:11,13
43:25 46:14,24
50:18,21 54:15,
19,24 62:18
63:8 69:18
71:15,17,18,19
72:1 75:23,25
76:7 80:21,23
93:9 94:8,9
105:7 107:23
110:25 112:3
114:5 129:9,12
131:6,7 139:16,
18 140:11,15
141:2,14,17,22
142:1,3 147:10
152:3,10 153:1,
4,8,15,23,25
154:2,9 155:2,
10,25 156:5,13,
19,25 157:7
163:24,25
165:18 166:2,8,
12,25 167:7,15
170:3,4,9,15
184:25 191:16,

20,21 192:4,8,
12,14,21 193:1,
4,7,13,14,19,
20,23 194:11,
19,20 198:7,14
199:20 205:17
208:13 214:17
215:24 220:2

Terry's 34:21
153:25 170:11,
15,22

testified 34:14
39:22 43:4
44:24 49:20
51:6 60:14
61:24 63:24
66:8 68:1 78:5
79:12 84:15
88:8 91:18,25
92:3,22 94:7
99:16 100:22
101:3 103:3
109:9 113:8
123:6,18
126:20 130:22
132:1 139:2,17
143:24 159:19
161:14 165:2
177:24 184:15,
19 185:3,16
186:2 190:1
191:16 196:14
201:14 211:19
215:22

testify 34:18
214:8,13

testifying
79:16 91:15,22
122:17 125:5
185:20

testimony 8:3
20:1 70:25 71:5
82:25 91:6
95:21 109:8
114:17 115:14
118:2 120:25
121:23 122:14
124:21,25
125:23,24
126:4 127:16
128:18,22,25
129:3 130:5,12
132:16 134:15

137:10,17
138:7,19
139:16,17
148:4 157:11
161:19 162:25
163:11 164:13
165:21 170:18
171:9,13,23
172:20 173:9
175:4,7,23
176:9,22
177:11,18
183:22 184:7
185:10 188:10
189:18,24
191:20 192:20
194:18 196:23
197:8 198:5,13,
20 204:4
210:23,24
211:2 224:14
228:8

thankfully
17:21

thing 21:2 27:4
42:4 91:12
109:3 113:5,9,
16 139:12
145:14 159:12
169:12 179:12
183:17 186:11
195:18 207:8
219:7

things 25:11
113:13 139:14
160:18,20
164:5 176:3
197:7,9 223:3,
23

thinking 39:12
136:11,20,24
172:12,14
225:19

thought 35:11,
16 88:9 91:5
94:10 99:12
127:18 131:17,
19 136:18
137:16 159:24
166:5 172:3,18
181:20 183:12
184:12,17
185:15,19

193:20 194:19
206:13 214:15
220:5

threat 190:15,
20,24 191:5,9

threatened
81:17,21 82:10
200:21 201:4
211:20

threw 213:25

throw 213:24

tie 124:17

till 190:9 216:9

time 7:6 8:23
14:24 20:12
31:14 35:12,14
36:14 37:22
43:18 44:7,10
48:14 49:9
50:6,11,17
52:17 64:9
77:8,9 83:12
85:21 86:1
93:15 98:4,21
99:3,9 103:18,
20,23 110:5
113:20,24
127:18 130:10,
25 135:1
137:14 141:16
143:25 152:5
153:1 172:3,19
173:25 174:5,
24 178:1
180:24 181:17,
20 184:13,19
185:15 187:2
194:7,13,15
211:1,5,22
213:21 219:6,
23 228:7

times 19:5
110:2,3,4
116:24 145:7,
10

title 9:24 11:15

today 7:4,5 9:6
12:11,24 13:18
14:7,23 15:6
40:1 44:13,16

45:14 49:20
60:14 68:1 78:5
79:12,16 85:14,
25 95:17 108:9
113:13 123:9,
15 124:16
128:1 131:1
132:24 139:3
149:3 168:8
173:8,17 174:4,
23 186:22
211:1 219:11
222:13 223:25
224:2 227:4,14

today's 228:8

told 16:21 17:1,
4 18:3 20:17,
20,24 21:5
22:2,5,11,14,
15,23 23:5,14,
15,16,21 24:1,
10,15,19 25:9,
14,16 26:11
27:2,10,15,22
28:1,14,16 30:4
31:7 32:3,6
33:11,14 34:23
35:8,11,24
36:11,15,20,21,
23 37:6,13,23
38:8,11,19,25
39:6,10,11,13
40:2,3,4,5,11,
12 41:21 45:11
46:9,17,18,23,
25 47:2,5
49:14,16,17
50:6,8,10,12,
16,18 51:10,16
53:17,24 54:8,
15,18,19,20,24
55:5,9,10,21
56:1,8,15,19,21
58:17,23 59:6,
9,14,21 60:3,
10,17 61:3,10,
12,25 62:1,17,
18,19 63:13
64:13 65:17
66:15 68:3,7,11
69:18,19,21
70:18 71:1,2,3,
7,14,16,18,19
75:5,22 76:19
77:8 78:17 79:6



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

84:5,6,22 85:14
86:8 89:16
99:5,12,17
104:18,24
105:6,7 107:16,
22 108:6 111:1,
2,9,16,21,24
112:7,9,11,16
113:3,7 114:1,
3,5,7,9,13
115:10,19,20
116:6 117:19
119:10 121:7,
16 122:19,22
126:21 127:5
131:7 133:9,17
137:16,23
138:23 139:10
140:19 142:4,
24 143:5 147:7,
14,21 149:14,
20,21 151:10,
13,25 152:1
153:18,23,25
155:8,11,13,16
156:9 157:3,7
159:3,21,24
160:9 161:2
163:23 164:9,
20,22 165:3,7,
10,16,17,18,25
166:1,4,8,12,
15,24 167:6,7,
12,14 168:7,9
169:7,14,15,23
170:4,15 176:2,
5,14 178:8,23
179:24 180:1,
20,24,25
181:24 182:25
183:7,11,14,16
184:20,25
185:23 186:3
187:25 189:23
190:3,6,18,22
192:20,21
193:11,20
194:19 195:19,
20,21,22,23,25
196:14,17,20
197:19 198:1,6,
7,8,10,14,21
199:8,13,19,21
200:25 201:1
203:10,16
204:1,14,23

205:14,17
206:11 207:3,7,
9,10,11,18,23
208:4,10,13
209:2,8,11
210:15,18,19
211:19 212:13,
17,19,25 213:7,
22 214:16
215:2,9,13,18
216:17,23
219:8 223:20
226:12

Tony 7:19
108:23

top 86:23 87:1
100:11

topic 220:24
221:24

tragically 18:9

transcript
226:21,25
227:8,12,18

travel 45:6

tray 140:13,14

trays 16:17

treated 153:22
155:9

trial 34:15,19
35:3 36:2,7
37:8,16 44:18,
25 70:22 71:2,6
72:5 77:11 78:2
80:15 82:25
91:6,7,16 95:13
97:17 109:8,16
110:13,15
112:3,16 113:9,
14 114:20
117:7 119:1
120:2,6 121:3
122:14,17,20,
23 125:5,16
130:4,22 131:4,
15 132:16
133:11,15
134:15 137:9
138:7 139:16,
17 143:25
153:12,13

155:18,22
156:6,20 157:1
158:14 159:19,
25 160:4
164:16 168:22,
23 170:6,13,14
174:18 175:4
185:5 206:5,15
210:22,23
211:2 214:8

trick 74:11

truck 11:23
16:22,24,25
17:13 42:25
60:7 124:5,8,9,
10,12 140:6,14,
20,24,25 141:8
142:24 143:3,4,
11,12 159:11
215:18

trucking
11:20,22,24
12:3 182:2,20

true 78:24
89:24 90:8,19

truth 8:4 83:18
84:21 85:1,8,
11,14 122:19
123:1

truthful 14:7,
14 43:23 63:19
74:2 77:19 85:6
108:9 124:25
126:4 127:16
128:18 158:1
171:23 184:16,
17,18 185:16
186:2 203:11
210:19,20
212:1

truthfully
185:20 214:15

turn 132:15

turned 17:9,12
140:4 141:8
142:1

type 144:7,10

typed 52:19,22
53:7,10 227:2

typing 144:8

typo 76:10

___ U ___

Uh-huh 206:17
225:5

Uncle 94:16
140:8,22 143:9

understand
8:13 9:9 13:24
14:4,10 18:8
72:10 131:12
142:9 160:23
173:11 198:12

understandabl
e 130:21 172:17

understanding
103:6 192:24
193:3

understood
192:4

United 7:11

unpack 21:11
60:13

upstairs 132:6

urging 51:11

___ V ___

vaguely
129:17

victim 16:12
17:16 18:3
42:23,24

video 228:2

view 26:15,17
28:9,24 30:9
31:22 33:17
64:5,10 65:11
67:25 88:1
89:21 90:5
130:8 134:19
162:8

viewed 26:24
27:6,18 28:7
30:13 31:2,13,

25 33:3 64:1
66:9 67:20 99:2
106:14,23
138:8 163:7

viewing 28:21
64:18 65:2,14
66:22 67:14
68:12 111:21
167:23 169:8
201:15

visit 63:25
99:10 118:22
130:6 137:14

visited 89:21
162:8

___ W ___

Wade 61:6,21

waive 226:23
227:13

Waiving
227:15

walked 140:12
142:23 143:3
215:16,17

wall 190:17,18
200:25

wanted 49:12
56:10,21 62:8
83:17 84:20
99:5 137:21
158:21 191:11
212:19

Washington
17:10,12

we-all 45:11

wearing
124:16 128:13

website
100:11

weeks 10:21
11:1

weight 37:24
96:20 97:12

west 17:7
142:8

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

when's 141:16

white 32:21
51:24 52:2,5
101:11 109:3
118:15,20
119:4,10,17
145:20,21
161:12 162:22
163:14 167:5,
13 168:4,24
171:2 178:2
181:2,3,10,11,
19

wife's 12:8

Willie 18:4
42:10 47:18
48:7 62:13
68:25 70:23
79:24 82:21
108:7 191:6
193:9,21
222:15

windshield
55:22 59:4,5,8,
23 60:4,24

witnesses
69:19 112:16
121:17 133:17
147:22 208:4,
12,17 214:17
215:13

witnessing
15:16

Wojcik 7:19
108:17,23

woman 56:20
83:21 162:22
163:14 167:5,
13 168:4,24
171:2 178:2
181:2,3,10,11,
19 182:25
183:7,22,24
184:3

woman's 57:7

word 76:4
220:14

words 144:7

work 10:16

11:4,12,19,24

worked 11:14,
20 84:6 178:25
179:4,18 180:2,
3

working 10:19
11:5 16:4,6
27:7 117:12,15,
16 179:1 180:6
182:3,5,11,12

works 210:9

worried 172:15

worthy 221:12

would've
145:2 197:19
221:12

write 13:14

writing 134:13
135:9,11,14,20

writings 137:5

written 144:7

wrong 193:12

wrongfully
217:18 218:4

wrongly
218:17

_____

Y

_____

year 81:3

years 10:18
11:14 12:1,20
20:3,18 30:24
31:20 49:12,24
72:3,4 76:20
78:19 79:5
149:20 153:3
176:11 194:23

yell 76:8

yesterday
8:23 83:5,12
85:12 202:13,
25 203:6,13
204:14,25
205:19,20
207:2,17,21
208:2,15,22

209:19 210:14,
24

you-all 52:1
142:21

youto 190:25

_____

Z

_____

Zarnick 87:3,
11 116:1,5



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com