# EXHIBIT 32

STATEMENT OF

Terry Rogers

Taken May 8, 2002 At 4:35 pm

At: Area 5

Present ASA Jennifer Walker QW·T·R AN
~~Det. Boguchi # 20066~~ Det. Noradin #21252
~~Det. Raymond Schalk #20718~~

This statement taken regarding the shooting and robbery of Willie Sorrell and Edward Cooper which occurred on December 21, 1990 at 5615 W. Madison at 1:25 p.m.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

AN T·R QW

After being advised of ~~his~~ the fact that Assistant States Attorney Jennifer Walker is a lawyer and a prosecutor but not his lawyer, Terry Rogers agreed to give the following statement which is a summary but not word for word. Terry states he is 40 years old. Terry states he was born on September 12, 1962. Terry states he currently does not have a permanent address, but states he has lived in Chicago all of his life. Terry states he went to school up to 5th grade at Emmet Grade School. Terry states that Exhibit A is a picture of the guy he knows as Det. AN #21252

Terry W Rogers page 1 of 3 JW Walker

Fletcher. Terry states that on December 21, 1990, he was hanging out on Madison in Chicago in the early afternoon. Terry states he saw Edward Cooper and Cooper's bread truck near Uncle Remus' Restaurant also on Madison. Terry states he has known Edward Cooper since Terry was 8 or 9 years old. Terry states he watched Fletcher and another guy Terry doesn't know walk down Madison towards where Edward Cooper had parked the bread truck. Terry states he saw Fletcher and the other guy approach Edward Cooper. When Fletcher approached Cooper, Terry saw that Fletcher had a gun in his hand. Terry states he then saw Cooper get inside the bread truck. Terry states he then heard some shots and then saw Fletcher and the other guy with Fletcher running towards Madison and Parkside and Edward Cooper was running after them. Later on that afternoon, Terry heard that someone had been shot. Terry states he has known Fletcher since they were kids and they used to go rollerskating at the same place. Terry states he has been treated OK by the police and by Assistant State's Attorney

2

Terry W Rogers
Det. A.N. #21252
page 2 of 3

Jennifer Walker. Terry states he was given McDonalds to eat and coffee and soda to drink. Terry states he has been given cigarettes to smoke and has been allowed to sleep. Terry states he was allowed to go to the bathroom. Terry states he was not made any threats or promises and is giving this statement freely and voluntarily. Terry states that Assistant States Attorney Jennifer Walker read the entire statement out loud to Terry and allowed him to follow along if he wished. Terry was allowed to make any changes or corrections to this statement that he wished.

Terry W. Rogers

S#A.N # 21252

2

page 3 of 3

CITY-JF-000163