# EXHIBIT 35

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**90N603937**

Case Id: 2077921
Sup ID: 1416985 CASR30

| PROGRESS-LINE UP | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|
| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | IUCR Code |
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | | 0110 |
| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested |
| 5615 W MADISON ST | 1513 | 1 | | 1 |
| Location Type | Location Code | Secondary Location | | |
| Street | 304 | | | |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? Gang Related? | Domestic Related |
| 21-DEC-1990 13:25 | 1513 | 21-DEC-1990 13:30 | NO    NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| SCHALK, Raymond | | WOJCIK, Anthony | 1832 | BOGUCKI, Jerome | 20668 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 21-MAY-2002 16:50 | | 24-MAY-2002 01:16 | | FIELD | |

**THIS IS A FIELD INVESTIGATION PROGRESS-LINE UP REPORT**

**VICTIM(S):**

**SORRELL, Willie JR**
Male / Black / 77 Years
**DOB:** 25-JAN-1925
**RES:** 415 S Lotus
Chicago IL

**OFFENDER(S):**

**FLETCHER, James**   -- In Custody --
Male / Black / 39 Years
**DOB:** 30-MAR-1963
**DESCRIPTION:** 5'10,189,Black Hair, Long Hair Style, Brown Eyes, Dark Complexion,
**SSN:** 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
**IDENTIFIED BY** Photo
**IR #:** 966425    **CB #:** 15095059
**SID #:** 22321850
**WARRANT #:** CH004544
**RELATIONSHIP TO VICTIM:**
SORRELL, Willie    No Relationship

**OFFENDER(S):**

**UNKNOWN, Unknown**
Male / Black / 30 Years
**DESCRIPTION:** 6'00,170,Black Hair, Pony Tail Hair Style, Brown Eyes, Dark Complexion,
**WEARING:** Red Hat, Red "Pistons" Starter Jacket, Blue Pants
**RELATIONSHIP TO VICTIM:**
SORRELL, Willie    No Relationship

Printed On: 24-MAY-2002 15:44         o 6         Printed By: SCHALK, Raymond ( PC09540 )

90N603937

CITY-JF-000153

**90N603937**
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **VICTIM INJURIES:** | **SORRELL, Willie Jr**<br>Shot, Shot In Head |
| **TRANSPORTED TO:** | **SORRELL, Willie Jr** ( Victim )<br>Transported to Mt. Sinai |
| **WEAPON(S):** | INV #: 841363<br>Used<br>Johnson Arms--Us--, 38, Revolver<br>SERIAL #: J12473<br>OWNER: Edward Cooper |
| **OTHER PROPERTY :** | INV #: 853556<br>Gsr Kit# 90-297<br>OWNER: Beat 9603<br><br>INV #: 2641297<br>7 Idoc Photos Of M/Bs |
| **LOCATION OF INCIDENT :** | 5615 W Madison St<br>Chicago IL<br>304 - Street |
| **DATE & TIME OF INCIDENT :** | 21-DEC-1990 13:25 |
| **DEATH INFORMATION:** | **SORRELL, Willie JR** ( Victim )<br>DATE OF DEATH: 21-DEC-1990 14:04<br>PRONOUNCED BY: Dr. Deurrutia<br>on 21-DEC-1990 14:04 |
| **AUTOPSY INFORMATION:** | AUTOPSY DATE: 22-DEC-1990<br>PERFORMED BY: Dr. Stein<br>CAUSE OF DEATH: Gsw To Head |

**90N603937**
DETECTIVE SUP. APPROVAL COMPLETE

**MEDICAL EXAMINER #:** 440 DEC 1990

**HOMICIDE (SUSPECT) INFORMATION:**   **FLETCHER, James**
Identified Through Investigation
**TAKEN INTO CUSTODY BY** Beat 5511
**MOTIVE:** Robbery

**WEATHER AND LIGHTING:**
**WEATHER:** Rain
**TEMPERATURE:** 30'S
**LIGHTING:** Daylight

**METHOD CODE(S):** DNA

**CAU CODE(S):** DNA

**FIREARM(S) RECOVERED:**
INV #: 841363
Johnson Arms--Us--, 38, Revolver
**SERIAL #:** J12473
**OWNER:** Edward Cooper

**OTHER PROPERTY RECOVERED:**
INV #: 853516
Bullet Fragment
Not Suitable For Comparison

**OTHER PROPERTY DAMAGED:**
INV #: 853516
Bullet Fragment
Not Suitable For Comparison

Printed On: 24-MAY-2002 15:44          o 6          Printed By: SCHALK, Raymond ( PC09540 )

CITY-JF-000155

**90N603937**
DETECTIVE SUP. APPROVAL COMPLETE

| PERSONNEL ASSIGNED: | **Assisting Detective/Youth Inv.** | | |
|---|---|---|---|
| | NORADIN, Anthony F | # 21252 | BEAT: 5511 |
| | SCHALK, Raymond C | # 20718 | BEAT: 5511 |
| | **Detective/Youth Investigator** | | |
| | BOGUCKI, Jerome J | # 20668 | BEAT: 5511 |
| | **Reporting Officer** | | |
| | GILGER, James G | # 21151 | BEAT: 1513 |

**WITNESSES:**

**COOPER, Edward**
Male / Black / 38 Years
**DOB:** 06-APR-1952
**RES:** 1435 N Luna Ave 1ST
Chicago IL
773-622-6306
**EMPLOYMENT:** Truck Driver

**OTHER COMMUNICATIONS:**
  Beeper: 773-461-3453

**FRIEND, Sheenee**
Female / Black / 17 Years
**DOB:** 31-MAR-1973
**RES:** 1528 N Lockwood
Chicago IL
773-237-3805
**SSN:** 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

**ROGERS, Terry W**
Male / Black / 28 Years
**DOB:** 12-SEP-1962
**RES:** 5238 W Washington Blvd
Chicago IL
**SSN:** 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

**WADE, Emmett**
Male / Black / 26 Years
**DOB:** 25-NOV-1964
**RES:** 320 Frederick
Bellwood IL
708-410-0255
**SSN:** 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

**90N603937**
DETECTIVE SUP. APPROVAL COMPLETE

**CRIME CODES SUMMARY:** 0110 - Homicide - First Degree Murder

**IUCR ASSOCIATIONS:** 0110 - Homicide - First Degree Murder
SORRELL, Willie, JR (Victim)
FLETCHER, James (Suspect)

**ASSOCIATED ARRESTS:** 15095059

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATIONS:**

THIS IS THE ASSIGNED UNIT LINEUP REPORT
-------------------------------------------

DATE, TIME, & LOCATION OF LINEUP:

20 Apr 02, 1135 hrs., Area 5 Detective Facility

LINEUP PHOTOS TAKEN BY:

Det. R. Schalk #20718, Area 5 V/C

PERSONS CONDUCTING LINEUP:

Det. J. Bogucki #20668, Area 5 V/C
Det. R. Schalk #20718,          "

PERSONS PRESENT AT LINEUP:

Attorney J. Cunyon GORDON

PERSONS VIEWING LINEUP:

CITY-JF-000157

**90N603937**
DETECTIVE SUP. APPROVAL COMPLETE

Sheenee FRIEND
Edward COOPER

PERSONS PARTICIPATING IN LINEUP:

#1: WILSON, David, M/B/40, 3017 W. Lexington
#2: FLETCHER, James  CB# 15095057
#3: COX, Henry, M/B/49, 2710 W. Jackson
#4: SMITH, John,  CB# 15096997
#5: SIMMONS, Dwayne,  CB# 15097074

PERSON IDENTIFIED IN LINEUP:

#2: FLETCHER, James

INVESTIGATION:

James FLETCHER was allowed to choose his own position in the line-up. Present during this position selection, and during the line-ups, was an attorney for James FLETCHER, J. Cunyon GORDON. Each participant was required to step forward and make certain turning motions.

Sheenee FRIEND and Edward COOPER each viewed the line-up. They both positively identified Subject#2, James FLETCHER, as one of the offenders who robbed Edward COOPER and shot Willie SORRELL.

REPORT OF:

Det. R. Schalk #20718
Det. J. Bogucki #20668
Det. A. Noradin #21252

Printed On: 24-MAY-2002 15:44          o 6          Printed By: SCHALK, Raymond ( PC09540 )