# EXHIBIT 36

| CRIME SCENE PROCESSING REPORT CHICAGO POLICE DEPARTMENT | CLASSIFICATION OF OFFENSE/INCIDENT HOMICIDE | I-UCR CODE 0110 | OTHER NO | RD NO N-603937 |
|---|---|---|---|---|
| ADDRESS OF SERVICE AREA 5 | VICTIM'S NAME SORRELL, WILLIE | | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
| ASSIGNMENT TYPE LINE-UP PHOTOS | REQUESTED BY DET. J. BOGUCKI | | DATE RECEIVED - TIME 20 APR 02 1145 | UNIT ASSIGNED 551 |

PHOTOGRAPHY

| A | FRONT | D | R/PROFILE | G | SINGLE |
|---|---|---|---|---|---|
| B | FRONT | E | L/PROFILE | H | |
| C | R/PROFILE | F | L/PROFILE | I | |

**PERMANENT RETENTION FILE**

DETAILS OF CASE

| POSITION | NAME | ADDRESS/C.B |
|---|---|---|
| 1 | WILSON, DAVID | 3017 W. LEXINGTON M/B/40 |
| 2 | FLETCHER, JAMES | 15095-057 |
| 3 | COX, HENRY | 2710 W. JACKSON M/B/49 |
| 4 | SMITH, JOHN | 15096997 |
| 5 | SIMMONS, DWAYNE | 15097074 |

INVESTIGATING OFFICER'S NAME - DET. J. BOGUCKI  STAR NO 20668  UNIT 650

REPORTING TECHNICIAN - DET. R. SCHALK  20818  650

DATE ARRIVED 20 APR 02  TIME 1145  TIME COMPLETED 1150

APPROVING SUPERVISOR: SGT. A WOJCIK  STAR NO 1832

TECHNICIAN'S SIGNATURE: R. Schalk  DATE 20 APR 02

PD-21 949 (REV 10/92)

RD NO N-603937

CITY-JF-000216