# EXHIBIT 37

```
                                                                    1

1       IN RE:   JOHN DOE INVESTIGATION

2                GJ# MAY 355

3

4

5

6                BEFORE THE GRAND JURY

7                   OF COOK COUNTY

8                     MAY, 2002

9

10

11           TRANSCRIPT OF TESTIMONY TAKEN

12   IN THE ABOVE ENTITLED MATTER ON THE 9TH DAY OF

13                   MAY, A.D., 2002.

14

15

16   PRESENT:    MS. KATHALEEN LANAHAN,
                 ASSISTANT STATE'S ATTORNEY
17

18
     REPORTED BY:   DEBRA L. KELLY
19                  CERTIFIED SHORTHAND REPORTER
                    ILLINOIS LICENSE NO. 084-003815
20

21   LIST OF WITNESSES:

22   TERRY ROGERS

23

24
```

Fletcher 007762

| | |
|---|---|
| 1 | THE FOREPERSON: Would you raise your right hand, |
| 2 | please? |
| 3 | (Witness duly sworn.) |
| 4 | MS. LANAHAN: Ladies and gentlemen of the Grand Jury, |
| 5 | I'm Assistant State's Attorney Kathaleen Lanahan of the |
| 6 | Homicide Sex Unit. |
| 7 | I'm here today on Grand Jury Number May 355 |
| 8 | which is a John Doe murder investigation relating to the |
| 9 | murder of Willie Sorrell which occurred on December 21st |
| 10 | of 1990. |
| 11 | We are not seeking an indictment at this time. I |
| 12 | ask leave to call Mr. Terry Rogers. |
| 13 | The Grand Jury does have the right to subpoena |
| 14 | and question any person against whom the State's Attorney |
| 15 | is seeking a Bill of Indictment, or any other person, and |
| 16 | to obtain and examine any documents or transcripts |
| 17 | relevant to the matter being prosecuted by the State's |
| 18 | Attorney. |
| 19 | TERRY ROGERS, |
| 20 | having been first duly sworn, was examined and testified |
| 21 | as follows: |
| 22 | EXAMINATION |
| 23 | BY |
| 24 | MS. LANAHAN: |

Fletcher 007763

1   Q.  Sir, can you please state your name?
2   A.  Terry Rogers.
3   Q.  And how old are you, sir?
4   A.  40 years old.
5   Q.  What is your date of birth?
6   A.  09-12-62.
7   Q.  And you have lived in Chicago all of your life?
8   A.  Yes.
9   Q.  You went to school at Emmet Grade School?
10  A.  Yes.
11  Q.  I want to show you what has been marked as
12  People's Exhibit Number 1.  Do you recognize this person?
13  A.  Yes.
14  Q.  Who is that?
15  A.  Jimmy Fletcher.
16  Q.  How long have you know Jimmy Fletcher?
17  A.  20 years.
18  Q.  I want to call your attention to December 21st of
19  1990, where were you at?
20  A.  On Madison and Parkside.
21  Q.  In the early afternoon?
22  A.  Yes.
23  Q.  Did you see a person by the name of Edward
24  Cooper?

Fletcher 007764

4

1     A.   Yes.

2     Q.   How long have you known Edward Cooper?

3     A.   He knows my brother and them, I don't really know him.

5     Q.   But you have known of him for years?

6     A.   He knows my brother and them.

7     Q.   For how many years?

8     A.   I can't, I can't --

9     Q.   What was Edward Cooper doing when you saw him?

10     A.   Delivering bread.

11     Q.   Where was he delivering bread at?

12     A.   At the store next to Uncle Remus.

13     Q.   At the store next to Uncle Remus' Restaurant?

14     A.   Yes.

15     Q.   And that's on Madison?

16     A.   Yes.

17     Q.   And what did you see happen?

18     A.   Well Jimmy Fletcher upped the gun from his backside and there was some gunfire exchanged. Edward Cooper ran to his truck and got his gun.

21     Q.   Jimmy Fletcher upped the gun from his backside; is that correct?

23     A.   Yes.

24     Q.   Was Jimmy Fletcher with anyone else?

```
 1        A.   With another guy.
 2        Q.   Did you know that guy?
 3        A.   Nope.
 4        Q.   When Jimmy Fletcher upped the gun, what did
 5   Edward Cooper do?
 6        A.   Ran to his truck and got a gun.
 7        Q.   When he ran to his truck and got a gun, what
 8   happened?
 9        A.   He started chasing Jimmy Fletcher and another
10   guy.
11        Q.   And what did Fletcher do?
12        A.   Started shooting.
13        Q.   What did Cooper do?
14        A.   Chased him.
15        Q.   So there was gunfire exchanged then?
16        A.   Yes.
17        Q.   At that time did you know if anyone was shot?
18        A.   Nope.
19        Q.   In what direction did Fletcher and the other guy
20   run?
21        A.   Towards Parkside and Madison where I was at.
22        Q.   Towards Madison and Parkside where you were at?
23        A.   Yep.
24        Q.   What did Edward Cooper do?
```

```
 1        A.   He was chasing them.
 2        Q.   Later on that day did you learn someone had been
 3   shot out there?
 4        A.   Yes.
 5        Q.   Mr. Rogers, you spoke with assistant state's
 6   attorney Jennifer Walker and Detective Noradin yesterday
 7   afternoon?
 8        A.   Yes.
 9        Q.   And you gave a statement; is that correct?
10        A.   Yes, I did.
11        Q.   Is that a copy of the statement you gave?
12        A.   Yes, it is.
13        Q.   Is that a true and accurate copy?
14        A.   Yes.
15        Q.   And you signed that statement?
16        A.   Yes, yes.
17        Q.   And the detective and the assistant state's
18   attorney signed that statement?
19        A.   Yes.
20        MS. LANAHAN:  I have no further questions.  Are there
21   any questions?
22                       (No response.)
23                       (Witness Excused.)
24                       (Investigation continues.)
```

Fletcher 007767

```
 1  STATE OF ILLINOIS )
 2                    ) SS:
 3  COUNTY OF C O O K )
 4
 5
 6           I, DEBRA L. KELLY, a Certified
 7  Shorthand Reporter licensed to practice in the
 8  State of Illinois, do hereby certify that I
 9  reported in shorthand the proceedings had in the
10  hearing of the above entitled cause; that I
11  thereafter caused the foregoing to be transcribed
12  into typewriting, which I hereby certify is a true
13  and accurate transcript of the proceedings had
14  before the Grand Jury of Cook County.
15
16                         [signature]
17                         DEBRA L. KELLY, CSR
18
19
20
21
22
23
24
```

Fletcher 007768