# EXHIBIT 38

1

```
 1   IN RE:  PEOPLE VS. JAMES FLETCHER

 2

 3                              GJ# 355

 4                              ARR. DATE: 5-31-02

 5                              02 CR 12937

 6

 7

 8         BEFORE THE GRAND JURY OF COOK COUNTY

 9

10                        MAY 2002

11

12

13              TRANSCRIPT OF TESTIMONY TAKEN IN

14   THE ABOVE ENTITLED MATTER ON MAY 10, 2002.

15

16

17         PRESENT:  MS. KATHALEEN LANAHAN
                      ASSISTANT STATE'S ATTORNEY
18

19              REPORTED BY JANET K. LUPA
                CERTIFIED SHORTHAND REPORTER
20              ILLINOIS LICENSE NO. 84-2103

21
     LIST OF WITNESSES:
22   R. SCHALK

23

24
```

Fletcher 007119

2

1      THE FOREPERSON:    Would you raise your right

2  hand, please.

3                (Witness duly sworn.)

4      MS. LANAHAN:    Ladies and gentlemen of the

5  Grand Jury, I am Assistant State's Attorney

6  Kathaleen Lanahan of the Homicide-Sex Unit.

7            We are seeking a True Bill of

8  Indictment against the defendant James Fletcher,

9  also known as Arnold Dixon, for the offense of

10  first degree murder committed against Willie

11  Sorrell on or about December 21st, 1990, near

12  5615 West Madison, Chicago, Cook County,

13  Illinois.   The Grand Jury number is May 355.

14            At this time I ask leave to call

15  Detective Schalk.

16            The Grand Jury does have the right to

17  subpoena and question any person against whom the

18  State's Attorney is seeking a Bill of Indictment,

19  or any other person, and to obtain and examine

20  any documents or transcripts relevant to the

21  matter being prosecuted by the State's Attorney.

22                R. SCHALK,

23  having been first duly sworn, was examined and

24  testified as follows:

**Fletcher 007120**

3

1        EXAMINATION

2            BY

3        MS. LANAHAN:

4        Q.    Detective, state your name, star

5    number, and unit of assignment?

6        A.    Detective Raymond Schalk, Star No.

7    20718.  I'm assigned to Area 5 Violent Crimes.

8        Q.    And, detective, you have been sworn?

9        A.    Yes, I have.

10        Q.    Did your investigation reveal that the

11    victim Willie Sorrell was alive prior to 1:25

12    p.m. on 12-21 of 1990?

13        A.    Yes, he was.

14        Q.    And that the victim Willie Sorrell and

15    victim Edward Cooper were in the area of 5615

16    West Madison at 1:35 p.m. on 12-21 of 1990?

17        A.    That's correct.

18        Q.    And that the defendant with a

19    co-defendant was also present at that time?

20        A.    Yes, they were.

21        Q.    That the defendant was armed with a

22    gun?

23        A.    Yes, he was.

24        Q.    That the defendant and co-offender took

4

1    money from Edward Cooper at gunpoint?

2         A.    Yes, they did.

3         Q.    That as the defendant and co-offender

4    fled, victim Edward Cooper chased the defendants?

5         A.    Yes, he did.

6         Q.    That the defendant James Fletcher fired

7    at Edward Cooper?

8         A.    That's correct.

9         Q.    Edward Cooper -- gunfire was then

10   exchanged?

11        A.    Yes.

12        Q.    And victim Willie Sorrell was shot in

13   the head?

14        A.    That's correct.

15        Q.    That Dr. Stein of the Medical

16   Examiner's office determined that the victim

17   Willie Sorrell died as a result of a gunshot

18   wound to the head?

19        A.    Yes, he did.

20        Q.    That the victim died on December 21st,

21   1990?

22        A.    Yes, he did.

23        Q.    And what was the relationship between

24   the victim Willie Sorrell and the defendant?

**Fletcher 007122**

5

```
1           A.    There was no relationship.
2           Q.    And the victim Edward Cooper and the
3     defendant?
4           A.    No relationship.
5           Q.    What is the basis of your testimony
6     today?
7           A.    From the police reports and from my
8     interviews with witnesses.
9           Q.    And Mr. Cooper, the surviving victim?
10          A.    Yes, that's correct.
11          MS. LANAHAN:  I have no further questions.
12          THE FOREPERSON:  Any questions from the
13    jury?  Thank you very much.
14                          (Witness excused.)
15                          (Whereupon the Grand Jury was
16                           left alone to deliberate,
17                           after which the following
18                           proceedings were had.)
19          THE FOREPERSON:  True Bill.
20                          (Whereupon the above-entitled
21                           cause was continued
22                           for arraignment before
23                           the Presiding Judge of
24                           the Criminal Division.)
```

Fletcher 007123

1    STATE OF ILLINOIS )

2                   ) SS:

3    COUNTY OF C O O K )

4

5

6            I, JANET K. LUPA, a Certified

7    Shorthand Reporter licensed to practice in the

8    State of Illinois, do hereby certify that I

9    reported in shorthand the proceedings had in the

10   hearing of the above entitled cause; that I

11   thereafter caused the foregoing to be transcribed

12   into typewriting, which I hereby certify is a true

13   and accurate transcript of the proceedings had

14   before the Grand Jury of Cook County.

15

16

17                      JANET K. LUPA, CSR

18

19

20

21

22

23

24