# EXHIBIT 39

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF ILLINOIS )
                    )SS
COUNTY OF COOK )

The May, 2002 Grand Jury of the
Circuit Court of Cook County

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  | JAMES FLETCHER |
|---|---|
| Also known as | ARNOLD DIXON |

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WHILE ARMED WITH A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                              Charge ID Code: 735000

IND DEF 001724

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  | JAMES FLETCHER |
|---|---|
| Also known as | ARNOLD DIXON |

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A

STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

IND DEF 001725

Count 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

         JAMES FLETCHER
Also known as     ARNOLD DIXON

committed the offense of  FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE

FELONY, TO WIT: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

            CHARGE ID CODE: 735200

IND DEF 001726

Count 4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|                        | JAMES FLETCHER |
|------------------------|----------------|
| Also known as          | ARNOLD DIXON   |

committed the offense of            FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

IND DEF 001727

Count 5

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as      JAMES FLETCHER
                   ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                   CHARGE ID CODE: 735100

IND DEF 001728

Count 6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

          JAMES FLETCHER
Also known as      ARNOLD DIXON

committed the offense of   FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE FELONY, TO WIT:

ARMED ROBBERY, AND DURING THE COMMISSION OF THE OFFENSE HE

PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

               CHARGE ID CODE: 735200

IND DEF 001729

Count 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

                                        JAMES FLETCHER
Also known as                     ARNOLD DIXON

committed the offense of       FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                                  Charge ID Code: 735000

IND DEF 001730

Count 8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

                                  JAMES FLETCHER

Also known as                    ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY

OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                      CHARGE ID CODE:   735100

IND DEF 001731

Count 9

*************************************************************************

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

                                          JAMES FLETCHER

Also known as                    ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE FELONY, TO WIT:

ARMED ROBBERY, AND DURING THE COMMISSION OF THE OFFENSE HE

PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                          CHARGE ID CODE: 735200

IND DEF 001732

Count 10

*************************************************************************

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  |  |
|---|---|
| Also known as | JAMES FLETCHER<br>ARNOLD DIXON |
| committed the offense of | FIRST DEGREE MURDER |

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WHILE ARMED WITH A FIREARM, AND THE

STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE MURDERED

INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING THE COURSE

OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                                                   Charge ID Code: 735000

IND DEF 001733

Count 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

JAMES FLETCHER
Also known as        ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A

STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL,

AND THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

IND DEF 001734

Count 12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  | JAMES FLETCHER |
|---|---|
| Also known as | ARNOLD DIXON |

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM, AND

THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

IND DEF 001735

Count 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

                                  JAMES FLETCHER

Also known as                     ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY

OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM, AND

THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                CHARGE ID CODE: 735100

IND DEF 001736

Count 14

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  | JAMES FLETCHER |
| --- | --- |
| Also known as | ARNOLD DIXON |
| committed the offense of | FIRST DEGREE MURDER |

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH, AND THE STATE SHALL SEEK AN EXTENDED

TERM SENTENCE IN THAT THE MURDERED INDIVIDUAL WAS ACTUALLY KILLED

BY THE DEFENDANT DURING THE COURSE OF AN UNDERLYING FELONY: ARMED

ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

IND DEF 001737

Count 15

*************************************************************************

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

|  | JAMES FLETCHER |
|---|---|
| Also known as | ARNOLD DIXON |

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY CAUSED DEATH, AND THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING THE COURSE OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                                                                                CHARGE ID CODE:   735100

IND DEF 001738

Count 16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

  The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

           JAMES FLETCHER
Also known as      ARNOLD DIXON

committed the offense of  FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION COMMITTED A FORCIBLE FELONY,

TO WIT: ARMED ROBBERY AND DURING THE COMMISSION OF THE OFFENSE OF

ARMED ROBBERY WILLIE SORRELL WAS SHOT AND KILLED,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

            CHARGE ID CODE: 735200

IND DEF 001739

```
 1              THE COURT:  No, I don't want that.
 2                    What I would do is I would allow you to
 3    redact the front of this, and we will put this one in
 4    with yours.
 5                    Is there any objection as to that?
 6          MR. HILL:  Oh, redacting the actual front of the one
 7    that has the signatures on the back?
 8          THE COURT:  Right, so that we are not in any way
 9    modifying it.
10          MS. O'CONNOR:  That will deface the exhibit, Judge,
11    as it was shown to the witnesses when they looked at the
12    photo.
13          THE COURT:  What do you mean?
14          MS. O'CONNOR:  It won't be good.  It would be
15    ruining evidence.  You would be destroying a piece of
16    evidence.
17          THE COURT:  No.  This is just tape.  You are not
18    destroying it.  Did you look at these?
19          MS. O'CONNOR:  He didn't show them those.
20          THE COURT:  I'm sorry.
21          MR. SALTIEL:  That's a photocopy.
22          MR. HILL:  We have a photocopy, but I guess he is
23    saying because we used actually this type of redacting
24    tape, that is white tape that is over the ink associated
```

117