# EXHIBIT 41

G.J. NO.   813

GENERAL NO. 02 CR 16669

```
CIRCUIT COURT OF COOK COUNTY
     COUNTY DEPARTMENT
     CRIMINAL DIVISION
        June, 2002
```

The People of the State of
           Illinois
              v.
        James Fletcher
        AKA: Arnold Dixon

```
       ******************
       * INDICTMENT FOR *
       ******************
```

1ST DEGREE MURDER, ETC.

A TRUE BILL

_Sin D. Witt_
Foreman of the Grand Jury

=============================
           **WITNESSES**
DET. R. SCHALK

=============================
Filed _____, 20 _02_
_Dorothy Brown_, Clerk
Bail $ _____
=============================

ORIGINAL
FILE COPY
DO NOT REMOVE

0000047.0619

2002

PAGE _____ OF __20__ PAGES

IND DEF 000430

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF ILLINOIS )
                  )SS
COUNTY OF COOK  )

The June, 2002 Grand Jury of the
Circuit Court of Cook County

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                  JAMES FLETCHER
                                ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WHILE ARMED WITH A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                    Charge ID Code: 735000

0000047.0620

2002

IND DEF 000431

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                    JAMES FLETCHER
                                 ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A

STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

0000047.0621

2002

**IND DEF 000432**

Count 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                              JAMES FLETCHER
                                                ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE

FELONY, TO WIT: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735200

0000047.0622

2002

IND DEF 000433

Count 4

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

     The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                 JAMES FLETCHER
                                    ARNOLD DIXON

committed the offense of       FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                      Charge ID Code: 735000

0000047_0623

2002

**IND DEF 000434**

Count 5

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as
### JAMES FLETCHER
### ARNOLD DIXON

committed the offense of   FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY

OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

0000047.0624

2002

IND DEF 000435

Count 6

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                              JAMES FLETCHER
                                           ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE FELONY, TO WIT:

ARMED ROBBERY, AND DURING THE COMMISSION OF THE OFFENSE HE

PERSONALLY DISCHARGED A FIREARM,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735200

0000047.0625

2002

IND DEF 000436

Count 7

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

      The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as              JAMES FLETCHER
                              ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                                         Charge ID Code: 735000

0000047.0626

2002

**IND DEF 000437**

Count 8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                              JAMES FLETCHER
                                                      ARNOLD DIXON

committed the offense of          FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY

OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

0000047.0627

2002

IND DEF 000438

Count 9

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as          JAMES FLETCHER
                       ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE FELONY, TO WIT:

ARMED ROBBERY, AND DURING THE COMMISSION OF THE OFFENSE HE

PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY CAUSED DEATH,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735200

0000047.0628

2002

**IND DEF 000439**

Count 10

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                           JAMES FLETCHER
                                        ARNOLD DIXON

committed the offense of            FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WHILE ARMED WITH A FIREARM, AND THE

STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE MURDERED

INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING THE COURSE

OF AN UNDERLYING FELONY:  ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

0000047.0629

2002

**IND DEF 000440**

Count 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as          JAMES FLETCHER
                       ARNOLD DIXON

committed the offense of    FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A

STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL,

AND THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY:  ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:  735100

0000047_0630

2002

**IND DEF 000441**

Count 12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                              JAMES FLETCHER
                                                    ARNOLD DIXON

committed the offense of              FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM, AND

THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY:  ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

0000047.0631

2002

IND DEF 000442

Count 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                      JAMES FLETCHER
                                   ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL

WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY

OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM, AND

THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE

MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING

THE COURSE OF AN UNDERLYING FELONY:  ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

0000047 0632

2002

**IND DEF 000443**

Count 14

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                    JAMES FLETCHER
                                 ARNOLD DIXON

committed the offense of         FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, AND DURING THE

COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT

PROXIMATELY CAUSED DEATH, AND THE STATE SHALL SEEK AN EXTENDED

TERM SENTENCE IN THAT THE MURDERED INDIVIDUAL WAS ACTUALLY KILLED

BY THE DEFENDANT DURING THE COURSE OF AN UNDERLYING FELONY:  ARMED

ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000

0000047.0633

2002

**IND DEF 000444**

Count 15

**************************************************************************

    The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as               JAMES FLETCHER
                              ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED WILLIE SORRELL WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO WILLIE SORRELL, AND DURING THE COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY CAUSED DEATH, AND THE STATE SHALL SEEK AN EXTENDED TERM SENTENCE IN THAT THE MURDERED INDIVIDUAL WAS ACTUALLY KILLED BY THE DEFENDANT DURING THE COURSE OF AN UNDERLYING FELONY: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   735100

Count 16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as             JAMES FLETCHER
                        ARNOLD DIXON

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION COMMITTED A FORCIBLE FELONY,

TO WIT: ARMED ROBBERY AND DURING THE COMMISSION OF THE OFFENSE OF

ARMED ROBBERY WILLIE SORRELL WAS SHOT AND KILLED,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

                  CHARGE ID CODE:   735200

0000047_0635

2002

IND DEF 000446

Count 17

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                    JAMES FLETCHER
                                          ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION INTENTIONALLY AND KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A GUN,

IN VIOLATION OF CHAPTER 38 SECTION 9-1-A(1)

OF THE ILLINOIS REVISED STATUTES 1989, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   1606

0000047_0636

2002

/7

**IND DEF 000447**

Count 18

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as

JAMES FLETCHER
ARNOLD DIXON

committed the offense of    FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION INTENTIONALLY AND KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A GUN, KNOWING THAT SUCH

SHOOTING WITH A GUN CREATED A STRONG PROBABILITY OF DEATH OR GREAT

BODILY HARM TO WILLIE SORRELL,

IN VIOLATION OF CHAPTER 38 SECTION 9-1-A(2)

OF THE ILLINOIS REVISED STATUTES 1989, AS AMENDED, AND


contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   1607

0000047.0637

2002

**IND DEF 000448**

Count 19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 21, 1990 at and within the County of Cook

Also known as                           JAMES FLETCHER
                                         ARNOLD DIXON

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION INTENTIONALLY AND KNOWINGLY

SHOT AND KILLED WILLIE SORRELL WITH A GUN, DURING THE COMMISSION OF A

FORCIBLE FELONY, TO WIT: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 38 SECTION 9-1-A(3)

OF THE ILLINOIS REVISED STATUTES 1989, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE:   1608

0000047.0638
2002

19

**IND DEF 000449**