# EXHIBIT 45

# JIM ZARNICK, PI
3108 South Route 59, Suite 124-296
Naperville, Illinois 60564
Tel: (630) 742-6046

September 28, 2004

Mr. Joe Saltiel
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611

RE:        Ed Cooper
ZI Case #:  10015

Dear Mr. Saltiel:

We were requested to conduct an interview with Edward Cooper. With this request, we were provided an address for Mr. Cooper of 1435 North Luna Avenue, in Chicago, Illinois. We were also provided a telephone number of (773) 622-6306 and a date of birth of April 6, 1952.

## REPORT OF TELEPHONE INTERVIEW

Edward Cooper
1435 North Luna Avenue
Chicago, Illinois
(773) 622-6306

On September 23, 2004, at approximately 8:00 p.m., I conducted a telephone interview with Edward Cooper. Mr. Cooper informed me that on or around December of 1990, he was employed as a truck driver delivering bread to a restaurant located on the southwest corner of Central Avenue and Madison Avenue, in Chicago, Illinois. He made his delivery to the restaurant, and as he came out of the restaurant, he was robbed by two unknown men, one of which had a gun. He claimed that he did not know either of the men and the two men ran off, after robbing Mr. Cooper.

Mr. Cooper stated that he was contacted approximately 6 or 7 months ago by two Chicago Police Detectives, but could not recall either of the detectives' names. He later stated that it may have been 7 or 8 months ago that the detectives contacted him. The two detectives met him at his house sometime during the evening hours and asked that Mr. Cooper to view approximately 12 pictures of various individuals. Mr. Cooper stated that he was "not able to positively identify the person who robbed him and explained that

Fletcher 000407

the reason he was not able to do so was because the robbery happened too long ago. When asked if any of the men looked familiar, he picked out one of the photos, but again stated that he "could not be 100% sure." Mr. Cooper was later informed by the detectives that the individual he identified from the photos and line-up was James Fletcher.

Approximately 2 to 3 days later, Mr. Cooper visited the Chicago police department to view a police line-up. He stated that he met with two detectives and was then taken to a room to view several individuals in a line-up. When asked if any of the individuals from the line-up were the one who robbed him, he picked one of the males from the line-up, but again stated that he was not 100% sure because the incident happened too long ago.

I asked Mr. Cooper if there were any additional witnesses to the armed robbery and he stated that a man by the name of Terrey Rogers witnessed the incident and was approximately 40 to 50 feet away from the scene. He then stated that he heard that Terrey Rogers was the individual who reported Mr. Fletcher as one of the men involved in the robbery.

At approximately 8:30 p.m., we concluded our interview.

### Tuesday, September 28, 2004

On Tuesday, September 28, 2004, at approximately 8:45 p.m., I conducted a follow-up telephone interview with Edward Cooper, due to several discrepancies noted from my initial interview.

When questioned about the details to the police photo line-up and the in person police line-up, Mr. Cooper again stated that he was visited by two (2) Chicago Police Detectives approximately 8 to 9 months ago and he was asked to look at approximately 8 to 10 photos of individuals.

When questioned about Terrey Rogers, Mr. Cooper now claimed that Mr. Rogers had witnessed the robbery from approximately 500 to 600 feet. He also mentioned that he has known Mr. Rodgers since Terrey's birth, but does not know the current whereabouts of Mr. Rogers. At approximately 9:00 p.m., we concluded our interview.

At this time, we will conclude our efforts on this file. Should you have any questions or require additional assistance with this matter, please contact our office. Thank you for this assignment.

Sincerely,


Jim Zarnick
Private Detective