# EXHIBIT 47

Message                                                                 Page 1 of 1

### Saltiel, Joseph A

**From:** Saltiel, Joseph A
**Sent:** Tuesday, September 14, 2004 7:22 PM
**To:** Hill, Reginald J
**Cc:** Saltiel, Joseph A
**Subject:** Summary of call with Fletcher Sr.

Reggie,

Below is a summary of my phone call with Fletcher Sr. I will call him back tomorrow to fill in some of the gaps.

Mr. Fletcher, Sr. called and said that he, through mutual friends, was put in touch with Edna who knew Ms. Friend. Edna place a three-way-call between herself, Mr. Fletcher Sr. and Ms. Friend. Ms. Friend did not know Fletcher, Sr. was on the phone. Edna asked her about the her identification of Fletcher. Fletcher, Sr. heard Friend recount that: she was not sure at first about any identification when the police came to her; the police told her they had a suspect; and they told her about his criminal background (he had done stuff like this before). She also stated that she doesn't want to put an innocent man in jail so she might not go to court to testify.

9/14/2004

**Fletcher 008785**