# EXHIBIT 48

**REDACTED**

3/24  Call to Ms Friend (708) 857-9163
   ↳ truck he was Edward Cooper
   — Missie
   — doesn't know Guy           Jason @ Aunt's
   → ~~hurt~~ Edward w/ Cooper for Christmas  (708)

Standing by Uncle Remos Fletcher

Got off open the door

See that old man  (entry)

— old man got shot in the left eye
— told move

he died
Edward Cooper worked w/ Friend's dad
~~Edward~~ knew Terry Rogers — Stand out there
all the time, always there
Wanda Friend knew him ~~be~~ b/c on the corner
mom's
MB 378-2647
   photos — she did see photos at the time

   recognized "eyes"

   Edward was shooting at him

   Stood ~~on~~ on a street watching right +
   ~~Stood~~ ~~on~~ then went back to

———————————————

Never met James Fletcher

REDACTED

Fletcher 008576