# EXHIBIT 52

# COOK COUNTY

# OFFICE OF THE PUBLIC DEFENDER

# REPLY TO INVESTIGATION REQUEST

**Client(s) Name** James Fletcher  **Case No.** 02 CR 16669

**Charge** First Degree Murder  **Return Date** _____

**Requested by** APD J. Kennelly  **Date** 6-3-03

**Date of Report** 6-5-03  **Judge** Hon. Kirby

**Investigator Assigned:** Inv. N.A. Zupancic #359  **Date Assigned** 6-3-03

**Status of Report:** Pending  **Complied** XX

**Date case discussed with Attorney** 6-3-03

### SUMMARY OF INVESTIGATION REQUEST

In response to the request to accompany APD Kennelly to interview a witness the following is submitted:

### SUMMARY REPLY

On Tuesday June 3, 2003 at approximately 5:00 p.m. this investigator accompanied APD Kennelly to Division 2 of Cook County Jail located at 2700 South California in Chicago to speak with Terry Rogers (identification number 2003-0004277).

Please advise if any further action is needed.

Inv. N.A. Zup #359

Fletcher 008700