# EXHIBIT 53

8/12/03   Visit to 26th + California

R. Hoover (J.C Gordon re: former J+B.)
~~sister~~

B: Chicago
  Completed 11 +, GED
- 16 years old Murder/Armed Robbery
    Philip Roce - paid private attorney
    plea for 22 yrs — Stateville, others
  July 25, 1990
    no employment, looked for job     828 N. Laramie w/Parents
  October 31, 1991
    armed Robbery - 25 yr
    Richard Klock - paid private attorney
  bench trial + lost
    did not testify

Alias: Arnold Dixon (tried under alias)
Dec 1, 1991 out on bond for armed robbery UUW + gave that alias
(took prints at the time)

Gangster
Decipals (G.D.)
L 97(left) Terry Rogers   —1977
    went to H.S. Austin Branch (7th Grade School)
  - rival gangs (Four Corner Hustler Vicelord)
        still associated.
  - Saw him prison '86 in Statesville (didn't talk)
  - saw '91 @ Washington/Laramie (  "     "  )
  - dropped/reduced charge (arson) when he fingered J. Fletcher
        arson → criminal trespass
  James Fletcher Sr.
    - retired

Mr. Coopper is related to Terry Rogers (cousins)

Tony Powell - accused by Rogers in 91

Judge Kirby → new Judge replaced Garcia
new S.A

Fletcher 008811