# EXHIBIT 54

9/30 "trip" to CC Jail

Anthony Powell
└ Killed "Monroe Banks"

Cabrini '90-91 - Stayed there often
Sold drugs — ASA wanted info on Rogers

1990: 5'11" — ~180 short w/waves (see 91 pictures)

Photo Array — in 95 did it include Fletcher

Saw Rogers in Cook County in ~~2002~~ 1992

J.C6  Overheard conversation w/ Walker

line-up                                (lips/hair)
 - shoes (nothing)
 - only one w/ braids
 - tallest one
 - Street clothes

— Order Armed Robbery Case

✱ [Find motion they lost]

✱ Double check arrest to testify against Fletcher of indictment

✱ Preliminary Hearing before line-up

Never read right after change/arrest

Fletcher 008822