# EXHIBIT 55

**JENNER&BLOCK**

December 22, 2004

Jenner & Block LLP  
One IBM Plaza  
Chicago, IL 60611-7603  
Tel 312 222-9350  
www.jenner.com

Chicago  
Dallas  
Washington, DC

Emmett Wade  
5607 St. Charles Road  
Berkeley, IL 60163

Joseph A. Saltiel  
Tel 312 840-7476  
Fax 312 840-7576  
jsaltiel@jenner.com

Dear Mr. Wade:

As you may know, I am one of the attorneys representing Mr. Fletcher who stands accused of a murder stemming from an incident that occurred December 21, 1990. His trial is set to begin the week of February 7, 2005.

As we have previously discussed, we would like to call you as a witness. To that end, the court has issued a subpoena for you to appear at the trial which should be served on you soon if it has not already been served. Even though the trial is scheduled to start on February 7, it is unlikely that your appearance at court will be needed that day, but rather a different day later in the week.

In order to accommodate your schedule, I am willing to make an arrangement where you would only have to appear in court if and when your testimony is needed. This may save you valuable time in traveling to and from the court and avoid any unnecessary absences from work. If you are interested in making such an arrangement, please call me the week of January 31, 2005, and we can discuss a schedule that will best accommodate your needs.

If you have any questions before then, please do not hesitate to call me.

Very truly yours,

*[signature]*

Joseph A. Saltiel

JAS: cl

CHICAGO_1194048_1

**Fletcher 008551**