# EXHIBIT 56

0300                                                                    (Rev. 12/6/00) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.                                      No. 02 CR 16669

James Fletcher

*[FILED stamp: 2004 DEC 15 PM 12:10 DOROTHY BROWN CLERK OF CIRCUIT COURT CRIMINAL DEPARTMENT]*

### SUBPOENA - ~~SUBPOENA DUCES TECUM~~

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON Emmett Wade, 5607 St. Charles Road, Berkley, IL 60193

to appear to testify before the Honorable J.P. Kirby

on February 7 , 2005 in Room 204 , Circuit Court, 26th Street and California Avenue, Chicago, Illinois, at 11:00 a. m.

YOU ARE COMMANDED ALSO to bring the following:

in your possession or control.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

WITNESS, _____, _____

Atty. No.: 05003

Name: Joseph A. Saltiel

Atty. for: James Fletcher

Address: Jenner & Block LLP, One IBM Plaza

City/State/Zip: Chicago, IL 60611

Telephone: 312-222-9350

*Dorothy Brown*
Clerk of Court

DIRECT INQUIRIES TO:    DOROTHY BROWN
                                   Clerk of the Circuit Court
                                   Criminal Division
                                   2650 South California, Chicago, Illinois 60608

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(OVER)

Fletcher 009647

(Rev. 12/6/00)  CCCR 0066 B

**SERVICE:**

I served this Subpoena or Subpoena Duces Tecum by handing a copy to _____

_____

_____

On _____, _____ I paid the witness

$_____

_____

for witness and mileage fees.

_____

Signed and sworn to before me

_____, _____

_____
**Notary Public**

Fletcher 009648