# EXHIBIT 57

STATE OF ILLINOIS)
) SS.
COUNTY OF COOK)

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) 02CR16669
)
)
James Fletcher

FILED APR 09 2010 DOROTHY BROWN CLERK OF CIRCUIT COURT

## IMPOUNDING ORDER

IT IS HEREBY ORDERED that the below listed property used as Exhibit(s) for identification and or evidence in the trial of the above-captioned cause which resulted in a finding of guilty be impounded by the Clerk of the Circuit Court, Criminal Division, pending further order of this Court.

DESCRIPTION OF ITEMS

1. People's Exhibits 1-12, 15-22 (Photos)
2. People's Exhibit 13 (Diagram)
3. People's Exhibit 14 (Photo Array)
4. People's Exhibit 23 (ME Stipulation)
5. Defendant's Exhibits 1,2,and 4 (Photos)
6. People's Exhibit 1 (Sentencing) Defendant's Old format I.R.
7. People's Exhibit 2 (Sentencing) Defendant's Cert. Statement of Conviction 79-8441
8. People's Exhibit 3 (Sentencing) Defendant's 79-8441 charging documents
9. Defendant's CB Photo #8818702
10. Handwritten Statements of Terry Rogers and Shenee Friend (Originals)

ENTER: _____
JUDGE OF THE CIRCUIT COURT OF COOK COUNTY

DATED:

THE ABOVE LISTED ITEMS HAVE BEEN RECEIVED BY THE COUNTY CLERK'S OFFICE.

_____ (STAMP)
CLERK OF THE COURT

by: _____ (STAMP)
DEPUTY CLERK

Fletcher 000164