# EXHIBIT 69

## OFFICE OF THE STATE'S ATTORNEY
### COOK COUNTY, ILLINOIS

**ANITA ALVAREZ**
STATE'S ATTORNEY

CRIMINAL PROSECUTIONS BUREAU
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

12 JUNE 2015

Jennifer Blagg
Blagg Law
1333 West Devon STE 267
Chicago, Illinois 60660

Re: Arnold Dixon AKA Jimmie Fletcher N03796

Dear Ms. Blagg,

At our last conversation, you were the attorney for Mr. Dixon. If this is not the case, please let me know at the below number. If, however, you do still represent Mr. Dixon, please know that our unit has completed our review of Mr. Dixon's claims. Based upon our review, we have determined that the claims are without merit, and therefore, do not warrant any further investigation on our part.

Sincerely,

Nancy Galassini Adduci
Conviction Integrity Unit
2650 South California  12B13
Chicago, IL 60608
773 674-7701