# EXHIBIT 70

773-261-0201

Case

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE )
)
) Case No. 02 CR 16669
-vs- )
)
)
JAMES FLETCHER. )
)
)

### DECLARATION

I, **Sheenee Friend**, D.O.B. **March 31, 1973**.
state the following:

This statement was taken at **5412 W. Madison St., Chicago, IL**
on **August 26, 2011**
by **Susan Swanson**
on behalf of James Fletcher. a.k.a. Arnold Dixon.

1. In March of 2002, I was on parole and was arrested for a parole violation.

2. Police arrested me while I was staying at a friend's house and brought me to a police station at Grand & Central.

3. While there, two police detectives showed me a group of photos of

Page 1 of 4

X Initials S.F

Fletcher 000414

men, all on one page. They asked me who did the shooting in December 1990, and I pointed at one picture.

4. The police then pointed at a photo of a different man on that page and said something like, "That's right. This is the one." They said he was "Fletcher" and told me Terry Rogers knew Fletcher and they planned the robbery together. I marked or initialed the photo that the police pointed out to me. — why? Pressure? Did she believe them or need help?

5. Several weeks later, police picked me up while I was on house arrest. They took me to Central & Grand to view a line-up. They told me to pick out who did the shooting, and I picked out the man police pointed out to me weeks earlier in the group of photos. Why?

Page 2 of 4

X Initials S.F

Did police say anything to her while viewing line-up?

**Fletcher 000415**

6. When I testified at Fletcher's trial, I was locked up in the Cook County Jail.

7. I was taken to court in my jail uniform and testified at the trial.

Why ID Fletcher in court & say he did it when she didn't know?

8. At the time of the crime, I told police I could not identify who did the crime.

Did she see a photo line-up any time before she ID'd FLETCHER? (1995?) before 2002

Page 3 of 4
X Initials S.F

Fletcher 000416

9. At one point, the police detectives wrote a letter to the parole board, letting the board know that I was cooperating with them in a murder investigation.

I make this statement of my own free will; I have not been threatened or coerced in any way. I have not received and have not been offered any compensation for this statement. I make this statement only because I wish the truth to be known.

X Initials S.F.

Under penalties as provided by law pursuant to 735 ILCS 5 1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned certifies that he believes the same to be true.

X *[signature]*
Signature of Declarant

AUG 30 2011
Date

Signature of Witness

Date

Subscribed and sworn to before me on AUG 30 2011.

*[signature]*
Notary Public

*[Official Seal: William B. Miller, Notary Public, State of Illinois]*

Page 4 of 4

Initials _____

Fletcher 000417