# EXHIBIT 71

STATE OF ILLINOIS )
) SS
COUNY OF COOK )

Supplemental Affidavit of Sheenee Friend

Sheenee Friend, being first duly sworn on oath, deposes and states:

1. I was a witness to a shooting that occurred on December 21, 1990, that resulted in the death of Willie Sorrell.
2. I have previously given an affidavit dated August 26, 2011.
3. After talking to Jennifer Blagg, Jim Fletcher's attorney, I realized that I knew additional facts that were relevant to Fletcher's case. This affidavit is a supplement to my prior affidavit.
4. As I previously said, when the police showed the photos, they told me that Fletcher was the one that I should pick. They told me that Terry Rogers told them it was Fletcher who did it. They also told me that Fletcher was a really bad guy, and he was in jail for a robbery. They said his background was messed up, and he violent background. I thought he was a bad guy based on what they told me. They said that the dude who did the crime with Fletcher had gone south to Mississippi.
5. When the police took me to the station to view the line-up, they had me hidden in a room. I could hear this lady-lawyer tripping outside the room. I could hear everything she was saying to the police, and she was arguing about viewing the line-up with me. I could see that she was the lawyer for the guy that the police told me to pick out of the photo array, which was the same man that they told me that Terry Rogers had picked out. The police had me view the line-up without the lady lawyer in the room with me. I knew who to pick because it was the same guy that the police pointed out before.
6. I honestly don't remember what the guy really looked like who did the robbery in December of 1990. All I remember about him was he was a big guy. I couldn't see the face because he snatched me back through the truck.
7. The police had a warrant for my arrest just so I would testify. I didn't go to court at first because I didn't want to testify. After I testified, they let me go.
8. I've always wondered if I put the wrong person away. If I did, I want to correct it, and that's why I'm coming forward now.
9. I have not been promised anything in return for giving this affidavit. I am willing to testify at an evidentiary hearing on James Fletcher's behalf.

Further affiant sayeth naught.

*Sheenee J. Friend*

Sheenee Friend     Date

APR - 5 2012

Subscribed and sworn to before me on _____, 2012.

*Gladys Myers*

OFFICIAL SEAL
GLADYS MYERS
Notary Public - State of Illinois
My Commission Expires Sep 10, 2012

Fletcher 000418