# EXHIBIT 74



**OFFICE OF THE STATE'S ATTORNEY**
COOK COUNTY, ILLINOIS

**Kimberly M. Foxx**
STATE'S ATTORNEY

**CONVICTION INTEGRITY UNIT**
69 W. Washington Blvd., 3130
Chicago, Illinois 60602



Arnold Dixon N03796
AKA Jimmie Fletcher Jr.
PO Box 112
Joliet, Illinois 60434

April 12, 2019

Dear Mr. Fletcher:

    I write to advise you that I have reviewed your letter dated March 20, 2019 as well as the affidavits and documents you attached. The affidavits appear to be the same as those previously submitted to the Conviction Integrity Unit (CIU) in 2014. On June 12, 2015, CIU sent a letter to your attorney, Jennifer Blagg, in which it was relayed that a review of the documents presented had been completed and it was determined that they did not constitute sufficient evidence providing clear and convincing proof that you are probably not guilty of the offence for which you were convicted. In the absence of new evidence since that determination was made, CIU has determined additional review is unnecessary at this time.

    I note that your recent letter contains allegations against Terry Rogers and references an investigation that you have conducted. Should you have evidence supporting these allegations, CIU will review it if you choose to resubmit an application. Please find information regarding CIU and an application enclosed.

Sincerely,

Jessie McGuire
Assistant State's Attorney
Conviction Integrity Unit
Cook County State's Attorney's Office
69 West Washington Bldv., Suite 3130
Chicago, Illinois 60602
Telephone: (312) 603-8612
Jessica.McGuire@CookCountyIL.gov

CCSAO_Conflicts_FletcherDixonBogucki_20cv4768_CIU_000167