# EXHIBIT 78

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Petitioner | ) |
| vs. | ) CASE NO. 02CR-1666901 |
| | ) HONORABLE |
| | ) LeROY K. MARTIN, JR. |
| JAMES FLETCHER | ) Judge Presiding |
| AKA ARNOLD DIXON, | ) |
| *Inmate #03796* Respondent | ) |

## ORDER

The parties being present, the Court having jurisdiction over the parties and the subject matter, it is hereby ordered:

**BACKGROUND**

Petitioner was convicted in the above captioned case of first degree murder in the death of Willie Sorrell. The conviction was affirmed on appeal. *People v. Fletcher*, 1-05-3447 (March 23, 2007) (unpublished order pursuant to Supreme Court Rule 23).

On October 25, 2019, the Honorable Rebecca R. Pallmeyer granted federal *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in case number 11 C 5851 then pending in the United States District Court, Northern District of Illinois, Eastern Division. Judge Pallmeyer ordered that the State of Illinois "either initiate proceedings to retry [Respondent] within 120 days or release him from custody immediately."

On January 29, 2020, this Honorable Court granted the People's Petition for Relief from Judgment under Section 2-1401 of the Code of Civil Procedure (735 ILCS 5/2-1401) by vacating the conviction and sentence of natural life imprisonment entered on September 27, 2005. The Court then reinstated and redocketed Counts 17-19 of the indictment in the above captioned case.

**IT IS HEREBY ORDERED:**

The finding of guilt and the sentence imposed against Respondent are **VACATED**. The People's motion of *nolle prosequi* as to all charges currently pending against petitioner is granted. Petitioner is to be released from custody on this case only.

Dated: January 29, 2020

ENTERED: _____
LeROY K. MARTIN, JR.
Judge of the Circuit Court

[ENTERED stamp: JUDGE LEROY K. MARTIN-1844, JAN 29 2020, DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL, DEPUTY CLERK]

Fletcher 000643