# EXHIBIT 81

# JENNER&BLOCK

September 14, 2004

Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel 312 222-9350
www.jenner.com

Chicago
Dallas
Washington, DC

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

Arnold Dixon - N03796
Statesville Correctional Center
Route 53
P.O. Box 112
Joliet, Il 60434

Joseph A. Saltiel
Tel 312 840-7476
Fax 312 840-7576
jsaltiel@jenner.com

Dear Mr. Fletcher:

We are in receipt of your letters of August 18 and September 8.

We have not yet spoken with Ms. Friend or Mr. Cooper. I have hired an investigator to interview both witnesses. However, the witnesses do not have to talk to the investigator. I should know by the end of next week if the investigator was successful in reaching the witnesses. If Ms. Friend identifies you at trial, we can, as a last resort, ask your father or the person Ms. Friend talked with to testify about Ms. Friend's inconsistent statements regarding your identification.

Although it is possible that the police officers involved in your investigation have been previously accused of using suggestive line-up and/or pressuring witnesses to identify a particular person, it is highly unlikely that Judge Kirby would ever allow such evidence into the record. Judge Kirby is already aware of the suggestive nature of your photo line-up and in-person line-up. At trial, we will make sure the jury realizes how suggestive those line-ups were.

As you know, we have subpoenaed Detective Gilger (an officer from the scene) to testify at trial. Also, we have been able to track down Officer Fleming. Officer Fleming is a retired police officer who was also at the scene. We have subpoenaed him for your trial. Although Officer Fleming did not remember this particular incident when I talked to him, he should be able to verify the information that is in his police report.

It is unlikely the State's Attorney will focus on this case until the trial is closer. I plan to talk to her the week before trial to see if there is any change in the State's position since last month.

I will set up a phone call sometime the week of September 27 to update you on the status of your case and try to answer any other questions you may have.

Very truly yours,

*Joseph A. Saltiel*

Joseph A. Saltiel

CHICAGO_1041162_5

**Fletcher 008592**