# EXHIBIT 1

Case: 1:20-cv-04768 Document #: 185-1 Filed: 05/08/25 Page 2 of 2 PageID #:8995
Andrew M. Hale & Associates Mail - Fletcher v. Bogucki - Third Party Depositions



Brian Stefanich <bstefanich@halemonico.com>

## Fletcher v. Bogucki - Third Party Depositions

**Mariah Garcia** <mariah@loevy.com>  Wed, Dec 22, 2021 at 6:09 PM
To: Anand Swaminathan <anand@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, "Paul A. Michalik" <pmichalik@reiterburns.com>, "Daniel M. Noland" <dnoland@reiterburns.com>, Barrett Boudreaux <bboudreaux@halemonico.com>, Allyson West <awest@halemonico.com>, Brian Stefanich <bstefanich@halemonico.com>, Jennifer Bitoy <jbitoy@halemonico.com>, Daniel Burns <dburns@reiterburns.com>

Counsel,

I attach Subpoenas and Notices for third party witnesses Edward Cooper, Shennee Friend, and Emmett Wade. Please consider the dates here merely as placeholders; of course, we will work with you to find mutually agreeable dates. To that end, please let us know dates you are available for their depositions in February.

Thanks,

Mariah

--
Mariah E. Garcia
**LOEVY & LOEVY**

311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607

Phone: 312.243.5900
Email: mariah@loevy.com
Pronouns: she/her

**4 attachments**

- **Deposition Subpoena - Shennee Friend.pdf**
  231K
- **2021.12.22 - Notice of Depositions - Wade, Friend, Cooper.pdf**
  163K
- **Deposition Subpoena - Emmett Wade.pdf**
  231K
- **Deposition Subpoena - Edward Cooper.pdf**
  769K