**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 4768 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| JEROME BOGUCKI, ANTHONY NORADIN, RAYMOND SCHALK, ANTHONY WOJCIK, UNKNOWN CITY OF CHICAGO POLICE OFFICERS, and the CITY OF CHICAGO, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff James Fletcher and the Defendants Jerome Bogucki, Anthony Noradin, Raymond Schalk, and Anthony Wojcik, and the City of Chicago, by and through their undersigned counsel hereby submits this Joint Status Report.

1. The parties have agreed to finalize the settlement agreement despite the ongoing issues related to Plaintiff's indebtedness with the City of Chicago, which have not been resolved. Plaintiff intends to contest the indebtedness issues[1] contemporaneously to, but separately from, the resolution of this matter. The outstanding issue related to certain language in the dismissal papers stemming from Plaintiff's indebtedness issues has therefore been resolved and counsel for the parties are working on obtaining the necessary signatures on the documents. The parties anticipate the Stipulation to Dismiss can be presented to the Court within the next two weeks.

[1] Plaintiff maintains that the indebtedness referred to is incorrectly attributed to him given that he was incarcerated on the dates that each municipal violation occurred and therefore could not have possibility committed the infractions. Plaintiff intends to contest the indebtedness directly with the City of Chicago.

Respectfully Submitted,

By: /s/ *Sean Starr*

Jon Loevy
Anand Swaminathan
Sean Star
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Jennifer Blagg
1333 West Devon Avenue, Suite 268
Chicago, IL 60660
(773) 859-0081
*Attorneys for Plaintiff*

By: /s/ *Paul A. Michalik*
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Burns Noland LLP
311 South Wacker Drive, Suite 5200
Chicago, IL 60606
(312) 982-0090
*Attorneys for Defendant City of Chicago*

By: /s/ *Allyson West*
Special Assistant Corporation Counsel

Andrew Hale
Brian Stefanich
Allyson West
Jennifer Bitoy
Hale Law LLC
53 West Jackson Boulevard, Suite 334
Chicago, IL 60604
(312) 870-6908
*Attorneys for the Individual Defendants*